

**DEFENDANT'S EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:20-cr-077 (1) |
| vs. | : | JUDGE BLACK |
| LARRY HOUSEHOLDER, | : | |
| Defendant. | : | |

### AFFIDAVIT OF DAVID H. THOMAS

STATE OF OHIO )
) ss:
COUNTY OF FRANKLIN )

I, David H. Thomas, being first duly sworn, depose and state, from personal knowledge except as otherwise indicated, as follows:

1. I am an attorney at law, duly authorized to practice law in the State of Ohio.

2. I notified this Court of my representation of Defendant Larry Householder on July 24, 2020. (ECF Doc. 10). I am currently Larry Householder's designated Trial Attorney.

3. My co-counsel, Kathryn S. Wallrabenstein, likewise notified this Court of her representation of Defendant Larry Householder on July 24, 2020. (ECF Doc. 11).

4. Kathryn S. Wallrabenstein and I work primarily in the Columbus office of Taft Stettinius & Hollister LLP (hereinafter "Taft Law"). An initial conflict check was completed firm-wide prior to July 24, 2020.

5. After July 24, 2020, I became aware of an ongoing matter that creates a substantial risk that Taft's ability to consider, recommend, or carry out an appropriate course of action for

both clients will be materially limited by Taft's responsibilities to the other client. Prof. Cond. Rule 1.7(a)(2).

6. Due to the status of these proceedings, withdrawal can be accomplished without material adverse effect on the interests of Mr. Householder. Prof. Cond. Rule 1.6(b)(1).

7. As such, I am requesting that Kathryn S. Wallrabenstein and I be permitted to withdraw from representation of Larry Householder in this matter pursuant to Prof. Cond. Rules 1.6(b)(1) and 1.7(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Affiant   David H Thomas

Sworn to me and subscribed in my presence this 3rd day of August, 2020.

_____
Notary Public

CINDY D. FISCHER
Notary Public, State Of Ohio
My Commission Expires June 30, 2021

27636584.1

2