IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:20-cr-077(2) |
| v. | : | JUDGE BLACK |
| JEFFREY LONGSTRETH | : | |
| Defendant. | : | |

### NOTICE OF WITHDRAWAL

Donald C. Brey, hereby give notice of his withdrawal as attorney for Defendant Jeffrey Longstreth.  At no time did Attorney Brey make an appearance for Defendant Longstreth and Defendant Longstreth is represented in this matter by other counsel.  Attorney Brey therefore requests the court remove his name from the list of attorneys on the matter.

Respectfully submitted,

/s/Donald C. Brey
Donald C. Brey (0021965)
ISAAC WILES BURKHOLDER &
TEETOR LLC
Two Miranova Place, Suite 700
Columbus, OH 43215
(614) 221-2121; (614) 365-9516 (fax)
dbrey@isaacwiles.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio and served using the CM/ECF System this 3rd day of August, 2020.

/s/Donald C. Brey
Donald C. Brey (0021965)