### Judge Litkovitz Room

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/405464333

**You can also dial in using your phone.**
United States: +1 (571) 317-3122

**Access Code:** 405-464-333

**Join from a video-conferencing room or system.**
Dial in or type: 67.217.95.2 or inroomlink.goto.com
Meeting ID: 405 464 333
Or dial directly: 405464333@67.217.95.2 or 67.217.95.2##405464333

New to GoToMeeting? Get the app now and be ready when your first meeting starts:
https://global.gotomeeting.com/install/405464333

==The call-in information for interested parties, the media, or the general public is:==

==+1 (571) 317-3122 Access code: 405-464-333.  **ATTENTION:**==

==**MEDIA/FAMILY MEMBERS ARE RESPONSIBLE FOR MUTING THEIR PHONE DEVICES UPON CONNECTION TO THE AUDIO PROCEEDINGS**==.

==Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.==