AO 456 (Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

**LARRY HOUSEHOLDER,**

NOTICE

CASE NUMBER: **1:20-cr-77**

( J. Black ; Litkovitz, MJ )

TYPE OF CASE

☐ CIVIL  ☒ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | `Video-conferencing` |
| | DATE AND TIME |

**Initial Appearance & Arraignment on Indictment before the Honorable Karen L. Litkovitz, U.S. Magistrate Judge**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | | **Thursday, August 20, 2020 at 1:30 pm** |

**August 6, 2020**
**Date**

**RICHARD W. NAGEL**
**U.S. Magistrate or Clerk of Court**

 s/Arthur Hill
**(BY) DEPUTY CLERK**

To: David H. Thomas (retained)

    CC: U.S. Pretrial Services
    U.S. Probation
    U.S. Marshal's Office
    U.S. Attorney's Office (Emily Glatfelter, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**

The call-in information for interested parties, the media, or the general public is: +1 (571) 317-3122 Access code: 405-464-333. **ATTENTION: MEDIA/FAMILY MEMBERS ARE RESPONSIBLE FOR MUTING THEIR PHONE DEVICES UPON CONNECTION TO THE AUDIO PROCEEDINGS**.

Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.