United States District Court
Southern District of Ohio
_____

**Related Case Memorandum**
**Civil Cases**

TO:     Chief Judge Marbley, Judge Watson, Judge Sargus, Judge Black, Magistrate Judge Vascura, Magistrate Judge Jolson

FROM:     Eric Weitz     Deputy Clerk

DATE:     8/6/2020

SUBJECT:     Case Caption:    Hudock et al v. FirstEnergy Corp. et al

CASES:     Case Number:    2:20-cv-3954

       Judges:      Judge Watson / Magistrate Judge Vascura

                File Date:    8/5/2020

       Case Caption:    Buldas v. FirstEnergy Corp., et al

       Case Number:    2:20-cv-3987

       Judges:      Judge Watson / Magistrate Judge Jolson

                File Date:    7/31/2020

This memorandum is to notify you that following cases are possibly related:

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **USA v. Householder et al** | | |
| Case Number: | **1:20-cr-77** | District Judge: | **Black** |
| File Date: | **7/30/2020** | Magistrate Judge: | |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Owens v. FirstEnergy Corp. et al** | | |
| Case Number: | **2:20-cv-3785** | District Judge: | **Marbley** |
| File Date: | **7/28/2020** | Magistrate Judge: | **Jolson** |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Smith v. FirstEnergy Corp. et al** | | |
| Case Number: | **2:20-cv-3755** | District Judge: | **Sargus** |
| File Date: | **7/27/2020** | Magistrate Judge: | **Jolson** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator ___Eric Weitz_____
as follows:


**Judges' Response:**

    ☐    We agree that the cases are **<u>not</u>** related and that the subject case should remain with the Judge to whom it is assigned.

    ☐    We agree that the cases **<u>are</u>** related and that the subject case should be transferred to the docket of Judge _____.

    ☐    We agree that although the cases **<u>are</u>** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

    ☐    We are unable to agree and will accept any decision made by the Chief Judge.

    ☐    I am the Judge on both/all of the listed cases and have determined that the cases related.

    ☐    I am the Judge on both/all of the listed cases and have determined that the cases, and they shall both/all remain on my docket.

    ☒    Other Direction of Judge:

        2:20-CV-3875     Owens v. FirstEnergy Corp, et al  - Chief Judge Marbley will keep this case.
        All other cases are related and should be transferred to the docket of Judge Sargus.



_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator   Eric Weitz
as follows:


**Judges' Response:**

☐    We agree that the cases are **<u>not</u>** related and that the subject case should remain with the Judge to whom it is assigned.

☐    We agree that the cases **<u>are</u>** related and that the subject case should be transferred to the docket of Judge _____.

☐    We agree that although the cases **<u>are</u>** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases, and they shall both/all remain on my docket.

☒    Other Direction of Judge:

     2:20-CV-3875    Owens v. FirstEnergy Corp, et al  - Chief Judge Marbley will keep this case.
     All other cases are related and should be transferred to the docket of Judge Sargus.



_____
United States District Judge

s/Michael H. Watson
_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator   **Eric Weitz**_____
as follows:


**Judges' Response:**

     ☐   We agree that the cases are **not** related and that the subject case should remain
with the Judge to whom it is assigned.

     ☐   We agree that the cases **are** related and that the subject case should be
transferred to the docket of Judge _____.

     ☐   We agree that although the cases **are** related, the subject case nevertheless
should remain with the Judge to whom it was assigned.

     ☐   We are unable to agree and will accept any decision made by the Chief Judge.

     ☐   I am the Judge on both/all of the listed cases and have determined that the cases
related.

     ☐   I am the Judge on both/all of the listed cases and have determined that the cases,
and they shall both/all remain on my docket.

     ☒   Other Direction of Judge:

         2:20-CV-3875    Owens v. FirstEnergy Corp, et al  - Chief Judge Marbley
will keep this case.
All other cases are related and should be transferred to the docket of
Judge Sargus.


_____
United States District Judge

     s/Edmund A. Sargus, Jr.
_____
United States District Judge


_____
United States District Judge


_____
United States District Judge