United States District Court
Southern District of Ohio
_____

**Related Case Memorandum**
**Civil Cases**

| | |
|---|---|
| TO: | Chief Judge Marbley, Judge Watson, Judge Sargus, Judge Black, Magistrate Judge Vascura, Magistrate Judge Jolson |
| FROM: | Eric Weitz   Deputy Clerk |
| DATE: | 8/6/2020 |
| SUBJECT: | Case Caption:   Hudock et al v. FirstEnergy Corp. et al |
| CASES: | Case Number:   2:20-cv-3954 |
| | Judges:   Judge Watson / Magistrate Judge Vascura |
| | File Date:   8/5/2020 |
| | Case Caption:   Buldas v. FirstEnergy Corp., et al |
| | Case Number:   2:20-cv-3987 |
| | Judges:   Judge Watson / Magistrate Judge Jolson |
| | File Date:   7/31/2020 |

This memorandum is to notify you that following cases are possibly related:

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **USA v. Householder et al** | | |
| Case Number: | **1:20-cr-77** | District Judge: | **Black** |
| File Date: | **7/30/2020** | Magistrate Judge: | |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Owens v. FirstEnergy Corp. et al** | | |
| Case Number: | **2:20-cv-3785** | District Judge: | **Marbley** |
| File Date: | **7/28/2020** | Magistrate Judge: | **Jolson** |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Smith v. FirstEnergy Corp. et al** | | |
| Case Number: | **2:20-cv-3755** | District Judge: | **Sargus** |
| File Date: | **7/27/2020** | Magistrate Judge: | **Jolson** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator   **Eric Weitz**
as follows:

**Judges' Response:**

☐   We agree that the cases are **<u>not</u>** related and that the subject case should remain with the Judge to whom it is assigned.

☐   We agree that the cases **<u>are</u>** related and that the subject case should be transferred to the docket of Judge _____.

☐   We agree that although the cases **<u>are</u>** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases, and they shall both/all remain on my docket.

☒   Other Direction of Judge:

   1:20-cr-77 U.SA. v. Householder, et al. - Judge Black will keep this case.
   2:20-CV-3785    Owens v. FirstEnergy Corp, et al  - Chief Judge Marbley will keep this case.
   All other cases listed on this memo should be transferred to the docket of Judge Sargus.

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator   **Eric Weitz**
as follows:


**Judges' Response:**

☐  We agree that the cases are **<u>not</u>** related and that the subject case should remain with the Judge to whom it is assigned.

☐  We agree that the cases **<u>are</u>** related and that the subject case should be transferred to the docket of Judge _____.

☐  We agree that although the cases **<u>are</u>** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐  We are unable to agree and will accept any decision made by the Chief Judge.

☐  I am the Judge on both/all of the listed cases and have determined that the cases related.

☐  I am the Judge on both/all of the listed cases and have determined that the cases, and they shall both/all remain on my docket.

☒  Other Direction of Judge:

1:20-cr-77 U.SA. v. Householder, et al. - Judge Black will keep this case.
2:20-CV-3785    Owens v. FirstEnergy Corp, et al  - Chief Judge Marbley will keep this case.
All other cases listed on this memo should be transferred to the docket of Judge Sargus.


_____
United States District Judge

      s/Michael H. Watson
_____
United States District Judge


_____
United States District Judge


_____
United States District Judge

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator  **Eric Weitz**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases, and they shall both/all remain on my docket.

☒ Other Direction of Judge:

1:20-cr-77 U.SA. v. Householder, et al. - Judge Black will keep this case.
2:20-CV-3785   Owens v. FirstEnergy Corp, et al  - Chief Judge Marbley will keep this case.
All other cases listed on this memo should be transferred to the docket of Judge Sargus.

_____
United States District Judge

s/Edmund A. Sargus, Jr.
_____
United States District Judge

_____
United States District Judge

_____
United States District Judge