**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:20-cr-077 (1) |
| vs. | : | JUDGE BLACK |
| LARRY HOUSEHOLDER, | : | |
| Defendant. | : | |

## DEFENDANT LARRY HOUSEHOLDER'S UNOPPOSED MOTION TO CONTINUE

Defendant Larry Householder, through undersigned counsel, respectfully moves this Court to continue the arraignment scheduled for August 20, 2020 at 1:30 p.m. Counsel for the United States of America is not opposed to this request.   The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ David H. Thomas**
DAVID H. THOMAS
Ohio Supreme Court No. 0071492
P: (614) 334-6199
dthomas@taftlaw.com

**/s/ Kathryn S. Wallrabenstein**
KATHRYN S. WALLRABENSTEIN
Ohio Supreme Court No. 0092172
65 East State Street, Suite 1000
Columbus, Ohio 43215
P: (614) 220-0238
F: (614) 221-2007
kwallrabenstein@taftlaw.com

Counsel for Defendant

## MEMORANDUM

A federal Grand Jury indicted Defendant Larry Householder and five co-defendants on July 30, 2020.  (Doc. 22).   An arraignment is currently scheduled for all Defendants for August 6, 2020 at 1:30 p.m.   (Doc. 23).

Defendant Larry Householder was initially charged by way of Complaint on July 21, 2020.  (Doc. 5).   Undersigned counsel thereafter entered notices of appearance on his behalf on July 24, 2020.  (Docs. 10, 11).   After entering their appearances, undersigned counsel became aware of a conflict of interest.   Subsequently, undersigned counsel filed a Motion to Withdraw on August 3, 2020.  (Doc. 30).   This Motion is still pending before this Court, and this matter was previously continued from August 6 to allow Mr. Householder to engage new counsel.   While he has been diligently attempting to do so, he has not retained new counsel of the filing date of this motion. The breadth of the case and complexity of the Government's allegations make securing competent, conflict-free counsel exceedingly difficult. Accordingly, an additional continuance is being requested.

Defendant understands the Court's earlier ruling regarding the application of the Speedy Trial Act, as set forth in 18 USC § 3161, *et seq.*   Out of an abundance of caution, Defendant submits that this Motion to Continue is not made for the purpose of delaying a speedy resolution of this case, but rather it is required by the need for Defendant to engage new counsel due to the conflict of interest identified by undersigned counsel.

Defendant further submits the factor set forth in 18 USC § 3161 (h)(7)(B)(iv) is present in this case.   A failure to grant this continuance, "would deny the defendant reasonable time to obtain counsel" or "would unreasonably deny the defendant . . . continuity of counsel."   18 USC § 3161 (h)(7)(B)(iv).   Due to the short period of time between the filing of the initial Complaint,

the filing of the Indictment, and undersigned counsel's identification of a conflict of interest leading to the filing of a Motion to Withdraw, undersigned counsel believe and assert that failure to grant the requested continuance would deny Defendant reasonable time to obtain conflict-free counsel and continuity of counsel.

Accordingly, Defendant's Motion to Continue is justified under 18 USC § 3161(h)(7)(B)(iv). The Government is unopposed to this request. Undersigned counsel respectfully request this Court continue the arraignment currently set in this case for approximately two weeks.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ David H. Thomas**
DAVID H. THOMAS
Ohio Supreme Court No. 0071492
P: (614) 334-6199
dthomas@taftlaw.com

**/s/ Kathryn S. Wallrabenstein**
KATHRYN S. WALLRABENSTEIN
Ohio Supreme Court No. 0092172
65 East State Street, Suite 1000
Columbus, Ohio 43215
P: (614) 220-0238
F: (614) 221-2007
kwallrabenstein@taftlaw.com

Counsel for Defendant

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorneys Emily Glatfelter and Matthew Singer, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202, on August 19, 2020, by electronic mail.

**/s/ David H. Thomas**
DAVID H. THOMAS

27738019.1