UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-CR-00077 |
| | ) | |
| Plaintiff | ) | JUDGE TIMOTHY S. BLACK |
| | ) | |
| vs. | ) | |
| | ) | ENTRY OF APPEARANCE AND |
| LARRY HOUSEHOLDER, | ) | NOTICE OF SUBSTITUTION OF |
| | ) | COUNSEL |
| Defendant | ) | |

Now come Mark B. Marein and Steven L. Bradley and hereby enter their appearance as trial counsel on behalf of the Defendant, Larry Householder, in the above-captioned case. Substituting counsel enter their appearance in substitution of current counsel of record. Future notices and correspondence should be directed to substitute counsel at the address and telephone number stated below.

Respectfully submitted,

| | |
|---|---|
| /s/ Mark B. Marein | /s/ Steven L. Bradley |
| MARK B. MAREIN (0008118) | STEVEN L. BRADLEY (0046622) |
| Marein & Bradley | Marein & Bradley |
| 222 Leader Building | 222 Leader Building |
| 526 Superior Avenue | 526 Superior Avenue |
| Cleveland, Ohio 44114 | Cleveland, Ohio 44114 |
| (216) 781-0722 | (216) 781-0722 |
| Fax: (216) 781-6010 | Fax: (216) 781-6010 |
| mark@mareinandbradley.com | steve@mareinandbradley.com |

CERTIFICATE OF SERVICE

A copy of the foregoing Entry of Appearance and Notice of Substitution of Counsel was served by Electronic Mail this 2nd day of September, 2020, all parties.

/s/ Steven L. Bradley
STEVEN L. BRADLEY (0046622)