

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No. 1:20-cr-00077(1)

LARRY HOUSEHOLDER

Defendant.

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that the Defendant (or the Juvenile), after consultation with counsel, has consented to the use of video conferencing to conduct the Initial Appearance and Arraignment held today.

Accordingly, the proceeding held on this date may be conducted by:

✓ video teleconference

___ teleconference, because video teleconferencing is not reasonably available for the following reasons:

  ___ that the defendant is detained at a facility that is lacking video teleconferencing capability.

  ___ other.

**IT IS SO ORDERED.**

Stephanie K. Bowman
United States Magistrate Judge

DATE: 9/3/20