**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-77 |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Black |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| LARRY HOUSEHOLDER, | ) | |
| | ) | |
| Defendant. | ) | |

Please take notice that Nicholas R. Oleski, of the law firm McCarthy, Lebit, Crystal & Liffman Co., LPA, hereby enters his appearance as additional counsel for Defendant Larry Householder in the above-captioned case. All correspondence, pleadings, court notices, and other papers should be served upon him accordingly.

Dated: September 3, 2020

Respectfully submitted,

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., LPA
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio 44115
Telephone:   (216) 696-1422
Facsimile:   (216) 696-1210
Email: nro@mccarthylebit.com

Steven L. Bradley (0046622)
Mark B. Marein (0008118)
MAREIN & BRADLEY
526 Superior Ave.
Suite 222
Cleveland, Ohio 44114
Telephone:   (216) 781-0722
Email: steve@mareinandbradley.com
         mark@mareinandbradley.com

*Attorneys for Defendant Larry Householder*

{01480626-1}

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed this 3rd day of September 2020.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski (0095808)

{01480626-1}