# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | No. 2:20-cv-03785-ALM-KAJ<br><br>CLASS ACTION<br><br>Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

## [PROPOSED] ORDER

Pursuant to Local Rule 7.3, Defendants Charles Jones's Motion For 10-day Extension Of Time To File The Reply Brief In Support Of The Motion To Dismiss The Consolidated Complaint, and for good cause shown, this Court **GRANTS** the Motion.

Defendant Charles Jones's Reply Brief In Support Of The Motion To Dismiss shall be due on or before August 12, 2021.

**IT IS SO ORDERED.**

_____
United States Judge