# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-77 |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Black |
| | ) | |
| v. | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | **OF MCCARTHY, LEBIT, CRYSTAL &** |
| LARRY HOUSEHOLDER, | ) | **LIFFMAN CO., LPA** |
| | ) | |
| Defendant. | ) | |

Undersigned counsel hereby gives notice to the Court and counsel of the change of address for McCarthy, Lebit, Crystal & Liffman Co., LPA's office, effective August 30, 2021. Undersigned counsel's telephone, facsimile, website address, and email address will remain the same. Effective August 30, 2021, all further pleadings, correspondence, and communications should be directed to undersigned counsel at the following new address:

McCarthy, Lebit, Crystal & Liffman Co, LPA
1111 Superior Avenue East
Suite 2700
Cleveland, Ohio 44114
Phone: (216) 696-1422
Fax: (216) 696-1210
Email: nro@mccarthylebit.com

Dated: September 1, 2021            Respectfully submitted,

/s/ Nicholas R. Oleski
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., LPA
1111 Superior Avenue East
Suite 2700
Cleveland, Ohio 44114
Phone: (216) 696-1422
Email: nro@mccarthylebit.com

*Counsel for Defendant Larry Householder*

{01611616-1}

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on September 1, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski (0095808)

{01611616-1}