# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*221 East Fourth Street*       *Telephone:  513-684-3711*
*Suite 400*                    *Fax:  513-684-6385*
*Cincinnati, Ohio  45202*

September 1, 2022

<u>VIA EMAIL</u>
Karl H. Schneider, Esq.
Todd A. Long, Esq.
McNees Wallace & Nurick LLC
21 East State Street, 17th Floor
Columbus, OH 43215-4228
*Counsel for Matthew Borges*

Steven L. Bradley, Esq.
Mark B. Marein, Esq.
Marein & Bradley
526 Superior Ave.
Suite # 222
Cleveland, OH 44114
*Counsel for Larry Householder*

Nicolas R. Oleski, Esq.
McCarthy, Lebit, Crystal & Liffman Co., LPA
1111 Superior Avenue East, Suite 2700
Cleveland, Ohio 44114
*Counsel for Larry Householder*

Re:  <u>United States v. Larry Householder et al</u>, Case No. 1:20-CR-00077-TSB

Dear Counsel,

     Pursuant to the Court's Order and Rule 16 of the Federal Rules of Criminal Procedure, the government is providing the enclosed expert witness disclosures for its case-in-chief at trial.  Not all of the attached information necessarily constitutes "expert" testimony or requires disclosure pursuant to Federal Rule of Evidence 702; however, the disclosures are being included out of an abundance of caution. Through this letter and the Court's Order, the United States requests reciprocal discovery of defense experts, including discovery related to defense "rebuttal" experts.

     Please be advised that the United States may call expert rebuttal witness(es) depending upon your expert disclosures and arguments/evidence at trial.  Please contact us should you have any questions.

Very truly yours,

KENNETH L. PARKER
United States Attorney

*/s/ Emily N. Glatfelter*
EMILY N. GLATFELTER
MATTHEW C. SINGER
Assistant United States Attorneys

<u>Government Expert Witness Disclosure</u>
<u>United States v. Larry Householder et al.,</u>
Case No. 1:20-CR-00077-TSB

1. **Noah Dormady**
   a. A written summary of Dr. Dormady's qualifications, opinions for this case, and the bases and reasons for the opinions is enclosed.

2. **Abby Wood**
   a. A written summary of Dr. Wood's qualifications, opinions for this case, and the bases and reasons for the opinions is enclosed.

3. **Josh Altic**
   a. A written summary of Mr. Altic's qualifications, opinions for this case, and the bases and reasons for the opinions is enclosed.

4. **Charles Walker**
   a. A written summary of Mr. Walker's qualifications, opinions for this case, and the bases and reasons for the opinions is enclosed.

5. **Toby Stock**
   a. A written summary of Prof. Stock's qualifications, opinions for this case, and the bases and reasons for the opinions is enclosed.

6. **FBI computer forensic witness/FBI technician**
   a. As noted in our initial disclosure, dated July 22, 2022, depending upon stipulations, designated FBI employee(s) or contractor(s) will testify as to the forensic exploitation and handling of electronic evidence in this case, including for example the examination of laptops, phones, digital media devices, iCloud accounts, and email accounts relevant to the case. Similarly, to the extent necessary, FBI employee(s) or contractor(s) will testify about how data is obtained from and the data obtained from pen registers, cellular telephone records, search warrants for electronic evidence, and Title IIIs.

7. **Factual witnesses providing background information**
   a. In addition, as noted in our initial disclosure letter to you, dated July 22, 2022, it is possible that a fact witness might provide background information about the functioning or processes of a government agency and the Ohio House of Representations.  For example, a current or former member of the Ohio House of Representatives with relevant factual testimony about H.B. 6, also may testify about the operation of the Ohio House of Representatives during the course of his/her testimony.  Accordingly, to the extent appropriate, the United States will request both Sixth Circuit Pattern Instructions 7.03 (opinion testimony) and 7.03A (witness testifying to both facts and opinions).