# EXHIBIT B

A written statement of Dr. Dormady's opinions for this case is set forth below, and his curriculum vitae is attached. Dr. Dormady's opinions are based upon his research and experience, which are described in the attached curriculum vitae.

- **Dr. Dormady will provide helpful background information and context about energy policy; he will testify regarding energy markets, generally, including how energy is generated, distributed, priced and sold to consumers in Ohio.**

    o  Dr. Dormady will explain how energy rates are set for Ohio consumers for energy including generation, transmission, distribution, and supplemental charges and riders. Energy consumers receive a monthly bill, which is comprised of multiple components, including generation charges, transmission charges, and distribution charges. Dr. Dormady will explain the difference between these charges, as well as how the wholesale energy market affects the retail price of energy paid by consumers. In addition, Dr. Dormady will explain that the generation charges on a typical consumer's bill can either be based on the Standard Service Offer (SSO) or through a Competitive Retail Electric Service (CRES) provider. He will explain that SSO rates are set through Competitive Bidding Process (CBP) procurement auctions that are guided by rules set by the Public Utilities Commission of Ohio's (PUCO) Electric Security Plan (ESP) process.

    o  Dr. Dormady will explain the types of energy generation, including the sources of energy generation in Ohio. Dr. Dormady also will explain the ownership and regulation of various power plants in Ohio, including the nuclear power plants owned by FirstEnergy Solutions (now Energy Harbor) and regulated by the Federal Energy Regulatory Commission (FERC). He will explain how generation units (power plants such as the nuclear plants) sell their energy into competitive wholesale markets through the regional power grid (the PJM Interconnection). And, he will explain how these power plants receive revenue through the sale of energy and related services (e.g., capacity, ancillary services) into the PJM marketplace. Additionally, he will explain how generation affiliates like Energy Harbor receive revenue from participation in both the wholesale and retail marketplaces.

    o  Dr. Dormady will explain how energy generation differs from the energy transmission and distribution system, including ownership and regulation of the transmission and distribution system in Ohio. Dr. Dormady will explain how the PUCO regulates energy distribution in Ohio, how FERC regulates transmission, and how rates are set for Ohio consumers for energy transmission and distribution.

    o  Dr. Dormady will testify about the deregulation (often called 'restructuring') of energy systems and markets in Ohio through SB 3 in 1999, and later SB 221 in 2008. He also will discuss how deregulation has affected energy markets and consumers leading up to 2019. Dr. Dormady will testify that prior to restructuring, Ohio electric utilities were

1

predominately vertically integrated natural monopolies regulated by the PUCO. Through deregulation, Ohio sought to unbundle generation from distribution and transmission.

- Dr. Dormady will explain how Ohio's restructuring process required only corporate separation (or unbundling) of generation assets, rather than functional separation, and how this has led to perverse economic incentives and adverse consumer impacts. He will explain how corporate separation enabled these utilities to essentially sell or reassign their power plants to arms-length subsidiary corporations, over which the regulated utilities' parent corporations, maintained ownership. Dr. Dormady also will explain that while corporate separation was being implemented, natural gas commodity prices (which he will explain are critically important in influencing both the wholesale and retail price of electricity) decreased. While that decrease has driven down the cost of energy in general, these cost decreases have not been efficiently reflected in the utility bills paid by Ohio consumers. (Another way to say this is that they have not adequately reflected price trends in the wholesale market, which is what deregulation was intended to do.) Rather, the PUCO has permitted distribution companies to recover lost profits for their corporately separated arms-length generation affiliate companies through riders and surcharges added to the utility bills paid by Ohio consumers. A significant cause of these lost profits, that they were permitted to recover from consumers in this way, was that these plants (which were primarily not fueled by natural gas) could not compete with the natural gas plants that were more favorably affected by the lower price of natural gas at the time. Consequently, Ohio residential and commercial consumers in most areas were actually charged a significantly higher rate for energy overall than they would have been charged in the absence of these riders that cross-subsidized the utilities' arms-length affiliates.

- As noted above, Dr. Dormady will explain how entities involved in energy generation, transmission, and distribution are regulated. Thus, in the context of his testimony, Dr. Dormady will provide the jury with general, background information about Federal Energy Regulatory Commission (FERC), PJM Interconnection (PJM) the Public Utilities Commission of Ohio (PUCO), and their relationship with Ohio utilities, in terms of their mission, organization, structure, and operation.

