# EXHIBIT D

A written statement of Josh Altic's opinions for this case is set forth below, and his curriculum vitae is attached. Mr. Altic's opinions are based upon his research and experience, which are described in the attached curriculum vitae.

**Mr. Altic will provide helpful background information and context about ballot initiatives and referendums generally, and in Ohio, specifically.**

- Mr. Altic will testify about ways that a ballot measure, which is a direct election on prospective changes to state or local law, can be placed before voters, including legislator-initiated ballot measures, citizen-initiated ballot measures, and other miscellaneous measures (*e.g.*, convention referrals). Mr. Altic will explain a ballot initiative is where a new addition or change to a constitution or statute is proposed through a ballot measure; and a ballot referendum is where the ballot measure attempts to change a law that the legislature has recently passed, *i.e.*, to undo what the legislature has just done.

- Mr. Altic will testify that ballot measures are often supported by ballot campaigns. Mr. Altic will testify that most ballot measure campaigns and opponents to such campaigns are funded, as opposed to voluntary efforts, and the lack of transparency regarding the funding of these campaigns enables the use of entities designed to hide the source of the funding for the campaign or opposition.

- Mr. Altic will testify that ballot referendums generally require that the proponents of the referendum collect a set number of signatures during a proscribed period time in order to get the measure on the ballot for voters. Mr. Altic will testify that this requires ballot language certification and signature validation for the ballot referendum; and ultimately, voters must vote to either keep the law or overturn the law subject to the referendum. Mr. Altic will testify that, in Ohio, once the requisite number of signatures are successfully collected to put the referendum on the ballot, the law passed by the legislature is suspended until the referendum is considered by voters. Mr. Altic will explain these processes in Ohio.

- Mr. Altic will explain that opponents to ballot referendums at times aim to prevent the proponents of the referendum from collecting enough signatures to get the measure on the ballot. Mr. Altic will explain that common tactics by opponents attempting to prevent a ballot referendum campaign from collecting signatures to get the measure on the ballot include, attempting to hire signature collection firms and signature collectors to prevent them from being hired or used by the ballot campaign to collect signatures; spending money on a signature blocking effort; filing a lawsuit to prevent the referendum from moving forward or to challenge collected signatures; and a negative messaging campaign relating to the ballot referendum effort. Mr. Altic will testify that it is valuable for the opponent of a ballot referendum campaign to know how likely it is that the ballot campaign proponents will collect enough signatures and the status of the effort because this information allows the opposition to know how much resources

are needed to defeat the campaign and how to allocate those sources. Mr. Altic will explain that valuable information for the opponent's efforts to block the proponent signature campaign include, knowing which counties in the state that the ballot campaign is successfully gathering signatures, where the ballot campaign is attempting to gather signatures, and the running total of signatures gathered.

I approve the content contained within this disclosure.

_Joshua Altic_                                                             08/31/22
Josh Altic                                                                                 Date

**Joshua John Altic**
1340 Ivanhoe St.; Denver, CO
(845) 375-0066
josh.altic@ballotpedia.org

**Areas of expertise**

- Political topics addressed through direct democracy
- The history of direct democracy
- Neutrality in journalism and voter education
- Laws governing initiative and referendum processes
- Laws governing constitutional amendment processes
- Laws governing local ballot measures
- Ballot measure campaigns

**Skills**

- Research
- Neutral and encyclopedic writing
- Media interaction
- Team management
- Communication and collaboration
- SERPs optimization

**Professional experience**

Director of Research for Ballotpedia
June 2022 - Present

- Conducts customized research projects on a wide variety of political topics
- Creates structures and protocols to guarantee research accuracy, data accessibility, and client satisfaction
- Hires, trains, and manages researchers to complete multiple projects simultaneously on deadline
- Works with clients to design project goals
- Orchestrates collaboration of multiple teams
- Develops short- and long-term vision for the department and steers toward larger department goals

Managing Editor of Ballotpedia's Ballot Measures Project
June 2016 - June 2022

- Hired, trained, and managed a team of staff writers to meet team goals and metrics
- Conducted research and wrote and edited encyclopedic articles about statewide ballot measures and a selection of local ballot measures
- Researched and analyzed legislative proposals in all 50 states to change the laws governing ballot initiatives, veto referendums, legislative referrals, recall petitions, and constitutional conventions
- Researched and maintained encyclopedic articles about the laws in all 50 states governing statewide ballot initiative, veto referendum, and constitutional amendment processes
- Conducted media interviews about current and historical ballot measures and ballot measure law
- Designed structures, edited, and managed writers to maintain optimal search engine results on a project consisting of between 300 and 1,250 new articles per year

Staff Writer on Ballotpedia's Ballot Measures Project
August 2012 - June 2016

- Researched the laws governing local initiative and referendum process in all 50 states and published encyclopedic articles summarizing these processes

- Conducted research and wrote and edited encyclopedic articles about statewide ballot measures and a selection of local ballot measures
- Researched and analyzed legislative proposals in all 50 states to change the laws governing ballot initiatives, veto referendums, legislative referrals, recall petitions, and constitutional conventions
- Maintained optimal search engine results on assigned encyclopedic articles

**Select media appearances and interviews**

Fox News
> Live interview - Does having multiple social issues on the ballot drive more voters to the polls? - October 10, 2020

NPR: All Things Considered
> Live interview - A Look At Some Of 2018's Most Contentious Ballot Initiatives - November 6, 2018

The Wall Street Journal
> Recorded interview and citation - Washington, D.C., Council Members Consider Repeal of Voter-Passed Minimum-Wage Increase - July 12, 2018

PBS NewsHour
> Live interview - Legal pot, gun control and other big ballot initiatives to watch - November 2, 2016

The Diane Rehm Show
> Live interview - How Citizen Activism Is Driving Key Ballot Measures This Fall - October 3, 2016

**Presentations**

State Constitutions and Governance in the U.S., Utah Valley University
> Orem, Utah; November 3, 2021
> Panel speaker - Creation and Consequence: State Constitutional Amendments

The Pelican Institute's Constitutional Convention Forum
> Baton Rouge, Louisiana; August 20, 2019
> Panel speaker - Creating a Limited Constitutional Convention in Three Easy Steps

**Publications**

Altic, J. (2016 - 2022). The State Ballot Measure Monthly. *Ballotpedia.org*
> A monthly newsletter covering notable ballot measure-related news and all of the statewide measure certified for the ballot

Altic, J. (2016-2021). Changes in laws governing ballot measures. *Ballotpedia.org*
> An annual roundup of all legislative proposals in all 50 states to change the laws governing ballot initiatives, veto referendums, legislatively referred ballot measures, convention-referred ballot measures, and recall petitions

Altic, J. (2022). Michigan Supreme Court overturns distribution and paid circulator registration requirements for initiative petition drives. *BP News*

Altic, J. (2021). Ballotpedia's year-end analysis of statewide ballot measures, *BP News*

Altic, J. (2021). Ballot measure records and firsts in 2020. *BP News*

Altic, J. & and Byrne, R. (2018). The Chart That Shows Some of the Biggest Midterm Surprises. *The New York Times*

Link to full list of publications on BP News: https://news.ballotpedia.org/author/josh-altic/

**Key achievements**

Research and writing contributions to The Initiative and Referendum Almanac
Conducted research and provided data and narrative contributions to update and publish the second edition of Waters, D. (2018). Initiative and Referendum Almanac. Durham, North Carolina: Carolina Academic Press

**Education**

Thomas Aquinas College, Santa Paula, CA
- Bachelor of Arts Degree in Liberal Arts, Class 2012