**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-77 |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Black |
| | ) | |
| v. | ) | **DEFENDANTS LARRY** |
| | ) | **HOUSEHOLDER'S AND MATTHEW** |
| LARRY HOUSEHOLDER and | ) | **BORGES'S PROPOSED JURY** |
| MATTHEW BORGES, | ) | **VERDICT FORMS** |
| | ) | |
| Defendants. | ) | |

Defendants Larry Householder and Matthew Borges submit their proposed verdict forms pursuant to the Court's Trial Order. They are prepared to submit additional or alternative verdict forms on any aspect of this case should the Court or the circumstances so require.

Dated: January 4, 2023                                Respectfully submitted,

*/s/ Todd A. Long*                                         */s/ Steven L. Bradley*
Karl H. Schneider (0012881)                      Steven L. Bradley (0046622)
Todd A. Long (0082296)                            Mark B. Marein (0008118)
MCNEES WALLACE & NURICK LLC           MAREIN & BRADLEY
21 East State Street, Suite 1700                 526 Superior Avenue, Suite 222
Columbus, Ohio 43215                               Cleveland, Ohio 44114
Telephone: (614) 719-2843                        Phone: (216) 781-0722
Facsimile: (614) 469-4653                         Email:  steve@mareinandbradley.com
kschneider@mcneeslaw.com                              mark@mareinandbradley.com
tlong@mcneeslaw.com

                                                                  */s/ Nicholas R. Oleski*
*Counsel for Defendant Matthew Borges*    Robert T. Glickman (0059579)
                                                                  Nicholas R. Oleski (0095808)
                                                                  MCCARTHY, LEBIT, CRYSTAL
                                                                    & LIFFMAN CO., LPA
                                                                  1111 Superior Avenue East, Suite 2700
                                                                  Cleveland, Ohio 44114
                                                                  Phone: (216) 696-1422
                                                                  Email:  rtg@mccarthylebit.com
                                                                              nro@mccarthylebit.com

                                                                  *Counsel for Defendant Larry Householder*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-77 |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Black |
| | ) | |
| v. | ) | **VERDICT FORM: COUNT 1** |
| | ) | **(LARRY HOUSEHOLDER)** |
| LARRY HOUSEHOLDER and | ) | |
| MATTHEW BORGES, | ) | |
| | ) | |
| Defendants. | ) | |

1. We, the Jury in this case, having been duly impaneled and sworn, find the defendant, Larry Householder, _____ (enter in ink "guilty" or "not guilty") of conspiracy to commit racketeering, as charged in Count 1 of the Indictment.

Each of us jurors concurring in said verdict signs his/her name hereto on this _____ day of _____, 2023.

**If you answer Not Guilty to question 1, sign the verdict form and go to question 3. If you answer Guilty to question 1, sign the verdict form and go to question 2.**

_____   _____
FOREPERSON

_____   _____

_____   _____

_____   _____

_____   _____

2.	Which of the following type or types of racketeering acts, do you, the Jury, unanimously find that the defendant, Larry Householder, agreed that he or another conspirator would intentionally commit?

_____		Public Official Honest Services Wire Fraud

_____		Private Sector Honest Services Wire Fraud

_____		Extortion Under Color of Official Right

_____		Travel in Aid of Racketeering

_____		Money Laundering

_____		Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

_____		Bribery Under Ohio Law

**Please sign the verdict form below and proceed to question 3.**

_____     _____
FOREPERSON

_____     _____


_____     _____


_____     _____


_____     _____


_____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-77 |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Black |
| | ) | |
| v. | ) | **VERDICT FORM: COUNT 1** |
| | ) | **(Matthew Borges)** |
| LARRY HOUSEHOLDER and | ) | |
| MATTHEW BORGES, | ) | |
| | ) | |
| Defendants. | ) | |

3. We, the Jury in this case, having been duly impaneled and sworn, find the defendant, Matthew Borges, _____ (enter in ink "guilty" or "not guilty") of conspiracy to commit racketeering, as charged in Count 1 of the Indictment.

Each of us jurors concurring in said verdict signs his/her name hereto on this _____ day of _____, 2023.

**If you answer Not Guilty to question 3, sign the verdict form and notify the bailiff that your deliberations are complete. If you answer Guilty to question 3, sign the verdict form and go to question 4.**

_____    _____
FOREPERSON

_____    _____

_____    _____

_____    _____

_____    _____

4.	Which of the following type or types of racketeering acts, do you, the Jury, unanimously find that the defendant, Matthew Borges, agreed that he or another conspirator would intentionally commit?

_____		Public Official Honest Services Wire Fraud

_____		Private Sector Honest Services Wire Fraud

_____		Extortion Under Color of Official Right

_____		Travel in Aid of Racketeering

_____		Money Laundering

_____		Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

_____		Bribery Under Ohio Law

**Please sign the verdict form below and notify the bailiff that your deliberations are complete.**

_____    _____
FOREPERSON

_____    _____


_____    _____


_____    _____


_____    _____

7