2019R00448 - 145

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __BRENDA SCHENCK__, attest on penalty of criminal punishment for
       Name
false statement or false attestation that I am/was the __RECORD KEEPER__
                                                                Title
of __Allen Stovall Neuman Fisher + Ashton LLP__ from

__2003__ through __PRESENT__, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of __ASNFA LLP__,

located at __17 S. High St., Ste 1220, Columbus, OH 43215__

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set

forth, by (or from information transmitted by) a person with knowledge of those

matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on __8/17/2020__                __[signature: Brenda Schenck]__
              Date                                     Signature

__Columbus, Ohio__
      Location

TIER2-0045820