

# BUSINESS RECORD CERTIFICATION OF APPLE INC.
# CUSTODIAN OF RECORDS

I, Kyle Kessler, hereby declare:

1. I am employed by Apple Inc. and that my official title is Business Intelligence Analyst. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_Apple Confidential through APL000002_Apple Confidential and APLiC000001_Apple Confidential produced July 26, 2019 as a response to a search warrant served on July 10 2019. I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3. The records contain Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID account with username j.longstreth@me.com ("Backup Records").

4. These records were made at or near the time of the occurrence of the matters set forth in the records;

5. With regard to the Backup Records, the aforementioned Apple ID account transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

6. These records were kept in the course of the regularly conducted activity; and,

7. These records were made by the regularly conducted activity as a regular practice.



I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED:   July 26, 2019                             APPLE INC.

By: _____
Name:  Kyle Kessler
Title:  Business Intelligence Analyst, Apple Inc.



# BUSINESS RECORD CERTIFICATION OF APPLE INC.
# CUSTODIAN OF RECORDS

I, Kyle Kessler, hereby declare:

1.  I am employed by Apple Inc. and that my official title is Business Intelligence Analyst. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_Apple Confidential through APL000002_Apple Confidential and APLiC000001_Apple Confidential through APLiC000002_Apple Confidential produced October 28, 2019 in response to a search warrant served on October 11, 2019. I am authorized to submit this declaration on behalf of Apple.

2.  Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.  The records contain Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID account with username juancespedestorres@gmail.com, juan@oxley-group.com ("Backup Records").

4.  These records were made at or near the time of the occurrence of the matters set forth in the records;

5.  With regard to the Backup Records, the aforementioned Apple ID account transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

6.  These records were kept in the course of the regularly conducted activity; and,

7.  These records were made by the regularly conducted activity as a regular practice.



I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED:   October 28, 2019                              APPLE INC.

By: _____
Name:  Kyle Kessler
Title:  Business Intelligence Analyst, Apple Inc.