2019R00448 - 054

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Kathryn Brady__, attest on penalty of criminal punishment for false statement or false attestation that I am/was the __Vice President__ (Title) of __Amalgamated Bank__ from __11-1-17__ through __Current__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Amalgamated Bank__ located at __275 7th Ave., New York NY 10001__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __11-4-19__  
Date

__New York City__  
Location

Signature: [signed] KBrady  
Kathryn Brady  
Vice President

TIER2-US0017718

2019R00448 - 090

<u>CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL
RULE OF EVIDENCE 902(11)</u>

I, __Kathryn Brady__, attest on penalty of criminal punishment for
false statement or false attestation that I am/was the __Vice President__
of __Amalgamated Bank__ from
__12-2016__ through __present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Amalgamated Bank__, located at __275 7th Avenue, New York, NY 10001__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __2-13-2020__
Date

Signature

AMALGAMATED BANK
275 SEVENTH AVENUE
NEW YORK, NY 10001

Kathryn Brady
Vice President

TIER2-0036203