2019R00448 - 155

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Peter Valcarce__, attest on penalty of criminal punishment for
    Name
false statement or false attestation that I am/was the __Partner__
                                                        Title
of __Arena Online, LLC__ from
__1/1/14__ through __Current__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Arena Online__, located at __1260 Stringham Ave, Salt Lake City, Utah__

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __10/21/20__        _____
              Date                  Signature

__Salt Lake City__
    Location