2019R00448 - 058

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Denise Schiano_, attest on penalty of criminal punishment for
      *Name*

false statement or false attestation that I am/was the _Deposit Operations Team Lead_
                            *Title*

of _Centric Bank_ from

_____ through _Present_, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of _Centric Bank_,

located at _4320 Linglestown Rd. Harrisburg PA 17112._

I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set

         forth, by (or from information transmitted by) a person with knowledge of those

         matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice; and

D)    if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on _11/6/19_
         *Date*

                                 _Denise Schiano_
                                       *Signature*

_Good Hope Rd._
   *Location*

2019R00448 - 098

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Denise Schiano_ , attest on penalty of criminal punishment for
                    Name

false statement or false attestation that I am/was the _Depos. & Operations Team Lead_
                                                                            Title

of _Centric Bank_ from

_____ through _Present_ , and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records.  I certify that these records are the original or

duplicate copies of the original records in the custody of _Centric Bank_ ,

located at _4320 Linglestown Rd. Harrisburg PA 17112._

I further state that:

A)      such records were made, at or near the time of the occurrence of the matters set

forth, by (or from information transmitted by) a person with knowledge of those

matters;

B)      such records were kept in the course of a regularly conducted business activity;

C)      the business activity made such records as a regular practice; and

D)      if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on _2/18/2020_
            Date

_Good Hope_
Location

Signature

TIER2-0041974