2019R00448 - 157

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, **Christopher F. Gill** , attest on penalty of criminal punishment for
   Name

false statement or false attestation that I am/was the **Owner**
                                                          Title

of **CGI Investigations, LLC** from

**June 2018** through **Present**, and that I also am/was a custodian of records for that
                          **July 28, 2020**

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of **CGI Investigations, LLC / Chris Gill**

located at **445 Earlwood Ave. #200 Oregon, Ohio 43616**

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on **July 28, 2020**           _Christopher F. Gill_
              Date                              Signature

**445 Earlwood Ave. #200**
       Location
**Oregon, Ohio 43616**

TIER 2 - 116573