2019R00448 - 089

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Marsa Lewenson__, attest on penalty of criminal punishment for
     *Name*
false statement or false attestation that I am/was the __Sr. Specialist, Legal__
                                                                                *Title*
of __Charles Schwab__ from
__7/2016__ through __1/2020__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Charles Schwab__ located at __Lone Tree, Colorado__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __1/28/2020__                [signature]
            *Date*                                                                 *Signature*

__Lone Tree, Co__
    *Location*

## DECLARATION OF CUSTODIAN OF RECORDS

### RE: LONGSTRETH

### Case Number: GJ #201900448-135

I, the undersigned declare:

1. I am the duly authorized Custodian of Records for the operating subsidiaries of The Charles Schwab Corporation, ("Schwab") in this particular instance and have the authority to certify the records enclosed herein.

2. The enclosed copies of business records produced in response to the subpoena duces tecum represent true and correct copies thereof. Pursuant to Schwab's records retention policies, the enclosed documents represent all documents maintained by Schwab in response to the subpoena duces tecum.

3. The records were prepared and maintained by the personnel of Schwab in the ordinary course of business, at or near the time of the act, condition, or event described herein.

I declare under penalty of perjury under the laws of the state of Colorado that the foregoing is true and correct.

Executed on June 17, 2020, at Lone Tree, CO.

*Sabrina Bass* (Digitally signed by Sabrina Bass, Date: 2020.06.17 18:22:32 -06'00')

Sabrina Bass, Sr. Legal Specialist
Charles Schwab Legal Services

TIER2-0043264

## DECLARATION OF CUSTODIAN OF RECORDS

### LONGSTRETH

### Case Number: 2019R00448-234

I, the undersigned declare:

1. I am the duly authorized Custodian of Records for the operating subsidiaries of The Charles Schwab Corporation, ("Schwab") in this particular instance and have the authority to certify the records enclosed herein.

2. The enclosed copies of business records produced in response to the subpoena duces tecum represent true and correct copies thereof. Pursuant to Schwab's records retention policies, the enclosed documents represent all documents maintained by Schwab in response to the subpoena duces tecum.

3. The records were prepared and maintained by the personnel of Schwab in the ordinary course of business, at or near the time of the act, condition, or event described herein.

I declare under penalty of perjury under the laws of the state of Colorado that the foregoing is true and correct.

Executed on July 29, 2020, at Lone Tree, CO.

*Sabrina Bass* Digitally signed by Sabrina Bass
Date: 2020.07.29 16:46:07 -06'00'

Sabrina Bass, Sr. Legal Specialist
Charles Schwab Legal Services

TIER 2 - 147126