## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Patricia Heck__, attest on penalty of criminal punishment for
     *Name*

false statement or false attestation that I am/was the __President__
                                                     *Title*

of __Crossroads Media__ from

__1/1/2017__ through __7/22/2020__, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of __Crossroads Media__,

located at __66 Canal Center Plaza, Suite 555, Alexandria, VA 22314__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __22 July 2020__          __Patricia W Heck__
               *Date*                                               *Signature*

__Alexandria, VA__
   *Location*

TIER 2 - 124547