2019R00448 - 141

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Cynthia Madrigal__, attest on penalty of criminal punishment for
   *Name*
false statement or false attestation that I am/was the __Investigative Support Analyst__
   *Title*
of __Discover Products Inc.__ from __11/2020__ through __present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Discover Products Inc.__, located at __2402 W. Beardsley Rd. Phoenix, AZ 85019__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __06/22/2020__        *Cynthia Madrigal*
              Date                    Signature

__Arizona__
Location

TIER2-0045466

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Molly Patt__ , attest on penalty of criminal punishment for
 *Name*
false statement or false attestation that I am/was the __Investigative Support Analyst__
 *Title*
of __Discover Products, Inc.__ from

__August, 2019__ through __Present__ , and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Discover Products, Inc.__, located at __2500 Lake Cook Rd., Riverwoods, IL. 60015__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __8/5/2020__          *Molly Patt*
 Date                            Signature

__Riverwoods, IL.__
 Location