Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

### CERTIFICATE OF AUTHENTICITY

I, Nathaniel Koroman am employed by Fifth Third Bank.

My official title is Records Custodian.

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.



Signature

Nathaniel Koroman

Printed Name



TIER 2-US0006788

07/16/2019-CIBML01-1901

2019R00448 - 009

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Nathaniel Korsoman_, attest on penalty of criminal punishment for
      Name
false statement or false attestation that I am/was the _Subpoena Specialist_
                                                                                     Title
of _Fifth Third Bank_ from
_____ through _____, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of _Fifth Third Bank_, located at _____.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on _8/2/19_      _[signature]_
           Date                                         Signature

Location: [stamp] Fifth Third Bank
Legal Operations
5050 Kingsley Drive
Cincinnati, OH 45263
MD: 1MOC2Q

TIER 2-US0006797

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

**CERTIFICATE OF AUTHENTICITY**

I, Nathaniel Koroman am employed by Fifth Third Bank.

**My official title is Records Custodian.**

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.



**Signature**

Nathaniel Koroman

**Printed Name**



TIER2-US0009064

2019R00448 - 033

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Nathaniel Koromah__, attest on penalty of criminal punishment for
   Name
false statement or false attestation that I am/was the __Subpoena Specialist__
                                                           Title
of __Fifth Third Bank__ from

_____ through __Present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Fifth Third Bank__, located at _____

Fifth Third Bank
Legal Operations
5050 Kingsley Drive
Cincinnati, OH 45263
MD: 1MOC2Q

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __10/10/19__
              Date                                    Signature

Location
Fifth Third Bank
Legal Operations
5050 Kingsley Drive
Cincinnati, OH 45263
MD: 1MOC2Q

TIER2-US0009076

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

**CERTIFICATE OF AUTHENTICITY**

I, Nathaniel Koroman am employed by Fifth Third Bank.

**My official title is Records Custodian.**

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.



**Signature**

Nathaniel Koroman

**Printed Name**



TIER2-US0009064

2019R00448 - 033

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Nathaniel Koroma__, attest on penalty of criminal punishment for
    Name
false statement or false attestation that I am/was the __Subpoena Specialist__
                                                              Title
of __Fifth Third Bank__ from

_____ through __Present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Fifth Third Bank__,

located at _____

**Fifth Third Bank**
**Legal Operations**
**5050 Kingsley Drive**
**Cincinnati, OH 45263**
**MD: 1MOC2Q**

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __10/10/19__
              Date                                   Signature

Location
**Fifth Third Bank**
**Legal Operations**
**5050 Kingsley Drive**
**Cincinnati, OH 45263**
**MD: 1MOC2Q**

TIER2-US0009076

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

**CERTIFICATE OF AUTHENTICITY**

I, Adina Kimble am employed by Fifth Third Bank, National Association.

My official title is Records Custodian.

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

Adina Kimble
_____
Printed Name

Executed on this December 10, 2019.



TIER2-0021462

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

**CERTIFICATE OF AUTHENTICITY**

I, Samantha Wells am employed by Fifth Third Bank, National Association.

My official title is Records Custodian.

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Samantha Wells_
Signature

Samantha Wells
Printed Name

Executed on this February 20, 2020.



TIER2-0042492

2019R00448 - 103

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Samantha Wells / Subpoena Specialist__, attest on penalty of criminal punishment for
                Name

false statement or false attestation that I am/was the __Samantha Wells / Subpoena Specialist__
                                                                                                    Title

of __Fifth Third Bank__ from

__2018__ through __present__, and that I also am/was a custodian of records for that

same time period.

    I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of __Fifth Third Bank__,

located at __Fifth Third Bank / Legal Operations / 5050 Kingsley Drive / Cincinnati, OH 45263 / MD: 1MOC2Q__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __2/20/2020__
              Date

__/s/ Samantha Wells__
              Signature

Fifth Third Bank
Legal Operations
5050 Kingsley Drive
Cincinnati, OH 45263
MD: 1MOC2Q

Location:

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, OH 45263



FIFTH THIRD BANK

SA BLANE WETZEL
FBI
425 W NATIONWIDE BLVD
COLUMBUS, OH 43215

**Fifth Third ID:** 20200604000004
**RE:** COALITION FOR TERM LIMITS INC

June 10, 2020

To Whom It May Concern:

This letter certifies that the documents provided in response to the above-referenced request are authentic reproductions of Fifth Third original statements, checks, deposits, loan files, and/or other documents, maintained in the ordinary course of business by Fifth Third Bank, National Association.

Not all documentation could be provided as requested. Please see the list of addendums attached.

Please be advised that any CDs provided within this package include confidential information and therefore the CDs are encrypted. If applicable, additional instructions to view the CD have been provided via email or fax. If you have any questions please call Legal Operations at (513) 358-9355.

Thank you,

*Erin Gallagher* (signature)

Erin Gallagher
Records Custodian

No documentation or partial documentation was provided for the following reason(s):

The requested subpoena also seeks information about accounts that are owned by Fifth Third Securities and cannot be provided by Fifth Third Bank, N.A.. Please submit a subpoena to Fifth Third Securities, 5001 Kingsley Drive, Cincinnati, OH 45227 for the requested account information.



Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

**CERTIFICATE OF AUTHENTICITY**

I, Erin Gallagher am employed by Fifth Third Bank, National Association.

My official title is Records Custodian.

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

*Erin Gallagher*
Signature

Erin Gallagher
Printed Name

Executed on this June 10, 2020.



