2019R00448 - 170

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __James Vardon__, attest on penalty of criminal punishment for
   *Name*
false statement or false attestation that I am/was the __Manager, Information Compliance__
                                                              *Title*
of __FirstEnergy Corp.__ from __May 2013__ through __Present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __FirstEnergy Corp.__, located at __76 South Main Street, Akron, Ohio 44308__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __12-29-2022__                    __James Vardon__
             Date                                      Signature

__Akron, Ohio__
   Location