# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, __Robert Ferrucci__, declare, pursuant to Title 28, U.S.C. § 1746,
     (Name)

that I am employed by __First National Bank of Pennsylvania__ and that
                         (Name of Business)

my official title or position is __Manager of Document Services__. I further
                                    (Official Title or Position)

declare that I am a custodian of records of said business and that each of the records attached

hereto is the original or a duplicate (exact photocopy) of an original record in the custody

of __First National Bank of Pennsylvania__.
     (Name of Business)

I further state that:

   A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

   B) such records were kept in the course of a regularly conducted business activity;

   C) the business activity made such records as a regular practice; and

   D) if such record is not the original, such record is a duplicate of the original.

I declare under penalty of perjury that the foregoing is true and correct.

First National Bank of Pennsylvania
By: _[signature]_
(Signature)

7/17/19
(Date of Execution)

4140 East State Street, Hermitage PA 16148
(Place of Execution)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Ruth DeMarco certify that I am employed by First National Bank of Pennsylvania, and my official title is Custodian of Records. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of First National Bank of Pennsylvania and that I am the custodian of the attached records.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of First National Bank of Pennsylvania; and

c. such records were made by First National Bank of Pennsylvania as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

I hereby certify under penalty of perjury that the aforesaid is true and correct.

First National Bank of Pennsylvania

10-30-19
Date

By: _____
Ruth DeMarco, Custodian of Records

2019R00448-099

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, <u>Ruth DeMarco</u> certify that I am employed by <u>First National Bank of Pennsylvania</u>, and my official title is <u>Custodian of Records</u>. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of <u>First National Bank of Pennsylvania</u> and that I am the custodian of the attached records.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of <u>First National Bank of Pennsylvania</u>; and

c. such records were made by <u>First National Bank of Pennsylvania</u> as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

I hereby certify under penalty of perjury that the aforesaid is true and correct.

First National Bank of Pennsylvania

By: _____

2-11-2020
Date

Ruth DeMarco, Custodian of Records

TIER2-0041975