## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Barry Burton__, attest on penalty of criminal punishment for
　　　　Name
false statement or false attestation that I am/was the __Banking Officer__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Title
of __Forcht Bank__ from
__11-17-2014__ through __8-5-19__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Forcht Bank__, located at __2404 Sir Barton Way Lexington, KY 40509__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __8-5-19__　　　　　　　　　　_[signature]_
　　　　　　　　Date　　　　　　　　　　　　Signature

__Lexington, KY__
　Location

TIER 2-US0007176

2019R00448 - 096

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, **Gina D Smith** (Name), attest on penalty of criminal punishment for false statement or false attestation that I am/was the **Staff Attorney** (Title) of **Forcht Bank, NA** from **07/2017** through **present**, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of **Forcht Bank, NA** located at **2404 Sir Barton, Lexington KY**.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on **2/17/2020** (Date)

Signature: **Gina D Smith**

Location: **Louisville KY**

TIER2-0040496

2019R00448 - 124

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Gina D Smith_, attest on penalty of criminal punishment for
    *Name*
false statement or false attestation that I am/was the _Staff Attorney_
                                                                 *Title*
of _Forcht Bank, NA_ from
_6/2017_ through _present_, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of _Forcht Bank, NA_
located at _2404 Sir Barton Way, Lexington KY_.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on _6/1/2020_
            *Date*

_Louisville KY_
   *Location*

_Gina D Smith_
  *Signature*

TIER2-0042713

2019R00448 - 236

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Barry Burton__, attest on penalty of criminal punishment for
    *Name*
false statement or false attestation that I am/was the __Bank Officer__
                                                                                     *Title*
of __Forcht Bank, N.A.__ from __November 2014__ through __present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Forcht Bank, N.A.__, located at __2404 Sir Barton Way, Lexington, Kentucky 40509__.

I further state that:

A)     such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B)     such records were kept in the course of a regularly conducted business activity;

C)     the business activity made such records as a regular practice; and

D)     if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __12-29-22__           _[Signature]_
         *Date*                                       *Signature*

__Lexington, KY__
   *Location*

2019R00446 - 057

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Barry Burton__, attest on penalty of criminal punishment for
    *Name*
false statement or false attestation that I am/was the __Bank Officer__
                                                                                   *Title*
of __Forcht Bank, N.A.__ from
November 2014 through __present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Forcht Bank, N.A.__, located at __2404 Sir Barton Way, Lexington, Kentucky 40509__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __12-29-22__
                  *Date*

Signature: *[signed]*

__Lexington, KY__
    *Location*