Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

August 18, 2020

Staff Operations Specialist Katelyn Wright
Federal Bureau of Investigation
425 W Nationwide Blvd
Columbus, OH 43215

**Re: Search Warrant dated July 17, 2020 (Google Ref. No. 3876337)**
*1:20-MJ-00546*

Dear Staff Operations Specialist Wright:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *JEFFLONGSTRETH*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Karla Palmer
Google Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *JEFFLONGSTRETH,* with Google Ref. No. 3876337 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Karla Palmer_____          Date: August 18, 2020
(Signature of Records Custodian)


    Karla Palmer
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 3876337)**

jefflongstreth.792444964160.Calendar.Calendars_001.zip:

MD5- a8ad1f8a166c1064ac2add04b30f22b3
SHA512-
4cac2bd7f043be599b9d40c0c195940d17c9935d5ecdfe694527abd2b1a222a582288cea3fe8f4cd4
1ecc2b6772f3fe576b255e924be75e4ed46bbf7035152a0

jefflongstreth.792444964160.GoogleAccount.SubscriberInfo_001.zip:

MD5- 120f077af86fe8beb69d108ff4664a1e
SHA512-
df82d4974ee0f9defeef918f14d2029618ef3eb2f9aa05a6e8dbc2caa2c409d76a2de678d8690cb33ef
2faf1dedcc7bfdb56e3a9e927c455c732b97e94bc2d1a

jefflongstreth.792444964160.GooglePhotos.PhotoResource_001.001.zip:

MD5- 7fa44e0ea0148b1af4575a368a256b96
SHA512-
4ed2abae4428e9f711ba6c3080e4f6fb3d22ae154521d06f768bb570bda74de42728425149b2aaa6e
3f5819b36ef7ec23b5835e120cd19d5cb175d404fede22e

jefflongstreth.792444964160.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 356813c9201bd3d9d17f5740c6b4d11b
SHA512-
3d19bd5ed73b81bc95ed79ea7c3a54ad2cb66ca9d53b8ef3da896579605ded3aa6e18148484ade7d1
073175436621ca6415b367ac78e660c0474d0efb04a6826

jefflongstreth.792444964160.Preserved_001.Calendar.Calendars_001.zip:

MD5- cf2fda932fccfc0f9fa17e3b47d82985
SHA512-
35aea6693e08f10faab89b4b0e9b227001e8e4c337d31227769d01e7157c324d0dd25e023b8a0b27
02d6c938d4b9ba3eadc3b4bc68b4207623b15c1afb50d781

jefflongstreth.792444964160.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 154002c0d4b388f642cc6f7614e0b379
SHA512-
04ae8659d3b05548b906296fb2dc6815a792e59f7a56d29f5afaa5b177ec7a9db45ea6c5e385ce917
bcb7ec83ef4c7e97b2ba6aeab0ec5ada18f1a6c1fb25f1a

jefflongstreth.Gmail.Contacts.Preserved.vcf:

Google LLC  
1600 Amphitheatre Parkway



USLawEnforcement@google.com  
Mountain View, California 94043

MD5- 1a82894fb447ac741c38fad0e2e04eb7  
SHA512-  
8f418d0610acf60e14253599fd0a2267c74e33f92449120024cbc00108a55bc2bf5e1a536a3c7c926  
5a9582bf761fba6be857456c0f6f72d77d9f1cbf4617b1b

jefflongstreth.Gmail.Contacts.vcf:

MD5- 7fe443bc4ea6ab556ad2457d9a43799b  
SHA512-  
2c316a617d20f8ef360193e591b02cc7924522a733d82bb34d23d7cb47bcc105ba70cda9ef8ccd1a5  
41c252966a2085ed8315275654e29fc1b2ec899656c5f16

jefflongstreth@gmail.com.Gmail.Content.Preserved.mbox:

MD5- e97a0e6cc577bebe8fef41f8852cdce2  
SHA512-  
3cd6c5481cb39da5300bd35088730b40bc8a2fa2f2ffecd83abad5dfe134b132aec9bbbfd9e802c2fc  
95841cf258880019215d5c5ba40cdfbc81c6fc1673c313

jefflongstreth@gmail.com.Gmail.Content.mbox:

MD5- 9c12fb392384f04c82f7db698fb0d58e  
SHA512-  
db39db2700c494efd687156d30417bf02bc67d133d9be6e0c5c1a0347c0f274afe0f354c137e012cb  
44c0a9bb63ec1b83d1c25bb092f9e2cdc44efca0b94ff80