## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Karen Keller__, attest on penalty of criminal punishment for
     Name
false statement or false attestation that I am/was the __Chief Operating Officer__
                                                                     Title
of __FP1 Strategies LLC__ from
__4/29/19__ through __present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __FP1 Strategies LLC__, located at __3001 Washington Blvd, Arlington, VA__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __9/2/20__            __/s/ Karen Keller__
          Date                                         Signature

__Arlington, VA__
   Location