*HNB 000110470023*

2019R00448 - 076

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Darlene Lisska_, attest on penalty of criminal punishment for
_____Name_____

false statement or false attestation that I am/was the _Records Custodian_

of _Huntington National Bank_ _____ from
_____Title_____

_2013_ through _2020_, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of _Huntington Natl Bank_

located at _7 Easton Oval, Cols, OH 43319_

I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set

forth, by (or from information transmitted by) a person with knowledge of those

matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice; and

D)    if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on _1-7-2020_        _Darlene Lisska_
_____Date_____               _____Signature_____

_Cols, OH 43231_
_____Location_____

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

Subpoena No.:  2019R00448-238

Huntington File No:  000122630003

I, Amanda Moomey, am employed by or an agent of The Huntington National Bank as a Records

Custodian.  I am familiar with the records maintained by Huntington and each of the records attached

hereto is the original or a duplicate (exact photocopy) of an original record in the custody of the

Huntington National Bank.

I further state that:

1.  Such records were made at or near the time of the occurrence of the matters set forth by, or

    from information transmitted by, a person with knowledge of those matters;

2.  Such records were kept in the course of  regularly conducted business activity; and

3.  Such records were made by the business as part of its regular practice.

I declare under penalty of perjury that the foregoing statements are true and correct.

_Amanda Moomey_                               _8/3/2020_
Signature                                                    Date

The Huntington National Bank, 5555 Cleveland Avenue, Columbus, OH 43231
Place of Execution

Subscribed and sworn to before me this _3rd_ day of _August_____, 2020.

_Caroline M Farner_____
Notary Public
**CAROLINE M. FARNER**
**NOTARY PUBLIC - MICHIGAN**
**GENESEE COUNTY**
**MY COMMISSION EXPIRES 08/23/24**
**ACTING IN GENESEE COUNTY**

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

Subpoena No.:  2019R00448-128

Huntington File No:  000117540004

I, Amanda Moomey, am employed by or an agent of The Huntington National Bank as a Records

Custodian.  I am familiar with the records maintained by Huntington and each of the records attached

hereto is the original or a duplicate (exact photocopy) of an original record in the custody of the

Huntington National Bank.

I further state that:

1.  Such records were made at or near the time of the occurrence of the matters set forth by, or

    from information transmitted by, a person with knowledge of those matters;

2.  Such records were kept in the course of  regularly conducted business activity; and

3.  Such records were made by the business as part of its regular practice.

I declare under penalty of perjury that the foregoing statements are true and correct.

*Amanda Moomey*                                    5/27/2020
Signature                                                         Date

The Huntington National Bank, 5555 Cleveland Avenue, Columbus, OH 43231
Place of Execution

Subscribed and sworn to before me this 27 th day of _____May_____, 2020.

*Caroline M Farner*
                              Notary Public

CAROLINE M. FARNER
NOTARY PUBLIC - MICHIGAN
GENESEE COUNTY
MY COMMISSION EXPIRES 08/23/24
ACTING IN GENESEE COUNTY

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

Subpoena No.:   2019R00448-237

Huntington File No:  000122640001

I, Amanda Moomey, am employed by or an agent of The Huntington National Bank as a Records

Custodian.  I am familiar with the records maintained by Huntington and each of the records attached

hereto is the original or a duplicate (exact photocopy) of an original record in the custody of the

Huntington National Bank.

I further state that:

1.  Such records were made at or near the time of the occurrence of the matters set forth by, or

    from information transmitted by, a person with knowledge of those matters;

2.  Such records were kept in the course of  regularly conducted business activity; and

3.  Such records were made by the business as part of its regular practice.

I declare under penalty of perjury that the foregoing statements are true and correct.

_Amanda Moomey_                          _7/28/2020_
Signature                                               Date

The Huntington National Bank, 5555 Cleveland Avenue, Columbus, OH 43231
Place of Execution

Subscribed and sworn to before me this 28th day of ___July_____, 2020.

