# AFFIDAVIT

Case No. ▬▬▬▬▬▬▬▬▬

Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 12/31/2019

By: _Anthony J Gugliuzza_
Anthony J Gugliuzza
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 31st day of DECEMBER, 2019.

_Gene Nicol_
Notary Public

Jan 16, 2027
Commission Expires

```
GENE NICOL
Notary Public - Seal
Hancock County - State of Indiana
Commission Number NP0717990
My Commission Expires Jan 16, 2027
```

SD_SwornDocumentExecution_000209690056
SB1062564-F2

TIER 2-US0007392

## AFFIDAVIT

### Case No. : 2019R00448 - 039

Dana Dixon, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 11/13/2019

By: _Dana Dixon_
Dana Dixon
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 13 day of November, 2019.

_____
Notary Public

4/23/2027
Commission Expires

SARAH C ALLEN
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0719924
My Commission Expires Apr 23, 2027

SD_SwornDocumentExecution_000204630026
SB1078073-F1

# AFFIDAVIT

### Case No. : 2019R00448-050

Teresa Calvert, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 11/21/19

By: _Teresa Calvert_
Teresa Calvert
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 21st day of NOVEMBER, 2019

_Gene Nicol_
Notary Public

Jan 16, 2027
Commission Expires

GENE NICOL
Notary Public - Seal
Hancock County - State of Indiana
Commission Number NP0717990
My Commission Expires Jan 16, 2027

SD_SwornDocumentExecution_000205560064
SB1082565-F1

## AFFIDAVIT

### Case No. : 2019R00448 - 082

Tammy Tatum, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 1/2/2020

By: _Tammy Tatum_ (signature)
Tammy Tatum
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 02 day of January, 2020

_Tina Burns_ (signature)
Notary Public

8. 21. 2021
Commission Expires

TINA BURNS
Notary ID #131252865
My Commission Expires
August 21, 2021

SD_SwornDocumentExecution_000209960002
SB1095457-F1

TIER2-0034689

# AFFIDAVIT

### Case No. : 2019R00448 - 083

Darla F Fruits, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 12-24-19

By: *Darla F. Fruits*
Darla F Fruits
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 24th day of DECEMBER, 20 19.

_____
Notary Public

Jan 16 2027
Commission Expires

GENE NICOL
Notary Public - Seal
Hancock County - State of Indiana
Commission Number NP0717990
My Commission Expires Jan 16, 2027

SD_SwornDocumentExecution_000209070026
SB1095464-F1

TIER2-0034716

## DECLARATION

**Case No.:**  2019R00448-097, 2019R00448, SB1110762-F1

Teresa Waggoner certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana, 46231.

3. I am a Document Review Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, IN.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 3/27/20

By: *Teresa Waggoner*
Teresa Waggoner
Document Review Specialist II
JPMORGAN CHASE BANK, N.A.

TIER2-0040840

## DECLARATION
### Case No.: 2019R00448 – 119, SB1127902-F1

Jade L Williams, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana, 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, IN.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 04/21/2020

By: *Jade L Williams* (signature)
Jade L Williams
Doc Review Sr Specialist II
JPMORGAN CHASE BANK, N.A.

TIER2-0042664

## DECLARATION

### Case No. : 2019R00448 - 143

David M Henson, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.


Dated:_July 8, 2020

By:_____
    David M Henson
    Doc Review Sr Specialist III
    JPMORGAN CHASE BANK, N.A.


SUBP10a


SB1145949-F1

**DECLARATION**

<u>Case No. :</u> █████████

Tykeisha Washington, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: July 17, 2020

By: *Tykeisha Washington*
Tykeisha Washington
Doc Review Sr Specialist III
JPMORGAN CHASE BANK, N.A.

SUBP10a

SB1148744-F1

## DECLARATION

**Case No. : 2019R00448-235**

Lisa Aldridge-Jones, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Doc Review Sr Specialist I and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated:  8/10/2020                    By: *Lisa Aldridge-Jones*
                                         Lisa Aldridge-Jones
                                         Doc Review Sr Specialist I
                                         JPMORGAN CHASE BANK, N.A.


SB1149797-F1

SUBP52a