2019R00448 - 184

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __ADAM MAUST__, attest on penalty of criminal punishment for
    Name

false statement or false attestation that I am/was the __Owner__
                                                  Title

of __Mighty Group__ from

__January 2019__ through __current__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Mighty group__,

located at __933 Rose St Harrisburg PA on company google drive__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __7/26/2020__
                Date
                                                  Signature

__Maust KI__
Location