## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Steven Myli__, attest on penalty of criminal punishment for
       Name
false statement or false attestation that I am/was the __General Contractor__
                                                              Title
of __226 Belville Blvd Naples FL 34104__ from
__09/2019__ through __06/2020__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Nordic Construction__, located at __2660 2nd St NE Naples FL 34120__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __7/28/2020__            _____[Signature]_____
                Date                                Signature

__Naples FL__
    Location

TIER 2 - 128952