JUL-21-2020  10:05                                                      P.005

2019R00448 - 189

### CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Michael G. VonBuren__ attest on penalty of criminal punishment for false statement or false attestation that I am/was the __Treasurer__ (Title) of __Partners for Progress Inc.__ from __1/26/17__ through __Present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Michael VonBuren__, located at __1405 E. 6th St, Cleveland, OH 44114__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __2/10/22__
Date

Signature

__Cleveland, OH__
Location

TOTAL P.005

TIER 2 - 1724228