## DECLARATION

I, undersigned, being a duly authorized employee for:

Paychex, Inc.
12740 Gran Bay Parkway, Suite 2100
Jacksonville, FL 32258

with personal knowledge of the facts set forth below, and authority to attest to said records, do hereby attest to the following facts:

I am an employee of Paychex, Inc. and have personal knowledge of the procedures and practices reflected in these records.

**The records pertain to:**  JPL & Associates, LLC

The records were prepared in the ordinary course of business, by the personnel of Paychex, Inc. at or near the time of the acts, conditions, or events depicted therein. I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to the foregoing facts:

I hereby declare under penalty of perjury under the laws of the State of FL the foregoing is true and correct.

EXECUTED ON: 10/25 , 2019

EXECUTED AT: 12740 Gran Bay Parkway, Suite 2100
Jacksonville, FL 32258

SIGNED  *Tina Moreland*

PRINTED NAME  *Tina Moreland*

## DECLARATION

I, undersigned, being a duly authorized employee for:

Paychex, Inc.
4015 Meeting Way
Suite 101
High Point, North Carolina 27265

with personal knowledge of the facts set forth below, and authority to attest to said records, do hereby attest to the following facts:

I am an employee of Paychex, Inc. and have personal knowledge of the procedures and practices reflected in these records.

**The records pertain to:**    SUBPOENA DUCES TECUM – 2019R00448-153

The records were prepared in the ordinary course of business, by the personnel of Paychex, Inc. at or near the time of the acts, conditions, or events depicted therein. I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to the foregoing facts:

I hereby declare under penalty of perjury under the laws of the State of Ohio the foregoing is true and correct.

EXECUTED ON:    8/20/2020

EXECUTED AT:    Paychex, Inc.
4015 Meeting Way
Suite 101
High Point, North Carolina 27265


SIGNED        Shannon Dye
              Client Services Manager

PRINTED NAME    SHANNON DYE

TIER 2 - 126149

# DECLARATION

I, undersigned, being a duly authorized employee for:

> Paychex, Inc.
> 3420 Atrium Blvd,
> Suite 200
> Franklin, Ohio 45005

with personal knowledge of the facts set forth below, and authority to attest to said records, do hereby attest to the following facts:

I am an employee of Paychex, Inc. and have personal knowledge of the procedures and practices reflected in these records.

**The records pertain to:**    **Empire Strategies LLC / DBA the Oxley Group and Juan Cespedes SSN: ■■■-4304 Federal ID: ■■■0052**

The records were prepared in the ordinary course of business, by the personnel of Paychex, Inc. at or near the time of the acts, conditions, or events depicted therein. I testify to the records identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to the foregoing facts:

I hereby declare under penalty of perjury under the laws of the State of Ohio the foregoing is true and correct.

EXECUTED ON:    November 2, 2020

EXECUTED AT:    3420 Atrium Blvd,
                Suite 200
                Franklin, Ohio 45005

SIGNED    *Latricia Capo*

PRINTED NAME    Latricia Ann Capo