CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Amanda Jenkins_, attest on penalty of criminal punishment for
    Name
false statement or false attestation that I am/was the _Director of Operations/HR_
                                                            Title
of _Red Maverick Media_ from
_Oct 2018_ through _present_, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of _Red Maverick Media_ located at _1426 N. 3rd Street, Suite 319 Harrisburg PA 17102_

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on _9/18/2020_           _Amanda Jenkins_
            Date                        Signature

_Red Maverick Media, Harrisburg PA_
    Location

TIER 2 - 379536