2019R00448 - 200

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Christopher Schrimpf__, attest on penalty of criminal punishment for
    *Name*
false statement or false attestation that I am/was the __Partner__
                                              *Title*
of __Storytellers Mail, LLC__ from __1/1/17__ through __7/20/20__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __Storytellers Mail, LLC__, located at __the offices of Storytellers Mail, LLC__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __1/3/22__　　　　　　　__/s/ Christopher Schrimpf__
         *Date*　　　　　　　　　　　　　　　*Signature*

__Bexley, Ohio__
  *Location*