2019R00448 - 201

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __DEBRA MEADows__, attest on penalty of criminal punishment for false statement or false attestation that I am/was the __Deposit Operations Specialist__ of THE COMMUNITY BANK from JANUARY 1, 2017 through THE CURRENT DATE, and that I also have access to the records for that same period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of THE COMMUNITY BANK, located at 113 NORTH FIFTH STREET, ZANESVILLE OHIO 43701.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __7-28-2020__  
Date

Signature _[signed]_

113 North Fifth Street, Zanesville Ohio 43701  
Location