2019R00448 - 203

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __BEN WOOD__, attest on penalty of criminal punishment for
       Name
false statement or false attestation that I am/(was) the __SPECIAL ASSETS MANAGER__
                                                                           Title
of __THE UNION BANK__ from
__JULY, 2009__ through __NOV, 2019__, and that I also am/(was) a custodian of CERTAIN records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __FIRST GUARANTY BANK, FORMERLY, THE UNION BANK__ located at __305 S. MAIN ST. MARKSVILLE, AVOYELLES PARISH, LA__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __7/27/2020__              __[Signature]__
          Date                                                       Signature

__FIRST GUARANTY BANK, MARKSVILLE, AVOYELLES PARISH, LA__
          Location

TIER 2 - 130108