AUG-30-2019   09:11         FBI-COLUMBUS,OH                                    P.007

2019R00448 - 022

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Brittany E. McKlin_ , attest on penalty of criminal punishment for
                Name
false statement or false attestation that I am/was the _Subpoena Coordinator_
                                                                Title
of _Verizon_ from

_2012_ through _Present_ , and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of _Verizon_ ,

located at _Bedminster, NJ_ .

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set
   forth, by (or from information transmitted by) a person with knowledge of those
   matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on _6 Sep 2019_                    _Brittany E McKl_
            Date                                        Signature

_Bedminster, NJ_
      Location

VSAT Case# 190222114

2019R00448 - 024

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____Daniel Ilao_____, attest on penalty of criminal punishment for
                          *Name*
false statement or false attestation that I am/was the _____Subpoena Coordinator_____
                                                                          *Title*
of _____Verizon Wireless_____ from
_____May 2006_____ through _____Present_____, and that I also am/was a custodian of records for that
same time period.

I have reviewed the attached records.  I certify that these records are the original or
duplicate copies of the original records in the custody of _____Verizon Wireless_____
located at _____180, Washington Valley Road, Bedminster, NJ 07921_____

I further state that:

A)   such records were made, at or near the time of the occurrence of the matters set
     forth, by (or from information transmitted by) a person with knowledge of those
     matters;

B)   such records were kept in the course of a regularly conducted business activity;

C)   the business activity made such records as a regular practice; and

D)   if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best
of my knowledge and belief.

Executed on _____September 12, 2019_____          _____*Daniel Ilao*_____
                      Date                                    Signature

_____Bedminster, NJ_____
            Location

TIER 2-US0007947



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

October 12, 2020


**Verizon Case #: 190232283**
**Docket / File #: NEW FAX FROM 6142241183**

State of New Jersey

ss:

County of Somerset


I, WALTER DECKER, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached 10 pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.


/s/ WALTER DECKER _____


Certification following USCS Federal Rules of Evidence Rule 902 & 803.

SEP-20-2019 14:42 FBI-COLUMBUS,OH P.005

2019R00448 - 032

<u>CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL
RULE OF EVIDENCE 902(11)</u>

I, _____Ali Abouomar_____, attest on penalty of criminal punishment for

            *Name*

false statement or false attestation that I am/was the _____Custodian of Records_____

            *Title*

of _____Verizon Wireles_____ from

__2019__ through __2020__, and that I also am/was a custodian of records for that

same time period.

    I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of ____Verizon Wireless____,

located at _____180 Washington Valley Road, Bedminster NJ 07921_____

    I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set

        forth, by (or from information transmitted by) a person with knowledge of those

        matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice; and

D)    if such record is not the original, such record is a duplicate of the original.

    I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on __10/9/20__                              

      *Date*                                *Signature*

__Verizon Wireless__

     *Location*

2019R00448 - 044

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, <u>Siaka Sesay</u>, attest on penalty of criminal punishment for
        *Name*
false statement or false attestation that I am/was the <u>Records Custodian</u>
                                                      *Title*
of <u>Verizon Wireless</u> from

<u>01/01/2017</u> through <u>present</u>, and that I also am/was a custodian of records for that

same time period.

    I have reviewed the attached records.  I certify that these records are the original or

duplicate copies of the original records in the custody of <u>Verizon Wireless</u>,

located at <u>180 Washington Valley Road, Bedminster, NJ 07921</u>.

    I further state that:

    A)    such records were made, at or near the time of the occurrence of the matters set

        forth, by (or from information transmitted by) a person with knowledge of those

        matters;

    B)    such records were kept in the course of a regularly conducted business activity;

    C)    the business activity made such records as a regular practice; and

    D)    if such record is not the original, such record is a duplicate of the original.

    I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on <u>10/28/2019</u>
             Date                                  Signature

Bedminster, NJ 07921
        Location

TIER2-US0015370

2019R00448 - 072

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, ___Siaka Sesay_____, attest on penalty of criminal punishment for
           *Name*

false statement or false attestation that I am/was the ___Records Custodian_____
                                       *Title*

of ___Verizon Wireless_____ from

___01/01/2017___ through ___11/22/2019___, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of _____Verizon Wireless_____,

located at ___180 Washington Valley Road, Bedminster, NJ 07921_____.

