# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:20-cr-77 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| LARRY HOUSEHOLDER *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PUBLIC NOTICE &
# ORDER REGARDING JURY TRIAL

The case as to Defendants Larry Householder and Matthew Borges is scheduled to proceed to jury trial on January 23, 2023.  Unless otherwise noted, trial will begin each day at 9:30 a.m. in Courtroom # 1, Room 805 of the Potter Stewart U.S. Courthouse in Cincinnati, Ohio.  In an effort to accommodate the significant public interest in this case, while also ensuring the integrity of the proceedings, as well as the health and safety of everyone present, the Court establishes the following procedures:

(1) The proceedings in this case are open to the general public and the media (collectively, "Public Attendees").  All Public Attendees are required to abide by the general rules of the Courthouse and the specific rules established by this Court;

(2) Any Public Attendees may observe the proceedings live from Courtroom #1, so long as there is seating in the gallery.  Seating in the gallery is first-come, first-served;

(3) Additionally, Room 305 of the Courthouse will serve as an overflow room for Public Attendees.  A live feed of the Courtroom video and audio will stream in the overflow room;

(4) Public Attendees observing the proceedings in the Courtroom are required to remain masked at all times;

(5) Recording and photography is **PROHIBITED** in all areas of the Courthouse;

(6) All electronics, including but not limited to cell phones, tablets, and laptops are **PROHIBITED** in the Courtroom. Electronic devices may be used in the overflow room, so long as devices are not used for recording, and so long as the use of devices does not interfere with other Public Attendees ability to see or hear the proceedings;

(7) Access to the 9th Floor of the Courthouse shall be **RESTRICTED** to jurors and Court personnel only. Public Attendees are **PROHIBITED** from accessing, attempting to access, or being present on the 9th Floor at any time;

(8) Prior to the jury's entry into and exit from the courtroom, Court Security Officers will clear the hallways, stairwells, and elevator bank along the jury's path of travel and shall ensure the path remains clear until the jury is seated in the courtroom or until all jurors have returned to the 9th Floor. Trial participants and Public Attendees must remain in the courtroom and/or must stay out of the jurors' path of travel until all jurors are confirmed to be on the 9th Floor;

(9) Trial participants (other than Court personnel) and Public Attendees are **PROHIBITED** from contacting or communicating with jurors, or attempting to do so, during the course of the trial;

(10) This Court may modify or amend this Order at any time. The Court may further implement any additional security and/or administrative protocols, at any time, by written or oral ruling, that the Court deems appropriate to ensure the purposes listed in this Order, *supra*; and

(11) The Clerk shall transmit copies of this Order to the Jury Coordinator in Cincinnati, as well as to the United States Marshal for the Southern District of Ohio.

Any person who, either directly or indirectly, attempts to or does: (1) violate this Order; (2) impede or interfere with the implementation or compliance of this Order; or (3) impede or interfere with any person attempting to implement or comply with this Order, will face appropriate sanctions, including but not limited to, being denied entry to the courthouse during the duration of the trial and/or being held in contempt of this Court.

**IT IS SO ORDERED.**

Date: 1/22/2023

Timothy S. Black
United States District Judge