Gmail

Steven Nolder <snolder9@gmail.com>

## Ohio AFL-CIO Subpoena
1 message

**Steven Nolder** <snolder9@gmail.com>  Sun, Jan 22, 2023 at 3:01 PM
To: nro@mccarthylebit.com

Hey Nick:  your process server attempted to serve a subpoena on Friday which seeks the testimony of Tim Burga, the Ohio AFL-CIO's director.  As you know, the Ohio AFL-CIO previously produced documents, some of which it appears will be admitted at the Householder trial.  To my knowledge, no one has interviewed Burga to date.  Are you at liberty to share the testimony you seek to elicit from Tim at the Householder trial?  Steve

--
Steven S. Nolder
Attorney at Law
65 East State Street, Suite 200
Columbus, Ohio 43215
Phone (614) 221-9790
Fax (614) 358-3598
snolder9@gmail.com