# EXHIBIT B

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Larry Householder, et al | ) | Case No. 1:20-CR-00077-TSB |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Tim Burga
Ohio AFL-CIO
500 S. Front Street
Columbus, OH 43215

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 100 East Fifth Street Cincinnati, OH 45202 | Courtroom No.: | #1, Room 805 |
|---|---|---|---|
| | | Date and Time: | 01/23/2023 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 01/17/23

**Richard W. Nagel, Clerk of Court**

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Defendant** Larry Householder, who requests this subpoena, are:

Nicolas R. Oleski, Esq. (0095808)
McCarthy, Lebit, Crystal & Liffman Co., LPA
1111 Superior Avenue East, Suite 2700
Cleveland, OH 44114
nro@mccarthylebit.com

EXHIBIT B



**McCARTHY LEBIT CRYSTAL & LIFFMAN CO., LPA**
1111 Superior Avenue East, Suite 2700, Cleveland, OH 44114

Nicholas R. Oleski
Attorney-at-Law
Writer's Ext.: 272
nro@mccarthylebit.com

January 18, 2023

<u>VIA HAND DELIVERY</u>

Tim Burga
Ohio AFL-CIO
500 S. Front Street, Suite 1100
Columbus, OH 43215

RE: *United States of America v. Larry Householder, et al.*
Case No. 1:20CR 00077 (S.D. Ohio)

Dear Mr. Burga:

Enclosed is a subpoena for your attendance at the trial in the above-captioned matter on January 23, 2023 at 9:30 a.m. I have also enclosed a check in the amount of $122.55 for the applicable witness and attendance fees as required by law. *Although the Subpoena is dated for the first day of trial, you will likely not be needed to testify for several weeks. Please contact me to discuss when you will need to appear for your testimony.*

Very truly yours,

/s/ Nicholas R. Oleski

Nicholas R. Oleski

Enclosures

{01818421-1}

**EXPECT MORE. GET MORE.**
mccarthylebit.com  o: 216-696-1422  f: 216-696-1210