EXHIBIT C

Final PIECE #1

# PROTECT HOUSE BILL 6 AN INVESTMENT IN OUR CHILDREN'S FUTURE!

Paid for by Ohio AFL-CIO.
Not authorized by any candidate or candidate's committee.

House Bill 6 saves thousands of good-paying union jobs and protects Ohio families by investing millions in new in-state generated clean energy.

## DECLINE TO SIGN!

If you are approached to sign a petition against House Bill 6, say NO and PROTECT UNION JOBS!



ohio afl-cio

A message from Ohio AFL-CIO

PRESORTED
STANDARD
U.S. POSTAGE
PAID
BEREA OH
PERMIT #333

# HOUSE BILL 6 SAVES THOUSANDS OF GOOD-PAYING UNION JOBS, INVESTS IN OUR SCHOOLS, AND PROTECTS OUR ENVIRONMENT!



House Bill 6 is Ohio's largest investment in carbon free energy ever. It saves Ohio's nuclear plants, which generate 90% of our zero-carbon energy, and it ensures funding for the largest in-state solar energy expansion in state history. House Bill 6 provides over $350 million in tax revenues for our schools and local communities, while guaranteeing cleaner air through less carbon emissions for our families.

ohio afl-cio

## DECLINE TO SIGN!

EXHIBIT C



Paid for by Ohio AFL-CIO.
Not authorized by any candidate or candidate's committee.

# PROTECT HOUSE BILL 6
## AN INVESTMENT IN OUR CHILDREN'S FUTURE!

House Bill 6 saves thousands of good-paying union jobs and protects Ohio families by investing millions in new in-state generated clean energy.

ohio afl-cio

PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
BEREA OH
PERMIT #333

A message from Ohio AFL-CIO

### DECLINE TO SIGN!
If you are approached to sign a petition against House Bill 6, say NO and PROTECT UNION JOBS!

EXHIBIT C

FINAL PIECE #2

# HOUSE BILL 6 SAVES THOUSANDS OF GOOD-PAYING UNION JOBS, INVESTS IN OUR SCHOOLS, AND PROTECTS OUR ENVIRONMENT!



House Bill 6 is Ohio's largest investment in carbon free energy ever. It saves Ohio's nuclear plants, which generate 90% of our zero-carbon energy, and it ensures funding for the largest in-state solar energy expansion in state history.

House Bill 6 provides over $350 million in tax revenues for our schools and local communities, while guaranteeing cleaner air through less carbon emissions for our families.

## DECLINE TO SIGN!

EXHIBIT C