**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **Case No. 1:20-CR-077** |
| **vs.** | : | **JUDGE BLACK** |
| **LARRY HOUSEHOLDER,** *et al*, | : | |
| **Defendant.** | : | |

**TIMOTHY BURGA'S REPLY TO LARRY HOUSEHOLDER'S RESPONSE TO HIS
MOTION TO QUASH SUBPOENA *AD TESTIFICANDUM***

On January 23, 2023, Larry Householder served a subpoena *ad testificandum* on Timothy Burga, President of the Ohio AFL-CIO. After ignoring undersigned counsel's question about the testimony Householder sought to elicit, Burga moved to quash the subpoena. (R. #196, Motion to Quash).

On February 6, 2023, Householder filed a response in opposition to Burga's motion to quash. (R. #200, Householder's Opposition). In his response, Householder noted he didn't intend to elicit testimony about the merits of HB-6. (R. #200, Householder's Opposition, PAGE ID #5495). Instead, Householder intends to pursue the following lines of inquiry: (a) "why he (Burga) authorized the [Ohio] AFL-CIO to contribute money to Generation Now during the 2018 election cycle" and (b) "how the [Ohio] AFL-CIO spent the money that Generation Now sent to it in 2019." (R. #200, Householder's Opposition, PAGE ID #5495).

On their face, Householder's lines of questioning are not forbidden by this Court's Final Pretrial Order. (R. #180, Final Pretrial Order, PAGE ID #4353). Additionally, because he's simply a witness, Burga will leave it to the parties to raise any objections under Fed. R. Evid. 401-403 that his testimony might trigger. Based on Householder's proffered bases for Burga's

1

testimony, it appears Timothy Burga can arguably provide material or relevant testimony and he

gives notice of his intent to withdraw his motion to quash.

Respectfully submitted,

/s/ Steven S. Nolder
Steven S. Nolder (0037795)
65 E. State Street, Suite 200
Columbus, OH 43215
(614) 221-9790
snolder9@gmail.com
Attorney for Timothy Burga

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Reply to Householder's Response to

Motion to Quash was electronically served on all counsel this 8th day of February, 2023.

/s/ Steven S. Nolder
Steven S. Nolder (0037795)
Attorney for Timothy Burga
