June 21, 2023

The Honorable Timothy S. Black
United State District Judge,
Potter Stewart U.S. Courthouse, Room 815
110 East Fifth Street
Cincinnati, OH 45202

Dear Judge Black:

My name is Steve Baker and I wanted to write to you about Larry and Taundra Householder. When you see one, you see the other. Larry and Taundra are inseparable.

They have dedicated their lives to volunteer community service. Food Banks, 4H, Youth Sports, County Fairs, Autistic Children Programs, Special Olympics, Kids Vocational programs, Disabled Veterans Charities are all things that Larry and Taundra are extremely active in.

Both have been named Honorary Chapter Farmers because of their work in FFA. Both have been recognized multiple times for their voluntary community service. Larry has been named to the New Lexington High School Hall of Fame for his dedication to local kids and that was BEFORE he was ever elected to public office.

The two of them are the dynamic duo when it comes to local charities and volunteer work. I can't imagine the impact to hundreds of families in Appalachia Ohio if they were ever split up.

Please grant Mr. Householder lenience when you sentence him. Thank you.

Sincerely,

Steve Baker

June 21, 2023

The Honorable Timothy S. Black
United State District Judge,
Potter Stewart U.S. Courthouse, Room 815
110 East Fifth Street
Cincinnati, OH 45202

Dear Judge Black:

My name is Stephanie Baker-Turner. I'm a lifetime resident of Perry County and I have known Larry and Taundra Householder my entire life. In fact, they are like family to me.

Additionally, my father, Steve Baker, and Larry Householder are longtime friends. My father is a small business owner. Mr. Householder has been a great friend and advisor to him.

I am writing to respectfully ask that you show leniency when you sentence Mr. Householder. He and Mrs. Householder are now 64 years old. If he hadn't been arrested and convicted he would have been serving in his last term in office and would be retiring at the end of next year.

I have watched as this issue has taken a physical and mental toll on Mr. and Mrs. Householder, their sons, and their extended family and friends. I worry about how their separation will affect them all.

The person that has been portrayed in the media is not the friend that I have known my entire life. Mr. Householder has always encouraged and supported me and my family in every way possible. Despite his conviction, I personally know that he is a good, honest, and caring person.

Mr. Householder has been a idol to my 13 year old son who has autism during Mr. Householders time in legislature my son would watch sessions through the Ohio Channel and would then tell all of us all the good things he was getting accomplished. Mr. Householder has accomplished so many great things for our county such as securing funding for various schools, fire departments, parks, baseball fields, basketball courts and our county fair. The great things that has done will be used for many years to come.

Again, I respectfully and humbly request that you show leniency and compassion when you sentence Larry Householder. Thank you.

Sincerely,

*Stephanie Baker Turner*

Stephanie Baker-Turner

June 22, 2023

The Honorable Timothy S. Black
United State District Judge,
Potter Stewart U.S. Courthouse, Room 815
110 East Fifth Street
Cincinnati, OH 45202

Dear Judge Black:

My name is Brett Hillyer. As you may recall I am an attorney and I testified on behalf of Larry Householder during his trial. I am writing to respectfully request that you consider showing leniency during your sentencing of Mr. Householder.

Despite his arrest and conviction, I know Mr. Householder to be a family man, and of good character. I have known Mr. Householder and interacted with him extensively during the past five years.

The person that has been portrayed by the media and outside groups is not someone that I have ever personally witnessed or recognized. It has been painfully obvious that some in the media are using their political opposition to Mr. Householder to agitate and muddy the waters against him.

I am concerned about his age and health and would respectfully request that you consider those issues when you sentence him. Thank you.

Sincerely,

/s/Brett H. Hillyer
Brett Hillyer

Honorable Timothy S. Black
United States District Judge
Potter Stewart U.S. Courthouse, Room 815
110 East Fifth Street
Cincinnati, OH 45202

Dear Judge Black,

My name is Catherine (Love) Householder; I am recently married to Derek Householder. I have known Larry Householder in a variety of capacities for many years – my favorite of which being my father-in-law. I have been extremely blessed to be able to see him, not only as my State Representative, but also as a husband, father, and grandfather.

