*United States* v. *Sheldon Silver*, S1 15 Cr. 093 (VEC)          *Federal Public Corruption Sentencing Chart*

## **New York Cases**[1]

| Defendant | Defendant's Position | Guidelines Range | Sentence | Disposition | Court | Year |
|---|---|---|---|---|---|---|
| Malcolm Smith | State Senator | 97-121 months | 84 months | Trial | SDNY (Karas, J.) | 2015 |
| William Scarborough | Assemblyman | 12-18 months | 13 months | Plea | NDNY (McAvoy, J.) | 2015 |
| John Sampson | State Senator | N/A | Pending | Trial | EDNY (Irrizary, J.) | 2015 |
| Thomas Libous | State Senator | 0-6 months | Six months of house arrest | Trial | SDNY (Briccetti, J.) | 2015 |
| William Boyland Jr. | Assemblyman | 235-293 months | 168 months | Trial | EDNY (Townes, J.) | 2015 |
| Dan Halloran | NY City Councilman | 151-188 months | 120 months | Trial | SDNY (Karas, J.) | 2015 |
| Eric Stevenson | Assemblyman | 51-63 months | 36 months | Trial | SDNY (Preska, J.) | 2014 |
| Larry Seabrook | NY City Councilman | 70-87 months | 60 months | Trial | SDNY (Batts, J.) | 2013 |
| Shirley Huntley | State Senator | 18-24 months | 12 months and one day | Plea | EDNY (Weinstein, J.) | 2013 |

---

[1]     Cases are listed in reverse chronological order, according to date of sentencing.

*United States* v. *Sheldon Silver*, S1 15 Cr. 093 (VEC)  *Federal Public Corruption Sentencing Chart*

| Defendant | Defendant's Position | Guidelines Range | Sentence | Disposition | Court | Year |
|---|---|---|---|---|---|---|
| Pedro Espada, Jr. | State Senator | 70-87 months | 60 months | Trial | EDNY (Block, J.) | 2013 |
| Carl Kruger | State Senator | 108-135 months | 84 months | Plea | SDNY (Rakoff, J.) | 2012 |
| Nicholas Spano | State Senator | 12-18 months | 12 months and one day | Plea | SDNY (Seibel, J.) | 2012 |
| Hiram Monserrate | State Senator | 21-27 months | 24 months | Plea | SDNY (McMahon, J.) | 2012 |
| Vincent Leibell | State Senator | 18-24 months | 21 months | Plea | SDNY (Eginton, J. (by designation)) | 2011 |
| Efrain Gonzalez | State Senator | 108-135 months | 84 months | Plea | SDNY (Pauley, J.) | 2010 |
| Anthony Seminerio | State Assemblyman | 135-168 months | 72 months years | Plea | SDNY (Buchwald, J.) | 2010 |
| Brian McLaughlin | State Assemblyman | 151-188 months | 120 months (reduced to 72 months) | Plea (cooperator) | SDNY (Sullivan, J.) | 2009 |
| Miguel Martinez | NY City Council Member | 57-71 months | 60 months | Plea | SDNY (Crotty, J.) | 2009 |

*United States* v. *Sheldon Silver*, S1 15 Cr. 093 (VEC)  *Federal Public Corruption Sentencing Chart*

## National Cases

| Defendant | Defendant's Position | Guidelines Range | Sentence | Disposition | Court | Year |
|---|---|---|---|---|---|---|
| Leland Yee | California State Senator | 57-71 months | 60 months | Plea | N.D. Cal. (Breyer, J.) | 2016 |
| Paul Bookout | Arkansas State Senator | 27-33 months | 18 months | Plea | E.D. Ark. (Miller, J.) | 2016 |
| Michael Morgan | Oklahoma State Senator, President Pro Tempore | 41-51 months | Pending[2] | Trial | W.D. Okla. (Cauthron, J.) | 2016 |
| Robert McDonnell | Governor of Virginia | 121-151 months | 24 months | Trial | E.D. Va. (Spencer, J.) | 2015 |
| Derrick Smith | Illinois State Representative | 51-63 months | 5 months | Trial | N.D. Illinois (Coleman, J.) | 2015 |
| Gordon Fox | Speaker of Rhode Island House and Vice-Chairman of City Board of Licenses | 41-51 months | 36 months | Plea | D.R.I. (Lisi, J.) | 2015 |
| Martha Shoffner | Arkansas State Treasurer | 188-235 months | 30 months | Trial | E.D. Ark. (Holmes, J.) | 2015 |
| George Grace, Sr. | Mayor of St. Gabriel, Louisiana | Life (capped at 1200 months) | 240 months | Trial | M.D. La. (Hicks, J.) | 2014 |
| Michael A. Brown | D.C. Council Member | 57-71 months | 39 months | Plea | D.D.C. (Roberts, J.) | 2014 |
| Patrick Cannon | Mayor of Charlotte, North Carolina | 46-57 months | 44 months | Plea | W.D.N.C. (Whitney, J.) | 2014 |

---

[2] Morgan was originally sentenced in 2015 to probation, but the Tenth Circuit reversed the sentence as insufficiently low. Resentencing is pending.

