# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-77 |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Black |
| | ) | |
| v. | ) | **DEFENDANT LARRY** |
| | ) | **HOUSEHOLDER'S NOTICE OF** |
| LARRY HOUSEHOLDER, | ) | **APPEAL** |
| | ) | |
| Defendant. | ) | |

Defendant Larry Householder hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's final judgment, which the Court entered on July 6, 2023 (Doc. 288).

Dated: July 12, 2023

Respectfully submitted,

*/s/ Steven L. Bradley*
Steven L. Bradley (0046622)
MAREIN & BRADLEY
526 Superior Avenue, Suite 222
Cleveland, Ohio 44114
Phone: (216) 781-0722
Email: steve@mareinandbradley.com

*/s/ Nicholas R. Oleski*
Robert T. Glickman (0059579)
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., LPA
1111 Superior Avenue East, Suite 2700
Cleveland, Ohio 44114
Phone: (216) 696-1422
Email: rtg@mccarthylebit.com
           nro@mccarthylebit.com

*Counsel for Defendant Larry Householder*

{01903364-1}

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on July 12, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<em>/s/ Steven L. Bradley</em><br>
Steven L. Bradley (0046622)