# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| United States of America, | : | Case No. 1:20-cr-077 |
| *Plaintiff-Appellee* | : | |
| | : | Judge Black |
| vs. | : | |
| | : | |
| Matthew Borges, | : | |
| *Defendant-Appellant* | : | |
| | : | |

---

## NOTICE OF FILING FOR APPEAL PURPOSES

---

Now comes the United States of America and hereby gives notice of filing of exhibits for review and consideration by the Sixth Circuit Court of Appeals in Case No. 23-3566, *United States of America v. Matthew Borges.*[1]

| Exhibit No. | Date Admitted |
|---|---|
| 6 | 1/24/2023 |
| 14C | 1/24/2023 |
| 14F | 1/24/2023 |
| 15 | 1/31/2023 |
| 16 | 2/9/2023 |
| 17 | 2/16/2023 |
| 132 | 1/24/2023 |
| 133 | 2/16/2023 |
| 134 | 2/16/2023 |
| 180 | 2/1/2023 |
| 271B* | 2/1/2023 |

---

[1] Entries with an asterisk are transcripts of recordings that were admitted into evidence. While the transcripts were not themselves admitted, the district court permitted the jury to use the transcripts while the recordings were played during trial and to aid them during their deliberations. To the extent the Court would like the corresponding recordings, the United States will provide them.

| | |
|---|---|
| 286A | 1/24/2023 |
| 286B | 1/24/2023 |
| 286C | 1/24/2023 |
| 290B | 1/24/2023 |
| 290C | 1/24/2023 |
| 291B | 1/24/2023 |
| 352 | 2/8/2023 |
| 437A | 1/24/2023 |
| 441B | 1/24/2023 |
| 441D | 1/24/2023 |
| 442C | 1/31/2023 |
| 442E | 1/31/2023 |
| 451A | 1/24/2023 |
| 451C | 1/24/2023 |
| 460A | 1/24/2023 |
| 460C | 1/24/2023 |
| 461D | 1/24/2023 |
| 517B | 2/5/2023 |
| 522B* | 2/15/2023 |
| 525B* | 2/15/2023 |
| 527B* | 2/15/2023 |
| 528B* | 2/15/2023 |
| 601C | 1/24/2023 |
| 601D | 1/24/2023 |
| 601E | 1/24/2023 |
| 602G | 1/24/2023 |
| 602I | 1/24/2023 |
| 605B | 1/24/2023 |
| 605C | 1/24/2023 |
| 605D | 1/24/2023 |
| 605E | 1/24/2023 |
| 605F | 1/24/2023 |
| 605G | 1/24/2023 |
| 605H | 1/24/2023 |
| 605J | 1/24/2023 |

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

**CERTIFICATE OF COUNSEL**

I certify that the documents attached to and filed with this Notice are copies

of the documents properly made a part of the record.

*s/Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice was served upon counsel of record

for all parties via CM/ECF, this 22nd day of May, 2024.

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney

3

| | | |
|---|---|---|
| **2017** | January 3rd | Householder sworn in as Ohio House member |
| | January 20th | Presidential Inauguration |
| | January 26th | Partners for Progress incorporated in Delaware |
| | February 6th | Generation Now incorporated in Delaware |
| **2018** | March 31st | FirstEnergy Solutions declares bankruptcy |
| | May 8th | Ohio primary election |
| | November 6th | Ohio general election |
| **2019** | January 7th | Householder voted Speaker |
| | April 12th | HB6 introduced to Ohio House |
| | May 29th | Ohio House passes HB6 |
| | July 23rd | Final vote. HB6 signed into law |
| | July 29th | OACB submits proposed ballot language to AG |
| | August 12th | AG rejects proposed language |
| | August 16th | OACB submits revised ballot language to AG |
| | August 29th | AG approves proposed language |
| | October 22nd | Ballot initiative fails. HB6 takes effect. |
| **2020** | February 27th | FirstEnergy Solutions emerges from bankruptcy |
| | April 28th | Ohio primary election |

GOVERNMENT EXHIBIT

6

1:20-CR-077



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12308

Statement Period Date: 2/6/2017 - 2/28/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

1 of 84

GOVERNMENT
EXHIBIT

14C

1.20-CR-077

| Account Summary - | ████3310 | | |
|---|---|---|---|
| 02/06 | Beginning Balance | $0.00 | Number of Days in Period | 23 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| 2 | Deposits / Credits | $25,100.00 | | |
| 02/28 | Ending Balance | $25,100.00 | | |

## Deposits / Credits

2 items totaling $25,100.00

| Date | Amount | Description |
|---|---|---|
| 02/06 | 100.00 | DEPOSIT |
| 02/23 | 25,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 02/06 | 100.00 | 02/23 | 25,100.00 |

.

TIER2-US0008702

FIFTH THIRD BANK

This page intentionally left blank.

TIER2-US0008703



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12355

Statement Period Date: 3/1/2017 - 3/31/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| | Account Summary - ███████ 3310 | | | |
|---|---|---|---|---|
| 03/01 | Beginning Balance | $25,100.00 | Number of Days in Period | 31 |
| 2 | Checks | $(35,468.55) | | |
| 2 | Withdrawals / Debits | $(57.00) | | |
| 1 | Deposits / Credits | $250,000.00 | | |
| 03/31 | Ending Balance | $239,574.45 | | |

**Analysis Period: 02/01/17 - 02/28/17**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| NEGATIVE COLLECTED FEE [9] | $18.00 |
| Service Charge withdrawn on 03/10/17 | $18.00 |

[9]Collected balance is the cash balance minus checks drawn on other banks deposited in the last 2-5 days. Negative collected balance occurs when you draw upon those funds before the deposited checks are cleared.

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | No |
| | Total Combined Monthly Average Balance | $6,721.74 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management | Electronic Deposit Manager? | No |
| Essentials. | Cash Management Essentials? | No |

## Checks

2 checks totaling $35,468.55

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 991 i | 03/30 | 23,000.00 | 992 i | 03/30 | 12,468.55 |

## Withdrawals / Debits

2 items totaling $57.00

| Date | Amount | Description |
|---|---|---|
| 03/10 | 18.00 | SERVICE CHARGE |
| 03/29 | 39.00 | DEBIT CARD PURCHASE AT PLANKS CAFE AND PI, COLUMBUS, OH ON 032817 FROM CARD#: XXXXXXXXXXX0068 |

## Deposits / Credits

1 item totaling $250,000.00

| Date | Amount | Description |
|---|---|---|
| 03/16 | 250,000.00 | INCOMING WIRE TRANS 031617 |

TIER2-US0008704

**Fifth Third Bank**

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/10 | 25,082.00 | 03/29 | 275,043.00 | 03/30 | 239,574.45 |
| 03/16 | 275,082.00 | | | | |

INTRODUCTORY OFFER FROM OUR NEW CHECK PROVIDER, HARLAND CLARKE: RECEIVE 20 PERCENT OFF ANY BUSINESS CHECK PRODUCT ORDERED THROUGH MAY 31, 2017. USE OFFER CODE: JD. CALL 1-800-503-2345 OR VISIT 53.COM/CHECKS. MENTION THE OFFER CODE WHEN ORDERING BY PHONE. THIS OFFER IS NOT VALID WITH ANY OTHER OFFER AND NOT REDEEMABLE FOR CASH.

TIER2-US0008705



Statement Period Date: 4/1/2017 - 4/30/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

## FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12362

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████ 3310 | | | |
|---|---|---|---|
| 04/01 | Beginning Balance | $239,574.45 | |
| 2 | Checks | $(18,500.00) | |
| 2 | Withdrawals / Debits | $(89.00) | |
| | Deposits / Credits | | |
| 04/30 | Ending Balance | $220,985.45 | |

| Number of Days in Period | 30 |
|---|---|

### Analysis Period: 03/01/17 - 03/31/17

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| Service Charge withdrawn on 04/12/17 | $15.50 |

Standard Monthly Service Charge waived if:

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following:

Electronic Deposit Manager OR Cash Management Essentials.

| Current Relationship Overview: | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $151,927.13 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | No |

## Checks

2 checks totaling $18,500.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 993 i | 04/24 | 12,500.00 | 9000*i | 04/25 | 6,000.00 |

## Withdrawals / Debits

2 items totaling $89.00

| Date | Amount | Description |
|---|---|---|
| 04/06 | 73.50 | MERCHANT PAYMENT - 101 AMAZON.COM SEATTLE WA |
| 04/12 | 15.50 | SERVICE CHARGE |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/06 | 239,500.95 | 04/24 | 226,985.45 | 04/25 | 220,985.45 |
| 04/12 | 239,485.45 | | | | |

TIER2-US0008706

**FIFTH THIRD BANK**

EFFECTIVE MAY 2, 2017, SEVERAL OVERDRAFT COVERAGE FEATURES WILL BE STREAMLINED OR IMPROVED. IF YOUR ACCOUNT IS OVERDRAWN BY $5 OR LESS AT THE END OF THE BUSINESS DAY, THERE IS NO PER-ITEM FEE. THE MAXIMUM NUMBER OF OVERDRAFT ITEMS CHARGED IN ONE DAY WILL BE REDUCED FROM 10 TO 5. CREDITS TO YOUR ACCOUNT AFTER THE CUTOFF TIME BUT THROUGH 11:59 P.M. WILL BE APPLIED TO COVER OVERDRAFT ITEMS. CREDITS ARE SUBJECT TO THE FUNDS AVAILABILITY POLICY. FIND MORE DETAILS AT 53.COM



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

12178

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

Statement Period: 05/01/2017 - 05/31/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ████ 3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| | | Account Summary - ████ 3310 | | | |
|---|---|---|---|---|---|
| 05/01 | Beginning Balance | $220,985.45 | Number of Days in Period | | 31 |
| 2 | Checks | $(7,512.00) | | | |
| 10 | Withdrawals / Debits | $(43,649.48) | | | |
| 1 | Deposits / Credits | $250,000.00 | | | |
| 05/31 | Ending Balance | $419,823.97 | | | |

**Analysis Period: 04/01/17 - 04/30/17**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| Service Charge withdrawn on 05/10/17 | $0.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $236,515.38 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

2 checks totaling $7,512.00

* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9003 i | 05/16 | 3,000.00 | 9004 i | 05/15 | 4,512.00 |

## Withdrawals / Debits

10 items totaling $43,649.48

| Date | Amount | Description |
|---|---|---|
| 05/01 | 13.69 | DEBIT CARD PURCHASE AT SHELL OIL 57424352, CLEVELAND, OH ON 042817 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/01 | 34.69 | DEBIT CARD PURCHASE AT BP#88717411620 I-7, SUNBURY, OH ON 042817 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/01 | 41.75 | DEBIT CARD PURCHASE AT SHELL OIL 57443524, THORNVILLE, OH ON 042817 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/03 | 31.79 | DEBIT CARD PURCHASE AT GRUBHUBMIKEYSLATEN, 8775851085, NY ON 050217 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/03 | 43,000.00 | GenNowInc3310 JPL 8152370890 050317 OFFSET TRANSACTION |
| 05/04 | 95.70 | DEBIT CARD PURCHASE AT PANERA BREAD #4791, COLUMBUS, OH ON 050317 FROM CARD#: XXXXXXXXXXXX0068 |

TIER2-US0008708

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 05/10 | 332.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 050817 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/22 | 39.78 | DEBIT CARD PURCHASE AT CLASSICS SPORTS BA, COLUMBUS, OH ON 051817 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/24 | 19.87 | DEBIT CARD PURCHASE AT THE HILLS MARKET, COLUMBUS, OH ON 052317 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/25 | 40.21 | MERCHANT PAYMENT - 159257 STAPLES 0451 COLUMBUS OH ON 052517 FROM CARD#: XXXXXXXXXXXX006X |

## Deposits / Credits

1 item totaling $250,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 05/17 | 250,000.00 | INCOMING WIRE TRANS 051717 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/01 | 220,895.32 | 05/15 | 172,923.83 | 05/22 | 419,884.05 |
| 05/03 | 177,863.53 | 05/16 | 169,923.83 | 05/24 | 419,864.18 |
| 05/04 | 177,767.83 | 05/17 | 419,923.83 | 05/25 | 419,823.97 |
| 05/10 | 177,435.83 | | | | |

EFFECTIVE MAY 2, 2017, OVERDRAFT COVERAGES A FIFTH THIRD BETTER! IF YOUR ACCOUNT IS OVERDRAWN BY $5 OR LESS AT THE END OF THE BUSINESS DAY, THERE IS NO PER-ITEM FEE. THE MAXIMUM NUMBER OF OVERDRAFT ITEMS CHARGED IN ONE DAY WILL BE REDUCED FROM 10 TO 5. CREDITS TO YOUR ACCOUNT AFTER THE CUTOFF TIME BUT THROUGH 11:59 P.M. WILL BE APPLIED TO COVER OVERDRAFT ITEMS. CREDITS ARE SUBJECT TO THE FUNDS AVAILABILITY POLICY. FIND MORE DETAILS AT 53.COM



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265



0

12163

Statement Period: 6/1/2016-6/30/2017
Account Type: 5/3 BUS ELITE CKG

Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████3310 |
|---|

| | | | | |
|---|---|---|---|---|
| 06/01 | Beginning Balance | $419,823.97 | Number of Days in Period | 30 |
| 3 | Checks | $(19,956.12) | | |
| 10 | Withdrawals / Debits | $(20,515.68) | | |
| | Deposits / Credits | | | |
| 06/30 | Ending Balance | $379,352.17 | | |

**Analysis Period: 05/01/17 - 05/31/17**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| Service Charge withdrawn on 06/12/17 | $15.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | **Yes** |
| | Total Combined Monthly Average Balance | $297,335.72 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | **No** |
| OR your business spends at least $500 per month on | Other Criteria Met? | **No** |
| its business credit card PLUS has one of the following: | $500 Business Credit Card Spend? | **No** |
| Electronic Deposit Manager OR Cash Management | Electronic Deposit Manager? | **No** |
| Essentials. | Cash Management Essentials? | **Yes** |

**Checks** — 3 checks totaling $19,956.12

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 994 i | 06/05 | 12,500.00 | 9005*i | 06/19 | 4,810.00 | 9006 i | 06/19 | 2,646.12 |

**Withdrawals / Debits** — 10 items totaling $20,515.68

| Date | Amount | Description |
|---|---|---|
| 06/02 | 2,285.25 | GenNowInc3310 JPL 8152370890 060217 OFFSET TRANSACTION |
| 06/02 | 17,000.00 | GenNowInc3310 JPL 8152370890 060217 OFFSET TRANSACTION |
| 06/07 | 720.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 060517 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/12 | 40.38 | MERCHANT PAYMENT GIANT EAGLE #653 - 800 840 W 3rd Ave Columbus OH ON 061217 FROM CARD#: XXXXXXXXXXXX006X |
| 06/12 | 15.50 | SERVICE CHARGE |
| 06/15 | 12.21 | DEBIT CARD PURCHASE AT THE TOP STEAK HOUS, COLUMBUS, OH ON 061317 FROM CARD#: XXXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 06/15 | 318.43 | DEBIT CARD PURCHASE AT THE TOP STEAK HOUS, COLUMBUS, OH ON 061317 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/16 | 42.00 | DEBIT CARD PURCHASE AT TORTILLA STREET FO, COLUMBUS, OH ON 061517 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/19 | 38.61 | MERCHANT PAYMENT GIANT EAGLE #653 - 200 840 W 3rd Ave Columbus OH ON 061917 FROM CARD#: XXXXXXXXXXXX006X |
| 06/26 | 43.30 | MERCHANT PAYMENT GIANT EAGLE #653 - 038000 840 W 3rd Ave Columbus OH ON 062617 FROM CARD#: XXXXXXXXXXXX006X |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/02 | 400,538.72 | 06/12 | 387,262.84 | 06/19 | 379,395.47 |
| 06/05 | 388,038.72 | 06/15 | 386,932.20 | 06/26 | 379,352.17 |
| 06/07 | 387,318.72 | 06/16 | 386,890.20 | | |

EFFECTIVE MAY 2, 2017, OVERDRAFT COVERAGES A FIFTH THIRD BETTER! IF YOUR ACCOUNT IS OVERDRAWN BY $5 OR LESS AT THE END OF THE BUSINESS DAY, THERE IS NO PER-ITEM FEE. THE MAXIMUM NUMBER OF OVERDRAFT ITEMS CHARGED IN ONE DAY WILL BE REDUCED FROM 10 TO 5. CREDITS TO YOUR ACCOUNT AFTER THE CUTOFF TIME BUT THROUGH 11:59 P.M. WILL BE APPLIED TO COVER OVERDRAFT ITEMS. CREDITS ARE SUBJECT TO THE FUNDS AVAILABILITY POLICY. FIND MORE DETAILS AT 53.COM



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

12181

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ■■■■ 3310 | | | | |
|---|---|---|---|---|
| 07/01 | Beginning Balance | $379,352.17 | Number of Days in Period | 31 |
| 3 | Checks | $(8,942.50) | | |
| 14 | Withdrawals / Debits | $(18,306.16) | | |
| | Deposits / Credits | | | |
| 07/31 | Ending Balance | $352,103.51 | | |

Analysis Period: 06/01/17 - 06/30/17

| | | |
|---|---|---|
| Standard Monthly Service Charge | $35.00 | |
| Standard Monthly Service Charge Waived (see below) | -$35.00 | |
| Service Charge withdrawn on 07/13/17 | $0.00 | |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | **Yes** |
| | Total Combined Monthly Average Balance | $386,634.39 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

3 checks totaling $8,942.50

\* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9007 i | 07/06 | 1,132.50 | 9008 i | 07/18 | 3,000.00 | 9009 i | 07/17 | 4,810.00 |

## Withdrawals / Debits

14 items totaling $18,306.16

| Date | Amount | Description |
|---|---|---|
| 07/03 | 17,000.00 | GenNowInc3310 JPL 8152370890 070317 OFFSET TRANSACTION |
| 07/05 | 37.91 | DEBIT CARD PURCHASE AT TA #39 COLUMBUS E, HEBRON, OH ON 070317 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/07 | 77.50 | DEBIT CARD PURCHASE AT MITCHELLS STEAK CO, COLUMBUS, OH ON 070617 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/07 | 720.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 070517 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/10 | 41.00 | MERCHANT PAYMENT GIANT EAGLE #653 - 039000 840 W 3rd Ave Columbus OH ON 071017 FROM CARD#: XXXXXXXXXXXX006X |
| 07/14 | 18.00 | DEBIT CARD PURCHASE AT CMH PARKING, COLUMBUS, OH ON 071317 FROM CARD#: XXXXXXXXXXXX0068 |

TIER2-US0008712

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 07/14 | 49.02 | DEBIT CARD PURCHASE AT TH MIDWEST #708, COLUMBUS, OH ON 071317 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/17 | 123.37 | DEBIT CARD PURCHASE AT THRIFTY CAR RENTAL, COLUMBUS, OH ON 071317 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/24 | 43.05 | DEBIT CARD PURCHASE AT MARATHON PETRO, NEW LEXINGTON, OH ON 072017 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/24 | 23.62 | MERCHANT PAYMENT GIANT EAGLE #653 - 039100 840 W 3rd Ave Columbus OH ON 072417 FROM CARD#: XXXXXXXXXXXX006X |
| 07/26 | 25.79 | DEBIT CARD PURCHASE AT BUCKEYE CAR WASH, COLUMBUS, OH ON 072417 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/26 | 34.84 | DEBIT CARD PURCHASE AT MARATHON PETRO, COLUMBUS, OH ON 072417 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/27 | 80.58 | DEBIT CARD PURCHASE AT HOTEL LEVEQUE, AUT, COLUMBUS, OH ON 072617 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/31 | 31.48 | DEBIT CARD PURCHASE AT SHELL OIL 57443524, THORNVILLE, OH ON 072717 FROM CARD#: XXXXXXXXXXXX0068 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/03 | 362,352.17 | 07/10 | 360,343.26 | 07/24 | 352,276.20 |
| 07/05 | 362,314.26 | 07/14 | 360,276.24 | 07/26 | 352,215.57 |
| 07/06 | 361,181.76 | 07/17 | 355,342.87 | 07/27 | 352,134.99 |
| 07/07 | 360,384.26 | 07/18 | 352,342.87 | 07/31 | 352,103.51 |

INTRODUCTORY OFFER FROM OUR NEW CHECK PROVIDER, HARLAND CLARKE: RECEIVE 20 PERCENT OFF ANY BUSINESS CHECK PRODUCT ORDERED THROUGH SEPTEMBER 30, 2017. USE OFFER CODE: JD. CALL 1-800-503-2345 OR VISIT 53.COM/CHECKS. MENTION THE OFFER CODE WHEN ORDERING BY PHONE. THIS OFFER IS NOT VALID WITH ANY OTHER OFFER AND NOT REDEEMABLE FOR CASH.

TIER2-US0008713



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date 8/1/2016 - 8/31/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12260

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████3310 | | |
|---|---|---|
| 08/01 | Beginning Balance | $352,103.51 |
| 3 | Checks | $(8,310.00) |
| 16 | Withdrawals / Debits | $(91,055.97) |
| 3 | Deposits / Credits | $272,000.00 |
| 08/31 | Ending Balance | $524,737.54 |

| Number of Days in Period | 31 |
|---|---|

**Analysis Period: 07/01/17 - 07/31/17**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| Service Charge withdrawn on 08/10/17 | $0.00 |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following: Electronic Deposit Manager OR Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $358,070.02 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

## Checks

3 checks totaling $8,310.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 995 i | 08/17 | 500.00 | 9010*i | 08/01 | 3,000.00 | 9011 i | 08/01 | 4,810.00 |

## Withdrawals / Debits

16 items totaling $91,055.97

| Date | Amount | Description |
|---|---|---|
| 08/01 | 101.00 | DEBIT CARD PURCHASE AT TST* SCHMIDT'S SAU, COLUMBUS, OH ON 073117 FROM CARD#: XXXXXXXXXXX0068 |
| 08/01 | 12.97 | MERCHANT PAYMENT GIANT EAGLE #653 - 039100 840 W 3rd Ave Columbus OH ON 080117 FROM CARD#: XXXXXXXXXXX006X |
| 08/03 | 207.01 | DEBIT CARD PURCHASE AT MITCHELLS STEAK CO, COLUMBUS, OH ON 080217 FROM CARD#: XXXXXXXXXXX0068 |
| 08/07 | 720.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 080417 FROM CARD#: XXXXXXXXXXX0068 |
| 08/08 | 59.85 | DEBIT CARD PURCHASE AT PLANKS CAFE AND PI, COLUMBUS, OH ON 080717 FROM CARD#: XXXXXXXXXXX0068 |
| 08/08 | 19.83 | MERCHANT PAYMENT GIANT EAGLE #653 - 039100 840 W 3rd Ave Columbus OH ON 080817 FROM CARD#: XXXXXXXXXXX006X |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 08/09 | 42,000.00 | GenNowInc3310 JPL 8152370890 080917 OFFSET TRANSACTION |
| 08/16 | 22.68 | DEBIT CARD PURCHASE AT SHEETZ 0000, CAMBRIDGE, OH ON 081517 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/16 | 35.46 | DEBIT CARD PURCHASE AT BP#88718571617 TUS, REYNOLDSBURG, OH ON 081517 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/22 | 423.75 | MERCHANT PAYMENT MARKET DISTRICT - 009400 3070 Kinsdale Center Columbus OH ON 082217 FROM CARD#: XXXXXXXXXXXX006X |
| 08/23 | 103.41 | DEBIT CARD PURCHASE AT KENNY ROAD MARKET, COLUMBUS, OH ON 082217 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/25 | 170.83 | DEBIT CARD PURCHASE AT J GILBERTS #824, COLUMBUS, OH ON 082417 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/28 | 74.04 | DEBIT CARD PURCHASE AT DUNKIN #353077 Q35, COLUMBUS, OH ON 082617 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/28 | 47,000.00 | GenNowInc3310 JPL 8152370890 082817 OFFSET TRANSACTION |
| 08/31 | 43.00 | DEBIT CARD PURCHASE AT CLUB 185, COLUMBUS, OH ON 083017 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/31 | 62.14 | DEBIT CARD PURCHASE AT Lindey's, Columbus, OH ON 082917 FROM CARD#: XXXXXXXXXXXX0068 |

## Deposits / Credits
3 items totaling $272,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 08/10 | 250,000.00 | INCOMING WIRE TRANS 081017 |
| 08/16 | 12,000.00 | 5/3 JEANIE DEPOSIT 17081612 - 003059 21 E STATE ST COLUMBUS OH ON 081617 FROM CARD#: XXXXXXXXXXXX006X |
| 08/22 | 10,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/01 | 344,179.54 | 08/10 | 551,172.85 | 08/23 | 572,087.55 |
| 08/03 | 343,972.53 | 08/16 | 563,114.71 | 08/25 | 571,916.72 |
| 08/07 | 343,252.53 | 08/17 | 562,614.71 | 08/28 | 524,842.68 |
| 08/08 | 343,172.85 | 08/22 | 572,190.96 | 08/31 | 524,737.54 |
| 08/09 | 301,172.85 | | | | |

INTRODUCTORY OFFER FROM OUR NEW CHECK PROVIDER, HARLAND CLARKE: RECEIVE 20 PERCENT OFF ANY BUSINESS CHECK PRODUCT ORDERED THROUGH SEPTEMBER 30, 2017. USE OFFER CODE: JD. CALL 1-800-503-2345 OR VISIT 53.COM/CHECKS. MENTION THE OFFER CODE WHEN ORDERING BY PHONE. THIS OFFER IS NOT VALID WITH ANY OTHER OFFER AND NOT REDEEMABLE FOR CASH.



## FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12284

Statement Period 09/1/2016 - 09/30/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████ 3310 | | | | |
|---|---|---|---|---|
| 09/01 | Beginning Balance | $524,737.54 | Number of Days in Period | 30 |
| 2 | Checks | $(7,810.00) | | |
| 12 | Withdrawals / Debits | $(332,481.29) | | |
| 1 | Deposits / Credits | $2,500.00 | | |
| 09/30 | Ending Balance | $186,946.25 | | |

### Analysis Period: 08/01/17 - 08/31/17

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| Service Charge withdrawn on 09/13/17 | $15.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $492,566.28 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

### Checks

2 checks totaling $7,810.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9012 i | 09/06 | 3,000.00 | 9013 i | 09/01 | 4,810.00 |

### Withdrawals / Debits

12 items totaling $332,481.29

| Date | Amount | Description |
|---|---|---|
| 09/06 | 1,712.55 | DEBIT CARD PURCHASE AT THE PRINTED IMAGE, 06142211412, OH ON 090517 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/07 | 720.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 090517 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/11 | 256.00 | DEBIT CARD PURCHASE AT DELAWARE COUNTY FA, DELAWARE, OH ON 090817 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/12 | 495.28 | DEBIT CARD PURCHASE AT EDDIE MERLOT'S (CO, COLUMBUS, OH ON 091117 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/12 | 250,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXX6847 REF # 00492080740 |
| 09/13 | 15.50 | SERVICE CHARGE |

TIER2-US0008717

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 09/21 | 500.00 | DEBIT CARD PURCHASE AT DELAWARE COUNTY FA, DELAWARE, OH ON 092017 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/22 | 100.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 092017 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/26 | 22.30 | DEBIT CARD PURCHASE AT Amazon Prime Now, amazon.com, WA ON 092517 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/27 | 75.68 | MERCHANT PAYMENT - 101 AMAZON.COM SEATTLE WA ON 092717 FROM CARD#: XXXXXXXXXXXX006X |
| 09/27 | 78,360.00 | GenNowInc3310 JPL 8152370890 092717 OFFSET TRANSACTION |
| 09/29 | 223.98 | DEBIT CARD PURCHASE AT EDDIE MERLOT'S (CO, COLUMBUS, OH ON 092817 FROM CARD#: XXXXXXXXXXXX0068 |

## Deposits / Credits

1 item totaling $2,500.00

| Date | Amount | Description |
|------|--------|-------------|
| 09/12 | 2,500.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/01 | 519,927.54 | 09/12 | 266,243.71 | 09/26 | 265,605.91 |
| 09/06 | 515,214.99 | 09/13 | 266,228.21 | 09/27 | 187,170.23 |
| 09/07 | 514,494.99 | 09/21 | 265,728.21 | 09/29 | 186,946.25 |
| 09/11 | 514,238.99 | 09/22 | 265,628.21 | | |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 10/1/2017 - 10/31/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ██████3310

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12223

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ██████3310 | | | | |
|---|---|---|---|---|
| 10/01 | Beginning Balance | $186,946.25 | Number of Days in Period | 31 |
| 3 | Checks | $(17,095.00) | | |
| 10 | Withdrawals / Debits | $(79,991.54) | | |
| 2 | Deposits / Credits | $57,500.00 | | |
| 10/31 | Ending Balance | $147,359.71 | | |

**Analysis Period: 09/01/17 - 09/30/17**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| Service Charge withdrawn on 10/12/17 | $0.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $508,317.27 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

**Checks**
3 checks totaling $17,095.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9014 i | 10/02 | 4,810.00 | 9015 i | 10/31 | 6,000.00 | 9016 i | 10/30 | 6,285.00 |

**Withdrawals / Debits**
10 items totaling $79,991.54

| Date | Amount | Description |
|---|---|---|
| 10/03 | 47.78 | DEBIT CARD PURCHASE AT Amazon Prime Now, amazon.com, WA ON 100217 FROM CARD#: XXXXXXXXXXXX0068 |
| 10/06 | 180.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 100417 FROM CARD#: XXXXXXXXXXXX0068 |
| 10/06 | 720.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 100417 FROM CARD#: XXXXXXXXXXXX0068 |
| 10/10 | 45.14 | MERCHANT PAYMENT - 101 AMAZON.COM SEATTLE WA ON 101017 FROM CARD#: XXXXXXXXXXXX006X |
| 10/10 | 301.69 | MERCHANT PAYMENT - 101 AMAZON.COM SEATTLE WA ON 101017 FROM CARD#: XXXXXXXXXXXX006X |
| 10/11 | 22.24 | DEBIT CARD PURCHASE AT AMAZON.COM, AMAZON.COM, WA ON 101017 FROM CARD#: XXXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 10/23 | 48.25 | DEBIT CARD PURCHASE AT AMAZON.COM, AMAZON.COM, WA ON 102017 FROM CARD#: XXXXXXXXXXXX0068 |
| 10/23 | 85.41 | MERCHANT PAYMENT - 101 AMAZON.COM SEATTLE WA ON 102317 FROM CARD#: XXXXXXXXXXXX006X |
| 10/25 | 181.03 | MERCHANT PAYMENT KROGER - 056908 150 W. SYCAMORE COLUMBUS OH ON 102517 FROM CARD#: XXXXXXXXXXXX006X |
| 10/26 | 78,360.00 | GenNowInc3310 JPL 8152370890 102617 OFFSET TRANSACTION |

## Deposits / Credits                                        2 items totaling $57,500.00

| Date | Amount | Description |
|------|--------|-------------|
| 10/27 | 55,000.00 | DEPOSIT |
| 10/30 | 2,500.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/02 | 182,136.25 | 10/11 | 180,819.40 | 10/27 | 157,144.71 |
| 10/03 | 182,088.47 | 10/23 | 180,685.74 | 10/30 | 153,359.71 |
| 10/06 | 181,188.47 | 10/25 | 180,504.71 | 10/31 | 147,359.71 |
| 10/10 | 180,841.64 | 10/26 | 102,144.71 | | |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12250

Statement Period From 11/01/2017 to 11/30/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ███████ 3310 | | | | |
|---|---|---|---|---|
| 11/01 | Beginning Balance | $147,359.71 | Number of Days in Period | 30 |
|  | Checks |  |  |  |
| 6 | Withdrawals / Debits | $(126,896.02) |  |  |
| 1 | Deposits / Credits | $25,000.00 |  |  |
| 11/30 | Ending Balance | $45,463.69 |  |  |

**Analysis Period: 10/01/17 - 10/31/17**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| Service Charge withdrawn on 11/10/17 | $0.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
|  | Total Combined Monthly Average Balance | $424,545.15 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
|  | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management | Electronic Deposit Manager? | No |
| Essentials. | Cash Management Essentials? | Yes |

**Withdrawals / Debits**                                        6 items totaling $126,896.02

| Date | Amount | Description |
|---|---|---|
| 11/08 | 900.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 110617 FROM CARD#: XXXXXXXXXXX0068 |
| 11/10 | 47,000.00 | GenNowInc3310 JPL 8152370890 111017 OFFSET TRANSACTION |
| 11/17 | 14.80 | DEBIT CARD PURCHASE AT BP#38603351243 SOM, SOMERSET, OH ON 111617 FROM CARD#: XXXXXXXXXXX0068 |
| 11/17 | 607.99 | DEBIT CARD PURCHASE AT BARCELONA, COLUMBUS, OH ON 111617 FROM CARD#: XXXXXXXXXXX0068 |
| 11/24 | 78,360.00 | GenNowInc3310 JPL 8152370890 112417 OFFSET TRANSACTION |
| 11/30 | 13.23 | MERCHANT PAYMENT - 101 AMAZON.COM SEATTLE WA ON 113017 FROM CARD#: XXXXXXXXXXX006X |

**Deposits / Credits**                                           1 item totaling $25,000.00

| Date | Amount | Description |
|---|---|---|
| 11/03 | 25,000.00 | DEPOSIT |

TIER2-US0008721

**FIFTH THIRD BANK**

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/03 | 172,359.71 | 11/10 | 124,459.71 | 11/24 | 45,476.92 |
| 11/08 | 171,459.71 | 11/17 | 123,836.92 | 11/30 | 45,463.69 |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

13686

Statement Period 12/1/2017-12/31/2017
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ███████3310

| | | | | |
|---|---|---|---|---|
| 12/01 | Beginning Balance | $45,463.69 | Number of Days in Period | 31 |
| 2 | Checks | $(9,285.00) | | |
| 22 | Withdrawals / Debits | $(97,216.33) | | |
| 3 | Deposits / Credits | $450,000.00 | | |
| 12/31 | Ending Balance | $388,962.36 | | |

Analysis Period: 11/01/17 - 11/30/17

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| Service Charge withdrawn on 12/12/17 | $0.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | **Balance Criteria Met?** | **Yes** |
| | Total Combined Monthly Average Balance | $368,697.82 |
| OR your business has a business loan or line of credit. | **Business Loan or Line of Credit?** | **No** |
| OR your business spends at least $500 per month on its business credit card PLUS one of the following: | **Other Criteria Met?** | **No** |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management | Electronic Deposit Manager? | No |
| Essentials. | Cash Management Essentials? | Yes |

## Checks

2 checks totaling $9,285.00

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9018 i | 12/20 | 3,000.00 | 9019 i | 12/14 | 6,285.00 |

## Withdrawals / Debits

22 items totaling $97,216.33

| Date | Amount | Description |
|---|---|---|
| 12/01 | 20.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 112917 FROM CARD#: XXXXXXXXXXX0068 |
| 12/06 | 19.18 | MERCHANT PAYMENT - 101 AMAZON.COM SEATTLE WA ON 120617 FROM CARD#: XXXXXXXXXXX006X |
| 12/06 | 22.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |
| 12/06 | 22.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |
| 12/06 | 22.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |
| 12/06 | 22.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 12/06 | 180.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |
| 12/06 | 180.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |
| 12/06 | 180.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |
| 12/06 | 180.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |
| 12/06 | 900.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 120417 FROM CARD#: XXXXXXXXXXX0068 |
| 12/07 | 34.93 | DEBIT CARD PURCHASE AT Amazon Prime Now, amazon.com, WA ON 120617 FROM CARD#: XXXXXXXXXXX0068 |
| 12/08 | 3.00 | DEBIT CARD PURCHASE AT Amazon Prime Now T, Amazon.com/Bi, WA ON 120717 FROM CARD#: XXXXXXXXXXX0068 |
| 12/11 | 55.87 | MERCHANT PAYMENT KROGER - 056901 150 W. SYCAMORE COLUMBUS OH ON 121117 FROM CARD#: XXXXXXXXXXX006X |
| 12/12 | 84.25 | DEBIT CARD PURCHASE AT HARVEST PIZZERIA, COLUMBUS, OH ON 121117 FROM CARD#: XXXXXXXXXXX0068 |
| 12/13 | 55.18 | DEBIT CARD PURCHASE AT AMAZON.COM, AMAZON.COM, WA ON 121217 FROM CARD#: XXXXXXXXXXX0068 |
| 12/14 | 3.00 | DEBIT CARD PURCHASE AT Amazon Prime Now T, Amazon.com/Bi, WA ON 121317 FROM CARD#: XXXXXXXXXXX0068 |
| 12/18 | 37.25 | MERCHANT PAYMENT - 018201 PILOT #0287 BURBANK OH ON 121817 FROM CARD#: XXXXXXXXXXX006X |
| 12/20 | 66.00 | DEBIT CARD PURCHASE AT TST* SCHMIDT'S SAU, COLUMBUS, OH ON 122017 FROM CARD#: XXXXXXXXXXX0068 |
| 12/20 | 94,999.00 | GenNowInc3310 JPL 8152370890 122017 OFFSET TRANSACTION |
| 12/22 | 46.42 | DEBIT CARD PURCHASE AT BP#38507161072 THO, THORNVILLE, OH ON 122117 FROM CARD#: XXXXXXXXXXX0068 |
| 12/22 | 84.25 | DEBIT CARD PURCHASE AT THE BROWN BAG DELI, COLUMBUS, OH ON 122017 FROM CARD#: XXXXXXXXXXX0068 |

## Deposits / Credits
3 items totaling $450,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 12/05 | 100,000.00 | DEPOSIT |
| 12/08 | 250,000.00 | INCOMING WIRE TRANS 120817 |
| 12/27 | 100,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/01 | 45,443.69 | 12/11 | 393,622.71 | 12/18 | 387,158.03 |
| 12/05 | 145,443.69 | 12/12 | 393,538.46 | 12/20 | 289,093.03 |
| 12/06 | 143,716.51 | 12/13 | 393,483.28 | 12/22 | 288,962.36 |
| 12/07 | 143,681.58 | 12/14 | 387,195.28 | 12/27 | 388,962.36 |
| 12/08 | 393,678.58 | | | | |

.



FIFTH THIRD BANK
(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

12142

Statement Period: 01/1/2018 - 01/31/2018
Account Type: 5/3 BUS ELITE CKG
Account Number: ██████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ██████ 3310 | | |
|---|---|---|
| 01/01 | Beginning Balance | $388,962.36 |
| 3 | Checks | $(26,285.00) |
| 4 | Withdrawals / Debits | $(125,663.20) |
| 2 | Deposits / Credits | $34,999.99 |
| 01/31 | Ending Balance | $272,014.15 |

Number of Days in Period: 31

---

Analysis Period: 12/01/17 - 12/31/17

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| Service Charge withdrawn on 01/11/18 | $15.50 |

---

Standard Monthly Service Charge waived if:

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following:
Electronic Deposit Manager OR Cash Management Essentials.

Current Relationship Overview:

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $542,944.79 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

---

## Checks

3 checks totaling $26,285.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9017 i | 01/05 | 10,000.00 | 9020*i | 01/17 | 6,285.00 | 9021 i | 01/31 | 10,000.00 |

---

## Withdrawals / Debits

4 items totaling $125,663.20

| Date | Amount | Description |
|---|---|---|
| 01/08 | 1,620.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 010518 FROM CARD#: XXXXXXXXXXXX0068 |
| 01/11 | 15.50 | SERVICE CHARGE |
| 01/29 | 109,513.35 | OUTGOING WIRE TRANS 012918 |
| 01/30 | 14,514.35 | GenNowInc3310 JPL 8152370890 013018 OFFSET TRANSACTION |

TIER2-US0008725

**FIFTH THIRD BANK**

## Deposits / Credits

2 items totaling $34,999.99

| Date | Amount | Description |
|------|--------|-------------|
| 01/11 | 14,999.99 | DEPOSIT |
| 01/19 | 20,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/05 | 378,962.36 | 01/17 | 386,041.85 | 01/30 | 282,014.15 |
| 01/08 | 377,342.36 | 01/19 | 406,041.85 | 01/31 | 272,014.15 |
| 01/11 | 392,326.85 | 01/29 | 296,528.50 | | |

.



Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

# FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

12118

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ████ 3310

| | | | | |
|---|---|---|---|---|
| 02/01 | Beginning Balance | $272,014.15 | Number of Days in Period | 28 |
| 1 | Checks | $(6,285.00) | | |
| 6 | Withdrawals / Debits | $(112,097.26) | | |
| 1 | Deposits / Credits | $4,999.99 | | |
| 02/28 | Ending Balance | $158,631.88 | | |

Analysis Period: 01/01/18 - 01/31/18

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE [7] | $30.00 |
| Service Charge withdrawn on 02/12/18 | $30.00 |

[7] Charges for incoming and outgoing wires, as well as other wire activity.

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $632,891.61 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management | Electronic Deposit Manager? | No |
| Essentials. | Cash Management Essentials? | Yes |

## Check

1 check totaling $6,285.00

* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9022 i | 02/12 | 6,285.00 |

TIER2-US0008727

**Fifth Third Bank**

## Withdrawals / Debits

6 items totaling $112,097.26

| Date | Amount | Description |
|------|--------|-------------|
| 02/05 | 1,620.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 020218 FROM CARD#: XXXXXXXXXXXX0068 |
| 02/12 | 30.00 | SERVICE CHARGE |
| 02/14 | 19.41 | DEBIT CARD PURCHASE AT G & Z STORES, COLUMBUS, OH ON 021318 FROM CARD#: XXXXXXXXXXXX0068 |
| 02/14 | 81.00 | DEBIT CARD PURCHASE AT TST* THE BROWN BAG, COLUMBUS, OH ON 021318 FROM CARD#: XXXXXXXXXXXX0068 |
| 02/20 | 833.50 | DEBIT CARD PURCHASE AT PINS MECHANICAL CO, COLUMBUS, OH ON 021518 FROM CARD#: XXXXXXXXXXXX0068 |
| 02/21 | 109,513.35 | OUTGOING WIRE TRANS 022118 |

## Deposits / Credits

1 item totaling $4,999.99

| Date | Amount | Description |
|------|--------|-------------|
| 02/16 | 4,999.99 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02/05 | 270,394.15 | 02/14 | 263,978.74 | 02/20 | 268,145.23 |
| 02/12 | 264,079.15 | 02/16 | 268,978.73 | 02/21 | 158,631.88 |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12274

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ███████ 3310 | | |
|---|---|---|
| 03/01 | Beginning Balance | $158,631.88 |
| 2 | Checks | $(16,285.00) |
| 6 | Withdrawals / Debits | $(133,830.89) |
| 2 | Deposits / Credits | $510,000.00 |
| 03/31 | Ending Balance | $518,515.99 |

Number of Days in Period    31

Analysis Period: 02/01/18 - 02/28/18

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $10.00 |
| Service Charge withdrawn on 03/12/18 | $10.00 |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following:
Electronic Deposit Manager OR Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $487,797.58 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

## Checks

2 checks totaling $16,285.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9023 i | 03/02 | 10,000.00 | 9024 i | 03/12 | 6,285.00 |

## Withdrawals / Debits

6 items totaling $133,830.89

| Date | Amount | Description |
|---|---|---|
| 03/07 | 1,620.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 030518 FROM CARD#: XXXXXXXXXXXX0068 |
| 03/08 | 24.26 | DEBIT CARD PURCHASE AT SQU*SQ *ANDUALEM A, Washington, DC ON 030718 FROM CARD#: XXXXXXXXXXXX0068 |
| 03/08 | 118.23 | DEBIT CARD PURCHASE AT MAX & ERMA PS CMH, COLUMBUS, OH ON 030718 FROM CARD#: XXXXXXXXXXXX0068 |
| 03/12 | 58.40 | DEBIT CARD PURCHASE AT DIRTY HABIT, WASHINGTON, DC ON 030818 FROM CARD#: XXXXXXXXXXXX0068 |
| 03/12 | 132,000.00 | OUTGOING WIRE TRANS 031218 |
| 03/12 | 10.00 | SERVICE CHARGE |

**FIFTH THIRD BANK**

## Deposits / Credits

2 items totaling $510,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 03/15 | 300,000.00 | INCOMING WIRE TRANS 031518 |
| 03/30 | 210,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/02 | 148,631.88 | 03/08 | 146,869.39 | 03/15 | 308,515.99 |
| 03/07 | 147,011.88 | 03/12 | 8,515.99 | 03/30 | 518,515.99 |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12220

Statement Period Date: 4/1/2018 - 4/30/2018
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ███████3310

| | | | | |
|---|---|---|---|---|
| 04/01 | Beginning Balance | $518,515.99 | Number of Days in Period | 30 |
| 2 | Checks | $(16,285.00) | | |
| 7 | Withdrawals / Debits | $(1,392,009.20) | | |
| 9 | Deposits / Credits | $965,000.00 | | |
| 04/30 | Ending Balance | $75,221.79 | | |

**Analysis Period: 03/01/18 - 03/31/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $10.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| Service Charge withdrawn on 04/11/18 | $25.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met?<br>Total Combined Monthly Average Balance | Yes<br>$417,270.10 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following:<br>Electronic Deposit Manager OR Cash Management Essentials. | Other Criteria Met?<br>$500 Business Credit Card Spend?<br>Electronic Deposit Manager?<br>Cash Management Essentials? | No<br>No<br>No<br>Yes |

## Checks

2 checks totaling $16,285.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9025 i | 04/02 | 10,000.00 | 9026 i | 04/13 | 6,285.00 |

## Withdrawals / Debits

7 items totaling $1,392,009.20

| Date | Amount | Description |
|---|---|---|
| 04/02 | 250,000.00 | OUTGOING WIRE TRANS 040218 |
| 04/05 | 1,620.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 06142215963, OH ON 040318 FROM CARD#: XXXXXXXXXXXX0068 |
| 04/05 | 209,513.35 | OUTGOING WIRE TRANS 040518 |
| 04/11 | 25.50 | SERVICE CHARGE |
| 04/12 | 109,513.35 | OUTGOING WIRE TRANS 041218 |
| 04/12 | 750,000.00 | OUTGOING WIRE TRANS 041218 |
| 04/19 | 71,337.00 | OUTGOING WIRE TRANS 041918 |

TIER2-US0008731

**FIFTH THIRD BANK**

## Deposits / Credits

9 items totaling $965,000.00

| Date | Amount | Description |
|---|---|---|
| 04/03 | 25,000.00 | DEPOSIT |
| 04/04 | 175,000.00 | DEPOSIT |
| 04/05 | 250,000.00 | INCOMING WIRE TRANS 040518 |
| 04/06 | 250,000.00 | DEPOSIT |
| 04/09 | 200,000.00 | DEPOSIT |
| 04/19 | 25,000.00 | DEPOSIT |
| 04/23 | 20,000.00 | DEPOSIT |
| 04/27 | 10,000.00 | INCOMING WIRE TRANS 042718 |
| 04/27 | 10,000.00 | INCOMING WIRE TRANS 042718 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/02 | 258,515.99 | 04/06 | 747,382.64 | 04/13 | 81,558.79 |
| 04/03 | 283,515.99 | 04/09 | 947,382.64 | 04/19 | 35,221.79 |
| 04/04 | 458,515.99 | 04/11 | 947,357.14 | 04/23 | 55,221.79 |
| 04/05 | 497,382.64 | 04/12 | 87,843.79 | 04/27 | 75,221.79 |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 05/1/2018 - 05/31/2018
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

11948

| Account Summary - ████3310 | | | | |
|---|---|---|---|---|
| 05/01 | Beginning Balance | $75,221.79 | Number of Days in Period | 31 |
| 5 | Checks | $(44,484.00) | | |
| 6 | Withdrawals / Debits | $(130,374.93) | | |
| 3 | Deposits / Credits | $125,000.00 | | |
| 05/31 | Ending Balance | $25,362.86 | | |

**Analysis Period: 04/01/18 - 04/30/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $46.50 |
| MISCELLANEOUS | $50.00 |
| Service Charge withdrawn on 05/10/18 | $96.50 |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following: Electronic Deposit Manager OR Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $328,376.31 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

**Checks**                                                                        5 checks totaling $44,484.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9027 i | 05/01 | 10,000.00 | 9029 i | 05/30 | 10,000.00 | 9032 i | 05/23 | 8,199.00 |
| 9028 i | 05/14 | 6,285.00 | 9031*i | 05/23 | 10,000.00 | | | |

TIER2-US0008733

## FIFTH THIRD BANK

### Withdrawals / Debits
6 items totaling $130,374.93

| Date | Amount | Description |
|---|---|---|
| 05/07 | 1,620.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 050418 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/07 | 53,600.00 | OUTGOING WIRE TRANS 050718 |
| 05/10 | 96.50 | SERVICE CHARGE |
| 05/15 | 53.43 | DEBIT CARD PURCHASE AT Amazon Prime Now, amazon.com, WA ON 051418 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/16 | 5.00 | DEBIT CARD PURCHASE AT Amazon Prime Now T, Amazon.com/Bi, WA ON 051518 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/31 | 75,000.00 | OUTGOING WIRE TRANS 053118 |

### Deposits / Credits
3 items totaling $125,000.00

| Date | Amount | Description |
|---|---|---|
| 05/01 | 15,000.00 | DEPOSIT |
| 05/04 | 100,000.00 | INCOMING WIRE TRANS 050418 |
| 05/07 | 10,000.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01 | 80,221.79 | 05/14 | 128,620.29 | 05/23 | 110,362.86 |
| 05/04 | 180,221.79 | 05/15 | 128,566.86 | 05/30 | 100,362.86 |
| 05/07 | 135,001.79 | 05/16 | 128,561.86 | 05/31 | 25,362.86 |
| 05/10 | 134,905.29 | | | | |

.

TIER2-US0008734



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11938

Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████3310 | | | | |
|---|---|---|---|---|
| 06/01 | Beginning Balance | $25,362.86 | Number of Days in Period | 30 |
| 1 | Checks | $(6,285.00) | | |
| 7 | Withdrawals / Debits | $(52,070.92) | | |
| 2 | Deposits / Credits | $70,000.00 | | |
| 06/30 | Ending Balance | $37,006.94 | | |

**Analysis Period: 05/01/18 - 05/31/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| MISCELLANEOUS | $20.00 |
| Service Charge withdrawn on 06/12/18 | $35.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $172,339.07 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Check

1 check totaling $6,285.00

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9030 i | 06/14 | 6,285.00 |

## Fifth Third Bank

### Withdrawals / Debits
7 items totaling $52,070.92

| Date | Amount | Description |
|---|---|---|
| 06/07 | 106.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 060518 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/07 | 180.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 060518 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/07 | 1,620.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 060518 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/12 | 35.50 | SERVICE CHARGE |
| 06/13 | 50,000.00 | OUTGOING WIRE TRANS 061318 |
| 06/28 | 118.42 | DEBIT CARD PURCHASE AT AMAZON.COM, AMAZON.COM, WA ON 062718 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/29 | 11.00 | DEBIT CARD PURCHASE AT Amazon Prime Now T, Amazon.com/Bi, WA ON 062818 FROM CARD#: XXXXXXXXXXXX0068 |

### Deposits / Credits
2 items totaling $70,000.00

| Date | Amount | Description |
|---|---|---|
| 06/13 | 50,000.00 | FUNDS TRANSFER FROM CK: XXXXXX6847 REF # 00866665372 |
| 06/22 | 20,000.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/07 | 23,456.86 | 06/14 | 17,136.36 | 06/28 | 37,017.94 |
| 06/12 | 23,421.36 | 06/22 | 37,136.36 | 06/29 | 37,006.94 |
| 06/13 | 23,421.36 | | | | |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

Statement Period Date: 07/1/2018 - 07/31/2018
Account Type: 5/3 BUS ELITE CKG
Account Number: ▮▮▮▮3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

0

11740

| Account Summary - ▮▮▮▮3310 | | | | |
|---|---|---|---|---|
| 07/01 | Beginning Balance | $37,006.94 | Number of Days in Period | 31 |
| 3 | Checks | $(26,285.00) | | |
| 6 | Withdrawals / Debits | $(81,899.92) | | |
| 2 | Deposits / Credits | $75,000.00 | | |
| 07/31 | Ending Balance | $3,822.02 | | |

Analysis Period: 06/01/18 - 06/30/18

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $10.00 |
| INFO REPORTING | $50.00 |
| Service Charge withdrawn on 07/12/18 | $60.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $46,926.91 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

3 checks totaling $26,285.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9033 i | 07/05 | 10,000.00 | 9034 i | 07/17 | 6,285.00 | 9035 i | 07/30 | 10,000.00 |

TIER 2-US0006583

# Fifth Third Bank

## Withdrawals / Debits

6 items totaling $81,899.92

| Date | Amount | Description |
|------|--------|-------------|
| 07/09 | 1,800.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 070518 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/12 | 60.00 | SERVICE CHARGE |
| 07/13 | 50,000.00 | OUTGOING WIRE TRANS 071318 |
| 07/19 | 34.92 | DEBIT CARD PURCHASE AT Amazon Prime Now, amazon.com, WA ON 071818 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/20 | 5.00 | DEBIT CARD PURCHASE AT Amazon Prime Now T, Amazon.com/Bi, WA ON 071918 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/25 | 30,000.00 | OUTGOING WIRE TRANS 072518 |

## Deposits / Credits

2 items totaling $75,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 07/03 | 50,000.00 | 5/3 JEANIE DEPOSIT 18070314 - 005773 2465 NORTHWEST BLVD COLUMBUS OH ON 070318 FROM CARD#: XXXXXXXXXXXX006X |
| 07/17 | 25,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/03 | 87,006.94 | 07/13 | 25,146.94 | 07/20 | 43,822.02 |
| 07/05 | 77,006.94 | 07/17 | 43,861.94 | 07/25 | 13,822.02 |
| 07/09 | 75,206.94 | 07/19 | 43,827.02 | 07/30 | 3,822.02 |
| 07/12 | 75,146.94 | | | | |

.

TIER 2-US0006584





**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11861

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ███3310 | | | |
|---|---|---|---|
| 08/01 | Beginning Balance | $3,822.02 | Number of Days in Period | 31 |
| 2 | Checks | $(16,285.00) | | |
| 5 | Withdrawals / Debits | $(152,032.57) | | |
| 3 | Deposits / Credits | $574,000.00 | | |
| 08/31 | Ending Balance | $409,504.45 | | |

**Analysis Period: 07/01/18 - 07/31/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| INFO REPORTING | $20.00 |
| MISCELLANEOUS | $20.00 |
| Service Charge withdrawn on 08/10/18 | $40.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $45,041.35 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on | Other Criteria Met? | No |
| its business credit card PLUS has one of the following: | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management | Electronic Deposit Manager? | No |
| Essentials. | Cash Management Essentials? | Yes |

## Checks

2 checks totaling $16,285.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9036 i | 08/13 | 6,285.00 | 9037 i | 08/28 | 10,000.00 |

## Withdrawals / Debits

5 items totaling $152,032.57

| Date | Amount | Description |
|---|---|---|
| 08/06 | 1,800.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 080318 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/09 | 50,000.00 | OUTGOING WIRE TRANS 080918 |
| 08/10 | 40.00 | SERVICE CHARGE |
| 08/21 | 100,000.00 | OUTGOING WIRE TRANS 082118 |
| 08/28 | 192.57 | DEBIT CARD PURCHASE AT OLD TRAIL PRINTING, 6144434852, OH ON 082718 FROM CARD#: XXXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

## Deposits / Credits

3 items totaling $574,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 08/08 | 54,000.00 | INCOMING WIRE TRANS 080818 |
| 08/09 | 20,000.00 | 5/3 JEANIE DEPOSIT 18080914 - 003059 21 E STATE ST COLUMBUS OH ON 080918 FROM CARD#: XXXXXXXXXXX006X |
| 08/16 | 500,000.00 | INCOMING WIRE TRANS 081618 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/06 | 2,022.02 | 08/10 | 25,982.02 | 08/21 | 419,697.02 |
| 08/08 | 56,022.02 | 08/13 | 19,697.02 | 08/28 | 409,504.45 |
| 08/09 | 26,022.02 | 08/16 | 519,697.02 | | |

.

TIER 2-US0006587



Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11981

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████3310 | | | |
|---|---|---|---|
| 09/01 | Beginning Balance | $409,504.45 | Number of Days in Period | 30 |
| 2 | Checks | $(12,964.90) | | |
| 5 | Withdrawals / Debits | $(251,851.00) | | |
| 1 | Deposits / Credits | $25,000.00 | | |
| 09/30 | Ending Balance | $169,688.55 | | |

Analysis Period: 08/01/18 - 08/31/18

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $20.00 |
| WIRE INCOMING STRUCTURED | $31.00 |
| Service Charge withdrawn on 09/13/18 | $51.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $239,615.26 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

2 checks totaling $12,964.90

* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9038 i | 09/17 | 6,285.00 | 9041*i | 09/25 | 6,679.90 |

## Withdrawals / Debits

5 items totaling $251,851.00

| Date | Amount | Description |
|---|---|---|
| 09/07 | 1,800.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 090518 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/10 | 50,000.00 | OUTGOING WIRE TRANS 091018 |
| 09/10 | 100,000.00 | OUTGOING WIRE TRANS 091018 |
| 09/13 | 51.00 | SERVICE CHARGE |
| 09/20 | 100,000.00 | OUTGOING WIRE TRANS 092018 |

TIER 2-US0006588

**Fifth Third Bank**

## Deposits / Credits

1 item totaling $25,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 09/21 | 25,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/07 | 407,704.45 | 09/17 | 251,368.45 | 09/21 | 176,368.45 |
| 09/10 | 257,704.45 | 09/20 | 151,368.45 | 09/25 | 169,688.55 |
| 09/13 | 257,653.45 | | | | |

.

TIER 2-US0006589



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11667

Statement Period Date 10/1/2018-10/31/2018
Account Type: 5/3 BUS ELITE CKG
Account Number:

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ███ 3310 | | | | |
|---|---|---|---|---|
| 10/01 | Beginning Balance | $169,688.55 | Number of Days in Period | 31 |
| 4 | Checks | $(32,285.00) | | |
| 7 | Withdrawals / Debits | $(880,830.00) | | |
| 8 | Deposits / Credits | $941,250.00 | | |
| 10/31 | Ending Balance | $197,823.55 | | |

**Analysis Period: 09/01/18 - 09/30/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $30.00 |
| Service Charge withdrawn on 10/11/18 | $30.00 |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following:
Electronic Deposit Manager OR Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $277,997.00 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

## Checks

4 checks totaling $32,285.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9039 i | 10/02 | 10,000.00 | 9042*i | 10/09 | 6,000.00 | 9043 i | 10/31 | 10,000.00 |
| 9040 i | 10/15 | 6,285.00 | | | | | | |

## Withdrawals / Debits

7 items totaling $880,830.00

| Date | Amount | Description |
|---|---|---|
| 10/02 | 139,000.00 | OUTGOING WIRE TRANS 100218 |
| 10/09 | 1,800.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 100518 FROM CARD#: XXXXXXXXXXX0068 |
| 10/11 | 30.00 | SERVICE CHARGE |
| 10/19 | 70,000.00 | OUTGOING WIRE TRANS 101918 |
| 10/19 | 400,000.00 | OUTGOING WIRE TRANS 101918 |
| 10/24 | 150,000.00 | OUTGOING WIRE TRANS 102418 |
| 10/29 | 120,000.00 | OUTGOING WIRE TRANS 102918 |

TIER 2-US0006590

## FIFTH THIRD BANK

### Deposits / Credits

8 items totaling $941,250.00

| Date | Amount | Description |
|------|--------|-------------|
| 10/09 | 66,250.00 | DEPOSIT |
| 10/16 | 400,000.00 | DEPOSIT |
| 10/19 | 50,000.00 | DEPOSIT |
| 10/23 | 20,000.00 | DEPOSIT |
| 10/23 | 250,000.00 | INCOMING WIRE TRANS 102318 |
| 10/24 | 50,000.00 | DEPOSIT |
| 10/29 | 100,000.00 | DEPOSIT |
| 10/30 | 5,000.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/02 | 20,688.55 | 10/16 | 472,823.55 | 10/29 | 202,823.55 |
| 10/09 | 79,138.55 | 10/19 | 52,823.55 | 10/30 | 207,823.55 |
| 10/11 | 79,108.55 | 10/23 | 322,823.55 | 10/31 | 197,823.55 |
| 10/15 | 72,823.55 | 10/24 | 222,823.55 | | |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11871

Statement Period Date: 11/1/2018 - 11/30/2018
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ███████3310

| | | | | | |
|---|---|---|---|---|---|
| 11/01 | Beginning Balance | $197,823.55 | Number of Days in Period | | 30 |
| 2 | Checks | $(16,285.00) | | | |
| 4 | Withdrawals / Debits | $(90,865.50) | | | |
| | Deposits / Credits | | | | |
| 11/30 | Ending Balance | $90,673.05 | | | |

Analysis Period: 10/01/18 - 10/31/18

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| MISCELLANEOUS | $50.00 |
| Service Charge withdrawn on 11/13/18 | $65.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $146,731.48 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks
2 checks totaling $16,285.00

* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9044 i | 11/13 | 6,285.00 | 9045 i | 11/30 | 10,000.00 |

## Withdrawals / Debits
4 items totaling $90,865.50

| Date | Amount | Description |
|---|---|---|
| 11/01 | 45,000.00 | OUTGOING WIRE TRANS 110118 |
| 11/07 | 1,800.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 110518 FROM CARD#: XXXXXXXXXXXX0068 |
| 11/13 | 65.50 | SERVICE CHARGE |
| 11/28 | 44,000.00 | OUTGOING WIRE TRANS 112818 |

**FIFTH THIRD BANK**

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/01 | 152,823.55 | 11/13 | 144,673.05 | 11/30 | 90,673.05 |
| 11/07 | 151,023.55 | 11/28 | 100,673.05 | | |

.

TIER 2-US0006593



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 12/1/2018 - 12/31/2018
Account Type: 5/3 BUS ELITE CKG
Account Number: ▉▉▉3310

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

13030

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ▉▉▉3310 | | | | |
|---|---|---|---|---|
| 12/01 | Beginning Balance | $90,673.05 | Number of Days in Period | 31 |
| 1 | Checks | $(6,285.00) | | |
| 4 | Withdrawals / Debits | $(17,470.00) | | |
| | Deposits / Credits | | | |
| 12/31 | Ending Balance | $66,918.05 | | |

**Analysis Period: 11/01/18 – 11/30/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $20.00 |
| Service Charge withdrawn on 12/12/18 | $20.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $143,209.46 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

**Check**                                                          1 check totaling $6,285.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9046 i | 12/18 | 6,285.00 |

**Withdrawals / Debits**                                           4 items totaling $17,470.00

| Date | Amount | Description |
|---|---|---|
| 12/06 | 1,800.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 120418 FROM CARD#: XXXXXXXXXXX0068 |
| 12/10 | 15,000.00 | OUTGOING WIRE TRANS 121018 |
| 12/12 | 20.00 | SERVICE CHARGE |
| 12/31 | 650.00 | DEBIT CARD PURCHASE AT AII*ARISTOTLE, WASHINGTON, DC ON 122818 FROM CARD#: XXXXXXXXXXX0068 |

TIER 2-US0006594

**FIFTH THIRD BANK**

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/06 | 88,873.05 | 12/12 | 73,853.05 | 12/31 | 66,918.05 |
| 12/10 | 73,873.05 | 12/18 | 67,568.05 | | |

.

TIER 2-US0006595



**FIFTH THIRD BANK**
(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11620

Statement Period: 01/01/2019 - 01/31/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ███████3310 | | | | |
|---|---|---|---|---|
| 01/01 | Beginning Balance | $66,918.05 | Number of Days in Period | 31 |
| 1 | Checks | $(6,285.00) | | |
| 3 | Withdrawals / Debits | $(41,810.00) | | |
| | Deposits / Credits | | | |
| 01/31 | Ending Balance | $18,823.05 | | |

**Analysis Period: 12/01/18 - 12/31/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $10.00 |
| Service Charge withdrawn on 01/11/19 | $10.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $76,015.49 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management | Electronic Deposit Manager? | No |
| Essentials. | Cash Management Essentials? | Yes |

## Check

1 check totaling $6,285.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9047 i | 01/14 | 6,285.00 |

## Withdrawals / Debits

3 items totaling $41,810.00

| Date | Amount | Description |
|---|---|---|
| 01/07 | 1,800.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 010419 FROM CARD#: XXXXXXXXXXXX0068 |
| 01/11 | 10.00 | SERVICE CHARGE |
| 01/17 | 40,000.00 | OUTGOING WIRE TRANS 011719 |

TIER 2-US0006596

**FIFTH THIRD BANK**

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/07 | 65,118.05 | 01/14 | 58,823.05 | 01/17 | 18,823.05 |
| 01/11 | 65,108.05 | | | | |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11719

Statement Period: 12/1/2019 - 12/28/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ████3310

| | | | | |
|---|---|---:|---|---:|
| 02/01 | Beginning Balance | $18,823.05 | Number of Days in Period | 28 |
| 1 | Checks | $(6,285.00) | | |
| 4 | Withdrawals / Debits | $(3,419.00) | | |
| 1 | Deposits / Credits | $25,000.00 | | |
| 02/28 | Ending Balance | $34,119.05 | | |

**Analysis Period: 01/01/19 - 01/31/19**

| | |
|---|---:|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $10.00 |
| INFO REPORTING | $20.00 |
| Service Charge withdrawn on 02/12/19 | $30.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---:|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $42,825.01 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Check

1 check totaling $6,285.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9048 i | 02/19 | 6,285.00 |

## Withdrawals / Debits

4 items totaling $3,419.00

| Date | Amount | Description |
|---|---|---|
| 02/06 | 864.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 020419 FROM CARD#: XXXXXXXXXXXX0068 |
| 02/12 | 30.00 | SERVICE CHARGE |
| 02/25 | 1,025.00 | DEBIT CARD PURCHASE AT E E WARD MOVING AN, 6142988414, OH ON 022219 FROM CARD#: XXXXXXXXXXXX0068 |
| 02/25 | 1,500.00 | DEBIT CARD PURCHASE AT E E WARD MOVING AN, 6142988414, OH ON 022219 FROM CARD#: XXXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

---

## Deposits / Credits

1 item totaling $25,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 02/15 | 25,000.00 | DEPOSIT |

---

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02/06 | 17,959.05 | 02/15 | 42,929.05 | 02/25 | 34,119.05 |
| 02/12 | 17,929.05 | 02/19 | 36,644.05 | | |

---

.

TIER 2-US0006599



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

11896

Statement Period 03/1/2019 - 03/31/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| | Account Summary - ████ 3310 | | | |
|---|---|---|---|---|
| 03/01 | Beginning Balance | $34,119.05 | Number of Days in Period | 31 |
| 1 | Checks | $(9,000.00) | | |
| 3 | Withdrawals / Debits | $(1,673.42) | | |
| 4 | Deposits / Credits | $180,000.00 | | |
| 03/31 | Ending Balance | $203,445.63 | | |

**Analysis Period: 02/01/19 - 02/28/19**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| INFO REPORTING | $50.00 |
| Service Charge withdrawn on 03/12/19 | $50.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $28,359.30 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Check

1 check totaling $9,000.00

* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9050 i | 03/26 | 9,000.00 |

## Withdrawals / Debits

3 items totaling $1,673.42

| Date | Amount | Description |
|---|---|---|
| 03/06 | 363.42 | DEBIT CARD PURCHASE AT BARCELONA, COLUMBUS, OH ON 030519 FROM CARD#: XXXXXXXXXXXX0068 |
| 03/06 | 1,260.00 | DEBIT CARD PURCHASE AT LAZ PARKING 690412, 6142215963, OH ON 030419 FROM CARD#: XXXXXXXXXXXX0068 |
| 03/12 | 50.00 | SERVICE CHARGE |

TIER 2-US0006600

**FIFTH THIRD BANK**

## Deposits / Credits

4 items totaling $180,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 03/06 | 50,000.00 | DEPOSIT |
| 03/08 | 20,000.00 | DEPOSIT |
| 03/25 | 50,000.00 | DEPOSIT |
| 03/26 | 60,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/06 | 82,495.63 | 03/12 | 102,445.63 | 03/26 | 203,445.63 |
| 03/08 | 102,495.63 | 03/25 | 152,445.63 | | |

.

TIER 2-US0006601



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

11901

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ████ 3310

| | | | | |
|---|---|---|---|---|
| 04/01 | Beginning Balance | $203,445.63 | Number of Days in Period | 30 |
| 1 | Checks | $(6,000.00) | | |
| 6 | Withdrawals / Debits | $(190,925.78) | | |
| 2 | Deposits / Credits | $1,750,000.00 | | |
| 04/30 | Ending Balance | $1,756,519.85 | | |

Analysis Period: 03/01/19 - 03/31/19

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| Service Charge withdrawn on 04/10/19 | $0.00 |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following:
Electronic Deposit Manager OR Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $105,320.93 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

### Check

1 check totaling $6,000.00

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9051 i | 04/30 | 6,000.00 |

### Withdrawals / Debits

6 items totaling $190,925.78

| Date | Amount | Description |
|---|---|---|
| 04/01 | 484.97 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, COLUMBUS, OH ON 032919 FROM CARD#: XXXXXXXXXXXX0068 |
| 04/04 | 87.73 | DEBIT CARD PURCHASE AT HYDE PARK COLUMBUS, COLUMBUS, OH ON 040219 FROM CARD#: XXXXXXXXXXXX0068 |
| 04/04 | 40,000.00 | OUTGOING WIRE TRANS 040419 |
| 04/04 | 150,000.00 | OUTGOING WIRE TRANS 040419 |
| 04/09 | 226.49 | DEBIT CARD PURCHASE AT THE PRINTED IMAGE, 6142211412, OH ON 040819 FROM CARD#: XXXXXXXXXXXX0068 |
| 04/15 | 126.59 | DEBIT CARD PURCHASE AT Lindey's, Columbus, OH ON 041119 FROM CARD#: XXXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

---

## Deposits / Credits

2 items totaling $1,750,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 04/12 | 250,000.00 | DEPOSIT |
| 04/30 | 1,500,000.00 | INCOMING WIRE TRANS 043019 |

---

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/01 | 202,960.66 | 04/09 | 12,646.44 | 04/15 | 262,519.85 |
| 04/04 | 12,872.93 | 04/12 | 262,646.44 | 04/30 | 1,756,519.85 |

---

| . |
|---|



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

12138

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - | ████ 3310 | | |
|---|---|---|---|
| 05/01 | Beginning Balance | $1,756,519.85 | Number of Days in Period | 31 |
| | Checks | | | |
| 17 | Withdrawals / Debits | $(8,270,662.13) | | |
| 6 | Deposits / Credits | $8,025,122.00 | | |
| 05/31 | Ending Balance | $1,510,979.72 | | |

**Analysis Period: 04/01/19 - 04/30/19**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| MISCELLANEOUS | $20.00 |
| **Service Charge withdrawn on 05/13/19** | $35.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | **Yes** |
| | Total Combined Monthly Average Balance | $240,150.97 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | **No** |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | **No** |
| | $500 Business Credit Card Spend? | **No** |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | **No** |
| | Cash Management Essentials? | **Yes** |

## Withdrawals / Debits

17 items totaling $8,270,662.13

| Date | Amount | Description |
|---|---|---|
| 05/02 | 471.74 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, COLUMBUS, OH ON 043019 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/02 | 50,000.00 | OUTGOING WIRE TRANS 050219 |
| 05/02 | 739,100.00 | OUTGOING WIRE TRANS 050219 |
| 05/03 | 122.00 | DEBIT CARD PURCHASE AT USPS PO BOXES ONLI, 800-275-8777, DC ON 050219 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/03 | 122.00 | DEBIT CARD PURCHASE AT USPS PO BOXES ONLI, 800-275-8777, DC ON 050219 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/03 | 20,000.00 | OUTGOING WIRE TRANS 050319 |
| 05/09 | 800,000.00 | OUTGOING WIRE TRANS 050919 |
| 05/09 | 1,626,000.00 | OUTGOING WIRE TRANS 050919 |
| 05/13 | 35.50 | SERVICE CHARGE |
| 05/16 | 25,600.00 | OUTGOING WIRE TRANS 051619 |
| 05/16 | 1,755,900.00 | OUTGOING WIRE TRANS 051619 |
| 05/17 | 90,850.00 | OUTGOING WIRE TRANS 051719 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 05/20 | 1,663.00 | DEBIT CARD PURCHASE AT THE MEMORIAL TOURN, 6148896700, OH ON 051719 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/23 | 71,272.89 | OUTGOING WIRE TRANS 052319 |
| 05/23 | 1,829,525.00 | OUTGOING WIRE TRANS 052319 |
| 05/29 | 614,000.00 | OUTGOING WIRE TRANS 052919 |
| 05/30 | 646,000.00 | OUTGOING WIRE TRANS 053019 |

## Deposits / Credits                                             6 items totaling $8,025,122.00

| Date | Amount | Description |
|------|--------|-------------|
| 05/02 | 25,000.00 | DEPOSIT |
| 05/03 | 122.00 | DEBIT CARD RETURN AT USPS PO BOXES ONLI, 800-275-8777, DC ON 050319 TO CARD#: XXXXXXXXXXXX0068 |
| 05/07 | 1,500,000.00 | INCOMING WIRE TRANS 050719 |
| 05/15 | 2,500,000.00 | INCOMING WIRE TRANS 051519 |
| 05/22 | 2,500,000.00 | INCOMING WIRE TRANS 052219 |
| 05/29 | 1,500,000.00 | INCOMING WIRE TRANS 052919 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/02 | 991,948.11 | 05/15 | 2,545,790.61 | 05/22 | 3,171,777.61 |
| 05/03 | 971,826.11 | 05/16 | 764,290.61 | 05/23 | 1,270,979.72 |
| 05/07 | 2,471,826.11 | 05/17 | 673,440.61 | 05/29 | 2,156,979.72 |
| 05/09 | 45,826.11 | 05/20 | 671,777.61 | 05/30 | 1,510,979.72 |
| 05/13 | 45,790.61 | | | | |

.



Statement Period Date: 06/1/2019-06/30/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

**FIFTH THIRD BANK**
(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12125

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████3310 | | |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 06/01 | Beginning Balance | $1,510,979.72 | Number of Days in Period | 30 |
| 3 | Checks | $(19,800.00) | | |
| 22 | Withdrawals / Debits | $(6,572,612.44) | | |
| 5 | Deposits / Credits | $5,581,798.00 | | |
| 06/30 | Ending Balance | $500,365.28 | | |

**Analysis Period: 05/01/19 - 05/31/19**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $62.00 |
| MISCELLANEOUS | $225.00 |
| Service Charge withdrawn on 06/21/19 | $287.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $1,113,429.66 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

3 checks totaling $19,800.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9052 i | 06/20 | 6,800.00 | 9053 i | 06/26 | 3,000.00 | 9054 i | 06/13 | 10,000.00 |

## Withdrawals / Debits

22 items totaling $6,572,612.44

| Date | Amount | Description |
|---|---|---|
| 06/03 | 269.57 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, COLUMBUS, OH ON 053119 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/04 | 20,000.00 | OUTGOING WIRE TRANS 060419 |
| 06/04 | 36,361.41 | OUTGOING WIRE TRANS 060419 |
| 06/04 | 60,000.00 | OUTGOING WIRE TRANS 060419 |
| 06/04 | 1,150,000.00 | FUNDS TRANSFER TO CK: XXXXX6847 REF # 00948119047 |
| 06/06 | 1,366,837.00 | OUTGOING WIRE TRANS 060619 |
| 06/07 | 230.51 | DEBIT CARD PURCHASE AT TONYS ITALIAN RIST, COLUMBUS, OH ON 060619 FROM CARD#: XXXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 06/07 | 1,193.52 | DEBIT CARD PURCHASE AT TONYS ITALIAN RIST, COLUMBUS, OH ON 060619 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/07 | 427,681.00 | OUTGOING WIRE TRANS 060719 |
| 06/10 | 3,750.00 | OUTGOING WIRE TRANS 061019 |
| 06/14 | 10,000.00 | OUTGOING WIRE TRANS 061419 |
| 06/14 | 68,000.00 | OUTGOING WIRE TRANS 061419 |
| 06/14 | 1,400,731.74 | OUTGOING WIRE TRANS 061419 |
| 06/19 | 174.53 | DEBIT CARD PURCHASE AT BLACK POINT STEAKH, COLUMBUS, OH ON 061719 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/21 | 616,506.00 | OUTGOING WIRE TRANS 062119 |
| 06/21 | 1,363,337.00 | OUTGOING WIRE TRANS 062119 |
| 06/21 | 287.00 | SERVICE CHARGE |
| 06/26 | 135.29 | DEBIT CARD PURCHASE AT HOLIDAY INN, WILMINGTON, OH ON 062419 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/26 | 135.29 | DEBIT CARD PURCHASE AT HOLIDAY INN, WILMINGTON, OH ON 062419 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/26 | 135.29 | DEBIT CARD PURCHASE AT HOLIDAY INN, WILMINGTON, OH ON 062419 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/26 | 135.29 | DEBIT CARD PURCHASE AT HOLIDAY INN, WILMINGTON, OH ON 062419 FROM CARD#: XXXXXXXXXXXX0068 |
| 06/28 | 46,712.00 | OUTGOING WIRE TRANS 062819 |

## Deposits / Credits                                                              5 items totaling $5,581,798.00

| Date | Amount | Description |
|---|---|---|
| 06/05 | 2,000,000.00 | INCOMING WIRE TRANS 060519 |
| 06/13 | 1,361,899.00 | INCOMING WIRE TRANS 061319 |
| 06/17 | 5,000.00 | DEPOSIT |
| 06/20 | 2,116,899.00 | INCOMING WIRE TRANS 062019 |
| 06/24 | 98,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/03 | 1,510,710.15 | 06/10 | 444,656.71 | 06/20 | 2,432,748.44 |
| 06/04 | 244,348.74 | 06/13 | 1,796,555.71 | 06/21 | 452,618.44 |
| 06/05 | 2,244,348.74 | 06/14 | 317,823.97 | 06/24 | 550,618.44 |
| 06/06 | 877,511.74 | 06/17 | 322,823.97 | 06/26 | 547,077.28 |
| 06/07 | 448,406.71 | 06/19 | 322,649.44 | 06/28 | 500,365.28 |

IF YOU HAVE A FIFTH THIRD BUSINESS OR PROFESSIONAL DEBIT MASTERCARD, YOUR CARD WILL NO LONGER COME WITH CERTAIN INSURANCE BENEFITS DUE TO CHANGES IN THE MASTERCARD DEBIT CARD PROGRAM. THE CANCELLATION OF YOUR EXTENDED WARRANTY-POLICY NO. 84161537-03, PURCHASE ASSURANCE-POLICY NO. 84161537-03, AND MASTERCOVERAGE POLICY NO. 84161543 BENEFITS WILL BE EFFECTIVE ON JULY 1, 2019 AT 12:00 AM EDT.  FOR MORE INFORMATION ABOUT YOUR COVERAGE, GO TO WWW.53.COM/DEBIT.  TO REQUEST A PRINTED COPY, CALL 800-972-3030. THE POLICIES ARE ISSUED BY NEW HAMPSHIRE INSURANCE COMPANY, AN AIG COMPANY.

FIFTH THIRD BANK
(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 7/1/2019 - 7/31/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: [redacted]3310

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11928

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - [redacted]3310

| | | | | |
|---|---|---|---|---|
| 07/01 | Beginning Balance | $500,365.28 | Number of Days in Period | 31 |
| 2 | Checks | $(8,000.00) | | |
| 23 | Withdrawals / Debits | $(2,425,592.12) | | |
| 2 | Deposits / Credits | $2,034,457.00 | | |
| 07/31 | Ending Balance | $101,230.16 | | |

**Analysis Period: 06/01/19 - 06/30/19**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $46.50 |
| MISCELLANEOUS | $225.00 |
| **Service Charge withdrawn on 07/17/19** | $271.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $1,769,402.56 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: Electronic Deposit Manager OR Cash Management Essentials. | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

2 checks totaling $8,000.00

* Indicates gap in check sequence  i = Electronic Image  s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9055 i | 07/02 | 5,000.00 | 9056 i | 07/26 | 3,000.00 |

## Withdrawals / Debits

23 items totaling $2,425,592.12

| Date | Amount | Description |
|---|---|---|
| 07/01 | 20,000.00 | OUTGOING WIRE TRANS 070119 |
| 07/01 | 60,000.00 | OUTGOING WIRE TRANS 070119 |
| 07/02 | 296.76 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, COLUMBUS, OH ON 063019 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/05 | 367,306.00 | OUTGOING WIRE TRANS 070519 |
| 07/08 | 1,300,000.00 | OUTGOING WIRE TRANS 070819 |
| 07/17 | 19,680.00 | OUTGOING WIRE TRANS 071719 |
| 07/17 | 467,060.00 | OUTGOING WIRE TRANS 071719 |
| 07/17 | 271.50 | SERVICE CHARGE |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 07/23 | 319.00 | DEBIT CARD PURCHASE AT WESTIN CHARLOTTE, CHARLOTTE, NC ON 072319 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/23 | 319.00 | DEBIT CARD PURCHASE AT WESTIN CHARLOTTE, CHARLOTTE, NC ON 072319 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/23 | 319.00 | DEBIT CARD PURCHASE AT WESTIN CHARLOTTE, CHARLOTTE, NC ON 072319 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/23 | 1,825.53 | DEBIT CARD PURCHASE AT HOTELSCOM804570945, HOTELS.COM, WA ON 072219 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/23 | 75,000.00 | OUTGOING WIRE TRANS 072319 |
| 07/24 | 995.11 | DEBIT CARD PURCHASE AT AMERICAN, 8004337300, TX ON 072219 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/24 | 995.11 | DEBIT CARD PURCHASE AT AMERICAN, 8004337300, TX ON 072219 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/24 | 995.11 | DEBIT CARD PURCHASE AT AMERICAN, 8004337300, TX ON 072219 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/25 | 70.00 | DEBIT CARD PURCHASE AT REPUBLICAN NATIONA, 2028638506, DC ON 072419 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/25 | 70.00 | DEBIT CARD PURCHASE AT REPUBLICAN NATIONA, 2028638506, DC ON 072419 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/25 | 70.00 | DEBIT CARD PURCHASE AT REPUBLICAN NATIONA, 2028638506, DC ON 072419 FROM CARD#: XXXXXXXXXXXX0068 |
| 07/29 | 30,000.00 | IN FIELD STRATEG SALE GENERATION NOW 072919 |
| 07/29 | 25,000.00 | OUTGOING WIRE TRANS 072919 |
| 07/29 | 25,000.00 | OUTGOING WIRE TRANS 072919 |
| 07/29 | 30,000.00 | OUTGOING WIRE TRANS 072919 |

## Deposits / Credits                                    2 items totaling $2,034,457.00

| Date | Amount | Description |
|------|--------|-------------|
| 07/01 | 155,000.00 | DEPOSIT |
| 07/05 | 1,879,457.00 | INCOMING WIRE TRANS 070519 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/01 | 575,365.28 | 07/17 | 295,208.02 | 07/25 | 214,230.16 |
| 07/02 | 570,068.52 | 07/23 | 217,425.49 | 07/26 | 211,230.16 |
| 07/05 | 2,082,219.52 | 07/24 | 214,440.16 | 07/29 | 101,230.16 |
| 07/08 | 782,219.52 | | | | |

FRAUD PROTECTION: BANK MAINTAINED POSITIVE PAY (BMPP) CAN HELP REDUCE CHECK FRAUD ON YOUR ACCOUNTS. THIS SERVICE INCLUDES PAYEE NAME VERIFICATION AS PAYEE ALTERATION IS 49% OF CHECK FRAUD. WE ARE LOWERING THE FEE FOR BMPP TO $49 PER MONTH; EXCEPTION FEES PER ITEM MAY APPLY. PLEASE CONTACT YOUR RELATIONSHIP TEAM TO IMPLEMENT THIS SERVICE.





**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12136

Statement Period 08/1/2019 - 08/31/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ████████3310

| | | | | |
|---|---|---|---|---|
| 08/01 | Beginning Balance | $101,230.16 | Number of Days in Period | 31 |
| 5 | Checks | $(24,042.50) | | |
| 19 | Withdrawals / Debits | $(8,351,329.13) | | |
| 8 | Deposits / Credits | $8,500,250.00 | | |
| 08/31 | Ending Balance | $226,108.53 | | |

Analysis Period: 07/01/19 - 07/31/19

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| MISCELLANEOUS | $175.00 |
| Service Charge withdrawn on 08/14/19 | $190.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $1,664,067.37 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

5 checks totaling $24,042.50

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9057 i | 08/06 | 5,000.00 | 9060\*i | 08/28 | 3,210.00 | 9062 i | 08/27 | 9,907.50 |
| 9058 i | 08/30 | 3,000.00 | 9061 i | 08/27 | 2,925.00 | | | |

## Withdrawals / Debits

19 items totaling $8,351,329.13

| Date | Amount | Description |
|---|---|---|
| 08/02 | 240.98 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, COLUMBUS, OH ON 073119 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/05 | 46.69 | DEBIT CARD PURCHASE AT MORTIMER'S CAFE AN, CHARLOTTE, NC ON 080119 FROM CARD#: XXXXXXXXXXXX0068 |
| 08/05 | 20,000.00 | OUTGOING WIRE TRANS 080519 |
| 08/05 | 30,000.00 | OUTGOING WIRE TRANS 080519 |
| 08/06 | 750,000.00 | OUTGOING WIRE TRANS 080619 |
| 08/08 | 400,000.00 | OUTGOING WIRE TRANS 080819 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 08/12 | 75,000.00 | OUTGOING WIRE TRANS 081219 |
| 08/12 | 3,000,000.00 | OUTGOING WIRE TRANS 081219 |
| 08/12 | 1,000,000.00 | FUNDS TRANSFER TO CK: XXXXXX6847 REF # 00966067635 |
| 08/14 | 190.50 | SERVICE CHARGE |
| 08/21 | 377,925.48 | OUTGOING WIRE TRANS 082119 |
| 08/23 | 25,000.00 | OUTGOING WIRE TRANS 082319 |
| 08/23 | 200,000.00 | OUTGOING WIRE TRANS 082319 |
| 08/29 | 600,000.00 | FUNDS TRANSFER TO CK: XXXXXX6847 REF # 00970445624 |
| 08/30 | 20,000.00 | OUTGOING WIRE TRANS 083019 |
| 08/30 | 75,000.00 | OUTGOING WIRE TRANS 083019 |
| 08/30 | 200,000.00 | OUTGOING WIRE TRANS 083019 |
| 08/30 | 377,925.48 | OUTGOING WIRE TRANS 083019 |
| 08/30 | 1,200,000.00 | OUTGOING WIRE TRANS 083019 |

## Deposits / Credits

8 items totaling $8,500,250.00

| Date | Amount | Description |
|------|--------|-------------|
| 08/02 | 734,250.00 | INCOMING WIRE TRANS 080219 |
| 08/05 | 100,000.00 | DEPOSIT |
| 08/06 | 300,000.00 | FUNDS TRANSFER FROM CK: XXXXXX6847 REF # 00964576806 |
| 08/07 | 4,390,000.00 | INCOMING WIRE TRANS 080719 |
| 08/14 | 300,000.00 | INCOMING WIRE TRANS 081419 |
| 08/22 | 653,000.00 | INCOMING WIRE TRANS 082219 |
| 08/29 | 20,000.00 | DEPOSIT |
| 08/29 | 2,003,000.00 | INCOMING WIRE TRANS 082919 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/02 | 835,239.18 | 08/12 | 345,192.49 | 08/27 | 682,244.01 |
| 08/05 | 885,192.49 | 08/14 | 645,001.99 | 08/28 | 679,034.01 |
| 08/06 | 430,192.49 | 08/21 | 267,076.51 | 08/29 | 2,102,034.01 |
| 08/07 | 4,820,192.49 | 08/22 | 920,076.51 | 08/30 | 226,108.53 |
| 08/08 | 4,420,192.49 | 08/23 | 695,076.51 | | |

FRAUD PROTECTION: BANK MAINTAINED POSITIVE PAY (BMPP) CAN HELP REDUCE CHECK FRAUD ON YOUR ACCOUNTS. THIS SERVICE INCLUDES PAYEE NAME VERIFICATION AS PAYEE ALTERATION IS 49% OF CHECK FRAUD. WE ARE LOWERING THE FEE FOR BMPP TO $49 PER MONTH; EXCEPTION FEES PER ITEM MAY APPLY. PLEASE CONTACT YOUR RELATIONSHIP TEAM TO IMPLEMENT THIS SERVICE.



## FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

Statement Period 09/1/2019 - 09/30/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3310

0

13274

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ███████ 3310 | | | | |
|---|---|---|---|---|
| 09/01 | Beginning Balance | $226,108.53 | Number of Days in Period | 30 |
| 4 | Checks | $(14,987.50) | | |
| 36 | Withdrawals / Debits | $(11,758,702.21) | | |
| 8 | Deposits / Credits | $12,123,405.00 | | |
| 09/30 | Ending Balance | $575,823.82 | | |

Analysis Period: 08/01/19 - 08/31/19

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $77.50 |
| MISCELLANEOUS | $275.00 |
| Service Charge withdrawn on 09/12/19 | $352.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $1,864,514.09 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

4 checks totaling $14,987.50

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9059 i | 09/04 | 5,000.00 | 9064 i | 09/30 | 5,000.00 | 9065 i | 09/27 | 1,987.50 |
| 9063*i | 09/30 | 3,000.00 | | | | | | |

## Withdrawals / Debits

36 items totaling $11,758,702.21

| Date | Amount | Description |
|---|---|---|
| 09/03 | 175.23 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, COLUMBUS, OH ON 082919 FROM CARD#: XXXXXXXXXXXX0068 |
| 09/06 | 200,000.00 | OUTGOING WIRE TRANS 090619 |
| 09/06 | 377,925.48 | OUTGOING WIRE TRANS 090619 |
| 09/06 | 1,220,000.00 | OUTGOING WIRE TRANS 090619 |
| 09/06 | 600,000.00 | FUNDS TRANSFER TO CK: XXXXX6847 REF # 00972775142 |
| 09/12 | 352.50 | SERVICE CHARGE |
| 09/13 | 150,000.00 | OUTGOING WIRE TRANS 091319 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 09/13 | 377,925.48 | OUTGOING WIRE TRANS 091319 |
| 09/13 | 927,000.00 | OUTGOING WIRE TRANS 091319 |
| 09/13 | 1,100,000.00 | OUTGOING WIRE TRANS 091319 |
| 09/20 | 150,000.00 | OUTGOING WIRE TRANS 092019 |
| 09/20 | 770,161.76 | OUTGOING WIRE TRANS 092019 |
| 09/20 | 2,400,000.00 | OUTGOING WIRE TRANS 092019 |
| 09/24 | 10,000.00 | OUTGOING WIRE TRANS 092419 |
| 09/24 | 15,000.00 | OUTGOING WIRE TRANS 092419 |
| 09/24 | 15,000.00 | OUTGOING WIRE TRANS 092419 |
| 09/24 | 20,000.00 | OUTGOING WIRE TRANS 092419 |
| 09/25 | 5,000.00 | OUTGOING WIRE TRANS 092519 |
| 09/25 | 7,500.00 | OUTGOING WIRE TRANS 092519 |
| 09/25 | 7,500.00 | OUTGOING WIRE TRANS 092519 |
| 09/25 | 10,000.00 | OUTGOING WIRE TRANS 092519 |
| 09/25 | 10,000.00 | OUTGOING WIRE TRANS 092519 |
| 09/25 | 15,000.00 | OUTGOING WIRE TRANS 092519 |
| 09/25 | 20,000.00 | OUTGOING WIRE TRANS 092519 |
| 09/26 | 25,000.00 | OUTGOING WIRE TRANS 092619 |
| 09/26 | 25,000.00 | OUTGOING WIRE TRANS 092619 |
| 09/26 | 700,000.00 | OUTGOING WIRE TRANS 092619 |
| 09/26 | 500,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX6847 REF # 00606283669 |
| 09/27 | 5,000.00 | OUTGOING WIRE TRANS 092719 |
| 09/27 | 100,000.00 | OUTGOING WIRE TRANS 092719 |
| 09/27 | 600,000.00 | OUTGOING WIRE TRANS 092719 |
| 09/27 | 770,161.76 | OUTGOING WIRE TRANS 092719 |
| 09/30 | 20,000.00 | OUTGOING WIRE TRANS 093019 |
| 09/30 | 30,000.00 | OUTGOING WIRE TRANS 093019 |
| 09/30 | 75,000.00 | OUTGOING WIRE TRANS 093019 |
| 09/30 | 500,000.00 | OUTGOING WIRE TRANS 093019 |

## Deposits / Credits                                               8 items totaling $12,123,405.00

| Date | Amount | Description |
|---|---|---|
| 09/05 | 2,403,000.00 | INCOMING WIRE TRANS 090519 |
| 09/12 | 2,403,000.00 | INCOMING WIRE TRANS 091219 |
| 09/13 | 50,000.00 | DEPOSIT |
| 09/19 | 4,695,000.00 | INCOMING WIRE TRANS 091919 |
| 09/25 | 7,455.00 | INCOMING WIRE TRANS 092519 |
| 09/25 | 19,950.00 | INCOMING WIRE TRANS 092519 |
| 09/26 | 2,445,000.00 | INCOMING WIRE TRANS 092619 |
| 09/30 | 100,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/03 | 225,933.30 | 09/13 | 123,729.84 | 09/25 | 1,390,973.08 |
| 09/04 | 220,933.30 | 09/19 | 4,818,729.84 | 09/26 | 2,585,973.08 |
| 09/05 | 2,623,933.30 | 09/20 | 1,498,568.08 | 09/27 | 1,108,823.82 |
| 09/06 | 226,007.82 | 09/24 | 1,438,568.08 | 09/30 | 575,823.82 |
| 09/12 | 2,628,655.32 | | | | |

FRAUD PROTECTION: BANK MAINTAINED POSITIVE PAY (BMPP) CAN HELP REDUCE CHECK FRAUD ON YOUR ACCOUNTS. THIS SERVICE INCLUDES PAYEE NAME VERIFICATION AS PAYEE ALTERATION IS 49% OF CHECK FRAUD. WE ARE LOWERING THE FEE FOR BMPP TO $49 PER MONTH; EXCEPTION FEES PER ITEM MAY APPLY. PLEASE CONTACT YOUR RELATIONSHIP TEAM TO IMPLEMENT THIS SERVICE.



## FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11884

Statement Period 10/1/2019 - 10/31/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ████ 3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - | ████ 3310 | |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 10/01 | Beginning Balance | $575,823.82 | Number of Days in Period | 31 |
| 5 | Checks | $(33,967.50) | | |
| 69 | Withdrawals / Debits | $(21,940,326.45) | | |
| 11 | Deposits / Credits | $21,642,910.00 | | |
| 10/31 | Ending Balance | $244,439.87 | | |

**Analysis Period: 09/01/19 - 09/30/19**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE [7] | $30.00 |
| WIRE INCOMING NON-STRUCTURED | $53.00 |
| WIRE INCOMING STRUCTURED | $62.00 |
| MISCELLANEOUS | $700.00 |
| Service Charge withdrawn on 10/10/19 | $845.00 |

[7]Charges for incoming and outgoing wires, as well as other wire activity.

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $2,757,010.52 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

5 checks totaling $33,967.50

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9066 i | 10/01 | 9,000.00 | 9068 i | 10/31 | 3,000.00 | 9072*i | 10/31 | 10,000.00 |
| 9067 i | 10/01 | 5,755.00 | 9070*i | 10/15 | 6,212.50 | | | |

**FIFTH THIRD BANK**

## Withdrawals / Debits

69 items totaling $21,940,326.45

| Date | Amount | Description |
|---|---|---|
| 10/01 | 5,000.00 | OUTGOING WIRE TRANS 100119 |
| 10/01 | 7,500.00 | OUTGOING WIRE TRANS 100119 |
| 10/01 | 20,000.00 | OUTGOING WIRE TRANS 100119 |
| 10/01 | 25,000.00 | OUTGOING WIRE TRANS 100119 |
| 10/01 | 30,000.00 | OUTGOING WIRE TRANS 100119 |
| 10/01 | 30,000.00 | OUTGOING WIRE TRANS 100119 |
| 10/02 | 221.17 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, COLUMBUS, OH ON 093019 FROM CARD#: XXXXXXXXXXXXX0068 |
| 10/02 | 190,000.00 | OUTGOING WIRE TRANS 100219 |
| 10/03 | 5,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 5,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 10,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 10,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 25,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 25,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 25,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 30,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 40,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/03 | 825,000.00 | OUTGOING WIRE TRANS 100319 |
| 10/04 | 10,000.00 | OUTGOING WIRE TRANS 100419 |
| 10/04 | 100,000.00 | OUTGOING WIRE TRANS 100419 |
| 10/04 | 160,000.00 | OUTGOING WIRE TRANS 100419 |
| 10/04 | 770,161.76 | OUTGOING WIRE TRANS 100419 |
| 10/04 | 1,300,000.00 | OUTGOING WIRE TRANS 100419 |
| 10/07 | 7,500.00 | OUTGOING WIRE TRANS 100719 |
| 10/07 | 10,000.00 | OUTGOING WIRE TRANS 100719 |
| 10/07 | 15,000.00 | OUTGOING WIRE TRANS 100719 |
| 10/07 | 25,000.00 | OUTGOING WIRE TRANS 100719 |
| 10/07 | 25,000.00 | OUTGOING WIRE TRANS 100719 |
| 10/07 | 600,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX6847 REF # 00608328795 |
| 10/08 | 58,500.00 | OUTGOING WIRE TRANS 100819 |
| 10/09 | 1,900,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX6847 REF # 00608683988 |
| 10/10 | 6,750.00 | OUTGOING WIRE TRANS 101019 |
| 10/10 | 7,500.00 | OUTGOING WIRE TRANS 101019 |
| 10/10 | 10,000.00 | OUTGOING WIRE TRANS 101019 |
| 10/10 | 20,000.00 | OUTGOING WIRE TRANS 101019 |
| 10/10 | 20,000.00 | OUTGOING WIRE TRANS 101019 |
| 10/10 | 25,000.00 | OUTGOING WIRE TRANS 101019 |
| 10/10 | 1,350,000.00 | OUTGOING WIRE TRANS 101019 |
| 10/10 | 845.00 | SERVICE CHARGE |
| 10/11 | 3,000,000.00 | FUNDS TRANSFER TO CK: XXXXXX6847 REF # 00982312319 |
| 10/15 | 5,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 6,750.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 10,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 10,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 15,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 15,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 20,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 20,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 25,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 30,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 30,750.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 55,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 120,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 190,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 770,161.76 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 2,500,000.00 | OUTGOING WIRE TRANS 101519 |
| 10/15 | 900,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX6847 REF # 00609749107 |
| 10/17 | 2,500,000.00 | OUTGOING WIRE TRANS 101719 |

**FIFTH THIRD BANK**

Statement Period Date 10/1/2019 - 10/31/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11884

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 10/18 | 5,000.00 | OUTGOING WIRE TRANS 101819 |
| 10/18 | 10,000.00 | OUTGOING WIRE TRANS 101819 |
| 10/18 | 15,000.00 | OUTGOING WIRE TRANS 101819 |
| 10/18 | 770,161.76 | OUTGOING WIRE TRANS 101819 |
| 10/23 | 15,000.00 | OUTGOING WIRE TRANS 102319 |
| 10/23 | 25,000.00 | OUTGOING WIRE TRANS 102319 |
| 10/23 | 25,000.00 | OUTGOING WIRE TRANS 102319 |
| 10/23 | 25,000.00 | OUTGOING WIRE TRANS 102319 |
| 10/23 | 27,525.00 | OUTGOING WIRE TRANS 102319 |
| 10/23 | 150,000.00 | OUTGOING WIRE TRANS 102319 |
| 10/24 | 2,921,000.00 | OUTGOING WIRE TRANS 102419 |

## Deposits / Credits

11 items totaling $21,642,910.00

| Date | Amount | Description |
|------|--------|-------------|
| 10/01 | 24,960.00 | INCOMING WIRE TRANS 100119 |
| 10/03 | 9,950.00 | INCOMING WIRE TRANS 100319 |
| 10/03 | 4,160,000.00 | INCOMING WIRE TRANS 100319 |
| 10/08 | 1,600,000.00 | INCOMING WIRE TRANS 100819 |
| 10/10 | 25,000.00 | DEPOSIT |
| 10/10 | 10,000,000.00 | INCOMING WIRE TRANS 101019 |
| 10/16 | 60,000.00 | DEPOSIT |
| 10/17 | 2,500,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX6847 REF # 00610110094 |
| 10/17 | 248,000.00 | INCOMING WIRE TRANS 101719 |
| 10/18 | 15,000.00 | INCOMING WIRE TRANS 101819 |
| 10/22 | 3,000,000.00 | INCOMING WIRE TRANS 102219 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/01 | 468,528.82 | 10/09 | 67,095.89 | 10/18 | 445,964.87 |
| 10/02 | 278,307.65 | 10/10 | 8,652,000.89 | 10/22 | 3,445,964.87 |
| 10/03 | 3,448,257.65 | 10/11 | 5,652,000.89 | 10/23 | 3,178,439.87 |
| 10/04 | 1,108,095.89 | 10/15 | 923,126.63 | 10/24 | 257,439.87 |
| 10/07 | 425,595.89 | 10/16 | 983,126.63 | 10/31 | 244,439.87 |
| 10/08 | 1,967,095.89 | 10/17 | 1,231,126.63 | | |

FRAUD PROTECTION: BANK MAINTAINED POSITIVE PAY (BMPP) CAN HELP REDUCE CHECK FRAUD ON YOUR ACCOUNTS. THIS SERVICE INCLUDES PAYEE NAME VERIFICATION AS PAYEE ALTERATION IS 49% OF CHECK FRAUD. WE ARE LOWERING THE FEE FOR BMPP TO $49 PER MONTH; EXCEPTION FEES PER ITEM MAY APPLY. PLEASE CONTACT YOUR RELATIONSHIP TEAM TO IMPLEMENT THIS SERVICE.

Fifth Third Bank

This page intentionally left blank.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

12236

Statement Period 11/1/2019 - 11/30/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ████ 3310

| | | | | |
|---|---|---|---|---|
| 11/01 | Beginning Balance | $244,439.87 | Number of Days in Period | 30 |
| 6 | Checks | $(26,902.50) | | |
| 14 | Withdrawals / Debits | $(372,845.83) | | |
| 3 | Deposits / Credits | $234,116.66 | | |
| 11/30 | Ending Balance | $78,808.20 | | |

### Analysis Period: 10/01/19 - 10/31/19

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $77.50 |
| WIRE INCOMING NON-STRUCTURED | $79.50 |
| MISCELLANEOUS | $1,500.00 |
| Service Charge withdrawn on 11/13/19 | $1,657.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $3,886,953.19 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

6 checks totaling $26,902.50

*  Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9069 i | 11/05 | 5,000.00 | 9074*i | 11/14 | 1,575.00 | 9076 i | 11/22 | 3,647.50 |
| 9071*i | 11/22 | 3,000.00 | 9075 i | 11/14 | 3,680.00 | 9077 i | 11/22 | 10,000.00 |

## Withdrawals / Debits

14 items totaling $372,845.83

| Date | Amount | Description |
|---|---|---|
| 11/04 | 296.28 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, COLUMBUS, OH ON 103119 FROM CARD#: XXXXXXXXXXXX0068 |
| 11/04 | 20,000.00 | OUTGOING WIRE TRANS 110419 |
| 11/04 | 100,000.00 | OUTGOING WIRE TRANS 110419 |
| 11/05 | 4,166.66 | OUTGOING WIRE TRANS 110519 |
| 11/12 | 17,500.00 | OUTGOING WIRE TRANS 111219 |
| 11/12 | 35,000.00 | OUTGOING WIRE TRANS 111219 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 11/13 | 1,657.00 | SERVICE CHARGE |
| 11/18 | 4,166.66 | OUTGOING WIRE TRANS 111819 |
| 11/18 | 14,000.00 | OUTGOING WIRE TRANS 111819 |
| 11/18 | 100,000.00 | OUTGOING WIRE TRANS 111819 |
| 11/22 | 42,000.00 | OUTGOING WIRE TRANS 112219 |
| 11/26 | 8,884.00 | OUTGOING WIRE TRANS 112619 |
| 11/26 | 25,000.00 | OUTGOING WIRE TRANS 112619 |
| 11/29 | 175.23 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, 614-2284600, OH ON 112819 FROM CARD#: XXXXXXXXXXX0068 |

## Deposits / Credits                                                3 items totaling $234,116.66

| Date | Amount | Description |
|------|--------|-------------|
| 11/05 | 50,000.00 | DEPOSIT |
| 11/05 | 4,116.66 | INCOMING WIRE TRANS 110519 |
| 11/15 | 180,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/04 | 124,143.59 | 11/14 | 109,681.59 | 11/22 | 112,867.43 |
| 11/05 | 169,093.59 | 11/15 | 289,681.59 | 11/26 | 78,983.43 |
| 11/12 | 116,593.59 | 11/18 | 171,514.93 | 11/29 | 78,808.20 |
| 11/13 | 114,936.59 | | | | |

---

FRAUD PROTECTION: BANK MAINTAINED POSITIVE PAY (BMPP) CAN HELP REDUCE CHECK FRAUD ON YOUR ACCOUNTS. THIS SERVICE INCLUDES PAYEE NAME VERIFICATION AS PAYEE ALTERATION IS 49% OF CHECK FRAUD. WE ARE LOWERING THE FEE FOR BMPP TO $49 PER MONTH; EXCEPTION FEES PER ITEM MAY APPLY. PLEASE CONTACT YOUR RELATIONSHIP TEAM TO IMPLEMENT THIS SERVICE.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

13396

Statement Period From 12/1/2019 to 12/31/2019
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ████3310

| | | | | |
|---|---|---|---|---|
| 12/01 | Beginning Balance | $78,808.20 | Number of Days in Period | 31 |
| 2 | Checks | $(8,000.00) | | |
| 3 | Withdrawals / Debits | $(8,126.50) | | |
| 3 | Deposits / Credits | $42,500.00 | | |
| 12/31 | Ending Balance | $105,181.70 | | |

Analysis Period: 11/01/19 - 11/30/19

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING NON-STRUCTURED | $26.50 |
| MISCELLANEOUS | $200.00 |
| Service Charge withdrawn on 12/12/19 | $226.50 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $1,992,781.81 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

2 checks totaling $8,000.00

\* Indicates gap in check sequence  i = Electronic Image  s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9073 i | 12/11 | 5,000.00 | 9078*i | 12/30 | 3,000.00 |

## Withdrawals / Debits

3 items totaling $8,126.50

| Date | Amount | Description |
|---|---|---|
| 12/12 | 226.50 | SERVICE CHARGE |
| 12/13 | 900.00 | DEBIT CARD PURCHASE AT BRISTOL REPUBLIC, TEL6145887193, OH ON 121219 FROM CARD#: XXXXXXXXXXX0068 |
| 12/17 | 7,000.00 | OUTGOING WIRE TRANS 121719 |

**FIFTH THIRD BANK**

---

## Deposits / Credits

3 items totaling $42,500.00

| Date | Amount | Description |
|------|--------|-------------|
| 12/02 | 25,000.00 | DEPOSIT |
| 12/10 | 15,000.00 | DEPOSIT |
| 12/16 | 2,500.00 | DEPOSIT |

---

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/02 | 103,808.20 | 12/12 | 113,581.70 | 12/17 | 108,181.70 |
| 12/10 | 118,808.20 | 12/13 | 112,681.70 | 12/30 | 105,181.70 |
| 12/11 | 113,808.20 | 12/16 | 115,181.70 | | |

---

FRAUD PROTECTION: BANK MAINTAINED POSITIVE PAY (BMPP) CAN HELP REDUCE CHECK FRAUD ON YOUR ACCOUNTS. THIS SERVICE INCLUDES PAYEE NAME VERIFICATION AS PAYEE ALTERATION IS 49% OF CHECK FRAUD. WE ARE LOWERING THE FEE FOR BMPP TO $49 PER MONTH; EXCEPTION FEES PER ITEM MAY APPLY. PLEASE CONTACT YOUR RELATIONSHIP TEAM TO IMPLEMENT THIS SERVICE.

Statement Period: 12/01/2019-12/31/2020
Account Type: 5/3 BUS ELITE CKG
Account Number: ■■■■3310



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

11971

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| | Account Summary - ■■■■3310 | | |
|---|---|---|---|
| 01/01 | Beginning Balance | $105,181.70 | Number of Days in Period | 31 |
| 2 | Checks | $(8,000.00) | | |
| 8 | Withdrawals / Debits | $(8,704.94) | | |
| 2 | Deposits / Credits | $145,000.00 | | |
| 01/31 | Ending Balance | $233,476.76 | | |

**Analysis Period: 12/01/19 - 12/31/19**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$35.00 |
| MISCELLANEOUS | $10.00 |
| **Service Charge withdrawn on 01/13/20** | **$10.00** |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average
balance of $25,000 across its business checking, savings,
and certificate of deposit accounts.

**OR** your business has a business loan or line of credit.

**OR** your business spends at least $500 per month on
its business credit card **PLUS** has one of the following:
Electronic Deposit Manager **OR** Cash Management
Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **Yes** |
| Total Combined Monthly Average Balance | $1,805,304.16 |
| **Business Loan or Line of Credit?** | **No** |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

## Checks

2 checks totaling $8,000.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9079 i | 01/07 | 5,000.00 | 9080 i | 01/31 | 3,000.00 |

**FIFTH THIRD BANK**

## Withdrawals / Debits

8 items totaling $8,704.94

| Date | Amount | Description |
|------|--------|-------------|
| 01/02 | 393.98 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, 614-2284600, OH ON 191231 FROM CARD#: XXXXXXXXXXX0068 |
| 01/13 | 10.00 | SERVICE CHARGE |
| 01/14 | 3,624.00 | OUTGOING WIRE TRANS 011420 |
| 01/31 | 902.41 | DEBIT CARD PURCHASE AT YPS*STAYALFRED, 866-232-3864, WA ON 013020 FROM CARD#: XXXXXXXXXXX0068 |
| 01/31 | 902.41 | DEBIT CARD PURCHASE AT YPS*STAYALFRED, 866-232-3864, WA ON 013020 FROM CARD#: XXXXXXXXXXX0068 |
| 01/31 | 957.38 | DEBIT CARD PURCHASE AT YPS*STAYALFRED, 866-232-3864, WA ON 013020 FROM CARD#: XXXXXXXXXXX0068 |
| 01/31 | 957.38 | DEBIT CARD PURCHASE AT YPS*STAYALFRED, 866-232-3864, WA ON 013020 FROM CARD#: XXXXXXXXXXX0068 |
| 01/31 | 957.38 | DEBIT CARD PURCHASE AT YPS*STAYALFRED, 866-232-3864, WA ON 013020 FROM CARD#: XXXXXXXXXXX0068 |

## Deposits / Credits

2 items totaling $145,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 01/21 | 120,000.00 | DEPOSIT |
| 01/28 | 25,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02 | 104,787.72 | 01/14 | 96,153.72 | 01/28 | 241,153.72 |
| 01/07 | 99,787.72 | 01/21 | 216,153.72 | 01/31 | 233,476.76 |
| 01/13 | 99,777.72 | | | | |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12043

Statement Period: 02/01/2020 - 02/29/2020
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████ 3310 | | | |
|---|---|---|---|
| 02/01 | Beginning Balance | $233,476.76 | Number of Days in Period | 29 |
| 2 | Checks | $(8,000.00) | | |
| 3 | Withdrawals / Debits | $(1,087.64) | | |
| 3 | Deposits / Credits | $122,800.00 | | |
| 02/29 | Ending Balance | $347,189.12 | | |

Analysis Period: 01/01/20 – 01/31/20

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $10.00 |
| Service Charge withdrawn on 02/12/20 | $10.00 |

Standard Monthly Service Charge waived if:

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following:
Electronic Deposit Manager OR Cash Management Essentials.

Current Relationship Overview:

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $1,547,481.12 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

## Checks

2 checks totaling $8,000.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9081 i | 02/04 | 5,000.00 | 9082 i | 02/28 | 3,000.00 |

## Withdrawals / Debits

3 items totaling $1,087.64

| Date | Amount | Description |
|---|---|---|
| 02/03 | 175.23 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, 614-2284600, OH ON 020120 FROM CARD#: XXXXXXXXXXXX0068 |
| 02/03 | 902.41 | DEBIT CARD PURCHASE AT YPS*STAYALFRED, 866-232-3864, WA ON 013120 FROM CARD#: XXXXXXXXXXXX0068 |
| 02/12 | 10.00 | SERVICE CHARGE |

**FIFTH THIRD BANK**

## Deposits / Credits

3 items totaling $122,800.00

| Date | Amount | Description |
|------|--------|-------------|
| 02/05 | 2,800.00 | DEPOSIT |
| 02/19 | 100,000.00 | DEPOSIT |
| 02/27 | 20,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02/03 | 232,399.12 | 02/12 | 230,189.12 | 02/27 | 350,189.12 |
| 02/04 | 227,399.12 | 02/19 | 330,189.12 | 02/28 | 347,189.12 |
| 02/05 | 230,199.12 | | | | |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period 03/01/2020 - 03/31/2020
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

11875

## Account Summary - ████3310

| | | | | |
|---|---|---|---|---|
| 03/01 | Beginning Balance | $347,189.12 | Number of Days in Period | 31 |
| 2 | Checks | $(8,000.00) | | |
| 5 | Withdrawals / Debits | $(565,939.23) | | |
| 3 | Deposits / Credits | $2,050,000.00 | | |
| 03/31 | Ending Balance | $1,823,249.89 | | |

Analysis Period: 02/01/20 - 02/29/20

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| Service Charge withdrawn on 03/11/20 | $0.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $577,351.40 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

2 checks totaling $8,000.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9083 i | 03/04 | 5,000.00 | 9084 i | 03/24 | 3,000.00 |

## Withdrawals / Debits

5 items totaling $565,939.23

| Date | Amount | Description |
|---|---|---|
| 03/02 | 175.23 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, 614-2284600, OH ON 022920 FROM CARD#: XXXXXXXXXXXX0068 |
| 03/02 | 100,000.00 | OUTGOING WIRE TRANS 030220 |
| 03/04 | 462,923.10 | OUTGOING WIRE TRANS 030420 |
| 03/12 | 2,819.40 | DEBIT CARD PURCHASE AT ISAAC WILES BURKHO, COLUMBUS, OH ON 031120 FROM CARD#: XXXXXXXXXXXX0068 |
| 03/18 | 21.50 | RECURRING PURCHASE AT Intuit *QuickBooks, 800-446-8848, CA ON 031720 FROM CARD#: XXXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

| Deposits / Credits | | | 3 items totaling $2,050,000.00 |
|---|---|---|---|
| Date | Amount | Description | |
| 03/03 | 2,000,000.00 | INCOMING WIRE TRANS 030320 | |
| 03/05 | 25,000.00 | DEPOSIT | |
| 03/12 | 25,000.00 | DEPOSIT | |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/02 | 247,013.89 | 03/05 | 1,804,090.79 | 03/18 | 1,826,249.89 |
| 03/03 | 2,247,013.89 | 03/12 | 1,826,271.39 | 03/24 | 1,823,249.89 |
| 03/04 | 1,779,090.79 | | | | |

.

Statement Period: 4/1/2020 - 4/30/2020
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310



## FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12066

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

### Account Summary - ████3310

| | | | | |
|---|---|---|---|---|
| 04/01 | Beginning Balance | $1,823,249.89 | Number of Days in Period | 30 |
| 2 | Checks | $(8,000.00) | | |
| 4 | Withdrawals / Debits | $(125,057.00) | | |
| 1 | Deposits / Credits | $100,000.00 | | |
| 04/30 | Ending Balance | $1,790,192.89 | | |

**Analysis Period: 03/01/20 – 03/31/20**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| MISCELLANEOUS | $20.00 |
| Service Charge withdrawn on 04/10/20 | $35.50 |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following:
Electronic Deposit Manager OR Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $1,765,570.79 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

### Checks
2 checks totaling $8,000.00

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9085 i | 04/06 | 5,000.00 | 9086 i | 04/30 | 3,000.00 |

### Withdrawals / Debits
4 items totaling $125,057.00

| Date | Amount | Description |
|---|---|---|
| 04/02 | 25,000.00 | OUTGOING WIRE TRANS 040220 |
| 04/02 | 100,000.00 | OUTGOING WIRE TRANS 040220 |
| 04/10 | 35.50 | SERVICE CHARGE |
| 04/20 | 21.50 | RECURRING PURCHASE AT Intuit *QuickBooks, 800-446-8848, CA ON 041720 FROM CARD#: XXXXXXXXXXX0068 |

FIFTH THIRD BANK

## Deposits / Credits

1 item totaling $100,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 04/27 | 100,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/02 | 1,698,249.89 | 04/10 | 1,693,214.39 | 04/27 | 1,793,192.89 |
| 04/06 | 1,693,249.89 | 04/20 | 1,693,192.89 | 04/30 | 1,790,192.89 |

.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

0

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

12290

Account Type: 5/3 BUS ELITE CKG

Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

## Account Summary - ████3310

| | | | | |
|---|---|---|---|---|
| 05/01 | Beginning Balance | $1,790,192.89 | Number of Days in Period | 31 |
| 2 | Checks | $(8,000.00) | | |
| 5 | Withdrawals / Debits | $(125,175.50) | | |
| 1 | Deposits / Credits | $25,000.00 | | |
| 05/31 | Ending Balance | $1,682,017.39 | | |

Analysis Period: 04/01/20 – 04/30/20

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $20.00 |
| Service Charge withdrawn on 05/12/20 | $20.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $1,726,818.22 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

### Checks

2 checks totaling $8,000.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9087 i | 05/06 | 5,000.00 | 9088 i | 05/26 | 3,000.00 |

### Withdrawals / Debits

5 items totaling $125,175.50

| Date | Amount | Description |
|---|---|---|
| 05/05 | 25,000.00 | OUTGOING WIRE TRANS 050520 |
| 05/05 | 100,000.00 | OUTGOING WIRE TRANS 050520 |
| 05/12 | 20.00 | SERVICE CHARGE |
| 05/18 | 21.50 | RECURRING PURCHASE AT INT*QuickBooks Onl, 800-446-8848, CA ON 051720 FROM CARD#: XXXXXXXXXXXX0068 |
| 05/18 | 134.00 | DEBIT CARD PURCHASE AT USPS PO BOXES ONLI, 800-782-6724, DC ON 051520 FROM CARD#: XXXXXXXXXXXX0068 |

**FIFTH THIRD BANK**

## Deposits / Credits

1 item totaling $25,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 05/21 | 25,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/05 | 1,665,192.89 | 05/12 | 1,660,172.89 | 05/21 | 1,685,017.39 |
| 05/06 | 1,660,192.89 | 05/18 | 1,660,017.39 | 05/26 | 1,682,017.39 |

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS AND CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

GENERATION NOW INC
65 E STATE ST STE 2540
COLUMBUS OH 43215-4265

0

12113

Statement Period: 06/1/2020 - 06/30/2020
Account Type: 5/3 BUS ELITE CKG
Account Number: ████3310

Banking Center: State Street
Banking Center Phone: 614-744-7595
Business Banking Support: 877-534-2264

| Account Summary - ████3310 | | | |
|---|---|---|---|
| 06/01 | Beginning Balance | $1,682,017.39 | Number of Days in Period 30 |
| 4 | Checks | $(14,541.97) | |
| 5 | Withdrawals / Debits | $(125,238.23) | |
| 1 | Deposits / Credits | $25,000.00 | |
| 06/30 | Ending Balance | $1,567,237.19 | |

Analysis Period: 05/01/20 - 05/31/20

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| MISCELLANEOUS | $20.00 |
| Service Charge withdrawn on 06/10/20 | $20.00 |

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $1,700,926.34 |
| OR your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| OR your business spends at least $500 per month on its business credit card PLUS has one of the following: | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager OR Cash Management Essentials. | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

### Checks

4 checks totaling $14,541.97

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1000 i | 06/12 | 1,406.16 | 9089*i | 06/03 | 5,000.00 | 9090 i | 06/30 | 3,000.00 |
| 1001 i | 06/12 | 5,135.81 | | | | | | |

### Withdrawals / Debits

5 items totaling $125,238.23

| Date | Amount | Description |
|---|---|---|
| 06/01 | 25,000.00 | OUTGOING WIRE TRANS 060120 |
| 06/01 | 100,000.00 | OUTGOING WIRE TRANS 060120 |
| 06/02 | 175.23 | DEBIT CARD PURCHASE AT CAPITAL CLUB COLUM, 614-2284600, OH ON 060120 FROM CARD#: XXXXXXXXXXX0068 |
| 06/10 | 20.00 | SERVICE CHARGE |
| 06/17 | 43.00 | RECURRING PURCHASE AT INT*QuickBooks Onl, 800-446-8848, CA ON 061720 FROM CARD#: XXXXXXXXXXX0068 |

FIFTH THIRD BANK

## Deposits / Credits

1 item totaling $25,000.00

| Date | Amount | Description |
|------|--------|-------------|
| 06/15 | 25,000.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/01 | 1,557,017.39 | 06/10 | 1,551,822.16 | 06/17 | 1,570,237.19 |
| 06/02 | 1,556,842.16 | 06/12 | 1,545,280.19 | 06/30 | 1,567,237.19 |
| 06/03 | 1,551,842.16 | 06/15 | 1,570,280.19 | | |

.

| TRN_DATE | TRN_N | SOUR | AMOUNT | DBT_ID | DBT_NAME1 | DBT_NAME_2 | DBT_NAME_3 | ORP_ID | ORP_NAME1 | ORP_NAME2 | SBK_REF_NUM | CDT_ID | CDT_NAME1 | CDT_NAME2 | BNP_ID | BNP_NAME1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-04-04 | 4416 | C2U | 150000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Retainer Jan-Mar | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 2019-04-04 | 5608 | C2U | 40000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | retainer Feb-Mar | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 2019-04-30 | 11319 | FED | 1500000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 4675000120JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 2019-05-02 | 2087 | C2U | 739100 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Media Placement | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 2019-05-02 | 2132 | C2U | 50000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Retainer April | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 2019-05-02 | 2052 | C2U | 739100 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV # 6461 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 0024 | Strategic Media Placement |
| 2019-05-03 | 4204 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | FR Retainer | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 2019-05-07 | 6972 | FED | 1500000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 3154100127JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 2019-05-09 | 1780 | C2U | 1626000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV# 6479 Media | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 2019-05-09 | 1663 | C2U | 800000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Mail | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 2019-05-15 | 4828 | FED | 2500000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 2281700135JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 2019-05-16 | 2109 | C2U | 1755900 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV #6482 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 2019-05-16 | 9233 | C2U | 25600 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV # 190203 | 092901337 | GLACIER BANK-FIRST SECURITY DIV | MISSOULA, MT | 4929 | Moore Information, Inc. |
| 2019-05-17 | 3268 | C2U | 90850 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Postage | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | 9802 | Baesman Group, Inc. |
| 2019-05-22 | 8171 | FED | 2500000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 3329000142JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 2019-05-23 | 2434 | C2U | 71272.89 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV #10499 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 5517 | The Strategy Group for Media |
| 2019-05-23 | 2243 | C2U | 1829525 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV #6485 Media | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |

GOVERNMENT EXHIBIT

14F

1:20-CR-077

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | | | | | | | | | | | | | | | | | |
| 36 | 2019-05-29 | 4618 | C2U | 614000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | HB6 efforts | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 37 | | | | | | | | | | | | | | | | | |
| 38 | 2019-05-29 | 9768 | FED | 1500000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 4386900149JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 39 | | | | | | | | | | | | | | | | | |
| 40 | 2019-05-30 | 12373 | C2U | 646000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Media Placement | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 41 | | | | | | | | | | | | | | | | | |
| 42 | 2019-06-04 | 2688 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 43 | | | | | | | | | | | | | | | | | |
| 44 | 2019-06-04 | 2636 | C2U | 36361.41 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV# 105204 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 5517 | The Strategy Group for Media |
| 45 | | | | | | | | | | | | | | | | | |
| 46 | 2019-06-04 | 2668 | C2U | 60000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | June Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 47 | | | | | | | | | | | | | | | | | |
| 48 | 2019-06-05 | 7550 | FED | 2000000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 3078300156JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 49 | | | | | | | | | | | | | | | | | |
| 50 | 2019-06-06 | 6416 | C2U | 1366837 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV# 6489 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 51 | | | | | | | | | | | | | | | | | |
| 52 | 2019-06-07 | 5001 | C2U | 427681 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Direct Mail | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 53 | | | | | | | | | | | | | | | | | |
| 54 | 2019-06-10 | 8684 | C2U | 3750 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Fdr. Dinner | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 6264 | Anthony Scartz |
| 55 | | | | | | | | | | | | | | | | | |
| 56 | 2019-06-13 | 8307 | FED | 1361899 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 4197200164JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 57 | | | | | | | | | | | | | | | | | |
| 58 | 2019-06-14 | 8220 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV 10530 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 5517 | The Strategy Group for Media |
| 59 | | | | | | | | | | | | | | | | | |
| 60 | 2019-06-14 | 4414 | C2U | 1400731.7 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV 6490 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 61 | | | | | | | | | | | | | | | | | |
| 62 | 2019-06-14 | 4498 | C2U | 68000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV 10509&10 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 5517 | The Strategy Group for Media |
| 63 | | | | | | | | | | | | | | | | | |
| 64 | 2019-06-20 | 8484 | FED | 2116899 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 4222700171JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 65 | | | | | | | | | | | | | | | | | |
| 66 | 2019-06-21 | 2892 | C2U | 1363337 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Inv 6492 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 67 | | | | | | | | | | | | | | | | | |
| 68 | 2019-06-21 | 2992 | C2U | 616506 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Direct Mail | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 69 | | | | | | | | | | | | | | | | | |

| # | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 2019-06-28 | 8321 | C2U | 46712 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV 6506 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▆4091 | Strategic Media Placement |
| 71 | | | | | | | | | | | | | | | | | |
| 72 | 2019-07-01 | 5546 | C2U | 60000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▆9192 | JPL & Associates LLC |
| 73 | | | | | | | | | | | | | | | | | |
| 74 | 2019-07-01 | 5513 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | ▆7262 | Brooke Bodney |
| 75 | | | | | | | | | | | | | | | | | |
| 76 | 2019-07-05 | 5610 | C2U | 367306 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Direct Mail | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▆9192 | JPL & Associates LLC |
| 77 | | | | | | | | | | | | | | | | | |
| 78 | 2019-07-05 | 9382 | FED | 1879457 | ▆0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | ▆5604 | FIRSTENERGY SOLUTIONS CORP. | 341 WHITE POND DRIVE | 2644100186JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 79 | | | | | | | | | | | | | | | | | |
| 80 | 2019-07-08 | 3049 | C2U | 1300000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV 6513 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▆4091 | Strategic Media Placement |
| 81 | | | | | | | | | | | | | | | | | |
| 82 | 2019-07-17 | 8014 | C2U | 467060 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Direct Mail | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▆9192 | JPL & Associates LLC |
| 83 | | | | | | | | | | | | | | | | | |
| 84 | 2019-07-17 | 8245 | C2U | 19680 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV 6509 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▆5517 | The Strategy Group for Media |
| 85 | | | | | | | | | | | | | | | | | |
| 86 | 2019-07-23 | 8021 | C2U | 75000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | ▆8172 | Silver Bullet Group, Inc. |
| 87 | | | | | | | | | | | | | | | | | |
| 88 | 2019-07-23 | 8600 | C2U | 92500 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Ohio Poll | 092901337 | GLACIER BANK- FIRST SECURITY DIV | MISSOULA, MT | ▆4929 | Moore Information, Inc. |
| 89 | | | | | | | | | | | | | | | | | |
| 90 | 2019-07-24 | 7827 | C2U | 50000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | ▆8996 | Fieldworks, LLC |
| 91 | | | | | | | | | | | | | | | | | |
| 92 | 2019-07-29 | 6317 | C2U | 300000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Inv 6544 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▆4091 | Strategic Media Placement |
| 93 | | | | | | | | | | | | | | | | | |
| 94 | 2019-07-29 | 10285 | C2U | 20000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 072000326 | JPMORGAN CHASE BANK, NA | DETROIT, MI | ▆6081 | Elite Campaigns, Inc. |
| 95 | | | | | | | | | | | | | | | | | |
| 96 | 2019-07-29 | 10592 | C2U | 10000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121201694 | US BANK, NA | PORTLAND, OR | ▆6929 | National Voter Outreach, Inc. |
| 97 | | | | | | | | | | | | | | | | | |
| 98 | 2019-07-29 | 10847 | C2U | 40000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | ▆2786 | Let The Voters Decide, LLC |
| 99 | | | | | | | | | | | | | | | | | |
| 100 | 2019-07-29 | 1872 | C2U | 30000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▆4908 | Ohio Petition Partners LLC |
| 101 | | | | | | | | | | | | | | | | | |
| 102 | 2019-07-29 | 12165 | C2U | 20000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | ▆1772 | In The Field, Inc. |
| 103 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | 2019-07-29 | 1817 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 9703 | Lincoln Strategy Group, LLC |
| 105 | | | | | | | | | | | | | | | | | |
| 106 | 2019-07-29 | 10386 | C2U | 10000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 1243 | L&R Political Consultants |
| 107 | | | | | | | | | | | | | | | | | |
| 108 | 2019-07-29 | 10623 | C2U | 36750 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 8172 | Silver Bullet Group, Inc. |
| 109 | | | | | | | | | | | | | | | | | |
| 110 | 2019-07-29 | 12243 | C2U | 40000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 122016066 | CITY NATIONAL BANK | LOS ANGELES, CA | 5519 | BH-AP Petitioning Partners |
| 111 | | | | | | | | | | | | | | | | | |
| 112 | 2019-07-29 | 1814 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 054001725 | TD BANK, NA | WASHINGTON, DC | 4441 | Capitol Advisors, LLC |
| 113 | | | | | | | | | | | | | | | | | |
| 114 | 2019-07-29 | 10430 | C2U | 25000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 6315 | National Ballot Access, Inc. |
| 115 | | | | | | | | | | | | | | | | | |
| 116 | 2019-07-29 | 12200 | C2U | 25000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 7911936404 | NATIONAL PETITION MGMT INC | 5281 RIVER RIDGE DR | | |
| 117 | | | | | | | | | | | | | | | | | |
| 118 | 2019-07-29 | 10762 | C2U | 20000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 123000220 | US BANK, NA | PORTLAND, OR | 2487 | Triton Oregon, LLC |
| 119 | | | | | | | | | | | | | | | | | |
| 120 | 2019-07-30 | 11230 | C2U | 25000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 5503 | AZ Petition Partners |
| 121 | | | | | | | | | | | | | | | | | |
| 122 | 2019-07-30 | 11891 | C2U | 15000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 0572 | Voter Direct |
| 123 | | | | | | | | | | | | | | | | | |
| 124 | 2019-07-30 | 11315 | C2U | 2500 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 8003 | Hiram H Asmuth |
| 125 | | | | | | | | | | | | | | | | | |
| 126 | 2019-07-30 | 11070 | C2U | 15000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 1261 | Your Choice Petitions, LLC |
| 127 | | | | | | | | | | | | | | | | | |
| 128 | 2019-07-30 | 11421 | C2U | 10000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 7903540180 | KEVIN LEE OGLESBY | 4621 FORELAND PL | | |
| 129 | | | | | | | | | | | | | | | | | |
| 130 | 2019-08-02 | 3753 | FED | 734250 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 1683300214JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 131 | | | | | | | | | | | | | | | | | |
| 132 | 2019-08-05 | 2393 | C2U | 30000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Polling-#39938 | 054000056 | NATIONAL CAPITAL BANK OF WASH | WASHINGTON, DC | 8222 | Public Opinion Strategies, LLC |
| 133 | | | | | | | | | | | | | | | | | |
| 134 | 2019-08-05 | 2343 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | FR July Retainer | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 135 | | | | | | | | | | | | | | | | | |
| 136 | 2019-08-06 | 7344 | C2U | 750000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | 8996 | Fieldworks, LLC |
| 137 | | | | | | | | | | | | | | | | | |
| 138 | 2019-08-06 | 7390 | C2U | 42643.67 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | 8996 | Fieldworks, LLC |
| 139 | | | | | | | | | | | | | | | | | |
| 140 | 2019-08-07 | 10527 | FED | 4390000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 4445200219JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 141 | | | | | | | | | | | | | | | | | |

Classification: Internal Use

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | 2019-08-08 | 4068 | C2U | 400000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4415 | 17 Consulting Group |
| 143 | | | | | | | | | | | | | | | | | |
| 144 | 2019-08-12 | 4366 | C2U | 3000000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 145 | | | | | | | | | | | | | | | | | |
| 146 | 2019-08-12 | 3608 | C2U | 75000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 147 | | | | | | | | | | | | | | | | | |
| 148 | 2019-08-12 | 4366 | C2U | 3000000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 149 | | | | | | | | | | | | | | | | | |
| 150 | 2019-08-14 | 11714 | BLT | 1180400 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | RTL028 \4685785 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | STRATEGIC MEDIA PLACEMENT INC |
| 151 | | | | | | | | | | | | | | | | | |
| 152 | 2019-08-14 | 2944 | C2U | 400000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 153 | | | | | | | | | | | | | | | | | |
| 154 | 2019-08-14 | 11639 | BLT | 2200000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | RTL028 \4685746 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 1219 | CONSTANT CONTENT CO |
| 155 | | | | | | | | | | | | | | | | | |
| 156 | 2019-08-14 | 3201 | FED | 300000 | 0024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | | 4091 | STRATEGIC MEDIA | THE STRATEGY GROUP FOR MEDIA, INC | 2019081400002001 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 157 | | | | | | | | | | | | | | | | | |
| 158 | 2019-08-14 | 2944 | C2U | 400000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 159 | | | | | | | | | | | | | | | | | |
| 160 | 2019-08-21 | 3089 | C2U | 377925.48 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV-001867 | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | 8996 | Fieldworks, LLC |
| 161 | | | | | | | | | | | | | | | | | |
| 162 | 2019-08-22 | 7840 | FED | 653000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 4097900234JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 163 | | | | | | | | | | | | | | | | | |
| 164 | 2019-08-23 | 4979 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 8453 | GOCO Consulting |
| 165 | | | | | | | | | | | | | | | | | |
| 166 | 2019-08-23 | 5049 | C2U | 200000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4415 | 17 Consulting Group |
| 167 | | | | | | | | | | | | | | | | | |
| 168 | 2019-08-29 | 5455 | FED | 2003000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 2863800241JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 169 | | | | | | | | | | | | | | | | | |
| 170 | 2019-08-30 | 3470 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | FR Retainer | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 171 | | | | | | | | | | | | | | | | | |
| 172 | 2019-08-30 | 3367 | C2U | 1200000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 173 | | | | | | | | | | | | | | | | | |
| 174 | 2019-08-30 | 3355 | C2U | 377925.48 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | 8996 | Fieldworks, LLC |
| 175 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 176 | 2019-08-30 | 3432 | C2U | 75000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮9192 | JPL & Associates LLC |
| 177 | | | | | | | | | | | | | | | | | |
| 178 | 2019-08-30 | 3391 | C2U | 200000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4415 | 17 Consulting Group |
| 179 | | | | | | | | | | | | | | | | | |
| 180 | 2019-08-30 | 3367 | C2U | 1200000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 181 | | | | | | | | | | | | | | | | | |
| 182 | 2019-09-03 | 8978 | BLT | 1200000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | RTL028 \4716495 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4091 | Strategic Media Placement Inc. |
| 183 | | | | | | | | | | | | | | | | | |
| 184 | 2019-09-05 | 2979 | FED | 2403000 | ▮0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | ▮6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 1607500248JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 185 | | | | | | | | | | | | | | | | | |
| 186 | 2019-09-06 | 3757 | C2U | 1220000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 187 | | | | | | | | | | | | | | | | | |
| 188 | 2019-09-06 | 3700 | C2U | 200000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4415 | 17 Consulting Group |
| 189 | | | | | | | | | | | | | | | | | |
| 190 | 2019-09-06 | 3676 | C2U | 377925.48 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | ▮8996 | Fieldworks, LLC |
| 191 | | | | | | | | | | | | | | | | | |
| 192 | 2019-09-06 | 3757 | C2U | 1220000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 193 | | | | | | | | | | | | | | | | | |
| 194 | 2019-09-10 | 4717 | BLT | 1100000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | RTL028 \4733314 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4091 | STRATEGIC MEDIA PLACEMENT INC |
| 195 | | | | | | | | | | | | | | | | | |
| 196 | 2019-09-12 | 4954 | FED | 2403000 | ▮0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | ▮6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 3048300255JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 197 | | | | | | | | | | | | | | | | | |
| 198 | 2019-09-13 | 5292 | C2U | 150000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4415 | 17 Consulting Group |
| 199 | | | | | | | | | | | | | | | | | |
| 200 | 2019-09-13 | 5262 | C2U | 377925.48 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | ▮8996 | Fieldworks, LLC |
| 201 | | | | | | | | | | | | | | | | | |
| 202 | 2019-09-13 | 5303 | C2U | 927000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Direct Mail | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮9192 | JPL & Associates LLC |
| 203 | | | | | | | | | | | | | | | | | |
| 204 | 2019-09-13 | 5260 | C2U | 1100000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 205 | | | | | | | | | | | | | | | | | |
| 206 | 2019-09-13 | 5260 | C2U | 1100000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 207 | | | | | | | | | | | | | | | | | |
| 208 | 2019-09-19 | 6445 | BLT | 1100000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | ▮8255 | ANNA D LIPPINCOTT | 1354 HOLLYWOOD PL | RTL028 \4757344 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4091 | STRATEGIC MEDIA PLACEMENT |
| 209 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | 2019-09-19 | 4172 | FED | 4695000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 2464200262JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 211 | | | | | | | | | | | | | | | | | |
| 212 | 2019-09-20 | 3405 | C2U | 2400000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 213 | | | | | | | | | | | | | | | | | |
| 214 | 2019-09-20 | 3323 | C2U | 150000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4415 | 17 Consulting Group |
| 215 | | | | | | | | | | | | | | | | | |
| 216 | 2019-09-20 | 3374 | C2U | 770161.76 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | 8996 | Fieldworks, LLC |
| 217 | | | | | | | | | | | | | | | | | |
| 218 | 2019-09-20 | 10668 | BLT | 150000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | RTL028 \4762166 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 2210 | Voter to Voter LLC |
| 219 | | | | | | | | | | | | | | | | | |
| 220 | 2019-09-20 | 3405 | C2U | 2400000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 221 | | | | | | | | | | | | | | | | | |
| 222 | 2019-09-24 | 8754 | C2U | 15000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 1391 | Let the Voters Decide, LLC |
| 223 | | | | | | | | | | | | | | | | | |
| 224 | 2019-09-24 | 8982 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 241070417 | CITIZENS BANK, NATIONAL ASSOCIATION | CLEVELAND, OH | 5548 | Nicholas Sabbagh |
| 225 | | | | | | | | | | | | | | | | | |
| 226 | 2019-09-24 | 8915 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 9169 | Voter Approved, LLC |
| 227 | | | | | | | | | | | | | | | | | |
| 228 | 2019-09-24 | 8857 | C2U | 15000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 9416 | Griffin Consulting Services |
| 229 | | | | | | | | | | | | | | | | | |
| 230 | 2019-09-25 | 11816 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 021000021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | 1855 | Fortitude Campaigns, LLC |
| 231 | | | | | | | | | | | | | | | | | |
| 232 | 2019-09-25 | 12135 | C2U | 7500 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026009593 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 3926 | Constitutional Campaigns |
| 233 | | | | | | | | | | | | | | | | | |
| 234 | 2019-09-25 | 9453 | BLT | 150000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | 8255 | ANNA D LIPPINCOTT | 1354 HOLLYWOOD PL | RTL028 \4777208 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 2210 | VOTER TO VOTER, LLC |
| 235 | | | | | | | | | | | | | | | | | |
| 236 | 2019-09-25 | 11865 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 072000326 | JPMORGAN CHASE BANK, NA | DETROIT, MI | 1287 | Ballot Works |
| 237 | | | | | | | | | | | | | | | | | |
| 238 | 2019-09-25 | 11777 | C2U | 5000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 267084131 | JPMORGAN CHASE BANK, NA | BEVERLY HILLS, CA | 3653 | David Saddler |
| 239 | | | | | | | | | | | | | | | | | |
| 240 | 2019-09-25 | 12016 | C2U | 15000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000358 | BANK OF AMERICA, N.A., CA | SAN FRANCISCO, CA | 3057 | Discovery Petition Management Co |
| 241 | | | | | | | | | | | | | | | | | |
| 242 | 2019-09-25 | 12062 | C2U | 7500 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 1188 | Clear Choice Ballot Access |
| 243 | | | | | | | | | | | | | | | | | |
| 244 | 2019-09-25 | 11728 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 8025 | Arizona Petition Management |
| 245 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 246 | 2019-09-25 | 12522 | FED | 7455 | ▮9593 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | SAN FRANCISCO CA | | BANK OF AMERICA | WIRE TRANSFER OPERATIONS | 2019092500469 214 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | ORIG WIRE 0925-12135 |
| 247 | | | | | | | | | | | | | | | | | |
| 248 | 2019-09-25 | 12880 | FED | 19950 | ▮0248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | MINNEAPOLIS, MN | ID/9/AC▮0274 | WF EXC RTN TO SNDR 721 WIP | MAC P6101-081 | 2019092500173 475 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | ORIG WIRE 0925-11728 |
| 249 | | | | | | | | | | | | | | | | | |
| 250 | 2019-09-26 | 3537 | C2U | 700000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 251 | | | | | | | | | | | | | | | | | |
| 252 | 2019-09-26 | 10189 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | ▮0348 | Marasigan McCoy, LLC |
| 253 | | | | | | | | | | | | | | | | | |
| 254 | 2019-09-26 | 7098 | BLT | 700000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | RTL028 \4780542 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | ▮2210 | VOTER TO VOTER, LLC |
| 255 | | | | | | | | | | | | | | | | | |
| 256 | 2019-09-26 | 10111 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 072000326 | JPMORGAN CHASE BANK, NA | DETROIT, MI | ▮5430 | DRW Campaigns |
| 257 | | | | | | | | | | | | | | | | | |
| 258 | 2019-09-26 | 3537 | C2U | 700000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 259 | | | | | | | | | | | | | | | | | |
| 260 | 2019-09-26 | 4221 | FED | 2445000 | ▮0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | ▮6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 2569000269JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 261 | | | | | | | | | | | | | | | | | |
| 262 | 2019-09-27 | 12104 | BLT | 700000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | ▮3310 | JEFFREY LONGSTRETH | 2248 BUCKLEY RD | RTL028 \4784463 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 263 | | | | | | | | | | | | | | | | | |
| 264 | 2019-09-27 | 10615 | C2U | 100000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4415 | 17 Consulting Group |
| 265 | | | | | | | | | | | | | | | | | |
| 266 | 2019-09-27 | 10589 | C2U | 770161.76 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | ▮8996 | Fieldworks, LLC |
| 267 | | | | | | | | | | | | | | | | | |
| 268 | 2019-09-27 | 12432 | C2U | 5000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮5414 | Vanguard Field Strategies |
| 269 | | | | | | | | | | | | | | | | | |
| 270 | 2019-09-27 | 11642 | BLT | 600000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | ▮3310 | JEFFREY LONGSTRETH | 2248 BUCKLEY RD | RTL028 \4784522 | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | ▮8125 | AMERICAN FEDERATION OF LABOR OHIO |
| 271 | | | | | | | | | | | | | | | | | |
| 272 | 2019-09-27 | 12104 | BLT | 700000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | ▮3310 | JEFFREY LONGSTRETH | 2248 BUCKLEY RD | RTL028 \4784463 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 273 | | | | | | | | | | | | | | | | | |
| 274 | 2019-09-30 | 14698 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | ▮8025 | Arizona Petition Management |
| 275 | | | | | | | | | | | | | | | | | |
| 276 | 2019-09-30 | 14819 | C2U | 30000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | ▮1096 | Emerald Ambassadors |
| 277 | | | | | | | | | | | | | | | | | |
| 278 | 2019-09-30 | 14759 | BLT | 2200000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | RTL028 \4789941 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4045 | CONSTANT CONTENT CO |
| 279 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 280 | 2019-09-30 | 3825 | C2U | 75000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 281 | | | | | | | | | | | | | | | | | |
| 282 | 2019-09-30 | 14762 | C2U | 30000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 111906271 | FIRST NATIONAL BANK TEXAS | KILLEEN, TX | 8565 | Renegade Public Affairs |
| 283 | | | | | | | | | | | | | | | | | |
| 284 | 2019-09-30 | 3859 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | FR Retainer | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 285 | | | | | | | | | | | | | | | | | |
| 286 | 2019-09-30 | 9273 | C2U | 700000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 287 | | | | | | | | | | | | | | | | | |
| 288 | 2019-09-30 | 13955 | BLT | 700000 | 7928668255 | OHIANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | RTL028 \4786227 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | STRATEGIC MEDIA PLACEMENT INC |
| 289 | | | | | | | | | | | | | | | | | |
| 290 | 2019-09-30 | 4981 | C2U | 500000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | 8125 | American Federation of Labor Ohio |
| 291 | | | | | | | | | | | | | | | | | |
| 292 | 2019-09-30 | 15087 | C2U | 7500 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 107005047 | FIRSTBANK | LAKEWOOD, CO | 2993 | Blue Pacific Holdings |
| 293 | | | | | | | | | | | | | | | | | |
| 294 | 2019-09-30 | 9273 | C2U | 700000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 295 | | | | | | | | | | | | | | | | | |
| 296 | 2019-10-01 | 4506 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 031101266 | TD BANK, NA | WILMINGTON, DE | 2124 | Darrius Young |
| 297 | | | | | | | | | | | | | | | | | |
| 298 | 2019-10-01 | 4567 | C2U | 7500 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 3926 | Joshua P.J. Visga |
| 299 | | | | | | | | | | | | | | | | | |
| 300 | 2019-10-01 | 4618 | C2U | 30000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 122100024 | JPMORGAN CHASE BANK, NA | PHOENIX, AZ | 8899 | La Machine Field Operations, LLC |
| 301 | | | | | | | | | | | | | | | | | |
| 302 | 2019-10-01 | 4653 | C2U | 5000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 062005690 | REGIONS BANK | BIRMINGHAM, AL | 5676 | Var Group, LLC |
| 303 | | | | | | | | | | | | | | | | | |
| 304 | 2019-10-01 | 14800 | FED | 24960 | 1266 | TD BANK, NA | WILMINGTON, DE | | 7500 | FEDERAL RESERVE BANK | 151 CORLEY MILL ROAD | 01D2B74A1C001202 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | ORIG WIRE 1001-4506 |
| 305 | | | | | | | | | | | | | | | | | |
| 306 | 2019-10-02 | 7341 | C2U | 190000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | 8125 | American Federation of Labor Ohio |
| 307 | | | | | | | | | | | | | | | | | |
| 308 | 2019-10-03 | 8958 | C2U | 2500 | 7928668255 | OHIANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN0191003010129 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 5517 | The Strategy Group for Media |
| 309 | | | | | | | | | | | | | | | | | |
| 310 | 2019-10-03 | 10788 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 0091 | CapCor Strategies |
| 311 | | | | | | | | | | | | | | | | | |
| 312 | 2019-10-03 | 9995 | C2U | 30000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 102000924 | BANK OF DENVER | DENVER, CO | 5981 | Black Diamond Outreach LLC |
| 313 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 314 | 2019-10-03 | 9871 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 122100024 | JPMORGAN CHASE BANK, NA | PHOENIX, AZ | 9155 | Arizona Grassroots Advocates |
| 316 | 2019-10-03 | 9912 | C2U | 5000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | 1855 | Fortitude Campaigns, LLC |
| 318 | 2019-10-03 | 9765 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 031101266 | TD BANK, NA | WILMINGTON, DE | 2124 | Darius Donnie Gibson |
| 320 | 2019-10-03 | 10117 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 323371076 | BANNER BANK | SPOKANE, WA | 8289 | Judith Courchaine |
| 322 | 2019-10-03 | 5867 | C2U | 825000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 324 | 2019-10-03 | 10670 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 101000695 | UMB BANK, N.A. | KANSAS CITY, MO | 9183 | Blitz Canvassing LLC |
| 326 | 2019-10-03 | 10069 | C2U | 5000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 102001017 | JPMORGAN CHASE BANK, NA | DENVER, CO | 5932 | William Scott Howard |
| 328 | 2019-10-03 | 10164 | C2U | 40000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 102001017 | JPMORGAN CHASE BANK, NA | DENVER, CO | 3550 | Taylor Petition Management LLC |
| 330 | 2019-10-03 | 5867 | C2U | 825000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 332 | 2019-10-03 | 11990 | FED | 9950 | 0248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | MINNEAPOLIS, MN | ID/9/AC | 0274 WF EXC RTN TO SNDR 721 WIP | MAC P6101-081 | 2019100300152206 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | ORIG WIRE 1003-10788 |
| 334 | 2019-10-03 | 3650 | FED | 4160000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 2470600276JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 336 | 2019-10-04 | 2701 | C2U | 770161.76 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | 8996 | Fieldworks, LLC |
| 338 | 2019-10-04 | 2633 | C2U | 100000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4415 | 17 Consulting Group |
| 340 | 2019-10-04 | 2922 | C2U | 160000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 342 | 2019-10-04 | 8012 | BLT | 824590 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | RTL028 V4802077 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement Inc |
| 344 | 2019-10-04 | 3104 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 255071981 | CAPITAL ONE, NA | LAUREL, MD | 4953 | Canvass America, LLC |
| 346 | 2019-10-04 | 2588 | C2U | 1300000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |

Classification: Internal Use

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 348 | 2019-10-04 | 8379 | C2U | 150000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN0191004006612 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 3910 | Ohio Outdoor Advertising LLC |
| 350 | 2019-10-04 | 8011 | BLT | 1310000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | RTL028 \4802057 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 2210 | Voter-to-Votter LLC |
| 352 | 2019-10-04 | 2588 | C2U | 1300000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 354 | 2019-10-04 | 2922 | C2U | 160000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 356 | 2019-10-07 | 9134 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | 6307 | Accelevate 2020 LLC |
| 358 | 2019-10-07 | 9445 | C2U | 7500 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 107005953 | CITYWIDE BANKS | DENVER, CO | 6352 | Olson Strategies and Advertising, I |
| 360 | 2019-10-07 | 9389 | C2U | 15000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 0215 | John Burkett |
| 362 | 2019-10-07 | 9204 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | 8013 | Direct Contact LLC |
| 364 | 2019-10-07 | 9333 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 5803 | The La Jolla Group Consulting |
| 366 | 2019-10-08 | 8756 | C2U | 1700000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 368 | 2019-10-08 | 9911 | BLT | 50000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | RTL028 \4809445 | 026009593 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 9703 | Lincoln Strategy Group LLC |
| 370 | 2019-10-08 | 8831 | C2U | 58500 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 9703 | Lincoln Strategy Group |
| 372 | 2019-10-09 | 9175 | FED | 1600000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 3951800281JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 374 | 2019-10-08 | 8756 | C2U | 1700000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 376 | 2019-10-09 | 3495 | BLT | 1600000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | RTL028 \4809422 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 2210 | Voter-to-Votter LLC |
| 378 | 2019-10-10 | 12265 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026009593 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 2673 | Go Big Media Inc. |
| 380 | 2019-10-10 | 12077 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 0091 | CapCor Strategies |
| 382 | 2019-10-10 | 11951 | C2U | 7500 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 303085829 | TINKER FEDERAL CREDIT UNION | TINKER AFB, OK | 4752 | Linda V Howard |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 383 | | | | | | | | | | | | | | | | | |
| 384 | 2019-10-10 | 11750 | C2U | 2000000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 385 | | | | | | | | | | | | | | | | | |
| 386 | 2019-10-10 | 11833 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 314977405 | UNIVERSITY FEDERAL CREDIT UNION | AUSTIN, TX | ▮6445 | Aegis Advocacy |
| 387 | | | | | | | | | | | | | | | | | |
| 388 | 2019-10-10 | 12237 | C2U | 1350000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 389 | | | | | | | | | | | | | | | | | |
| 390 | 2019-10-10 | 11988 | C2U | 6750 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044115809 | WOODFOREST NATIONAL BANK | THE WOODLANDS, TX | ▮8635 | Ronald Gamble |
| 391 | | | | | | | | | | | | | | | | | |
| 392 | 2019-10-10 | 12053 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 265270413 | IBERIABANK | LAFAYETTE, LA | ▮1958 | The Picard Group LLC |
| 393 | | | | | | | | | | | | | | | | | |
| 394 | 2019-10-10 | 11750 | C2U | 2000000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 395 | | | | | | | | | | | | | | | | | |
| 396 | 2019-10-10 | 12237 | C2U | 1350000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 397 | | | | | | | | | | | | | | | | | |
| 398 | 2019-10-10 | 8897 | FED | 10000000 | ▮0096 | PNC BANK, NATIONAL ASSOCIATION | WILMINGTON, DE | | ▮5348 | PARTNERS FOR PROGRESS INC | C/O CALFEE HALTER & GRISWOLD | 19AAH391005L5J0V | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 399 | | | | | | | | | | | | | | | | | |
| 400 | 2019-10-11 | 5366 | C2U | 100000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN0191011004649 | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | ▮9703 | Lincoln Strategy Group, LLC |
| 401 | | | | | | | | | | | | | | | | | |
| 402 | 2019-10-11 | 5411 | C2U | 2472403.1 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | NNN0191011004712 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | ▮2210 | Voter-to-Voter, LLC |
| 403 | | | | | | | | | | | | | | | | | |
| 404 | 2019-10-11 | 4756 | C2U | 833090 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN0191011003110 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮4091 | Strategic Media Placement Inc. |
| 405 | | | | | | | | | | | | | | | | | |
| 406 | 2019-10-15 | 3803 | C2U | 6750 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044115809 | WOODFOREST NATIONAL BANK | THE WOODLANDS, TX | ▮8635 | Ronald Gamble |
| 407 | | | | | | | | | | | | | | | | | |
| 408 | 2019-10-15 | 16901 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 114000093 | FROST BANK | SAN ANTONIO, TX | ▮6499 | Powell Strategic Communications LLC |
| 409 | | | | | | | | | | | | | | | | | |
| 410 | 2019-10-15 | 4203 | C2U | 55000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 265270413 | IBERIABANK | LAFAYETTE, LA | ▮8272 | Southern Stragey Group of Louisiana |
| 411 | | | | | | | | | | | | | | | | | |
| 412 | 2019-10-15 | 16372 | C2U | 15000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | ▮1020 | Initiatives Plus |
| 413 | | | | | | | | | | | | | | | | | |
| 414 | 2019-10-15 | 15249 | C2U | 190000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | ▮8125 | American Federation of Labor Ohio |
| 415 | 2019-10-15 | 15543 | C2U | 1500000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | NNN0191015011631 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | ▮2210 | Voter-to-Voter LLC |
| 416 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 417 | 2019-10-15 | 16697 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 256074974 | NAVY FEDERAL CREDIT UNION | VIENNA, VA | 7089 | Joe Desillets |
| 418 | | | | | | | | | | | | | | | | | |
| 419 | 2019-10-15 | 16931 | C2U | 15000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 103003632 | BANCFIRST | OKLAHOMA CITY, OK | 1424 | Latham Consulting Group LLC |
| 420 | | | | | | | | | | | | | | | | | |
| 421 | 2019-10-15 | 15162 | C2U | 2500000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 422 | | | | | | | | | | | | | | | | | |
| 423 | 2019-10-15 | 3390 | C2U | 770161.76 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | 8996 | Fieldworks, LLC |
| 424 | | | | | | | | | | | | | | | | | |
| 425 | 2019-10-15 | 16547 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 6826 | Primary Strategies LLC |
| 426 | | | | | | | | | | | | | | | | | |
| 427 | 2019-10-15 | 4410 | C2U | 120000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4415 | 17 Consulting Group |
| 428 | | | | | | | | | | | | | | | | | |
| 429 | 2019-10-15 | 3762 | C2U | 30000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 103003632 | BANCFIRST | OKLAHOMA CITY, OK | 424 | Latham Consulting Group LLC |
| 430 | | | | | | | | | | | | | | | | | |
| 431 | 2019-10-15 | 16775 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 313087286 | GULF COAST EDUCATORS FCU | PASADENA, TX | 9224 | The Yates Company |
| 432 | | | | | | | | | | | | | | | | | |
| 433 | 2019-10-15 | 16948 | C2U | 5000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026009593 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 62673 | Go Big Media Inc. |
| 434 | | | | | | | | | | | | | | | | | |
| 435 | 2019-10-15 | 15205 | C2U | 30750 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 9703 | Lincoln Strategy Group, LLC |
| 436 | | | | | | | | | | | | | | | | | |
| 437 | 2019-10-15 | 16480 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026009593 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 7333 | TenTwenty5 Inc |
| 438 | | | | | | | | | | | | | | | | | |
| 439 | 2019-10-15 | 15485 | C2U | 510550 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN0191015011566 | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 9703 | Lincoln Strategy Group, LLC |
| 440 | | | | | | | | | | | | | | | | | |
| 441 | 2019-10-15 | 15162 | C2U | 2500000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 442 | | | | | | | | | | | | | | | | | |
| 443 | 2019-10-17 | 10735 | C2U | 2500000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 444 | | | | | | | | | | | | | | | | | |
| 445 | 2019-10-17 | 7503 | FED | 248000 | 0021 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | 6496 | FIRSTENERGY SERVICE CO | CONCENTRATION ACCT | 3885700290JO | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 446 | | | | | | | | | | | | | | | | | |
| 447 | 2019-10-17 | 10735 | C2U | 2500000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 448 | | | | | | | | | | | | | | | | | |
| 449 | 2019-10-18 | 11669 | C2U | 5000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0002 | JPMORGAN CHASE BANK, NA | NEW YORK, NY | 3383 | Vien Le Nguyen |
| 450 | | | | | | | | | | | | | | | | | |
| 451 | 2019-10-18 | 6038 | C2U | 2924385.4 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | NNN0191018004411 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 2210 | Voter-to-Voter LLC |
| 452 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 453 | 2019-10-18 | 9777 | C2U | 770161.76 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 026003379 | AMALGAMATED BANK | NEW YORK CITY, NY | ▮8996 | Fieldworks, LLC |
| 454 | | | | | | | | | | | | | | | | | |
| 455 | 2019-10-18 | 11627 | C2U | 15000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH US | | | | Referendum | 325070760 | JPMORGAN CHASE BANK, NA | SEATTLE, WA | 9992 | Cascade Consulting Services |
| 456 | | | | | | | | | | | | | | | | | |
| 457 | 2019-10-18 | 11569 | C2U | 10000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 121000248 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 1495 | PSM Political Consultants LLC |
| 458 | | | | | | | | | | | | | | | | | |
| 459 | 2019-10-18 | 6107 | C2U | 27525 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN019101800 4466 | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | ▮9703 | Lincoln Strategy Group, LLC |
| 460 | | | | | | | | | | | | | | | | | |
| 461 | 2019-10-18 | 7334 | FED | 27525▮9593 | | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | SAN FRANCISCO CA US | ▮9703 | LINCOLN STRATEGY GROUP LLC | 740 S MILL AVE STE 200 | 2019101800361 239 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 462 | | | | | | | | | | | | | | | | | |
| 463 | 2019-10-18 | 12161 | FED | 15000▮0021 | | JPMORGAN CHASE BANK, NA | NEW YORK, NY | NEW YORK, NY | ▮3310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | 2497000291EZ | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | ORIG WIRE 1018-11627 |
| 464 | | | | | | | | | | | | | | | | | |
| 465 | 2019-10-22 | 5893 | FED | 3000000▮0096 | | PNC BANK, NATIONAL ASSOCIATION | WILMINGTON, DE | | ▮5348 | PARTNERS FOR PROGRESS INC | 1405 EAST SIXTH ST | 19AMG1831B6S 4FSA | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | |
| 466 | | | | | | | | | | | | | | | | | |
| 467 | 2019-10-23 | 3947 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 031101266 | TD BANK, NA | WILMINGTON, DE | ▮2124 | Darius Donnie Gibson |
| 468 | | | | | | | | | | | | | | | | | |
| 469 | 2019-10-23 | 3917 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 323371076 | BANNER BANK | SPOKANE, WA | 8289 | Judith Courchaine |
| 470 | | | | | | | | | | | | | | | | | |
| 471 | 2019-10-23 | 3881 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 102001017 | JPMORGAN CHASE BANK, NA | DENVER, CO | 3550 | Taylor Petition Management LLC |
| 472 | | | | | | | | | | | | | | | | | |
| 473 | 2019-10-23 | 3991 | C2U | 27525 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 19703 | Lincoln Strategy Group, LLC |
| 474 | | | | | | | | | | | | | | | | | |
| 475 | 2019-10-23 | 4073 | C2U | 150000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 476 | | | | | | | | | | | | | | | | | |
| 477 | 2019-10-23 | 3842 | C2U | 15000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 325070760 | JPMORGAN CHASE BANK, NA | SEATTLE, WA | ▮9992 | Jeff Harvey |
| 478 | | | | | | | | | | | | | | | | | |
| 479 | 2019-10-23 | 9882 | C2U | 192847 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | NNN019102300 9306 | 0407 | WELLS FARGO BANK, NA | MINNEAPOLIS, MN | 2210 | Voter-to-Voter |
| 480 | | | | | | | | | | | | | | | | | |
| 481 | 2019-10-23 | 4073 | C2U | 150000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 482 | | | | | | | | | | | | | | | | | |
| 483 | 2019-10-24 | 9613 | C2U | 2921000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Mail | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | ▮9192 | JPL & Associates LLC |
| 484 | | | | | | | | | | | | | | | | | |
| 485 | 2019-11-04 | 2177 | C2U | 20000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | FR Retainer | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | ▮7262 | Brooke Bodney |
| 486 | | | | | | | | | | | | | | | | | |

Classification: Internal Use

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 487 | 2019-11-04 | 2190 | C2U | 100000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 488 | | | | | | | | | | | | | | | | | |
| 489 | 2019-11-05 | 7252 | C2U | 4166.66 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 042000013 | US BANK, NA | CINCINNATI, OH | 1589 | Precise Communications |
| 490 | | | | | | | | | | | | | | | | | |
| 491 | 2019-11-05 | 8359 | FED | 4116.66 | 0013 | US BANK, NA | CINCINNATI, OH | | 3310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | 2019110500007252 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | | ORIG WIRE 1105-7252 |
| 492 | | | | | | | | | | | | | | | | | |
| 493 | 2019-11-12 | 4204 | C2U | 35000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Ohio Poll | 054000056 | NATIONAL CAPITAL BANK OF WASH | WASHINGTON, DC | 8222 | Public Opinion Strategies, LLC |
| 494 | | | | | | | | | | | | | | | | | |
| 495 | 2019-11-12 | 4233 | C2U | 17500 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 496 | | | | | | | | | | | | | | | | | |
| 497 | 2019-11-12 | 4233 | C2U | 17500 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 498 | | | | | | | | | | | | | | | | | |
| 499 | 2019-11-18 | 6989 | C2U | 40767.85 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | NNN019111800 5664 | 7282623649 | MCTIGUE & COLOMBO LLC | 545 E TOWN ST | | |
| 500 | | | | | | | | | | | | | | | | | |
| 501 | 2019-11-18 | 5828 | C2U | 54700 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN019111800 4601 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement Inc. |
| 502 | | | | | | | | | | | | | | | | | |
| 503 | 2019-11-18 | 4585 | C2U | 14000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 043306826 | FIRST COMMONWEALTH BANK | INDIANA, PA | 6094 | JVA Campaigns |
| 504 | | | | | | | | | | | | | | | | | |
| 505 | 2019-11-18 | 4622 | C2U | 100000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 506 | | | | | | | | | | | | | | | | | |
| 507 | 2019-11-18 | 7259 | C2U | 4166.66 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 042000013 | US BANK, NA | CINCINNATI, OH | 1761 | Cynthia Rees |
| 508 | | | | | | | | | | | | | | | | | |
| 509 | 2019-11-18 | 4622 | C2U | 100000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 510 | | | | | | | | | | | | | | | | | |
| 511 | 2019-11-22 | 10337 | C2U | 42000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV-40162 | 054000056 | NATIONAL CAPITAL BANK OF WASH | WASHINGTON, DC | 8222 | Public Opinion Strategies, LLC |
| 512 | | | | | | | | | | | | | | | | | |
| 513 | 2019-11-26 | 10424 | C2U | 25000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 514 | | | | | | | | | | | | | | | | | |
| 515 | 2019-11-26 | 10333 | C2U | 8884 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | INV 6617 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 516 | | | | | | | | | | | | | | | | | |
| 517 | 2019-11-26 | 10368 | C2U | 100000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Monthly Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 518 | | | | | | | | | | | | | | | | | |
| 519 | 2019-11-27 | 4670 | C2U | 3000 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN019112700 3798 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 5517 | Embee Media |
| 520 | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | J | K | L | N | O | P | Q | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 521 | 2019-12-13 | 5983 | C2U | 25000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 0959 | BANK OF AMERICA N.A | 555 CALIFORNIA STREET | 0348 | Marasigan McCoy, LLC |
| 522 | | | | | | | | | | | | | | | | | |
| 523 | 2019-12-17 | 2371 | C2U | 7000 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Referendum | 043306826 | FIRST COMMONWEALTH BANK | INDIANA, PA | 6094 | JVA Campaigns |
| 524 | | | | | | | | | | | | | | | | | |
| 525 | 2019-12-23 | 10059 | C2U | 25000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Fundraising | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 526 | | | | | | | | | | | | | | | | | |
| 527 | 2019-12-23 | 10143 | C2U | 27000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Reimbursement | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 528 | | | | | | | | | | | | | | | | | |
| 529 | 2019-12-23 | 4025 | C2U | 21623.56 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | COLUMBUS OH 43212 | | | | NNN0191223002744 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 7655 | Isaac Wiles Burkholder & Teetor LLC |
| 530 | | | | | | | | | | | | | | | | | |
| 531 | 2019-12-27 | 2342 | C2U | 100000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 532 | | | | | | | | | | | | | | | | | |
| 533 | 2020-01-14 | 9830 | C2U | 3624 | 7284503310 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Inv 6636 | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 4091 | Strategic Media Placement |
| 534 | | | | | | | | | | | | | | | | | |
| 535 | 2020-01-22 | 10053 | C2U | 510000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 042101679 | FORCHT BANK, NATIONAL ASSOCIATION | LEXINGTON, KY | 0540 | Coalition for Growth & Opportunity |
| 536 | | | | | | | | | | | | | | | | | |
| 537 | 2020-02-03 | 2026 | C2U | 25000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Fundraising | 044000037 | JPMORGAN CHASE BANK, NA | COLUMBUS, OH | 7262 | Brooke Bodney |
| 538 | | | | | | | | | | | | | | | | | |
| 539 | 2020-02-03 | 1948 | C2U | 100000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Retainer | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 9192 | JPL & Associates LLC |
| 540 | | | | | | | | | | | | | | | | | |
| 541 | 2020-02-04 | 9571 | C2U | 52495.35 | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW | COLUMBUS OH 43212 | | | | NNN0200204009259 | 7282623649 | MCTIGUE & COLOMBO LLC | 545 E TOWN ST | | |
| 542 | | | | | | | | | | | | | | | | | |
| 543 | 2020-02-04 | 5651 | C2U | 40000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 544 | | | | | | | | | | | | | | | | | |
| 545 | 2020-02-04 | 5721 | C2U | 3862.5 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Legal | 044000024 | THE HUNTINGTON NATIONAL BANK | COLUMBUS, OH | 7655 | Isaac Wiles Burkholder and Teetor |
| 546 | | | | | | | | | | | | | | | | | |
| 547 | 2020-02-04 | 5651 | C2U | 40000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 7928668255 | OHIOANS FOR ENERGY SECURIT | 1391 GRANDVIEW AVE UNIT 12385 | | |
| 548 | | | | | | | | | | | | | | | | | |
| 549 | 2020-02-06 | 8068 | C2U | 500000 | 7903726847 | GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | | | | Contribution | 042101679 | FORCHT BANK, NATIONAL ASSOCIATION | LEXINGTON, KY | 0540 | Coalition for Growth & Opportunity |

Classification: Internal Use

GOVERNMENT
EXHIBIT

15

1:20-CR-077

**FirstEnergy Payments to Generation Now Bank Account x3310**

| Date | Amount | Method | Source | Acct. | Ex. |
|---|---|---|---|---|---|
| 3/16/2017 | $250,000 | Wire | FirstEnergy Service Co. | x6496 | 14E, 60 |
| 5/17/2017 | $250,000 | Wire | FirstEnergy Service Co. | x6496 | 14E, 60 |
| 8/10/2017 | $250,000 | Wire | FirstEnergy Service Co. | x6496 | 14E, 60 |
| 12/8/2017 | $250,000 | Wire | FirstEnergy Service Co. | x6496 | 14E, 60 |
| 3/15/2018 | $300,000 | Wire | Partners for Progress Inc. | x5348* | 14E, 73 |
| 5/4/2018 | $100,000 | Wire | Partners for Progress Inc. | x5348* | 14E, 73 |
| 8/16/2018 | $500,000 | Wire | Partners for Progress Inc. | x5348* | 14E, 73 |
| 10/16/2018 | $400,000 | Check | FirstEnergy Service Co. | x4788 | 14B, 62 |
| 10/29/2018 | $100,000 | Check | FirstEnergy Service Co. | x4788 | 14B, 63 |
| 4/30/2019 | $1,500,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 5/7/2019 | $1,500,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 5/15/2019 | $2,500,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 5/22/2019 | $2,500,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 5/29/2019 | $1,500,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 6/5/2019 | $2,000,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 6/13/2019 | $1,361,899 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 6/20/2019 | $2,116,899 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 7/5/2019 | $1,879,457 | Wire | FirstEnergy Solutions | x5604 | 14F, 61 |
| 8/2/2019 | $734,250 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 8/7/2019 | $4,390,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 8/22/2019 | $653,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 8/29/2019 | $2,003,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 9/5/2019 | $2,403,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 9/12/2019 | $2,403,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 9/19/2019 | $4,695,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 9/26/2019 | $2,445,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 10/3/2019 | $4,160,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 10/8/2019 | $1,600,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 10/10/2019 | $10,000,000 | Wire | Partners for Progress Inc. | x5348* | 14F, 73 |
| 10/17/2019 | $248,000 | Wire | FirstEnergy Service Co. | x6496 | 14F, 60 |
| 10/22/2019 | $3,000,000 | Wire | Partners for Progress Inc. | x5348* | 14F, 73 |
| 10/22/2019 | $4,330.86 | Check | Partners for Progress Inc. | x5348* | 73 |
| 3/3/2020 | $2,000,000 | Wire | Partners for Progress Inc. | x5348* | 14G, 73 |
| **Total:** | **$59,996,835.86** | | | | |

* Derived from FirstEnergy Service Co. account x6496.

Fifth Third Bank Account Numbers x3310 and x8447

| DATE | PAYOR | AMOUNT | DATE | PAYOR | AMOUNT |
|---|---|---|---|---|---|
| 2/23/2017 | WAYNE M. BOICH; CYNTHIA BOICH | $ 25,000.00 | 5/2/2019 | 55 GREEN MEADOWS | $ 25,000.00 |
| 3/16/2017 | FIRSTENERGY SERVICE CO. | $ 250,000.00 | 5/7/2019 | FIRSTENERGY SERVICE CO. | $ 1,500,000.00 |
| 5/17/2017 | FIRSTENERGY SERVICE CO. | $ 250,000.00 | 5/15/2019 | FIRSTENERGY SERVICE CO. | $ 2,500,000.00 |
| 8/10/2017 | FIRSTENERGY SERVICE CO. | $ 250,000.00 | 5/22/2019 | FIRSTENERGY SERVICE CO. | $ 2,500,000.00 |
| 8/22/2017 | THE SCHROER GROUP, INC. | $ 10,000.00 | 5/29/2019 | FIRSTENERGY SERVICE CO. | $ 1,500,000.00 |
| 10/27/2017 | 55 GREEN MEADOWS | $ 30,000.00 | 6/5/2019 | FIRSTENERGY SERVICE CO. | $ 2,000,000.00 |
| 10/27/2017 | NCP FINANCE OHIO, LLC | $ 25,000.00 | 6/13/2019 | FIRSTENERGY SERVICE CO. | $ 1,361,899.00 |
| 11/3/2017 | PENN NATIONAL GAMING, INC. | $ 25,000.00 | 6/17/2019 | REPUBLIC BANK | $ 5,000.00 |
| 12/5/2017 | SUBURBAN NURSING & MOBILE HOMES, INC. | $ 100,000.00 | 6/20/2019 | FIRSTENERGY SERVICE CO. | $ 2,116,899.00 |
| 12/8/2017 | FIRSTENERGY SERVICE CO. | $ 250,000.00 | 6/24/2019 | IGM INVESTMENTS, LLC. | $ 98,000.00 |
| 12/27/2017 | EMPOWER OHIO, INC. | $ 100,000.00 | 7/1/2019 | GREEN MEADOWS | $ 35,000.00 |
| 1/11/2018 | BYERS, MINTON & ASSOCIATES, LLC. | $ 10,000.00 | 7/1/2019 | EMPOWER OHIO, INC. | $ 100,000.00 |
| 1/19/2018 | 55 GREEN MEADOWS | $ 20,000.00 | 7/1/2019 | POLITICAL EDUCATION PATTERNS | $ 25,000.00 |
| 3/15/2018 | PARTNERS FOR PROGRESS INC. | $ 300,000.00 | 7/5/2019 | FIRSTENERGY SOLUTIONS CORP. | $ 1,879,457.00 |
| 3/30/2018 | UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA | $ 210,000.00 | 8/2/2019 | FIRSTENERGY SERVICE CO. | $ 734,250.00 |
| 4/3/2018 | 55 GREEN MEADOWS | $ 25,000.00 | 8/5/2019 | EMPOWER OHIO, INC. | $ 100,000.00 |
| 4/4/2018 | OHIO AFL-CIO | $ 175,000.00 | 8/7/2019 | FIRSTENERGY SERVICE CO. | $ 4,390,000.00 |
| 4/5/2018 | RESOURCE FUELS LLC | $ 250,000.00 | 8/14/2019 | STRATEGIC MEDIA; THE STRATEGY GROUP FOR MEDIA | $ 300,000.00 |
| 4/6/2018 | ACT OHIO FOUNDATION | $ 250,000.00 | 8/22/2019 | FIRSTENERGY SERVICE CO. | $ 653,000.00 |
| 4/9/2018 | POLITICAL EDUCATION PATTERNS | $ 200,000.00 | 8/29/2019 | FIRSTENERGY SERVICE CO. | $ 2,003,000.00 |
| 4/19/2018 | JACK ENTERTAINMENT LLC | $ 25,000.00 | 8/29/2019 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 4/23/2018 | JIM WALTON | $ 20,000.00 | 9/5/2019 | FIRSTENERGY SERVICE CO. | $ 2,403,000.00 |
| 4/27/2018 | DMP INVESTMENTS LLC | $ 10,000.00 | 9/12/2019 | FIRSTENERGY SERVICE CO. | $ 2,403,000.00 |
| 4/27/2018 | FINANCIAL SERVICE CENTERS OF OHIO LLC | $ 10,000.00 | 9/13/2019 | 55 GREEN MEADOWS | $ 50,000.00 |
| 5/1/2018 | AT&T | $ 5,000.00 | 9/19/2019 | FIRSTENERGY SERVICE CO. | $ 4,695,000.00 |
| 5/1/2018 | AT&T | $ 10,000.00 | 9/25/2019 | BANK OF AMERICA | $ 7,455.00 |
| 5/4/2018 | PARTNERS FOR PROGRESS INC. | $ 100,000.00 | 9/25/2019 | WF EXC RTN TO SNDR 721 WIP | $ 19,950.00 |
| 5/7/2018 | GULFPORT ENERGY CORPORATION | $ 10,000.00 | 9/26/2019 | FIRSTENERGY SERVICE CO. | $ 2,445,000.00 |
| 6/22/2018 | 55 GREEN MEADOWS | $ 20,000.00 | 9/30/2019 | JACK ENTERTAINMENT LLC | $ 50,000.00 |
| 7/3/2018 | POLITICAL EDUCATIONAL PATTERNS | $ 50,000.00 | 9/30/2019 | PENN NATIONAL GAMING, INC. | $ 50,000.00 |
| 7/17/2018 | INDIANA CARPENTERS POLITICAL FUND | $ 25,000.00 | 10/1/2019 | FEDERAL RESERVE BANK | $ 24,960.00 |
| 8/8/2018 | COALITION FOR GROWTH & OPPTY. INC | $ 54,000.00 | 10/3/2019 | FIRSTENERGY SERVICE CO. | $ 4,160,000.00 |
| 8/9/2018 | 55 GREEN MEADOWS | $ 20,000.00 | 10/3/2019 | WF EXC RTN TO SNDR 721 WIP | $ 9,950.00 |
| 8/16/2018 | PARTNERS FOR PROGRESS INC. | $ 500,000.00 | 10/8/2019 | FIRSTENERGY SERVICE CO. | $ 1,600,000.00 |
| 9/21/2018 | WORKING FOR WORKING AMERICAN | $ 25,000.00 | 10/10/2019 | CHARTER COMMUNICATIONS | $ 25,000.00 |
| 10/9/2018 | 55 GREEN MEADOWS | $ 10,000.00 | 10/10/2019 | PARTNERS FOR PROGRESS INC. | $ 10,000,000.00 |
| 10/9/2018 | MOLINA HEALTHCARE, INC. | $ 6,250.00 | 10/16/2019 | AT&T | $ 40,000.00 |
| 10/9/2018 | PENN NATIONAL GAMING, INC. | $ 50,000.00 | 10/16/2019 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 10/16/2018 | FIRSTENERGY | $ 400,000.00 | 10/17/2019 | FIRSTENERGY SERVICE CO. | $ 248,000.00 |
| 10/19/2018 | CHARTER COMMUNICATIONS | $ 15,000.00 | 10/22/2019 | PARTNERS FOR PROGRESS INC. | $ 3,000,000.00 |
| 10/19/2018 | CHARTER COMMUNICATIONS | $ 35,000.00 | 11/5/2019 | MVP, LLC | $ 50,000.00 |
| 10/23/2018 | 55 GREEN MEADOWS | $ 10,000.00 | 11/15/2019 | 55 GREEN MEADOWS | $ 60,000.00 |
| 10/23/2018 | HEALTH CARE FACILITY MGMT, LLC | $ 10,000.00 | 11/15/2019 | FAIR GAMING COALITION OF OHIO | $ 100,000.00 |
| 10/23/2018 | KAREN BUCHWALD WRIGHT REVOCABLE TST | $ 250,000.00 | 11/15/2019 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 10/24/2018 | EMPOWER OHIO, INC. | $ 50,000.00 | 12/2/2019 | JOHN R BURGESS; SHARRON ST. CLAIR | $ 25,000.00 |
| 10/29/2018 | FIRSTENERGY | $ 100,000.00 | 12/10/2019 | ELDORADO GAMING SCIOTO DOWNS | $ 15,000.00 |
| 10/30/2018 | RAI SERVICES COMPANY | $ 5,000.00 | 1/21/2020 | EMPOWER OHIO INC. | $ 100,000.00 |
| 2/15/2019 | POLITICAL EDUCATION PATTERNS | $ 25,000.00 | 1/21/2020 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 3/6/2019 | CHARTER COMMUNICATIONS | $ 25,000.00 | 1/28/2020 | NATIONWIDE MUTUAL INSURANCE COMPANY | $ 25,000.00 |
| 3/6/2019 | GERALDINE B. WARNER | $ 25,000.00 | 2/19/2020 | 55 GREEN MEADOWS | $ 100,000.00 |
| 3/8/2019 | GEORGE R. & AMY F. JOSEPH | $ 10,000.00 | 2/27/2020 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 3/8/2019 | ROBERT E. & BRYNNE F. COLETTI | $ 5,000.00 | 3/3/2020 | PARTNERS FOR PROGRESS INC. | $ 2,000,000.00 |
| 3/8/2019 | SCOTT D. & MARY J. FARMER | $ 5,000.00 | 3/5/2020 | CHARTER COMMUNICATIONS | $ 25,000.00 |
| 3/25/2019 | GLA SOLUTIONS, LLC. | $ 25,000.00 | 3/12/2020 | 55 GREEN MEADOWS | $ 25,000.00 |
| 3/25/2019 | GLA SOLUTIONS, LLC. | $ 25,000.00 | 4/27/2020 | MOLINA HEALTHCARE | $ 100,000.00 |
| 3/26/2019 | 55 GREEN MEADOWS | $ 60,000.00 | 5/21/2020 | 55 GREEN MEADOWS | $ 25,000.00 |
| 4/12/2019 | EMPOWER OHIO, INC. | $ 250,000.00 | 6/15/2020 | GIANT EAGLE, INC. | $ 25,000.00 |
| 4/30/2019 | FIRSTENERGY SERVICE CO. | $ 1,500,000.00 | Transactions under $5,000 | | $ 34,325.22 |
| *Excludes deposits from related account Generation Now | | | TOTAL* | | $ 64,397,395.22 |

1 of 1

GOVERNMENT EXHIBIT

16

1:20-CR-077

1 of 3

GOVERNMENT
EXHIBIT

17

1:20-CR-077

# Generation Now - Deposits

|  | 2017 | 2018 | 2019 | 2020 | TOTAL | |
|---|---|---|---|---|---|---|
| FirstEnergy and Partners for Progress | $ 1,000,000.00 | $ 1,400,000.00 | $ 55,592,505.00 | $ 2,000,000.00 | $ 59,992,505.00 | 93% |
| Other | $ 332,255.06 | $ 1,875,377.96 | $ 1,729,226.34 | $ 468,030.86 | $ 4,404,890.22 | 7% |
| TOTAL | $ 1,332,255.06 | $ 3,275,377.96 | $ 57,321,731.34 | $ 2,468,030.86 | $ 64,397,395.22 | |







**GOVERNMENT EXHIBIT**

132

1:20-CR-077

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|------|-------------|-------------|--------|-------|------|------|
| 08/05/2019 | 201921703566 | DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG (LCP) | 99.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

MATTHEW BORGES

BEXLEY. OH 43209

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Frank LaRose
#### 4365426

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**17 CONSULTING GROUP LLC**

and, that said business records show the filing and recording of:

Document(s)                                                      Document No(s):

**DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG**                    **201921703566**
        Effective Date:  08/05/2019



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio this
5th day of August, A.D. 2019.

**Ohio Secretary of State**

TIER 2-US0007974

### Limited Liability Company Agreement of
### 17 Consulting Group,
### a Limited Liability Company

**THIS OPERATING AGREEMENT** (this "Agreement") of 17 Consulting Group, **LLC** (the "Company"), is executed and agreed to, for good and valuable consideration, by the undersigned members (the "Members").

I.   **Formation.**

    A.   <u>State of Formation</u>. This is a Limited Liability Company Operating Agreement (the "Agreement") for 17 Consulting Group, a Manager-managed Ohio limited liability company (the "Company") formed under and pursuant to Ohio law.

    B.   <u>Operating Agreement Controls</u>. To the extent that the rights or obligations of the Members or the Company under provisions of this Operating Agreement differ from what they would be under Ohio law absent such a provision, this Agreement, to the extent permitted under Ohio law, shall control.

    C.   <u>Primary Business Address</u>. The location of the primary place of business of the Company is:

        ███████████ Bexley, Ohio 43209, or such other location as shall be selected from time to time by the Members.

    D.   <u>Registered Agent and Office</u>. The Company's initial agent (the "Agent") for service of process is Matthew J Borges. The Agent's registered office is ██████████ Bexley, Ohio 43209. The Company may change its registered office, its registered agent, or both, upon filing a statement with the Ohio Secretary of State.

    E.   <u>No State Law Partnership</u>. No provisions of this Agreement shall be deemed or construed to constitute a partnership (including, without limitation, a limited partnership) or joint venture, or any Member a partner or joint venturer of or with any other Member, for any purposes other than federal and state tax purposes.

II.  **Purposes and Powers.**

    A.   <u>Purpose</u>. The Company is created for the following business purpose:

    Consulting

    B.   <u>Powers</u>. The Company shall have all of the powers of a limited liability company set forth under Ohio law.

    C.   <u>Duration</u>. The Company's term shall commence upon the filing of an Articles of

This is a RocketLawyer.com document.

Organization and all other such necessary materials with the state of Ohio. The Company will operate until terminated as outlined in this Agreement unless:

1. A majority of the Members vote to dissolve the Company;

2. No Member of the Company exists, unless the business of the Company is continued in a manner permitted by Ohio law;

3. It becomes unlawful for either the Members or the Company to continue in business;

4. A judicial decree is entered that dissolves the Company; or

5. Any other event results in the dissolution of the Company under federal or Ohio law.

**III. Members.**

A. <u>Members</u>. The Members of the Company (jointly the "Members") and their Membership Interest in the same at the time of adoption of this Agreement are as follows:

Matthew Borges, 100%

B. <u>Initial Contribution</u>. Each Member shall make an Initial Contribution to the Company. The Initial Contributions of each shall be as described in Attachment A, <u>Initial Contributions of the Members</u>.

No Member shall be entitled to interest on their Initial Contribution. Except as expressly provided by this Agreement, or as required by law, no Member shall have any right to demand or receive the return of their Initial Contribution. Any modifications as to the signatories' respective rights as to the receipt of their initial contributions must be set forth in writing signed by all interested parties.

C. <u>Limited Liability of the Members</u>. Except as otherwise provided for in this Agreement or otherwise required by Ohio law, no Member shall be personally liable for any acts, debts, liabilities or obligations of the Company beyond their respective Initial Contribution, including liability arising under a judgment, decree or order of a court. The Members shall look solely to the Company property for the return of their Initial Contribution, or value thereof, and if the Company property remaining after payment or discharge of the debts, liabilities or obligations of the Company is insufficient to return such Initial Contributions, or value thereof, no Member shall have any recourse against any other Member except as is expressly provided for by this Agreement or as otherwise allowed by law.

TIER 2-US0007976

D. <u>Death, Incompetency or Termination of a Member</u>. Should a Member die, be declared incompetent, or withdraw from the Company by choice, the remaining Members will have the option to buy out that Member's Membership Interest in the Company. Should the Members agree to buy out the Membership Interest of the withdrawing Member, that Interest shall be paid for equally by the remaining Members and distributed in equal amounts to the remaining Members. The Members agree to hire an outside firm to assess the value of the Membership Interest.

The Members will have 0 days to decide if they want to buy the Membership Interest together and disperse it equally. If all Members do not agree to buy the Membership Interest, individual Members will then have the right to buy the Membership Interest individually. If more than one Member requests to buy the remaining Membership Interest, the Membership Interest will be paid for and split equally among those Members wishing to purchase the Membership Interest. If all Members agree by unanimous vote, the Company may choose to allow a non-Member to buy the Membership Interest thereby replacing the previous Member.

If no individual Member(s) finalize a purchase agreement by 0 days, the withdrawing Member, or their estate, may dispose of their Membership Interest however they see fit, subject to the limitations in Section III (E) below. If a Member is a corporation, trust, partnership, limited liability company or other entity and is dissolved or terminated, the powers of that Member may be exercised by its legal representative or successor.

The name of the Company may be amended upon the written and unanimous vote of all Members if a Member withdraws, dies, is found incompetent or is terminated.

E. <u>Creation or Substitution of New Members</u>. Any Member may assign in whole or in part its Membership Interest only after granting their fellow Members the right of first refusal, as established in Section III (D) above.

    1. *Entire transfer*. If a Member transfers all of its Membership Interest, the transferee shall be admitted to the Company as a substitute Member upon its execution of an instrument signifying its agreement to be bound by the terms and conditions of this Agreement. Such admission shall be deemed effective immediately upon the transfer, and, simultaneously, the transferor Member shall cease to be a Member of the Company and shall have no further rights or obligations under this Agreement.

    2. *Partial transfer*. If a Member transfers only a portion of its Membership Interest, the transferee shall be admitted to the Company as an additional Member upon its execution of an instrument signifying its agreement to be bound by the terms and conditions of this Agreement.

TIER 2-US0007977

3.   Whether a substitute Member or an additional Member, absent the written consent of all existing Members of the Company, the transferee shall be a limited Member and possess only the percentage of the monetary rights of the transferor Member that was transferred without any voting power as a Member in the Company.

F.   Member Voting.

1.   *Voting power*. The Company's Members shall each have voting power equal to their share of Membership Interest in the Company.

2.   *Proxies*. At all meetings of Members, a Member may vote in person or by proxy executed in writing by the Member or by his duly authorized attorney-in-fact. Such proxy shall be delivered to the other Members of the Company before or at the time of the meeting. No proxy shall be valid after eleven months from the date of its execution, unless otherwise provided in the proxy.

G.   Members' Duty to File Notices. The Members shall be responsible for preparation, maintenance, filing and dissemination of all necessary returns, notices, statements, reports, minutes or other information to the Internal Revenue Service, the state of Ohio, and any other appropriate state or federal authorities or agencies. Notices shall be filed in accordance with the section titled "Notices" below. The Members may delegate this responsibility to a Manager at the Members' sole discretion.

H.   Fiduciary Duties of the Members. The Members shall have no fiduciary duties whatsoever, whether to each other or to the Company, unless that Member is a Manager of the Company, in which instance they shall owe only the fiduciary duties of a Manager. No Member shall bear any liability to the Company or to other present or former Members by reason of being or having been a Member.

I.   Waiver of Partition: Nature of Interest. Except as otherwise expressly provided in this Agreement, to the fullest extent permitted by law, each Member hereby irrevocably waives any right or power that such Member might have to cause the Company or any of its assets to be partitioned, to cause the appointment of a receiver for all or any portion of the assets of the Company, to compel any sale of all or any portion of the assets of the Company pursuant to any applicable law or to file a complaint or to institute any proceeding at law or in equity to cause the dissolution, liquidation, winding up or termination of the Company. No Member shall have any interest in any specific assets of the Company.

IV.  **Accounting and Distributions.**

A.   Fiscal Year. The Company's fiscal year shall end on the last day of December.

B.   Records. All financial records including tax returns and financial statements will be held at the Company's primary business address and will be accessible to all Members.

TIER 2-US0007978

C. Distributions. Distributions shall be issued on an annual basis, based upon the Company's fiscal year. The distribution shall not exceed the remaining net cash of the Company after making appropriate provisions for the Company's ongoing and anticipatable liabilities and expenses. Each Member shall receive a percentage of the overall distribution that matches that Member's percentage of Membership Interest in the Company.

## V.   Tax Treatment Election.

The Company has not filed with the Internal Revenue Service for treatment as a corporation. Instead, the Company will be taxed as a pass-through organization. The Members may elect for the Company to be treated as a C-Corporation, S-corporation or a Partnership at any time.

## VI.   Board of Managers.

A. Creation of a Board of Managers. The Members shall create a board of Managers (the "Board") consisting of Managers appointed at the sole discretion of the Members and headed by the Chairman of the Board. The Members may serve as Managers and may appoint a Member to serve as the Chairman. The Members may determine at any time in their sole and absolute discretion the number of Managers to constitute the Board, subject in all cases to any requirements imposed by Ohio law. The authorized number of Managers may be increased or decreased by the Members at any time in their sole and absolute discretion, subject to Ohio law. Each Manager elected, designated or appointed shall hold office until a successor Manager is elected and qualified or until such Manager's earlier death, resignation or removal.

B. Powers and Operation of the Board of Managers. The Board shall have the power to do any and all acts necessary, convenient or incidental to or for the furtherance of the Company's purposes described herein, including all powers, statutory or otherwise.

   1. *Meetings*. The Board may hold meetings, both regular and special, within or outside the state of Ohio. Regular meetings of the Board may be held without notice at such time and at such place as shall from time to time be determined by the Board. Special meetings of the Board may be called by the Chairman on not less than one day's notice to each Manager by telephone, electronic mail, facsimile, mail or any other means of communication.

      i. At all meetings of the Board, a majority of the Managers shall constitute a quorum for the transaction of business and, except as otherwise provided in any other provision of this Agreement, the act of a majority of the Managers present at any meeting at which there is a quorum shall be the act of the Board. If a quorum shall not be present at any meeting of the Board, the Managers present at such meeting may adjourn the meeting until a quorum shall be present. Any action required or permitted to be taken at any meeting of the Board may be taken without a meeting if all

TIER 2-US0007979

Managers consent thereto in writing, and the writing or writings are filed with the minutes of proceedings of the Board.

    ii.  Managers may participate in meetings of the Board by means of telephone conference or similar communications equipment that allows all persons participating in the meeting to hear each other, and such participation in a meeting shall constitute presence in person at the meeting. If all the participants are participating by telephone conference or similar communications equipment, the meeting shall be deemed to be held at the primary business address of the Company.

C.  Compensation of Managers. The Board shall have the authority to fix the compensation of Managers. The Managers may be paid their expenses, if any, of attendance at meetings of the Board, which may be a fixed sum for attendance at each meeting of the Board or a stated salary as Manager. No such payment shall preclude any Manager from serving the Company in any other capacity and receiving compensation therefor.

D.  Removal of Managers. Unless otherwise restricted by law, any Manager or the entire Board may be removed, with or without cause, by the Members, and any vacancy caused by any such removal may be filled by action of the Members.

E.  Managers as Agents. To the extent of their powers set forth in this Agreement, the Managers are agents of the Company for the purpose of the Company's business, and the actions of the Managers taken in accordance with such powers set forth in this Agreement shall bind the Company. Except as provided in this Agreement, no Manager may bind the Company.

F.  No Power to Dissolve the Company. Notwithstanding any other provision of this Agreement to the contrary or any provision of law that otherwise so empowers the Board, none of the Board shall be authorized or empowered, nor shall they permit the Company, without the affirmative vote of the Members, to institute proceedings to have the Company be adjudicated bankrupt or insolvent, or consent to the institution of bankruptcy or insolvency proceedings against the Company or file a petition seeking, or consent to, reorganization or relief with respect to the Company under any applicable federal or state law relating to bankruptcy, or consent to the appointment of a receiver, liquidator, assignee, trustee (or other similar official) of the Company or a substantial part of its property, or make any assignment for the benefit of creditors of the Company, or admit in writing the Company's inability to pay its debts generally as they become due, or, to the fullest extent permitted by law, take action in furtherance of any such action.

G.  Duties of the Board. The Board and the Members shall cause the Company to do or cause to be done all things necessary to preserve and keep in full force and effect its existence, rights (charter and statutory) and franchises. The Board also shall cause the

TIER 2-US0007980

Company to:

1. Maintain its own books, records, accounts, financial statements, stationery, invoices, checks and other limited liability company documents and bank accounts separate from any other person;

2. At all times hold itself out as being a legal entity separate from the Members and any other person and conduct its business in its own name;

3. File its own tax returns, if any, as may be required under applicable law, and pay any taxes required to be paid under applicable law;

4. Not commingle its assets with assets of the Members or any other person, and separately identify, maintain and segregate all Company assets;

5. Pay its own liabilities only out of its own funds, except with respect to organizational expenses;

6. Maintain an arm's length relationship with the Members, and, with respect to all business transactions entered into by the Company with the Members, require that the terms and conditions of such transactions (including the terms relating to the amounts paid thereunder) are the same as would be generally available in comparable business transactions if such transactions were with a person that was not a Member;

7. Pay the salaries of its own employees, if any, out of its own funds and maintain a sufficient number of employees in light of its contemplated business operations;

8. Not guarantee or become obligated for the debts of any other person or hold out its credit as being available to satisfy the obligations of others;

9. Allocate fairly and reasonably any overhead for shared office space;

10. Not pledge its assets for the benefit of any other person or make any loans or advances to any person;

11. Correct any known misunderstanding regarding its separate identity;

12. Maintain adequate capital in light of its contemplated business purposes;

13. Cause its Board to meet or act pursuant to written consent and keep minutes of such meetings and actions and observe all other Ohio limited liability company formalities;

This is a RocketLawyer.com document.

14. Make any permitted investments directly or through brokers engaged and paid by the Company or its agents;

15. Not require any obligations or securities of the Members; and

16. Observe all other limited liability formalities.

Failure of the Board to comply with any of the foregoing covenants shall not affect the status of the Company as a separate legal entity or the limited liability of the Members.

H. Prohibited Actions of the Board. Notwithstanding any other provision of this Agreement to the contrary or any provision of law that otherwise so empowers the Board, none of the Board on behalf of the Company, shall, without the unanimous approval of the Board, do any of the following:

1. Guarantee any obligation of any person;

2. Engage, directly or indirectly, in any business or activity other than as required or permitted to be performed pursuant to the Company's Purpose as described in Section II (A) above; or

3. Incur, create or assume any indebtedness other than as required or permitted to be performed pursuant to the Company's Purpose as described in Section II (A) above.

VII. **Fiduciary Duties of the Board.**

A. Loyalty and Care. Except to the extent otherwise provided herein, each Manager shall have a fiduciary duty of loyalty and care similar to that of managers of business corporations organized under the laws of Ohio.

B. Competition with the Company. The Managers shall refrain from dealing with the Company in the conduct of the Company's business as or on behalf of a party having an interest adverse to the Company unless a majority, by individual vote, of the Board of Managers excluding the interested Manager, consents thereto. The Managers shall refrain from competing with the Company in the conduct of the Company's business unless a majority, by individual vote, of the Board of Managers excluding the interested Manager, consents thereto.

C. Duties Only to the Company. The Manager's fiduciary duties of loyalty and care are to the Company and not to the other Managers. The Managers shall owe fiduciary duties of disclosure, good faith and fair dealing to the Company and to the other Managers. A Manager who so performs their duties shall not have any liability by reason of being or having been a Manager.

This is a RocketLawyer.com document.

D. Reliance on Reports. In discharging the Manager's duties, a Manager is entitled to rely on information, opinions, reports, or statements, including financial statements and other financial data, if prepared or presented by any of the following:

1. One or more Members, Managers, or employees of the Company whom the Manager reasonably believes to be reliable and competent in the matters presented.

2. Legal counsel, public accountants, or other persons as to matters the Manager reasonably believes are within the persons' professional or expert competence.

3. A committee of Members or Managers of which the affected Manager is not a participant, if the Manager reasonably believes the committee merits confidence.

## VIII. Dissolution.

A. Limits on Dissolution. The Company shall have a perpetual existence, and shall be dissolved, and its affairs shall be wound up only upon the provisions established in Section II (C) above.

Notwithstanding any other provision of this Agreement, the Bankruptcy of any Member shall not cause such Member to cease to be a Member of the Company and upon the occurrence of such an event, the business of the Company shall continue without dissolution.

Each Member waives any right that it may have to agree in writing to dissolve the Company upon the Bankruptcy of any Member or the occurrence of any event that causes any Member to cease to be a Member of the Company.

B. Winding Up. Upon the occurrence of any event specified in Section II(C), the Company shall continue solely for the purpose of winding up its affairs in an orderly manner, liquidating its assets, and satisfying the claims of its creditors. One or more Members, selected by the remaining Members, shall be responsible for overseeing the winding up and liquidation of the Company, shall take full account of the liabilities of the Company and its assets, shall either cause its assets to be distributed as provided under this Agreement or sold, and if sold as promptly as is consistent with obtaining the fair market value thereof, shall cause the proceeds therefrom, to the extent sufficient therefor, to be applied and distributed as provided under this Agreement.

C. Distributions in Kind. Any non-cash asset distributed to one or more Members in liquidation of the Company shall first be valued at its fair market value (net of any liability secured by such asset that such Member assumes or takes subject to) to determine the profits or losses that would have resulted if such asset were sold for such value, such profit or loss shall then be allocated as provided under this

This is a RocketLawyer.com document.

Agreement. The fair market value of such asset shall be determined by the Members or, if any Member objects, by an independent appraiser (any such appraiser must be recognized as an expert in valuing the type of asset involved) approved by the Members.

D. Termination. The Company shall terminate when (i) all of the assets of the Company, after payment of or due provision for all debts, liabilities and obligations of the Company, shall have been distributed to the Members in the manner provided for under this Agreement and (ii) the Company's registration with the state of Ohio shall have been canceled in the manner required by Ohio law.

E. Accounting. Within a reasonable time after complete liquidation, the Company shall furnish the Members with a statement which shall set forth the assets and liabilities of the Company as at the date of dissolution and the proceeds and expenses of the disposition thereof.

F. Limitations on Payments Made in Dissolution. Except as otherwise specifically provided in this Agreement, each Member shall only be entitled to look solely to the assets of the Company for the return of its Initial Contribution and shall have no recourse for its Initial Contribution and/or share of profits (upon dissolution or otherwise) against any other Member.

G. Notice to Ohio Authorities. Upon the winding up of the Company, the Member with the highest percentage of Membership Interest in the Company shall be responsible for the filing of all appropriate notices of dissolution with Ohio and any other appropriate state or federal authorities or agencies as may be required by law. In the event that two or more Members have equally high percentages of Membership Interest in the Company, the Member with the longest continuous tenure as a Member of the Company shall be responsible for the filing of such notices.

IX. **Exculpation and Indemnification.**

A. No Member, Manager, employee or agent of the Company and no employee, agent or affiliate of a Member (collectively, the "Covered Persons") shall be liable to the Company or any other person who has an interest in or claim against the Company for any loss, damage or claim incurred by reason of any act or omission performed or omitted by such Covered Person in good faith on behalf of the Company and in a manner reasonably believed to be within the scope of the authority conferred on such Covered Person by this Agreement, except that a Covered Person shall be liable for any such loss, damage or claim incurred by reason of such Covered Person's gross negligence or willful misconduct.

B. To the fullest extent permitted by applicable law, a Covered Person shall be entitled to indemnification from the Company for any loss, damage or claim incurred by such Covered Person by reason of any act or omission performed or omitted by such

This is a RocketLawyer.com document.

Covered Person in good faith on behalf of the Company and in a manner reasonably believed to be within the scope of the authority conferred on such Covered Person by this Agreement. Expenses, including legal fees, incurred by a Covered Person defending any claim, demand, action, suit or proceeding shall be paid by the Company. The Covered Person shall be liable to repay such amount if it is determined that the Covered Person is not entitled to be indemnified as authorized in this Agreement. No Covered Person shall be entitled to be indemnified in respect of any loss, damage or claim incurred by such Covered Person by reason of such Covered Person's gross negligence or willful misconduct with respect to such acts or omissions. Any indemnity under this Agreement shall be provided out of and to the extent of Company assets only.

C. A Covered Person shall be fully protected in relying in good faith upon the records of the Company and upon such information, opinions, reports or statements presented to the Company by any person as to matters the Covered Person reasonably believes are within such other person's professional or expert competence and who has been selected with reasonable care by or on behalf of the Company, including information, opinions, reports or statements as to the value and amount of the assets, liabilities, or any other facts pertinent to the existence and amount of assets from which distributions to the Members might properly be paid.

D. To the extent that, at law or in equity, a Covered Person has duties (including fiduciary duties) and liabilities relating thereto to the Company or to any other Covered Person, a Covered Person acting under this Agreement shall not be liable to the Company or to any other Covered Person for its good faith reliance on the provisions of this Agreement. The provisions of the Agreement, to the extent that they restrict the duties and liabilities of a Covered Person otherwise existing at law or in equity, are agreed by the Members to replace such other duties and liabilities of such Covered Person.

E. The foregoing provisions of this Article IX shall survive any termination of this Agreement.

X. **Insurance.**

The Company shall have the power to purchase and maintain insurance, including insurance on behalf of any Covered Person against any liability asserted against such person and incurred by such Covered Person in any such capacity, or arising out of such Covered Person's status as an agent of the Company, whether or not the Company would have the power to indemnify such person against such liability under the provisions of Article IX or under applicable law. This is separate and apart from any business insurance that may be required as part of the business in which the Company is engaged.

XI. **Settling Disputes.**

All Members agree to enter into mediation before filing suit against any other Member

This is a RocketLawyer.com document.

or the Company for any dispute arising from this Agreement or Company. Members agree to attend one session of mediation before filing suit. If any Member does not attend mediation, or the dispute is not settled after one session of mediation, the Members are free to file suit. Any law suits will be under the jurisdiction of the state of Ohio.

**XII.   Independent Counsel.**

All Members entering into this Agreement have been advised of their right to seek the advice of independent legal counsel before signing this Agreement. All Members and each of them have entered into this Agreement freely and voluntarily and without any coercion or duress.

**XIII.   General Provisions.**

A. Notices. All notices, offers or other communications required or permitted to be given pursuant to this Agreement shall be in writing and may be personally served or sent by United States mail and shall be deemed to have been given when delivered in person or three (3) business days after deposit in United States mail, registered or certified, postage prepaid, and properly addressed, by or to the appropriate party.

B. Number of Days. In computing the number of days (other than business days) for purposes of this Agreement, all days shall be counted, including Saturdays, Sundays and holidays; provided, however, that if the final day of any time period falls on a Saturday, Sunday or holiday on which national banks are or may elect to be closed, then the final day shall be deemed to be the next day which is not a Saturday, Sunday or such holiday.

C. Execution of Counterparts. This Agreement may be executed in any number of counterparts, each of which shall be an original, and all of which shall together constitute one and the same instrument.

D. Severability. The provisions of this Agreement are independent of and separable from each other, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that for any reason any other or others of them may be invalid or unenforceable in whole or in part.

E. Headings. The Article and Section headings in this Agreement are for convenience and they form no part of this Agreement and shall not affect its interpretation.

F. Controlling Law. This Agreement shall be governed by and construed in all respects in accordance with the laws of the state of Ohio (without regard to conflicts of law principles thereof).

G. Application of Ohio Law. Any matter not specifically covered by a provision of this Agreement shall be governed by the applicable provisions of Ohio law.

TIER 2-US0007986

H. <u>Amendment</u>. This Agreement may be amended only by written consent of all the Members. Upon obtaining the approval of any such amendment, supplement or restatement as to the Certificate, the Company shall cause a Certificate of Amendment or Amended and Restated Certificate to be prepared, executed and filed in accordance with Ohio law.

I. <u>Entire Agreement</u>. This Agreement contains the entire understanding among the parties hereto with respect to the subject matter hereof, and supersedes all prior and contemporaneous agreements and understandings, inducements or conditions, express or implied, oral or written, except as herein contained.

IN WITNESS WHEREOF, the Members have executed and agreed to this Limited Liability Company Operating Agreement, which shall be effective as of August 05, 2019.

Signature: _____

Matthew Borges

This is a RocketLawyer.com document.

## ATTACHMENT A
### *Initial Contributions of the Members*

The Initial Contributions of the Members of 17 Consulting Group are as follows:

Matthew Borges
      Contribution:
      time and effort valued at $0.00

TIER 2-US0007988

 **Huntington**

 Account Number [REDACTED] 4415

### Certified Copy of Limited Liability Company Resolutions to Open and Maintain a Bank Account or Safe Deposit Box

The undersigned hereby certifies to The Huntington National Bank that; I am the

OWNER

and, as such, I am familiar with the records and proceedings of:

17 CONSULTING GROUP LLC

Single Member LLC, a duly organized and existing limited liability company under the laws of the
State of OH.

the following is a true, accurate and compared copy of resolutions duly adopted by the LLC; and that the resolutions have
not been rescinded, modified or revoked, and are in full force and effect.

RESOLVED, that:

(i)   The Huntington National Bank (the "Bank") is hereby designated as a depository of the LLC;

(ii)  one or more safe deposit boxes may be leased or one or more account(s) may be opened and maintained, in
      accordance with the rules and regulations or procedures of the Bank pertaining to such accounts as amended
      from time to time, and in the name of the LLC with the Bank;

(iii) any of the individuals whose names are set forth in (iv), below or, whose genuine signatures appear on
      separate cards dated and filed with the Bank, (collectively the "Authorized Signatories" and individually an
      "Authorized Signatory") are hereby authorized to act individually on behalf of the LLC and in its name to:

      a.  sign checks, drafts, notes, bills of exchange, acceptances, or other orders for payment of funds from any
          account maintained by the LLC;

      b.  indorse checks, drafts, notes, bills, certificates of deposit, or other instruments owned or held by the LLC for
          deposit in any such account, or for collection or discount by the Bank and such indorsement may be written or
          imprinted with an authorized facsimile a ("Stamp") in the name of the LLC without the designation of the person
          making such indorsement (the LLC shall be fully responsible for any and all payments made by the Bank in reliance
          upon said Stamp and agrees to indemnify and hold harmless the Bank from any claims, demands, expenses, losses
          or damages suffered or incurred by the Bank arising out of the misuse or unlawful or unauthorized use by any
          person of such Stamp);

      c.  identify, approve and guarantee the indorsements of any and all checks and drafts drawn by the LLC;

      d.  waive demand, protest, and notice of protest, or dishonor of any check, draft, note, bill, certificates of
          deposit or other instruments made, drawn, or indorsed by the LLC;

      e.  act for the LLC in the transaction of all other business (whether or not it is of the kind, nature or character
          specified in this certificate) on the LLC's behalf with the Bank, including but not limited to executing contracts and
          delegating person to engage in transaction in connection with such contracts;

      f.  open and maintain an account in the name of the LLC (any account so opened shall be bound by the
          provisions of this certificate);

      g.  open or lease a Safe Deposit Box in the name of the LLC;

      h.  certify to the Bank the names of the Authorized Signatories and shall certify such change to the Bank, and
          the Bank shall be fully protected in relying on such certification and shall be indemnified and held harmless
          from any claims, demands, expenses, losses or damages resulting from or arising out of the Bank honoring
          the signature of any individual so certified, or refusing to honor the signature of any individual not so certified;

      i.  delegate other person(s) to perform any of the foregoing acts;



(iv)  Name of Authorized Signatories:

    MATTHEW J BORGES

FURTHER RESOLVED, that:

(i)  the Bank is authorized to honor, receive, certify, or pay all instruments signed in accordance with this certificate even though drawn or indorsed to the order of any Authorized Signatory signing the same, tendered for cash, or in payment of a personal obligation or for deposit into a personal account of said Authorized Signatory and the Bank is not required or obligated to inquire into the circumstances of the issuance or use of any instrument signed in accordance with this certificate, or the application, or disposition of such instrument, or the proceeds thereof;

(ii)  overdrafts, if any, shall not be considered to be a loan; and

(iii)  the provisions of this certificate shall remain in full force and effect until written notice of its amendment or rescission shall have been received by the Bank and the Bank has a reasonable amount of time to act upon such notice, and that receipt of such notice shall not affect any action taken by the Bank prior thereto.

FURTHER RESOLVED, that the undersigned be, and hereby is, authorized and directed to certify to the Bank the foregoing resolutions and that the provisions thereof are in conformity with the governing documents of the LLC.

I further certify that there is no provision in the governing documents of the LLC limiting the power of the LLC to pass the foregoing resolutions and that the same are in conformity with the governing documents of the LLC.

IN WITNESS WHEREOF, I have hereunto subscribed my name this ___7th___ day of __August__ , 20 _19_ .

[X]  LLC has only one member or manager, second confirming signature is not required.

Note: If the member or manager is an entity indicate the name of the entity, and the name and title of the individual signing on behalf of the entity.

_____
Signature

Matthew J Borges   owner
_____
Name and Title

If the person signing above is designated as an Authorized Signatory and is not the only member or manager another manager, member or officer of the LLC must also sign the following further confirming this certificate as follows:

_____
Signature

_____
Title

FORM: LLCRESOLUTION (08/15)

TIER 2-US0008008

**Business Signature Card** 

Welcome:

Date: August 7, 2019
Time: 02:57 PM ET

Acct #  4415

**Account Title:** 17 CONSULTING GROUP LLC

**Address:** [redacted] BEXLEY OH 43209-2205    Phone: **614-204-1050**    **SSN/EIN:**  8961

I/We hereby acknowledge receipt of Huntington's Account Documents in connection with this account and agree to be bound by all terms and conditions, as amended from time to time. I/We represent this account will be used for business purposes.

---

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION** (Substitute W-9) (Not applicable to IOLTA/IOTA accounts)
Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS THE FOLLOWING LANGUAGE IS STRICKEN, I am not subject to backup withholding because:
    (a) I am exempt from backup withholding, or
    (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or
    (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. Person (including a U.S. resident alien), and
4. I am exempt from FATCA reporting.
**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

---

**Authorized Signers** (Please sign in black ink.)

Signature _____     Date  8/7/19
Name:    MATTHEW J BORGES
Title:    Pres/Owner/CEO

When you apply for the account(s), you authorize Huntington to obtain a consumer report for the account(s) and any associated services on all account signers.

☐ NON-PERSONAL NOW ACCOUNT (check if applicable)

The above hereby applies for a Non-Personal NOW Checking Account and certifies that the above is, or the beneficial interest in such account will be held by:

a)    an individual or group of individuals
b)    a sole proprietorship or husband and wife operating an incorporated business; or
c)    an organization which is operated primarily for religious, philanthropic, charitable, fraternal, educational or other similar purposes and which is not operated for profit

Scan to Signature Card Department using MFD - Deposit



TIER 2-US0008009

**CERTIFICATION OF FOREIGN STATUS (NOTE: A SEPARATE FORM W-8BEN-E MUST BE COMPLETED)**
Under penalties of perjury, I certify to the best of my knowledge and belief, the following information is true, correct and complete. I further certify under penalties of perjury that I am the beneficial owner (or am authorized to sign for the beneficial owner) and the beneficial owner is not a U.S. entity, therefore a foreign entity and exempt from backup withholding.
**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to establish your status as a non-U.S. person and, if applicable, obtain a reduced rate of withholding.**

Signature _____ Date _____
An Authorized Signer of the account is required to sign on behalf of  17 CONSULTING GROUP LLC

US Mailing Address: _____

Permanent Foreign Address: _____

**FOR BANK USE ONLY**
Prepared by: Carla L. Jamison
Interoffice Zip: CB561

FORM: SIGNATURECARDBUS (03/17)



TIER 2-US0008010

| Bank | Trn | Src | Amt | Cur | Typ | Fnds | Chg Db | Chg Cd | Chg Com | Chg Cbl | Debit Aba/Account | Dbt | Debit Val | Debitname | Debit Name 2 | Debit Name 3 | Debit Name 4 | Sndr Ref Num | Orig / |
|------|-----|-----|-----|-----|-----|------|--------|--------|---------|---------|-------------------|-----|-----------|-----------|--------------|--------------|--------------|--------------|--------|
| HOH | 15-OCT-19_2849 | FED | 120000 | USD | FTR | S | Y | Y | Y | N | ████0314 | A/11301555555 | 15-OCT-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019101500004410 | GENERATION NOW INC |
| HOH | 04-OCT-19_1678 | FED | 100000 | USD | FTR | S | Y | Y | Y | N | 0314 | A/11301555555 | 04-OCT-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019100400002633 | GENERATION NOW INC |
| HOH | 27-SEP-19_5548 | FED | 100000 | USD | FTR | S | Y | Y | Y | N | 314 | A/11301555555 | 27-SEP-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019092700010615 | GENERATION NOW INC |
| HOH | 20-SEP-19_1957 | FED | 150000 | USD | FTR | S | Y | Y | Y | N | 314 | A/11301555555 | 20-SEP-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019092000003323 | GENERATION NOW INC |
| HOH | 13-SEP-19_2976 | FED | 150000 | USD | FTR | S | Y | Y | Y | N | 0314 | A/11301555555 | 13-SEP-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019091300005292 | GENERATION NOW INC |
| HOH | 06-SEP-19_2179 | FED | 200000 | USD | FTR | S | Y | Y | Y | N | 0314 | A/11301555555 | 06-SEP-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019090600003700 | GENERATION NOW INC |
| HOH | 30-AUG-19_1978 | FED | 200000 | USD | FTR | S | Y | Y | Y | N | 0314 | A/11301555555 | 30-AUG-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019083000003391 | GENERATION NOW INC |
| HOH | 23-AUG-19_2985 | FED | 200000 | USD | FTR | S | Y | Y | Y | N | 0314 | A/11301555555 | 23-AUG-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019082300005049 | GENERATION NOW INC |
| HOH | 08-AUG-19_2244 | FED | 400000 | USD | FTR | S | Y | Y | Y | N | 0314 | A/11301555555 | 08-AUG-19 | FIFTH THIRD BANK | CINCINNATI, OH | - | - | 2019080800004068 | GENERATION NOW INC |

| Orp Name1 | Orp Name2 | Orp Name3 | Orp Name4 | Sbk Ref Num | Obk Ref Num | Orp Ref Num | Dbt Bnk Inf1 | Dbt Bnk Inf2 | Dbt Bnk Inf3 | Dbt Bnk Inf4 | Dbt Bnk Inf5 | Dbt Bnk Inf6 | Credit Aba/Account | Cdt | Credit Val | Credit Name | Credit Name 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019101500004410 | - | REFERENDUM | - | - | - | - | - | - | ████4415 | D/01893474415 | 15-OCT-19 | 17 CONSULTING GROUP LLC | |
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019100400002633 | - | REFERENDUM | - | - | - | - | - | - | ████4415 | D/01893474415 | 04-OCT-19 | 17 CONSULTING GROUP LLC | |
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019092700010615 | - | REFERENDUM | - | - | - | - | - | - | 4415 | D/01893474415 | 27-SEP-19 | 17 CONSULTING GROUP LLC | |
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019092000003323 | - | REFERENDUM | - | - | - | - | - | - | 4415 | D/01893474415 | 20-SEP-19 | 17 CONSULTING GROUP LLC | |
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019091300005292 | - | REFERENDUM | - | - | - | - | - | - | ████4415 | D/01893474415 | 13-SEP-19 | 17 CONSULTING GROUP LLC | |
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019090600003700 | - | REFERENDUM | - | - | - | - | - | - | ████4415 | D/01893474415 | 06-SEP-19 | 17 CONSULTING GROUP LLC | |
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019083000003391 | - | REFERENDUM | - | - | - | - | - | - | 4415 | D/01893474415 | 30-AUG-19 | 17 CONSULTING GROUP LLC | |
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019082300005049 | - | REFERENDUM | - | - | - | - | - | - | 4415 | D/01893474415 | 23-AUG-19 | 17 CONSULTING GROUP LLC | |
| GENERATION NOW INC | 65 E STATE ST STE 2540 | COLUMBUS OH 43215 | - | 2019080800004068 | - | REFERENDUM | - | - | - | - | - | - | ████4415 | D/01893474415 | 08-AUG-19 | 17 CONSULTING GROUP LLC | |

Search



## Deposit

Processing Date: 08/07/2019
Time: 15:06:2426
Office ID: 510008
CashBox: 01
Cash In: 100.00
Check Amount: 0.00
Customer Name: 17 CONSULTING gROUP
Account Type: DDA
Total Deposit Amount: 100.00

Trans Seq Number: 210
Region ID: 001
Operator: HB21872
Current Date: 08/07/2019
Cash Back: 0.00
Routing No: 598911216
Account No: ████415
Total Deposit: 100.00

⑆598911216⑆            ⑈415⑆′0000010000⑈′

## Cash In

Processing Date: 08/07/2019
Time: 15:06:2864
Office ID: 510008
CashBox: 01

Routing No: 599522332

Trans Seq Number: 210
Region ID: 001
Operator: HB21872
Current Date: 08/07/2019

Account No: ████9014
Cash In Amount: 100.00

⑆599522332⑆            ⑈9014⑆′0000010000⑈′

TIER2-0039560



TIER 2 - 150048



## ATM Check Deposit

ATM Checking Deposit - Check
Date-Time: 2020-06-05 15:13:38          $5,000.00
ATM ID: HB3544
Transaction Sequence: 3708
Card Number: ************0980

000035443708   598911368      4415

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC

BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*                    Account: *X4415*

| Statement Activity From: 08/08/19 to 08/31/19 | | Beginning Balance | $0.00 |
|---|---|---|---|
| | | Credits (+) | 800,100.00 |
| | | Regular Deposits | 100.00 |
| Days in Statement Period | 24 | Wire Transfer Credits | 800,000.00 |
| | | Debits (-) | 100,000.00 |
| Average Ledger Balance* | 376,100.00 | Regular Checks Paid | 100,000.00 |
| Average Collected Balance* | 376,100.00 | Total Service Charges (-) | 0.00 |
| * The above balances correspond to the service charge cycle for this account. | | Ending Balance | $700,100.00 |

New Mastercard Benefits: Take a look at the updated benefits that come with your Huntington Buisness Debit Card.
Huntington.com/GTBBusinessDebit

## Deposits (+)                                                    Account: *X4415* Serial #

| Date | Amount | Serial # | Type | Date | Amount | Type |
|---|---|---|---|---|---|---|
| 08/07 | 100.00 | | Brch/ATM | | | |

## Other Credits (+)                                                Account: *X4415*

| Date | Amount | Description |
|---|---|---|
| 08/08 | 400,000.00 | INCOMING FEDWIRE TRANSFER |
| 08/23 | 200,000.00 | INCOMING FEDWIRE TRANSFER |
| 08/30 | 200,000.00 | INCOMING FEDWIRE TRANSFER |

## Checks (-)                                                        Account: *X4415*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 08/08 | 100,000.00 | 91 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2019 Huntington Bancshares Incorporated.



## *Service Charge Summary* — Account: *X4415*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## *Balance Activity* — Account: *X4415* Balance

| Date | Balance | Date | Balance | Date |
|------|---------|------|---------|------|
| 08/07 | 100.00 | 08/23 | 500,100.00 | |
| 08/08 | 300,100.00 | 08/30 | 700,100.00 | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC



BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*                     Account: X4415

| Statement Activity From:<br>09/01/19 to 09/30/19 | | Beginning Balance | $700,100.00 |
|---|---|---|---|
| | | Credits (+) | 600,000.00 |
| | | Wire Transfer Credits | 600,000.00 |
| Days in Statement Period | 30 | Debits (-) | 391,155.53 |
| | | Regular Checks Paid | 382,986.81 |
| Average Ledger Balance* | 886,017.08 | Electronic Withdrawals | 7,226.45 |
| Average Collected Balance* | 886,017.08 | Other Debits | 942.27 |
| * The above balances correspond to the | | Total Service Charges (-) | 36.00 |
| service charge cycle for this account. | | Ending Balance | $908,908.47 |

## Other Credits (+)                                      Account: X4415

| Date | Amount | Description |
|---|---|---|
| 09/06 | 200,000.00 | INCOMING FEDWIRE TRANSFER |
| 09/13 | 150,000.00 | INCOMING FEDWIRE TRANSFER |
| 09/20 | 150,000.00 | INCOMING FEDWIRE TRANSFER |
| 09/27 | 100,000.00 | INCOMING FEDWIRE TRANSFER |

## Checks (-)                                             Account: X4415

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 09/16 | 15,000.00 | 92 | 09/27 | 80,640.00 | 98 |
| 09/13 | 67,800.00 | 93 | 09/24 | 70,000.00 | 101* |
| 09/16 | 100,000.00 | 94 | 09/18 | 5,625.00 | 102 |
| 09/23 | 5,000.00 | 96* | 09/26 | 30,000.00 | 104* |
| 09/26 | 8,921.81 | 97 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)                                       Account: X4415

| Date | Amount | Description |
|---|---|---|
| 09/17 | 4,753.00 | CAPITAL ONE ONLINE PMT          8040 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. 🏛️® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2019 Huntington Bancshares Incorporated.



## Other Debits (-)
Account: X4415

| Date | Amount | Description |
|------|--------|-------------|
| 09/18 | 2,398.97 | CAPITAL ONE MOBILE PMT ██████████ 1753 |
| 09/18 | 74.48 | HARLAND CLARKE CHK ORDER ██████ 5200 |
| 09/20 | 6.09 | PURCHASE TRAVELOCITY██████ 8124 TRAVELOCITY█████ 124WWW.TVLY.COM WA 980 |
| 09/23 | 505.88 | PURCHASE UNITED█████ 8626 UNITED██████████████████ 980 |
| 09/23 | 186.30 | PURCHASE ALASKA█████ 2004 ALASKA██████████████████ 980 |
| 09/23 | 135.00 | PURCHASE UNITED█████ 0610 UNITED██████████████████ 980 |
| 09/23 | 109.00 | PURCHASE ALASKA A ALASKA A██████ 5669 WA ██████ 980 |

## Service Charge Detail
Account: X4415

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 09/16 | 36.00 | | WIRE TRANSFER FEES (INCOMING) |
| 09/16 | 20.00 | | MONTHLY SERVICE FEE |
| 09/16 | | 20.00 | PROMOTIONAL WAIVE - MONTHLY SERVICE FEE |

## Service Charge Summary
Account: X4415

| | |
|---|---|
| Previous Month Service Charges (-) | $56.00 |
| Credits - Previous Month Charges (+) | 20.00 |
| Net Service Charges | $36.00 |
| Total Service Charges (-) | $36.00 |

## Balance Activity
Account: X4415

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/31 | 700,100.00 | 09/17 | 862,511.00 | 09/24 | 928,470.28 |
| 09/06 | 900,100.00 | 09/18 | 854,412.55 | 09/26 | 889,548.47 |
| 09/13 | 982,300.00 | 09/20 | 1,004,406.46 | 09/27 | 908,908.47 |
| 09/16 | 867,264.00 | 09/23 | 998,470.28 | | |



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(s)**

We have made important changes to your checking, savings, and money market account(s) as described in this notice. Please retain this document for your records. Unless otherwise specified, these changes are made as part of your *Rules and Regulations for Business Accounts*, which is part of your *Account Documents* (the "Agreement"). We have added an Arbitration Provision to your *Business Deposit Account Agreement*.

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a customer Service Center Specialist.

**All of the changes described below are effective as of July 28th, 2019:**

 1.) Arbitration Clause

**19. ARBITRATION**
THIS ARBITRATION PROVISION CONTAINS IMPORTANT INFORMATION ABOUT CERTAIN DEPOSIT ACCOUNTS WITH US. IT PROVIDES THAT EITHER YOU OR WE CAN START A BINDING ARBITRATION PROCEEDING TO RESOLVE ANY CLAIMS (AS DEFINED BELOW). ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, THE CLAIM IS SUBMITTED TO A NEUTRAL PARTY, AN ARBITRATOR, INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT. THE DECISION OF THE ARBITRATOR IS FINAL AND BINDING. IF YOU REJECT ARBITRATION AS PROVIDED BELOW, OR THE DISPUTE IS NOT ARBITRATED, THIS ARBITRATION PROVISION ALSO CONTAINS A JURY TRIAL WAIVER WHICH ELIMINATES YOUR RIGHT TO A TRIAL BY JURY IN COURT.

This Arbitration Provision describes when and how a Claim (as defined below) with respect to a Deposit Account may be arbitrated. For the purposes of this Arbitration Provision, the term "Deposit Account" means any deposit account or safe deposit box at The Huntington National Bank with the exception of (i) interest on lawyers trust accounts ("IOLTA accounts"); (ii) accounts holding public funds such as Public Fund Economy Checking and Public Funds Premier accounts; (iii) Commercial Interest Checking accounts; (iv) Commercial Analyzed Checking accounts; and (v) Commercial Hybrid Checking accounts. The terms "you" and "your" mean each Deposit Account owner and any other person having any legal or beneficial interest in any Deposit Account or any authority to access any Deposit Account or Deposit Account information or conduct transactions with respect to any Deposit Account. The terms "we," "us" and "our" mean (i) The Huntington National Bank, its parent companies, wholly or majority-owned subsidiaries, affiliates, successors, assigns and any of the their employees, officers and directors and (ii) any third party providing any services in connection with a deposit account if such third party is named as a party by you in any lawsuit between you and us. By opening a Deposit Account with us or accepting or using any deposit account services, you agree to all of the terms of this Arbitration Provision.

YOUR RIGHT TO REJECT: If you don't want arbitration to apply with respect to a particular Deposit Account, you may reject it by sending us a written Arbitration Rejection Notice ("Notice") which (a) states that you want to reject arbitration; (b) states your name and address; (c) provides the account number(s) for the Deposit Account(s) for which you are rejecting arbitration; and (d) you sign. For accounts with joint ownership, either of you may send a Notice. The Notice must be sent by certified mail, return receipt requested, to The Huntington National Bank, Deposit Account Arbitration, Attention: Customer Service, P. O. Box 1558, Columbus, Ohio 43272. Upon receipt of the Notice, we will credit one of your Deposit Account for the standard cost of mailing a certified letter. These are the only procedures you can use to reject arbitration. An Arbitration Rejection Notice is only effective (i) for the Deposit Accounts(s) identified in the Notice and (ii) if we receive the Notice within thirty (30) calendar days after the date we first provide you with this Arbitration Provision for the Deposit Account(s) that are the subject of the Notice. Your rejection of arbitration will not affect your ability to obtain any account, product or service from us. Rejection of arbitration applies only to the Deposit Account(s) identified in the Notice. Rejection of arbitration does not affect the jury trial waiver contained in this Arbitration Provision, and the jury trial waiver will still apply if you reject arbitration.

a. What Claims are Covered
Except as otherwise limited by this Arbitration Provision, "Claim" means any claim, dispute or controversy between you and us that in any way arises from or relates to a Deposit Account. It includes any claim, dispute or controversy concerning any fees or charges relating to any Deposit Account and any services relating to any Deposit Account,



including but not limited to safe deposit box services, wire transfer services, treasury management services, on-line or telephone banking services, text or mobile banking services, automated teller machine services and debit card services. It includes not only any claim, dispute or controversy directly between you and us, but also any such matter with respect to anyone connected with you or claiming through you, such as a joint account holder, account beneficiary, trustee, guardian or any other representative or agent. "Claim" has the broadest possible meaning, and includes initial claims, counterclaims, cross-claims and third-party claims. It includes disputes based upon contract, tort, consumer rights, fraud and other intentional torts, constitution, statute, regulation, ordinance, common law and equity (including any claim for injunctive or declaratory relief).

b.  What Claims are not Covered
A "Claim" does not include disputes about the validity, enforceability, coverage or scope of this Arbitration Provision or any part thereof, including, without limitation, the Class Action and Consolidation Waiver (see below) and/or this sentence; all such disputes are for a court and not an arbitrator to decide.  We will not choose to arbitrate an individual Claim that you bring against us in small claims court or your state's equivalent court, if any.  But if that Claim is transferred, removed or appealed to a different court, we then have the right to choose arbitration.  Furthermore, nothing in this Arbitration Provision limits or constrains any (i) right to self-help remedies, such as the right of set-off or the right to restrain funds in a Deposit Account, (ii) individual judicial action by a party that is limited to preventing the other party from using a self-help remedy and that does not involve a request for damages or monetary relief of any kind, (iii) right or obligation to interplead funds in the event of a dispute, (iv) right to exercise any security interest or lien in property, (v) obligation to comply with legal process, or (vi) right to obtain provisional remedies with respect to funds or property, such as injunctive relief, seizure, attachment or garnishment by a court having appropriate jurisdiction.

c.  How Arbitration is Started
Either you or we may start the arbitration of any Claim. Arbitration is started by giving written notice to the other party of the intent to start the arbitration.  Except as otherwise provided by the Federal Arbitration Act, this notice may be given before or after a lawsuit has been started over the Claim or with respect to other Claims brought later in the lawsuit. If you start the arbitration, you must notify us at the following address:

> The Huntington National Bank
> Deposit Account Arbitration
> Attention: Customer Service
> P. O. Box 1558
> Columbus, Ohio 43272

If we start the arbitration, we will notify you in writing at your last known address we have on file. Arbitration of a Claim must comply with this Arbitration Provision and, to the extent not inconsistent or in conflict with this Arbitration Provision, the applicable rules of the arbitration administrator.

d.  Choosing the Administrator
The party starting the arbitration proceeding must choose either the American Arbitration Association, www.adr.org, 800-778-7879 or JAMS, www.jamsadr.com, 800-352-5267 as the administrator. However, if you are the party starting the arbitration proceeding, you may, subject to our agreement, choose a different arbitration agency or arbitrator that qualifies with the requirements of this Arbitration Provision to act as administrator. In all cases, the arbitrator(s) must be a lawyer with more than 10 years of experience.  However, no arbitration may be administered by an arbitrator agency or arbitrator that will not follow, or has any policies or procedures materially inconsistent with, the terms of this Arbitration Provision.  If, for any reason, the chosen arbitration agency or arbitrator is unable or unwilling or ceases to serve as the administrator, or does not qualify or ceases to qualify as an administrator under the terms of this Arbitration Provision, the parties shall, within 20 days after learning of such inability, unwillingness, cessation or disqualification, agree on another arbitration agency or arbitrator that does qualify under the terms of this Arbitration Provision.  In the absence of such agreement, either party may apply to a court of competent jurisdiction for the court to appoint an arbitrator or arbitration agency; provided, however, that such arbitrator or arbitration agency must conduct the arbitration in accordance with this Arbitration Provision.

e.  COURT AND JURY TRIALS PROHIBITED AND OTHER LIMITATIONS ON LEGAL RIGHTS
If arbitration is started with respect to a Claim, or if a court compels a Claim to be arbitrated under this Arbitration Provision, all of the following apply:
i.  There will be no right to try that Claim in court.
ii.  There will be no jury trial on that Claim.



iii. There will be no discovery, except as allowed by the arbitration rules of the administrator of this Arbitration Provision.

iv. We and you are prohibited from participating in a class action or class-wide arbitration with respect to that Claim (the "Class Action and Consolidation Waiver"). This means that neither we nor you can be a representative or member of any class of claimants or act as a private attorney general or in any other representative capacity in court or in arbitration with respect to that Claim. This also means that the arbitrator has no power of authority to conduct any class-wide arbitration. In addition, this means that claims brought by or against one or more of you may not be joined or consolidated in the arbitration with Claims brought by or against any other depositor or person connected with a different deposit account (unless such persons are joint accountholders or beneficiaries on your Deposit Account and/or other Deposit Accounts held by you).

v. Except as allowed by this Arbitration Provision and the Federal Arbitration Act, the arbitrator's decision will be final and binding.

vi. Other rights that you or we would have in court may also not be available in arbitration.

f. Effect of Class Action and Consolidation Waiver

If the Class Action and Consolidation Waiver is invalidated or not enforced in a court proceeding, then this entire Arbitration Provision (except for this sentence and the Jury Trial Waiver) shall be null and void. Nothing in this paragraph shall affect the right of any party to appeal any invalidation or non-enforcement of the Class Action and Consolidation Waiver. The parties acknowledge and agree that under no circumstances will a class action be arbitrated. The Class Action and Consolidation waiver does not apply to any lawsuit or administrative proceeding filed against us in court by a state or federal government agency even when such agency is seeking relief on behalf of a class of consumers including you. This means that we will not have the right to compel arbitration of any claim brought in court by such an agency.

g. Location of Arbitration

Any arbitration hearing that you attend must take place at a location reasonably convenient to your residence.

h. Cost of Arbitration

Each administrator charges fees to administer an arbitration proceeding. This may include fees not charged by a court. At your written request, we will pay all filing, hearing and/or other fees charged to you by the administrator or arbitrator in an individual arbitration after you have paid an amount equivalent to the fee, if any, for filing such Claim in state or federal court (whichever is less) in the judicial district in which you reside. If you have already paid a filing fee for asserting the Claim in court, you will not be required to pay that amount again. In addition, the administrator may have a procedure whereby you can seek a waiver of fees charged to you by the administrator or arbitrator. We will pay any fees or expenses that we are required to pay by law or the administrator's rules or that we are required to pay for this Arbitration Provision to be enforced. Notwithstanding any provision in the deposit agreement or any other applicable agreement or any right we have under applicable law, (i) we will pay your reasonable attorneys', experts' and witnesses' fees with respect to any Claim in the arbitration on which you prevail, whether you or we start the arbitration, or as required by applicable law, but otherwise those fees will be your obligation, and (ii) we will not ask you to pay or reimburse us for any of our attorneys', experts' and witnesses' fees in connection with the arbitration, regardless of which party prevails in the arbitration.

i. Governing Law

This Arbitration Provision is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq. and not by any state arbitration law. The arbitrator must apply applicable substantive law consistent with the Federal Arbitration Act and applicable statutes of limitations and claims of privilege recognized at law. In addition to the Federal Arbitration Act, this Arbitration Provision is governed by other federal laws of the United States of America. To the extent federal law does not apply, the law of the state governing your Deposit Account applies. The arbitrator is authorized to award all remedies permitted by the substantive law that would apply if the action were pending in court. At the timely request of either party, the arbitrator must provide a brief written explanation of the basis for the award.

j. Right to Discovery

In addition to the parties' rights to obtain discovery pursuant to the arbitration to the arbitration rules of the administrator, either party may submit a written request to the arbitrator to expand the scope of discovery normally allowable under the arbitration rules of the administrator. The arbitrator shall have discretion to grant or deny that request.

k. Arbitration Result and Right of Appeal



Judgement upon the award given by the arbitrator may be entered in any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the Federal Arbitration Act. However, if the amount of the Claim exceeds $100,000, any party can appeal the award to a three-arbitrator panel administered by the administrator, which shall reconsider any aspect of the initial award requested by the appealing party. The decision of the panel shall be by majority vote. Reference in the Arbitration Provision to "the arbitrator" shall mean the panel of arbitrators if an appeal of the arbitrator's decision has been taken. Subject to applicable law, costs of such an appeal will be borne by the appealing party regardless of the outcome of the appeal. However, we will consider any good faith, reasonable request for us to pay all or any part of those fees if you are the appealing party.

l. Notice and Cure; Special Payment
Prior to initiating a Claim, you may send us a written Dispute Claim Notice. In order for a Dispute Claim Notice to be valid and effective, it must: (a) state your name, address and the account number for the deposit account(s) with us that is (are) the subject of your claim; (b) be signed by you; (c) describe the basis of your Claim and the amount you would accept to resolve the Claim; (d) state that you are exercising your rights under the "Notice and Cure" paragraph of the Arbitration Provision; and (e) be sent to us by certified mail, return receipt requested, at The Huntington National Bank, Deposit Account Arbitration, Attention: Customer Service, P. O. Box 1558, Columbus, Ohio 43272. This is the sole and only method by which you can submit a Dispute Claim Notice. Upon receipt of a Dispute Claim Notice, we will credit one of your Deposit Accounts for the standard cost of a certified letter. You must give us a reasonable opportunity, not less than 30 days, to resolve the Claim. If, and only if, (i) you submit a Dispute Claim Notice in accordance with this paragraph on your own behalf (and not on behalf of any other party); (ii) you cooperate with us by promptly providing the information we reasonably request, (iii) we refuse to provide you with the relief you request before an arbitrator is appointed; and (iv) the matter then proceeds to arbitration and the arbitrator subsequently determines that you were entitled to such relief (or greater relief), you will be entitled to a minimum award of $7,500 (not including any arbitration fees and attorneys' fees and costs to which you will also be entitled as provided by this Arbitration Provision). We encourage you to address all Claims you have in a single Deposit Dispute Claim Notice and/or a single arbitration. Accordingly, this $7,500 minimum award is a single award that applies to all Claims you have asserted or could have asserted in the arbitration, and multiple awards of $7,500 are not contemplated.

m. Rules of Interpretation
This Arbitration Provision shall survive (i) the termination or closing of the Deposit Account or related services, (ii) any changes to the Deposit Account or related services, (iii) any legal proceeding, (iv) any use of the right of set-off or any other self-help remedy or other remedy of action, (v) any transfer or assignment of the deposit account, and (vi) any bankruptcy of any party (to the extent consistent with applicable bankruptcy law). Subject to paragraph 6, if any portion of this Arbitration Provision is deemed invalid or unenforceable, it shall not invalidate the remaining portions of this Arbitration Provision, provided that such remaining portions are not then materially inconsistent with the terms of this Arbitration Provision prior to such determination of invalidity or unenforceability. In the event of a conflict or inconsistency between this Arbitration Provision and the applicable arbitration rules, this Arbitration Provision shall govern.

n. Jury Trial Waiver
TO THE EXTENT PERMITTED BY APPLICABLE LAW, IF A DISPUTE IS RESOLVED IN COURT RATHER THAN ARBITRATION, YOU AND WE HEREBY KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND IRREVOCABLY WAIVE ANY RIGHT TO A TRIAL BY JURY IN RESPECT TO ANY LITIGATION BASED UPON OR ARISING OUT OF ANY CLAIM, DISPUTE OR CONTROVERSY RELATING TO ANY OF YOUR DEPOSIT ACCOUNTS OR OTHER SERVICES CONVERED BY THIS ARBITRATION PROVISION.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC

BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*   Account: X4415

| Statement Activity From: 10/01/19 to 10/31/19 | | Beginning Balance | $908,908.47 |
|---|---|---|---|
| | | Credits (+) | 220,135.00 |
| | |   Wire Transfer Credits | 220,000.00 |
| Days in Statement Period | 31 |   Other Credits | 135.00 |
| | | Debits (-) | 224,734.02 |
| Average Ledger Balance* | 933,890.35 |   Regular Checks Paid | 218,092.99 |
| Average Collected Balance* | 933,890.35 |   Electronic Withdrawals | 6,304.84 |
| * The above balances correspond to the service charge cycle for this account. | |   Other Debits | 336.19 |
| | | Total Service Charges (-) | 72.00 |
| | | Ending Balance | $904,237.45 |

## Other Credits (+)   Account: X4415

| Date | Amount | Description |
|---|---|---|
| 10/04 | 100,000.00 | INCOMING FEDWIRE TRANSFER |
| 10/15 | 120,000.00 | INCOMING FEDWIRE TRANSFER |
| 10/28 | 135.00 | MERCHANDISE RET UNITED███████ UNITED█████████-2732 TX ███████980 |

## Checks (-)   Account: X4415

| Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| 10/02 | 90,000.00 | 95 | | 10/16 | 35,823.42 | 106 |
| 10/17 | 20,519.57 | 99* | | 10/22 | 5,000.00 | 108* |
| 10/24 | 5,000.00 | 100 | | 10/28 | 54,750.00 | 109 |
| 10/01 | 1,000.00 | 103* | | 10/23 | 5,000.00 | 110 |
| 10/01 | 1,000.00 | 105* | | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)   Account: X4415

| Date | Amount | Description |
|---|---|---|
| 10/16 | 299.19 | PURCHASE LINDEY'S LINDEY'S COLUMBUS OH███████980 |
| 10/22 | 6,304.84 | CAPITAL ONE MOBILE PMT ████████1175 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. █ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2019 Huntington Bancshares Incorporated.



## Other Debits (-)                                        Account: X4415

| Date | Amount | Description |
|------|--------|-------------|
| 10/30 | 37.00 | PURCHASE FOUR SEASONS VALET  FOUR SEASONS VALET BOSTON MA ███████ 980 |

## Service Charge Detail                                   Account: X4415

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 10/15 | 72.00 | | WIRE TRANSFER FEES (INCOMING) |
| 10/15 | 20.00 | | MONTHLY SERVICE FEE |
| 10/15 | | 20.00 | PROMOTIONAL WAIVE - MONTHLY SERVICE FEE |

## Service Charge Summary                                  Account: X4415

| | |
|---|---|
| Previous Month Service Charges (-) | $92.00 |
| Credits - Previous Month Charges (+) | 20.00 |
| Net Service Charges | $72.00 |
| Total Service Charges (-) | $72.00 |

## Balance Activity                                        Account: X4415

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/30 | 908,908.47 | 10/15 | 1,036,836.47 | 10/23 | 963,889.45 |
| 10/01 | 906,908.47 | 10/16 | 1,000,713.86 | 10/24 | 958,889.45 |
| 10/02 | 816,908.47 | 10/17 | 980,194.29 | 10/28 | 904,274.45 |
| 10/04 | 916,908.47 | 10/22 | 968,889.45 | 10/30 | 904,237.45 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION REGARDING YOUR BUSINESS CHECKING ACCOUNT**

The following price changes will be effective December 1, 2019:

- Account Reconciliation Paper Report: $150.00 per account, per month
- Mailed Image Statement: $5.00 per account, per month
- Payment Center Premier Wires Only: $30.00 per month, per Business Online Company ID
- Payment Center Select Wires Only: $25.00 per month, per Business Online Company ID
- Payment Center Select ACH & Wires: $60.00 per month, per Business Online Company ID
- Payment Center Basic Wires Only: $25.00 per month, per Business Online Company ID
- Payment Center Basic ACH & Wires: $50.00 per month, per Business Online Company ID
- Payment Center Basic Accounts: $15.00 per month, per account after the first 3 at no charge

**Use of your account on or after December 1, 2019 indicates your acceptance of the above changes.**

For more information about the changes, please see your Huntington banker or call us at (800) 480-2001, Monday through Friday, 7:30 a.m. to 6:30 p.m. ET.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC

BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*     Account: X4415

| Statement Activity From: 11/01/19 to 11/30/19 | | Beginning Balance | $904,237.45 |
|---|---|---|---|
| | | Debits (-) | 753,628.97 |
| | | Regular Checks Paid | 724,172.27 |
| Days in Statement Period | 30 | Electronic Withdrawals | 8,608.70 |
| | | Wire Transfer Debits | 20,000.00 |
| Average Ledger Balance* | 623,786.03 | Other Debits | 848.00 |
| Average Collected Balance* | 623,786.03 | Total Service Charges (-) | 36.00 |
| * The above balances correspond to the service charge cycle for this account. | | Ending Balance | $150,572.48 |

## Checks (-)     Account: X4415

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 11/04 | 26,745.00 | 111 | 11/12 | 15,000.00 | 121* |
| 11/01 | 23,250.00 | 112 | 11/12 | 140,000.00 | 123* |
| 11/19 | 19,177.27 | 113 | 11/25 | 500,000.00 | 124 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)     Account: X4415

| Date | Amount | Description |
|---|---|---|
| 11/01 | 20,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 11/06 | 400.00 | HUNTINGTON ATM CASH WITHDRAWAL 2631 E MAIN ST BEXLEY OH ███████ 980 |
| 11/07 | 400.00 | HUNTINGTON ATM CASH WITHDRAWAL 2631 E MAIN ST BEXLEY OH ███████ 980 |
| 11/08 | 4,904.16 | CAPITAL ONE MOBILE PMT ███████ 5577 |
| 11/08 | 3,704.54 | CAPITAL ONE MOBILE PMT ███████ 5575 |
| 11/18 | 48.00 | PURCHASE CMH PARKING CMH PARKING COLUMBUS OH ███████ 980 |

## Service Charge Detail     Account: X4415

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 11/15 | 36.00 | | WIRE TRANSFER FEES (INCOMING) |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. 🏠 ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2019 Huntington Bancshares Incorporated.



## *Service Charge Detail*                  *Account: X4415*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 11/15 | 20.00 | | MONTHLY SERVICE FEE |
| 11/15 | | 20.00 | PROMOTIONAL WAIVE - MONTHLY SERVICE FEE |

## *Service Charge Summary*                  *Account: X4415*

| | |
|---|---|
| Previous Month Service Charges (-) | $56.00 |
| Credits - Previous Month Charges (+) | 20.00 |
| **Net Service Charges** | **$36.00** |
| **Total Service Charges (-)** | **$36.00** |

## *Balance Activity*                  *Account: X4415*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/31 | 904,237.45 | 11/07 | 833,442.45 | 11/18 | 669,749.75 |
| 11/01 | 860,987.45 | 11/08 | 824,833.75 | 11/19 | 650,572.48 |
| 11/04 | 834,242.45 | 11/12 | 669,833.75 | 11/25 | 150,572.48 |
| 11/06 | 833,842.45 | 11/15 | 669,797.75 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

TIER2-0039578

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC

BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

---

## *Huntington Unlimited Checking*       *Account: X4415*

| | | |
|---|---|---|
| **Statement Activity From:** 12/01/19 to 12/31/19 | **Beginning Balance** | **$150,572.48** |
| | **Debits (-)** | **85,710.44** |
| | Regular Checks Paid | 67,500.00 |
| Days in Statement Period   31 | Electronic Withdrawals | 8,487.15 |
| | Other Debits | 9,723.29 |
| Average Ledger Balance*   88,085.26 | **Total Service Charges (-)** | **45.00** |
| Average Collected Balance*   88,085.26 | **Ending Balance** | **$64,817.04** |
| * The above balances correspond to the service charge cycle for this account. | | |

---

## Checks (-)       *Account: X4415*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 12/11 | 5,000.00 | 114 | 12/03 | 32,500.00 | 122* |
| 12/12 | 30,000.00 | 115 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)       *Account: X4415*

| Date | Amount | Description |
|---|---|---|
| 12/02 | 48.76 | PURCHASE KROGER FU 7000 E B   KROGER FU 7000 E B COLUMBUS OH       980 |
| 12/03 | 2.65 | PURCHASE STARBUCKS STORE 02346   STARBUCKS STORE 02346 BEXLEY OH       980 |
| 12/04 | 4.50 | PURCHASE CVS/PHARM 03405–1   CVS/PHARM 03405–1 COLUMBUS OH       980 |
| 12/04 | 2.65 | PURCHASE STARBUCKS STORE 02346   STARBUCKS STORE 02346 BEXLEY OH       980 |
| 12/05 | 2,144.89 | CAPITAL ONE MOBILE PMT       0582 |
| 12/05 | 2.95 | PURCHASE HOTEL LEVEQUE, AUTOGRA   HOTEL LEVEQUE, AUTOGRA COLUMBUS OH       980 |
| 12/06 | 67.01 | PURCHASE CVS/PHARMACY #   CVS/PHARMACY # BEXLEY OH       980 |
| 12/06 | 13.20 | PURCHASE ZOUP-OH.COM 8009613071   ZOUP-OH.COM 8009613071 COLUMBUS OH       980 |
| 12/06 | 2.65 | PURCHASE STARBUCKS STORE 02346   STARBUCKS STORE 02346 BEXLEY OH       980 |
| 12/11 | 5,000.00 | PURCHASE ASU FOUNDATION   ASU FOUNDATION 4809657825 AZ       980 |
| 12/17 | 1,295.36 | PURCHASE VERIZON WRLS 21536-01   VERIZON WRLS 21536-01 ATLANTA GA       980 |
| 12/17 | 3.65 | PURCHASE STARBUCKS STORE 02346   STARBUCKS STORE 02346 BEXLEY OH       980 |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ⊕ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.   ©2019 Huntington Bancshares Incorporated.



## Other Debits (-)                                                          Account: X4415

| Date | Amount | Description |
|------|--------|-------------|
| 12/19 | 4,437.04 | CAPITAL ONE MOBILE PMT ██████████ 2129 |
| 12/19 | 1,905.22 | CAPITAL ONE MOBILE PMT ██████████ 2128 |
| 12/20 | 66.71 | PURCHASE JEFF RUBY'S COLUMBUS  JEFF RUBY'S COLUMBUS COLUMBUS OH ████ 980 |
| 12/23 | 2.95 | PURCHASE SHERATON COLUMBUS AT C  SHERATON COLUMBUS AT C COLUMBUS OH ████ 980 |
| 12/23 | 2.25 | PURCHASE PARKCOLUMBUS.COM METER  PARKCOLUMBUS.COM METER COLUMBUS OH ████ 980 |
| 12/26 | 3,200.00 | PURCHASE OSU TICKET OFFICE  OSU TICKET OFFICE 614-292-2624 OH ████ 980 |
| 12/30 | 8.00 | PURCHASE SWA INFLIGHT WIFI  SWA INFLIGHT WIFI 800-435-9792 CA ████ 980 |

## Service Charge Detail                                                     Account: X4415

| Date | Service Charge (-) | Waives and  Discounts (+) | Description |
|------|--------------------|---------------------------|-------------|
| 12/16 | 45.00 | | WIRE TRANSFER FEES (OUTGOING) |
| 12/16 | 20.00 | | MONTHLY SERVICE FEE |
| 12/16 | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## Service Charge Summary                                                    Account: X4415

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$65.00** |
| Credits - Previous Month Charges (+) | 20.00 |
| **Net Service Charges** | **$45.00** |
| **Total Service Charges (-)** | **$45.00** |

## Balance Activity                                                          Account: X4415

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/30 | 150,572.48 | 12/06 | 115,783.22 | 12/19 | 68,096.95 |
| 12/02 | 150,523.72 | 12/11 | 105,783.22 | 12/20 | 68,030.24 |
| 12/03 | 118,021.07 | 12/12 | 75,783.22 | 12/23 | 68,025.04 |
| 12/04 | 118,013.92 | 12/16 | 75,738.22 | 12/26 | 64,825.04 |
| 12/05 | 115,866.08 | 12/17 | 74,439.21 | 12/30 | 64,817.04 |



---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(s)**

We have made important changes to your checking, savings and money market account(s) as described in this notice. Please review and retain this document for your records. Unless otherwise specified, these changes are made as part of your *Business Deposit Account Agreement* (the "Agreement").

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a Customer Service Center Specialist.

Effective February 9, 2020, the Business Deposit Account Agreement is adding "19.FDIC Provisions" to your Agreement, and your Arbitration provision will be moved to Section 20.

19. FDIC Provisions

       Special Provisions for Accounts that qualify for Pass-Through Insurance

If you have opened a deposit account on behalf of others, sometimes referred to as the beneficial owner(s) of the funds in the account (for example you are acting as an agent, nominee, guardian, executor, custodian or funds held in some other capacity), those beneficial owners may be eligible for "pass-through" insurance from the FDIC. This means the account could qualify for more than the standard maximum deposit insurance amount (currently $250,000 per depositor in the same ownership right and capacity). Your account has transactional features as defined in § 370.2(j) of the FDIC's Rules and Regulations at https://www.fdic.gov/regulations/laws/rules/2000-9200.html#fdic2000part370.2.   Accordingly, you as the account holder must be able to provide a record of the interests of the beneficial owner(s) in accordance with the FDIC's requirements as specified below.

The FDIC has published a guide that describes the process to follow and the information you will need to provide in the event we fail. In addition, the FDIC published an Addendum to the guide, section VIII, which is a good resource to understand the FDIC's alternative recordkeeping requirements for pass-through insurance. The Addendum sets forth the expectations of the FDIC to demonstrate eligibility for pass-through insurance coverage of any deposit accounts, including those with transactional features. The Addendum will provide information regarding the records you should keep on the beneficial owners of the funds, identifying information for those owners, and the format in which to provide the records to the FDIC upon our failure. You must be able to provide this information within 24 hours after the appointment of the FDIC as receiver in order to receive payment for the insured amount of pass-through deposit insurance coverage as soon as possible. That information can be accessed on the FDIC's website at https://www.fdic.gov/deposit/deposits/brokers/part-370-appendix.html.  You have an opportunity to validate the capability to deliver the required information in the appropriate format so that a timely calculation of deposit insurance coverage can be made, and if you would like to do so, please contact us.

You agree to cooperate fully with us and the FDIC in connection with determining the insured status of funds in such accounts at any time. In the event of our failure, you agree to provide the FDIC with the information described above in the required format within 24 hours of that event.  As soon as the FDIC is appointed, a hold may be placed on your account so that the FDIC can conduct the deposit insurance determination; that hold will not be released until the FDIC determines that you have provided the necessary data to enable the FDIC to calculate the deposit insurance.  You understand and agree that your failure to provide the necessary data to the FDIC may result in a delay in receipt of insured funds and legal claims against you from the beneficial owners of the funds in the account. If you do not provide the required data, your account may be held or frozen until the information is received, which could delay when the beneficial owners would receive funds. Notwithstanding other provisions in this Agreement, this section survives after the FDIC is appointed as our receiver, and the FDIC is considered a third party beneficiary of this section.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC
BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*      Account: X4415

| Statement Activity From: 01/01/20 to 01/31/20 | | Beginning Balance | $64,817.04 |
|---|---|---|---|
| | | Credits (+) | 3,200.00 |
| | |   Other Credits | 3,200.00 |
| Days in Statement Period | 31 | Debits (-) | 68,004.84 |
| | |   Regular Checks Paid | 48,000.00 |
| Average Ledger Balance* | 22,074.23 |   Electronic Withdrawals | 9,743.26 |
| Average Collected Balance* | 22,074.23 |   Other Debits | 10,261.58 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 0.00 |
| | | Ending Balance | $12.20 |

## Other Credits (+)      Account: X4415

| Date | Amount | Description |
|---|---|---|
| 01/02 | 3,200.00 | MERCHANDISE RET OSU TICKET OFFICE   OSU TICKET OFFICE 614-292-2624 OH ____980 |

## Checks (-)      Account: X4415

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 01/14 | 10,000.00 | 119 | 01/15 | 15,000.00 | 126 |
| 01/24 | 8,000.00 | 125* | 01/02 | 15,000.00 | 127 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)      Account: X4415

| Date | Amount | Description |
|---|---|---|
| 01/02 | 4,268.61 | CAPITAL ONE MOBILE PMT ____9125 |
| 01/02 | 159.42 | PURCHASE TED S MONTANA GRILL - TED S MONTANA GRILL - NEW YORK NY ____980 |
| 01/06 | 9,249.03 | PURCHASE MARRIOTT NY MARQUIS   MARRIOTT NY MARQUIS NEW YORK NY ____980 |
| 01/06 | 1.50 | PURCHASE PARKCOLUMBUS.COM METER   PARKCOLUMBUS.COM METER COLUMBUS OH ____980 |
| 01/08 | 299.00 | PURCHASE OHIO BUSINESS FILING   OHIO BUSINESS FILING 614-466-0180 OH ____980 |
| 01/09 | 53.61 | PURCHASE KROGER FU 2000 E M   KROGER FU 2000 E M COLUMBUS OH ____980 |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ⚫ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2020 Huntington Bancshares Incorporated.



## Other Debits (-)                                                    Account: X4415

| Date | Amount | Description |
|------|--------|-------------|
| 01/09 | 1.50 | PURCHASE PARKCOLUMBUS.COM METER  PARKCOLUMBUS.COM METER COLUMBUS OH ████████980 |
| 01/13 | 2.65 | PURCHASE STARBUCKS STORE 02346  STARBUCKS STORE 02346 BEXLEY OH█████████980 |
| 01/16 | 5,474.65 | CAPITAL ONE MOBILE PMT ███████████4357 |
| 01/24 | 36.50 | PURCHASE SPEEDWAY 2965 E M  SPEEDWAY 2965 E M COLUMBUS OH████████980 |
| 01/27 | 387.00 | PURCHASE SQ *POLARIS EMBROIDERY  SQ *POLARIS EMBROIDERY COLUMBUS OH█████████980 |
| 01/27 | 71.37 | PURCHASE KROGER FU 2000 E M  KROGER FU 2000 E M COLUMBUS OH████████980 |

## Service Charge Summary                                              Account: X4415

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity                                                    Account: X4415

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/31 | 64,817.04 | 01/09 | 38,984.37 | 01/16 | 8,507.07 |
| 01/02 | 48,589.01 | 01/13 | 38,981.72 | 01/24 | 470.57 |
| 01/06 | 39,338.48 | 01/14 | 28,981.72 | 01/27 | 12.20 |
| 01/08 | 39,039.48 | 01/15 | 13,981.72 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(s)**

We have made important changes to your checking, savings and money market account(s) as described in this notice. Please review and retain this document for your records. Unless otherwise specified, these changes are made as part of your *Business Deposit Account Agreement* (the "Agreement").

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a Customer Service Center Specialist.

Effective February 9, 2020, the Business Deposit Account Agreement is adding "19.FDIC Provisions" to your Agreement, and your Arbitration provision will be moved to Section 20.

19. FDIC Provisions

      Special Provisions for Accounts that qualify for Pass-Through Insurance

If you have opened a deposit account on behalf of others, sometimes referred to as the beneficial owner(s) of the funds in the account (for example you are acting as an agent, nominee, guardian, executor, custodian or funds held in some other capacity), those beneficial owners may be eligible for "pass-through" insurance from the FDIC. This means the account could qualify for more than the standard maximum deposit insurance amount (currently $250,000 per depositor in the same ownership right and capacity). Your account has transactional features as defined in § 370.2(j) of the FDIC's Rules and Regulations at https://www.fdic.gov/regulations/laws/rules/2000-9200.html#fdic2000part370.2. Accordingly, you as the account holder must be able to provide a record of the interests of the beneficial owner(s) in accordance with the FDIC's requirements as specified below.

The FDIC has published a guide that describes the process to follow and the information you will need to provide in the event we fail. In addition, the FDIC published an Addendum to the guide, section VIII, which is a good resource to understand the FDIC's alternative recordkeeping requirements for pass-through insurance. The Addendum sets forth the expectations of the FDIC to demonstrate eligibility for pass-through insurance coverage of any deposit accounts, including those with transactional features. The Addendum will provide information regarding the records you should keep on the beneficial owners of the funds, identifying information for those owners, and the format in which to provide the records to the FDIC upon our failure. You must be able to provide this information within 24 hours after the appointment of the FDIC as receiver in order to receive payment for the insured amount of pass-through deposit insurance coverage as soon as possible. That information can be accessed on the FDIC's website at https://www.fdic.gov/deposit/deposits/brokers/part-370-appendix.html. You have an opportunity to validate the capability to deliver the required information in the appropriate format so that a timely calculation of deposit insurance coverage can be made, and if you would like to do so, please contact us.

You agree to cooperate fully with us and the FDIC in connection with determining the insured status of funds in such accounts at any time. In the event of our failure, you agree to provide the FDIC with the information described above in the required format within 24 hours of that event. As soon as the FDIC is appointed, a hold may be placed on your account so that the FDIC can conduct the deposit insurance determination; that hold will not be released until the FDIC determines that you have provided the necessary data to enable the FDIC to calculate the deposit insurance. You understand and agree that your failure to provide the necessary data to the FDIC may result in a delay in receipt of insured funds and legal claims against you from the beneficial owners of the funds in the account. If you do not provide the required data, your account may be held or frozen until the information is received, which could delay when the beneficial owners would receive funds. Notwithstanding other provisions in this Agreement, this section survives after the FDIC is appointed as our receiver, and the FDIC is considered a third party beneficiary of this section.

TIER2-0039585

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC

BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*                                      *Account:* 4415

| Statement Activity From: 02/01/20 to 02/29/20 | | Beginning Balance | $12.20 |
|---|---|---|---|
| | | Credits (+) | 45,000.00 |
| | | Regular Deposits | 30,000.00 |
| Days in Statement Period | 29 | Wire Transfer Credits | 15,000.00 |
| | | Debits (-) | 29,955.58 |
| Average Ledger Balance* | 4,206.05 | Regular Checks Paid | 27,246.92 |
| Average Collected Balance* | 2,137.08 | Electronic Withdrawals | 2,192.68 |
| | | Other Debits | 515.98 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 0.00 |
| | | Ending Balance | $15,056.62 |

## *Deposits (+)*                                                        *Account:* 4415

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 02/28 | 30,000.00 | | Brch/ATM | | | | |

## *Other Credits (+)*                                                   *Account:* 4415

| Date | Amount | Description |
|---|---|---|
| 02/12 | 15,000.00 | INCOMING FEDWIRE TRANSFER |

## *Checks (-)*                                                          *Account:* 4415

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 02/12 | 3,000.00 | 128 | 02/19 | 7,000.00 | 130 |
| 02/26 | 2,246.92 | 129 | 02/28 | 15,000.00 | 131 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)*                                                    *Account:* 4415

| Date | Amount | Description |
|---|---|---|
| 02/03 | 1.25 | PURCHASE PARKCOLUMBUS.COM METER  PARKCOLUMBUS.COM METER COLUMBUS OH |
| | | 0980 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2020 Huntington Bancshares Incorporated.



## Other Debits (-)          *Account:* ███ *4415*

| Date | Amount | Description |
|------|--------|-------------|
| 02/04 | 1.50 | PURCHASE PARKCOLUMBUS.COM METER   PARKCOLUMBUS.COM METER COLUMBUS OH ███ 0980 |
| 02/13 | 2,192.68 | CAPITAL ONE MOBILE PMT ███ 3919 |
| 02/24 | 1.50 | PURCHASE PARKCOLUMBUS.COM METER   PARKCOLUMBUS.COM METER COLUMBUS OH ███ 0980 |
| 02/27 | 9.83 | PURCHASE 0561-CLB TRAVELMART B   0561-CLB TRAVELMART B COLUMBUS OH ███ 0980 |
| 02/28 | 495.20 | PURCHASE AMERICAN███   AMERICAN███ 7300 TX ███ 0980 |
| 02/28 | 3.51 | PURCHASE C1-CIBO EXPRESS C71   C1-CIBO EXPRESS C71 NEWARK NJ ███ 0980 |
| 02/28 | 3.19 | PURCHASE C1 FOOD HALL - EMV   C1 FOOD HALL - EMV NEWARK NJ ███ 0980 |

## Service Charge Summary          *Account:* ███ *4415*

**Previous Month Service Charges (-)**      $0.00
**Total Service Charges (-)**      $0.00

## Balance Activity          *Account:* ███ *4415*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 12.20 | 02/13 | 9,816.77 | 02/27 | 558.52 |
| 02/03 | 10.95 | 02/19 | 2,816.77 | 02/28 | 15,056.62 |
| 02/04 | 9.45 | 02/24 | 2,815.27 | | |
| 02/12 | 12,009.45 | 02/26 | 568.35 | | |

---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



### Coming Soon - Real-Time Payments

We are excited to share that your deposit account(s) will soon be able to receive Real-Time Payment (RTP®) credit transactions. RTP, the first new payment system in the U.S. in more than 40 years, provides immediate funds availability and the ability to receive more robust transaction details. Business accounts will be subject to a fee of $.30 per RTP credit transaction beginning on or after March 23, 2020.

To learn more about RTP, visit www.huntington.com/rtp

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC
BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*      Account: 4415

| Statement Activity From: 03/01/20 to 03/31/20 | | |
|---|---|---|
| Days in Statement Period | | 31 |
| Average Ledger Balance* | | 7,305.35 |
| Average Collected Balance* | | 5,369.86 |

\* The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| Beginning Balance | $15,056.62 |
| Credits (+) | 9,000.00 |
|    Wire Transfer Credits | 9,000.00 |
| Debits (-) | 18,603.85 |
|    Regular Checks Paid | 5,246.92 |
|    Electronic Withdrawals | 13,284.96 |
|    Other Debits | 71.97 |
| Total Service Charges (-) | 38.00 |
| Ending Balance | $5,414.77 |

## *Other Credits (+)*      Account: 4415

| Date | Amount | Description |
|---|---|---|
| 03/16 | 9,000.00 | INCOMING FEDWIRE TRANSFER |

## *Checks (-)*      Account: 4415

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/10 | 2,246.92 | 116 | 03/09 | 3,000.00 | 117 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)*      Account: 4415

| Date | Amount | Description |
|---|---|---|
| 03/02 | 8.47 | PURCHASE DULLES GOURMET MARKET  DULLES GOURMET MARKET DULLES VA ███████0980 |
| 03/04 | 63.50 | NON-HUNTINGTON CASH WITHDRAWAL  2594 E MAIN ST COLUMBUS OH ███████0980 |
| 03/05 | 7,789.58 | CAPITAL ONE MOBILE PMT ███████2624 |
| 03/10 | 1,495.38 | CAPITAL ONE MOBILE PMT ███████4911 |
| 03/27 | 4,000.00 | CAPITAL ONE MOBILE PMT ███████1801 |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⬛ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2020 Huntington Bancshares Incorporated.



## *Service Charge Detail*                                     *Account:* ▇▇▇ *4415*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 03/16 | 18.00 | | WIRE TRANSFER FEES (INCOMING) |
| 03/16 | 20.00 | | MONTHLY SERVICE FEE |

## *Service Charge Summary*                                   *Account:* ▇▇▇ *4415*

| | |
|---|---|
| Previous Month Service Charges (-) | $38.00 |
| Total Service Charges (-) | $38.00 |

## *Balance Activity*                                           *Account:* ▇▇▇ *4415*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/29 | 15,056.62 | 03/05 | 7,195.07 | 03/16 | 9,414.77 |
| 03/02 | 15,048.15 | 03/09 | 4,195.07 | 03/27 | 5,414.77 |
| 03/04 | 14,984.65 | 03/10 | 452.77 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC
BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

---

## Huntington Unlimited Checking

**Account: ████4415**

| | |
|---|---|
| **Statement Activity From:** | |
| **04/01/20 to 04/30/20** | |
| | |
| Days in Statement Period | 30 |
| | |
| Average Ledger Balance* | 3,745.16 |
| Average Collected Balance* | 3,745.16 |
| * The above balances correspond to the | |
| service charge cycle for this account. | |

| | |
|---|---|
| **Beginning Balance** | **$5,414.77** |
| **Debits (-)** | **2,246.92** |
| Regular Checks Paid | 2,246.92 |
| **Total Service Charges (-)** | **41.00** |
| **Ending Balance** | **$3,126.85** |

TIER 2 - 150062

---

## Checks (-)

**Account: ████4415**

| Date | Amount | Check # | | Date | Amount | Check # |
|------|--------|---------|---|------|--------|---------|
| 04/09 | 2,246.92 | 120 | | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

---

## Service Charge Detail

**Account: ████4415**

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 04/15 | 3.00 | | ATM USAGE FEES |
| 04/15 | 18.00 | | WIRE TRANSFER FEES (INCOMING) |
| 04/15 | 20.00 | | MONTHLY SERVICE FEE |

---

## Service Charge Summary

**Account: ████4415**

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$41.00** |
| **Total Service Charges (-)** | **$41.00** |

---

## Balance Activity

**Account: ████4415**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | 5,414.77 | 04/09 | 3,167.85 | 04/15 | 3,126.85 |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⊪⊪® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2020 Huntington Bancshares Incorporated.



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



## IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(s)

We have made important changes to your checking, savings, and money market account(s) as described in this notice. Please retain this document for your records.  Unless otherwise specified, these changes are made as part of your *Business Deposit Account Agreement* and *Funds Availability Policy* (the "Agreement").

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-BANK (2265) to speak to a Customer Service Center Specialist.

Effective June 14, 2020, the following are changes to the Funds Availability Policy:

1)  In 3. STEP THREE: DETERMINING IF WE HAVE PLACED A HOLD ON YOUR DEPOSIT, SECTION a. Longer Delays May Apply, in the first paragraph, the last sentence is replaced with the following:

However, at least the first $225 of each day's total deposits may be available on the first business day after the business day of deposit.

2)  In 3. STEP THREE: DETERMINING IF WE HAVE PLACED A HOLD ON YOUR DEPOSIT, SECTION a. Longer Delays May Apply, third paragraph, the (ii) is replaced with the following:

(ii) If you make deposits in any one day that exceed $5,525.

3)  In 2. STEP TWO: DETERMINING THE AVAILABILITY OF YOUR DEPOSIT, the following is added as a new Section c.:

Real Time Payments
The entire amount of the deposits received by Real Time Payments (RTP) will be available the SAME CALENDAR DAY your deposit is received, even if that day is not a business day.

TIER 2 - 150064



**IMPORTANT INFORMATION REGARDING YOUR BUSINESS CHECKING ACCOUNT**

At Huntington, we believe in looking out for our customers and are here to help, especially with the uncertainty caused by COVID-19. To help support your business during this time, if your business has an Unlimited or Unlimited Plus Account with us, we will waive the Monthly Account Service Fee from April through December of 2020. We will also waive overdraft and return fees for all of our small business customers during the months of April and May 2020, regardless of checking account type. If your fees are typically billed the following month, your waiver will apply to the May and June 2020 billing cycles. You don't even have to ask-we will do it automatically.

Why? Because at Huntington, we're for people.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC
BEXLEY OH ███████

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*                    Account: ████ *4415*

| Statement Activity From: 05/01/20 to 05/31/20 | | | |
|---|---|---|---|

| | | |
|---|---|---|
| Days in Statement Period | 31 | |
| Average Ledger Balance* | 1,191.36 | |
| Average Collected Balance* | 1,191.36 | |

*\* The above balances correspond to the service charge cycle for this account.*

| | |
|---|---|
| Beginning Balance | $3,126.85 |
| Credits (+) | 30,000.00 |
|   Wire Transfer Credits | 30,000.00 |
| Debits (-) | 33,000.00 |
|   Regular Checks Paid | 30,000.00 |
|   Electronic Withdrawals | 3,000.00 |
| Total Service Charges (-) | 0.00 |
| Ending Balance | $126.85 |

## *Other Credits (+)*                    Account: ████ *4415*

| Date | Amount | Description |
|---|---|---|
| 05/06 | 30,000.00 | INCOMING FEDWIRE TRANSFER |

## *Checks (-)*                    Account: ████ *4415*

| Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| 05/06 | 30,000.00 | 138 | | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)*                    Account: ████ *4415*

| Date | Amount | Description |
|---|---|---|
| 05/12 | 3,000.00 | CAPITAL ONE MOBILE PMT ███████ 1730 |

## *Service Charge Summary*                    Account: ████ *4415*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. 🏛® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2020 Huntington Bancshares Incorporated.



## *Balance Activity*

*Account:* ████ *4415*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | 3,126.85 | 05/06 | 3,126.85 | 05/12 | 126.85 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(s)**

Recently the Federal Reserve Board took regulatory action to help customers by temporarily allowing unlimited convenience transfers from savings and money market accounts.

During this time, Huntington will not enforce the 6-transfer limit on your savings or money market account and you will be able to enjoy unlimited transfers from those accounts.

Huntington will also waive any excess debit fees on your savings or money market account.

We will notify you when these regulatory relief actions are no longer in effect.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



17 CONSULTING GROUP LLC

BEXLEY OH

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*     Account: ▮▮▮▮*4415*

| Statement Activity From: 06/01/20 to 06/30/20 | | Beginning Balance | $126.85 |
|---|---|---|---|
| | | Credits (+) | 5,000.00 |
| | |    Regular Deposits | 5,000.00 |
| Days in Statement Period | 30 | Debits (-) | 5,039.81 |
| | |    Regular Checks Paid | 5,000.00 |
| Average Ledger Balance* | 1,115.92 |    Other Debits | 39.81 |
| Average Collected Balance* | 1,115.92 | Total Service Charges (-) | 18.00 |
| * The above balances correspond to the service charge cycle for this account. | | Ending Balance | $69.04 |

## *Deposits (+)*     Account: ▮▮▮▮*4415*

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 06/05 | 5,000.00 | 35443708 | Brch/ATM | | | | |

## *Checks (-)*     Account: ▮▮▮▮*4415*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 06/11 | 5,000.00 | 132 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)*     Account: ▮▮▮▮*4415*

| Date | Amount | Description |
|---|---|---|
| 06/30 | 39.81 | PURCHASE SPEEDWAY 2965 E M SPEEDWAY 2965 E M COLUMBUS OH ▮▮▮▮0980 |

## *Service Charge Detail*     Account: ▮▮▮▮*4415*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 06/15 | 18.00 | | WIRE TRANSFER FEES (INCOMING) |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ▮▮▮®️ and Huntington ®️ are federally registered service marks of Huntington Bancshares Incorporated. ©️2020 Huntington Bancshares Incorporated.



## *Service Charge Summary*                                         *Account:* ▮▮▮▮*4415*

| | |
|---|---|
| Previous Month Service Charges (-) | $18.00 |
| Total Service Charges (-) | $18.00 |

## *Balance Activity*                                               *Account:* ▮▮▮▮*4415*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/31 | 126.85 | 06/11 | 126.85 | 06/30 | 69.04 |
| 06/05 | 5,126.85 | 06/15 | 108.85 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(s)**

Recently the Federal Reserve Board took regulatory action to help customers by temporarily allowing unlimited convenience transfers from savings and money market accounts.

During this time, Huntington will not enforce the 6-transfer limit on your savings or money market account and you will be able to enjoy unlimited transfers from those accounts.

Huntington will also waive any excess debit fees on your savings or money market account.

We will notify you when these regulatory relief actions are no longer in effect.



TIER2-0039551

Check Verified
Huntington Automated teller
4/13/11@1:15 pm ✓
DATE 9/13/19
0093
25-2/410

PAY TO THE ORDER OF CGI Investigations, LLC | $ 67,800.⁰⁰

Sixty seven thousand and eight hundred — DOLLARS

Huntington

FOR

1415"

---

DATE 9/6/19
0094
25-2/410

PAY TO THE ORDER OF 614 Solutions | $ 100,000.00

One hundred thousand — DOLLARS

Huntington

FOR Consulting

1415"

---

DATE 9/13/19
0092
25-2/410

PAY TO THE ORDER OF Tyler Fehrman | $ 15,000.00

Fifteen thousand — DOLLARS

Huntington

FOR

1415"

---

17 CONSULTING GROUP LLC
BEXLEY, OH
102
25-2/410

9/17/19
Date

Pay to the Order of Creative Public Affairs, LLC | $ 5625.00

Five thousand six hundred twenty five — Dollars

Huntington

For

74415"00102

For Deposit Only

---

DATE 9/18/19
0096
25-2/410

PAY TO THE ORDER OF Dan Hilson | $ 5,000.00

Five Thousand — DOLLARS

Huntington

FOR

1415"

For Deposit Only
Dan Hilson

---

TIER2-0039552

**Check 101**

17 CONSULTING GROUP LLC
BEXLEY, OH

Date: 9/24/19

101

Pay to the Order of: Matt Borges
$ 70,000.00
Seventy Thousand — Dollars

Huntington

For: _____

4415"00101

**Check 0097**

DATE 9/24/19

0097

PAY TO THE ORDER OF: CGI Investigations
$ 8921.81
Eight thousand nine hundred twenty one and 81/100 — DOLLARS

Huntington

FOR INVOICE 9/22/2019

4415"

**Check 104**

17 CONSULTING GROUP LLC
BEXLEY, OH

Date: 9/24/19

104

Pay to the Order of: Hancock and Prouty
$ 30,000.00
Thirty thousand — Dollars

Huntington

For: Invoice 1276

4415"00104

PAY CENTRAL BANK
FOR DEPOSIT ONLY
HANCOCK & PROUTY, LLC

**Check 0098**

DATE 9/27/19

0098

PAY TO THE ORDER OF: CGI Investigations, LLC
$ 80,640
Eighty thousand six hundred forty and 00/100 — DOLLARS

Huntington

FOR: 2 weeks + mileage

4415"

**Check 103**

17 CONSULTING GROUP LLC
BEXLEY, OH

Date: 9/26/19

103

Pay to the Order of: The Defenders Project
$ 1,000.00
One Thousand — Dollars

Huntington

For: _____

4415"00103

TIER2-0039553

17 CONSULTING GROUP LLC
BEXLEY, OH 43209

105

75-2/440

9/26/19 Date

Pay to the Order of _Defenders PAC_ $ 1,000.00

_one thousand_ Dollars

Huntington

For _____

⑆415⑆00105

---

0095

25-2/440

DATE 9/16/19

PAY TO THE ORDER OF _Protect Ohio Clean Energy Jobs_ $ 90,000.00

_NINETY THOUSAND AND 0/100_ DOLLARS

Huntington

FOR B12829

⑆415⑆

TIER2-0039554

**17 CONSULTING GROUP LLC**
BEXLEY, OH
106
25-2/440

10/10/19 Date

Pay to the Order of: Denzenhall Resources          $ 35,823.42

Thirtyfive thousand eight hundred twentytree 42/100 Dollars

**Huntington**

For Invoie 18776

⑆415⑆00106

FOR DEPOSIT ONLY
1574207479

CAPITAL ONE, NA

RICHMOND, VA 012 21
Deposit

---

0099
25-2/440

DATE 10/15/19

PAY TO THE ORDER OF: CGI INVESTIGATIONS          $ 20,519.57

Twenty thousand five hundred and 19 - 57/100 DOLLARS

**Huntington**

FOR Invoice 10/8/2019

⑆240⑆          415⑆

---

**17 CONSULTING GROUP LLC**
BEXLEY, OH 43209
108
25-2/440

10/10/19 Date

Pay to the Order of: Greater Columbus Sports Commission     $ 5,000.00

Five thousand          Dollars

**Huntington**

For

⑆415⑆00108

PAY TO THE ORDER OF
THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO
FOR DEPOSIT ONLY
GREATER COLUMBUS SPORTS COMMISSION

---

**17 CONSULTING GROUP LLC**
BEXLEY, OH 43209
110
25-2/440

10/23/19 Date

Pay to the Order of: Matt Borges          $ 5,000.00

Five thousand          Dollars

**Huntington**

For

⑆415⑆00110

---

0100
25-2/440

DATE 10/21/19

PAY TO THE ORDER OF: Terry Casey Communications          $ 5,000.00

Five Thousand          DOLLARS

**Huntington**

FOR September Invoice

⑆240⑆          415⑆

---

Page 1

TIER2-0039555

17 CONSULTING GROUP LLC
BEXLEY, OH
109
25-2/440

Date 10/23/19

Pay to the Order of Hancock + Prouty ____ $ 54,750

Fifty five thousand seven hundred fifty ____ Dollars

Huntington

For Invoice 1289

4415"00109

PAY CENTRAL BANK
FOR DEPOSIT ONLY
HANCOCK & PROUTY, LLC

---

17 CONSULTING GROUP LLC
BEXLEY, OH
112
25-2/440

Date 10/30/19

Pay to the Order of Hancock + Prouty ____ $ 23,250.00

Twenty three thousand two hundred and fifty ____ Dollars

Huntington

For INV. 1287

4415"00112

PAY CENTRAL BANK
FOR DEPOSIT ONLY
HANCOCK & PROUTY, LLC

---

17 CONSULTING GROUP LLC
BEXLEY, OH
111
25-2/440

Date 10/30/19

Pay to the Order of McDonald Hopkins ____ $ 26,745.00

Twenty six thousand seven hundred forty five ____ Dollars

Huntington

For Invoice 1368255

4415"00111

Credited to the Account of
The Within Named Payee
Absence of Endorsement Guarantee
Huntington Bank
For Remote Deposit by Huntington

TIER2-0039556

17 CONSULTING GROUP LLC
BEXLEY, OH
123
25-2/440

11/12/19
Date

Pay to the Order of Matt Borges

$ 140,000.00

one hundred forty thousand — Dollars

Huntington

For _____

4445#00423

---

17 CONSULTING GROUP LLC
BEXLEY, OH
121
25-2/440

11/8/19
Date

Pay to the Order of East Becke street Consulting

$ 15,000.00

Fifteen thousand — Dollars

Huntington

For Alex Thomas

445#00421

---

17 CONSULTING GROUP LLC
BEXLEY, OH
113
25-2/440

11/11/19
Date

Pay to the Order of Denzenhall Resources

$ 19,177.27

nineteen thousand one hundred seventy seven and 27/100 Dollars

Huntington

For Invoice 16768

4445#00413

FOR DEPOSIT ONLY

CAPITAL ONE, NA
RICHMOND, VA 013 21
Deposit

---

17 CONSULTING GROUP LLC
BEXLEY, OH
124
25-2/440

11/25/19
Date

Pay to the Order of 614 Consulting

$ 500,000.00

FIVE HUNDRED THOUSAND — Dollars

Huntington

For Juan Cespedes

445#00424

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

---

17 CONSULTING GROUP LLC
BEXLEY, OH
122
25-2/440

11/12/19
Date

Pay to the Order of STampede Consulting, LLC

$ 32,500

Thirty two thousand five hundred — Dollars

Huntington

For Muske 1500541

445#00422

TIER2-0039557

17 CONSULTING GROUP LLC
BEXLEY, OH

114
25-2/440

Date 12/10/19

Pay to the Order of CITIzens For Columbus State | $ 5,000.00

Five thousand ———— Dollars

Huntington

For _____

⑈415⑈0011⑈

---

17 CONSULTING GROUP LLC
BEXLEY, OH

115
25-2/440

Date 12/12/19

Pay to the Order of Matt Borges | $ 30,000.00

Thirty Thousand ———— Dollars

Huntington

For _____

⑈415⑈00115⑈

---

17 CONSULTING GROUP LLC
BEXLEY, OH

127
25-2/440

Date 12/23/19

Pay to the Order of POWE PRODUCTIONS | $ 15,000.00

FIFTEEN THOUSAND ———— Dollars

Huntington

For 2019 consulting

⑈415⑈00127⑈

TIER2-0039558

17 CONSULTING GROUP LLC
BEXLEY, OH

119
25-2/440

Date 1/13/20

Pay to the Order of 17 Consulting          $ 10,000.00

Ten Thousand          Dollars

Huntington

For

⑆445⑆00119

---

17 CONSULTING GROUP LLC
BEXLEY, OH

126
25-2/440

Date 12/23/19

Pay to the Order of VMA Solutions          $ 15,000.00

FIFTEEN THOUSAND          Dollars

Huntington

For 2019 consulting

⑆445⑆00126

---

17 CONSULTING GROUP LLC
BEXLEY, OH

125
25-2/440

Date 1/24/2020

Pay to the Order of Matt Borges          $ 8,000.00

Eight Thousanddad          Dollars

Huntington

For

⑆445⑆00125

TIER2-0039559

17 CONSULTING GROUP LLC
BEXLEY, OH

128
25-2/440

2/12/2020 Date

Pay to the Order of Matthew Borges $ 3,000.00

Three Thousand Dollars

Huntington

For _____

⑆4415⑈00128

---

17 CONSULTING GROUP LLC
BEXLEY, OH

130
25-2/440

2/18/2020 Date

Pay to the Order of Matt Borges $ 7,000.00

Seven Thousand Dollars

Huntington

For _____

⑆4415⑈00130

---

17 CONSULTING GROUP LLC
BEXLEY, OH

129
25-2/440

2/12/2020 Date

Pay to the Order of Ohio Treasurer of State $ 2246.92

Two Thousand two hundred and forty Six and 92/100 Dollars

Huntington

For Borges Health coverage

⑆4415⑈00129

---

17 CONSULTING GROUP LLC
BEXLEY, OH

131
25-2/440

2/28/2020 Date

Pay to the Order of 17 Consulting $ 15,000.00

Fifteen Thousand and 00/100 Dollars

Huntington

For _____

⑆4415⑈00131

TIER 2 - 150043

17 CONSULTING GROUP LLC
BEXLEY, OH
117
25-2/440

3/8/2020
Date

Pay to the Order of  Matt Borges
$ 3,000.00

Three Thousand
Dollars

Huntington

For

4415⑈00117

17 CONSULTING GROUP LLC
BEXLEY, OH
116
25-2/440

3/3/2020
Date

Pay to the Order of  Ohio Treasurer of State
$ 2246.92

Two Thousand two hundred forty six and 92/100
Dollars

Huntington

Borges
For  Health Care Coverage

4415⑈00116

Return Acct

Credited to Acct

for Deposit Only
U.S. Bank



TIER 2 - 150045

17 CONSULTING GROUP LLC
BEXLEY, OH

138
25-2/440

5/6/2020
Date

Pay to the
Order of    17 Consulting                    $ 30,000.00

Thirty Thousand and 00/100 ————    Dollars

Huntington

For

4415"00138



17 CONSULTING GROUP LLC
BEXLEY, OH

132

6/2/2020
Date

Pay to the
Order of _Roetzel ~ Andress_                    | $ 5,000.00

_FIVE THOUSAND_ —————                     Dollars

Huntington

For _Right Side_

4415"00132

## Deposits into 17 Consulting Group -
## Huntington National Bank Account x4415 (2019)

| DATE | PAYOR | AMOUNT |
|---|---|---|
| 8/7/2019 | ATM/BRANCH TRX | $ 100.00 |
| 8/8/2019 | GENERATION NOW, INC. | $ 400,000.00 |
| 8/23/2019 | GENERATION NOW, INC. | $ 200,000.00 |
| 8/30/2019 | GENERATION NOW, INC. | $ 200,000.00 |
| 9/6/2019 | GENERATION NOW, INC. | $ 200,000.00 |
| 9/13/2019 | GENERATION NOW, INC. | $ 150,000.00 |
| 9/16/2019 | FEE | $ 20.00 |
| 9/20/2019 | GENERATION NOW, INC. | $ 150,000.00 |
| 9/27/2019 | GENERATION NOW, INC. | $ 100,000.00 |
| 10/4/2019 | GENERATION NOW, INC. | $ 100,000.00 |
| 10/15/2019 | FEE | $ 20.00 |
| 10/15/2019 | GENERATION NOW, INC. | $ 120,000.00 |
| 10/28/2019 | MERCHANDISE RETURN | $ 135.00 |
| 11/15/2019 | FEE | $ 20.00 |
| 12/16/2019 | FEE | $ 20.00 |
| **TOTAL DEPOSITS 2019** | | **$ 1,620,315.00** |

| SOURCE | % OF FUNDING | $ FUNDING |
|---|---|---|
| GENERATION NOW, INC. | *100.0%* | $ 1,620,000.00 |
| OTHER | *0.0%* | $ 315.00 |
| **TOTAL DEPOSITS 2019** | **100.0%** | **$ 1,620,315.00** |



0.0%

100.0%

■ GENERATION NOW, INC.   □ OTHER



GOVERNMENT EXHIBIT

133

1:20-CR-077

# Outflows from 17 Consulting Group
# Huntington National Bank Account x4415 (2019)

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 8/8/2019 | MATTHEW BORGES | -$ 100,000.00 |
| 9/13/2019 | CGI INVESTIGATIONS, LLC | -$ 67,800.00 |
| 9/16/2019 | 614 SOLUTIONS | -$ 100,000.00 |
| 9/16/2019 | TYLER FEHRMAN | -$ 15,000.00 |
| 9/17/2019 | CAPITAL ONE | -$ 4,753.00 |
| 9/18/2019 | CAPITAL ONE | -$ 2,398.97 |
| 9/18/2019 | INNOVATIVE PUBLIC AFFAIRS, LLC | -$ 5,625.00 |
| 9/23/2019 | DAN HILSON | -$ 5,000.00 |
| 9/24/2019 | MATTHEW BORGES | -$ 70,000.00 |
| 9/26/2019 | CGI INVESTIGATIONS, LLC | -$ 8,921.81 |
| 9/26/2019 | HANCOCK AND PROUTY, LLC | -$ 30,000.00 |
| 9/27/2019 | CGI INVESTIGATIONS, LLC | -$ 80,640.00 |
| 10/1/2019 | DEFENDERS PAC | -$ 1,000.00 |
| 10/2/2019 | PROTECT OHIO CLEAN ENERGY JOBS | -$ 90,000.00 |
| 10/16/2019 | DENZENHALL RESOURCES | -$ 35,823.42 |
| 10/17/2019 | CGI INVESTIGATIONS, LLC | -$ 20,519.57 |
| 10/22/2019 | CAPITAL ONE | -$ 6,304.84 |
| 10/22/2019 | GREATER COLUMBUS SPORTS COMMISSION, LLC | -$ 5,000.00 |
| 10/23/2019 | MATTHEW BORGES | -$ 5,000.00 |
| 10/24/2019 | TERRY CASEY COMMUNICATIONS | -$ 5,000.00 |
| 10/28/2019 | HANCOCK AND PROUTY, LLC | -$ 54,750.00 |
| 11/1/2019 | HANCOCK AND PROUTY, LLC | -$ 23,250.00 |
| 11/1/2019 | INNOVATIVE PUBLIC AFFAIRS, LLC | -$ 20,000.00 |
| 11/4/2019 | MCDONALD HOPKINS | -$ 26,745.00 |
| 11/8/2019 | CAPITAL ONE | -$ 3,704.54 |
| 11/8/2019 | CAPITAL ONE | -$ 4,904.16 |
| 11/12/2019 | EAST BECK STREET CONSULTING | -$ 15,000.00 |
| 11/12/2019 | MATTHEW BORGES | -$ 140,000.00 |
| 11/19/2019 | DENZENHALL RESOURCES | -$ 19,177.27 |
| 11/25/2019 | 614 CONSULTING | -$ 500,000.00 |
| 12/3/2019 | STAMPEDE CONSULTING, LLC | -$ 32,500.00 |
| 12/5/2019 | CAPITAL ONE | -$ 2,144.89 |
| 12/11/2019 | ASU FOUNDATION | -$ 5,000.00 |
| 12/11/2019 | CITIZENS FOR COLUMBUS STATE | -$ 5,000.00 |
| 12/12/2019 | MATTHEW BORGES | -$ 30,000.00 |
| 12/17/2019 | VERIZON WIRELESS | -$ 1,295.36 |
| 12/19/2019 | CAPITAL ONE | -$ 1,905.22 |
| 12/19/2019 | CAPITAL ONE | -$ 4,437.04 |
| 12/26/2019 | OSU TICKET OFFICE | -$ 3,200.00 |
| **TOTAL 2019 OUTFLOWS** | | **-$ 1,551,800.09** |



GOVERNMENT
EXHIBIT

134

1:20-CR-077

GOVERNMENT
EXHIBIT

180

1:20-CR-077



**Flow of FirstEnergy Payments to Enterprise (2017-2020)**

Session 3062

GOVERNMENT
EXHIBIT

271B

1:20-CR-077

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session 3062

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 1/25/2018 |
| Time Recording Starts: | 0:00:00 |
| Time Recording Ends: | 0:08:31 |
| Agent: | SA Blane J. Wetzel |

**Participants:**
  Neil Clark
  Larry Householder
  Anna Lippincott
  Unidentified Male

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session 3062

**0:00:00**

Householder:    Hey. Uh, cable knows they're going to get screwed, don't they?

Clark:    Um, we, we know the bill's coming out next week, but I'm pretty sure that we, I've got, uh, we're, we think we're going to get our amendments in that makes sure we're not in this bill. So I think, but yeah we're already not pleased with how the process went in the first place, so. I'll put it that way.

Householder:    (OV) Well you know, you know Rosenberger put Lipps on the committee yesterday, so it just stacked another stack against you? Uh, the only one I see on the Republican side that is a free-minded thinker is Faber. Everybody else is in the shill.

Clark:    Okay.

Householder:    Everyone, everyone else is, is Rosenberger's, but, right?

Clark:    Okay. Yeah, right.

Householder:    Uh, you know you got Blessing who they hold a gun, they press a gun to his head because of his wife…

Clark:    (OV) Right, that's correct, that's correct.

Householder:    And then you've got Seitz, Lipps, Greenspan…

Clark:    Right.

Householder:    …uh, Smith. I mean it's the, the committee is just terrible.

Clark:    Terrible! Yeah. We, we (UI).

Householder:    So I'm sitting over here, I'm, uh, you know, and I don't like to mix these things together, but we do have to look at these kind of things. So I'm sitting over here and, and you know obviously we're out scrambling for money here by January 31st because…

Clark:    Uh-huh.

Householder:    …I'm, I'm battling a capital bill.

Clark:    Right.

Householder:    And so, uh, one of the things we talked about was well, you okay, where's so and so, where's so and so, where's. We've not gotten, we haven't gotten anything from cable. Ryan Smith got maxed out on and I understand.

Clark:    (OV) What, what, what, what, what do you mean by that, that he got maxed? Are you telling me he got a check from the cable association for twelve five?

Session 3062

| | |
|---|---|
| Householder: | Okay, hang on just a minute and I'll double check. Ryan Smith got a check from the cable association for 12,500, is that what we're saying? |
| Lippincott: | Yes, sir. |
| Householder: | From Spectrum? |
| Male: | Multiple checks that added up to the max. |
| Householder: | Yeah. So the, the, the total number of money that Ryan Smith has this, this, well his last reporting… |
| Clark: | (OV) Yeah. Okay. |
| Householder: | …from Spectrum was $12,500. |
| Clark: | From Spectrum? |
| Householder: | Yes. |
| Clark: | Okay. |
| Householder: | Right? |
| Lippincott: | (IA) |
| Male: | (IA) |
| Householder: | We're going to give you the exact amount. |
| Lippincott: | Charter Communications (IA). |
| Clark: | (OV) Yeah try to get, try I, 'cause. |
| Householder: | (OV) Charter, Charter Communications, twelve seven. |
| Clark: | Yeah. Okay. |
| Householder: | 12,707, they totally maxed. |
| Clark: | (OV) Okay. |
| Householder: | Probably seventy-nine cents ($0.79) too. |
| Clark: | Okay, fine. |
| Householder: | Okay, next. |

3

Session 3062

| | |
|---|---|
| Clark: | Next, who, me? |
| Householder: | (OV) We're going, we're going (UI). No, I'm asking Anna, she's going through the report. |
| Lippincott: | Yeah that's, yes that's (IA). |
| Householder: | $12,707. |
| Lippincott: | Yes. |
| Householder: | From Charter Communications? |
| Clark: | Yeah, and when was that check issued? |
| Householder: | When were those, what was the last? They were multiple checks or one check? |
| Male: | (IA) |
| Householder: | And, and, and what's the last date of a check? |
| Lippincott: | 6/29. |
| Householder: | 6/29. |
| Lippincott: | Mm-hmm. |
| Clark: | 6/29, okay. |
| Householder: | Yeah. |
| Clark: | Alright. |
| Male: | (IA, OV) He went back to them and said I need the max, the, the max. |
| Clark: | Now you did, did you guys get any money from Charter that was (c)4 dollars? |
| Householder: | (c)4 money? |
| Clark: | Yeah. |
| Male: | Yeah. |
| Clark: | Did you guys get any? |
| Male: | (IA, OV) |
| Clark: | How much did you get? |

4

Session 3062

| | |
|---|---|
| Householder: | They're, they're trying to get some. |
| Male: | (IA) $4,999. |
| Lippincott: | (IA) |
| Male: | They gave ten grand. |
| Householder: | Ten, we've got two checks for $10,000 total to the (c)4. |
| Clark: | Okay to the, okay, for 10,000 total? |
| Householder: | Yes. |
| Clark: | Okay, and those came from. |
| Householder: | (OV) First check was $4,999 and-- |
| Clark: | And that came from, and that came from whom? Charter? Or from? |
| Householder: | Charter. |
| Clark: | From Charter, not some. |
| Householder: | (OV) OCTA. |
| Male: | (IA) |
| Householder: | OCTA is where that came from. |
| Clark: | Okay, that ten grand came from Jonathon, correct? |
| Householder: | Yes. |
| Clark: | Okay, fine, alright. Goodbye! |
| Lippincott: | (IA) |
| Clark: | Anything else I need to know? |
| Householder: | I, I just think, you know. |
| Clark: | (OV) Yeah, no, I know, I know what you're saying. |
| Householder: | All I'm saying is, all I'm saying is, all, all we've, you know, Neil, one thing I've noticed and you're going to love this. In the last twelve years, the biggest thing I've noticed is how everyone's a pussy. Okay? |

5

Session 3062

Clark:          (OV) Yeah, right.

Householder:    The last time they gave money to Harris and me.

Clark:          Right.

Householder:    This time it's like oh…

Clark:          Yeah, right.

Householder:    …we're scared of Spanky…

Clark:          (OV) Yeah, right, scary, Spanky, I know, I know.

Householder:    Oh, we're (UI) the (UI) club is going to come after us.

Clark:          (OV) Yeah but, but see, but see, but see what's interesting is that there's a new, a newer solution that didn't occur in, thirteen years ago, is that they could give as much or more to the (c)4 and nobody would ever know. So, you, you, you don't have to be afraid of anyone because there's a mechanism to, to change it and I thought.

Householder:    (OV) Oh, I thought they were giving (c)4 money to him too, right?

Clark:          I don't know, I know like.

Householder:    (OV) That's what I, that's what I figured. I'm not saying your group.

Clark:          Yeah.

Householder:    I'm saying other groups are saying, oh, we can't give you, you know we can't give you this, but we'll give you this (UI)

Clark:          (OV) I agree.  No, I see, I see the way, see the way that I've been advocating this is that those that, that insist on doing the, the hard dollars, okay?

Householder:    Yeah.

Clark:          That, that, like the nursing homes. Granted give them hard dollars, don't give them soft, give the other ones soft. You know, don't, you can't just sit here and give one, one and not the other and go back and forth so…

Householder:    Right.

Clark:          …I've made it really easy in my descriptions to people, that a moron could follow what I'm saying.

Householder:    Yeah.

6

Session 3062

| | |
|---|---|
| Clark: | You know that. |
| Householder: | Well, well they're running around telling people AT&T is funding, funding their Lexus. |
| Clark: | Oh, I, I was the one that started that. Um, yeah, I mean, I, I, I started that last week, uh, that, you know, on the phone call with the fifteen people. I said, I'll bet you any money that they went and gave a big check to his (c)4. |
| Householder: | Yeah. |
| Clark: | And you know, but I, I was cautious of how I said it because the people, there were fourteen people on the phone, and if you don't think they're connected with Ryan, you know, you'd be, I'd be a fool. |
| Householder: | (OV) Right, right. |
| Clark: | So I made, I said, this is very suspicious. This is how I said it. This is very suspicious when I, what had happened here is, I met with Jonathon, with Schuring in October said we're not in the room, we need to be in the room, why do we continue to do this with AT&T. Okay? Schuring says yes, you're right, I'll call, I'll talk to Sean, I'll talk to Speaker. We'll get you in the room or at least with the bill when they're done with it you guys, you know, read it and approve it, and then you can introduce it. Fine. So when they put out the order last week for the, um, sponsor testimony, was the first time that we knew they had a bill. And we, and that's when I jumped Ryan. I said, goddamn it we were, we're promised this. And of course, Sarah sat there looking at me like I was a, you know, I was evil. And, um, we said, I'm making myself clear to you guys, we don't want to be in this bill, we don't want any of these regulations. So all you have to do is put in belts and suspenders that, that make sure that we're not in it, because AT&T is saying they're not in it. I said then put in the language that we want and I want to make sure that AT&T didn't get a tax break, because if they got a tax break, then they have a competitive advantage over us. |
| Householder: | That's right. |
| Clark: | And that's, and Ryan said I, you know, I'll, I'll make sure. And I said, fine, if, and he goes, if I, if I do that will you promise not to oppose the bill. I said, if you do those things we won't oppose the bill. They have not yet accepted those amendments. They are in the process of accepting, but they haven't yet. |
| Householder: | Right. |
| Clark: | But, you know, you have to look at this from a point of view. They made cable go chase their fucking dicks for the last ten days. |
| Householder: | Yeah. |
| Clark: | And, you know, and you know what it's like when you have to run in a circle chasing your tail. |

7

Session 3062

| | |
|---|---|
| Householder: | Yes. |
| Clark: | So, um, I, but I had made it very clear to Gary, you know, my god, he, they said that they met with you and I said write the check for the (c)4. So you're telling me that Spectrum did not write a check for the (c)4, from the time that they met with you, I think like ten, fifteen days ago, is that about right? |
| Householder: | We have not got a Spectrum check right? For anything? |
| Clark: | Sorry, no. Since the time that you met with… |
| Lippincott: | (IA, OV) |
| Clark: | …when you met with, when you met with him, what was it, fifteen days ago? |
| Householder: | Yeah. |
| Clark: | When did you meet with him? Fifteen days ago, right? |
| Householder: | Yeah, right. |
| Clark: | Okay, so you, and I said, just write them a check. |
| Householder: | Right. |
| Clark: | A (c)4 check. |
| Householder: | Yeah. |
| Clark: | So, that's why I got. I'll call, I'll call Gary and I'll call Jonathon and find out what's going on. 'Cause they, you know, I, I, I agree with you a 100% with the guy that you, that, you know, he goes out and they max out to, and then, fuck, you're sitting here and he, and he's fucking you. |
| Householder: | Well they, they max out to him, they max out to the caucus, which is him… |
| Clark: | Right, right. |
| Householder: | …now, that, that funds our, against our candidates. And then they sit there and say oh, it's so tough for people to know that we're for you, we don't want anybody to know that. |
| Clark: | (OV) Jonathon never, Jonathon never said that to you. |
| Householder: | No, no, no, Jonathon wouldn't say that to me because I'd kick him in the nuts. |
| Clark: | Yeah, right. |

8

Session 3062

Householder:     Hell, no, he wouldn't say that to me.

Clark:           And Gary wouldn't say that to you. I mean, I, you know, you're, you're talking about some of those other fucking people that represent cable who are, are candy asses is what you're saying.

Householder:     That's right.

Clark:           Yeah, okay. Alright let me get on the phone, I'll get, I'll get working on it.

Householder:     Alright. Thanks, Neil. See you later.

Clark:           Yeah.

Householder:     Bye.

**0:08:31 [End of conversation]**

9

Chuck Jones - iPhone - FK2ZCRRYN70H

**GOVERNMENT EXHIBIT**

286A

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 8/5/2018 9:02:48 PM -04:00 |
| Start time | 8/5/2018 8:35:56 AM -04:00 |

## Participants


+13302831180
Michael Dowling*


cej7471@gmail.com
Charles Jones* (owner)


+13302854513

## Conversation - Instant Messages (6)

From +13302854513 (owner)

Sooo? Did they speak to him? Topic #2 – are the limits for the Dallas event the same as here in Ohio? I will speak to Wilder before we see DeWine tomorrow. Householder looking for more money?

Status: Sent

Delivered: 5/5/2018 8:35:57 AM(UTC-4)

8/5/2018 8:35:56 AM(UTC-4)

From: +13302831180 Michael Dowling
To: Jones, Chuck (owner)

I'm still waiting to hear from Jane and Bob - which tells me they probably aren't too excited to call me with news they did not connect. Limits for Dallas event are the same as an Ohio resident. You know the answer to the Householder question, but I don't know for how much he'll ask. I'll get a list from Ty as to the House races he's most interested in winning and I'll have something for you as to what fepac is doing in those races. He'll want hard money first and then C(4) money for sure. I'll be back to you today.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

Read: 8/5/2018 9:05:33 AM(UTC-4)

8/5/2018 8:52:56 AM(UTC-4)

From: +13302831180 Michael Dowling
To: Jones, Chuck (owner)

Jane said she tried to bring it up but he kept asking her about the Balderson and DeWine races. And then she got shoved along. She offered to do what she can to help. Corey, Bob and I are talking at 10 am tomorrow to discuss. Very frustrating. I think one thing we should definitely do is get you and Dan B together.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

Delivered: 8/5/2018 9:01:56 PM(UTC-4)
Read: 8/5/2018 9:01:56 PM(UTC-4)

8/5/2018 6:46:51 PM(UTC-4)

Chuck Jones - iPhone - FK2ZCRRYN70H



FOIA CONFIDENTIAL TREATMENT REQUESTED

**Event:** Householder / Dowling

**GOVERNMENT EXHIBIT**

286B

1:20-CR-077

**Start Date:** 2018-08-06 15:00:00 +0000

**End Date:** 2018-08-06 16:00:00 +0000

**Organizer:** Jones, Charles E. <jonesc@firstenergycorp.com>

**Location:** CEJ office

**Class:** X-PERSONAL

**Date Created:** 2018-07-20 11:48:57 +0000

**Date Modified:** 2018-08-07 14:27:59 +0000

**Priority:** 5

FE_00048860
TIER 3 - 433274

Chuck Jones - iPhone - FK2ZCRRYN70H

GOVERNMENT
EXHIBIT

286C

1:20-CR-077

## Summary

| Source Application | Native Messages |
| --- | --- |
| Last Activity | 8/24/2018 10:42:19 PM -04:00 |
| Start time | 8/24/2018 10:10:22 PM -04:00 |

## Participants



+17407072500
Larry Householder*



+13302854513



cej7471@gmail.com
Charles Jones* (owner)

## Conversation - Instant Messages (10)

From: +13302854513 (owner)
Hey. How did things go in the Roundtable?
Status: Sent
8/24/2018 10:10:22 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
Didn't talk w him until photo. He said they plan on fixing it.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Jones, Chuck | | | |

Status: Read
Read: 8/24/2018 10:25:40 PM(UTC-4)
8/24/2018 10:24:48 PM(UTC-4)

From: +13302854513 (owner)
They didn't let you in the Roundtable?
Status: Sent
Delivered: 8/24/2018 10:26:09 PM(UTC-4)
8/24/2018 10:26:18 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
Yes, I was there but the acoustics were horrid and no one could hear. So I opted to talk to
him during the photo opt one on one. Which I did

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Jones, Chuck | | | |

Status: Read
Read: 8/24/2018 10:27:27 PM(UTC-4)
8/24/2018 10:27:21 PM(UTC-4)

Chuck Jones - iPhone - FK2ZCRRYN70H



From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
Paduchik was off to the side when I asked him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Read: 8/24/2018 10:28:27 PM(UTC-4)
8/24/2018 10:28:25 PM(UTC-4)

From: +13302854513 (owner)
Got it. Thanks for the help!
Status: Sent
Delivered: 8/24/2018 10:29:50 PM(UTC-4)
8/24/2018 10:29:49 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
Thank you for your help

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Delivered: 8/24/2018 10:36:12 PM(UTC-4)
Read: 8/24/2018 10:36:12 PM(UTC-4)
8/24/2018 10:35:31 PM(UTC-4)

From: +13302854513 (owner)
We are rooting for you and your team!
Status: Sent
8/24/2018 10:36:33 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
I'm rooting for you as well ... we are on same team

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
8/24/2018 10:41:51 PM(UTC-4)

From: +13302854513 (owner)

Status: Sent
8/24/2018 10:42:19 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

Chuck Jones - iPhone - FK2ZCRRYN70H

**GOVERNMENT EXHIBIT**

**290B**

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/10/2018 5:34:18 PM -04:00 |
| Start time | 10/10/2018 5:33:42 PM -04:00 |

## Participants


+17407072500
Larry Householder*


+13302854513


cej7471@gmail.com
Charles Jones* (owner)

## Conversation - Instant Messages (2)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)

$400k ... thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Delivered:** 10/10/2018 5:34:11 PM(UTC-4)
**Read:** 10/10/2018 5:34:11 PM(UTC-4)

10/10/2018 5:33:42 PM(UTC-4)

From: +13302854513 (owner)

**Status:** Sent

10/10/2018 5:34:18 PM(UTC-4)

Chuck Jones - iPhone - G6VZ981VN70H

**GOVERNMENT EXHIBIT**

290C

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/10/2018 10:11:18 AM -04:00 |
| Start time | 10/10/2018 10:08:35 AM -04:00 |

## Participants


+13302831180
Michael Dowling*


+13304726068
Chuck Jones* (owner)


cej7471@gmail.com
Charles Jones* (owner)

## Conversation - Instant Messages (5)

From: cej7471@gmail.com Charles Jones (owner)
FES meeting with LH today. I told him be nice but listen to us.
Status: Sent
10/10/2018 10:08:35 AM(UTC-4)

From: +13302831180 Michael Dowling
To: Jones, Chuck (owner)
He'll learn about the $400k at this mtg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Delivered: 10/10/2018 10:09:29 AM(UTC-4)
Read: 10/10/2018 10:09:29 AM(UTC-4)
10/10/2018 10:09:15 AM(UTC-4)

From: cej7471@gmail.com Charles Jones (owner)
They better get it done quick or he won't be able to spend it.
Status: Sent
10/10/2018 10:10:07 AM(UTC-4)

From: +13302831180 Michael Dowling
To: Jones, Chuck (owner)
I think they're delivering it today.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Delivered: 10/10/2018 10:12:28 AM(UTC-4)
Read: 10/10/2018 10:12:28 AM(UTC-4)
10/10/2018 10:10:28 AM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00072065
TIER 3 - 456479

Chuck Jones - iPhone - G6VZ981VN70H

From: +13302831180 Michael Dowling
To: Jones, Chuck (owner)
They are.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Delivered:** 10/10/2018 10:12:28 AM(UTC-4)
**Read:** 10/10/2018 10:12:28 AM(UTC-4)

10/10/2018 10:11:18 AM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00072066
TIER 3 - 456480



GOVERNMENT
EXHIBIT
291B
1:20-CR-077

**Extraction Report** - Apple iOS Full File system

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (5)

From: +16145815826 Juan Cespedes

We had a good day yesterday. Met with Householder, Obhof and Dewine/husted. All went well.

Status: Read
Read: 10/11/2018 1:36:07 PM(UTC-4)

10/11/2018 1:35:50 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE7F1A75 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Great!

Well except for Husted.

But great!

Status: Sent
Delivered: 10/11/2018 1:36:29 PM(UTC-4)

10/11/2018 1:36:28 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE7F151A
(Table: message, chat; Size: 555630592 bytes)

1

From: +16142041050 Matt Borges (owner)

Hamlin canceled

**Status:** Sent
**Delivered:** 10/11/2018 1:36:34 PM(UTC-4)

10/11/2018 1:36:33 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0xE7F1319 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

That's awesome. He must not have needed the favor that bad.

**Status:** Read
**Read:** 10/11/2018 1:37:36 PM(UTC-4)

10/11/2018 1:37:09 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE7F2FE8 (Table: message,
handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Exactly!

**Status:** Sent
**Delivered:** 10/11/2018 1:37:43 PM(UTC-4)

10/11/2018 1:37:43 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0xE7F2DC4 (Table: message, chat; Size: 555630592 bytes)

2







**Extraction Report** - Apple iPhone Logical



GOVERNMENT
EXHIBIT

437A

1:20-CR-077

## Participants



+16145815826
Juan Cespedes* (owner)



+16142041050
Matthew Borges*

## Conversation - Instant Messages (14)

> **From: +16145815826 Juan Cespedes (owner)**
>
> Griffing gave me green light to onboard you fully. Davis prolly gonna take another week or so. I communicated it with him.
> **Status:** Sent
> **Delivered:** 4/12/2019 8:52:35 AM(UTC-4)
>
> 4/12/2019 8:52:29 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x56D5B4C (Table: message, chat; Size: 590159872 bytes)

> **From: +16145815826 Juan Cespedes (owner)**
>
> We should prolly do a quick call this afternoon and plan to have a broader convo on Monday regarding your team.
> **Status:** Sent
> **Delivered:** 4/12/2019 8:53:17 AM(UTC-4)
>
> 4/12/2019 8:53:11 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x56E78BE (Table: message, chat; Size: 590159872 bytes)

> **From: +16142041050 Matthew Borges**
>
> Ok great. In a board meeting all morning. Let's touch base this afternoon.
> **Status:** Read
> **Read:** 4/12/2019 8:55:09 AM(UTC-4)
>
> 4/12/2019 8:55:00 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x56F4B07 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Liked "Ok great. In a board meeting all morning. Let's touch base this afternoon."

Status: Sent

Delivered: 4/12/2019 8:55:16 AM(UTC-4)

4/12/2019 8:55:15 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x56D4781 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Attachments:



Size: 129677
File name: hb6_00_IN.pdf
hb6_00_IN.pdf

Status: Sent

Delivered: 4/12/2019 1:26:18 PM(UTC-4)

4/12/2019 1:26:16 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x56D6A03 (Table: message, chat, attachment;
Size: 590159872 bytes)
Juan's iPhone/mobile/Library/SMS/Attachments/c3/03/at_0_A0954171-1629-4B1B-8205-
CC2E2B8BFF48/hb6_00_IN.pdf : (Size: 129677 bytes)

From: +16145815826 Juan Cespedes (owner)

I got green light to onboard u to the lobby side. Still waiting on Davis but close

Status: Sent

Delivered: 4/15/2019 11:28:48 AM(UTC-4)

4/15/2019 11:28:46 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x55EDC77 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Griffing in town tomorrow and Wednesday for testimony

Status: Sent

Delivered: 4/15/2019 11:29:06 AM(UTC-4)

4/15/2019 11:29:04 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x55FAFA0 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Liked "I got green light to onboard u to the lobby side. Still waiting on Davis but close "

Status: Read

Read: 4/15/2019 11:29:25 AM(UTC-4)

4/15/2019 11:29:24 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5607ED0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Liked "Griffing in town tomorrow and Wednesday for testimony"

Status: Read

Read: 4/15/2019 11:29:27 AM(UTC-4)

4/15/2019 11:29:27 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x55F9ED0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

What time is heating tomorrow? I'm assuming I should be there.

Status: Read

Read: 4/15/2019 4:45:55 PM(UTC-4)

4/15/2019 4:45:51 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x55D6601 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

11am Callender. Sponsor testimony. I have Dave at your office all afternoon

Status: Sent

Delivered: 4/15/2019 4:46:21 PM(UTC-4)

4/15/2019 4:46:20 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x55E3FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Wednesday is 9am

Status: Sent

Delivered: 4/15/2019 4:46:29 PM(UTC-4)

4/15/2019 4:46:29 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x55E6FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Ok. I have to leave for calling hours in the afternoon. I will see you over there at 11.

Status: Read
Read: 4/15/2019 4:47:53 PM(UTC-4)

4/15/2019 4:47:19 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x55E2544 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Sounds good

Status: Sent
Delivered: 4/15/2019 4:47:58 PM(UTC-4)

4/15/2019 4:47:58 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x55E5336 (Table: message, chat; Size:
590159872 bytes)

4



**Extraction Report** - Apple iPhone Logical



GOVERNMENT
EXHIBIT

441B

1:20-CR-077

## Participants



+16145815826
Juan Cespedes* (owner)



+16142041050
Matthew Borges*

## Conversation - Instant Messages (9)

> From: +16145815826 Juan Cespedes (owner)
>
> These are our immediate targets. Would like to assign these individuals to consultants. Please advise on if you have any unique relationships or suggestions based on those involved
>
> Attachments:
>
> Size: 25988
> File name: Strategic Team Assignments - OH Leg Targets 4_4_19 MPM.xlsx
> Strategic Team Assignments - OH Leg Targets 4_4_19 MPM.xlsx
>
> Status: Sent
>
> 4/4/2019 12:22:02 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58C3715 (Table: message, chat, attachment; Size: 590159872 bytes)
Juan's iPhone/mobile/Library/SMS/Attachments/c6/06/at_0_4ACE7B11-554D-489C-9267-FE26A4055E05/Strategic Team Assignments - OH Leg Targets 4_4_19 MPM.xlsx : (Size: 25988 bytes)

> From: +16145815826 Juan Cespedes (owner)
>
> I will also email
>
> Status: Sent
>
> 4/4/2019 12:22:16 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58CEFA8 (Table: message, chat; Size: 590159872 bytes)

1

From: +16142041050 Matthew Borges

Got it. Looking at it now.

**Status:** Read

4/4/2019 12:36:10 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58DA215 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

We are looking at introduction for next Thursday. FES has concerns abt how vague the current language is so we are working on revision now. We are gonna need to add language to bill in subcommittee.

**Status:** Sent

4/4/2019 12:37:31 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58C26FF (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Hilson is in my office right now, so I'll probably get to this around 4 o'clock

**Status:** Read

4/4/2019 12:39:54 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58C1FA8 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Lol

**Status:** Sent

4/4/2019 12:40:06 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58CB183 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Dead serious he won't go away

**Status:** Read

4/4/2019 12:40:19 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58D81B1 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Still talking

**Status:** Read

4/4/2019 12:45:39 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58E7A1F (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Unreal. Luckily you don't get paid through billable hrs

**Status:** Sent

4/4/2019 12:46:40 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x58CBA24 (Table: message, chat; Size: 590159872 bytes)





**GOVERNMENT EXHIBIT**

441D

1:20-CR-077

**Extraction Report** - Apple iPhone Logical

## Participants



+16145815826
Juan Cespedes* (owner)



+16142041050
Matthew Borges*

## Conversation - Instant Messages (9)

> **From: +16145815826 Juan Cespedes (owner)**
>
> I also have green light from Griff to bring on Mauk. Mauk is interested and also will need quick interaction with Lewis.
> **Status:** Sent
>
> 4/22/2019 9:12:45 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x54BDDC3 (Table: message, chat; Size: 590159872 bytes)

> **From: +16142041050 Matthew Borges**
>
> Great!
> **Status:** Read
> **Delivered:** 4/22/2019 9:12:58 AM(UTC-4)
> **Read:** 4/22/2019 9:12:58 AM(UTC-4)
>
> 4/22/2019 9:12:57 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x54A1883 (Table: message, handle, chat; Size: 590159872 bytes)

> **From: +16145815826 Juan Cespedes (owner)**
>
> When we get all these peeps in place, need ur guidance on breaking out responsibilities. Feels good knowing will have a robust team for the stretch run on this thing.
> **Status:** Sent
>
> 4/22/2019 9:14:05 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x54AFDC1 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Also want feedback on if we still want to include dittoe if we have Mauk. I'm fine either way.

Status: Sent

4/22/2019 9:15:06 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x54BB99F (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Liked "Also want feedback on if we still want to include dittoe if we have Mauk. I'm fine either way."

Status: Read

4/22/2019 9:20:44 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x54A0317 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Liked "When we get all these peeps in place, need ur guidance on breaking out responsibilities. Feels good knowing will have a robust team for the stretch run on this thing."

Status: Read

4/22/2019 9:20:46 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x54AD4BE (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

AEP testifying tomorrow as an interested party. They're official position is supporting the bill, but asking for some changes that impact current contracts.

Duke and DP&L also have concerns and are testifying.

No big surprises there.

Supposedly some rumblings from SE Ohio members, but nothing too drastic.

Status: Read

4/22/2019 9:22:12 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x54BA889 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I had a good conversation with Klaffky on Friday. AEP is a mess. Their comms Director is the worst

Status: Sent

4/22/2019 9:36:21 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x54B9FA8 (Table: message, chat; Size: 590159872 bytes)

2

From: +16142041050 Matthew Borges

Yes I totally agree. Tried to get them to hire Milburn back in December. They didn't, but recognized it was a big problem.

Status: Read

4/22/2019 9:36:59 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x549FFA8 (Table: message, handle, chat; Size: 590159872 bytes)



**Extraction Report** - Apple iOS Full File system



**GOVERNMENT EXHIBIT**

442C

1:20-CR-077

## Participants

  +16142041050
Matt Borges* (owner)

  +13305593878
Madison Whalen*

  +15136688221
Scooter*

  +13306976071
Lewis Adkins*

  +12162138487
Diana Fietl*

## Conversation - Instant Messages (4)

> From: +13306976071 Lewis Adkins
> **Attachments:**
>
> Size: 1693144
> File name: IMG_1325.JPG
> IMG_1325.JPG
>
> **Status:** Read
> **Read:** 5/29/2019 5:28:02 PM(UTC-4)
>
> 5/29/2019 4:53:06 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1183FD8B (Table: message, handle, chat, attachment; Size: 555630592 bytes)
00008030-
000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/cd/13/2C5D8C
09-143A-476A-AB06-70CE61A9F117/IMG_1325.JPG : (Size: 1693144 bytes)

> From: +16142041050 Matt Borges (owner)
> **Loved an image**
> **Status:** Sent
>
> 5/29/2019 5:31:37 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x11841959 (Table: message, chat; Size: 555630592 bytes)

1

From: +13306976071 Lewis Adkins

**Bang bitches!**

**Status:** Read
**Read:** 5/29/2019 5:34:29 PM(UTC-4)

5/29/2019 5:34:21 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x11843DD2 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Our final whip list had 53 yes votes.

Now the senate will stick the $1 nuclear charge into the budget and see if the house will concur.

**Status:** Sent

5/29/2019 5:35:40 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x11843C03 (Table: message, chat; Size: 555630592 bytes)

RCS # 65

**HOUSE OF REPRESENTATIVES**
**133rd General Assembly of Ohio**
**Regular Session**

Edwards

05/29/2019
4:42:14 PM

SUB HB 6
Callender, Wilkin

**Creates Ohio Clean Air Program**
**Third Consideration**

Yea: 53     Nay: 43     Not Voting: 2     Excused: 0     **PASSED**

Yea : 53

| | | | |
|---|---|---|---|
| Antani | Edwards | Lang | Rogers |
| Arndt | Galonski | LaRe | Scherer |
| Baldridge | Ghanbari | Lipps | Seitz |
| Becker | Green | Manning, D | Smith, T |
| Blessing | Grendell | Merrin | Sobecki |
| Brinkman | Hambley | Miller, J | Stein |
| Brown | Hillyer | Oelslager | Upchurch |
| Butler | Holmes, A | Patterson | Vitale |
| Callender | Hoops | Patton | West |
| Carruthers | Ingram | Perales | Wiggam |
| Cera | Jones | Plummer | Wilkin |
| Cross | Jordan | Reineke | Zeltwanger |
| Cupp | Kick | Roemer | Householder |
| DeVitis | | | |

Nay : 43

| | | | |
|---|---|---|---|
| Boggs | Hicks-Hudson | Manchester | Ryan |
| Boyd | Hood | Manning, G | Sheehy |
| Brent | Howse | McClain | Skindell |
| Carfagna | Keller | Miller, A | Smith, K |
| Clites | Kelly | Miranda | Smith, R |
| Crawley | Koehler | O'Brien | Stoltzfus |
| Crossman | Lanese | Powell | Strahorn |
| Dean | Leland | Riedel | Sweeney |
| Denson | Lepore-Hagan | Robinson | Sykes |
| Ginter | Lightbody | Romanchuk | Weinstein |
| Greenspan | Liston | Russo | |

Not Voting : 2

Kent                    Richardson

Excused : 0



**Extraction Report** - Apple iOS Full File system



GOVERNMENT
EXHIBIT

442E

1:20-CR-077

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16143235845
Melissa Hoeffel*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (11)

From: +16143235845 Melissa Hoeffel

Hi. Any intel on the HB 6 sub bill?
**Status:** Read
**Read:** 4/30/2019 12:16:55 PM(UTC-4)

4/30/2019 12:16:43 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x112D4DB6 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Voting out on Thurs
**Status:** Sent
**Delivered:** 4/30/2019 12:18:13 PM(UTC-4)

4/30/2019 12:18:12 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x112D4BC9 (Table: message, chat; Size: 555630592 bytes)

From: +16143235845 Melissa Hoeffel

Any idea what's in it?
**Status:** Read
**Read:** 4/30/2019 12:18:28 PM(UTC-4)

4/30/2019 12:18:23 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x112D466B (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Working on that

Status: Sent
Delivered: 4/30/2019 12:18:34 PM(UTC-4)

4/30/2019 12:18:34 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x112D4494 (Table: message, chat; Size: 555630592 bytes)

From: +16143235845 Melissa Hoeffel

Liked "Working on that "

Status: Read
Read: 4/30/2019 12:19:48 PM(UTC-4)

4/30/2019 12:19:45 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x112D5F6E (Table: message, handle, chat; Size: 555630592 bytes)

From: +16143235845 Melissa Hoeffel

Think it goes in the budget?

Status: Read
Read: 4/30/2019 12:19:56 PM(UTC-4)

4/30/2019 12:19:55 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x112D5D92 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

FES's CEO is in our offices this afternoon. I'm meeting w them this afternoon and will report back on what's going on.

Status: Sent
Delivered: 4/30/2019 12:33:26 PM(UTC-4)

4/30/2019 12:33:25 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x112D7FE4 (Table: message, chat; Size: 555630592 bytes)

From: +16143235845 Melissa Hoeffel

Got it.

Status: Read
Read: 4/30/2019 12:34:43 PM(UTC-4)

4/30/2019 12:34:39 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x112D772E (Table: message, handle, chat; Size: 555630592 bytes)

From: +16143235845 Melissa Hoeffel

How was the meeting with April and Speaker?

Status: Read

Read: 4/30/2019 12:34:53 PM(UTC-4)

4/30/2019 12:34:50 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x112D757B (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Fine. We're in Health Committee now, waiting to testify.

Status: Sent

Delivered: 4/30/2019 12:35:20 PM(UTC-4)

4/30/2019 12:35:19 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x112D737E (Table:
message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Householder making concessions on wind and commercial user concerns (not industrials).
Will maybe make some tweaks to efficiency language, but not standards. Dems planning to
oppose en masse because of the RPS. Leland says LH must have the votes to pass it from
within his caucus, because Dems haven't been approached about any input or deals.

Status: Sent

Delivered: 4/30/2019 2:53:59 PM(UTC-4)

4/30/2019 2:53:59 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x112E3A8B (Table: message, chat; Size: 555630592
bytes)

3





**GOVERNMENT EXHIBIT**

451A

1:20-CR-077

**Extraction Report** - Apple iPhone Logical

## Participants



+16145815826
Juan Cespedes* (owner)



+16142041050
Matthew Borges*

## Conversation - Instant Messages (31)

From: +16145815826 Juan Cespedes (owner)

You in Cbus this week?

Status: Sent

6/3/2019 11:04:29 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A56D95 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Yes.

Status: Read
Delivered: 6/3/2019 11:04:45 AM(UTC-4)
Read: 6/3/2019 11:04:45 AM(UTC-4)

6/3/2019 11:04:42 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A67706 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

FES is in ur office next 3 days. Kiani and Judge will have a presence in addition to griff.
Make sure to stop by and get some facetime at your convenience. Also let me know when
free to talk AG. I'm here all week and open outside of FES commitments.

Status: Sent

6/3/2019 11:05:51 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A767A2 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Are you in the office now? I'm here.

Status: Read

6/3/2019 11:06:27 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A6686C (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I am not. I have a 1:30 with speaker I'm preparing for. Griffing should be there soon as he and team have a 3pm with Obhof

Status: Sent

6/3/2019 11:07:05 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A65BC7 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

What's your day look like?

Status: Sent

6/4/2019 9:52:26 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A2B8CC (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Open until about 11:30, then again after about 2. What's up?

Status: Read

6/4/2019 9:52:52 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A0DFA8 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I've got Kiani and griffing in town overnight tonight. I'll pop into your office after 2.

Status: Sent

6/4/2019 9:53:28 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A1CFA8 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Status: Read

6/4/2019 9:53:43 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A2A761 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Where's Neil? I don't see him in here!

Status: Read

6/4/2019 9:54:52 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A1A463 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

He is a jackass. That mtg was terrible with him yesterday

Status: Sent

6/4/2019 9:55:29 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A0A65D (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

This guy is annoying af

Status: Read

6/4/2019 10:38:28 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A03DDD (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

You at Roetzel

Status: Sent

6/4/2019 3:27:59 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A02FA8 (Table: message, chat; Size: 590159872 bytes)

**From:** +16142041050 Matthew Borges

Be there in 15.

**Status:** Read
**Delivered:** 6/4/2019 3:28:27 PM(UTC-4)
**Read:** 6/4/2019 3:28:27 PM(UTC-4)

6/4/2019 3:28:24 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49F918F (Table: message, handle, chat; Size: 590159872 bytes)

**From:** +16145815826 Juan Cespedes (owner)

Ok, grab me when u get here

**Status:** Sent

6/4/2019 3:28:38 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A04566 (Table: message, chat; Size: 590159872 bytes)

**From:** +16142041050 Matthew Borges

Liked "Ok, grab me when u get here "

**Status:** Read

6/4/2019 3:29:05 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49FC4DA (Table: message, handle, chat; Size: 590159872 bytes)

**From:** +16142041050 Matthew Borges

This happens several times a day. 45 minutes at a time. I can never get anything done when I'm in the office. Ever.

**Status:** Read
**Delivered:** 6/4/2019 4:09:49 PM(UTC-4)
**Read:** 6/4/2019 4:09:49 PM(UTC-4)

6/4/2019 4:09:15 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A00F98 (Table: message, handle, chat; Size: 590159872 bytes)

**From:** +16145815826 Juan Cespedes (owner)

I'll pick up that convo tomorrow. There is one more person that I think can be a Yost person that is way under radar. Yaco and KK are slam dunks though. They are easy to work with, do good work and not loyal to anyone else

**Status:** Sent

6/4/2019 4:46:00 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49FF890 (Table: message, chat; Size: 590159872 bytes)

4

From: +16142041050 Matthew Borges

Ok for sure. Melissa and Madison grabbed me to go get a drink with Schuring and Hackett. We are at ACC now.

Status: Read

6/4/2019 4:52:08 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A04BD2 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

There is only one Madison

Status: Sent

6/4/2019 4:52:54 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49FCBCA (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

And her last name is Hilson

Status: Sent

6/4/2019 4:53:05 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49F22EA (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Lolol

Status: Read

6/4/2019 4:53:07 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49FFA51 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Let me know if there is a lot of Statehouse people over there. I may bring Griffing and Kiani over.

Status: Sent

6/4/2019 4:57:10 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49F89A7 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

I wouldn't say a lot, but certainly some.

Status: Read

6/4/2019 5:04:02 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4A03285 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Hackett just told us they decided in caucus the HB6 language will NOT go in the budget.

Status: Read

6/4/2019 5:19:03 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49DAFA8 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Good!

Status: Sent

6/4/2019 5:20:28 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49CA54D (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Apparently they discussed whether they can kick it down the road though.

Status: Read

6/4/2019 5:22:54 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49E6B09 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

No!!

Status: Sent

6/4/2019 5:23:06 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49CADB1 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

I know.

**Status:** Read

6/4/2019 5:23:22 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x49D7B18 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

-Immediate expenditure
-levies a tax
- has an emergency clause

Those 3 legislative types cannot be referred to the ballot by citizen initiative.

**Status:** Read

**Read:** 6/7/2019 3:57:51 PM(UTC-4)

6/7/2019 3:07:51 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x495B59F (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

So to protect ourselves, we may want to work w Strigari (or someone) to figure out how to craft the final language to make it referendum-proof.

**Status:** Read

**Read:** 6/7/2019 3:57:51 PM(UTC-4)

6/7/2019 3:08:42 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x4967DB1 (Table: message, handle, chat; Size: 590159872 bytes)





**GOVERNMENT
EXHIBIT**

451C

1:20-CR-077

**Extraction Report** - Apple iPhone Logical

---

## Participants



+16145815826
Juan Cespedes* (owner)



+16142041050
Matthew Borges*

---

## Conversation - Instant Messages (39)

From: +16142041050 Matthew Borges

Had dinner with Yost and put the referendum issue on his radar. He's sympathetic but wants to go back and look at the law to make sure the "referendum-proof" language is sound.

Also, API guys now believe the bill is going to pass, so they've moved on to focusing on a ballot measure. They're interviewing consultants. Not sure if they've hired anyone.

**Status:** Read
**Read:** 6/26/2019 7:42:59 AM(UTC-4)

6/26/2019 7:40:17 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44D1FA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

When you say sympathetic? Sympathetic towards us or them?

**Status:** Sent
**Delivered:** 6/26/2019 7:43:47 AM(UTC-4)

6/26/2019 7:43:46 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44DEBAF (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Who would they be interviewing?

**Status:** Sent
**Delivered:** 6/26/2019 7:44:18 AM(UTC-4)

6/26/2019 7:44:17 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44EBC13 (Table: message, chat; Size: 590159872 bytes)

1

From: +16145815826 Juan Cespedes (owner)

We need to have the Speaker lean on favorable consultants in the meantime if possible.

**Status:** Sent

**Delivered:** 6/26/2019 7:45:00 AM(UTC-4)

6/26/2019 7:44:59 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44D0AB3 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

API guys are more confident than I am! lol

**Status:** Sent

**Delivered:** 6/26/2019 7:45:19 AM(UTC-4)

6/26/2019 7:45:18 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44DD5B7 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Us. Don't repeat this, but he said: "I would be out front opposing this if it weren't for FE's support and your involvement."

He thinks the issue is bad policy, but he wants to be supportive. If there's any way the law will allow him to reject the language, he will do it.

**Status:** Read

**Read:** 6/26/2019 7:46:29 AM(UTC-4)

6/26/2019 7:46:16 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44EAAA1 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Laughed at "API guys are more confident than I am! lol "

**Status:** Read

**Read:** 6/26/2019 7:46:29 AM(UTC-4)

6/26/2019 7:46:22 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44CF83F (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Yeah I was in a meeting with Servick and he just looked at me before it started and said "so it looks like you guys are going to get your bill passed."

**Status:** Read

**Read:** 6/26/2019 7:47:18 AM(UTC-4)

6/26/2019 7:47:18 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44DCFA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Then we need to make sure it does. Please take a look at language when it comes out today. I'm going to have Calfee analyze it also

Status: Sent
Delivered: 6/26/2019 7:47:35 AM(UTC-4)

6/26/2019 7:47:35 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44E9FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Liked "Then we need to make sure it does. Please take a look at language when it comes out today. I'm going to have Calfee analyze it also"

Status: Read
Read: 6/26/2019 7:47:47 AM(UTC-4)

6/26/2019 7:47:47 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44CE898 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Some out of state firm I hadn't heard of.

Need you to never say anything about this.

But they approached me. (That's how I know it's real)

I said no, and referred them to
beth. Don't think they've called her yet. At least she hasn't said anything about it.

Status: Read
Read: 6/26/2019 7:49:32 AM(UTC-4)

6/26/2019 7:49:22 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44DBB8A (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I'm not going to say anything about any of this. Just don't mention it to anyone else and it will never get out.

Status: Sent
Delivered: 6/26/2019 7:50:19 AM(UTC-4)

6/26/2019 7:50:17 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44E8BE6 (Table: message, chat; Size: 590159872 bytes)

**From: +16142041050 Matthew Borges**

I won't. Just wanted you to know it's definitely happening and my knowledge is first hand.

**Status:** Read

**Read:** 6/26/2019 7:50:47 AM(UTC-4)

6/26/2019 7:50:47 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44CD274 (Table: message, handle, chat; Size: 590159872 bytes)

**From: +16145815826 Juan Cespedes (owner)**

We just need to tighten up legislative language to prevent it. I assume they are aiming for 2020?

**Status:** Sent

**Delivered:** 6/26/2019 7:51:08 AM(UTC-4)

6/26/2019 7:51:07 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44DA4A9 (Table: message, chat; Size: 590159872 bytes)

**From: +16142041050 Matthew Borges**

Not sure.

**Status:** Read

**Read:** 6/26/2019 7:51:20 AM(UTC-4)

6/26/2019 7:51:17 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44E7657 (Table: message, handle, chat; Size: 590159872 bytes)

**From: +16145815826 Juan Cespedes (owner)**

Hewit just told me that a California mail firm he knows was contacted abt referendum. That is a good data point to allow us to speak abt it without referring to ur experience.

**Status:** Sent

**Delivered:** 6/26/2019 8:24:25 AM(UTC-4)

6/26/2019 8:24:23 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44E3844 (Table: message, chat; Size: 590159872 bytes)

**From: +16145815826 Juan Cespedes (owner)**

Calfee prior opinion says that the referendum preventing language isn't really possible. Who else should we have look at this to give advice on tightening the language

**Status:** Sent

**Delivered:** 6/26/2019 8:26:26 AM(UTC-4)

6/26/2019 8:26:25 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44D63DA (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Yes. It was a California firm.

**Status:** Read

**Read:** 6/26/2019 8:27:02 AM(UTC-4)

6/26/2019 8:26:54 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44E3FA0 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16142041050 Matthew Borges

That was Yost's initial take also.

**Status:** Read

**Read:** 6/26/2019 8:27:28 AM(UTC-4)

6/26/2019 8:27:28 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44EF21A (Table: message, handle, chat; Size:
590159872 bytes)

From: +16142041050 Matthew Borges

But he said he wasn't sure

**Status:** Read

**Read:** 6/26/2019 8:27:43 AM(UTC-4)

6/26/2019 8:27:43 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44D5BEA (Table: message, handle, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

We need to get him to interpret the subsidy as a 'tax' and the pool of money as 'appropriations'.

**Status:** Sent

**Delivered:** 6/26/2019 8:33:17 AM(UTC-4)

6/26/2019 8:33:16 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44D4FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Can u call

**Status:** Sent

**Delivered:** 6/26/2019 9:48:31 AM(UTC-4)

6/26/2019 9:48:30 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44F0EC9 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

We may need to do a call with John Judge, Kiani and Griffing today on this ballot issue. I've already asked them to make the $ available to lock up signature firms if we can. NSC is gathering the list of reputable firms.

**Status:** Sent

**Delivered:** 6/26/2019 11:04:41 AM(UTC-4)

6/26/2019 11:04:41 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44ECFA0 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Just want u to run through legal advice side. No need to elaborate on AG. Just speak factually abt his role in process of it comes up.

**Status:** Sent

**Delivered:** 6/26/2019 11:05:48 AM(UTC-4)

6/26/2019 11:05:47 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44D1B04 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Ok. What time? My day is kind of jacked. I have a lunch meeting at ODOT at 2 and a conference call with Cris Carter at 3:30.

**Status:** Read

**Read:** 6/26/2019 11:10:12 AM(UTC-4)

6/26/2019 11:09:24 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44DE982 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

All he does is catch touchdown passes.

**Status:** Read

**Read:** 6/26/2019 11:10:12 AM(UTC-4)

6/26/2019 11:09:37 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44EBA18 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

lol

**Status:** Sent

**Delivered:** 6/26/2019 11:10:19 AM(UTC-4)

6/26/2019 11:10:19 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44D0849 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I'll let u know when it gets scheduled

**Status:** Sent

**Delivered:** 6/26/2019 11:10:29 AM(UTC-4)

6/26/2019 11:10:28 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44DD3A6 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Can u be available at 12:15 for call

**Status:** Sent

**Delivered:** 6/26/2019 11:48:39 AM(UTC-4)

6/26/2019 11:48:35 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44DADAF (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Fuuuuck. I'd have to cancel the lunch meeting I'm on my way to right now.

**Status:** Read

**Read:** 6/26/2019 11:50:57 AM(UTC-4)

6/26/2019 11:50:08 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44CCFA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Any chance 1pm would work??

**Status:** Read

**Read:** 6/26/2019 11:50:57 AM(UTC-4)

6/26/2019 11:50:45 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44D9BE2 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Don't cancel.

**Status:** Sent

**Delivered:** 6/26/2019 11:51:17 AM(UTC-4)

6/26/2019 11:51:16 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44E58AC (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I'll try to get u on a separate call

**Status:** Sent

**Delivered:** 6/26/2019 11:51:35 AM(UTC-4)

6/26/2019 11:51:35 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44CBDA1 (Table: message, chat; Size:
590159872 bytes)

From: +16142041050 Matthew Borges

Sorry

**Status:** Read

**Read:** 6/26/2019 11:52:10 AM(UTC-4)

6/26/2019 11:52:07 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44C41C0 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Who is lawyer I need to engage? Zigler?

**Status:** Sent

**Delivered:** 6/26/2019 12:34:24 PM(UTC-4)

6/26/2019 12:34:22 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44BF999 (Table: message, chat; Size:
590159872 bytes)

From: +16142041050 Matthew Borges

John Zeiger

**Status:** Read

**Read:** 6/26/2019 1:00:05 PM(UTC-4)

6/26/2019 12:57:27 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44BC37C (Table: message, handle, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

If u get a break between mtgs call me

**Status:** Sent

**Delivered:** 6/26/2019 1:02:15 PM(UTC-4)

6/26/2019 1:02:15 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44B8FA0 (Table: message, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Can u join quick call now

**Status:** Sent

**Delivered:** 6/26/2019 1:45:09 PM(UTC-4)

6/26/2019 1:45:08 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44C7FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Yes

**Status:** Read

**Read:** 6/26/2019 1:48:11 PM(UTC-4)

6/26/2019 1:48:07 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x44C32BC (Table: message, handle, chat; Size: 590159872 bytes)

9

Chuck Jones - iPhone - FK2ZCRRYN70H



GOVERNMENT
EXHIBIT

460A

1:20-CR-077

## Summary

| Source Application | Native Messages |
| --- | --- |
| Last Activity | 4/23/2019 9:50:29 PM -04:00 |
| Start time | 4/23/2019 6:03:51 PM -04:00 |

## Participants



+17407072500
Larry Householder*



+13302854513



cej7471@gmail.com
Charles Jones* (owner)

## Conversation - Instant Messages (20)

From: +13302854513 (owner)
Busy. Can I call you in 45?
**Attachments:**



Size: 1344313
File name: IMG_4610 HEIC
**IMG_4610 HEIC**

**Status:** Sent
**Delivered:** 4/23/2019 6:03:57 PM(UTC-4)

4/23/2019 6:03:51 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)

I have a bank board meeting at 6:30 so I'll just talk to you later

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Jones, Chuck | | | |

**Status:** Read
**Read:** 4/23/2019 7:11:19 PM(UTC-4)

4/23/2019 6:04:35 PM(UTC-4)

From: +13302854513 (owner)
I'm done. Available the rest of the night.
**Status:** Sent
**Delivered:** 4/23/2019 7:11:47 PM(UTC-4)

4/23/2019 7:11:46 PM(UTC-4)

From: +13302854513 (owner)
Browns are definitely going to the playoffs and maybe the Super Bowl!
**Status:** Sent
**Delivered:** 4/23/2019 7:13:59 PM(UTC-4)

4/23/2019 7:13:58 PM(UTC-4)

1

FE_00009459
TIER 3 - 393873

Chuck Jones - iPhone - FK2ZCRRYN70H



From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
**Attachments:**

Size: 119746
File name: media_0.mp3
media_0.mp3

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 4/23/2019 8:50:56 PM(UTC-4)

4/23/2019 8:50:34 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
I hope FES is ready for a fight because the first shot was fired at us tonight.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 4/23/2019 9:40:29 PM(UTC-4)

4/23/2019 9:40:04 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
Nobody screws with my members ... my name ain't Cliff or Ryan.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 4/23/2019 9:40:41 PM(UTC-4)

4/23/2019 9:40:41 PM(UTC-4)

From: +13302854513 (owner)
It's API behind it. They are greedy and could care less about Bob and Betty. I will be pushing FES to engage.
**Status:** Sent
**Delivered:** 4/23/2019 9:41:48 PM(UTC-4)

4/23/2019 9:41:48 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
I asked REX Elsass to make ads this morning

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 4/23/2019 9:42:23 PM(UTC-4)

4/23/2019 9:42:23 PM(UTC-4)

2

Chuck Jones - iPhone - FK2ZCRRYN70H



From: +13302854513 (owner)
I'll talk to FES tomorrow about paying for them. What kind of budget?
Status: Sent
Delivered: 4/23/2019 9:43:53 PM(UTC-4)

4/23/2019 9:43:52 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
I'll find out - Id like to blister Columbus and eastern Ohio where the shale play is. What I'd like to do is hit them hard on injection wells pumping millions of gallons of radioactive used frack water into Ohio's watersheds.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Jones, Chuck | | | |

Status: Read
Read: 4/23/2019 9:46:29 PM(UTC-4)

4/23/2019 9:46:18 PM(UTC-4)

From: +13302854513 (owner)
Or add a tax into the budget bill
Status: Sent
Delivered: 4/23/2019 9:47:19 PM(UTC-4)

4/23/2019 9:47:19 PM(UTC-4)

From: +13302854513 (owner)
On them.
Status: Sent
Delivered: 4/23/2019 9:47:37 PM(UTC-4)

4/23/2019 9:47:36 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
I'd rather make them sweat first. They can't drill without injection wells.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Jones, Chuck | | | |

Status: Read
Read: 4/23/2019 9:48:05 PM(UTC-4)

4/23/2019 9:48:05 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
People gate injection wells

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Jones, Chuck | | | |

Status: Read
Read: 4/23/2019 9:48:17 PM(UTC-4)

4/23/2019 9:48:17 PM(UTC-4)

3

Chuck Jones - iPhone - FK2ZCRRYN70H



From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
hate

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Read: 4/23/2019 9:48:22 PM(UTC-4)

4/23/2019 9:48:22 PM(UTC-4)

From: +13302854513 (owner)
Remind me not to get on your bad side
Status: Sent
Delivered: 4/23/2019 9:48:45 PM(UTC-4)

4/23/2019 9:48:45 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
I bite

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Read: 4/23/2019 9:48:57 PM(UTC-4)

4/23/2019 9:48:56 PM(UTC-4)

From: +13302854513 (owner)
I'll be in my office by 6 AM. Pretty open until 10 when I have an earnings call. If you get a chance, give me a buzz.
Status: Sent
Delivered: 4/23/2019 9:49:47 PM(UTC-4)

4/23/2019 9:49:46 PM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
I will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Read: 4/23/2019 9:50:39 PM(UTC-4)

4/23/2019 9:50:29 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00009462
TIER 3 - 393876

Chuck Jones - iPhone - FK2ZCRRYN70H



**GOVERNMENT EXHIBIT**

**460C**

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 4/24/2019 5:22:53 PM -04:00 |
| Start time | 4/24/2019 7:07:01 AM -04:00 |

## Participants



+17407072500
Larry Householder*



+13302854513



cej7471@gmail.com
Charles Jones* (owner)

## Conversation - Instant Messages (11)

From: +13302854513 (owner)

Spoke to FES creditor rep. They will step in and help. Want us to just hook them up with Rex?

Status: Sent

Delivered: 4/24/2019 7:07:02 AM(UTC-4)

4/24/2019 7:07:01 AM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Delivered: 4/24/2019 7:18:09 AM(UTC-4)
Read: 4/24/2019 7:18:09 AM(UTC-4)

4/24/2019 7:18:04 AM(UTC-4)

From: +13302854513 (owner)

Will do.

Status: Sent

4/24/2019 7:18:23 AM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)

Let's back up a minute. I'm having Bfast w Jeff at 8am, I'll call you right after that. I may want to run things past Jeff to make sure REX doesn't overcharge

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

4/24/2019 7:23:23 AM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00009456
TIER 3 - 393870

Chuck Jones - iPhone - FK2ZCRRYN70H



From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
I'm cheap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

4/24/2019 7:24:04 AM(UTC-4)

From: +13302854513 (owner)
OK.
Status: Sent

4/24/2019 7:24:26 AM(UTC-4)

From: +13302854513 (owner)
I would say you are a bargain - not cheap
Status: Sent

4/24/2019 7:27:42 AM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
Frugal ....

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Delivered: 4/24/2019 7:40:37 AM(UTC-4)
Read: 4/24/2019 7:40:37 AM(UTC-4)

4/24/2019 7:28:06 AM(UTC-4)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)
Today in Energy Sub Committee we were taking testimony for several hours. Christina
Polesovsky (API) has been mingling with Ryan Smith throughout committee most of today.
Smith has also been rallying wind opponents outside committee most of afternoon. No doubt
they are behind the attacks in my mind.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Read: 4/24/2019 5:13:54 PM(UTC-4)

4/24/2019 4:52:35 PM(UTC-4)

From: +13302854513 (owner)
Can you talk?
Status: Sent
Delivered: 4/24/2019 5:14:10 PM(UTC-4)

4/24/2019 5:14:10 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

Chuck Jones - iPhone - FK2ZCRRYN70H

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 4/24/2019 5:23:17 PM(UTC-4)

4/24/2019 5:22:53 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00009458
TIER 3 - 393872



**GOVERNMENT EXHIBIT**

461D

1:20-CR-077

**Extraction Report** - Apple iPhone Logical

## Participants



+16145815826
Juan Cespedes* (owner)



+16142041050
Matthew Borges*

## Conversation - Instant Messages (48)

> From: +16145815826 Juan Cespedes (owner)
> Can u do an 11:45 lunch at Mitchell's?
> Status: Sent
> Delivered: 4/30/2019 8:25:38 AM(UTC-4)
>
> 4/30/2019 8:25:37 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x525CFA0 (Table: message, chat; Size: 590159872 bytes)

> From: +16145815826 Juan Cespedes (owner)
> Merle came through
> Status: Sent
> Delivered: 4/30/2019 8:26:46 AM(UTC-4)
>
> 4/30/2019 8:26:46 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5275B40 (Table: message, chat; Size: 590159872 bytes)

> From: +16142041050 Matthew Borges
> Liked "Merle came through "
> Status: Read
> Read: 4/30/2019 8:38:50 AM(UTC-4)
>
> 4/30/2019 8:30:30 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x525A38C (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

If it's very important yes

We have an 11am in the Speaker's office, then our client is testifying right after. I could hand her off and come to lunch if critical.

Status: Read

Read: 4/30/2019 8:38:50 AM(UTC-4)

4/30/2019 8:31:20 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5267FA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Don't worry abt it. Just want u to meet Chairman and CEO. They will be at Roetzel for part of the afternoon

Status: Sent

Delivered: 4/30/2019 8:40:23 AM(UTC-4)

4/30/2019 8:40:21 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5274CD3 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Liked "Don't worry abt it. Just want u to meet Chairman and CEO. They will be at Roetzel for part of the afternoon "

Status: Read

Read: 4/30/2019 8:51:49 AM(UTC-4)

4/30/2019 8:42:37 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x52598D2 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Luckily I went to target and picked up 3 back up shirts. Merle's looked like a blanket on him

Status: Sent

Delivered: 4/30/2019 10:02:01 AM(UTC-4)

4/30/2019 10:01:59 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5248C50 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

The CEO and Chairman will be at Roetzel around 2. The CEO has to jump on a board call at 2 but I want to make sure u get some FaceTime. I invited Davis and Mauk to lunch and they have confirmed.

Status: Sent

Delivered: 4/30/2019 10:04:23 AM(UTC-4)

4/30/2019 10:04:23 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5253650 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Want you to spend some time talking through the media funding plan with griffing also.

Status: Sent
Delivered: 4/30/2019 10:04:49 AM(UTC-4)

4/30/2019 10:04:47 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x524BD9B (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Yes

Status: Read
Read: 4/30/2019 10:06:30 AM(UTC-4)

4/30/2019 10:05:16 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x524348A (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Forgot to ask you if there's any truth to the rumors that this will end up folded into budget?

Status: Read
Read: 4/30/2019 2:55:14 PM(UTC-4)

4/30/2019 2:54:52 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5248636 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I can't imagine that right now.

Status: Sent
Delivered: 4/30/2019 3:01:49 PM(UTC-4)

4/30/2019 3:01:49 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x524B771 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

You here?

Status: Sent
Delivered: 4/30/2019 3:28:04 PM(UTC-4)

4/30/2019 3:27:58 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x525196E (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Yes

**Status:** Read
**Read:** 4/30/2019 3:28:38 PM(UTC-4)

4/30/2019 3:28:37 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x52487FB (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Come over

**Status:** Sent
**Delivered:** 4/30/2019 3:28:44 PM(UTC-4)

4/30/2019 3:28:43 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5241995 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

With the CEO

**Status:** Sent
**Delivered:** 4/30/2019 3:29:11 PM(UTC-4)

4/30/2019 3:28:49 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x524B946 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

You know that when you guys left and I "went back to my office" I just did one lap and then followed you down the elevator, right?

**Status:** Read
**Read:** 4/30/2019 4:05:30 PM(UTC-4)

4/30/2019 4:05:24 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5239FA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Lol

**Status:** Sent
**Delivered:** 4/30/2019 4:05:38 PM(UTC-4)

4/30/2019 4:05:38 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x522F671 (Table: message, chat; Size: 590159872 bytes)

4

From: +16142041050 Matthew Borges

But I was prepared. If you had still been standing there talking when I came back around, I was going to just do another lap

Status: Read
Read: 4/30/2019 4:06:55 PM(UTC-4)

4/30/2019 4:06:54 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x52232C4 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Amazing

Status: Sent
Delivered: 4/30/2019 4:09:08 PM(UTC-4)

4/30/2019 4:09:07 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x52374C9 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

That was helpful. Just want him to know what he is spending his $ on. Let's have dittoe convo tomorrow

Status: Sent
Delivered: 4/30/2019 4:09:44 PM(UTC-4)

4/30/2019 4:09:43 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5223FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Ok

Status: Read
Read: 4/30/2019 4:10:13 PM(UTC-4)

4/30/2019 4:10:10 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x522DBDC (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Cable buy increased to $260k

Status: Read
Read: 4/30/2019 11:20:34 PM(UTC-4)

4/30/2019 11:20:19 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5237A7E (Table: message, handle, chat; Size: 590159872 bytes)

5

From: +16145815826 Juan Cespedes (owner)

We just transferred $1.5M today to spend this week

Status: Sent
Delivered: 4/30/2019 11:23:43 PM(UTC-4)

4/30/2019 11:23:43 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x522296A (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

That's more.

Status: Read
Read: 4/30/2019 11:23:59 PM(UTC-4)

4/30/2019 11:23:59 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x521924F (Table: message, handle, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I don't think they are ready for it. Rex's stuff is nasty too

Status: Sent
Delivered: 4/30/2019 11:24:03 PM(UTC-4)

4/30/2019 11:24:03 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x52107E5 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Of course

Status: Read
Read: 4/30/2019 11:24:15 PM(UTC-4)

4/30/2019 11:24:15 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x521DCEC (Table: message, handle, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I know that that oil and gas has more resources than us but if spend $15M in the next 8 weeks don't u think we get to a point of saturation? Like how much more can u spend in 8 weeks?

Status: Sent
Delivered: 4/30/2019 11:28:47 PM(UTC-4)

4/30/2019 11:28:47 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x521FBE9 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

That's an honest question. I don't know the answer

Status: Sent

Delivered: 4/30/2019 11:29:02 PM(UTC-4)

4/30/2019 11:29:02 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5216D60 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Yeah. But it can be done. Just ask Rex!!

Status: Read

Read: 4/30/2019 11:29:44 PM(UTC-4)

4/30/2019 11:29:44 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5222B77 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Lol

Status: Sent

Delivered: 4/30/2019 11:29:51 PM(UTC-4)

4/30/2019 11:29:51 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5219410 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Your point is very valid. Their buy is a mistake. It allows us to say they punched 1st and we are simply protecting members.

Status: Sent

Delivered: 4/30/2019 11:31:41 PM(UTC-4)

4/30/2019 11:31:40 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5210A9B (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

And we have more money than they think. Who would ever assume a bankrupt company is willing to spend $15M. What a joke? lol

Status: Sent

Delivered: 4/30/2019 11:34:01 PM(UTC-4)

4/30/2019 11:34:01 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x521DFA0 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Laughed at "And we have more money than they think. Who would ever assume a bankrupt company is willing to spend $15M. What a joke? lol "

Status: Read
Read: 4/30/2019 11:34:30 PM(UTC-4)

4/30/2019 11:34:26 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x521230D (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Fuck those guys

Status: Read
Read: 4/30/2019 11:34:35 PM(UTC-4)

4/30/2019 11:34:34 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x521FDC6 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Thats def the plan. Just finished senior crawl with Madi and Crew

Status: Sent
Delivered: 4/30/2019 11:35:32 PM(UTC-4)

4/30/2019 11:35:32 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5216FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Loved "Thats def the plan. Just finished senior crawl with Madi and Crew "

Status: Read
Read: 5/1/2019 7:09:36 AM(UTC-4)

5/1/2019 6:03:25 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x5210ED0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Call when u can

Status: Sent
Delivered: 5/1/2019 9:41:01 AM(UTC-4)

5/1/2019 9:41:00 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x521778A (Table: message, chat; Size: 590159872 bytes)

8

**From:** +16142041050 Matthew Borges

Ohioans against Bailouts ads are running

**Status:** Read

5/1/2019 8:01:07 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51F2D8D (Table: message, handle, chat; Size: 590159872 bytes)

**From:** +16145815826 Juan Cespedes (owner)

Thank u. Gen now sitting on $1.5M. Waiting for them to spend it

**Status:** Sent

5/1/2019 8:05:44 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51F168F (Table: message, chat; Size: 590159872 bytes)

**From:** +16142041050 Matthew Borges

Saw Neil tonight at residence. Haven't spoken to him since McMarlin memorial. But tonight you'dve thought we were old pals! Wanted to tell me all kinds of stories!!

**Status:** Read

5/1/2019 8:08:02 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51FDBE2 (Table: message, handle, chat; Size: 590159872 bytes)

**From:** +16145815826 Juan Cespedes (owner)

I have momentum to not hire him right now. Dave doesn't want to

**Status:** Sent

5/1/2019 8:10:17 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51F05BE (Table: message, chat; Size: 590159872 bytes)

**From:** +16142041050 Matthew Borges

He won't talk to me next time!!

**Status:** Read

5/1/2019 8:15:05 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51FC91C (Table: message, handle, chat; Size: 590159872 bytes)

9

From: +16145815826 Juan Cespedes (owner)

Correct. Dave actually saw him today and remembered meeting him before. Referred to him as a scumbag

Status: Sent

5/1/2019 8:23:18 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x52089AB (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Do not share. Just wanted u to see.

Attachments:

Size: 580343
File name: GenerationNow_SMOKESCREEN_MASTER.mov
GenerationNow_SMOKESCREEN_MASTER.mov

Status: Sent

5/1/2019 8:24:26 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51F0FA8 (Table: message, chat, attachment;
Size: 590159872 bytes)
Juan's iPhone/mobile/Library/SMS/Attachments/87/07/at_0_A3D55010-960D-4462-875C-
33B527419D99/GenerationNow_SMOKESCREEN_MASTER.MOV :  (Size: 580343 bytes)

From: +16142041050 Matthew Borges

Good!

Status: Read

5/1/2019 8:25:36 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51FB407 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Tv hits tomorrow

Status: Sent

5/1/2019 10:39:35 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51E6FA8 (Table: message, chat; Size:
590159872 bytes)

From: +16142041050 Matthew Borges

Liked "Tv hits tomorrow"

Status: Read

5/1/2019 10:44:11 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x51E555F (Table: message, handle, chat; Size:
590159872 bytes)

Mike Dowling - iPad - DLXYM0Z3KC51

**GOVERNMENT EXHIBIT**

517B

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 7/23/2019 8:43:39 PM -04:00 |
| Start time | 7/23/2019 9:16:52 AM -04:00 |

## Participants



+13304726068
Charles Jones*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (41)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
FYI. From Sammy.
The House of Delegates is going into session in a few minutes. They are taking up the bill that remove the B&O tax on Pleasants Power Station.
**Status:** Sent

7/23/2019 9:16:52 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Any idea what this is worth to Pleasants? Any idea on time of Columbus vote?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

7/23/2019 9:17:52 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
It's $8M per year to the good for Pleasants.
**Status:** Sent

7/23/2019 9:18:31 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/23/2019 9:18:58 AM(UTC-4)
**Read:** 7/23/2019 9:18:58 AM(UTC-4)

7/23/2019 9:18:57 AM(UTC-4)

FE_00069654
TIER 3 - 454068

1

Mike Dowling - iPad - DLXYM0Z3KC51



From: dowlingm@firstenergycorp.com Michael Dowling (owner)

For what it's worth, Sammy says John Judge is with him and does a nice job with legislators. I tell you that because John Kiani doesn't think John Judge is effective with legislators. I think he's wrong. I'll tell Kiani the same now.

Status: Sent

7/23/2019 9:20:46 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Justin Biltz and I are at NARUC and have a planned meeting with BPU President Joe Fiordaliso in 20 mins. We are on the phone with Jim Fakult now. A lot of customers still out. Hard hitting storm.

Status: Sent

7/23/2019 9:23:26 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

I'm hearing the Judge/Kiani marriage isn't going that well. Creditors need to ship Kiani back to Houston and let Judge be CEO. Matt Kimble from Avenue not high on Judge either but I'm afraid he's forming opinions based on what Kiani is saying too.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/23/2019 9:24:11 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Pass on your thoughts on Judges help in WV and Ohio to Benz when you get the chance.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/23/2019 9:25:00 AM(UTC-4)
Read: 7/23/2019 9:25:00 AM(UTC-4)

7/23/2019 9:24:45 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Ok

Status: Sent

7/23/2019 9:25:12 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Boom! Congrats. This doesn't happen without ceo leadership.

Attachments:

Size: 395318
File name: Image-1.jpeg
Image-1.jpeg

Status: Sent

7/23/2019 11:39:47 AM(UTC-4)

2

Mike Dowling - iPad - DLXYM0Z3KC51

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

We made a bbiiiiiig bet and it paid off. Actually, 2 big bets. Congrats to you and the entire team! See if Matt has any Pappy and we'll all head to Columbus tonight.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

7/23/2019 11:42:38 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Huge bet and we played it all right on the budget and HB 6 - so we can go back for more!
**Status:** Sent

7/23/2019 11:49:13 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

No party tonight. We are going to plan one with the Speaker later.
**Status:** Sent

7/23/2019 11:49:28 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

You should call the Speaker today.
**Status:** Sent

7/23/2019 11:50:03 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Already texted him:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/23/2019 11:58:43 AM(UTC-4)
**Read:** 7/23/2019 11:58:43 AM(UTC-4)

7/23/2019 11:58:40 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Thank you for your leadership! Bob and Betty are better off under your watch than they have been in a long time! Let me know when you have time for a quick chat.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

7/23/2019 11:58:50 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Great! Thanks.
**Status:** Sent

7/23/2019 11:59:07 AM(UTC-4)

3

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DLXYM0Z3KC51



From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

It was a whole team effort - but do me one favor. When you and John are in front of those employees at DB and Perry, tell them I never turned my back on them. On to PA, and maybe DC later this Fall. Speaking with interim PJM CEO tomorrow.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/23/2019 12:08:01 PM(UTC-4)
Read: 7/23/2019 12:08:01 PM(UTC-4)

7/23/2019 12:02:51 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Sorry - response to Kiani

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/23/2019 12:08:01 PM(UTC-4)
Read: 7/23/2019 12:08:01 PM(UTC-4)

7/23/2019 12:03:24 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Yep
Status: Sent

7/23/2019 12:08:27 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
So many haters out there
Attachments:

Size: 336964
File name: Image-1.jpeg
Image-1.jpeg

Status: Sent

7/23/2019 1:09:20 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Pleasants tax change is better than I originally heard. It's 12.5 Mm per year.
Status: Sent

7/23/2019 1:36:18 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Gov signed it
Status: Sent

7/23/2019 2:16:11 PM(UTC-4)

4

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DLXYM0Z3KC51



From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
Pleasants or HB6?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/23/2019 2:16:43 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
DeWine,
Status: Sent

7/23/2019 2:17:20 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Good question
Status: Sent

7/23/2019 2:17:35 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
Is Justice on board with the WV change?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/23/2019 2:18:20 PM(UTC-4)
Read: 7/23/2019 2:18:20 PM(UTC-4)

7/23/2019 2:18:10 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
100^
Status: Sent

7/23/2019 2:18:29 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
%
Status: Sent

7/23/2019 2:18:32 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
I think you should call Governor Dewine and President Obhof. DeWine for sure. Just thank
them and touch on importance to Ohio and Akron. Quick calls if that's possible.
Status: Sent

7/23/2019 2:44:33 PM(UTC-4)

5

Mike Dowling - iPad - DLXYM0Z3KC51

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Get me the numbers I should call them on. I have Govs cell, not Obhof's.

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/23/2019 3:02:31 PM(UTC-4)
Read: 7/23/2019 3:02:31 PM(UTC-4)

7/23/2019 2:45:58 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

https://www.cleveland.com/open/2019/07/nuclear-subsidy-opponents-already-working-to-hold-referendum-on-ohio-house-bill-6.html

Attachments:

Size: 11530
File name: A96AC056-6691-4FC5-98D6-487CC00B30EF.pluginPayloadAttachment
A96AC056-6691-4FC5-98D6-487CC00B30EF.pluginPayloadAttachment

Size: 1736415
File name: 69950CFB-E73E-4F8D-BB6A-B418EB0A4469.pluginPayloadAttachment
69950CFB-E73E-4F8D-BB6A-B418EB0A4469.pluginPayloadAttachment

Status: Sent

7/23/2019 5:51:09 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

I think Frank LaRose is going to call you.
Status: Sent

7/23/2019 8:14:41 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Talked to Frank. Talked to Eklund, Gov, Lt Gov, texts with Sam and LH. Talked to Anthony 5 minutes ago. Told him next time we really need something I hope we can actually get his vote

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/23/2019 8:30:59 PM(UTC-4)
Read: 7/23/2019 8:30:59 PM(UTC-4)

7/23/2019 8:30:57 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

That had to sting him a bit. Ha. Check out the Energy Daily I just sent to your email. Articles on our decommissioning of TMI and HB6. As you know, the street reads the Energy Daily.
Status: Sent

7/23/2019 8:32:38 PM(UTC-4)

6

Mike Dowling - iPad - DLXYM0Z3KC51



From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

We had a good talk. I'll be ready tomorrow. Just spent 3 hours with Tony George.
Perspective!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/23/2019 8:40:16 PM(UTC-4)
Read: 7/23/2019 8:40:16 PM(UTC-4)

7/23/2019 8:36:07 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Yep
Status: Sent

7/23/2019 8:40:25 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
I talked to Sonny Nardi today. We said the same.
Status: Sent

7/23/2019 8:40:42 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
I'll leave you alone but there's a lot going on. Governor Murphy will be at our staging site
tomorrow morning 8 am - which will create news. He's being very helpful as is Joe
Fiordaliso- so far.
Attachments:

Size: 290867
File name: Image-1.jpeg
Image-1.jpeg

Status: Sent

7/23/2019 8:42:20 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

If I need to call him after the earnings call, let me know. Or if I need to go there, we'll figure
it out.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/23/2019 8:43:21 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Okay. Hope not, but okay.
Status: Sent

7/23/2019 8:43:39 PM(UTC-4)

7

Mike Dowling - iPad - DLXYM0Z3KC51





FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DLXYM0Z3KC51



Mike Dowling - iPad - DLXYM0Z3KC51



Today 8:37 PM

Kieran Tintle

Governor Murphy is confirmed for an 8:00 am event with us at our staging site in Monmouth County. I will attend with Fakult.

Great. Thanks.



FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00069665
TIER 3 - 454079

Session TIER3-8452

GOVERNMENT
EXHIBIT

522B

1:20-CR-077

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session TIER3-8452

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 5/1/2019 |
| Time Recording Starts: | 1:03:50 |
| Time Recording Ends: | 1:05:35 |
| Agent: | SA Blane J. Wetzel |

**Participants:**
 Neil Clark
 UC Brian

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session TIER3-8452

**1:03:50 [Start of transcript]**

UC Brian:     I do, I do. But you see why we do it. I don't, I don't give a campaign donation ever.

Clark:        (OV) I, I told you not to ever give, uh (UI).

UC Brian:     Never. (UI) Well, yeah, you did, but when I first met you I said, I you, and you…

Clark:        (OV) I told you not to give.

UC Brian:     …can go look in that track record, no matter what state I've been in, never ever give campaign (UI).

Clark:        (OV) Don't ever give. Don't ever give. Never.

UC Brian:     Because our name's attached.

Clark:        Giving, giving money is like putting a fucking bullseye on your forehead and saying kill me, kill me. I'd say to you.

UC Brian:     (OV) I don't mind giving money, I just don't want to do it with campaign contributions.

Clark:        (OV) No look, I said (c)4s, I said (c)4s.

UC Brian:     That's what you did.

Clark:        I, I said (c)4s.

UC Brian:     How's that work here differently than anywhere else, how do they benefit from it?

Clark:        It's secret, a (c)4 is secret, nobody knows. The money goes to the Speaker's account. It is uh, controlled by his people, I'm one of his people.

UC Brian:     Yeah.

Clark:        And, and nobody, it's not recorded. A (c)4 is a non-recorded.

UC Brian:     So when we first met, like when you thought we were somebody else. We told you we had X amount of money set aside for, and we said X. Then we said, then we…

Clark:        (OV) And I said don't do it.

UC Brian:     …then we started talking, you said, no, make sure you have enough, and we said we did. When, when do we need to play that card?

2

Session TIER3-8452

| | |
|---|---|
| Clark: | I don't think we, right now I think, I think this is actually going better than I thought it would. I actually thought, when I was down in Cincinnati, I told you I need to register pretty soon. I didn't need to. |
| UC Brian: | Yeah. |
| Clark: | It's actually flowing in a different way. You may not need to put a fucking penny into this place. You may get what you want by just waiting to manipulate the system. |
| UC Brian: | Yeah. |
| Clark: | I, if, if you do put money in. |
| UC Brian: | (OV) Well I hope you're right. This would be the first time that's ever happened in the history of any deal I've made, but I hope we're right. |
| Clark: | If, if you do do it, it'll be in a (c)4 that'll never be reported. |
| UC Brian: | Okay. |

**1:05:35 [End of transcript]**

Session TIER3-8458

GOVERNMENT
EXHIBIT

525B

1:20-CR-077

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session TIER3-8458

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 6/6/2019 |
| Time Recording Starts: | 0:06:50 |
| Time Recording Ends: | 0:14:24 |
| Agent: | SA Blane J. Wetzel |

**Participants:**
Neil Clark
UC Brian
Waitress

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session TIER3-8458

**0:06:50 [Start of Transcript]**

UC Brian:     I don't really need the subsidies to be honest with you.

Clark:        (IA, OV) Let's do it this, well, they're actually, what's going to happen if this bill doesn't come out of the Senate, I'm going to strip part of this bill out. Move the subsidies and the mandates out, um. Don't talk to Bill Seitz about, don't do anything with Bill Seitz yet.

UC Brian:     With what, green energy?

Clark:        (IA) About, yeah, don't, don't say anything to Bill. Focus on--

UC Brian:     About green energy?

Clark:        Yeah.

UC Brian:     Right.

Clark:        Focus only on, focus only on…

UC Brian:     (OV) Sports.

Clark:        …sports and in about a week, text me. Text me the following words, what about, what about energy?

UC Brian:     Green energy.

Clark:        No, don't (UI).

UC Brian:     Energy.

Clark:        Just do, what about energy? I'll know what the fuck you're talking about. Okay, I don't need you to, just what about energy. You know, and that, then I'll, I will have by then, get a pretty good idea where this (IA).

UC Brian:     But that's going to cost me money, soft dollars, more than this fucking sports shit. (IA)

Clark:        (IA, OV)

UC Brian:     Yes it will. Bullshit. It's every, no.

Clark:        (OV) Oh you're talking about, because the get, it's a get.

UC Brian:     Uh, I'm, absolutely.

Clark:        (IA, OV)

UC Brian:     If you tell me it's not going to happen here, I'm going to tell you the same last thing I said last

2

Session TIER3-8458

|              |                                                                                                                                                                                        |
|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|              | time I met you.                                                                                                                                                                         |
| Clark:       | No, no, no.                                                                                                                                                                             |
| UC Brian:    | It'll be the first time in history…                                                                                                                                                     |
| Clark:       | (OV) No, no, no. (IA)                                                                                                                                                                   |
| UC Brian:    | …that I have not had to push soft dollars.                                                                                                                                              |
| Clark:       | Yeah no, you're, you're probably right about that one.                                                                                                                                  |
| UC Brian:    | Alright.                                                                                                                                                                                |
| Clark:       | You, you are right about that. I think that's a legitimate statement, that it will cost you more than sports. You, you could be right.                                                  |
| UC Brian:    | (OV) Yes.                                                                                                                                                                               |
| Clark:       | You, you, you're probably right, you're probably right. But at least, at least, again, a week from Tuesday, not this Tuesday, a week from Tuesday, text me that, that message and I'll tell you where we're at. |
| UC Brian:    | But who do we, who do we focus on there?                                                                                                                                                |
| Clark:       | On that one?                                                                                                                                                                            |
| UC Brian:    | On green energy?                                                                                                                                                                        |
| Clark:       | Um--                                                                                                                                                                                    |
| UC Brian:    | If I'm going to have to spend money, where's that going to go?                                                                                                                          |
| Clark:       | It will, it'll all be, no, we're done. (IA)                                                                                                                                             |
| Waitress:    | Do you want dessert?                                                                                                                                                                    |
| UC Brian:    | I'm good.                                                                                                                                                                               |
| Clark:       | No, I'm good. (IA)                                                                                                                                                                      |
| UC Brian:    | Shit no.                                                                                                                                                                                |
| Waitress:    | No? Okay.                                                                                                                                                                               |
| Clark:       | I'm ready to go home.                                                                                                                                                                   |
| UC Brian:    | Thank you.                                                                                                                                                                              |

3

Session TIER3-8458

| | |
|---|---|
| Clark: | Um. The people that are going to carry green energy would be the Governor and the Senate. It won't be Larry, Larry is not a green energy guy. |
| UC Brian: | Right. Nor should he be. |
| Clark: | Um-- |
| UC Brian: | He's conservative. |
| Clark: | Right. He, he, you. |
| UC Brian: | And, and guess what I am too, but I know where my money's going. |
| Clark: | Yeah. He, he, but, see the Governor doesn't want to give away, doesn't want to give away these things. So what I've been trying to do, is that I don't want to do the mandates anymore. Larry doesn't want the mandates. What I'm trying to say is that we'll give you a substantial subsidy. I mean, huge subsidy. |
| UC Brian: | Yeah. |
| Clark: | Um-- |
| UC Brian: | The Governor will? |
| Clark: | Yeah. I mean huge. Um, you share in a pot of $200,000,000 a year. |
| UC Brian: | (OV) Sure. Yeah, oh yeah. |
| Clark: | Yeah. (IA) And you don't need, that way nobody, nobody's bitching about a mandate. |
| UC Brian: | Right. |
| Clark: | (IA) |
| UC Brian: | Thank you dear. |
| Waitress: | Uh-huh you're welcome. |
| Clark: | Um-- |
| UC Brian: | Appreciate it. |
| Clark: | So that's what I'm saying. And Bill Seitz isn't in that discussion. The, the, the, the, the Speaker is in that discussion. I have said to the Speaker, if we can't move this bill a different way, we are actually going to have to put some of the stuff back in. And by putting the stuff back in, may mean, may mean very well, that energy efficiencies… |

4

Session TIER3-8458

| | |
|---|---|
| UC Brian: | Mm-hmm. |
| Clark: | …solar, and wind have to have a win. A win. He said, I don't want that. I said, uh. You know, no offense. |
| UC Brian: | (OV) I don't need a big win. I don't need a big win. |
| Clark: | I know, I, I-- |
| UC Brian: | (OV) You know. You know. |
| Clark: | Okay. Alright, I know. One of the reasons I turned down the other company is that they wanted to go through a law firm. And the law firm wanted to regulate how I did my work. |
| UC Brian: | Oh, buddy, I understand. It's what I did in Maryland. |
| Clark: | And I said to these guys, you know, the reason that they want to regulate that they want to know what my contacts are with the Speaker. And I just-- |
| UC Brian: | Every time I farted, he'd, he'd bill me $650. |
| Clark: | (OV) I just. Yeah I'm not doing that shit. |
| UC Brian: | And I'm okay with some of that… |
| Clark: | (IA, OV) I'm not giving you any fucking (IA). |
| UC Brian: | …but I get so fucking pissed. |
| Clark: | I'm not giving you any fucking, yeah. (Laughter) |
| UC Brian: | This motherfucker. God, oh my, I'm the best environmentalist, uh, lawyer in the, in the northeast. (Laughter) He got, uh, fuck, I could tell you stories until I turn blue in the face. He got me meetings with the Lieutenant Governor, the Governor, we were at Belmont together. We, it was awesome. At the end of the day, fucking got zero. |
| Clark: | (IA) |
| UC Brian: | Hundreds of thousands of soft money. |
| Clark: | (IA, OV) This is, this (IA), that's the thing, this is why. |
| UC Brian: | (OV) Hundreds of soft money. Soft money, not hard money (OV). |
| Clark: | (OV) Okay. I know, I know. And, and-- |
| UC Brian: | Fucking livid. |

5

Session TIER3-8458

| | |
|---|---|
| Clark: | (OV, IA) It's, that's why I told you I didn't want to do it. I've been here too many times. |
| UC Brian: | But here's the thing buddy, here's the thing. I don't know that you, Neil, I don't give a shit. It takes that to make money. |
| Clark: | Sometimes. It-- |
| UC Brian: | Bullshit. |
| Clark: | No. |
| UC Brian: | Okay. |
| Clark: | No. Here, you know when, when a politician's heart is right, that is, that you know that someone's going to be a champion… |
| UC Brian: | Mm-hmm. |
| Clark: | …then you go all out. But you, here, I have to tell you that on HB6 the Governor took that, about $3,000,000 from FirstEnergy. |
| UC Brian: | For what? |
| Clark: | $3,000,000 from the utility company for his soft dollar (c)4. |
| UC Brian: | Did he? |
| Clark: | Yeah, and when they needed him, you know what he did? |
| UC Brian: | Turned his back. |
| Clark: | Now he wants to come in, now that it's passed the House, he wants to help in the Senate. And I'm going, fuck you, what are you going to do? Are you actually going to help or are you actually going to be a pussy? |
| UC Brian: | Right. |
| Clark: | And so my, my problem with the whole thing is that when people say they're going to do something, and you give that kind of money, and when you're talking about that kind of money… |
| UC Brian: | Yeah. |
| Clark: | …$3,000,000. Larry, the, the Senate, the, the Speaker took a million and a half, two. But he went to war for them. |
| UC Brian: | Sure. |

6

Clark:        He even went and beat them to death.

UC Brian:     Right. He took, two, two point five million of soft money?

Clark:        Yeah.

UC Brian:     But he went, but he went head charging on. Right?

Clark:        Yeah. The Governor, when he knew that Larry didn't have his votes, ran away from him. Now he wants to come back because now it's all of a sudden going to pass the House, and so the Speaker's trying, the, the Governor is trying to reclaim himself.

UC Brian:     Mm-hmm.

Clark:        Those are not the people I want to be around.

Waitress:     I'll be right back.

UC Brian:     Oh, you're good.

Waitress:     Oh, thank you so much. Have a good evening.

Clark:        Those are the people I don't want to be around. Because those kind of people are the ones that, they weren't there for you, they were there to take your fucking money.

UC Brian:     Right.

Clark:        And when, when it's easy to get it done, they'll get it done for you.

UC Brian:     Yeah.

Clark:        That's how it happens in Ohio. When it's easy, they'll do it. When it's hard, they won't.

UC Brian:     Yeah.

Clark:        Only a few, who go to the wall.

UC Brian:     Yeah.

Clark:        Those guys that go to the wall can only do it once a year because if they do it all the time, everybody knows they're pay to play.

UC Brian:     Well.

Clark:        And, and it kills you.

UC Brian:     Sure.

Session TIER3-8458

| | |
|---|---|
| Clark: | It kills you politically and then each time that that happens, they have less power every time out. |
| UC Brian: | But here's my problem. How, how, how do they get exposed with the pay to play? It's stupidity? |
| Clark: | They, they, it's stupidity. |
| UC Brian: | Who talks about it? It's, it's, it's-- |
| Clark: | (IA, OV) Here… |
| UC Brian: | (OV) That's my problem. Here's what I don't fucking. |
| Clark: | (IA, OV) The people that get aggrieved. The people that are aggrieved, leak it. |
| UC Brian: | How are they aggrieved? If I, if I, if I give-- |
| Clark: | If I give you $3,000,000 and you don't help me, somebody that's-- |
| UC Brian: | Don't do three million, do three hundred thousand. |
| Clark: | I know but, but these guys-- |
| UC Brian: | I know, I know, I know. |
| Clark: | These are huge. This, this Governor, this Governor was not doing well with polls, (IA) he was not a sure winner. Everybody, you know. It, it, it, it wasn't a guaranteed win, and so all that soft money was really necessary to victory. |

**0:14:24 [End of transcript]**

Session TIER3-8472



**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session TIER3-8472

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 7/23/2019 |
| Time Recording Starts: | Multiple Segments |
| Time Recording Ends: | Multiple Segments |
| Agent: | SA Blane J. Wetzel |

**Participants:**
Neil Clark
UC Brian
UC Vinny
CHS

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session TIER3-8472

**0:00:00**

UC Brian:     Alright, UCE seventy-six, seventy-seven sixty, wait.

CHS:          Mm-hmm.

UC Brian:     Yeah, we're good now. UCE seventy-seven sixty, UCE.

UC Vinny:     Thirty-one twenty-nine.

UC Brian:     And Tango One. Time is approximately 6:08 on July 23rd, 2019. Recorded conversation in Nashville with Neil Clark.

(UI)

UC Brian:     Hey, Chris, you can grab him one of these. He'll drink, that's what he wants.

Clark:        How you doing?

UC Brian:     What's up brother? How are you?

Clark:        Good. How are you doing?

UC Brian:     You walk all the way here?

Clark:        (UI)

UC Brian:     What?

Clark:        (UI)

UC Brian:     Are you serious? (Laughter)

(UI)

UC Brian:     Rob is, uh, Rob is sick, horribly sick.

Clark:        Is he really?

UC Brian:     Yeah, so I told him to keep his ass home. Hit the up button if you don't mind? Um, it's not a bad walk, it's not far.

Clark:        Oh no, exactly, you know.

UC Brian:     You came down Fifth and…

2

Session TIER3-8472

| | |
|---|---|
| Clark: | Yeah. |
| UC Brian: | ...cut over on Broad. |
| Clark: | Yeah, it's no big deal. No, it's (UI). |
| UC Brian: | (UI) |
| Clark: | What? |
| UC Brian: | (UI) |
| Clark: | Yeah, sorry. Thank you. |
| UC Brian: | Good. |
| Clark: | Excellent. |
| UC Brian: | It's got to be cooler up there. It's hot as shit right here, don't know why. It's weird (UI). |
| Clark: | So what is this street? What is all this? This is? |
| UC Brian: | So this is Broad that you walked down with all the bars on it and this is Second. |
| Clark: | This is where the music and stuff is? |
| UC Brian: | Yes. Live music, yeah. |
| Clark: | This whole area is like the entertainment area for Nashville? |
| UC Brian: | (OV) Yeah. Mm-hmm. Music Row is right here. This is where all the bars, this is where everybody tries to start to become somebody. |
| Clark: | (OV) Oh really? That's cool. |
| UC Brian: | Yeah, so everybody if you, when we go out tonight, you'll see everybody who sings is pretty damn good. |
| Clark: | Yeah. |
| UC Brian: | I mean, they got to be right? |
| Clark: | Yeah. |
| UC Brian: | They're trying to be here. |

3

Session TIER3-8472

| | |
|---|---|
| Clark: | Right. |
| UC Brian: | But, yeah, so drive's pretty easy isn't it? |
| Clark: | It's too fucking easy. |
| UC Brian: | I know. |
| Clark: | (UI) |
| UC Brian: | I rather do that then fly. |
| (UI) | |
| UC Brian: | There's the boy, you remember Chris, don't you? |
| (UI) | |
| UC Brian: | Oh yeah, just watch yourself on these carpets. They fucking, I had some people put some stuff down and the, the-- |
| (UI) | |
| Clark: | …downloaded it to myself. |
| UC Brian: | Alright. |
| CHS: | You want, you want me to, uh, yeah hold on. |
| UC Brian: | You want a vodka tonic or, uh, vodka cranberry? |
| Clark: | Yes please. |
| UC Brian: | You want tonic in it? |
| Clark: | No, thank you. |
| UC Brian: | (UI) send it to B. Bennett, uh, Solutions and he'll be able to pick it up. |
| CHS: | Do you want any cranberry in that? |
| UC Brian: | Yeah. |
| Clark: | No, thank you. Cranberry juice. |
| CHS: | (OV) You just want a straight vodka tonic? |

4

Session TIER3-8472

| | |
|---|---|
| Clark: | No, no, no, no. Just vodka, vodka. |
| UC Brian: | (OV) No tonic, just vodka cranberry. |
| CHS: | Vodka cranberry. |
| Clark: | Bennett? |
| UC Brian: | Yeah. |
| Clark: | Okay. |
| UC Brian: | B. Bennett... |
| CHS: | (UI) |
| UC Brian: | B. Bennett Solutions. |
| Clark: | Okay, B. Oh B. Bennett. |
| UC Brian: | B. Bennett, yes. |
| Clark: | Right? |
| UC Brian: | Yeah, yeah, E-T. B-E-N-N-E-T-T. Solutions, plural. You got an R in there. Now you got an O in there. Give me that thing. |
| Clark: | Here, you do that. And the, those are all the documents. |
| CHS: | Now what were you saying? |
| Clark: | I'm sending all this stuff on energy efficiency that, that, that passed today and became law. |
| CHS: | Oh, wow. Was it this, it was today? |
| Clark: | Yeah, it happened today. He, he, he flew everybody in. You're going to have three documents. |
| (UI) | |
| Clark: | Make sure, okay, maybe four. It's got everything you need on, on the energy efficiency that they, they continued it until 2021. |
| CHS: | Okay. |

5

Session TIER3-8472

| Clark: | And then they, and then they moved it, instead of the caps that you had before they moved it to a (UI) 17.5%. You're going to have to look at it and tell me what's going on because I (UI) I really most of this happened so quickly. (UI) The House took it all out. The Senate put it back in. Then by the time it went through, uh, the last (UI) committee they stripped out. They, they condensed what energy efficiency could do. They lowered all the standards for… |
|---|---|
| UC Brian: | Hold on (UI). |
| Clark: | …for wind and solar. Okay, so they took all those mandates in Ohio, and they cut them in like half. |
| CHS: | So are you thinking most of this stuff and I'll get him to send it to me. But, but, um, you thinking this stuff is mostly like um, are they basing it on how much energy you're using or-- |
| Clark: | That's why you got to look. |
| CHS: | Okay, no I'll look at it. |
| Clark: | They, they did it as a total combined at 17.5% of something. |
| CHS: | Okay. |
| Clark: | So. |
| CHS: | Yeah, I'll know it once I look at it. |
| Clark: | Because they, they were, they were, the Republicans really didn't want any energy efficiency at all. |
| CHS: | Okay, okay. |
| Clark: | So they took it all out in the House. |
| CHS: | Okay. |
| Clark: | Stripped it out and then in the Senate, they put it back in… |
| UC Brian: | Hand me my phone. |
| Clark: | …and then as it was getting closer (UI) legislation was going to pass and they didn't want to do a conference committee they started making changes. |
| Clark: | How you doing? |
| UC Vinny: | How are you? |

6

Session TIER3-8472

| | |
|---|---|
| Clark: | Good. |
| UC Brian: | You remember Vinny. |
| Clark: | Yes, I do. |
| UC Vinny: | Good to see you again. |
| Clark: | It's good to see you. (UI) They started making changes in that they (UI) this is what you see now. Alright? This is-- |
| CHS: | Alright. |
| Clark: | Now the other thing to it, is that they're trying to, um, a group of people who do, do what's called a referendum. They'll take the bill and they have ninety days to collect signatures to put it on the ballot. But because the ballot can't be done until next year, it has to be a, in a, uh, general election, but they already missed the date for this November which was July 3rd. It goes to 2020. So if they spend the five, six million dollars to collect the signatures, they… |
| UC Vinny: | Salud. |
| Clark: | …will stay the bill. Salud. They will stay the bill until 2020 which will effectively put FirstEnergy out of business. |
| CHS: | Okay. |
| Clark: | But, you know, it's a highly, I'm working on that campaign to make sure (UI). |
| UC Brian: | And FirstEnergy is what? |
| CHS: | (OV) Um, yeah that's what I was going to ask. Who's FirstEnergy? I'm naïve. |
| Clark: | Nuclear power plant. Two nuclear power plants. This is, this is the same subsidy but it's the same, it's a similar subsidy that was given to Michigan and, not Michigan, New York, Indiana. |
| CHS: | Okay. |
| Clark: | Who would have nuclear power plants and they gave them. There's, there's three states that have nuclear power plants and they, they (IA)… |
| UC Brian: | (OV) Uh, South Carolina has one. |
| Clark: | …sub, substantial subsidies. I'm talking three hundred million a year for ten years. You know, some were even longer than that. So you're talking about three billion dollars, kind of routine. In Ohio, the subsidy's about one point two billion to effectively bailout the |

7

|  |  |
|---|---|
|  | nuclear power plants. |
| CHS: | Okay. |
| Clark: | But in order to make sure that the consumer's bill was kept to a minimum, that the, the consumers weren't going to be paying these additional rates, they got rid of all the mandates in the House. Okay, all those mandates that were the RPS, uh, energy efficiency mandates that were… |
| UC Vinny: | Right. |
| Clark: | …in Ohio that were really high and they're about to go up next year, they got rid of all those. And then when they went in the Senate, they started putting them back in. So, what you see in this bill is the best that could be done to put back in for energy efficiency. |
| CHS: | Okay. |
| Clark: | Alright. |
| CHS: | What, um, does, does Ohio have any nuclear energy? |
| Clark: | Mm-hmm. |
| CHS: | You guys do? |
| Clark: | Yeah, two plants that produce, uh, 90% of all the clean energy in the state of Ohio. |
| CHS: | No kidding. Where are they located? |
| Clark: | Right on, uh, Lake Erie. |
| CHS: | Yeah, they'd have to be on a lake. |
| Clark: | One's, one's close to Sandusky and the other is closer to, uh, Lordstown. |
| CHS: | Sandusky, that's a bad word. |
| UC Brian: | Yeah. |
| CHS: | Yeah. |
| UC Brian: | Jerry. |
| Clark: | So, um. You know, so there, there are, FirstEnergy is a, deep pockets. |
| CHS: | Yeah. |

Session TIER3-8472

| | |
|---|---|
| Clark: | I mean just, you can't-- |
| UC Brian: | So do they throw a lot of money at everybody? |
| Clark: | I did this campaign. |
| UC Brian: | (OV) Oh, you did. |
| Clark: | I did this, I did this, I did this campaign, um… |
| UC Brian: | (OV) Between. |
| Clark: | …all we cared about was getting the subsidy. I mean, it was the Speaker who didn't want the mandates. And they said-- |
| UC Brian: | So you worked between FirstEnergy and Householder? |
| Clark: | I was his, actually I was his proxy. |
| UC Brian: | Really? |
| Clark: | Yeah, I mean it was, it was really strange because I didn't get paid. Okay, understand, I didn't, it was, um-- |
| UC Brian: | No, I don't understand. (Laughter) |
| Clark: | (UI) It was really kind of fucked up, but he calls me up and he says, I need I'm too busy, you need to be my proxy. So you get to make all the decisions, hire everybody... |
| UC Brian: | For FirstEnergy? |
| Clark: | …but you can't get paid. |
| UC Brian: | Okay. |
| Clark: | Because he didn't want people to, to think that I was doing it based on what I was getting paid. |
| CHS: | Mm-hmm. |
| UC Brian: | Okay. |
| Clark: | So when, when I said this is what we're going to do, nobody said well that's not how the Speaker told me. So they announced in this room that I was his proxy, so I didn't have to-- |

9

Session TIER3-8472

UC Brian:     You didn't have to go back and say hey, here's what we do, you just spoke for him?

Clark:        Yeah.

UC Brian:     Yeah.

Clark:        And so, every decision was made so I didn't have to contact him. Um, matter of fact, this Friday is going to be the first time that we actually sit down to talk about this issue with a group of other people.

UC Brian:     Now is that what you were telling me before with that Greenspan guy? Is that where that got involved?

Clark:        That's correct.

UC Brian:     Okay.

Clark:        Greenspan was a sponsor of our sports betting bill.

UC Brian:     Right.

Clark:        He had everything done, ready to go, and he votes no on the Speaker's number one priority.

UC Brian:     Right.

CHS:          Hmm.

UC Brian:     Which pissed the Speaker off.

Clark:        (OV) HB, which pissed him off.

CHS:          (OV) Wow. I would say it probably would.

Clark:        So he held, he held the bill. But in the meantime, the casinos are getting stronger. I mean, they're clearly getting stronger. The Governor comes out with his position that he wants it to be only at casinos and racinos.

UC Brian:     (OV) Casinos.

Clark:        So the Speaker says to--

UC Brian:     (OV) He's since pulled back on that.

Clark:        What?

10

Session TIER3-8472

| | |
|---|---|
| UC Brian: | He's since pulled back on that. |
| Clark: | Well, the Speaker calls him and says you aren't getting any fucking bill. I'm getting it my way or you are not getting anything. I mean he just made it very clear. I'm putting these in other places and that's the way it's going to be. |
| UC Brian: | Yeah. |
| Clark: | So now we're, now it'll come back, probably in September, we'll start, you know, trying to move it through. We still have a real problem with the Senate, with the Senate President Larry Obhof. |
| UC Brian: | Yeah. |

**0:11:27 [End of transcript]**

**0:22:30 [Start of transcript]**

| | |
|---|---|
| Clark: | Yeah, sorry. That was, that's the Speaker. I just need to get something done. Um. Yeah, it's been pretty interesting. Right now, I think the Governor, um, is clearly a Governor that plays to special interest. Particularly people that he's had long relationships with. He's clearly influenced by, he's clearly influenced and I've know this guy since I started in the Statehouse in 1980. You know, um, he was a, he was a prosecutor, state Senator, Congressman, um, Lt. Governor, U.S. Senator, on and on. And I think he's very much can be influenced by money. And I'm very, I was (UI) I was stunned at it because a lot of these decisions he is making don't, I don't want to say he's a pay to play guy. Okay, but he's clearly influenced by his friends who have money. |
| UC Brian: | Mm-hmm. |
| Clark: | And his friends don't like to ask him for stuff because they don't want to make it look like. So they work around it in such a way that, um, they get what they want without interfering with their relationship but it's, it's kind of fucked up. |
| UC Brian: | (UI) |
| UC Vinny: | He's so willing it looks fucked up. |
| Clark: | (OV) It looks, it looks fucked up. |
| UC Brian: | Well, is that where you were telling me those (c)4s come into play? |
| Clark: | Right. I mean those (c)4s, this (c)4 that I'm doing, doing this work on has, has done just in these last ten weeks, $17,000,000. |
| UC Brian: | Well, where do they attribute that to? Some sort of, do they name it something, like some |

11

sort of charitable donation or what do they name it?

Clark:      No, no it's not. It's a, it's a, it's a, it's a, it's a non-deductible business expense.

UC Brian:   Right. But they don't have to call it anything?

Clark:      And they don't have to, but you don't have to call it anything and you don't have to, oh, God great. The CEO wants to call the Speaker and he goes, so what time do you want him to call, and I said, I don't care.

CHS:        (UI)

UC Brian:   I don't give a fuck.

CHS:        (UI) decision all night.

Clark:      What, what time? I don't care, any time. Okay.

UC Vinny:   I feel bad you're standing.

CHS:        What were you guys saying, (c)4?

UC Brian:   He was.

CHS:        About 501?

UC Brian:   Yeah.

Clark:      No, no uh 501(c)4. 501(c)4 is a, the (c)4 is a political entity that can take nondisclosed corporate contributions and they can spend it on both campaigns and issues. The only federal.

CHS:        Is that what all this tax shit was like years ago where there was a big fight over? (IA)

Clark:      No.

CHS:        That's something different? That's something different?

Clark:      That's something different. That was, um, um you're taxing my brain now, but it's, um, it's, uh, Citizens United.

CHS:        Oh yeah, yeah, yeah.

Clark:      Okay, so this is, this is an absolute, um, based on Supreme Court decision. Businesses can do this and they can't, nobody can do anything about it. Uh, until the federal law changes, which I don't think will ever happen, these (c)4s are perfect for, um, getting issues done.

12

The problem with (c)4 is, is that members can deny that they ever knew about it. Because they're not supposed to have any coordinated event with it. So they can get a bunch of money and act like, I never took any money from you.

UC Brian:     (OV) I didn't know that.

Clark:        I never took any money. So there's that, that tie and, and being able to make them feel guilty that they fucked you isn't there.

CHS:          Right.

Clark:        But, you know, if it is, if it's somebody that's got long term, you know, a big utility company, somebody that's got a lot of money that's going to be around forever-- (UI)

UC Brian:     (OV) Like that First, whatever the fuck FirstEnergy.

Clark:        Yeah, FirstEnergy. We call FirstEnergy the bank. Because they can do, they can do, they can fund these things for twenty years if they wanted to.

UC Brian:     (OV) Yeah.

CHS:          Nobody wants to blow them off.

Clark:        Nobody is going to blow them off because they, they, they got too much money and too much power.

CHS:          (UI, OV)

UC Vinny:     Congress ain't going to change that.

Clark:        Mm-hmm.

UC Brian:     Why would they?

UC Vinny:     They're fucking eating.

Clark:        Yeah, they need it.

UC Brian:     They're fucking eating.

UC Vinny:     They're eating.

CHS:          But you got to put it through somebody big like that, right? You got to have somebody…

Clark:        No, you've got--

13

CHS:        ...who's got some clout.

Clark:      You have to have somebody that can put the money into the (c)4 then the, what do you, the question is what do you do with the (c)4. Do you help people get elected or do you do it for your own issues? Under federal law, it has to be, it has to be at least fifty-fifty. Fifty for campaigns, fifty for issues. So like all this money that we had just spent for FirstEnergy's behalf now goes on the equation of education. So all now they can give $17,000,000 in political contributions and now it's, under federal law standards, they're equal.

CHS:        Ah.

Clark:      Okay? And so that's why Karl Rove spends all of his money and he does, he does very little education but he says, well, here's my attitude when the day comes I'm going to shut it down, I have to show you that I did 50%. The (c)4s I work for we do it every two years. Because there's, there's if, if you get an audit, you want to be, who wants to be screwing around with trying to explain this shit to the IRS.

CHS:        You don't want to.

Clark:      You just, you don't want to do it. You just want to say here's the calculations here we do and so they audit you one or two times, they do it every two years and they won't bother you for a while.

UC Brian:   And that's what you do, every two years?

CHS:        Vinny you should have told me I would have (UI). You need another one?

UC Brian:   Um, you going to have one? Yeah.

CHS:        Yeah, I'm having one.

UC Brian:   You're over there being the bartender, man, I appreciate it.

**0:27:35 [End of Transcript]**

**0:30:51 [Start of Transcript]**

UC Brian:   You said it has to be.

Clark:      November, December, yeah, December's always good. It has to be done by the time Christmas hits, gets here, it has to be done. Has to be done.

UC Brian:   So, what do you need from us?

Clark:      Nothing yet. Um.

14

Session TIER3-8472

UC Brian:     Fuck it's, it's July. It's fucking, it's August already.

Clark:        I understand, but, um. I had it we were in a great, great shape until he fucked. Uh, some
              people want to go out and just introduce another bill. Um, I've talked to the Speaker a
              couple times about, you know, when is he going to forgive the guy. Um, the guy, David
              Greenspan thinks he's going to, that he has forgiven him. Um.

UC Brian:     But he hasn't.

Clark:        He may have, he just gave him another bill to pass. I haven't, I didn't want to bother him
              during the (UI) saying when you going to take him off the, off the, uh.

UC Brian:     Shitlist?

Clark:        Shitlist.

UC Vinny:     Should you have dinner with the Speaker?

Clark:        Can you?

UC Vinny:     Should you?

Clark:        I have, uh, uh--

UC Vinny:     Not can you 'cause (UI) probably. I know you can.

Clark:        (OV) Oh no I do. Oh no I.

UC Vinny:     But should we?

Clark:        If you guys want to have dinner, it would be fine. Now that he's not busy. I mean it, it
              wouldn't be a problem. I, I talk to him two or three times a day. Okay, I'm texting him right
              now.

UC Brian:     They're, they're pretty close.

Clark:        I'm texting him right now. Um, his, this is where he stands on, on the issue. He's for having
              sports betting everywhere. Okay that's, keep in mind that there are currently 9,538 lottery
              machines...

UC Brian:     Vets and--

Clark:        ...sites, sites in Ohio. Okay. Not all these places can have the capacity to do this.

UC Vinny:     We'll have the buy in.

15

| | |
|---|---|
| Clark: | Well, but see the Governor also is involved in this and he won't allow that. Okay? |
| UC Brian: | Won't allow what? |
| CHS: | Won't allow the buy in? |
| Clark: | (OV) Won't allow, won't allow all these places. |
| UC Brian: | Okay, good. |
| CHS: | Oh, good. |
| UC Brian: | Good. |
| Clark: | Okay. He's not going to, he's just not going to, it's, it's too frightening for him, okay. |
| CHS: | Oh, hell yeah. |
| Clark: | So, the, the best thing that's going to happen is going to be destination locations. |
| UC Vinny: | Okay. |
| Clark: | Destination locations, a hotel, uh. |
| UC Brian: | Like us. |
| Clark: | You know, the things that we want to do, that can have a little bit of volume going in there, to do this, and keep it so that you can control, uh, a bar, um, a, uh, um, a BW3. Uh, name a, name a place in. |
| UC Brian: | Yeah. |
| Clark: | A bar that has food that has these machines all over the place, okay. Um, that's where it's going to end up. The Speaker wants to put these machines in these seventeen hundred vets and fraternals, vets and fraternals in Ohio. When you think about, we have eight urban areas, but when you get into the rural areas, you're talking about population of one thousand. So it doesn't matter about these vets and fraternals. Um. |
| UC Vinny: | But it's like Billy-Bob's fucking rod and gun? |
| Clark: | Right. So, so what it will, what will happen is that it's going to have to be in places, so we could probably get about two thousand to three thousand additional sites. Okay, that would fit into that category as the large (UI). There are thirteen thousand bars and restaurants in Ohio, thirteen thousand. |
| CHS: | Damn. |

16

| | |
|---|---|
| UC Brian: | Hmm. |
| UC Vinny: | Why you-- |
| CHS: | (IA) |
| (UI) | |
| Clark: | So that's why I am saying. |
| CHS: | That, that seems like a lot. |
| UC Vinny: | Yeah, for those concentration centers (UI). |
| Clark: | The issue isn't, isn't my relationship with the Speaker. That, my, our issue is going to be with, the Governor's going, taking this out the hands, making sure that the Governor doesn't want to just give this to the casinos or racinos. And then the biggest obstacle is that fat fuck over in the Senate, by the name of Larry Obhof, who is not for any of this. |
| CHS: | What's his, uh, problem, he just doesn't like gambling period? |
| Clark: | He's connected to a group that's called, uh, Citizens for Concerned Values. |
| CHS: | Hmm. |
| Clark: | So they're for no gambling, no drinking, no drugs. |
| CHS: | Hmm. |
| Clark: | Now what's hilarious is that he's the Senate President and he's also a Yale lawyer. He works for a very large firm in Cleveland. |
| UC Vinny: | And they defend all these fucks. |
| Clark: | No, Squires, it's the Squires law firm, Squires Patton Boggs, and they represent, who do you think they represent? MGM. |
| UC Vinny: | (Laughter) Wow. |
| CHS: | A little hypocritical. |
| Clark: | So a Senator introduces a bill-- |
| UC Vinny: | (IA) |

17

Session TIER3-8472

Clark:      The Senator introduces a bill, who his firm represents Jack, while they're selling to Caesar. Senate President didn't even, he let the bill get introduced, didn't even refer it to a committee and it's been five months.

CHS:        Wow, wow. That's fucking crazy.

Clark:      So that's why we came to, we came to a concession. So we said to the casinos. The Speaker's going say to the casinos. Casinos, you can have what you want, but you have to pay us a fee to the state of Ohio. You can do whatever the fuck you want, whatever skins, whatever you want. It's not our problem. You guys don't count, whatever. Um, the racinos, which are controlled by the lottery, will have, they'll have their stuff and they'll continue paying us a fee. Um, and then we will have all other sites regulated by lottery. So, it'll be one, one entity regulating the games and the machines.

UC Brian:   (OV) Sorry, I had some stuff going on.

**0:36:23 [End of Transcript]**


**0:45:25 [Start of Transcript]**

Clark:      So he's you know, he's just, he's just smarter than, he's not, he's not. He went to the same college that I went to, and this year we were on the phone, it's like in February. Now remember, he was the Speaker for, for like six years the last time. And, um, he went to OU and they have this alumni award, this prestigious alumni award. Um, I was the second one to get it thirty years ago. So we're on the phone, he goes, uh, you know I've, I've never gotten that award from them. And I said what do you mean? You never gotten the alumni award? No. Really? So I get on the phone with OU and I said, the award goes to him this year. Well, we haven't processed you know. I said, don't worry I'll be at the meeting.

UC Brian:   Yeah.

Clark:      I go to the meeting. I don't socialize. I go like there's all these people are here talking around, getting ready to have lunch at a big table like that and I sit right over there. And these are my people that I went to school with, they know I'm there for a fucking purpose. Everybody shoots their shit and talks and talks. Comes time now to the nominations. I nominate him. This one guy says, oh, we can't do that, you know, we don't ever elect anybody from that's current elected official. And I said really? He's been out of office now for twelve years and you never once gave it to him after being Speaker for six years. So how about you go fuck yourself.

(Laughter)

UC Vinny:   Beautiful, beautiful.

UC Brian:   That's a crowd, that's a crowd pleaser.

18

Session TIER3-8472

| | |
|---|---|
| Clark: | Bill Clinton's, Bill Clinton's campaign manager, David Wilhelm, says I agree with Neil and seconds it. Everybody just shuts the fuck up. |
| UC Brian: | And it happened? |
| Clark: | Oh yeah. He got it. |
| UC Brian: | And he got the award? |
| Clark: | He got the award. |
| CHS: | So he had been Speaker before? |
| Clark: | (UI, OV) Yeah. |
| CHS: | Oh, wow. |
| Clark: | He's, he's a, he's a double. He, and so he goes up, at this event, and he announces to all the people at OU that he appreciates the award and says as Speaker, I'm going to make sure that I give you $6,000,000 in the budget for your various projects. |
| CHS: | Wow. |
| Clark: | So he does. Fucking Senate cuts it out. |
| CHS: | Oh, no. |
| UC Brian: | Really? |
| Clark: | He gets on the phone with me and goes those motherfuckers. I said I've already called them. I've already, I've already (UI). |
| UC Brian: | I'm on it. |
| Clark: | I've already taken care of it. He goes in the conference committee, and they keep pressing him on it. You know, that's too much money. He goes fuck you. He doesn't say fuck you, he has me call and say fuck you. But rather than fight with them, you know what he says? He goes in the conference, he goes, your appropriations, whatever you guys put in for your line items and what I put in for my line items, that's, we both get our stuff. No more discussion. So, they all agree. |
| CHS: | (OV) They all immediately say, absolutely. |
| Clark: | (OV) So they all agreed and so they're all happy and, but he said those motherfuckers the next time, the next time I get an opportunity. He actually said to that, the staffer who's |

19

Session TIER3-8472

          over there will never get a job in the state of Ohio. So the minute he leaves, Neil, just fuck him until he's dead.

UC Brian:      He trusts you because he also told you, you were the spokesperson between him and Greenspan on the other shit too.

Clark:         (OV) Yeah, oh, yeah. The, the hardest part you know, and I, I can, I can already see this happening is that you know it's, it's trying to tone down what I do.

UC Brian:      Yeah.

Clark:         You know, because I can see repeating what happened before.

CHS:         Yeah.

Clark:         You know, because the more people find out, the more he, you know. We, we talk generally every morning 7:15, 7:30, talk once at night usually. I told him I was going to be out of town with you guys and we talk one time at night, maybe 11:00. Uh, last week, he called me at 12:05 and we talked until 2:00.

CHS:         Jesus.

Clark:         Okay, um, but I can see what's going to happen. You know is people become aware…

CHS:         (OV) Social media and all the bullshit, yeah.

Clark:         …they're going to get, they're going to get jealous and everything else and he's going, you know so, I really try to just shut the fuck up.

UC Brian:      Yeah.

UC Vinny:     And people don't want to be told to shut the fuck up or fuck you and they know you'll, they'll get that.

UC Brian:      That's right.

UC Vinny:     And they don't want it.

UC Brian:      Right.

UC Vinny:     They don't want to touch that fire.

UC Brian:      No. I mean, who does? Right?

UC Vinny:     Have we given to those other folks? That he was talking about?

20

Session TIER3-8472

| | |
|---|---|
| Clark: | Every politician has got to have somebody that is the hitman. |
| UC Vinny: | Yeah. |
| Clark: | Everybody, everybody has got to have that person… |
| UC Brian: | So. |
| Clark: | …(UI) that will go out there and do the dirty shit. |
| UC Brian: | So, Neil and I had that conversation the last time I was in Columbus about the soft money. And, uh, he said hold it, keep it, it will be used, but not yet. And… |
| UC Vinny: | To one of those (c)4s? |
| UC Brian: | …um, maybe you want to explain why? |
| Clark: | Yeah, I will explain why. Until I feel like we're going to win, we're not taking the money. |
| UC Vinny: | Don't give a fucking nickel. |
| Clark: | I'm not going, there is no fucking way-- |
| UC Vinny: | Don't piss money out the window. |
| Clark: | It could be really easy for me to tell you give me fifty thousand right now and I'll go put it in a (c)4 and I'll look like a hero. And then when something goes wrong, you're going to go what the fuck did you do with my money? |
| UC Brian: | Right. |
| Clark: | So until I say that I feel good, okay, then we will. Uh, it makes no sense. |
| UC Vinny: | Is there one that makes sense if it doesn't matter? If we said a number and it didn't matter? |
| Clark: | Yeah. There-- |
| UC Vinny: | Is there one that makes sense? |
| Clark: | And that's when you, you can make two choices. When numbers that don't matter… |
| UC Vinny: | Mm-hmm. |
| Clark: | …are dollars that you can give in hard dollars, so political contributions to a person, be identified, give the money. |

21

Session TIER3-8472

| | |
|---|---|
| UC Brian: | Out. |
| Clark: | Okay. Or you can do a (c)4. Any contribution to a (c)4 is fine. It's the question is, is who sees the check before it goes into the account? The Speaker or the Senate President have to see it. And in this particular case we wouldn't want to give money to the Senate, this Senate President. |
| UC Brian: | Right. |
| Clark: | We want to give it to the next one, um. A check that would be okay for you to give because you wanted to give, you know ten, fifteen thousand to a (c)4, that's fine, but I don't-- |
| UC Vinny: | We had a number that didn't matter. |
| UC Brian: | What's that noise? |
| CHS: | (UI) |
| UC Brian: | Oh okay. That's fine. |
| UC Vinny: | We had a number that didn't matter just to get in somebody's visibility. |
| UC Brian: | Right. |
| UC Vinny: | And just fuck (UI). |
| UC Brian: | It doesn't matter to me. |
| UC Vinny: | It just gets your name out there. |
| UC Brian: | That's right. |
| Clark: | It's your, as long as it's not a big number. |
| UC Vinny: | No, yeah. |
| Clark: | I, 'cause I just-- |
| UC Brian: | It has to be a noticeable number but. |
| UC Vinny: | A number that wouldn't matter. |
| Clark: | Okay. |

(UI, OV)

22

Session TIER3-8472

| | |
|---|---|
| CHS: | But how would they know? |
| Clark: | A noticeable, a noticeable number… |
| UC Vinny: | (UI, OV) a check. |
| Clark: | …a noticeable number is fifteen, twenty, twenty-five thousand dollars. Okay, that's, that's, that's a noticeable number. |
| UC Vinny: | And where does that go? |
| Clark: | It goes into a (c)4. |
| UC Vinny: | But, how? To who? |
| Clark: | Well, you would write a check to GenNow and you would hand-deliver the check to the Speaker. |
| UC Brian: | (OV) What, what, what's GenNow? |
| Clark: | Generation Now. It's the, it's the Speaker's (c)4. |
| UC Vinny: | Okay. |
| UC Brian: | Okay. |
| Clark: | That's the one I work for. That's the one I work for. |
| UC Vinny: | (UI, OV) We who deliver the check? When you say we? |
| Clark: | Well, (UI) I would prefer we as in you guys deliver the check, not me. |
| UC Brian: | So I want to be very clear with this. One of the first times that we met, me and Rob, he was very clear on that. He said, listen, I want, I want to help you guys, you guys hire me do whatever, but I'm not in it for the glory. When it comes time to issue that soft money, you will be the one to say… |
| Clark: | (OV) It's your money. |
| UC Brian: | (OV)…thank you mister fill in the blank. (UI) |
| Clark: | (OV) You're the one that's supposed to shake his hand. You're the one that shakes his hand. You're the one that goes there at, at maybe a dinner in Columbus since you now dress up pretty nice. |
| UC Vinny: | Not me. It won't be me. |

23

Session TIER3-8472

UC Brian:      (Laughter)

Clark:         Yeah, but, we, we, we can get, start a relationship with hunting. And just, and you know, never talk about energy efficiency, he'll, he'll rip your fucking head off. Um, but, you know, (UI) you'll walk in with your check and he'll be respectful and, and they'll remember it as that number. Remember he gets, he gets checks from the bank. Remember, I told you the bank is you know, one and a half million dollars, two million dollars.

UC Brian:      Right.

Clark:         Um, but it's also the respect. The respect is saying that we care.

UC Vinny:      Well, that's why I'm saying at this point, looking at the timeline.

UC Brian:      Right, August, November.

UC Vinny:      That would be the time to do it.

UC Brian:      I agree.

Clark:         I know.

**0:53:47 [End of Transcript]**

24

Session TIER3-8478

GOVERNMENT
EXHIBIT

528B

1:20-CR-077

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session TIER3-8478

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 7/24/2019 |
| Time Recording Starts: | Multiple Segments |
| Time Recording Ends: | Multiple Segments |
| Agent: | SA Blane J. Wetzel |

**Participants:**
Neil Clark
UC Brian
UC Rob
UC Vinny
Waiter
Waitress

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session TIER3-8478

**0:03:21 [Start of transcript]**

UC Rob:      I heard you were so upset I wasn't here last night.

Clark:        I know! You know, I said (UI) and I said where's Mikey?

(Laughter)

UC Rob:      (UI)

Clark:        Do you feel better?

UC Rob:      Yeah, a lot better.

Clark:        How'd you like, uh, (UI)?

UC Rob:      (UI) I've had a couple of bottles.

Clark:        Yeah (UI).

(UI)

Clark:        (UI) No, I like it so much. (Laughter)

UC Rob:      Fuck damn, you like it?

Clark:        Fuck damn, I like it.

UC Rob:      What's been going on man?

Clark:        Nothing, just working. You know.

UC Rob:      How'd Nash-Vegas treat you last night?

Clark:        It was good.

UC Rob:      Yeah.

Clark:        It was fun.

UC Rob:      Cool.

Clark:        Like, you know with the music and everything else was good. So they…

UC Brian:    So.

Clark:        So they just, they, so you declare…

Session TIER3-8478

UC Brian:       (OV) Alright, so you declare a board…

Clark:          (OV) And you, you…

UC Brian:       …but you're not on board?

Clark:          …you declare your expenditures, okay?

UC Brian:       I get that, but how are you able to fucking do that with no oversight? Like if you're not on it, not that you'd do anything wrong, but my point is, how do you guys audit, like, your spending? Do you have to report it?

Clark:          I'm the, I'm the, that's why I'm the overseer. I'm the guy that, that oversees how the expenditures go.

UC Brian:       So the fox takes care of the henhouse.

Clark:          Well, the, the, the.

UC Brian:       (OV) Not that you're doing anything wrong, but…

Clark:          (OV) No but, but…

UC Brian:       …but you've got.

Clark:          I'm the Speaker's appointed guy to do that, okay? So it's like having him in the room. Alright? So like we have a meeting on Friday, he's going to be in the room, so I will be just like everybody else. I'll be, I'll be another fucking staffer.

UC Brian:       Sure.

Clark:          When he is out of the room, I'm the guy. Okay?

UC Brian:       Yeah.

Clark:          And so I express--

UC Brian:       (OV) Talking about Gen Now, that's the, that's the--

Clark:          All he expects me to do is make sure that nobody steals money, you know, and we, I don't…

UC Brian:       Yeah.

Clark:          …overpay people for…

UC Brian:       Right.

Clark:          …you know, ridiculous, uh, fees. Um, we have a lot of (UI).

3

Session TIER3-8478

UC Brian:     So Gen Now is the (c)4 that…

Clark:        (OV) It's the Speaker's (c)4, yeah.

UC Rob:       (OV) Okay.

UC Brian:     …Householder created for himself and that's what we're talking about.

Clark:        (OV) That's correct.

UC Brian:     'Cause you spent $250,000…

Clark:        (OV) 450,000. I spent pretty close to.

UC Brian:      …$450,000 today out of that money.

Clark:        I, I spent close to twenty million dollars in the last eight weeks. Twenty million.

UC Brian:     How fucking much money is in there?

Clark:        (OV) It's unlimited.

UC Brian:     Obviously more than twenty million. Huh?

Clark:        It's unlimited.

UC Brian:     That's incredible. That's fucking incredible.

Clark:        (OV) It's, it's unlimited. The (UI).

UC Brian:     Well, our little money, our little money to him is going to be like giving a Tic Tac to a whale.

Clark:        Yeah, but it's still, it's still, everything, everything counts. When you do it in a, in a way of, I bought a poll, you know, $25,000 is like buying a poll.

UC Brian:     Right.

Clark:        Where you know, you, there's it, it pays for phone banks for two weeks.

UC Brian:     Right.

Clark:        You can't compete with these other people who have, you're talking about corporations that have billions of dollars.

UC Brian:     Right.

Clark:        You, you can't compete with something like that. And those guys are only doing it because

4

Session TIER3-8478

they get, you know, on that HB6, the FirstEnergy got $1.3 billion in subsidies, free payments.

UC Brian:       Right.

Clark:          One point three billion. Billion.

UC Brian:       First, first…

Clark:          For six years.

UC Brian:       …energy, FirstEnergy?

Clark:           For six years.

UC Brian:       Right.

Clark:          One point three billion.

UC Brian:       Right.

UC Rob:         Yeah. Yeah.

UC Brian:       That's a lot of money.

Clark:          Fuck me. You know. (UI)

UC Rob:         (OV) Yeah, so a couple hundred grand is a drop in the bucket?

Clark:          So yeah, so what do they care about putting in $20,000,000 a year for this thing.

(Laughter)

UC Rob:         Yeah.

Clark:          They don't give a shit. It's, you know, and $20,000,000 you know if you spend it right can do a lot of, can do. And so the Speaker's position is always been to try to pick issues that do, that would, that are going to be right, you know helping people have health care or that kind of crap.

UC Brian:       Yeah.

Clark:          I'm out in the field right now with a poll that is essentially going to show that Republicans are wrong on the issues. That Republicans are wrong on heartbeat bills. That kind…

UC Brian:       Yeah.

Clark:          …that they're wrong on the gun issues and that it's not the mainstream. The public isn't, isn't in this position to want to go do this all the fucking time. So they want him to have, they want

5

to have more, they want to have more Joe Lunchbucket kind of issues, you know. How much they're going to save in their health care or how much they're going to, you know, be able to put aside for their own, their own life and not pay big taxes. You see what I'm saying?

UC Brian:     Yeah.

Clark:        So that's, that's the whole purpose, that's the whole purpose of why he called it Generation Now. It's not, it's not.

UC Brian:     It's Generation Now.

Clark:        Yeah it's, you know, it's not, it's not old-timers club.

**0:07:32 [End of transcript]**

**0:49:08 [Start of transcript]**

Clark:        I was telling Brian I spent about $450,000 today hiring and actually wired them the money, hired, hired these signature collection firms, people to not work. I hired them to not work. Okay? So, I hired fifteen companies nationwide, nine of the biggest ones, and sent them all checks ranging from seventy-five, ranging fifty thousand to a hundred thousand dollars to not to work.

UC Vinny:     To leave somebody alone?

Clark:        Can you imagine that shit? And then a bunch of smaller checks for $10,000, though it was just like, son of a bitch. You know, it was just, just amazing of, of, in talking to these people on the phone, they're all so full of shit.

UC Brian:     Mm-hmm.

Clark:        And I, and I tried to stress to them that you know, Neil Clark, been a lobbyist for thirty-nine years, been around a long time, you know. Check my website, you'll at least get an understanding.

Waitress:     Hello, how are y'all?

(UI)

Clark:        And it, it always...

Waitress:     ...doing good.

Clark:        ...it always goes circular to somebody going, well, we'll pay, we'll give you a kickback. (Laughter) Okay.

UC Brian:     Good?

6

Session TIER3-8478

| | |
|---|---|
| UC Vinny: | Yes. |
| Waitress: | Can I start you guys off with an appetizer . . . |

**0:50:18 [End of transcript]**

**0:58:25 [Start of transcript]**

| | |
|---|---|
| UC Brian: | Collard greens and no.  So yeah, my man spent four hundred fifty, nearly a half a million dollars on that. |
| Clark: | It's, it was most amazing... |
| UC Brian: | That... |
| Clark: | ...most, most of these people. |
| UC Brian: | ...fucking what do you call it, Gen, what's it called, Gen Pro? |
| Clark: | Gen, Gen Now. |
| UC Brian: | Yeah. |
| Clark: | Most of the people that, that called clearly saw a major payday, you know. |
| UC Brian: | Yeah. |
| Clark: | And this one motherfucker sends me, I, I offer him $40,000  based on what I, how I, big I think his firm is, this that and the other. And he sends me back an email and he goes, well, we're pretty close to the other side and, you know if you want us, it's going to be a $125,000. And I'm going, it's-- |
| UC Brian: | He went from forty to one twenty-five? |
| Clark: | Yeah, yeah. And I'm going, you know, go fuck yourself. |
| UC Brian: | Yeah. |
| Clark: | (Laughter) So, I do all this, get this all done today, the other side issues a release going, they're probably not going to hire any firms and just do it internally. |
| Waiter: | I got some cheese bites and fried pickles. |
| UC Rob: | Yes, sir. |
| UC Brian: | Alright, throw them out there, brother. |

7

Session TIER3-8478

| | |
|---|---|
| Waiter: | Yes, sir. |
| UC Brian: | Thank you. |
| Waiter: | Y'all enjoy. |
| Clark: | Thank you. Uh. Thank you, sir. |
| UC Vinny: | I've eaten my fill of pickles today. These are supposed to be pretty good. |
| Clark: | You get a real, going to, what my point is, you get a real, I get a real eyeful because I, I don't hire, you know, I don't usually don't, I don't hire lobbyists or providers, and so it was, it was really strange for me to hear the bullshit. |
| UC Vinny: | You were on the other end for a change. |
| Clark: | Uh-huh. |
| UC Brian: | Yeah, you're here. |

**1:00:00 [End of transcript]**

8

Mike Dowling - iPad - DMPD72F4NTHX



**GOVERNMENT EXHIBIT**

601C

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 7/24/2019 10:48:58 PM -04:00 |
| Start time | 7/24/2019 10:00:37 AM -04:00 |

## Participants



+17132131932
John Kiani*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (36)



From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Do you sit in your board room w everyone for your earnings call?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:00:40 AM(UTC-4)
**Read:** 7/24/2019 10:00:40 AM(UTC-4)

7/24/2019 10:00:37 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Yes, I'm here.
**Status:** Sent

7/24/2019 10:00:47 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Stock is down, John
**Status:** Sent

7/24/2019 10:00:54 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Who is on point for fes on the referendum matter?
**Status:** Sent

7/24/2019 10:01:13 AM(UTC-4)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DMPD72F4NTHX



From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Regulated utes are down 33 bps and FE is down 7 bps, so it is outperforming 26 bps

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 10:04:37 AM(UTC-4)
Read: 7/24/2019 10:04:37 AM(UTC-4)

7/24/2019 10:02:14 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Juan, Burnazian and myself are point on referendum. He has a mtg w Speaker on it tomorrow. I am talking to Speaker later today, although Juan doesn't want me to bring it up b/c they are working on it.

He is also working w Matt Borges at Roetzel who is v close w Dave Yost

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 10:04:37 AM(UTC-4)
Read: 7/24/2019 10:04:37 AM(UTC-4)

7/24/2019 10:04:23 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

I texted w Dawson yest and I'm speaking w him today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/24/2019 10:04:41 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Okay. Matt Borges is a boob.
Status: Sent

7/24/2019 10:05:20 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Uh oh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 10:05:27 AM(UTC-4)
Read: 7/24/2019 10:05:27 AM(UTC-4)

7/24/2019 10:05:27 AM(UTC-4)

2

Mike Dowling - iPad - DMPD72F4NTHX

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

We have retained 9 signature firms

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

7/24/2019 10:05:48 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

And also John Zeiger from Columbus, who I am told is the most well respected referendum lawyer in the state

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:06:48 AM(UTC-4)
**Read:** 7/24/2019 10:06:48 AM(UTC-4)

7/24/2019 10:06:48 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

I'm told one of the people in Q&A to direct his regulatory question to Mike Dowling. So be prepared to speak on the call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:14:59 AM(UTC-4)
**Read:** 7/24/2019 10:14:59 AM(UTC-4)

7/24/2019 10:11:11 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

His question is about the DMR

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:14:59 AM(UTC-4)
**Read:** 7/24/2019 10:14:59 AM(UTC-4)

7/24/2019 10:11:45 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Eileen Mikkelsen will handle that question.
**Status:** Sent

7/24/2019 10:15:41 AM(UTC-4)

3

Mike Dowling - iPad - DMPD72F4NTHX



From: +17132131932 John Kiani
To: Dowling, Mike (owner)

They are going to ask you to address it. I told them you're the best, they're expecting to hear from you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/24/2019 10:17:32 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Negative.
Status: Sent

7/24/2019 10:17:50 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

They're also going to ask you if you are a good Euchre player

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 10:18:53 AM(UTC-4)
Read: 7/24/2019 10:18:53 AM(UTC-4)

7/24/2019 10:18:41 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

"Our next question is for Mike Dowling"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/24/2019 10:19:05 AM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Kidding. Gotcha! You're not the only one that can play jokes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 10:19:52 AM(UTC-4)
Read: 7/24/2019 10:19:52 AM(UTC-4)

7/24/2019 10:19:40 AM(UTC-4)

4

Mike Dowling - iPad - DMPD72F4NTHX

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

John - let's talk tomorrow. I'm very concerned about the referendum. I don't know much about how to manage referendums. My only direct experience is funding them. But I know enough to know this - it takes a lot of money and it takes a lot of really smart lawyers, money, political and media specialists (earned media and "regular" media), social media specialists and expert pollsters. With all due respect, saying that you, Steve and Juan are on point scares me. You're all very smart, but smarts isn't enough for this fight. Let's talk tomorrow.

Status: Sent

7/24/2019 10:39:28 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Ok sure Mike. Who do you think should be on point?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 10:40:47 PM(UTC-4)
Read: 7/24/2019 10:40:47 PM(UTC-4)

7/24/2019 10:40:44 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

I really don't know. I have names of people who should be on the team, but as for being on point, not sure yet.

Status: Sent

7/24/2019 10:42:18 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Ok I am traveling to NY tomorrow. We are taking Householder's lead on fighting the referendum

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 10:47:00 PM(UTC-4)
Read: 7/24/2019 10:47:00 PM(UTC-4)

7/24/2019 10:43:57 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

We also hired the best lawyer in Columbus in this defense, John Zeiger

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 10:47:00 PM(UTC-4)
Read: 7/24/2019 10:47:00 PM(UTC-4)

7/24/2019 10:44:48 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Can't talk now. Movie.

Status: Sent

7/24/2019 10:45:07 PM(UTC-4)

5

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DMPD72F4NTHX

From: +17132131932 John Kiani
To: Dowling, Mike (owner)
Well I am concerned people are using us as pawns and I do not likebit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:47:00 PM(UTC-4)
**Read:** 7/24/2019 10:47:00 PM(UTC-4)

7/24/2019 10:45:38 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)
Like it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:47:00 PM(UTC-4)
**Read:** 7/24/2019 10:47:00 PM(UTC-4)

7/24/2019 10:45:40 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)
Householder tells us to hire John Zeiger, says he is the best

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:47:00 PM(UTC-4)
**Read:** 7/24/2019 10:47:00 PM(UTC-4)

7/24/2019 10:45:54 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)
Mike Dawson tells me today we never should have hired Zeiger, says he's the wrong
guy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:47:00 PM(UTC-4)
**Read:** 7/24/2019 10:47:00 PM(UTC-4)

7/24/2019 10:46:29 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)
So I am going w Larry Householder unless proven otherwise

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 10:47:00 PM(UTC-4)
**Read:** 7/24/2019 10:47:00 PM(UTC-4)

7/24/2019 10:46:54 PM(UTC-4)

6

Mike Dowling - iPad - DMPD72F4NTHX



From: +17132131932 John Kiani
To: Dowling, Mike (owner)
But it is frustrating to get bombarded by people who have vastly different opinions

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/24/2019 10:47:36 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Understand.
Status: Sent

7/24/2019 10:47:48 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)
Am I supposed to go against what Householder is telling us to do?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 11:52:25 PM(UTC-4)
Read: 7/24/2019 11:52:25 PM(UTC-4)

7/24/2019 10:47:58 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)
Dawson said he can't believe we hired Zeiger

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 11:52:25 PM(UTC-4)
Read: 7/24/2019 11:52:25 PM(UTC-4)

7/24/2019 10:48:08 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)
I mean, this is a joke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2019 11:52:25 PM(UTC-4)
Read: 7/24/2019 11:52:25 PM(UTC-4)

7/24/2019 10:48:13 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DMPD72F4NTHX

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Who am I supposed to believe and listen to?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 7/24/2019 11:52:25 PM(UTC-4)
**Read:** 7/24/2019 11:52:25 PM(UTC-4)

7/24/2019 10:48:58 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00001710
TIER 3 - 386124

Mike Dowling - iPad - DMPD72F4NTHX

GOVERNMENT
EXHIBIT

601D

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 7/26/2019 3:42:56 PM -04:00 |
| Start time | 7/26/2019 2:34:57 PM -04:00 |

## Participants



+17132131932
John Kiani*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (8)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

John - couple things: I had a good conversation with Speaker H today re: the referendum issue. I think you're in excellent hands. I know more about his personal involvement and engagement. We should all be following his lead. I know you/fes are and we will as well.
Status: Sent

7/26/2019 2:34:57 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Great to hear, thanks Mike

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/26/2019 2:35:49 PM(UTC-4)
Read: 7/26/2019 2:35:49 PM(UTC-4)

7/26/2019 2:35:48 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

2nd item is ovec and you won't like this news. Bob Reffner and I met with Chuck today to discuss ovec. Our recommendation was to not engage on the matter - with the admin, legislators or anyone else. We conclude there to be a low to zero chance of their engagement. And, even if they did engage, success rate is low due to position of other ovec players. They view the language as a backup to get full recovery, and believe it's in the bill because at their request and efforts (not FES'). I know this is not what you want to hear - but I wanted you to know sooner than later.
Status: Sent

7/26/2019 2:41:42 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Ok thanks for letting me know. I really appreciate you and Bob trying for us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/26/2019 2:45:08 PM(UTC-4)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00001712
TIER 3 - 386126

Mike Dowling - iPad - DMPD72F4NTHX

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
You know we'd like to get it done for you, just too far of a reach considering everything.
Status: Sent

7/26/2019 2:50:48 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Hey, you are the leader of fes and you (with help for sure) got HB 6 accomplished. That means you should relax and finally enjoy the weekend a bit!
Status: Sent

7/26/2019 2:51:37 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Thanks pal, I appreciate all the help and have really enjoyed working with you. We definitely wouldn't have gotten it done w out you, Chuck and Ty. And without you and Chuck my ulcer would have been twice as big.

I definitely need a few says of vacation, been working 7 days a week consistently since November. Taking my family to Europe on Thursday, kids have never been so I am excited for them to see it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/26/2019 3:42:25 PM(UTC-4)
Read: 7/26/2019 3:42:25 PM(UTC-4)

7/26/2019 3:42:01 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
That's awesome! Enjoy! We'll hold down he fort.
Status: Sent

7/26/2019 3:42:58 PM(UTC-4)

2

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 7/30/2019 7:50:33 AM -04:00 |
| Start time | 7/30/2019 7:50:10 AM -04:00 |



**GOVERNMENT EXHIBIT**

**601E**

**1:20-CR-077**

## Participants



+13304726068
Chuck E. Jones*

+17132131932
John Kiani*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (2)



From: +17132131932 John Kiani
To: Dowling, Mike (owner)

FYI press release naming full board incl JB released at 9 AM ET this morning.

Had a good call w the Speaker yest about the referendum

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/30/2019 7:50:13 AM(UTC-4)
Read: 7/30/2019 7:50:13 AM(UTC-4)

7/30/2019 7:50:10 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Great
Status: Sent

7/30/2019 7:50:33 AM(UTC-4)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00003701

GOVERNMENT
EXHIBIT

602G

1:20-CR-077

(STEP UP)

17 Consult  $1M

- Culling  55K 9/31 ☑
- Roetzel  45K  ☑
- STAMPEDE  25K draw ☐ ⬇
- DIGITAL  50X 25K ☑
- BACKGROUND CHECKS 25K ☑ 75K
- Contra - 100K - PEND ☑
- Employ - 25K - PEND
- 3rd Rail - 60K - ⬇
- PI RECON WORK - 50K -LEGAL  485 ☐
         →140K

- 2nd DIGITAL PROJECT - HOUSTON 25K ☑
- LA RE  50K

/ 55 Gill
\ + 45 RT /
  25 DG
  40 BC
  25 BC

  150  PI
  100  PU
  440

100
95
67
25
40
___
327

110 GIVE BACK

350 - DIG
150 - BR
100 - X
250 - PI

Win fo

GOVERNMENT
EXHIBIT

602I

1:20-CR-077

(60-65)

LARE - MAUK - DAVIS - GIL
- RUETZEL - ADAM - BJ
- DURDLE - TRAKAS - KK

1D - EVENT
2D - INDUSTRY
13 - BURGES

DEWINE - $10-15K      35K
YOST - $10   (FREEZING GOP FIX)
SPRAGUE - $10-15K
LAROSE - $5K

online - CROSS - 250   - GHANBARI - 500    4-5K
         - STEIN -500   - KICK   - 250
         - VITALE -250  - UPCHURCH -500
online - BAIDRIGE -250 - WEST - 250
         - CALLENDER  - WIGGAM    online
online - EDWARDS -500 - MERRIN - 250 online
         - SEITZ -250 - GOTANSKI -250

DENNY      $ 1K  online
Lore       $ 13K  check
BIAKE      $ 200  online
WADE       $ $1K  online
WILKEN     $ 500  online
HILLYER    $ 250  online
ANTANI     $ 250  online
KALO       $ 500  check
           $16.7K
PREISSE    $1K



**GOVERNMENT EXHIBIT**

605B

1:20-CR-077


**Extraction Report** - Apple iOS Full File system

## Participants


matt_borges@yahoo.com
Matthew Borges* (owner)


+16145815826
Juan Cespedes*


+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (63)

> From: +16145815826 Juan Cespedes
>
> Can u ring me when u get a minute?
> Status: Read
> Read: 8/2/2019 12:59:42 PM(UTC-4)
>
> 8/2/2019 12:56:26 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122896B8 (Table: message, handle, chat; Size: 555630592 bytes)

> From: +16145815826 Juan Cespedes
>
> Need u for a 10:30 call tomorrow morning
> Status: Read
> Read: 8/3/2019 1:12:07 PM(UTC-4)
>
> 8/3/2019 1:09:43 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x12297FE8 (Table: message, handle, chat; Size: 555630592 bytes)

> From: +16142041050 Matt Borges (owner)
>
> Status: Sent
> Delivered: 8/3/2019 1:12:14 PM(UTC-4)
>
> 8/3/2019 1:12:13 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x12297690 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

**Thanks**

Status: Read
Read: 8/3/2019 1:12:34 PM(UTC-4)

8/3/2019 1:12:34 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122974E5 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I think I'm going to recommend we spend $3.6M to set up a mirror referendum campaign through fieldworks. But I need u to understand it first. I'm going to send u an email this evening with their proposal

Status: Read
Read: 8/3/2019 1:18:54 PM(UTC-4)

8/3/2019 1:13:55 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12298FE8 (Table: message, handle, chat; Size:
555630592 bytes)

From: +16142041050 Matt Borges (owner)

Ok.

Status: Sent
Delivered: 8/3/2019 1:19:10 PM(UTC-4)

8/3/2019 1:19:08 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x12298978 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

I haven't seen the email. Just making sure you hadn't sent it.

Status: Sent
Delivered: 8/3/2019 10:01:25 PM(UTC-4)

8/3/2019 10:01:24 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A0B4F (Table: message,
chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I have not yet

Status: Read
Read: 8/3/2019 10:20:56 PM(UTC-4)

8/3/2019 10:18:29 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A1FE8 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

**Check email now**

Status: Read
Read: 8/3/2019 10:20:56 PM(UTC-4)

8/3/2019 10:19:16 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A1E29 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

**Got it**

Status: Sent
Delivered: 8/3/2019 10:21:09 PM(UTC-4)

8/3/2019 10:21:08 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A1C62 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

**I will cut and paste and send to the rest of team minus NSC contact info**

Status: Read
Read: 8/3/2019 10:37:44 PM(UTC-4)

8/3/2019 10:21:27 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A1AB1 (Table: message, handle,
chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

**I won't send until the morning before call. I don't want them to have it for that long**

Status: Read
Read: 8/3/2019 10:37:44 PM(UTC-4)

8/3/2019 10:22:06 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A187B (Table: message, handle, chat;
Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

**Kiani will ask 35 questions minimum**

Status: Read
Read: 8/3/2019 10:37:44 PM(UTC-4)

8/3/2019 10:24:11 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A1621 (Table: message, handle, chat; Size: 555630592 bytes)

3

From: +16145815826 Juan Cespedes

Attachments:



Size: 78616
File name: Ohio Voter Education.pdf
Ohio Voter Education.pdf

Status: Read
Read: 8/3/2019 10:40:53 PM(UTC-4)

8/3/2019 10:40:41 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A1436 (Table: message, handle, chat, attachment; Size: 555630592 bytes)
00008030-
000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/99/09/51D89D
9B-E61A-4E73-987D-04F6B4878428/Ohio Voter Education.pdf : (Size: 78616 bytes)

From: +16145815826 Juan Cespedes

This is the only attachment

Status: Read
Read: 8/3/2019 10:40:55 PM(UTC-4)

8/3/2019 10:40:54 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A1205 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I just want u to ask every question you can think of on phone tomorrow

Status: Read
Read: 8/3/2019 10:41:27 PM(UTC-4)

8/3/2019 10:41:26 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A2FE8 (Table: message,
handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Yes I'm sorry I missed it the first time.

This could sure use some explanation.

I mean, we have no choice, right? The elements are all there.

I will.

Status: Sent
Delivered: 8/3/2019 10:42:24 PM(UTC-4)

8/3/2019 10:42:23 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A2ABA (Table: message, chat; Size: 555630592
bytes)

4

From: +16145815826 Juan Cespedes

Yea, they could say $5M and what would be the diff.

Status: Read
Read: 8/3/2019 10:46:01 PM(UTC-4)

8/3/2019 10:44:59 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A27D6 (Table:
message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I just want to make sure we pound them with questions so kiani and the rest feel like we
have run the traps.

Status: Read
Read: 8/3/2019 10:46:01 PM(UTC-4)

8/3/2019 10:45:33 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A25CB (Table: message, handle, chat; Size:
555630592 bytes)

From: +16145815826 Juan Cespedes

Plus I want to put the responsibility in the speakers lap. Not ours

Status: Read
Read: 8/3/2019 10:46:13 PM(UTC-4)

8/3/2019 10:46:12 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A234D (Table: message,
handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

We have to add a program to review and challenge petitions at the boards of elections.

I'll put it together for you for a mere $1 million.

Status: Sent
Delivered: 8/3/2019 10:46:41 PM(UTC-4)

8/3/2019 10:46:41 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A3FE4 (Table: message, chat; Size: 555630592
bytes)

From: +16142041050 Matt Borges (owner)

But we really actually do need to do that.

Status: Sent
Delivered: 8/3/2019 10:47:00 PM(UTC-4)

8/3/2019 10:47:00 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A3D12 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Can you do it?
Status: Read
Read: 8/3/2019 10:47:01 PM(UTC-4)

8/3/2019 10:47:00 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A3B19 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Of course
Status: Sent
Delivered: 8/3/2019 10:47:13 PM(UTC-4)

8/3/2019 10:47:13 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A3956 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

I did it every year at ORP
Status: Sent
Delivered: 8/3/2019 10:47:24 PM(UTC-4)

8/3/2019 10:47:23 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A379B (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

If ur serious, I'll break that out.
Status: Read
Read: 8/3/2019 10:47:34 PM(UTC-4)

8/3/2019 10:47:33 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A35C2 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Definitely serious.
Status: Sent
Delivered: 8/3/2019 10:47:44 PM(UTC-4)

8/3/2019 10:47:44 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A33CF (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'm think $1.2M

**Status:** Read
**Read:** 8/3/2019 10:47:48 PM(UTC-4)

8/3/2019 10:47:48 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A3204 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Hahahaha

**Status:** Sent
**Delivered:** 8/3/2019 10:47:54 PM(UTC-4)

8/3/2019 10:47:53 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A4FE4 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Yes!

**Status:** Sent
**Delivered:** 8/3/2019 10:47:57 PM(UTC-4)

8/3/2019 10:47:57 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A4E2D (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Seriously. Done. I'll handle this tomorrow

**Status:** Read
**Read:** 8/3/2019 10:48:09 PM(UTC-4)

8/3/2019 10:48:09 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A4C82 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

All these pigs at the trough. No reason for us not to get ours.

**Status:** Read
**Read:** 8/3/2019 10:48:39 PM(UTC-4)

8/3/2019 10:48:35 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A478D (Table: message,
handle, chat; Size: 555630592 bytes)

From: +18142041050 Matt Borges (owner)

For sure.

Status: Sent
Delivered: 8/3/2019 10:49:15 PM(UTC-4)

8/3/2019 10:49:14 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122A4565 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Just let me know how much it really will cost and what ur willing to do. We can discuss the mgmt fee

Status: Read
Read: 8/3/2019 10:49:18 PM(UTC-4)

8/3/2019 10:49:18 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A43B0 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'll sprinkle a few hundred grand on top like it's nothing

Status: Read
Read: 8/3/2019 10:49:44 PM(UTC-4)

8/3/2019 10:49:42 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A5FE8 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

It wouldn't cost a million. We could totally engage house members, staff, etc.

Status: Sent
Delivered: 8/3/2019 10:49:54 PM(UTC-4)

8/3/2019 10:49:54 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A5DC2 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Start working on it. Fieldworks will want to do it but I can easily justify having that done locally

Status: Read
Read: 8/3/2019 10:50:29 PM(UTC-4)

8/3/2019 10:50:28 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A5B7C (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

But we'd need a legal team, and I'm 100% serious that it needs to happen.

I'll be shocked if terry Casey and Neil don't try to work that part in for themselves.

Status: Sent
Delivered: 8/3/2019 10:50:41 PM(UTC-4)

8/3/2019 10:50:40 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A590A (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'll beat them to it

Status: Read
Read: 8/3/2019 10:50:54 PM(UTC-4)

8/3/2019 10:50:54 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A560C (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Kiani will literally do whatever I tell him

Status: Read
Read: 8/3/2019 10:51:33 PM(UTC-4)

8/3/2019 10:51:33 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A543B (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

You know, actually when you think about the legal fees involved, $1million probably wouldn't be too high.

Status: Sent
Delivered: 8/3/2019 10:51:36 PM(UTC-4)

8/3/2019 10:51:35 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A6FE4 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Please put serious thought into what you need and I'll get it approved over the weekend

Status: Read
Read: 8/3/2019 10:52:07 PM(UTC-4)

8/3/2019 10:52:06 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A6D6A (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Okay. I'll be ready for the call in the morning too.

Status: Sent
Delivered: 8/3/2019 10:52:28 PM(UTC-4)

8/3/2019 10:52:28 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A6B0E (Table:
message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'm still out drinking but I'll be ready also

Status: Read
Read: 8/3/2019 10:53:02 PM(UTC-4)

8/3/2019 10:53:01 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A68FD
(Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Laughed at "I'm still out drinking but I'll be ready also "

Status: Sent
Delivered: 8/3/2019 10:53:11 PM(UTC-4)

8/3/2019 10:53:11 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A662C (Table:
message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I have a bruised tailbone after this vacation injury

Attachments:



Size: 13530268
File name: IMG_6008.mov
IMG_6008.mov

Status: Read
Read: 8/3/2019 10:54:26 PM(UTC-4)

8/3/2019 10:54:16 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A6401 (Table:
message, handle, chat, attachment; Size: 555630592 bytes)
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/21/01/A6C3E434-
6B15-407C-8779-1A34DCCE16AA/IMG_6008.mov : (Size: 13530268 bytes)

**From:** +16142041050 Matt Borges (owner)

I'm up in Upstate NY moving Kate's mom out of her house because she has dementia and can't take care of herself anymore.
Her aunts and uncles are here and all up in our shit about everything. It is so fucking brutal.

**Status:** Sent

**Delivered:** 8/3/2019 10:54:56 PM(UTC-4)

8/3/2019 10:54:56 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A7FE4 (Table: message, chat; Size: 555630592 bytes)

**From:** +16145815826 Juan Cespedes

Okay. $1.3M

**Status:** Read

**Read:** 8/3/2019 10:55:28 PM(UTC-4)

8/3/2019 10:55:28 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A7C7C (Table: message, handle, chat; Size: 555630592 bytes)

**From:** +16142041050 Matt Borges (owner)

That's a big splash, bro!

**Status:** Sent

**Delivered:** 8/3/2019 10:55:33 PM(UTC-4)

8/3/2019 10:55:33 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A7ABF (Table: message, chat; Size: 555630592 bytes)

**From:** +16142041050 Matt Borges (owner)

Loved "Okay. $1.3M"

**Status:** Sent

**Delivered:** 8/3/2019 10:55:37 PM(UTC-4)

8/3/2019 10:55:37 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A786F (Table: message, chat; Size: 555630592 bytes)

**From:** +16145815826 Juan Cespedes

Yea, my ass is still hurting.

**Status:** Read

**Read:** 8/3/2019 10:56:03 PM(UTC-4)

8/3/2019 10:55:57 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A769D (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Got ur email. I am good with it. Just want to discuss in more detail later this evening. I think ideal way to pull it off is for me to tell the Speaker that I'm gonna run ur LLC through gen now so I can appropriate funds easy/fast.

Status: Read

Read: 8/4/2019 8:49:14 AM(UTC-4)

8/4/2019 8:47:36 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A99DC (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Cool. Thanks!

Status: Sent

Delivered: 8/4/2019 8:50:04 AM(UTC-4)

8/4/2019 8:50:03 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122A9338 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Help me push back NSC on the call if he starts straying and/or citing incorrect facts and/or setting unrealistic expectations. I'm going to handle our issue directly with NSC and Longstreth tomorrow after I have a better understanding of scope of work and resources. If anything related to signature challenge comes up related to Fieldworks-I'm gonna say that you are running point and will think abt how they can be utilized.

Status: Read

Read: 8/4/2019 9:19:22 AM(UTC-4)

8/4/2019 9:19:03 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122AAD66 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Yes he will try to grab this project too, I'm certain.

Status: Sent

Delivered: 8/4/2019 9:19:47 AM(UTC-4)

8/4/2019 9:19:47 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122AA55F (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'm sure he will but when I tell the speaker, he and Longstreth that FES wants you to run it and it go through gen now-what can he say?

Status: Read
Read: 8/4/2019 9:21:01 AM(UTC-4)

8/4/2019 9:21:01 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122AA34A (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Right. I just wanted to make sure we were anticipating that part, which obviously you were.

Status: Sent
Delivered: 8/4/2019 9:22:25 AM(UTC-4)

8/4/2019 9:22:24 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122ABFE4 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

The truth of the matter is that I don't trust him to do it right

Status: Read
Read: 8/4/2019 9:22:58 AM(UTC-4)

8/4/2019 9:22:57 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122ABD88 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

And he is getting paid by gen now on this effort so he should just shut up

Status: Read
Read: 8/4/2019 9:24:35 AM(UTC-4)

8/4/2019 9:23:25 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122ABB60 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Agreed. But he is a psychopath, so he won't.

Status: Sent
Delivered: 8/4/2019 9:24:56 AM(UTC-4)

8/4/2019 9:24:55 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122AB922 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

And no, you should not trust him to do it right. He hasn't been involved in a meaningful way on an actual campaign that had to produce or deliver anything in several decades.

AND you can rest assured he's taking a cut (probably a huge cut) of the Field Works contract.

Status: Sent

Delivered: 8/4/2019 9:27:44 AM(UTC-4)

8/4/2019 9:27:44 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122AB71D (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Yes, there is no doubt in my mind. We will negotiate that as well, but even more reason for him to stay out of our lane

Status: Read

Read: 8/4/2019 9:37:02 AM(UTC-4)

8/4/2019 9:37:01 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122AB34F (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Liked "Yes, there is no doubt in my mind. We will negotiate that as well, but even more reason for him to stay out of our lane "

Status: Sent

Delivered: 8/4/2019 9:37:34 AM(UTC-4)

8/4/2019 9:37:34 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122ACF14 (Table: message, chat; Size: 555630592 bytes)

14



**GOVERNMENT EXHIBIT**

605C

1:20-CR-077



**Extraction Report** - Apple iOS Full File system

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (9)

From: +16145815826 Juan Cespedes

I told NSC that you would be running the statewide signature challenge effort and I would fund it through Gen Now. He had no issues.

Status: Read
Read: 8/4/2019 1:38:51 PM(UTC-4)

8/4/2019 1:38:44 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122B5BC8 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Loved "I told NSC that you would be running the statewide signature challenge effort and I would fund it through Gen Now. He had no issues. "

Status: Sent
Delivered: 8/4/2019 1:39:02 PM(UTC-4)

8/4/2019 1:39:02 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122B5841 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'm sure he is getting his back scratched on this fieldworks deal so as long as that isn't touched he knows better than to pick fight with us on this.

Status: Read
Read: 8/4/2019 1:44:30 PM(UTC-4)

8/4/2019 1:42:33 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122B5344 (Table: message, handle, chat; Size: 555630592 bytes)

1

From: +16142041050 Matt Borges (owner)

Agree

**Status:** Sent

**Delivered:** 8/4/2019 1:44:42 PM(UTC-4)

8/4/2019 1:44:41 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122B6FE4 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

At your convenience let's tighten up proposal and what would be needed financially in short order. Will need to include the invoice to the company this week if we need money by Thursday. We can discuss tomorrow. Also, kiani and others want to discuss the reasoning for maybe wanting AG to allow opponents to proceed.

**Status:** Read

**Read:** 8/4/2019 7:46:10 PM(UTC-4)

8/4/2019 7:10:29 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122BEFE8 (Table: message, handle, chat; Size:
555630592 bytes)

From: +16142041050 Matt Borges (owner)

Sure thing on all. Let me know.

**Status:** Sent

**Delivered:** 8/4/2019 7:46:36 PM(UTC-4)

8/4/2019 7:46:35 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122BE1EA (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'm going to use the 9am call that is already on our calendars

**Status:** Read

**Read:** 8/4/2019 8:01:30 PM(UTC-4)

8/4/2019 7:59:44 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122BFFE8 (Table: message,
handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Just confirmed with kiani

**Status:** Read

**Read:** 8/4/2019 8:01:30 PM(UTC-4)

8/4/2019 7:59:51 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122BFA67 (Table: message, handle, chat; Size: 555630592 bytes)

2

From: +16142041050 Matt Borges (owner)

Sure thing

**Status:** Sent
**Delivered:** 8/4/2019 8:01:38 PM(UTC-4)

8/4/2019 8:01:38 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122BF88C (Table: message, chat; Size: 555630592 bytes)



**Extraction Report** - Apple iOS Full File system


GOVERNMENT
EXHIBIT
605D
1:20-CR-077

## Participants

 matt_borges@yahoo.com
Matthew Borges* (owner)

 +16143065353
Matt Carle*

 +16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (8)

From: +16142041050 Matt Borges (owner)

I have an interesting project for us. Potentially very lucrative. Let me know when you have time to discuss.
Status: Sent
Delivered: 8/4/2019 9:03:51 AM(UTC-4)

8/4/2019 9:03:50 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122AAFE4 (Table: message, chat; Size: 555630592 bytes)

From: +16143065353 Matt Carle

Hi Matt. Want me to give you a call tomorrow morning?
Status: Read
Read: 8/4/2019 2:05:30 PM(UTC-4)

8/4/2019 2:05:22 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122B6C05 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Yes please do
Status: Sent
Delivered: 8/4/2019 2:05:38 PM(UTC-4)

8/4/2019 2:05:38 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122B65AD (Table: message, chat; Size: 555630592 bytes)

**From:** +16143065353 Matt Carle

Or I can call this afternoon. Whichever works best

**Status:** Read

**Read:** 8/4/2019 2:19:21 PM(UTC-4)

8/4/2019 2:08:36 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122B7FE8
(Table: message, handle, chat; Size: 555630592 bytes)

**From:** +16142041050 Matt Borges (owner)

Either way. Generation now (householder) wants to bring us on to help run part of the anti-referendum campaign. I was on a conference call a little bit ago and I believe we have the greenlight to move forward. I just want to talk about the project with you, and figure out how we want to structure it.

**Status:** Sent

**Delivered:** 8/4/2019 2:20:30 PM(UTC-4)

8/4/2019 2:20:29 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122B9AD4 (Table: message, chat; Size: 555630592 bytes)

**From:** +16143065353 Matt Carle

**Status:** Read

**Read:** 8/4/2019 3:16:24 PM(UTC-4)

8/4/2019 3:13:33 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122BAFE8 (Table: message, handle, chat; Size: 555630592 bytes)

**From:** +16143065353 Matt Carle

Do they know "us" means both of us?

**Status:** Read

**Read:** 8/4/2019 3:16:24 PM(UTC-4)

8/4/2019 3:13:48 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122BAE33 (Table: message, handle, chat; Size: 555630592 bytes)

**From:** +16142041050 Matt Borges (owner)

I didn't really specify. But they're letting me structure this the way I want to, so they won't give me any shit.

**Status:** Sent

**Delivered:** 8/4/2019 3:16:57 PM(UTC-4)

8/4/2019 3:16:57 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122BAC3E (Table: message, chat; Size: 555630592 bytes)



GOVERNMENT
EXHIBIT

605E

1:20-CR-077

**Extraction Report** - Apple iOS Full File system

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (18)

From: +16145815826 Juan Cespedes

Don't forget to shoot me over ideal weekly budget breakdown just for my eyes. I'll know how to manage. I'd like to get a quick week 1 request for at least a couple hundred grand then trickle the rest in week to week.
Status: Read
Read: 8/5/2019 9:51:29 PM(UTC-4)

8/5/2019 9:51:19 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122EFE07 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

And get me the LLC name
Status: Read
Read: 8/5/2019 9:51:49 PM(UTC-4)

8/5/2019 9:51:49 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122EFAA1 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Yes I'll get it to you in the morning If that's okay.
Status: Sent
Delivered: 8/5/2019 9:51:54 PM(UTC-4)

8/5/2019 9:51:53 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122EF8CA (Table:
message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

**17 Consulting Group**

**Status:** Sent
**Delivered:** 8/5/2019 9:52:01 PM(UTC-4)

8/5/2019 9:52:00 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122EF6AE (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

**That's perfectly fine. Just don't want u to forget. You only that solely, correct?**

**Status:** Read
**Read:** 8/5/2019 9:52:59 PM(UTC-4)

8/5/2019 9:52:40 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x122EF4E5 (Table: message, handle, chat;
Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

**Yes**

**Status:** Sent
**Delivered:** 8/5/2019 9:53:05 PM(UTC-4)

8/5/2019 9:53:05 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122EF291 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

**Liked "Yes "**

**Status:** Read
**Read:** 8/5/2019 9:53:23 PM(UTC-4)

8/5/2019 9:53:23 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122F0F7C (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

**I definitely won't forget**

**Status:** Sent
**Delivered:** 8/5/2019 9:53:42 PM(UTC-4)

8/5/2019 9:53:42 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x122F0DB4 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Are you on this 12:30 call with Field Works? Anna sent out an invite and I didn't see you on there. Don't want to get caught having a conversation that I shouldn't be having.

Status: Sent

Delivered: 8/7/2019 12:01:51 PM(UTC-4)

8/7/2019 12:01:50 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233CFE4 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I got added to it. Def make sure you are on the call also

Status: Read

Read: 8/7/2019 12:02:29 PM(UTC-4)

8/7/2019 12:02:17 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233C95F (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Will do

Status: Sent

Delivered: 8/7/2019 12:02:32 PM(UTC-4)

8/7/2019 12:02:32 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233C743 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Jeff pulled me aside on the way out the door and said he's ready to turn our stuff around instantly, as soon as he gets the funds.

Status: Sent

Delivered: 8/7/2019 12:03:17 PM(UTC-4)

8/7/2019 12:03:17 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233C58C (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Yea, I made it clear to him that you report to nobody. Glad he said that

Status: Read

Read: 8/7/2019 12:04:11 PM(UTC-4)

8/7/2019 12:03:54 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233C2DA (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

He said "anything you need from us" and made Terry Casey available to us to use.

Status: Sent
Delivered: 8/7/2019 12:04:49 PM(UTC-4)

8/7/2019 12:04:49 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233DFE4 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

We also have mctigue and brey at our disposal. I'm also gonna keep Mauk on retainer through FES so we can use him

Status: Read
Read: 8/7/2019 12:06:30 PM(UTC-4)

8/7/2019 12:06:27 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233DD96 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Great thought.

Status: Sent
Delivered: 8/7/2019 12:06:37 PM(UTC-4)

8/7/2019 12:06:37 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233DB06 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I've also decided I'm gonna put $400k in our account to start. I have a great story abt Baker Host that I need to tell u later

Status: Read
Read: 8/7/2019 12:08:58 PM(UTC-4)

8/7/2019 12:08:34 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1233F447 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Liked "I've also decided I'm gonna put $400k in our account to start. I have a great story abt Baker Host that I need to tell u later "

Status: Sent
Delivered: 8/7/2019 12:09:08 PM(UTC-4)

8/7/2019 12:09:07 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12340F14 (Table: message, chat; Size: 555630592 bytes)



**GOVERNMENT EXHIBIT**

605F

1:20-CR-077



## Extraction Report - Apple iOS Full File system

---

### Participants


matt_borges@yahoo.com
Matthew Borges* (owner)


+16145815826
Juan Cespedes*


+16142041050
Matt Borges* (owner)

---

### Conversation - Instant Messages (8)

From: +16145815826 Juan Cespedes

I just got off the phone with kiani and his family. He is going to bed in Italy. I am quite sure that I will never have this much discretion with this amount of resources. He told me to do whatever it takes.

Status: Read
Read: 8/7/2019 4:40:54 PM(UTC-4)

8/7/2019 4:40:35 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1234F81D (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Loved "I just got off the phone with kiani and his family. He is going to bed in Italy. I am quite sure that I will never have this much discretion with this amount of resources. He told me to do whatever it takes. "

Status: Sent
Delivered: 8/7/2019 4:41:08 PM(UTC-4)

8/7/2019 4:41:07 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12350F13 (Table: message, chat; Size: 555630592 bytes)

1

From: +16145815826 Juan Cespedes

Longstreth asked for wiring instructions if you prefer wire transfer. He can also cut you a check if easier. Just let him know.

Status: Read
Read: 8/7/2019 9:47:03 PM(UTC-4)

8/7/2019 9:43:13 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1236BDFA (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Ok I'll get him wiring instructions.

Thanks!
Status: Sent
Delivered: 8/7/2019 9:47:26 PM(UTC-4)

8/7/2019 9:47:26 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1236DBB8 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

The initial wire has hit Gen Now.

Status: Read
Read: 8/8/2019 10:25:43 AM(UTC-4)

8/8/2019 10:25:15 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x123842BD (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Btw, I'll be using 614 Solutions for this project, not the Oxley Group.

Status: Read
Read: 8/8/2019 10:52:44 AM(UTC-4)

8/8/2019 10:51:37 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12389AE5 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Jeff said he just sent u wire

Status: Read
Read: 8/8/2019 10:52:44 AM(UTC-4)

8/8/2019 10:51:50 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x123898AF (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Got it

**Status:** Sent
**Delivered:** 8/8/2019 10:52:53 AM(UTC-4)

8/8/2019 10:52:51 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x123896CC (Table: message, chat; Size: 555630592 bytes)



**Extraction Report** - Apple iOS Full File system

**GOVERNMENT EXHIBIT**

605G

1:20-CR-077

## Participants


matt_borges@yahoo.com
Matthew Borges* (owner)


+16143781107
Jeff Longstreth*


+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (19)

From: +16142041050 Matt Borges (owner)

Wiring

0024
4415

Thanks!
Status: Sent
Delivered: 8/7/2019 10:00:35 PM(UTC-4)

8/7/2019 10:00:34 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1236FFE4 (Table: message, chat; Size: 555630592 bytes)

From: +16143781107 Jeff Longstreth
I'll need company name and address too.
Status: Read
Read: 8/7/2019 10:03:32 PM(UTC-4)

8/7/2019 10:03:32 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1236F7FE (Table: message, handle, chat; Size: 555630592 bytes)

1

From: +16142041050 Matt Borges (owner)

Of course.

17 Consulting Group

Bexley, Ohio 43209

Thanks so much.

Status: Sent
Delivered: 8/7/2019 10:04:04 PM(UTC-4)

8/7/2019 10:04:03 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12370FE4 (Table: message, chat; Size: 555630592 bytes)

From: +16143781107 Jeff Longstreth

Really appreciated your insights in the meeting today.

Status: Read
Read: 8/7/2019 10:05:25 PM(UTC-4)

8/7/2019 10:05:20 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1237082A (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

For sure. Thanks for having me. Anything I can be doing just let me know!!

Status: Sent
Delivered: 8/7/2019 10:05:53 PM(UTC-4)

8/7/2019 10:05:52 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12370312 (Table: message, chat; Size: 555630592 bytes)

From: +16143781107 Jeff Longstreth

For sure. Always enjoy working with you. Let me know how I can help you.

Status: Read
Read: 8/7/2019 10:07:37 PM(UTC-4)

8/7/2019 10:07:30 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12371FE8 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16143781107 Jeff Longstreth

Yes. I'm sending it now.

Status: Read
Read: 8/8/2019 10:25:40 AM(UTC-4)

8/8/2019 10:24:50 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x12384496 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16143781107 Jeff Longstreth

Sorry, that previous text was for Juan. Just sent your wire.

Status: Read
Read: 8/8/2019 10:42:48 AM(UTC-4)

8/8/2019 10:42:40 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12388CED (Table:
message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Terrific. Thanks.

Status: Sent
Delivered: 8/8/2019 10:42:54 AM(UTC-4)

8/8/2019 10:42:54 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x12388ACB (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Can you do a conference call today with the FES team to discuss some earned media around the filing of the lawsuit challenging the constitutionality of the referendum?

Zeiger would like to file on the Supreme Court on Tuesday or Wednesday. John Kiani would like to do a call on this today

Maybe 4pm?

Status: Sent
Delivered: 8/31/2019 10:30:09 AM(UTC-4)

8/31/2019 10:30:09 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x127A8FE4 (Table: message, chat; Size: 555630592
bytes)

From: +16143781107 Jeff Longstreth

I can do 4pm.

**Status:** Read

**Read:** 8/31/2019 10:31:26 AM(UTC-4)

8/31/2019 10:30:35 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x127A9FE8 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Great. Thanks!

**Status:** Sent

**Delivered:** 8/31/2019 10:31:31 AM(UTC-4)

8/31/2019 10:31:31 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x127A9292 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Will get you the dial in information for the 4pm call ASAP.

**Status:** Sent

**Delivered:** 8/31/2019 1:22:29 PM(UTC-4)

8/31/2019 1:22:27 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x127BAA78 (Table:
message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

330.436.2800,,,8507328#

**Status:** Sent

**Delivered:** 8/31/2019 1:48:03 PM(UTC-4)

8/31/2019 1:48:01 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x127BDA14 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Who is our candidate in the Ryan Smith seat?

**Status:** Sent

**Delivered:** 9/9/2019 9:52:24 PM(UTC-4)

9/9/2019 9:52:23 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x129C0A16
(Table: message, chat; Size: 555630592 bytes)

From: +16143781107 Jeff Longstreth

**Matt Ward**
Status: Read
Read: 9/9/2019 9:53:44 PM(UTC-4)

9/9/2019 9:53:40 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x129C05F1 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Thanks. Also, Brian Stewart is a friend. He's running in the 78th and asked for my help. I was going to write him a check. Just wanted to make sure we're good w him.
Status: Sent
Delivered: 9/9/2019 9:54:34 PM(UTC-4)

9/9/2019 9:54:34 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x129C0438 (Table: message, chat; Size: 555630592 bytes)

From: +16143781107 Jeff Longstreth

**SLH endorsed him today.**
Status: Read
Read: 9/9/2019 9:55:34 PM(UTC-4)

9/9/2019 9:55:27 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x129C1E0B (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Liked "SLH endorsed him today."
Status: Sent
Delivered: 9/9/2019 9:55:41 PM(UTC-4)

9/9/2019 9:55:41 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x129C18BB (Table: message, chat; Size: 555630592 bytes)



**GOVERNMENT EXHIBIT**

605H

1:20-CR-077



**Extraction Report** - Apple iOS Full File system

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (11)

> **From: +16145815826 Juan Cespedes**
> Spoke to Jeff. He is reaching out to Speaker and others to get call scheduled
> **Status:** Read
> **Read:** 8/15/2019 9:01:16 AM(UTC-4)
>
> 8/15/2019 9:00:51 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124C8E01 (Table: message, handle, chat; Size: 555630592 bytes)

> **From: +16142041050 Matt Borges (owner)**
> Ok. Zeiger available between 2 and 4:30 if we want him to be on. If not, no worries.
> **Status:** Sent
> **Delivered:** 8/15/2019 9:01:45 AM(UTC-4)
>
> 8/15/2019 9:01:45 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124C8BBD (Table: message, chat; Size: 555630592 bytes)

> **From: +16145815826 Juan Cespedes**
> Gonna be a 10am.
> **Status:** Read
> **Read:** 8/15/2019 9:02:00 AM(UTC-4)
>
> 8/15/2019 9:01:59 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124C9FE8 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

No need for Zeiger. You can just explain it to them.

Status: Read

Read: 8/15/2019 9:02:15 AM(UTC-4)

8/15/2019 9:02:15 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124C9AC0 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Cool

Status: Sent

Delivered: 8/15/2019 9:02:19 AM(UTC-4)

8/15/2019 9:02:19 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124C98AF (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

The speaker is only available in the a.m.

Status: Read

Read: 8/15/2019 9:02:28 AM(UTC-4)

8/15/2019 9:02:28 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124C9704 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Status: Sent

Delivered: 8/15/2019 9:02:38 AM(UTC-4)

8/15/2019 9:02:38 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124C9509 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'm gonna organize a call with griff and Judge also so we cover all bases.

Status: Read

Read: 8/15/2019 9:03:46 AM(UTC-4)

8/15/2019 9:03:42 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124CA74B (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Least shocking thing about dinner last night: Learning Kiani came from Enron.

Status: Sent

Delivered: 8/15/2019 9:05:21 AM(UTC-4)

8/15/2019 9:05:21 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124CA509 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Oh yea, the best is when he said it was the Wild West! Like, 'duh'

Status: Read

Read: 8/15/2019 9:06:18 AM(UTC-4)

8/15/2019 9:05:53 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124CA2C9 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

His response when I said I've see the documentary

"All true"

Status: Sent

Delivered: 8/15/2019 9:06:48 AM(UTC-4)

8/15/2019 9:06:48 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x124CBFE4 (Table: message, chat; Size: 555630592 bytes)

3




GOVERNMENT
EXHIBIT
605J
1:20-CR-077

**Extraction Report** - Apple iOS Full File system

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (7)

From: +16145815826 Juan Cespedes

GenNow received their wire from FES. Keep an eye out for the 200k.
Status: Read
Read: 8/23/2019 10:25:22 AM(UTC-4)

8/23/2019 10:25:00 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12628D9A (Table: message,
handle, chat, Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Sounds good. Thanks!
Status: Sent
Delivered: 8/23/2019 10:25:28 AM(UTC-4)

8/23/2019 10:25:27 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x12628B6C (Table: message, chat, Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

FYI: Longstreth said the wire has been sent.
Status: Read
Read: 8/23/2019 12:49:44 PM(UTC-4)

8/23/2019 12:46:19 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1263B51D
(Table: message, handle, chat, Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Great. Let's catch up on signature efforts when you can. I'll reply to kianis email with next steps this afternoon.

**Status:** Sent

**Delivered:** 8/23/2019 12:50:16 PM(UTC-4)

8/23/2019 12:50:15 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1263CDD0 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Just let me know when you have time. I am free by phone.

**Status:** Read

**Read:** 8/23/2019 12:51:52 PM(UTC-4)

8/23/2019 12:50:51 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1263C7FE (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

3:30?

**Status:** Sent

**Delivered:** 8/23/2019 1:32:38 PM(UTC-4)

8/23/2019 1:32:38 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1263EBBC (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Cool

**Status:** Read

**Read:** 8/23/2019 3:01:37 PM(UTC-4)

8/23/2019 3:01:17 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12644648 (Table: message, handle, chat; Size: 555630592 bytes)

2