I approve the content contained within this disclosure.

Noah Dormady, Ph.D.

August 26, 2022

# Noah C. Dormady

The Ohio State University
John Glenn College of Public Affairs
310N Page Hall | 1810 College Road
Columbus, Ohio 43210
(614) 688-1668
dormady.1@osu.edu
glenn.osu.edu/faculty/
noahdormady.com

| ACADEMIC APPOINTMENTS & AFFILIATIONS | | |
|---|---|---|
| | Associate Professor (w/tenure) | 2019— |
| | Assistant Professor | 2012—2019 |
| | John Glenn College of Public Affairs *The Ohio State University* | |
| | Faculty Affiliate | 2016— |
| | Critical Infrastructure Resilience Institute (CIRI) U.S. Dept. of Homeland Security (DHS) National Center of Excellence *University of Illinois, Urbana-Champaign* | |
| | CREATE Fellow | 2016— |
| | Center for Risk & the Economic Analysis of Threats & Emergencies (CREATE) U.S. Dept. of Homeland Security (DHS) National Center of Excellence *University of Southern California (USC)* | |
| | Associated Faculty | 2012— |
| | Battelle Center for Science, Engineering & Policy *The Ohio State University* | |
| | Associate/Adjunct Faculty | 2008 |
| | Department of Political Science *Chaffey College* | |
| | Associate/Adjunct Faculty | 2008 |
| | Department of Political Science *Mt. San Jacinto College* | |

| EDUCATION | | |
|---|---|---|
| | Ph.D., Public Policy, Planning & Development Price School of Public Policy *University of Southern California (USC)* | 2012 |
| | M.A., Political Science *University of California, Riverside* | 2006 |
| | B.A., Political Science (Cum Laude) *University of California, Riverside* | 2004 |

| RESEARCH FIELDS | |
|---|---|
| | Energy & Environmental Policy | Economic Resilience | Energy Markets | Emissions Markets | Deregulation | Auctions & Strategic Behavior | Economics of Disasters | Risk & Decision Analysis |

**JOURNAL PUBLICATIONS**

Dormady, N., Rose, A., Roa-Henriquez, A., & Morin, B. (2022). The Cost-Effectiveness of Economic Resilience. *International Journal of Production Economics, 244*: 108371.

Dormady, N., Fasano, A., Roa-Henriquez, A., Flanagan, D., Welch, W., & Wood, D. (2022). Informational Determinants of Large-area Hurricane Evacuations. *Bulletin of the American Meteorological Society, 103*(3): E642-E656. (Lead article)

Dormady, N., Greenbaum, R., & Young, K. (2021). An Experimental Investigation of Resilience Decision Making in Repeated Disasters. *Environment Systems & Decisions, 41*: 556-576.

Dormady, N., Greenbaum, R., & Young, K. (2021). Value of Information on Resilience Decision Making in Repeated Disaster Environments. *Natural Hazards Review, 22*(1): 04020048.
 * Editor's Choice Collection.

Rahimi, M., Shafieezadeh, A., Wood, D., Kubatko, E.J., & Dormady, N. (2019). Bayesian Calibration of Multi-Response Systems via Multivariate Kriging: Methodology & Geological & Geotechnical Case Studies. *Engineering Geology, 260*(3): 105248.

Dormady, N., Jones, D., Roe, B., & Rub, G. (2019). An Intersection of Privatization & Public Utility Regulation: The Ohio State University's Energy Concession Agreement & Private-Public Utility Theory. *Utilities Policy, 59*: 100929.

Dormady, N., & Healy, P.J. (2019). The Consignment Mechanism in Carbon Markets: A Laboratory Investigation. *Journal of Commodity Markets, 14:* 51-65.

Dormady, N., Hoyt, M., Roa-Henriquez, A., & Welch, W. (2019). Who Pays for Retail Electric Deregulation?: Evidence of Cross-Subsidization from Complete Bill Data. *The Energy Journal, 40*(2): 161-194.