2019R00448 - 136

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, **Erin Gallagher**, **Subpoena Specialist**, attest on penalty of criminal punishment for false statement or false attestation that I am/was the **Erin Gallagher**, **Subpoena Specialist**

of **Fifth Third Bank** from

**2019** through **2020**, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of **Fifth Third Bank**,

located at **Fifth Third Bank, Legal Operations, 5050 Kingsley Drive, Cincinnati, OH 45263, MD: 1MOC2Q**.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on **6/10/2020**

*Signature: Erin Gallagher*

Fifth Third Bank
Legal Operations
5050 Kingsley Drive
Cincinnati, OH 45263
MD: 1MOC2Q

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

**CERTIFICATE OF AUTHENTICITY**

I, Erin Gallagher am employed by Fifth Third Bank, National Association.

My official title is Records Custodian.

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Erin Gallagher_
Signature

Erin Gallagher
Printed Name

Executed on this July 31, 2020.



TIER 2 - 147060

2019R00448 - 231

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, **Erin Gallagher, Subpoena Specialist** (Name), attest on penalty of criminal punishment for false statement or false attestation that I am/was the **Erin Gallagher, Subpoena Specialist** (Title) of **Fifth Third Bank** from **2019** through **2020**, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of **Fifth Third Bank**, located at **Legal Operations, 5050 Kingsley Drive, Cincinnati, OH 45263, MD: 1MOC2Q**.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on **7/31/2020** (Date)

Signature: *Erin Gallagher*

Location: Fifth Third Bank, Legal Operations, 5050 Kingsley Drive, Cincinnati, OH 45263, MD: 1MOC2Q

07/21/2020-CIBML02-0517

TIER 2 - 147065

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263

### CERTIFICATE OF AUTHENTICITY

I, Erin Gallagher am employed by Fifth Third Bank, National Association.

My official title is Records Custodian.

I certify that each of the records attached hereto is/are the original or duplicate of the original records in the custody of Fifth Third Bank.

I further certify that:

A. Such record(s) were made, at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters;

B. Such record(s) were kept in the course of a regularly conducted business activity;

C. The business activity made such record(s) as a regular practice;

D. If such record(s) is/are not the original, such record(s) is/are a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

*Erin Gallagher*

Signature

Erin Gallagher

Printed Name

Executed on this August 05, 2020.



2019R00448 - 232

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL
RULE OF EVIDENCE 902(11)

I, **Erin Gallagher, Subpoena Specialist** , attest on penalty of criminal punishment for
    _____Name_____
false statement or false attestation that I am/was the **Erin Gallagher Subpoena Specialist**
                                                           _____Title_____
of **Fifth Third Bank** _____ from

_2019_ through _2020_ , and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of **Fifth Third Bank** ,

located at Fifth Third Bank Legal Operations 5050 Kingsley Drive Cincinnati, OH 45263 MD: 1MOC2Q .

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set

forth, by (or from information transmitted by) a person with knowledge of those

matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on _8/5/2020_                    _____/s/ Erin Gallagher_____
              Date                                          Signature
Fifth Third Bank
Legal Operations
5050 Kingsley Drive
Cincinnati, OH 45263
MD: 1MOC2Q
     Location

TIER 2 - 147079

2018R00333 - 037

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Samantha Wells, Subpoena Specialist__, attest on penalty of criminal punishment for
      *Name*
false statement or false attestation that I am/was the __Samantha Wells, Subpoena Specialist__
                                                                                    *Title*

of __Fifth Third Bank__ from 2017 through present, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Fifth Third Bank__, located at Fifth Third Bank, Legal Operations, 5050 Kingsley Drive, Cincinnati, OH 45263, MD: 1MOC2Q

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on 4/16/19
              *Date*

Signature: *[signed] Samantha Wells*

Location: Cincinnati, OH

2018R00333 - 037

TIER 2 - 109492

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263



SA MATTHEW DEBLAUW
FBI
2012 RONALD REAGAN DRIVE
CINCINNATI OH 45236-

**Fifth Third ID** 154230
**RE** GENERATION NOW OHIO INC, GENERATION NOW INC, ONWARD POLICY INSTITUTE

Tuesday, April 24, 2018

To Whom It May Concern:

This letter certifies that the documents provided in response to the above-referenced request are authentic reproductions of Fifth Third original statements, checks, deposits, loan files, and/or other documents, maintained in the ordinary course of business by Fifth Third Bank.

Please be advised that any CDs provided within this package include confidential information and therefore the CDs are encrypted. If applicable, additional instructions to view the CD have been provided via email or fax. If you have any questions please call Legal Operations at (513) 358-9355.

Thank you,

Jonathan Lamb
Records Custodian
Fax: 513-358-1279

Fifth Third

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Jonathan Lamb__, attest under penalties of perjury of criminal punishment for false statement or false attestation pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct.

I am employed by __Fifth Third Bank__, and my official title is __Subpoena Specialist__. I am/was the custodian of records of __Fifth Third Bank__ from the time period of __8-7-2017__ through __Present__.

I certify that the documents provided in response to subpoena of account(s) ending in _ __X3310, X6847, X2785__ in the name(s) of __Generation Now Inc, Onward Ohio Policy Institute__ are true and exact copies of the originals as held in the ordinary course of business. I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Fifth Third Bank__, as held in the ordinary course of business.

I further state that:

a. all records provided were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of;

c. such records were made by as a regular practice; and

d. if such records is not the original, such record is a duplicate of the original.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

__4-24-18__
DATE

SIGNATURE

MCS
GJ-1-17-1; 17-1197 (MCS)

TIER 2 - 108475