_Caroline M Farner_

Notary Public

**CAROLINE M. FARNER**
**NOTARY PUBLIC - MICHIGAN**
**GENESEE COUNTY**
**MY COMMISSION EXPIRES 08/23/24**
**ACTING IN GENESEE COUNTY**

*JKB 00010708C003*

2019R00448 - 038

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Darlene Gissha_ , attest on penalty of criminal punishment for
        Name

false statement or false attestation that I am/was the _Personal Custodian_
                                                                    Title

of _Huntington National Bank_ from

_4·28·13_ through _10-18-19_ , and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of _Huntington Bank_ ,

located at _5555 Cleveland Ave. Cols, OH_ .

I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set

forth, by (or from information transmitted by) a person with knowledge of those

matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice; and

D)    if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on _10·18·19_                    _Darlene Gissha_
              Date                              Signature

_Cols, OH_
      Location

TIER2-US0015100



October 21, 2019

FBI
SA Blane Wetzel
425 W. Nationwide Blvd.
Columbus, Ohio 43215

**RE: Jeffrey P. Longstreth, 17 Consulting Group, LLC**
**Case Number: 2019R00448**
**HNB File: 000107270001**

Dear SA Blane Wetzel,

I, Denise Rodriguez, on behalf of Huntington National Bank (Huntington), do hereby certify that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

| Type of Record | Account Number (last 4 digits) | Record Date |
|---|---|---|
| Please see attachment. | none | none |

There are no installment loan or safe deposit box documents enclosed for the requested time frame.

In addition, the subpoena requests all records pertaining to the individuals and business entities as trustee, fiduciary, custodian, executor or guardian, any other entity in which these individuals or entities may have a financial interest, and all accounts in which these individuals had signatory authority and/or the right of withdrawal. To the extent that the subpoena seeks records on accounts owned by unnamed persons or entities other than Jeffrey P. Longstreth, 17 Consulting Group, LLC., or, with respect to which we have a taxpayer identification number associated with the account other than the taxpayer identification numbers provided in the subpoena, searching for such records would be unreasonably onerous and The Huntington National Bank has not produced any such records. There is no reasonable method for The Huntington National Bank to search its records for accounts other than by owner?s name or taxpayer identification number.

Huntington is unable to research purchases of cashier's checks and/or money orders without the date the transaction occurred and/or the check number of the cashier's check and/or money order.

The documents provided are on an encrypted and password protected CD. Please contact Denise Rodriguez at Denise.Rodriguez@huntington.com upon receipt to obtain the encryption password.

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to SA Blane Wetzel. If you have any questions, please call me at (614) 331-8206, Monday through Friday, 8:00 a.m. to 5:00 p.m. ET.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Member FDIC ® ® and Huntington are federally registered service marks of Huntington Bancshares Incorporated.

TIER2-US0016026

Denise Rodriguez
Records Custodian


Enclosure


4650 COP 2/17

Member FDIC ® , and Huntington are federally registered service marks of Huntington Bancshares Incorporated.

December 5, 2019

FBI- Columbus
Attn: Blane Wetzel
425 W. Nationwide Blvd
Columbus, OH 43215

**Case Number: 2019R00448-059**
**HNB File:  000107960003**

Dear Blane Wetzel,

I, Shelly Lewis-Nalley, on behalf of Huntington National Bank (Huntington), do hereby certify that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

Please see enclosed document list.

I was unable to locate credit card accounts, safe deposit accounts and/or C.D.s here at Huntington Bank, for Strategy Group and/ or Resource Fuels. Additionally, I was unable to locate any Money Market certificates, U.S. Treasury notes for the Parties.  I am unable to locate account number 2892115908 at Huntington Bank.
I am unable to research purchases of cashier's checks and/or money orders without the date the transaction occurred and/or the check number of the cashier's check and/or money order.

Huntington National Bank does not maintain records of brokerage, insurance or advisory accounts held by the Huntington Investment Company ('HIC'). HIC is a separate entity and is entitled to separate service of a subpoena. All HIC subpoenas should be sent to Huntington Court Order Processing, Attn: GW4W34, 7 Easton Oval, Columbus, Ohio 43219.