I further state that:

A)      such records were made, at or near the time of the occurrence of the matters set

          forth, by (or from information transmitted by) a person with knowledge of those

          matters;

B)      such records were kept in the course of a regularly conducted business activity;

C)      the business activity made such records as a regular practice; and

D)      if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on ___10/12/2020___          ___/s/ Siaka Sesay_____
            *Date*                                *Signature*

___Bedminster, NJ_____
          *Location*

DEC-09-2019 08:53          FBI-COLUMBUS,OH                          P.006

2019R00448 - 077

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, *CLAY BROWN*, attest on penalty of criminal punishment for
    *Name*
false statement or false attestation that I am/was the *SUBPOENA COORDINATOR*
                                     *Title*
of *VERIZON* from
*2010* through *PRES*, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of _____,

located at *BEDMINSTER NJ*.

I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set

     forth, by (or from information transmitted by) a person with knowledge of those

     matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice; and

D)    if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on *1-8-20*
         *Date*                        *Signature*

*BEDMINSTER NJ*
    *Location*

TOTAL P.006

TIER2-0031703

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT**

**TO FEDERAL RULES OF EVIDENCE 902(11), 902(13) & 803(6)**

I, __Christopher W. Taylor__, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 UCS § 1746, that the information contained in this certification is true and correct. I am employed by __Verizon Wireless__, and my title is __Legal Support Coordinator__. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of __Verizon Wireless__. The attached records consist of:

Subscriber information, call detail (CDR), SMS/MMS detail, bill/toll copies for mobile number 3304147780 for the period of 07/19/2018 - 12/27/2019.

I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activities of __Verizon Wireless__, and they were made by __Verizon Wireless__ as a regular practice, and

b. Such records were generated by __Verizon Wireless__ electronic process or system that produces an accurate result, to wit:

    1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of __Verizon Wireless__ in a manner to ensure that they are true duplicates of the original records; and

    2. The process or system is regularly verified by __Verizon Wireless__, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11), 902(13) and 803(6) of the Federal Rules of Evidence.

_____
Signature

__January 8, 2020__
Date

2019R00448-085

VSAT 200001616
TIER2-0034809

2019R00448 - 105

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Sheila Smith__, attest on penalty of criminal punishment for
　　　　　*Name*
false statement or false attestation that I am/was the __Subpoena Coordinator__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Title*
of __Verizon__ from

__Oct 2008__ through __present__, and that I also am/was a custodian of records for that

same time period.

　　　　I have reviewed the attached records.  I certify that these records are the original or

duplicate copies of the original records in the custody of __Verizon__,

located at __180 Washington Valley Road__.

　　　　I further state that:

A)　　such records were made, at or near the time of the occurrence of the matters set

　　　　forth, by (or from information transmitted by) a person with knowledge of those

　　　　matters;

B)　　such records were kept in the course of a regularly conducted business activity;

C)　　the business activity made such records as a regular practice; and

D)　　if such record is not the original, such record is a duplicate of the original.

　　　　I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on __2/12/2020__　　　　　　　　　　　　　　　　　
　　　　　　　*Date*　　　　　　　　　　　　　　　　　*Signature*

__Verizon - Bedminster, NJ__
　　*Location*

2019R00448 - 109

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Dorothy Altenor , attest on penalty of criminal punishment for

*Name*

false statement or false attestation that I am/was the Subpoena Compliance Coordinator

of Verizon Wireless                                            *Title*                    from

_____ through _____, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records.  I certify that these records are the original or

duplicate copies of the original records in the custody of Verizon Wireless ,

located at 180 Washington Valley Rd Bedminster NJ 07921 .

I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set

forth, by (or from information transmitted by) a person with knowledge of those

matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice; and

D)    if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on 02/27/2020                        _Dorothy L Altenor_

*Date*                                              Signature

Bedminster, New Jersey

Location

TIER2-0042563

2019R00448 - 138

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Clay Brown_____, attest on penalty of criminal punishment for
         *Name*
false statement or false attestation that I am/was the __Subpoena Coordinator_____
                                                                                    *Title*
of __Verizon_____ from

___2010____ through __Pres_____, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of __Verizon_____,

located at __180 Washington Valley Rd Bedminster, NJ 07921_____.