Larry is the father of five boys and grandfather to one (soon to be two) grandchildren. As a father and grandfather, Larry has always encouraged spending time with the family and checks in on his five sons and their families regularly. One of my favorite things to do when we are together is to watch how he interacts as a husband, father, and grandfather. Nothing makes me happier than to know he has positively influenced and impacted Derek, and that I have made a great choice in marrying into this family. Some qualities I have seen demonstrated include loyalty, faith, and compassion. Derek and I have been eagerly looking forward to seeing Larry be a grandfather to our future child(ren) and to see the positive relationship develop that can only be had between a grandfather and grandchild.

Larry is a family-oriented man who is always looking for means of improving the lives of families in his community. While his family has endured many difficult times, he and his wife, Taundra, have found ways to take tragedies and find ways to help prevent other families from having to endure the same pain. One of many ways they have helped to create a positive change for families is by pushing for change of safety standards in the automobile industry. Larry and Taundra were the primary proponents of automobile safety pertaining to automatic windows: we now pull up on a button to roll the window up versus in the past where you would push the button forward or backward to move the window up and down.

While moving forward with this case, I ask the court to consider the positive impacts Larry has had in his community and family, and all the positive impact and change he can continue to provide, all the wisdom and life lessons he has left to give his family, and all the support a wife needs from her husband. Thank you for your time and consideration.


Sincerely,

Catherine (Love) Householder

The Honorable Timothy S. Black
United State District Judge,
Potter Stewart U.S. Courthouse, Room 815
110 East Fifth Street
Cincinnati, OH 45202

Dear Judge Black:

My name is Derek Householder and I am the oldest of Larry Householder's children. Larry is father of five sons that still need guidance from time to time and a grandfather to his granddaughter that needs the wisdom and life lessons that only a grandfather can give. Larry is also expecting the arrival of his first grandson in the coming weeks. In addition, Mom will need him around to help with the farm and their many community activities and programs they are a part of.

There are many wonderful stories to be told about my father. To show more about his character, I will tell you stories from the farm when I was younger.

Growing up on a farm, we learned early on the importance of human life and animal life; both of which are very precious to my dad. Larry shows his dedication to following the gospel and sharing the teachings with his children through real-life experiences. One of the animals we tended to early on was sheep. I remember nearly every lambing season; my dad would monitor the ewes to ensure that he could be around during birthing. One season, they all ended up delivering their lambs within a couple days. Every lambing season comes with long days and nights tending to the ewes and lambs, but this particular year required near round-the-clock care and attention. We had long nights with little sleep and many close calls during birth. My dad, Larry, took this time to explain life, how God creates and provides, and how God provided animals for use for things such as food and wool. As years went by, chores on the farm continued to be an easy way to provide a good foundation for his family and the values he has instilled in them. Eventually, these chores turned into 4H projects. I can remember times of not wanting to go down to tend and feed the animals. Dad would sit me down to explain that the animals in my care relied on me. I use that lesson in my everyday life; always thinking about who relies on me, just as he does.

My father is someone that not only his family relies on, but also the community. Since I can remember, my father has always been involved in various community groups and has been eager to help those within our community and to help create a better future for the children in our area. For this reason, it is not uncommon for someone to drive by the farm and stop when they see him out mowing or working on the greenhouse. Dad will stop what he is doing just to chat and check up on how everything is going. This is a man that will call anyone he knows no matter what he has going on to check up on them and to see if there is anything he can do to help them. He is a landmark to this county and the key to the schools and resources we have today.

As I am beginning to start a family of my own, I often find myself thinking about these days on the farm and how I hope to raise my children. Like the lessons learned on the farm, I am going to continue to need my dad beside me – teaching me how to be the best dad I can be, teaching me lessons of patience and dedication, and to help guide my children. The relationship between a father and son is a special one that is difficult to describe on paper, but what I am expecting to be far greater is the relationship I can watch grow between my future children and my dad.


Sincerely,

Derek Householder

# Joy Padgett



June 21, 2023

Dear Honorable Judge Timothy Black:

Who is Larry Householder? Certainly, not the man I saw depicted in the many articles offered by the Columbus Dispatch.

Although I knew Larry before he began serving in the Ohio House, I really learned first-hand who he was during the time we worked together on several issues of critical importance to the Appalachian region of Ohio. We both focused on school funding and school facilities legislation, issues that were his motives for initially running for office. After all, the DeRolph lawsuit that challenged the fairness of school funding was initiated in Perry County where Larry grew up and lived.