*United States* v. *Sheldon Silver*, S1 15 Cr. 093 (VEC)    *Federal Public Corruption Sentencing Chart*

| Defendant | Defendant's Position | Guidelines Range | Sentence | Disposition | Court | Year |
|---|---|---|---|---|---|---|
| Ray Nagin | Mayor of New Orleans | 188-235 months | 120 months | Trial | E.D. La. (Berrigan, J.) | 2014 |
| Tony Mack | Mayor of Trenton, New Jersey | 63-78 months | 58 months | Trial | D.N.J. (Shipp, J.) | 2014 |
| Paul Ben Arredondo | Arizona State Representative | 18-24 months | 18 months of home confinement | Plea | D. Ariz. (Martone, J.) | 2013 |
| Jesse Jackson, Jr. | U.S. Congressman | 46-57 months | 30 months | Plea | D.D.C. (Jackson, J.) | 2013 |
| John Bencivengo | Mayor of Hamilton Township, N.J. | 63-78 months | 38 months | Trial | D.N.J. (Thompson, J.) | 2013 |
| Kwame Kilpatrick | Mayor of Detroit | 360 months-life (capped at 4,416 months) | 336 months | Trial | E.D. Mich. (Edmund, J.) | 2013 |
| Richard Renzi | U.S. Congressman | 97-121 months | 36 months | Trial | D. Ariz (Bury, J.) | 2013 |
| David Silva | Mayor of Cudahy | 70-87 months | 12 months | Plea | C.D. Cal, (Real, J.) | 2013 |
| Stanley Wright | Mayor of Bayou La Batre | 41 t51 months | 15 months | Trial | S.D. Ala. (DuBose, J.) | 2013 |
| Bob Mellow | Pennsylvania State Senator | 21-27 months | 16 months | Plea | M.D. Pa. (Slomsky, J.) | 2012 |
| Harry Thomas Jr. | D.C. Council Member | 41-51 months | 38 months | Plea | D.D.C. (Bates, J.) | 2012 |
| Hector Martinez-Maldonado | Puerto Rico Senator | 120 months | 48 months | Trial | D.P.R. (Besosa, J.) | 2012 |
| Terry Spicer | Alabama State Representative | 57-71 months | 57 months | Plea | M.D. Ala. (Thompson, J.) | 2012 |

*United States* v. *Sheldon Silver*, S1 15 Cr. 093 (VEC)  *Federal Public Corruption Sentencing Chart*

| Defendant | Defendant's Position | Guidelines Range | Sentence | Disposition | Court | Year |
|---|---|---|---|---|---|---|
| Don Siegelman | Governor of Alabama | 151-188 months | 78 months | Trial | M.D. Ala. (Fuller, J.) | 2012 |
| Rod Blagojevich | Governor of Illinois | 360 months-Life | Pending[3] | Trial | N.D. Ill. (Zagel, J.) | 2011 |
| Jack Johnson | Executive of Prince George's County, Maryland | 87-108 months | 87 months | Plea | D. Md. (Messitte, J.) | 2011 |
| Jorge De Castro Font | Majority Leader of the Puerto Rico Senate | 108-135 months | 60 months | Plea | D.P.R. (Besosa, J.) | 2011 |
| Phillip Hamilton | Member of Virginia House of Delegates | 151-188 months | 114 months | Trial | E.D. Va. (Hudson, J.) | 2011 |
| Salvatore F. DiMasi | Massachusetts House Speaker | 235-293 months | 96 months | Trial | D. Mass. (Wolf, J.) | 2011 |
| George Pabey | Mayor of East Chicago | 27-33 months | 60 months | Trial | N.D. Ind. (Moody, J.) | 2011 |
| Peter Kott | Speaker of Alaska House of Representatives | N/A[4] | Time Served (17 months) | Plea pursuant to Rule 11(c) | D. Alaska (Beistline, J.) | 2011 |
| Dianne Wilkerson | Massachusetts State Senator | 37-46 months | 42 months | Plea | D. Mass. (Woodlock, J.) | 2010 |
| Larry Langford | President of Jefferson County Commission and Chairman of Finance | 292-365 months | 180 months | Trial | N.D. Ala. (Coogler, J.) | 2010 |

---

[3] Blagojevich originally was sentenced to 168 months before certain of his counts of conviction were vacated on appeal by the Seventh Circuit. Resentencing is pending.

[4] The defendant pled guilty pursuant to a Rule 11(c)(1) plea agreement providing for a time-served sentence after his initial 72-month sentence was vacated for reasons unrelated to the sentence.

*United States* v. *Sheldon Silver*, S1 15 Cr. 093 (VEC)  *Federal Public Corruption Sentencing Chart*

| Defendant | Defendant's Position | Guidelines Range | Sentence | Disposition | Court | Year |
|---|---|---|---|---|---|---|
|  | Committee |  |  |  |  |  |