Dormady, N., Jiang, Z., & Hoyt, M. (2019). Do Markets Make Good Commissioners: A Quasi-Experimental Analysis of Retail Electric Restructuring in Ohio. *Journal of Public Policy, 39*(3): 483-515.

Dormady, N., Roa-Henriquez, A., & Rose, A. (2019). Economic Resilience of the Firm: A Production Theory Approach. *International Journal of Production Economics, 208:* 446-460.

Dormady, N., & Ellis, R. (2018). Energy-Transport Sector Interdependence in Extreme Events: The Case of a Hurricane Event in Boston. *Current Sustainable/Renewable Energy Reports*, Energy Markets Special Issue: 1-13.

Young, K., Greenbaum, R., & Dormady, N. (2017). Sex, Gender & Disasters: Experimental Evidence on the Decision to Invest in Resilience. *International Journal of Disaster Risk Reduction, 24*: 439-450.

Dormady, N. (2017). Having Your Cake & Eating it, Too: Ohio's Proposals to Re-Regulate through Power Purchase Agreements. *The Electricity Journal, 30*(5): 42-46.

Dormady, N. (2016). Carbon Auction Revenue & Market Power: An Experimental Analysis. *Energies, 9*(11): Article No. 897.

Dormady, N., & Englander, A.G. (2016). Carbon Allowances & the Demand for Offsets: A Comprehensive Assessment of Imperfect Substitutes. *Journal of Public Policy, 36*(1): 139-167.

Wei, D., Dormady, N., & Rose, A. (2015). Development of Reduced-Form Models to Evaluate Macroeconomic Impacts of Greenhouse Gas Mitigation. *Journal of Sustainable Energy Engineering, 2*(4): 377-397.

Dormady, N. (2014). Carbon Auctions, Energy Markets & Market Power: An Experimental Analysis. *Energy Economics, 44*: 468-482.

Dormady, N., Szelazek, T., & Rose, A. (2014). The Potential Impact of an Anthrax Attack on Real Estate Prices & Foreclosures in Seattle. *Risk Analysis, 34*(1): 187-201.

Dormady, N. (2013). Market Power in Cap-and-Trade Auctions: A Monte Carlo Approach. *Energy Policy, 62*: 788-797.

Dormady, N. (2013). The Political Economy of Collaborative Organization. *Administration & Society, 45*(6): 748-772.

Rose, A., Wei, D., & Dormady, N. (2011). Macroeconomic Assessment of the Pennsylvania Climate Action Plan. *Regional Science Policy & Practice, 3*(4): 357-379. *Winner: Economic Analysis Award, Regional Economic Models Inc. (REMI), 2012

Rose, A., & Dormady, N. (2011). A Meta-Analysis of the Economic Impacts of Climate Change Policy in the United States. *The Energy Journal, 32*(2): 143-166.

**CHAPTERS IN BOOKS/ EDITED VOLUMES**

Dormady, N., Rose, A., & Morin, B. (2022). Advances in the Empirical Estimation of Disaster Resilience. In, Skidmore, M. (Ed.). *Handbook on the Economics of Natural Disasters*. Cheltenham: Edward Elgar.

Rose, A., & Dormady, N. (2021). Conceptual Foundations & Empirical Advances of Economic Resilience with Extensions to Complexity, Entropy & Spatial Dynamics. In, Reggiani, A., Schintler, L.A., Czamanski, D., & Patuelli, R. (Eds.) *Handbook on Entropy, Complexity & Spatial Dynamics*. Cheltenham: Edward Elgar.

Dormady, N., Rose, A., Rosoff, H., & Roa-Henriquez, A. (2019). Estimating the Cost-Effectiveness of Resilience to Disasters: Survey Instrument Design & Refinement of Primary Data. In, Ruth, M., & Reisemann, S.G. (Eds). *Handbook on Resilience of Socio-Technical Systems*. Cheltenham: Edward Elgar.