In addition, the subpoena requests all records pertaining to the individuals and business entities as trustee, fiduciary, custodian, executor or guardian, any other entity in which these individuals or entities may have a financial interest, and all accounts in which these individuals had signatory authority and/or the right of withdrawal. To the extent that the subpoena seeks records on accounts owned by unnamed persons or entities other than Strategy Group and/or Resource Fuels, with respect to which we have a taxpayer identification number associated with the account other than the taxpayer identification numbers provided in the subpoena, searching for such records would be unreasonably onerous and The Huntington National Bank has not produced any such records. There is no reasonable method for The Huntington National Bank to search its records for accounts other than by owner's name or taxpayer identification number.

The documents provided are on an encrypted and password protected CD. Please contact Shelly Lewis-Nalley at Shelly.Lewis-Nalley@huntington.com upon receipt to obtain the encryption password.

**Huntington**

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to Blane Wetzel. If you have any questions, please call me at 614-331-8868, Monday through Friday, 8:00 a.m. to 5:00 p.m. ET.

If I can be of further assistance, please do not hesitate to contact me.


Sincerely,

*Shelly Lewis-Nalley /s/*


Shelly Lewis-Nalley
Records Custodian


Enclosure


4650 COP 2/17



August 22, 2019

FBI- Columbus
Attn: Blane Wetzel
425 W. Nationwide Blvd
Columbus, OH 43215

**RE: JPL & Associates** ███████
**Case Number:** ████████████
**HNB File: 000102010001**

Hello Blane Wetzel,

I, Shelly Lewis-Nalley, on behalf of Huntington National Bank (Huntington), <u>do hereby certify</u> that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

| <u>Type of Record</u> | <u>Account Number (last 4 digits)</u> | <u>Record Date</u> |
|---|---|---|
| Signature Card | 9192 | 07/16/2007 |
| Corporate Resolutions | 9192 | 07/16/2007 |
| Articles of Organization | 9192 | 02/11/2003 |
| Treasury Management Services | 9192 | 05/17/19; 07/09/19 |
| Customer Accept/Decline form | 9192 | 05/17/19; 07/09/19 |
| Checking Statements | 9192 | 05/01/18 to 07/16/19 |
| Deposits With Items | 9192 | 05/01/18 to 07/16/19 |
| Check(s) and Withdrawal(s) | 9192 | 05/01/18 to 07/16/19 |
| Wire Transfers | 9192 | 05/01/18 to 07/16/19 |

Per our conversation, we are providing information regarding checking account ending in 9192. The other requested information was provided as part of HNB file# 000100750009.

The documents provided are on an encrypted and password protected CD. Please contact me at Shelly.Lewis-Nalley@huntington.com upon receipt to obtain the encryption password.

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to Blane Wetzel. If you have any questions, please call me at 614-331-8868, Monday through Friday, 8:00 a.m. to 5:00 p.m. ET.

If I can be of further assistance, please do not hesitate to contact me.

Member FDIC ® ⊛ and Huntington are federally registered service marks of Huntington Bancshares Incorporated.

TIER 2-US0006544

Sincerely,

Shelly Lewis-Nalley
Records Custodian


Enclosure


4650 COP 2/17



July 15, 2019

Federal Bureau of Investigation
Attn: SA Blane Wetzel
425 W. Nationwide Blvd
Columbus, OH 43215

**RE: Ohio Precious Metals Assoc Inc., John Longstreth, Constant Content Co.**
**Case Number: 2019R00448-003**
**HNB File: 000100750009**

Hello SA Blane Wetzel,

I, Shelly Lewis-Nalley, on behalf of Huntington National Bank (Huntington), <u>do hereby certify</u> that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