I further state that:

A)     such records were made, at or near the time of the occurrence of the matters set

       forth, by (or from information transmitted by) a person with knowledge of those

       matters;

B)     such records were kept in the course of a regularly conducted business activity;

C)     the business activity made such records as a regular practice; and

D)     if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on __6/9/2020____          _____
                  **Date**                              **Signature**

__Bedminster, NJ_____
        **Location**

TIER2-0045122

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Kathleen Jones__, attest on penalty of criminal punishment for
      *Name*

false statement or false attestation that I am/was the __Coordinator__

of __Verizon__ from
      *Title*

__2003__ through __2020__, and that I also am/was a custodian of records for that

same time period.

    I have reviewed the attached records.  I certify that these records are the original or

duplicate copies of the original records in the custody of __Verizon__,

located at __180 Washington Valley  Road   Bedminster New jersey__.

    I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set

forth, by (or from information transmitted by) a person with knowledge of those

matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice; and

D)    if such record is not the original, such record is a duplicate of the original.

    I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on __6/29/2020__
        *Date*

/s/ Kathleen Jones
_____
         *Signature*

__New  Jersey__
      *Location*

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT**

**TO FEDERAL RULES OF EVIDENCE 902(11), 902(13) & 803(6)**


I, __Christopher W. Taylor__, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 UCS § 1746, that the information contained in this certification is true and correct. I am employed by __Verizon Wireless__, and my title is __Legal Support Coordinator__. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of __Verizon Wireless__. The attached records consist of:

Subscriber information and device ID for mobile numbers 7407072500, 6142046703, 6142041050 and 6145815826 as of 07/10/2020.


I further state that:

a.   All records attached to this certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activities of __Verizon Wireless__, and they were made by __Verizon Wireless__ as a regular practice, and

b.   Such records were generated by __Verizon Wireless__ electronic process or system that produces an accurate result, to wit:

　1.   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of __Verizon Wireless__ in a manner to ensure that they are true duplicates of the original records; and

　2.   The process or system is regularly verified by __Verizon Wireless__, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11), 902(13) and 803(6) of the Federal Rules of Evidence.

Digitally signed by
Christopher W. Taylor
Date: 2020.07.14
09:38:33 -04'00'

_____
Signature


__July 14, 2020__
Date


2019R00448-146

VSAT 200175695
TIER2-0045825

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Verizon Security Assistance Team
180 Washington Valley Road
Bedminster, NJ 07921
Phone: 800-451-5242 Fax: 888-667-0028

10/09/2020


Federal Bureau of Investigations
425 W Nationwide Blvd
Columbus, OH 43215


**Verizon Case #: 200173872**
**Docket / File #: 2019R00448-147**

State of New Jersey)

ss:

County of Somerset)


I, Josh Ransegnola, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached 3 files of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.


<u>/s/ Josh Ransegnola</u>


Certification following USCS Federal Rules of Evidence Rule 902 & 803.

TIER2-0045829

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Brittany E. Meklin_____, attest on penalty of criminal punishment for
         *Name*
false statement or false attestation that I am/was the _Subpoena Coordinator_____
                                                                    *Title*
of _Verizon_____ from

_Nov 2012_____ through _Present_____, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of _Verizon_____,

located at _Bedminster, NJ_____.

I further state that:

A)    such records were made, at or near the time of the occurrence of the matters set

        forth, by (or from information transmitted by) a person with knowledge of those

        matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice; and

D)    if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.


Executed on _25 July 2020_          _/s/ Brittany E. Meklin_____
                  Date                            Signature


_Bedminster, NJ_____
      Location

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____Daniel Ilao_____, attest on penalty of criminal punishment for
                  *Name*

false statement or false attestation that I am/was the ____Subpoena Coordinator____

of _____Verizon Wireless_____ from
                                                        *Title*

__May 2006__ through __present__, and that I also am/was a custodian of records for that

same time period.

   I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of ____Verizon Wireless____,

located at ____180 Washington Valley Road____
             ____Bedminster, NJ 07921____.

   I further state that:

   A)   such records were made, at or near the time of the occurrence of the matters set

        forth, by (or from information transmitted by) a person with knowledge of those

        matters;

   B)   such records were kept in the course of a regularly conducted business activity;

   C)   the business activity made such records as a regular practice; and

   D)   if such record is not the original, such record is a duplicate of the original.

   I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

                                              *Daniel Ilao* (signature)

Executed on __November 13, 2020__          _____
                  Date                              Signature

180 Washington Valley Road
Bedminster, NJ 07921
         Location

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, ____Dorothy Altenor____, attest on penalty of criminal punishment for
        *Name*
false statement or false attestation that I am/was the __Subpoena Compliance Coordinator__

of _____ from
                                                        *Title*

_____ through _____, and that I also am/was a custodian of records for that

same time period.