Larry and I often teamed up to address many issues of importance throughout the Appalachian region. His passion for helping people and understanding of the region made him an outstanding leader where his voice was listened to and respected. I am proud that I was one of several House members that convinced Larry early on in his career to run for Leadership as the Assistant Majority Whip which he won.

Larry went on to become Speaker of the House twice. That doesn't happen without leadership qualities that are recognized by the majority of members. Larry is an individual with multiple talents……always exploring leading edge ideas that will improve the lives of his constituents and the people of Ohio.

On a personal note, I watched Larry and his wife Taundra raise five sons strongly rooted in their faith. They suffered as a family through the tragic death of their daughter, but never quit serving their community. I admire their ability to persevere through tragedy.

I knew all but one of the men involved the HB6 case. As I read the newspaper articles, I wondered why no one described the Neil Clark I knew well. He did have influence, but he was prone to flagrant exaggeration during every conversation on every issue being discussed. Everyone who knew Neil knew they had to separate the "wheat from the chaff" in his comments. As I read between the lines in the news articles, I could hear Neil trying to one-up everyone else during the taped recordings.

I humbly ask that as you prepare for sentencing Larry that you are lenient and consider probation. If you have any questions, please do not hesitate to contact me at ███████.

Sincerely,
Joy Padgett
Former Ohio House and Ohio Senate Member

# Pullins Law Firm LLC
*Affordable & Innovative Legal Solutions*

June 22, 2023

The Honorable Timothy S. Black
United State District Judge,
Potter Stewart U.S. Courthouse, Room 815
110 East Fifth Street
Cincinnati, OH 45202

Dear Judge Black:

My name is Scott Pullins. I have known and been close friends with Larry Householder since approximately 1997. Back then I was the Director for the Ohio office of the National Taxpayers Union. I quickly bonded with Mr. Householder because we were both from Southeastern Ohio, both attended Ohio University, and both were concerned about school funding.

Like Larry, I grew up in Appalachia and even before the DeRolph School Funding Decision I understood that Southeastern Ohio had been left behind. Like Larry, I went to the same old school buildings that my parents and grandparents attended. I used school science books that stated that "someday man may be able to land on the moon."

In 1999 I applied to Capital University Law School. When I wasn't sure about attending, Larry Householder encouraged me and wrote a letter in support of my admission.

In 2000, just prior to him becoming Speaker, I was passed over for appointment to the Ohio House. I was very angry and said so very loudly and very publicly. He let me vent for a while and then called me and politely but sternly urged me to move on and not to dwell on this setback. It was good advice.

In 2002, after the National Taxpayers Union decided to withdraw from Ohio, he worked with me and others to establish and fund the Ohio Taxpayers Association. We worked closely over the next few years to fund our local schools and close huge budget deficits in the aftermath of 9/11.

After I became a lawyer in 2003, he continued to encourage and mentor me. Over the years I have served as he and his family's personal and business attorney on a variety of matters.

In 2018 I fell off a ladder and broke my back. Larry Householder was one of the first people to call and check on me. To this day he always inquires about my health and how my back is

740.392.3505
scott@pullinslaw.com

110 East Gambier Street, Suite 3
Mount Vernon, Ohio 43050
http://www.pullinslaw.com

1

doing. If he doesn't hear from me after a few days, he persistently calls, texts, and emails me to make sure that I am healthy and taking care of myself.

In 2019 I remember standing outside Mr. Householder's annual fundraiser. It was packed because he had just been elected Speaker a few months before then. I remember talking to him and stating that it was personally difficult for me because the year before his fundraiser wasn't as crowded because he wasn't Speaker.

Mr. Householder told me to go into that fundraiser, make friends, and to not hold grudges. It was great advice. But he has always given great advice and counsel over the many years that I have known him.

I first became involved in Ohio politics in 1986. Over the years I have worked closely with a variety of public and political officials. Despite his arrest and conviction, I personally know that Larry Householder is honest, ethical, and tries very hard to follow the law.

Because of his conviction, he is banned for life from serving in public office or working as a lobbyist. Nonetheless, I believe that his remaining years can still have meaning and he can make a positive contribution to the State of Ohio.

I respectfully urge you to use your discretion and sentence him to a term of probation. It is to no one's benefit for him to spend the rest of his life in a federal prison. Thank you.

Sincerely,

*[signature]*

Scott A. Pullins
Attorney & Counselor at Law