Rose, A., & Dormady, N. (2018). Advances in Analyzing & Measuring Dynamic Economic Resilience. In, Trump, B. D., Florin, M.V., & Linkov, I. (Eds.). IRGC Resource Guide on Resilience (vol. 2): Domains of Resilience for Complex Interconnected Systems. Lausanne, CH: EPFL International Risk Governance Center.

| | |
|---|---|
| **EDITOR-REVIEWED PAPERS** | Dormady, N. (2019). [Auction Design Influences Efficiency: California's Consignment Mechanism in Perspective.](#) *International Association of Energy Economics Energy Forum*. |
| **PAPERS IN PROGRESS** | Watson, M., Brown, C., Handmer, J., Kroll, C., Wein, A., Helgeson, J., Rose, A., Dormady, N., Kim, J. *Methods and Lessons for Business Resilience and Recovery Surveys*. |
| | Morin, B., Dormady, N., & Rose, A. *Empirical Estimation of Economic Resilience to Infrastructure Disruptions*. |
| | Hoyt, M., Dormady, N., Pesavento, M., Roa-Henriquez, A., Morin, B., Welch, W. Koenig, G. *Price Determinants of Default Electricity Supply in Restructured Markets: Evidence from Ohio*. |
| | Dormady, N., Pesavento, M., Hoyt, M., Welch, W., Roa-Henriquez, A., & Morin, B. *The Economic Impacts of Regulatory Policy: A Study of Natural Gas Deregulation*. |
| | Dormady, N., Hoyt, M., Welch, W., Roa-Henriquez, A., Pesavento, M., Morin, B., & Koenig, G. *The Economic & Environmental Impacts of Electric Retail Choice Markets*. |
| | Pesavento, M., Dormady, N., & Greenbaum, R. *The Moderating Effect of Expert Perception on Resilience Investment Decisions*. |
| **PATENT(S)** | Dormady, N., Rose, A., Morin, B., Roa-Henriquez, A. (2022). *Business Resilience Decision Support Tool and Related Methods*. U.S. Patent No. 63/314,650. Filed February 28, 2022. Provisional patent. |
| **RECENT GRANTS** | Defense Advanced Research Projects Administration (DARPA). 2022—2026. *TA3: Forecasting Risk in Supply-Demand Networks (FRSN)*. (Co-PI) (PI: Santini, J.) $880K Subaward via Raytheon BBN. (OSU PI: Dormady, N.) |
| | Department of Energy (DOE). 2022-2027. *OSU-ENGIE Connected Community: Automated Building Control with Knowledge of Distributed Energy Resources and Electrical Systems for Grid Offerings*. $4.2M. (Co-PI) (PI: Clark, J.) |
| | National Science Foundation (NSF). 2020-2025. *NRT-HDR: Convergent Graduate Training and EmPOWERment for a Sustainable Energy Future*. $2.98M. (Co-I) (PI: Sioshansi, R.) |
| | Department of Homeland Security (DHS). 2020-2021. *Technology Transition: Business Resilience Calculator*. $129K. (PIs: Rose, A., & Dormady, N.) |
| | Department of Homeland Security (DHS). 2020. *Technology Transition: Business Resilience Calculator Covid-19 Supplement*. $40K. (PIs: Rose, A., & Dormady, N.) |
| | Department of Homeland Security (DHS). 2019. *Technology Transition: Business Resilience Calculator*. $207K. (PIs: Rose, A., & Dormady, N.) |
| | National Science Foundation (NSF). 2018-2019. *Research Experiences for Undergraduates (REU)*. $8K. (PIs: Dormady, N.) |