| **Type of Record** | **Account Number (last 4 digits)** | **Record Date** |
|---|---|---|
| Signature Card | 5689 | 03/27/2015 |
| Corporate Resolutions | 5689 | 03/27/2015 |
| Checking Statements | 5689 | 06/01/17 to 06/17/19 |
| Deposits With Items | 5689 | none |
| Cancelled Checks | 5689 | none |
| Wire Transfers | 5689 | none |
| Signature Card | 4045 | 03/13/2018 |
| Corporate Resolutions | 4045 | 03/13/2018 |
| Articles of Incorporation/ Tax ID | 4045 | 02/06/2018 |
| Checking Statements | 4045 | 03/14/18 to 06/17/19 |
| Deposits With Items | 4045 | 03/14/18 to 06/17/19 |
| Cancelled Checks | 4045 | 03/14/18 to 06/17/19 |
| Wire Transfers | 4045 | 03/14/18 to 06/17/19 |
| Signature Card | 1219 | 03/27/2015 |
| Corporate Resolutions | 1219 | 03/27/2015 |
| Checking Statements | 1219 | 06/01/17 to 06/17/19 |
| Deposits With Items | 1219 | none |
| Cancelled Checks | 1219 | none |
| Wire Transfers | 1219 | none |
| Signature Card | 3778 | 10/03/2009 |
| Checking Statements | 3778 | 06/01/17 to 06/17/19 |

| | | |
|---|---|---|
| Deposits With Items | 3778 | 06/01/17 to 06/17/19 |
| Check(s) and Withdrawal(s) | 3778 | 06/01/17 to 06/17/19 |
| Wire Transfers | 3778 | none |
| Signature Card | 5266 | 10/17/2013 |
| Checking Statements | 5266 | 06/01/17 to 06/17/19 |
| Deposits With Items | 5266 | 06/01/17 to 06/17/19 |
| Check(s) and Withdrawal(s) | 5266 | 06/01/17 to 06/17/19 |
| Wire Transfers | 5266 | none |
| Installment Loan Payments | 5047 | 06/01/17 to 12/31/17 |
| Safe Deposit Box Access Card | 9473 | 06/01/17 to 06/17/19 |
| Safe Deposit Box Access Card | 7758 | 06/01/17 to 06/17/19 |

I was unable to locate any credit card accounts for Jeff Longstreth, here at Huntington Bank. Huntington is unable to research purchases of cashier's checks and/or money orders without the date the transaction occurred and/or the check number of the cashier's check and/or money order. Huntington interprets the phrases 'loan documents' and/or 'loan files' to mean electronically stored documents signed by the customer; and, has narrowed its response, to the extent it has any responsive documents to produce, accordingly.

Huntington National Bank does not maintain records of brokerage, insurance or advisory accounts held by the Huntington Investment Company ('HIC'). HIC is a separate entity and is entitled to separate service of a subpoena. All HIC subpoenas should be sent to Huntington Court Order Processing, Attn: GW4W34, 7 Easton Oval, Columbus, Ohio 43219.

In addition, the subpoena requests all records pertaining to the individuals and business entities as trustee, fiduciary, custodian, executor or guardian, any other entity in which these individuals or entities may have a financial interest, and all accounts in which these individuals had signatory authority and/or the right of withdrawal. To the extent that the subpoena seeks records on accounts owned by unnamed persons or entities other than Jeff Longstreth, with respect to which we have a taxpayer identification number associated with the account other than the taxpayer identification numbers provided in the subpoena, searching for such records would be unreasonably onerous and The Huntington National Bank has not produced any such records. There is no reasonable method for The Huntington National Bank to search its records for accounts other than by owner's name or taxpayer identification number.

The documents provided are on an encrypted and password protected CD. Please contact me at Shelly.Lewis-Nalley@huntington.com upon receipt to obtain the encryption password.

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to SA Blane Wetzel. If you have any questions, please call me at 614-331-8868, Monday through Friday, 8:00 a.m. to 4:00 p.m. ET.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

*Shelly Lewis Nalley*

Shelly Lewis-Nalley
Records Custodian

Enclosure
4650 COP 02/17



November 1, 2019

FBI
S.A. Blane Wetzel
425 W. Nationwide Blvd.
Columbus, Ohio 43215

**RE: LLC ,Right Digital**
**Case Number: 2019R00448**
**HNB File:  000107900006**

Dear S.A. Blane Wetzel,

I, Denise Rodriguez, on behalf of Huntington National Bank (Huntington), do hereby certify that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

| Type of Record | Account Number (last 4 digits) | Record Date |
|---|---|---|
| Signature Card | 0413 | 04/22/15 |
| Corporate Resolutions | same | 04/25/15 |
| Checking Statements | same | 01/01/17-09/30/19 |
| Deposits With Items | same | same |
| Cancelled Checks | same | same |
| Wire Transfers | same | same |
| Signature Card | 9695 | 03/31/15 |
| Corporate Resolutions | same | 04/25/15 |
| Checking Statements | same | 01/01/17-09/30/19 |
| Deposits With Items | same | none |
| Cancelled Checks | same | none |
| Wire Transfers | same | 01/01/17-09/30/19 |
| Customer Information | none | Current |
| Safe Deposit Box Application | none | none |
| 1099 | none | none |