I have reviewed the attached records. I certify that these records are the original or

duplicate copies of the original records in the custody of ____Verizon Wireless____,

located at __180 Washington Valley Rd Bedminster NJ 07921__.

I further state that:

A)   such records were made, at or near the time of the occurrence of the matters set

     forth, by (or from information transmitted by) a person with knowledge of those

     matters;

B)   such records were kept in the course of a regularly conducted business activity;

C)   the business activity made such records as a regular practice; and

D)   if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on __08/5/2020__                    ____Dorothy L Altenor____
             Date                                       Signature

__Bedminster New Jersey__
        Location



VERIZON SECURITY SUBPOENA COMPLIANCE

180 WASHINGTON VALLEY ROAD

BEDMINSTER NJ 07921

Phone: 800-451-5242 Fax:888-667-0028

December 13, 2022


US ATTORNEY CINCINNATI
221 E 4 ST STE 400
CINCINNATI OH 45202


**Verizon Case #: 22518871**
**Docket / File #: L20-CR-077**

State of New Jersey

ss:

County of Somerset


I, DEAN BOBSIN, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.


/s/ DEAN BOBSIN_____


Certification following USCS Federal Rules of Evidence Rule 902 & 803.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ___Josh Ransegnola_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by ___Verizon Wireless___, and my title is ___Subpoena Coordinator_____.

I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of ___Verizon_____. The attached records consist of

_____Subscriber info, call detail, text details,_____

_____VoTLE details and Device ID_____

_____

I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of ___Verizon_____,
and they were made by ___Verizon_____ as a regular practice; and

b.    such records were generated by ___Verizon_____ electronic process or system that produces an accurate result, to wit:

1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of ___Verizon_____ in a manner to ensure that they are true duplicates of the original records; and

2.    the process or system is regularly verified by ___Verizon_____,
and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

___04/13/2018_____                    *Josh Ransegnola*

Date                                  Signature

17-1404
MCS



Office of Integrity & Compliance
180 Washington Valley Road
Bedminster, New Jersey 07921

## Certification of Records

To: Whom It May Concern

Ref: Records for MTN: 614-204-6703

I, Siaka Sesay, hereby state and declare that I am the "Custodian of Records" for Verizon Wireless. I have been employed in the Law Enforcement Resource Team since March 2009. My duties include but are not limited to complying with subpoenas, court orders, search warrants and any other legal documents requesting records owned and maintained by Verizon Wireless. I have knowledge of and assist in maintaining all customer records for Verizon Wireless on a daily basis.

I certify that the records accompanying this certification:

1. Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

2. Were kept in the course of regularly conducted activity: and

3. Were made by the regularly conducted activity as a regular practice.

4. Were true copies of all the records described in the request from the Clerk of the Court for the Potter Stewart US Courthouse, October 16th, 2017 generated by the Verizon Wireless billing system.

I declare under penalty of perjury that the foregoing information is true and correct.

Executed October 23rd, 2017.

Signed: *Siaka Sesay*

TIER 2 - 095438

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Brittany E. Meklin_, attest under penalties of perjury of criminal punishment for false statement or false attestation pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct.

I am employed by _Verizon_, and my official title is _Subpoena Coordinator_. I am/was the custodian of records of _Verizon_ from the time period of _Nov 2012_ through _Present_.

I certify that the documents provided in response to subpoena of account(s) ending in _0981746579-0000.1_ in the name(s) of _Grant St Consulting_ are true and exact copies of the originals as held in the ordinary course of business. I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of _Verizon_, as held in the ordinary course of business.

I further state that:

a.   all records provided were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.   such records were kept in the ordinary course of a regularly conducted business activity of;

c.   such records were made by as a regular practice; and

d.   if such records is not the original, such record is a duplicate of the original.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_11 Nov 2017_
DATE

_Brittany E. Meklin_
SIGNATURE



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

January 3, 2023

FBI COLUMBUS
425 W NATIONWIDE BLVD
COLUMBUS OH 43215

**Verizon Case #: 23101808**
**Docket / File #: 1:20-CR-077**

State of New Jersey

ss:

County of Somerset

I, CHRISTOPHER BRYLA, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ CHRISTOPHER BRYLA_____

Certification following USCS Federal Rules of Evidence Rule 902 & 803.