|  | |
|---|---|
|  | National Science Foundation (NSF). 2016-2019. *A Novel Dynamically-Coupled Storm Surge Hazard-Infrastructure Model for Effective Real-Time Risk-Informed Decision Making.* $487K. (PIs: Shafieezadeh, A., Dormady, N., & Kubatko, E.) |
|  | Department of Homeland Security (DHS). 2017-2018. *Measuring Business & Economic Resilience in Disasters.* $190K. (PIs: Rose, A., Dormady, N., & Rosoff, H.) |
|  | Department of Homeland Security (DHS). 2017-2018. *Resilience Governance for Infrastructure Dependencies & Interdependencies.* $175K. (PIs: Flynn, S., Holdeman, E., Ruth, M., Stephens, J., Ellis, R., White, R., & Dormady, N.) |
|  | Department of Homeland Security (DHS). 2016-2018. *Analyzing & Measuring Economic Resilience to Disasters.* $250K. (PIs: Rose, A., Dormady, N., & Rosoff, H.) |
|  | Department of Homeland Security (DHS). 2016-2017. *Resilience Governance.* $400K. (PIs: Flynn, S., Ruth, M., & Dormady, N.) |
|  | Office of Energy & Environment, The Ohio State University. 2016-2017. *Energy & Water Infrastructure Planning Under Extreme Events.* Sustainable, Resilient Economy (SRE) Seed Grant. $35K. (PIs: Bayraksan, G., Conejo Navarro, A., Sioshansi, R., Dormady, N., & Greenbaum, R.) |
|  | National Science Foundation (NSF). 2014-2017. *An Integrated Approach to Measuring Dynamic Economic Resilience Following Disasters.* $493K. (PIs: Rose, A., Tierney, K., & Dormady, N.) |
|  | National Center for the Middle Market. 2014-2015. *An Experimental Analysis of Middle Market Resilience: Gender, Frequency & Information.* $68K. (PIs: Dormady, N., & Greenbaum, R.) |
| **REPORTS & POLICY BRIEFS** | Chang, S.E., Brown, C., Dormady, N., Handmer, J., Kajitani, Y., Keating, A., Rose, A., Watson, M., Wein, A., & Yamano, N. Economic Recovery: Enabling Comparative Research on Covid-19. NSF-CONVERGE Covid-19 Working Groups for Public Health & Social Sciences Research. June, 2020. |
|  | Dormady, N., Jiang, Z., & Hoyt, M. Why Ohio's Retail Electric Deregulation Has Been Bad for Households & Why Re-Regulation Would Be Even Worse. *John Glenn College of Public Affairs Policy Brief.* March, 2017. |
|  | Rose, A., & Dormady, N. Israeli-Palestinian Land Swap Auction Model, Final Report. *RAND Intelligence Policy Center.* Santa Monica, CA. January, 2014. |
|  | Roberto, C., & Dormady, N. The Costs of Inefficiency: Ignoring Ohio's Energy Efficiency Potential. *John Glenn School of Public Affairs Policy Brief.* March, 2013. |
|  | Rose, A., & Dormady, N. Three-State Regression Analysis of the Macroeconomic Impacts of Climate Mitigation Options: Report to the State of Maryland. *The Center for Climate Strategies.* August, 2011. |

Rose, A., Szelazek, T., & Dormady, N. Economic Analysis of the Consequences of a Potential Anthrax Terrorist Attack in the Pacific Northwest: Business Income Losses & Real Estate Price Declines. *Center for Risk & the Economic Analysis of Terrorism Events (CREATE)*, University of Southern California. Final Report to the United States Department of Homeland Security. August, 2011.

Rose, A., et al. Aggregate & Distributional Impacts of AB32 on the California Economy: Alternative Allocation Strategies for Cap & Trade. *The Next 10 Foundation.* December, 2010.

Rose, A., et al. Impacts of Comprehensive Climate & Energy Policy Options on the U.S. Economy. *The Center for Climate Strategies.* July, 2010.

Rose, A., & Dormady, N. Global Economic Impacts of an International Climate Change Treaty. *CENTRA Technologies National Security Impacts of a Prospective Climate Change Treaty Workshop.* Washington, D.C., 2010.

Rose, A., et al. Southern Regional Economic Assessment of Climate Policy Options & Review of Economic Studies of Climate Policy: A White Paper Report. Prepared for The Southern Governors' Association. *The Center for Climate Strategies.* October, 2009.

**SELECTED ACADEMIC CONFERENCE PAPER PRESENTATIONS**

American Economic Association (AEA)/ASSA
    2018 | 2015
Association of Public Policy & Management (APPAM)
    2019 (2) | 2018 (2) | 2017 | 2015
Association for Environmental Studies & Sciences (AESS)
    2012
Integrated Disaster Risk Management (IDRiM)
    2021 | 2011
International Association for Energy Economics (IAEE)/USAEE
    2022 | 2017 | 2014
Midwest Public Affairs Association (MPAC)
    2016
Natural Hazards Workshop
    2021 | 2016
North American Regional Science Council (NARSC)
    2021; 2020
Resilience Week
    2016
Southern Political Science Association (SPSA)
    2010
Western Economic Association International (WEAI)
    2012 | 2011
Western Regional Science Association (WRSA)
    2018