The accounts ending in xxx 9695 and xxx 0413 are currently open. Huntington is unable to research purchases of cashier's checks and/or money orders without the date the transaction occurred and/or the check number of the cashier's check and/or money order.

In addition, the subpoena requests all records pertaining to the individuals and business entities as trustee, fiduciary, custodian, executor or guardian, any other entity in which these individuals or entities may have a financial interest, and all accounts in which these individuals had signatory authority and/or the right of

**Member FDIC ® •  and Huntington are federally registered service marks of Huntington Bancshares Incorporated.**

withdrawal. To the extent that the subpoena seeks records on accounts owned by unnamed persons or entities other than Right Digital, LLC, or, with respect to which we have a taxpayer identification number associated with the account other than the taxpayer identification numbers provided in the subpoena, searching for such records would be unreasonably onerous and The Huntington National Bank has not produced any such records. There is no reasonable method for The Huntington National Bank to search its records for accounts other than by owner's name or taxpayer identification number.

The documents provided are on an encrypted and password protected CD. Please contact Denise Rodriguez at Denise.Rodriguez@huntington.com upon receipt to obtain the encryption password.

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to S.A. Blane Wetzel. If you have any questions, please call me at (614) 331-8206, Monday through Friday, 8:00 a.m. to 5:00 p.m. ET.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Denise Rodriguez
Records Custodian


Enclosure


4650 COP 2/17



August 2, 2019

Federal Bureau of Investigation
SA Blane Wetzel
425 West Nationwide Blvd
Columbus, Ohio 43215

**RE: Hard Working Ohioans, Inc**
**Case Number: 2019R00448**
**HNB File: 000102060004**

Dear SA Blane Wetzel,

I, Karen Sensabaugh, on behalf of Huntington National Bank (Huntington), do hereby certify that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

| Type of Record | Account Number (last 4 digits) | Record Date |
| --- | --- | --- |
| Signature Card | 0462 | 09/25/18(open) |
| Corporate Resolutions | 0462 | 09/25/18(open) |
| Deposits With Items | 0462 | 09/25/18(open) - 07/16/19 |
| Check(s) and Withdrawal(s) | 0462 | 09/25/18(open) - 07/16/19 |
| Wire Transfers | 0462 | 09/25/18(open) - 07/16/19 |

The documents provided are on an encrypted and password protected CD. Please contact Karen Sensabaugh by email at karen.sensabaugh@huntington.com or by telephone at (614) 331-2083 upon receipt to obtain the encryption password.

I am unable to locate any loans, safe deposit box, certificate of deposit, money market accounts or credit cards at Huntington in the name of Hard Working Ohioans Inc.

Huntington is unable to research purchases of cashier's checks and/or money orders without the date the transaction occurred and/or the check number of the cashier's check and/or money order.

Huntington National Bank does not maintain records of brokerage, insurance or advisory accounts held by the Huntington Investment Company ("HIC"). HIC is a separate entity and is entitled to separate service of a subpoena. All HIC subpoenas should be sent to Huntington Court Order Processing, Attn: GW4W34, 7 Easton Oval, Columbus, OH 43219.

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to SA Blane Wetzel. If you have any questions, please call me at (614) 331-2083, Monday through Friday, 8:00 a.m. to 5:00 p.m. ET.

Member FDIC ® ® and Huntington are federally registered service marks of Huntington Bancshares Incorporated.