**INVITED TALKS & EXPERT INTERVIEWS**

2022: Sustainability & Security Forum, George Washington University | Challey Institute, North Dakota State University | Central Ohio Association of Government Accountants (AGA)
2021: US Department of Homeland Security Office of University Programs | Ohio State University Sustainability Institute (SI) | Ohio State University Knowlton

|  |  |
|---|---|
|  | School of City & Regional Planning \| University of Washington Transportation & Power Systems Resilience Workshop<br>2020: Critical Infrastructure Resilience Institute (CIRI), University of Illinois, Urbana-Champaign \| The Atlantic Council \| US Department of Homeland Security Office of University Programs \| Ohio Chamber of Commerce<br>2019: Critical Infrastructure Resilience Institute (CIRI), University of Illinois, Urbana-Champaign \| Federal Emergency Management Agency (FEMA) \| National Science Foundation (NSF) Grand Challenges Workshop, Purdue University \| Frontiers in Resilience Symposium, George Mason University & Sandia National Laboratory<br>2018: John Glenn College of Public Affairs, Ohio State \| Mount Carmel College (India) \| Powering Tomorrow Workshop, Ohio State \| Regional Science Academy, USC<br>2016: National Public Radio (NPR), All Sides with Ann Fisher \| John Glenn School of Public Affairs, Dialogue Policy Forum \| Compass Conference, Ohio State<br>2015: John Glenn School of Public Affairs, Dialogue Policy Forum \| John Glenn School of Public Affairs, Ohio State \| Knowlton School of Architecture, Ohio State<br>2014: Columbus Ohio Department of Public Health \| John Glenn School of Public Affairs, Ohio State<br>2013: Battelle Center for Science & Technology Policy, Ohio State<br>2012: Department of Agricultural, Environmental & Development Economics (AEDE), Ohio State \| John Glenn School of Public Affairs, Ohio State<br>2011: USC Center for Risk & the Economic Analysis of Terrorism Events (CREATE), USC<br>2010: School of Policy, Planning & Development (SPPD), USC \| University of Meunster (Germany) \| CENTRA Technology<br>2009: Freie University Berlin (Germany) |
| **PRE-FILED WRITTEN TESTIMONY & ANALYSES AS EXPERT WITNESS** | Before the Public Utilities Commission of Ohio, Hearing on American Electric Power's (AEP's) Proposal to Enter into Renewable Energy Purchase Agreements for Inclusion in the Renewable Generation Rider (Case No. 18-0501-EL-FOR), Columbus, Ohio, February, 2019.<br><br>Before the Public Utilities Commission of Ohio, Pre-filed Written Direct Testimony on American Electric Power's (AEP's) Proposal to Enter into Renewable Energy Purchase Agreements for Inclusion in the Renewable Generation Rider (Case No. 18-0501-EL-FOR), Columbus, Ohio, January, 2019.<br><br>Before the Public Utilities Commission of Ohio, Pre-filed Written Direct Testimony on Dayton Power & Light Co.'s Electric Security Plan (Case No. 16-0395-EL-SSO), Columbus, Ohio, September 18, 2016.<br><br>Before the Public Utilities Commission of Ohio, Hearing on Ohio Power Company's Stipulation Agreement to Enter into an Affiliate Power Purchase Agreement (Case No. 14-1693-EL-RDR), Columbus, Ohio, January 8, 2016.<br><br>Before the Public Utilities Commission of Ohio, Pre-filed Written Direct Testimony on Ohio Power Company's Stipulation Agreement to Enter into an Affiliate Power Purchase Agreement (Case No. 14-1693-EL-RDR), Columbus, Ohio, December 28, 2015. |

Before the Public Utilities Commission of Ohio, Hearing on Ohio Power Company's Application to Enter into an Affiliate Power Purchase Agreement (Case No. 14-1693-EL-RDR), Columbus, Ohio, October 2, 2015.

Before the Public Utilities Commission of Ohio, Pre-filed Written Direct Testimony on Ohio Power Company's Application to Enter into an Affiliate Power Purchase Agreement (Case No. 14-1693-EL-RDR), Columbus, Ohio, September 11, 2015.