TIER 2-US0006578

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Karen Sensabaugh
Records Custodian

Enclosure

4650 COP 2/17



October 21, 2019

FBI
SA Blane Wetzel
425 W. Nationwide Blvd.
Columbus, Ohio 43215

**RE: Jeffrey P. Longstreth, 17 Consulting Group, LLC**
**Case Number: 2019R00448**
**HNB File:  000107270001**

Dear SA Blane Wetzel,

I, Denise Rodriguez, on behalf of Huntington National Bank (Huntington), do hereby certify that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

| <u>Type of Record</u> | <u>Account Number (last 4 digits)</u> | <u>Record Date</u> |
|---|---|---|
| Please see attachment. | none | none |

There are no installment loan or safe deposit box documents enclosed for the requested time frame.

In addition, the subpoena requests all records pertaining to the individuals and business entities as trustee, fiduciary, custodian, executor or guardian, any other entity in which these individuals or entities may have a financial interest, and all accounts in which these individuals had signatory authority and/or the right of withdrawal. To the extent that the subpoena seeks records on accounts owned by unnamed persons or entities other than Jeffrey P. Longstreth, 17 Consulting Group, LLC., or, with respect to which we have a taxpayer identification number associated with the account other than the taxpayer identification numbers provided in the subpoena, searching for such records would be unreasonably onerous and The Huntington National Bank has not produced any such records. There is no reasonable method for The Huntington National Bank to search its records for accounts other than by owner?s name or taxpayer identification number.

Huntington is unable to research purchases of cashier's checks and/or money orders without the date the transaction occurred and/or the check number of the cashier's check and/or money order.

The documents provided are on an encrypted and password protected CD. Please contact Denise Rodriguez at Denise.Rodriguez@huntington.com upon receipt to obtain the encryption password.

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to SA Blane Wetzel. If you have any questions, please call me at (614) 331-8206, Monday through Friday, 8:00 a.m. to 5:00 p.m. ET.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Member FDIC  ⌖ ⊛  and Huntington are federally registered service marks of Huntington Bancshares Incorporated.

TIER2-US0016026

*Denise Rodriguez*

Denise Rodriguez
Records Custodian


Enclosure


4650 COP 2/17

TIER2-US0016027



September 19, 2019

FBI- Columbus
Attn: Blane Wetzel
425 W. Nationwide Blvd
Columbus, OH 43215

**RE: 17 CONSULTING GROUP LLC**
**Case Number: 2019R00448-027**
**HNB File** ███████████████

Hello Blane Wetzel,

I, Shelly Lewis-Nalley, on behalf of Huntington National Bank (Huntington), <u>do hereby certify</u> that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

| Type of Record | Account Number (last 4 digits) | Record Date |
|---|---|---|
| Signature Card | 4415 | 08/07/2019 |
| Corporate Resolutions | 4415 | 08/07/2019 |
| Articles of Organization | 4415 | 08/05/2019 |
| Checking Statements | 4415 | 08/08/19(open) to 08/31/19 |
| Checking Transaction History | 4415 | 09/01/19 to 09/16/19 |
| Deposits With Items | 4415 | 08/08/19(open) to 09/16/19 |
| Cancelled Checks | 4415 | 08/08/19(open) to 09/16/19 |
| Wire Transfers | 4415 | 08/08/19(open) to 09/16/19 |

I was unable to locate credit applications and/or loan accounts here at Huntington Bank, for 17 Consulting Group LLC. Additionally, I was unable to locate any Safe Deposit Box, Certificate of Deposit, and/or Treasury Notes or Bond Accounts.

I am unable to research purchases of cashier's checks and/or money orders without the date the transaction occurred and/or the check number of the cashier's check and/or money order.

The documents provided are on an encrypted and password protected CD. Please contact Shelly Lewis-Nalley at Shelly.Lewis-Nalley@huntington.com upon receipt to obtain the encryption password.

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to Blane Wetzel. If you have any questions, please call me at 614-331-8868, Monday through Friday, 8:00 a.m. to 5:00 p.m. ET.

**Member FDIC** ® • **and Huntington are federally registered service marks of Huntington Bancshares Incorporated.**

TIER 2-US0008004

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Shelly Lewis-Nalley
Records Custodian

Enclosure

4650 COP 2/17