**TEACHING FIELDS**

Public Policy Analysis | Public Sector Economics | Risk & Decision Analysis | Energy Policy | Environmental Policy | Graduate Capstone (Thesis)

**TEACHING**
(D) Course Developed
(T) Course Taught
(R) Course Revised

The Ohio State University
  Graduate Courses:
   *Public Sector Economics & Applied Policy Analysis Capstone* (Public Affairs 7920) (D, T)
   *Energy & Environmental Policy Capstone* (Public Affairs 7910) (D, T)
   *Graduate Capstone Research Paper* (Public Affairs 7900) (T)
   *Public Sector Economics* (Public Affairs 6030) (T)
   *Risk & Decision Analysis* (Public Affairs/City & Regional Planning 5880) (D, T)
   *Risk & Decision Analysis* (Public Affairs 5770) (Online) (D, T)
   *Environmental & Energy Policy* (Public Affairs 5800) (D, T)

  Undergraduate Courses:
   *Environmental & Energy Policy* (Public Affairs 5800) (D, T)
   *Policy Evaluation* (Public Affairs 4000) (D)
   *Public Policy Analysis* (Public Affairs 3000) (D, T, R)

Chaffey College
  Undergraduate Courses:
   *American Government* (Political Science 1) (T)

Mt. San Jacinto College
  Undergraduate Courses:
   *American Government* (Political Science 100) (T)

**DOCTORAL ADVISING/ COMMITTEE**

Blain Morin (2019-Present)
  John Glenn College of Public Affairs

Matthew Pesavento (2019-Present)
  John Glenn College of Public Affairs

Javier Livio (2018-2020)
   Department of Computer Science
   Auburn University

Alfredo Roa-Henriquez, Ph.D. (2016-2019)
   John Glenn College of Public Affairs
   Now at: North Dakota State University College of Business

| | |
|---|---|
| | Zhongnan Jiang (Ph.D. Candidate) (2016-2018)<br>　　John Glenn College of Public Affairs<br>　　Now at: Shanghai University |
| **SOFTWARE** | Business Resilience Calculator (BRC) (under commercialization with US DHS)<br>　　*Utility:* Decision support software application for business & government to support effective resilience planning & response.<br><br>Ohio Electricity Bill Cross Subsidy Calculator. (in cooperation with the Ohio Center for Investigative Journalism & journalist Lucia Walinchus).<br>　　*Utility:* Interactive Tableau application for calculating cross subsidies on your Ohio Electric bill.<br><br>Pollution Permit Consignment Auction Human Experiment Software<br>　　*Utility:* Zurich Toolbox for Readymade Economics Experiments (Z-TREE) application for conducting Coasian auction market experiments utilizing a consignment mechanism.<br><br>Oligopsony 1.0<br>　　*Utility:* Windows-based (C# .NET 3.0) stochastic Monte Carlo simulation environment for simulating market power in uniform price auctions.<br><br>Simultaneous Energy-Emissions Market Experiment Software<br>　　*Utility:* Zurich Toolbox for Readymade Economics Experiments (Z-TREE) application for conducting energy-emissions market experiments, Control & Experimental Treatments. |
| **AWARDS** | Economic Analysis Award (National)　　　　　　　　　　　　　　2012<br>　　(Inaugural Recipient of Annual Award)<br>　　Regional Economic Models Inc. (REMI)<br><br>Henry Reining Jr. Award, Best Dissertation in Public Policy　　　2012<br>　　University of Southern California (USC)<br><br>Excellence in Publication Award　　　　　　　　　　　　　　　2012<br>　　University of Southern California (USC) |
| **OLDER RESEARCH FUNDING SOURCES** | John Randolph & Dora Haynes Foundation \| The Southern Governors' Association \| The Center for Climate Strategies \| The Pennsylvania Department of Environmental Protection \| The Next 10 Foundation \| The University of Southern California \| The University of California \| U.S. Communications Agency \| The RAND Corporation |
| **PEER-REVIEW, REFEREE & EXTERNAL ADVISORY** | Associate Editor:<br>　　Natural Hazards Review (2021-Present)<br><br>Associate Editor:<br>　　J. of Critical Infrastructure Policy (2020-Present)<br><br>Guest Editor:<br>　　Natural Hazards Review (2019-2021) |

|  |  |
|---|---|
|  | Referee:<br>Canadian Journal of Economics \| Earthquake Spectra \| Eastern European Economics \| J. of Economic Education \| Economic Modelling \| Economics of Disasters & Climate Change \| Energy Economics \| The Energy Journal \| Energy Policy \| International Journal of Disaster Risk Reduction \| International Journal of Production Economics \| Journal of Public Policy \| Journal of Public Administration Research & Theory \| Natural Hazards Review \| Oxford Press \| Risk Analysis \| Journal of Regional Science \| Norton Press \| Science & Public Policy<br><br>National Science Foundation Panelist/Proposal Reviewer:<br>Environmental Sustainability \| Strengthening American Infrastructure (SAI)<br><br>Advisory Reviewer:<br>Maritime Security Center: A U.S. Department of Homeland Security National Center of Excellence |
| **RECENT MEDIA COVERAGE** | Association of American Universities (Online)—National (2020)<br>Cincinnati Public Radio (Radio)—Regional (2021)<br>Cleveland Plain Dealer (Print/Online)—Cleveland, Ohio (2017, 2015)<br>Cleveland Scene (Online)—Cleveland, Ohio (2021)<br>Columbus Dispatch (Print/Online)—Columbus, Ohio (2022, 2021, 2015)<br>Crain's Cleveland Business (Print/Online)—National (2020)<br>Gannett News Service (Print/Online)—National (2018)<br>Govplan.com (Online)—National (2017)<br>Midwest Energy News (Online)—Midwest U.S. (2021, 2020, 2019, 2018, 2017, 2016)<br>NBC News (Online)—National (2014)<br>NBC News (Television)—Columbus, Ohio (2014)<br>Newark Advocate (Print/Online)—Ohio (2019)<br>NPR-WOSU (Radio)—Ohio (2016)<br>Ohio Citizen Action (Online)—Ohio (2017)<br>Ohio Center for Investigative Journalism (Online)—Ohio (2020)<br>Ohio State University News—Ohio (2022; 2021; 2020)<br>Loveland Magazine—Ohio (2020)<br>Press & Sun Bulletin (Print/Online)—New York State (2017)<br>Science Daily (Online)—National (2021)<br>Seattle PI (Print/Online)—Seattle, Washington (2013)<br>S&P Global (Online)—National (2019, 2017)<br>TBS eFM (Radio)—National (Korea) (2015)<br>The Regulatory Review (Online)—National (2017)<br>UtilityDive (Online)—National (2018, 2017)<br>WYSO (NPR Dayton, Ohio) (Radio)—Ohio (2021)<br>WSYX (ABC Columbus, Ohio) (Television, Online)—Ohio (2022) |
| **COMMITTEE SERVICE & ADVISORY** | Service to University:<br>1. Sustainability Institute Exploratory Research Group (ERG) Co-Lead—Grid of the Future: Renewables & Storage (2021-Present)<br>2. Energy Innovation Center (EIC) Faculty Advisory Committee (2020-2022)<br>3. Sustainability Education Leadership Committee (SELC) (2019-Present)<br>4. Comprehensive Energy Management Faculty Advisory Committee (2014-2017)<br>5. Sustainability Curriculum Committee (2014-2016) |

College-Level Service:
1. Diversity, Equity & Inclusion Committee (2019-2021)
2. Undergraduate Policy Paper Award Committee (2020-2021)
3. Undergraduate Science, Engineering & Public Policy Minor Committee (2020-Present)
4. Budget & Strategic Planning (2018-2019)
5. Graduate Studies/Curriculum Committee (2017-2019; 2021-2022)
6. Wellness Committee (2018-2019)
7. Rewards & Recognition Committee (2017-2018)
8. Robert Backoff Research Award Committee (2012-2016; 2018)
9. Masters Examination Review Committee (2014; 2016-2017; 2018; 2022)
10. Glenn College Faculty Search Committee (2016-2017)
11. Curriculum Development Committee: Program Evaluation & Public Policy Analysis (2013)
12. (Ad hoc) Appointment, Promotion & Tenure (APT) Review (2014-2015)
13. School of Environment & Natural Resources Search Committee (2014-2015)
14. Discovery Themes Research Advisory Committee (2014-2015)

Student Club Advising:
1. Advisor, OSU Hope Worldwide Club (2019-Present)