**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| United States of America, | : | Case No. 1:20-cr-077 |
| *Plaintiff-Appellee* | : | |
| | : | Judge Black |
| vs. | : | |
| | : | |
| Matthew Borges, | : | |
| *Defendant-Appellant* | : | |
| | : | |

---

**NOTICE OF FILING FOR APPEAL PURPOSES**

---

Now comes the United States of America and hereby gives notice of filing of

exhibits for review and consideration by the Sixth Circuit Court of Appeals in Case

No. 23-3566, *United States of America v. Matthew Borges.*[1]

| **Exhibit No.** | **Date Admitted** |
|---|---|
| 606A | 1/24/2023 |
| 607A | 1/24/2023 |
| 608A | 1/24/2023 |
| 608B | 1/24/2023 |
| 608C | 1/24/2023 |
| 615C* | 2/6/2023 |
| 616C* | 2/6/2023 |
| 617B* | 2/6/2023 |
| 620B* | 2/6/2023 |
| 621B | 2/6/2023 |
| 621C | 2/6/2023 |

---

[1] Entries with an asterisk are transcripts of recordings that were admitted into evidence. While the transcripts were not themselves admitted, the district court permitted the jury to use the transcripts while the recordings were played during trial and to aid them during their deliberations. To the extent the Court would like the corresponding recordings, the United States will provide them.

1

| | |
|---|---|
| 621D | 2/6/2023 |
| 622S | 2/6/2023 |
| 626B | 1/24/2023 |
| 627C | 1/24/2023 |
| 634A | 1/24/2023 |
| 634B | 1/24/2023 |
| 634C | 1/24/2023 |
| 634D | 1/24/2023 |
| 635A | 2/23/2023 |
| 636F | 1/24/2023 |
| 639A | 1/24/2023 |
| 640G | 1/24/2023 |
| 640K | 1/24/2023 |
| 734 | 1/24/2023 |
| 737 | 2/6/2023 |
| 748 | 3/1/2023 |
| 812 | 2/9/2023 |
| 818 | 2/9/2023 |
| 819 | 2/9/2023 |
| 823 | 2/23/2023 |
| 834 | 2/8/2023 |
| 835 | 2/9/2023 |

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/ Emily N. Glatfelter*

EMILY N. GLATFELTER (0075576)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

2

## <u>CERTIFICATE OF COUNSEL</u>

I certify that the documents attached to and filed with this Notice are copies of the documents properly made a part of the record.

*s/Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Notice was served upon counsel of record for all parties via CM/ECF, this 22nd day of May, 2024.

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney





**GOVERNMENT EXHIBIT**

606A

1:20-CR-077

**Extraction Report** - Apple iPhone Logical

## Participants



juan@oxley-group.com
Juan Cespedes* (owner)



+17132131932
John Kiani*



+16145815826
Juan Cespedes* (owner)

## Conversation - Instant Messages (5)

> From: juan@oxley-group.com Juan Cespedes (owner)
>
> Borges and I are working hard to have Yost deny the signatures but it is not certain. Not sure why he is acting so matter of fact.
>
> Status: Sent
>
> 8/4/2019 10:37:32 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x3D06940 (Table: message, chat; Size: 590159872 bytes)

> From: +17132131932 John Kiani
>
> He is making me nervous
>
> Status: Read
> Delivered: 8/4/2019 10:39:30 AM(UTC-4)
> Read: 8/4/2019 10:39:30 AM(UTC-4)
>
> 8/4/2019 10:39:26 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x3D14BFC (Table: message, handle, chat; Size: 590159872 bytes)

> From: +17132131932 John Kiani
>
> He is assuming that will happen and making this sound easy
>
> Status: Read
>
> 8/4/2019 10:39:48 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x3D21545 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Just lock into this and we will discuss after.

Status: Sent

8/4/2019 10:40:10 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x3D05433 (Table: message, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

Ok

Status: Read

8/4/2019 10:40:53 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x3D20221 (Table: message, handle, chat; Size: 590159872 bytes)

**GOVERNMENT EXHIBIT**

607A

1:20-CR-077

**From:** "Bailey, Joel D." <baileyj@firstenergycorp.com>

**To:** "Michael Dowling (dowlingm@firstenergycorp.com)" <dowlingm@firstenerg
"Ty Pine (tpine@firstenergycorp.com)" <tpine@firstenergycorp.com>, "Biltz,
<jbiltz@firstenergycorp.com>, "Tompkins, Daniel P" <dtompki@firstenergycorp.com>,
"Pat Kelly (kellyp@firstenergycorp.com)" <kellyp@firstenergycorp.com>

**Subject:** FW: AG Decision

**Date:** Mon, 12 Aug 2019 18:51:29 -0000

**Importance:** Normal

-----Original Message-----
From: Montler, Murphy (Griffing, David L.) <montlerm@firstenergycorp.com>
Sent: Monday, August 12, 2019 1:36 PM
To: Bailey, Joel D. <baileyj@firstenergycorp.com>
Subject: AG Decision

fyi

-----Original Message-----
From: Borges, Matt <MBorges@ralaw.com>
Sent: Monday, August 12, 2019 11:48 AM
To: Montler, Murphy (Griffing, David L.) <montlerm@firstenergycorp.com>
Cc: Giannantonio, Rick C. <giannanr@firstenergycorp.com>; zeiger@litohio.com; Griffing, David L.
<griffingdl@firstenergycorp.com>
Subject: [EXTERNAL] Re: Named Plaintiffs

Yost rejecting the summary language. Said It will be announced in 2 hours.

Sent from my iPhone

> On Aug 12, 2019, at 11:19 AM, Montler, Murphy (Griffing, David L.) <montlerm@firstenergycorp.com>
wrote:
>
> EXT:
>
>
>
>
> _____
>
> The information contained in this message is intended only for the personal and confidential use of the
recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this document in
error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you
have received this communication in error, please notify us immediately, and delete the original message.
> <meeting.ics>



**GOVERNMENT EXHIBIT**

608A

1:20-CR-077

**Extraction Report** - Apple iOS Full File system

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (21)

From: +16145815826 Juan Cespedes

I cannot wait to be done with that stupid call

Status: Read
Read: 7/23/2019 8:14:31 AM(UTC-4)

7/23/2019 8:13:49 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x120982C9
(Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Will u make it back today?

Status: Read
Read: 7/23/2019 8:14:31 AM(UTC-4)

7/23/2019 8:13:58 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x12099FE8 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

No I'm not going to be in Columbus

Status: Sent
Delivered: 7/23/2019 8:14:48 AM(UTC-4)

7/23/2019 8:14:48 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x120998ED (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

No worries at all. Just wanted to check. Please continue to get out in front of DY on the referendum stuff.

**Status:** Read

**Read:** 7/23/2019 8:18:39 AM(UTC-4)

7/23/2019 8:15:44 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12099700 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

**Status:** Sent

**Delivered:** 7/23/2019 8:18:54 AM(UTC-4)

7/23/2019 8:18:53 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12099480 (Table: message, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Let me know when you have 2 seconds.

**Status:** Sent

**Delivered:** 7/23/2019 11:12:29 AM(UTC-4)

7/23/2019 11:12:29 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1209C708 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I am in the chamber now.

**Status:** Read

**Read:** 7/23/2019 11:12:46 AM(UTC-4)

7/23/2019 11:12:45 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1209C51B (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

They are voting momentarily. Will get to u as soon as possible

**Status:** Read

**Read:** 7/23/2019 11:13:18 AM(UTC-4)

7/23/2019 11:13:06 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1209C346 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Yep. No rush. Good luck. Just a message from the Secretary of State on the ballot measure issue.

Status: Sent
Delivered: 7/23/2019 11:13:42 AM(UTC-4)

7/23/2019 11:13:42 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1209DFE4 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Ok.

Status: Read
Read: 7/23/2019 11:18:32 AM(UTC-4)

7/23/2019 11:13:57 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1209DD7E (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Need u on this referendum thing ASAP

Status: Read
Read: 7/23/2019 5:53:58 PM(UTC-4)

7/23/2019 5:53:42 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x120AE7CD (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Please get to Yost

Status: Read
Read: 7/23/2019 5:53:58 PM(UTC-4)

7/23/2019 5:53:47 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x120AE5E0 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Let's meet as soon as u get back

Status: Read
Read: 7/23/2019 5:54:08 PM(UTC-4)

7/23/2019 5:54:07 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x120AE417 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

I'm going to Ibiza for a week so ur in charge

Status: Read

Read: 7/23/2019 5:54:22 PM(UTC-4)

7/23/2019 5:54:21 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x120AE22E
(Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Yep no problem.

LaRose is expecting us to be publicly supportive of him. Apparently the petitioners are going to call on him to step down from the ballot board, etc. because of his "conflicts".

He can be our friend in this process, so let's be prepared to speak up for him.

Status: Sent

Delivered: 7/23/2019 5:56:16 PM(UTC-4)

7/23/2019 5:56:16 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x120AFFE4 (Table: message, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

Set up a mtg with him if necessary. I have autonomy to speak on new co behalf. We will support him more than anyone

Status: Read

Read: 7/23/2019 6:03:00 PM(UTC-4)

7/23/2019 5:57:33 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x120AFC04 (Table: message, handle, chat; Size: 555630592 bytes)

4



**Extraction Report** - Apple iOS Full File system



GOVERNMENT
EXHIBIT

608B

1:20-CR-077

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (4)

> From: +16145815826 Juan Cespedes
>
> DY and SLH connected yesterday
> **Status:** Read
> **Read:** 8/27/2019 8:01:50 AM(UTC-4)
>
> 8/27/2019 7:56:33 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x126D4896 (Table: message, handle, chat; Size: 555630592 bytes)

> From: +16142041050 Matt Borges (owner)
>
> Good. I'll follow up w Dave
> **Status:** Sent
> **Delivered:** 8/27/2019 8:02:01 AM(UTC-4)
>
> 8/27/2019 8:02:01 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x126D43B6 (Table: message, chat; Size: 555630592 bytes)

> From: +16145815826 Juan Cespedes
>
> Call me before so I can give u specifics of convo
> **Status:** Read
> **Read:** 8/27/2019 8:03:15 AM(UTC-4)
>
> 8/27/2019 8:03:14 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x126D5FE8
(Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Ok. In air. Will call after 11. Thanks.

Status: Sent
Delivered: 8/27/2019 8:04:01 AM(UTC-4)

8/27/2019 8:04:01 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x126D5DDD (Table: message, chat; Size: 555630592 bytes)





**GOVERNMENT EXHIBIT**

608C

1:20-CR-077

**Extraction Report** - Apple iOS Full File system

## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (4)

> From: +16145815826 Juan Cespedes
> **FYI:SLH is asking if U have spoken with DY yet**
> Status: Read
> Read: 8/28/2019 10:11:17 AM(UTC-4)
>
> 8/28/2019 9:42:34 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1271F82D
(Table: message, handle, chat; Size: 555630592 bytes)

> From: +16142041050 Matt Borges (owner)
> **Didn't speak w him yesterday. Will call when I get on the ground in LA.**
> Status: Sent
> Delivered: 8/28/2019 10:11:43 AM(UTC-4)
>
> 8/28/2019 10:11:43 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12720FE4 (Table: message, chat;
Size: 555630592 bytes)

> From: +16145815826 Juan Cespedes
> **Sounds good. Just letting u know.**
> Status: Read
> Read: 8/28/2019 10:12:33 AM(UTC-4)
>
> 8/28/2019 10:12:06 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x12720A8E (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)

Called him, left him a vm. Will see what he says!!

**Status:** Sent

**Delivered:** 8/28/2019 10:59:17 AM(UTC-4)

8/28/2019 10:59:17 AM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12724334 (Table: message, chat; Size: 555630592 bytes)

Session

GOVERNMENT
EXHIBIT

615C

1:20-CR-077

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 9/10/2019 |
| Time Recording Starts: | 0:00:00 |
| Time Recording Ends: | 1:09:14 |
| Agent: | SA Blane J. Wetzel |

**Participants:**

Matthew Borges
Tyler Fehrman
SA Blane J. Wetzel

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session

**0:00:00**

SA Wetzel:     This is Special Agent Blane Wetzel with Supervisory Special Agent Jeffrey Williams. Consensual recording with Franklin of Matthew Borges, 9/10/2019 at 2:40 p.m.

**0:27:43 [Meeting starts]**

Borges:        Hi.

Fehrman:      Hey.

Borges:        What's happening?

Fehrman:      I'm sitting here reviewing my fantasy score from the weekend.

Borges:        Dude.

Fehrman:      (Laughter)

Borges:        I have the fucking second highest score in the league.

Fehrman:      Look at this. So I, my opponent, he's a buddy of mine, he just, he didn't even try. But I have Brady, Connor, Chuck, Edelman, Gordon, and then I did a thing, San Francisco defense. Everybody's going to sleep on San Francisco defense, they've got Bosa.

Borges:        Yeah.

Fehrman:      So I put him in. They scored twenty-seven fucking points.

Borges:        Holy shit, I didn't know that.

Fehrman:      Yeah, so I'm sitting here like, I won our, our fantasy league super bowl last year, crushed everybody. My dad was the commissioner, threw a fit, like was fucking pissed. And I drive them all nuts, so.

Borges:        I have the, I have the fucking second highest score in the league. But of course, I play the guy who has the highest score in the league.

Fehrman:      (Laughter)

Borges:        I lose, so I'm number two overall in points and I'm oh-in-one.

Fehrman:      Right.

Borges:        And I got, I just got the Yahoo email just now.

Fehrman:      Do you use Yahoo fantasy?

2

Session

| Borges: | Yeah, so they… |
| --- | --- |
| Fehrman: | Okay. |
| Borges: | …they graded me an A plus for the week, but like thanks a lot for the fucking A plus I lost my game. |
| Fehrman: | (Laughter) I, I've never, I've never done fantasy until last year. And my dad was like let's just try it. Like let's get like your uncle and your cousins and like a couple other random people. And so we did it last year but I got way into it. And then this year it was time to start again, and I was like guys, I'm going to start the league because he was a terrible commissioner last year. Was like I'll take care of it now we've got, last year we had eight, this year I think we have twelve teams and it just, it went exactly how I thought it was going to be. You get people that like don't pay attention, then you get people like me that will sit and like, I always have a backup defense and I'll look at who they're playing and how many yards the other team allowed and like match it up that way. And they do auto draft. |
| Borges: | Yeah. |
| Fehrman: | So none of them, none of them pay any attention to the fact that you can like pre-order like who you like. So I went and did that and I ended up with like Brady and Edelman and all them and they're all like floating around just desperate. So. |
| Borges: | Yeah, right. If, if, it'll, it'll auto draft by their rankings unless you re-rank it. Yeah. |
| Fehrman: | Yeah. |
| Borges: | Then it auto drafts under your rankings. |
| Fehrman: | I'm just hoping they never catch on to that. |
| Borges: | (Laughter) |
| Fehrman: | Otherwise I can keep pulling it off. |
| Borges: | Right, 'cause they'll literally be guys that are like hurt, they still have them ranked, and auto draft's taking them. |
| Fehrman: | Right. |
| Borges: | And it's like you would never take them in an actual draft. |
| Fehrman: | No. No. |
| Borges: | Yeah, I never, I really try never to auto draft. |
| Fehrman: | I, I would love to do like live draft and all that, but these guys don't have enough. My fourteen year old brother… |

3

Session

Borges:        Yeah.

Fehrman:       ...is one of our players.

Borges:        Yeah.

Fehrman:       And like he's not going to sit and do it...

Borges:        Right.

Fehrman:       ...he doesn't know how.

Borges:        Right. And plus, anymore we do them at like ten at night. That's the only time when...

Fehrman:       Right. It's the only time anybody's free.

Borges:        ...kids in it yeah. Everybody's free.

Fehrman:       Yeah.

Borges:        How are things?

Fehrman:       Exhausted. Campaign life. It's just.

Borges:        Have you heard anything from, uh, the Environmental Council?

Fehrman:       No, not yet. I was supposed to hear by the end of the week. Um, and I heard, I talked with their executive director Friday and she was like, listen you blew me away, I didn't expect to like you, and she's like, and you're the right pick. It was like, so I told our guy, their VP of Government whatever. She was like, I told him if he doesn't pick you it's the wrong choice, but I don't micromanage.

Borges:        Right.

Fehrman:       She was like, I told him to take a couple of extra days really feel it out, really think about it. She goes and then and then we'll figure something out.

Borges:        Okay.

Fehrman:       I was like alright so. I know they do meetings on Monday, hopefully I'll hear something maybe by the end of the week? I don't know.

Borges:        Got it. And if they offer it to you, you're taking it?

Fehrman:       My guess is that whatever they offer I'm, they're probably going to want me to stay on this until the end of it.

4

Session

| Borges: | Oh okay. |
|---|---|
| Fehrman: | Yeah. |
| Borges: | Okay. |
| Fehrman: | So, I mean, they're pretty, they're not doing anything like major but they're paying attention and -- |
| Borges: | 'Cause from our standpoint what we're talking about the best thing for you might be to leave. I was thinking about buying out your contract, was basically making you an offer and you accepting it. |
| Fehrman: | Right. |
| Borges: | The problem is you did sign an NDA and a noncompete. |
| Fehrman: | Really? |
| Borges: | Yeah, it's in there. They buried it, they buried it. I mean nobody reads these things, you know. |
| Fehrman: | Right. |
| Borges: | So you do have one. |
| Fehrman: | Okay. |
| Borges: | Um, uh, which would mean that if you left on your own... |
| Fehrman: | Right. |
| Borges: | ...'cause you were taking another opportunity and not going to work for a competitor, you could do whatever you wanted. |
| Fehrman: | Right. |
| Borges: | Um, as long as that's the reason you gave them and all. So I was kind of thinking Environmental Council might give us the perfect buffer, where it's like, I'm leaving because I intend to take this other job. |
| Fehrman: | Right. |
| Borges: | And then, you know, you can come do some contracting for me, and basically then I would need you to tell me what you know. |
| Fehrman: | Right, okay. Um. |

5

Session

| | |
|---|---|
| Borges: | But if that's not likely the scenario, then we're either in the situation that we were we in at the beginning of this where, um, you're just going to stay, and you're just going to tell me. And I'm just going to pay you in a private transaction. |
| Fehrman: | Right. |
| Borges: | Or you'd have to quit, deal with the consequences of that, and you know, obviously you know, I'll make good on taking care of you. |
| Fehrman: | Right. |
| Borges: | In terms of like whatever, whatever other opportunities is out there to work together on something. |
| Fehrman: | Right. |
| Borges: | Work for my company. Um, and those are just kind of our options. |
| Fehrman: | If I stay on, 'cause if I leave-- |
| Borges: | You technically signed a two year non-compete. I can tell you… |
| Fehrman: | Right. |
| Borges: | …it is absolutely not enforceable. |
| Fehrman: | Okay. |
| Borges: | It's not. Don't worry about it. |
| Fehrman: | Okay. |
| Borges: | Like you've technically signed a document that says you cannot work in this industry for two years. Trust me… |
| Fehrman: | Lovely. |
| Borges: | …no court in the country is going to enforce that. |
| Fehrman: | Right. |
| Borges: | It's just, but they wrote that in there, to scare you. |
| Fehrman: | Right. Okay. I know it's probably my fault, I don't, it's like hiring paperwork, nobody ever like sits and reads it, I'm not a fucking attorney. |
| Borges: | That's right. That's right. |

Session

Fehrman:     So…

Borges:      That's right.

Fehrman:     …um.

Borges:      So (UI) so I think every one of your employees has signed these.

Fehrman:     Yeah.

Borges:      And, and they don't know it, they have no idea. And, and, and you're, um, Micro Targeting, whatever they call it, Advanced Micro Targeting?

Fehrman:     Yeah.

Borges:      They're not going to enforce this against, you know, they're, it's the shit in there to protect themselves.

Fehrman:     Right.

Borges:       You know um, but…

Fehrman:     Right.

Borges:      …just know that it's, it is technically in there. So that's why I'm saying like the best thing to do to protect you is, you know, you can stay like you said in the original conversations we had.

Fehrman:     Right.

Borges:      Um, and I was thinking about structuring that this way um, a $15,000 payment now and a $10,000 payment when it's over.

Fehrman:     Okay. It's like 25,000 all together. Okay. Would it be, this is my, you know my brain. I overthink everything. I wouldn't be, would I be contracted through you? Or would it just be…

Borges:      Private transaction.

Fehrman:     Private transaction?

Borges:      (UI) between the, between the two of us.

Fehrman:     Okay.

Borges:      Yeah, like I said, when I, well when we first talked about it I thought, buy out your contract…

7

Session

| | |
|---|---|
| Fehrman: | Right. |
| Borges: | ...the challenge is that could expose you, it could expose you to getting sued. |
| Fehrman: | Right. |
| Borges: | Not worth it. |
| Fehrman: | Definitely not worth it. (Laughter) |
| Borges: | But, but again there's that middle path where if you left for a different reason... |
| Fehrman: | Right. |
| Borges: | ...because you're, you know... |
| Fehrman: | Right. |
| Borges: | ...I think this whole Environmental Council thing is coming through. |
| Fehrman: | The problem with that though is that, if I'm not there I don't have access to the information that they're... |
| Borges: | I know, but you can tell us everything you know. |
| Fehrman: | (UI) Right. |
| Borges: | And actually, technically... |
| Fehrman: | Right. |
| Borges: | ...in order to not violate your employment contract, you would do that before you left. (Laughter) |
| Fehrman: | Okay. |
| Borges: | We'd download everything. You'd quit. We'd hire you. |
| Fehrman: | Download, like just pull the files and? |
| Borges: | Kind of. |
| Fehrman: | Like whatever data, and? |
| Borges: | Oh, I didn't know you were going to pull files, I thought you were just going to tell us what you knew. |
| Fehrman: | No, I, you said download. I'm thinking. |

8

Session

| | |
|---|---|
| Borges: | Yeah, no, I. |
| Fehrman: | Oh okay. |
| Borges: | Like a, like a download of… |
| Fehrman: | Right. |
| Borges: | …like you tell us what's going on… |
| Fehrman: | Right. |
| Borges: | …kind of thing. |
| Fehrman: | Okay. |
| Borges: | Um, yeah. |
| Fehrman: | Okay. So is it? |
| Borges: | And obviously it helps us if you're still there and you're telling us what's going on and that's great. |
| Fehrman: | Right. |
| Borges: | Um, you know one thing they're dying to know is how many signatures they've got so far. |
| Fehrman: | Right. |
| Borges: | They're dying to know that. |
| Fehrman: | Okay. |
| Borges: | It just kind of gives them the sense of… |
| Fehrman: | Where it is. |
| Borges: | 'Cause, 'cause now we're hearing that people are going to door to door. |
| Fehrman: | Really? |
| Borges: | Yes. Gotten several… |
| Fehrman: | Okay. |
| Borges: | …um, like independent feedback. Now it's also possible that like folks are trying to fuck with us. |

9

Session

| | |
|---|---|
| Fehrman: | Right. |
| Borges: | But we've gotten enough now, one in Cincinnati, one in uh, one up in Lorain County, uh, where people are reporting that folks are knocking on their doors. Just telling you. |
| Fehrman: | That's weird. |
| Borges: | I thought maybe it was to make, you know, the people who were trying to make sure you get forty-four counties. |
| Fehrman: | Right. |
| Borges: | You can't just drive into Kenton. |
| Fehrman: | Right. |
| Borges: | So you got to pick a neighborhood and walk through it. |
| Fehrman: | Right. |
| Borges: | You know, but, um. |
| Fehrman: | Yeah, I don't, I don't know. And that's legit, like that's weird to me, because I haven't heard anything about door-to-door stuff. |
| Borges: | And around here you wouldn't need it. |
| Fehrman: | No, not in a million years. |
| Borges: | Unless you're going to static, you know, locations and you're getting… |
| Fehrman: | Right. |
| Borges: | …bodies, you're getting people coming through. |
| Fehrman: | Yeah, good job on finding us by the way. |
| Borges: | What do you mean? |
| Fehrman: | Oh, I've had a lady sitting outside my office watching me… |
| Borges: | Yeah, yeah. |
| Fehrman: | …and the trackers out in the field. |
| Borges: | Yeah. |

10

Session

Fehrman:     Yeah.

Borges:     That's, that's what I told you in the beginning, we're going to find this information out anyway.

Fehrman:     Right.

Borges:     I mean, I think the thing that they really want to know, it's a financial decision for them. Are you going to make it? How many signatures, how many signatures do you actually have?

Fehrman:     Right.

Borges:     Because if they think you are, they are going to start getting aggressive in terms of, you know, telling people what to do. If they think you might not, you know…

Fehrman:     Right.

Borges:     …they might sit back and take their chances.

Fehrman:     Right. Okay, is it, okay. So if I, see here's the thing, I'm waiting, I feel like I'm just waiting on OEC, they might take forever.

Borges:     Yeah.

Fehrman:     Um, one of the things Heather mentioned was, listen if he doesn't choose you for this, she's like, you're going to work here. I want you to work here. And she's like and I've got another position coming open to think about. I'm literally just waiting on her. But I don't know how long that's going to take. I applied for this one back in July, and now it's almost mid-September.

Borges:     Yeah.

Fehrman:     So, I don't know and even then starting with them I feel like is definitely going to be after the project.

Borges:     What's going on with the court right now and your kid, that you told me about?

Fehrman:     I've just got, I'm trying to get more time with her. Just trying to get more time…

Borges:     Sure.

Fehrman:     …and make sure that her mom can't leave the state of Ohio.

Borges:     And so step number one is to get out from under this bad child support, right?

Fehrman:     Yeah.

Borges:     Obviously this would cover it.

11

Session

Fehrman:    Mm-hmm. It would, really easily. So okay, if I stay there, what do you need? Like how do you want to like work it? What's the procedure?

Borges:    Again, like I said it's just going to be a private transaction between you and me.

Fehrman:    Not that I mean like, like.

Borges:    (UI) how are you telling me stuff?

Fehrman:    Yeah.

Borges:    I mean I guess it helps a little to know where the locations are in advance so you (UI)…

Fehrman:    Right.

Borges:    …saves us a little time from having to follow fucking people around.

Fehrman:    Okay.

Borges:    But they're going to follow people around.

Fehrman:    Mm-hmm.

Borges:    The information we really need to know is how many signatures are you getting.

Fehrman:    Right.

Borges:    That's what we need to know.

Fehrman:    Okay. Do you want it once a week? You want it twice a week? You want it every day? And.

Borges:    And what is it that you, you know? Do you know the total count for the state, or you just know your region?

Fehrman:    So, I know I have immediate availability for my region. I'm able, I can pull the total count for the state.

Borges:    You can?

Fehrman:    Yeah, um, in fact that's pretty easy, either via our regular, we have regular conference calls and all that stuff. And I know all the other regional managers. So it wouldn't be hard. It's just going to be, my concern is getting it to you. Like getting it.

Borges:    Well we talk all the time.

Fehrman:    Right.

12

Session

| | |
|---|---|
| Borges: | So you know… |
| Fehrman: | Right. |
| Borges: | …grab a cup of coffee in the morning and call me, and just say a number and hang up. |
| Fehrman: | Right. (Laughter) Secret squirrel shit. |
| Borges: | But I need, I, right now I need to know where you guys are. |
| Fehrman: | Okay. |
| Borges: | And then, you know, we can conduct our transaction and just. You are not going to fuck me on this? |
| Fehrman: | No. Here's the thing, I have been… |
| Borges: | You can't. |
| Fehrman: | I know that. And here's, first off, and I think I've, this is going to sound cheesy and stupid. But this is me being genuine with you, and I hope this has been evident over the last few years. Like I showed up to that fucking central committee meeting. |
| Borges: | Yes. |
| Fehrman: | I put everything on the line. |
| Borges: | I get it. |
| Fehrman: | And that was like, that was a big deal. I want, I want out of Ohio politics. |
| Borges | Yeah. |
| Fehrman: | Like I want fucking out. And I don't, I mean like the elected stuff… |
| Borges: | (UI) |
| Fehrman: | …and all that. I want to be comfortable. I want to go spend time with my family. This whole thing for me is just, I have stuff I need to get taken care of and you've been a friend for I don't even remember how we meet or when we meet, it was sometime when you were chairman or right before. I think it was through Clarence but. |
| Borges: | Yeah, probably. |
| Fehrman: | Yeah, I've never, my first conversation ever with Brandon was like three weeks ago over coffee and I, I know who he is but… |
| Borges: | Right. |

13

Session

| | |
|---|---|
| Fehrman: | …we're not friends. |
| Borges: | Right. |
| Fehrman: | So. Okay, um, well how do we do it? |
| Borges: | Um, call me ASAP, give me a number. You got to let me know that, it's very, very helpful to know where you're at and, you know, I can meet you tomorrow and write you a check. |
| Fehrman: | Okay. Alright. |
| Borges: | Do you have a LLC or you just (UI) to you personally or? |
| Fehrman: | Me personally. I filed an LLC in like 2015 and the people were like, oh so how do you run campaigns? I was like, well I run them through my LLC. They're, that LLC has never made a fucking dime. |
| Borges: | Yeah, no, I get it. No. |
| Fehrman: | (Laughter) It's just there to be like, I can put it on my resume. |
| Borges: | They're designed not to (UI). |
| Fehrman: | Right. So, okay. |
| Borges: | Yeah. |
| Fehrman: | Well let's, let me, I should be able to, I can pull stuff tonight. And then we can meet sometime tomorrow. And that way, and here's my only, this is my reservation, right, it's not you. It's, I don't know who "they" are, right. |
| Borges: | Who are "they"? |
| Fehrman: | Like your? |
| Borges: | You're going to get paid by my company. |
| Fehrman: | Okay. |
| Borges: | Me. |
| Fehrman: | Okay. |
| Borges: | Again. The only two people who are ever going to know about this is you and me. |
| Fehrman: | Right. |

14

Session

| | |
|---|---|
| Borges: | Unless you tell somebody. |
| Fehrman: | Right. |
| Borges: | 'Cause I ain't going to tell anybody. |
| Fehrman: | (Laughter) Right. |
| Borges: | Again, there's nothing, I could tell whoever I wanted. There's nothing wrong with it. |
| Fehrman: | Right. |
| Borges: | There's nothing illegal about it. There's nothing, you know, even unethical about it. Do I want my name associated with something like that or whatever to become public? No. So how would I defend myself? I'd fucking trash you. |
| Fehrman: | Right. I get that. |
| Borges: | That's why I mean like, whatever came out, it would be bad for me. It'd be worse for you. |
| Fehrman: | Right. I get it, I understand that. |
| Borges: | (Laughter) Seriously. |
| Fehrman: | I read that the other day and I was like, I get it. Um, alright. Well let me yeah, so that, and that's the nervous part about me, is like it's not you, it's… |
| Borges: | Nobody is ever going to know. (IA) |
| Fehrman: | …it's, I, I'm giving you this which is, I'm putting my neck on the line. |
| Borges: | I know. |
| Fehrman: | And it's just making sure that like, you have some kind of deal that, is followed through. It's not that I don't trust you, it's just I don't trust this business. |
| Borges: | I totally, I totally understand. |
| Fehrman: | Right. |
| Borges: | I totally understand. |
| Fehrman: | Alright. |
| Borges: | This is why, you know, for all I knew, you went back in the office, you bitched about the fact that we met and someone said get him on tape saying I'll go do it and I'll give you twice as much. You know that kind of thing. |

15

Session

| | |
|---|---|
| Fehrman: | No. |
| Borges: | You know what I mean? |
| Fehrman: | Yeah, and that, you know what this would be all. |
| Borges: | Again, it's not because I don't trust you. |
| Fehrman: | Right. |
| Borges: | It's because I don't trust the people around us. |
| Fehrman: | Same. |
| Borges: | And, and you know, just, so that's why. All the more reason why, it's just got to stay between us. |
| Fehrman: | Right. |
| Borges: | And you know when it's all over, we do the other ten, and might even be a little more… (IA) |
| Fehrman: | Right. |
| Borges: | …depending on what your needs are, and what happens… |
| Fehrman: | Right. |
| Borges: | …and where it goes from here, but that's all got to be contingent on, it's never going to get out in the public domain. |
| Fehrman: | Okay. Yeah and it wouldn't be good for me to get out either. |
| Borges: | No. |
| Fehrman: | It's not doing anybody any favors. |
| Borges: | Correct. I don't want to even hear from a friend of a friend that they heard something happen, you know. |
| Fehrman: | Right. |
| Borges | Just, just it stays between us. |
| Fehrman: | Right. And well that's the thing, all of my. |
| Borges: | Dig yourself out of what you need to dig yourself out of, and you know. |
| Fehrman: | Taken care of. |

16

Session

| | |
|---|---|
| Borges: | Move forward. |
| Fehrman: | That's all the people on my end that I trust, that I talk to, they're all very much on the repeal side, so like it would totally fuck me if I said anything, right. |
| Borges: | (Laughter) Right. |
| Fehrman: | And honestly. |
| Borges: | The only people that are on my side is, is this fucking company. |
| Fehrman: | Right. |
| Borges: | That's it. |
| Fehrman: | Right. |
| Borges: | You know? |
| Fehrman: | Right. |
| Borges: | I mean everybody else in the universe is on your side. |
| Fehrman: | Fucking company, you mean like FirstEnergy? |
| Borges: | Yes. |
| Fehrman: | Yeah. |
| Borges: | But Roetzel, where I work. |
| Fehrman: | Right. |
| Borges: | Their single largest client is FirstEnergy. |
| Fehrman: | Right. |
| Borges: | They're Akron based. They're, you know, they do all their employment law, they do all (UI) and, and by the way we also represent FirstEnergy Solutions in their bankruptcy. And of course we do, we're registered lobbyists for them, so there's all kinds of reasons why we're going to do all kinds of things and I've got all the cover I need because the folks at my firm are going to say, do whatever you want this is our largest client. |
| Fehrman: | Right. |
| Borges: | Just kind of keep us in the loop, and you know. |

17

Session

| | |
|---|---|
| Fehrman: | Right. |
| Borges: | Um of course I'm not going to tell them about this. |
| Fehrman: | Right. |
| Borges: | But um, but uh, the um, you know I, I've got all the cover I need because, because it's our fucking firm. |
| Fehrman: | Right. |
| Borges: | So therefore, they could twist our arms into. |
| Fehrman: | Right. |
| Borges: | You know. And, and Larry also, you know, so he's, it's this unholy alliance between Larry and FirstEnergy and Roetzel, because um, even though FirstEnergy, or excuse me, even though Roetzel doesn't care about Larry. |
| Fehrman: | Right. |
| Borges: | Um, he's helping with the issue that our single largest client cares a lot about. |
| Fehrman: | Right. |
| Borges: | And um, he's uh, so unless you're somehow affiliated directly with FirstEnergy… |
| Fehrman: | Mm-hmm. |
| Borges: | …work for Roetzel & Andress, or you just want to suck up to Larry, you're on your side. |
| Fehrman: | Right. |
| Borges: | That's it, that's my world. |
| Fehrman: | I get that. Yeah. |
| Borges: | And you know. I'm kind of with you, fuck this fucking shit, fuck these people. |
| Fehrman: | Right. |
| Borges: | But people are going to get fat off of this. |
| Fehrman: | Right. |
| Borges: | So why the fuck not us. |
| Fehrman: | Yeah. |

18

Session

Borges:     Why the fuck not us.

Fehrman:    Right.

Borges:     Seriously. You know?

Fehrman:    Yeah. Alright.

Borges:     Someone said the other day they saw that article about Jamie Schwartz stealing the money
            from, uh, Chabot. Did you see that?

Fehrman:    No.

Borges:     He embezzled a whole bunch of money from Chabot's campaign. And Polesovksy texted me
            and he's like, don't steal money from a campaign, set up a PAC.

Fehrman:    (Laughter)

Borges:     Then it's legal. (Laughter) And you take all the money and it's completely legal. You know
            what I mean.

Fehrman:    Cool, alright, well, well let me pull what I can.

Borges:     Yeah. If you can try to get me a number tonight, exactly as you can just the total number,
            the total collected signatures statewide.

Fehrman:    Okay.

Borges:     When you think you know, call me (UI)…

Fehrman:    Cool.

Borges:     …or you know, tomorrow morning, whatever it is (UI)…

Fehrman:    Right.

Borges:     …you and I talk about the Patriots all day long.

Fehrman:    Right.

Borges:     You call me, it's in the normal course of business, you know, we talk all the time.

Fehrman:    Right. And we just got Antonio Brown.

Borges:     Just call and say 62,547, hang up.

Fehrman:    Right. Cool.

19

Session

| | |
|---|---|
| Borges: | You know, there's never any record, there's no emails going back and forth, there's you know, it just is what it is. |
| Fehrman: | Right. Okay. |
| Borges: | And, uh, then I'm not hiring you, and I'm not, I'm helping you out with a personal situation you need help with because I'm your friend. |
| Fehrman: | Right. |
| Borges: | That's all it is. |
| Fehrman: | Okay, cool, stuck on this nicotine shit. Campaign life, every fucking time, better than cigarettes though. |
| Borges: | Dude, dude, they're really bad. |
| Fehrman: | (Laughter) What these? |
| Borges: | Yeah. |
| Fehrman: | Oh I know, better than cigarettes, but still really bad. |
| Borges: | Are you sure? |
| Fehrman: | Yeah. |
| Borges: | You are? |
| Fehrman: | Yeah. If you look at, if you look at the data the guys that are coming out against it, first off you know all these kids that they're like oh my god they're in the hospital. |
| Borges: | Yeah, yeah, yeah. |
| Fehrman: | They're using the cheap ass like CBD cartridges… |
| Borges: | Okay. |
| Fehrman: | …that's bullshit. |
| Borges: | Okay. |
| Fehrman: | It's three all-natural ingredients, it's normal shit. And the articles coming out against them. It's like Joe Urban, the tobacco guys like all sponsored so. |
| Borges: | What I've read, and I understand a lot of this is propaganda… |

20

Session

| | |
|---|---|
| Fehrman: | Right. |
| Borges: | …even if they have doctors and whatever, um, is that they're saying that the science community just doesn't really know how bad these things are yet… |
| Fehrman: | Right. |
| Borges: | …and they think that they're learning that its worse than they've… |
| Fehrman: | I'll probably die young at like 50, who knows. |
| Borges: | Did you smoke-smoke? |
| Fehrman: | Oh yeah, I was up to three packs a day. |
| Borges: | Yeah, I used to smoke too. |
| Fehrman: | Yeah. |
| Borges: | (UI) but not that much. |
| Fehrman: | No, that was my peak, that was like divorce season, three packs a day. |
| Borges: | What kind? |
| Fehrman: | Uh, Marlboro menthol lights. |
| Borges: | Dude… |
| Fehrman: | Yeah. |
| Borges: | …menthols? |
| Fehrman: | (Laughter) |
| Borges: | Oh, I was a heavy, heavy smoker, so I would smoke Marlboro lights. |
| Fehrman: | Mm-hmm. |
| Borges: | That was my cigarette of choice, but it's like, if, you know, you went to the gas station and they didn't have any, I'd get mediums, you know. |
| Fehrman: | Yeah. |
| Borges: | I'd smoke those no problem. |
| Fehrman: | Mm-hmm. |

21

Session

| | |
|---|---|
| Borges: | Camels or something, you know (UI). |
| Fehrman: | I started on American Spirit black pack… |
| Borges: | (UI) |
| Fehrman: | …and that was just murder. |
| Borges: | Even so, but even as heavy a smoker as I was, the like Camel not-filtereds and any menthol cigarette. I couldn't do it. |
| Fehrman: | Really? Menthol's the only ones I can do. |
| Borges: | They were just disgusting to me. I don't, I don't know why. |
| Fehrman: | Alright. I've got to go do check-ins with these guys. So, cool, I'll get you what I can and then we'll talk probably tomorrow morning. |
| Borges: | Okay just remember. |
| Fehrman: | Alright. |
| Borges: | Okay, dude I'm serious this stays… |
| Fehrman: | Quiet. |
| Borges: | …it doesn't go anywhere. |
| Fehrman: | Got you. |
| Borges: | It can't. It cannot. |
| Fehrman: | It won't. Alright. |
| Borges: | Alright. Thanks, man. |
| Fehrman: | Thank you, sir. Parked right next to me again. |
| Borges: | Oh nice. |
| Fehrman: | I fuel up all the cars for the volunteers so I'm switching. |
| Borges: | Oh, yeah, okay. |
| Fehrman: | All the time. |
| Borges: | Yeah, 'cause this is different. It has the Georgia plates on it. |

22

Session

Fehrman:      Yeah. Alright.

Borges:       You're just, you're just trying keep away from our people.

Fehrman:      Trying to throw you off.

Borges:       Yeah.

Fehrman:      See you.

**0:51:40 [Meeting ends]**

**1:08:50 [SA Wetzel ends recording]**

SA Wetzel:    This has been a consensually monitored recording, end time 3:45 9/10/2019.

**1:09:14 [Recording ends]**

23

Session

GOVERNMENT
EXHIBIT

616C

1:20-CR-077

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 9/13/2019 |
| Time Recording Starts: | 0:00:00 |
| Time Recording Ends: | 1:06:30 |
| Agent: | SA Blane J. Wetzel |

**Participants:**

Matthew Borges
Tyler Fehrman
SA Blane J. Wetzel

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session

**0:00:00**

SA Wetzel:   This is Special Agent Blane Wetzel, Supervisory Special Agent Jeffrey Williams. Nine thirteen twenty-nineteen (9/13/2019) one twenty-six p.m. (1:26 p.m.). This is a consensually monitored recording with Franklin of Matthew Borges.

(Sounds consistent with driving, radio playing, public place with unidentified voices, ordering coffee)

**0:24:25 [Meeting starts]**

Fehrman:   What's up?

Borges:   Hi.

Fehrman:   (Sigh) Hey.

Borges:   It's crazy out there.

Fehrman:   Uh, yeah.

Borges:   Sorry, yeah.

Fehrman:   Good work by the way.

Borges:   That's part of the reason I just think like…

Fehrman:   One of my.

Borges:   …we should just not get involved in that. You know what I mean?

Fehrman:   Yeah, it makes sense. One of my uh.

Borges:   These fuckers are causing enough problems on their own (IA).

(Laughter)

Fehrman:   What, I mean you've seen the news stories and everything.

Borges:   Well, they just, there's a new one now they just charged her.

Fehrman:   They charged her?

Borges:   Yeah, and they should have, by the way, they should have…

Fehrman:   I didn't know about that.

Borges:   …we, we fired her…

Fehrman:   That whole thing was.

2

Session

Borges:      …we fired her Wednesday night, 'cause you know, you got, you got a he said she said, and what she said was the, the video proved that she was not telling the truth.

Fehrman:     M-hmm.

Borges:      Well

Fehrman:     You uh.

Borges:      So if, we shit canned her. And we offered to pay for the guy's phone. I mean what else can we really do?

Fehrman:     He, he is, he was kind of shaken up from it. Just 'cause I mean, these are guys that have never, they've never encountered this kind of stuff before.

Borges:      (IA)

Fehrman:     And, or they've done like basic petitioning, and now he's like I can't, I just can't believe that. And he was like I was on the news, I was on the news, and I was in the paper. I was like, yeah dude. It's just kind of, I don't know the whole thing's.

Borges:      Oh, it's totally insane.

Fehrman:     Yeah.

Borges:      I just kind of feel like, let them all do their thing, and we'll see where we are in…

Fehrman:     Right.

Borges:      …forty (40), forty (40) days or whatever it is.

Fehrman:     Yeah. Is it like thirty-five (35) or something like that? I keep losing track 'cause I don't.

Borges:      What is today?

Fehrman:     Today's the…

Borges:      Today's the thirteenth (13th), right?

Fehrman:     …thirteenth (13th).

Borges:      So it would be thirty-eight (38) I think, right?

Fehrman:     Something like that.

Borges:      (UI) Yeah.

3

Session

| | |
|---|---|
| Fehrman: | I try to keep track, but of the most time I can't even remember what day of the week it is. |
| Borges: | Thirty (30)… |
| Fehrman: | Thirty-seven (37)? |
| Borges: | …seven (7) or yeah. |
| Fehrman: | Yeah. Something like that. |
| Borges: | Thirty-seven (37) or thirty-eight (38). |
| Fehrman: | Alright. Well. |
| Borges: | So I've got a um, Kasich reunion thing I need to pull together that I might do for Judi French. |
| Fehrman: | Uh-huh. |
| Borges: | Of course, I committed to it and I'm never going to have time for it. You know. |
| Fehrman: | Right. |
| Borges: | And it doesn't have to happen like tomorrow or anything like that so. Stuff like that that I'm committing to that I need, that I could use help with. |
| Fehrman: | Okay. |
| Borges: | I could use your help with that. |
| Fehrman: | Alright. That's fine. |
| Borges: | I just can't you know… |
| Fehrman: | Right. |
| Borges: | …I feel, feel terrible for what you're going through with your kid. I just want to make sure you're in a good place. |
| Fehrman: | No, I get it. I understand that. And I appreciate it. |
| Borges: | One, one final time. This isn't like some fucking thing where like some shit bag like Micah or someone like that is going to call the Dispatch about this? |
| Fehrman: | (Laughter) No. First off, Micah Derry is not a shit bag, however, no. It's my best friend since I was nine, Matt. (Laughter) |
| Borges: | You know what I mean, I didn't mean it as… |

4

Session

Fehrman:     I know, I know.

Borges:      …personal towards him. I just mean like somebody is going to do that.

Fehrman:     No, because honestly, I mean we could not have asked for better coverage than what we got.

Borges:      Yeah. (Laughter)

Fehrman:     I mean.

Borges:      You, you know it's going to happen again.

Fehrman:     Right. So, I mean do you need anything on that end or?

Borges:      Do you have, you know the number?

Fehrman:     I know Columbus.

Borges:      What is it?

Fehrman:     We're sitting just under ten (10).

Borges:      What do you suspect it is elsewhere?

Fehrman:     (Sigh) So yesterday, okay so, up front. You, remember like a week ago you were like you're kind of creeping me out.

Borges:      You were kind of creeping me out.

Fehrman:     Yeah, and I get that. You kind of creeped me out. We were supposed to meet Wednesday.

Borges:      Yeah.

Fehrman:     We were supposed to meet Thursday, and you were like, I'm with Rex, it's a shit show. And then it's like uh forget about it.

Borges:      I was, I was stuck up there answering all these goddamn questions.

Fehrman:     Except that one of my canvassers sent me a picture of the car that I know so well with the LaRose sticker from the Westerville…

Borges:      And they made me stop, and…

Fehrman:     …Library.

Borges:      …and I was driving those guys back to the airport and they were like we want to stop and see something I'm like well…

5

Session

| | |
|---|---|
| Fehrman: | (Laughter) |
| Borges: | …there'll be, I, I know for sure there's going to be one at the. |
| Fehrman: | Well I got it and I was like, I was like, that fucker like what, what the fuck. (Laughter) |
| Borges: | Yeah. They um, I was like well I know for sure there'll be one at the Worthington Library because there's one there every day. |
| Fehrman: | (Laughter) |
| Borges: | So we stopped and sure enough there was one there. |
| Fehrman: | Yeah. |
| Borges: | Guy wants to get out and talk to him, so I just sat there in the parking lot. And he very smartly walked up and took a picture of my license plate. |
| Fehrman: | Right. |
| Borges: | So. |
| Fehrman: | Okay. |
| Borges: | Yeah, no I was, I unfortunately, I was trying to bug out of there. |
| Fehrman: | (Laughter) Well he called me and he's like, these really well-dressed guys, these aren't normal blockers and there's a car and there's a guy… |
| Borges: | (UI) |
| Fehrman: | …that didn't get out. |
| Borges: | …fucking CEO, like the CEO of the company. |
| Fehrman: | The C-, the FirstEnergy guy? Jesus. And he was real weirded out, and he's like I took pictures, I was like send them to me. He sends me the picture, I was like I know that car don't worry about it. He was like who is it? I was like it's a lobbyist for FirstEnergy. He goes oh shit. He was real sketched out. |
| Borges: | Oh they were actually pretty impressed with your guy, for what it's worth. |
| Fehrman: | Oh yeah, and I said, well what did you say, and he goes, told them I was a volunteer. |
| Borges: | Yeah. |
| Fehrman: | Told them that I'm (UI), I'm like, (UI) first off always stick to the truth 'cause it's the easiest thing to remember like. |

6

Session

| | |
|---|---|
| Borges: | Our guys figured that, they're like he must have been a senior higher up guy 'cause he's very well spoken and really knew his shit, and he knew exactly what to say to us. |
| Fehrman: | Not really, but trained well. |
| Borges: | Well I would love to know what the statewide number is. (UI) |
| Fehrman: | So yesterday, I ditched our conference call today which is where I would've gotten more of that. So we'll have another one, I want to say, we have a Monday call that's not numbers, Wednesday. And that's when, they don't make it available to us online. |
| Borges: | M-hmm. |
| Fehrman: | So it's, each region will report on the call on Wednesday. And by Wednesday I'll have better engagement anyway. So. |
| Borges: | Oh, I just figured if you're in Columbus that's got to be your highest region so far because the other regions just got started a little bit later… |
| Fehrman: | Right. |
| Borges: | …so I figured, and you have eight (8) other, you have nine total regions right? Eight (8) others that are maybe, you know, half of that up to this point… |
| Fehrman: | Right. |
| Borges: | …so that's, that's pry about fifty thousand (50,000) total signatures I mean I guess (UI) on average. |
| Fehrman: | Right. |
| Borges: | Just a guess. |
| Fehrman: | Yeah. I'll find out. Um, is it so on, like the Kasich reunion thing. |
| Borges: | M-hmm. |
| Fehrman: | Is it just not related to that or what are we? |
| Borges: | Yeah, the best way for you and I, basically if there is ever any question is that (IA) you're an independent contractor. |
| Fehrman: | Right. |
| Borges: | So you can work on whatever you want. We're making sure that this is totally separate. And, quite frankly, we do need some help with stuff. |

7

Session

| | |
|---|---|
| Fehrman: | Right. |
| Borges: | So it's not immediate, I don't need you to start working on it tomorrow. |
| Fehrman: | Right. |
| Borges: | But I do want you to take care of the issues that you got. |
| Fehrman: | Alright. |
| Borges: | So. |
| Fehrman: | I can do that. |
| Borges: | Um, and uh, you know. I get a call from Randy Ludlow about this I'm going to blow your house up. |
| Fehrman: | You don't have to worry about that. Just plant like a small nuclear reactor somewhere in the basement. |
| Borges: | (Laughter) |
| Fehrman: | I know you've probably got a bunch of those in your trunk. |
| Borges: | You know what I, after watching this whole shit show for the last week. I just thought to myself, let these fuckers burn each other up, you know, like… |
| Fehrman: | Right. |
| Borges: | …I don't, you don't need, I don't care where everyone's going every day. I don't care. |
| Fehrman: | Right. |
| Borges: | I just, you know. But I, I don't want to… |
| Fehrman: | Yeah. |
| Borges: | …like, like Curt Steiner who has to, who has to um, answer to the press on these things. He wants to quit so bad. |
| Fehrman: | M-hmm. |
| Borges: | 'Cause he's like well this is like my reputation now, you know… |
| Fehrman: | Right. |
| Borges: | …and I, he just wants, he can't because the Speaker won't let him. |

8

Session

Fehrman:      Right.

Borges:       But um god, he just, he hates this shit and I'm just…

Fehrman:      Is Larry…

Borges:       …kind of feeling the same way.

Fehrman:      …is Larry putting the squeeze on it?

Borges:       Larry thinks that this stuff is great for us.

Fehrman:      Really?

Borges:       Yep.

Fehrman:      The news coverage?

Borges:       Yep.

Fehrman:      So I know, yeah.

Borges:       Just telling you, this.

Fehrman:      Right. I apologize too, I was going to tell you, I apologize if I seemed short or grumpy
              yesterday. My days have been nuts. And uh…

Borges:        I didn't, I didn't pick up on that.

Fehrman:       …I was like sitting here waiting and you're like…

Borges:       Oh yes, I'm sorry.

Fehrman:       …I'm stuck. And I was like he's with Rex? And then, I know you said it's a shit show, it's a shit
              show on everybody's end. Are they freaking out or what?

Borges:       Yeah. I mean, our guys are just like what the fuck is going on here.

Fehrman:      Right.

Borges:       You know. And the, the one thing that I actually take a little bit of like solace in, is when they
              came to me and said what do we do, I said go hire, um go hire John Zeiger make a case that
              it's unconstitutional, you know do, like these are the steps you should, all this shit with the
              petition guy, you know, that was all Neil and those, so I'm not touching that shit at all.

Fehrman:      Right.

Borges:       So the more I felt like I was getting dragged into those conversations, I was just like I don't

9

Session

Borges:      want, I don't want. So finally yesterday, I'm like I don't want to be involved in those conversations.

Fehrman:    Right.

Borges:      Now as it turned out I had to, like I said, I had the company brass there and they were up in Rex's looking at ads, and I mean, the Dispatch called our ad a lie today, they you know, it's just nothing good is happening here…

Fehrman:    Right.

Borges:      …reputation wise. So about the last thing in the world that you and I need is some story that says, like you know, more fucking controversy swirling.

Fehrman:    Right. I wouldn't want to touch it.

Borges:      So that's why I just felt like you know what, we're going in a different direction. You're, you're an independent contractor, you've done stuff for me before.

Fehrman:    Right.

Borges:      So there's a history of this, if anyone ever asks, I'm like oh I've hired him before and um, let's make it clear…

Fehrman:    You just need, but you just need updates every now and again?

Borges:      I don't want you to do that other shit, I just don't care about it.

Fehrman:    Okay.

Borges:      And, and when I do, when I do need you 'cause there's a couple of things, like I said I'm over-committing myself…

Fehrman:    I get it.

Borges:      …like I want to be able to do these things, and I'm never going to do it. (Laughter)

Fehrman:    It's the Kasich stuff, right I get it. I get it.

Borges:      I mean, when Judi asks, what am I supposed to say, no? I said, yeah I'll do it, I'll put it together with Matt Carle and I tried to shift it off on Matt Carle, he's not going to do it either.

Fehrman:    (Laughter)

Borges:      So we got what we need, what I need is someone to help me coordinate. I need to get Jeff and Merle in a room, sit down, make lists of all the people, and you know we'll figure out where everyone is, get the invitations off…

Fehrman:    Right.

10

Session

Borges:      …and so stuff like that is very helpful to me. And this is just fucking Monopoly money at this point in time, you know, it's like not real.

Fehrman:     Right.

Borges:      So fuck it, might as well go to you.

Fehrman:     Alright.

Borges:      You can, you know, take care of your shit with your kid.

Fehrman:     Cool.

Borges:      So kind of a different conversation…

Fehrman:     It's good with me.

Borges:      …than the first one we had but.

Fehrman:     Yeah. (Laughter) Yeah, that's fair. (Sigh)

Borges:      We'll do it over a couple of months, and so then you know, a couple of months. And then, then um, you know if in the meantime you take another gig.

Fehrman:     Right.

Borges:      We'll just deal with it.

Fehrman:     Okay is it, so fifteen (15) and then ten (10) later, or is that?

Borges:      That's what I was thinking.

Fehrman:     Alright, perfect. That'd be awesome. (Sigh) I keep going back and forth whether or not I'm enjoying this like heatwave again but there's no humidity.

Borges:      Yeah.

Fehrman:     And so I'm okay with it. But tomorrow's supposed to be like seventy (70).

Borges:      Yeah, it's supposed to be beautiful.

Fehrman:     I just want to wear my fucking long sleeve, like Buckeye's hoodie, that's it…

Borges:      Yeah.

Fehrman:     …that's all I want to do.

11

Session

| Borges: | So what is it, what's today, Friday? |
|---|---|
| Fehrman: | Today's Friday. |
| Borges: | Wednesday I played golf and it was hot. |
| Fehrman: | I didn't know you golfed. |
| Borges: | It was hot. Not very well. |
| Fehrman: | My grandfather was offered a spot on the tour back in the day. |
| Borges: | Oh really? |
| Fehrman: | He's amazing. And instead he had four (4) girls at home and decided to start like making his own clubs and bought all the equipment. So at one point in high school I had a set of clubs custom made for me by my grandfather but I suck, and he was always like Ty here's the secret and he goes you're terrible. And no, no amount of practice is going to fix that. |
| Borges: | (Laughter) (UI) |
| Fehrman: | All you got to do is get good enough so that when you go golfing with somebody… |
| Borges: | (UI) |
| Fehrman: | …at the end of game you go, guys I don't know why I'm just off today. He goes, the problem is you can only play with the same person once. |
| Borges: | (Laughter) |
| Fehrman: | And I was like it's not going to work for me in this business. I've given up golf. |
| Borges: | No I think, pretty much everyone knows what my game brings to the table. |
| Fehrman: | (Laughter) |
| Borges: | Um, so yeah. |
| Fehrman: | Yeah. Alright. |
| Borges: | (UI) I just, it is what it is. Um, but it, but it was very hot that day. |
| Fehrman: | Right. |
| Borges: | I just, you know, I hate being the guy who complains all winter when it's cold and then complains all summer when it's hot so. |
| Fehrman: | Same. |

12

Session

| | |
|---|---|
| Borges: | I'll take this over that any day of the week. |
| Fehrman: | Yeah. |
| Borges: | So that's the thing. |
| Fehrman: | Yeah. |
| Borges: | It's supposed to be, it's supposed to continue to be hot for another week. |
| Fehrman: | (UI) right. (Sigh) Alright well just uh, as long as you want them, I'll pull. |
| Borges: | What's that? |
| Fehrman: | As long as you still want them, I'll pull the state-wides for, for next week. |
| Borges: | So you, so you can't get that until Wednesday? |
| (UI) | |
| Fehrman: | Right, probably Wednesday. If I can get it sooner I'll try, but they're. |
| Borges: | Maybe you can just get a sense. |
| Fehrman: | Yeah, like a ballpark. I can try. |
| Borges: | I mean factually, is what I'm saying correct, that the other regions got started later, right, so they might be lagging a little behind where you are. |
| Fehrman: | M-hmm, yeah. |
| Borges: | So if they're on average about where you are then fifty thousand (50,000) should be about right? |
| Fehrman: | Right. Yeah, I'll see what I can find out. They don't, the regions don't communicate super well, they have conference calls and that's about it so. |
| Borges: | Well if you do find out, tell me just as a friend and then I don't need any more shit. I don't want to do this, I don't, you know, as I said. |
| Fehrman: | Got it. |
| Borges: | I was gung-ho about it the first day and the more, the more I see this stuff you know, bad for me, bad for you, bad for everybody if ever there was any kind of suggestions so let's just, we're doing it, doing it in a different direction. |
| Fehrman: | Alright. It's fine with me. |

13

Session

| | |
|---|---|
| Borges: | Yeah. |
| Fehrman: | Cool. Alright what time is it, fucking two (2). You know campaign life, I just feel like I'm constantly like… |
| Borges: | Of course. |
| Fehrman: | …drowning. |
| Borges: | No. Absolutely. That's how these guys are. That's how our guys are too. |
| Fehrman: | Yes. M-hmm. |
| Borges: | I cannot wait for fucking October twenty-first (21st). |
| Fehrman: | (Laughter) |
| Borges: | Because then they'll stop bugging me about this shit all the time… |
| Fehrman: | Right. |
| Borges: | …at least we'll know one way or the other. |
| Fehrman: | Well and I wouldn't, if I were you, I wouldn't want fucking Neil and Rex and Larry… |
| Borges: | (Sigh) |
| Fehrman: | …breathing down my neck all the time. |
| Borges: | Oh. And I'd honestly of all of them, I can deal with Longstreth, I can deal with Larry, Curt's not so bad, I love Rex. Neil is the worst. |
| Fehrman: | Yeah. |
| Borges: | He like, I could never, not that I told anyone, but I could never let him find out that I was doing something like this, never. |
| Fehrman: | Right. |
| Borges: | You know um, I didn't even tell him that there was someone I thought I could talk to, you know he calls and asks do you have any idea how they're doing? No I don't know anyone, I have no idea. I just. |
| Fehrman: | I appreciate that. |
| Borges: | Then of course, Neil who has, who used to write shit about me on his blog all the time. |

14

Session

| | |
|---|---|
| Fehrman: | Oh yeah. |
| Borges: | Trying to cut my nuts off for years. Right now, it's like we're best friends. The other day we, we got in this meeting, he goes hey you know who you remind me of, you remind me of Mike Pompeo, I was just watching Pompeo on TV, he is you, he, he's your mannerisms, he's the way you talk and then you. So he starts calling me Pompeo, and I'm like Neil we're not buddies. Like stop it. |
| Fehrman: | No. |
| Borges: | He's a fucking psychopath. |
| Fehrman: | That's weird. |
| Borges: | It's super weird. |
| Fehrman: | I worked with his ex-wife at Commerce. |
| Borges: | Yeah. |
| Fehrman: | Kathy. |
| Borges: | I always liked her. |
| Fehrman: | Amazing lady. |
| Borges: | I really liked her. |
| Fehrman: | But, Jesus Christ. |
| Borges: | I'm sorry what I said about Micah. |
| Fehrman: | (Laughter) |
| Borges: | You know I actually do like that guy, right? |
| Fehrman: | I know, I was just giving you shit. (Sigh) I haven't seen, did you know that they lost their baby. |
| Borges: | No. |
| Fehrman: | She went in at, they were almost to like twenty-two (22) weeks. It was like three (3) weeks ago. I spent the day at the hospital with them. They knew it was complicated. |
| Borges: | Oh no. |
| Fehrman: | But yeah. They lost it they're, they're kind of reeling, he's been. |
| Borges: | Oh. |

15

Session

| | |
|---|---|
| Fehrman: | Yeah. |
| Borges: | That's horrible. |
| Fehrman: | I would not want to be him with that situation at home and all of this stuff going around too. |
| Borges: | Oh god. |
| Fehrman: | It just fucking sucks. |
| Borges: | Well plus, I mean very candidly, I do wonder about the future of his organization now that the one Koch brother who I thought it was more committed to it than the other is like never around anymore. |
| Fehrman: | Right. |
| Borges: | Maybe it's just so self-sustaining now that it doesn't matter, but I did wonder about that. |
| Fehrman: | Yeah. Lindsey Queen thinks she can flip Larry on union stuff. Good work. She called me, she's like yeah Matt connected me with these guys and I was like have fun with that. Thanks bye. |
| Borges: | Oh boy. I hope she knows that she cannot. |
| Fehrman: | I have tried to tell her and she got really angry when I did. |
| Borges: | It is like central to his strategy… |
| Fehrman: | I know, I know. |
| Borges: | …for like becoming governor. It's not going to happen. I'm happy that she. |
| Fehrman: | Why can't he just do all of this stuff now and then like leave and just retire on it? |
| Borges: | No. |
| Fehrman: | Isn't he, isn't he making enough or is it power? |
| Borges: | That's not how he's wired. It's just not how he's wired. |
| Fehrman: | What do you think he's making off this? |
| Borges: | Off what? Oh. I'm not aware of anything like that. I really am not. |
| Fehrman: | I don't know, I just. |
| Borges: | Now Jeff and those guys, dude. |

16

Session

| | |
|---|---|
| Fehrman: | Really? |
| Borges: | It's insane. It's insane. |
| Fehrman: | It's just, it's gross. |
| Borges: | Yep. |
| Fehrman: | It's really gross. That's the side that I've never wanted to be on. |
| Borges: | And you know, and like I said before, they're paying me too. But they're paying me to do, I want to do legitimate shit for them, I don't want to do this kind of stuff. You know what I mean? |
| Fehrman: | M-hmm. |
| Borges: | Not this kind of stuff, you know what I mean, the stuff where they're, that they're out there doing now. |
| Fehrman: | Right, I get that. (Sigh) Well, October twenty-first (21st). |
| Borges: | So tell your guy, he did a good job because uh, I mean I'll show you his fucking text messages. It seemed like a senior person in the organization. |
| Fehrman: | (Laughter) So when they come into town you get to curry them around? |
| Borges: | Well it was just more um, like I said he was well-spoken and likely a senior guy. |
| Fehrman: | Cool. |
| Borges: | Um, it was more coincidence than anything yesterday. We had our meeting like at eleven (11) over at Neil's shop, and then everyone went up for lunch at Rex's. We go through, you know, what's the media strategy, what's the social media strategy, you know, all that kind of stuff (UI). |
| Fehrman: | So you had to hang out in Neil's office and Rex's office in one day? |
| Borges: | (UI) It wasn't Neil's office, it was um, like what used to OHROC, whatever they call it now. |
| Fehrman: | Yeah whatever it is. |
| Borges: | A meeting over there, Neil was there. Then we went up to Rex's. |
| Fehrman: | Have they renamed it? |
| Borges: | Yeah. They dissolved OHROC. |
| Fehrman: | Yeah, I knew they were going to, but I didn't, I didn't see any news or anything. |

17

Session

Borges:      Yeah they did. I, I don't, it's something similar to that.

Fehrman:     Right.

Borges:      Anyway they uh, uh.

Fehrman:     And is Neil running OHROC?

Borges:      Kind of.

Fehrman:     Jesus.

Borges:      Kind of, I mean, kind of.

Fehrman:     (Sigh)

Borges:      Him and Longstreth, yeah. Neil sits in meetings, and he'll say, I'm the proxy for the Speaker in this meeting, so tell, anything you tell me, and you kind of think like it's typical Neil bullshit stuff except it isn't, he really, he really is acting as his proxy (IA).

Fehrman:     How fucking dirty are these guys?

Borges:      (IA)

Fehrman:     I, that's just. People complain about fucking Bill Belichick and Tom Brady, forget that.

Borges:      I will say this though, I really don't fucking care if Antonio Brown never takes a snap as a Patriot, I don't.

Fehrman:     I don't either.

Borges:      I, I kind of almost hope he doesn't.

Fehrman:     I was excited for a minute and now I'm like gross go away.

Borges:      They don't need him, they don't need him.

Fehrman:     No.

Borges:      They can probably win the Superbowl, if Brady stays healthy, they could win the Superbowl without him. Now, they'll be a super team with him, I get that, but they don't need him and why bring all this fucking controversy. I mean everybody hates us already, I get that, like I get it, but I mean now they have a real legitimate indefensible reason, like if this guy is a fucking rapist and stuff like that then…

Fehrman:     Right.

18

Session

| | |
|---|---|
| Borges: | …I don't want him on the goddamn team. I don't want to fucking defend that shit. |
| Fehrman: | No. We don't need that. That's what the Steelers do, not us. |
| Borges: | (Laughter) I love how all these righteously indignant Steelers fans are you know. And it's like, isn't Ben Roethlisberger still your quarterback? Hmm. |
| Fehrman: | First time's an accusation, the second time's a probability, the third time's a definite thing. |
| Borges: | Right. |
| Fehrman: | Yeah. (Sigh) Alright. |
| Borges: | Alright be careful. |
| Fehrman: | I got to go to back to the sludge. |
| Borges: | Let me know, let me know uh when you (IA) all this other shit. |
| Fehrman: | Alright, catch you later. Same one, Nissan. Yeah. |

**0:45:15 [Meeting ends]**

(Sounds consistent with driving, radio playing)

**1:06:30 [Recording ends]**

19

Session 32809

GOVERNMENT
EXHIBIT

617B

1:20-CR-077

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session 32809

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 9/17/2019 |
| Time Recording Starts: | 0:00:00 |
| Time Recording Ends: | 0:04:37 |
| Agent: | SA Blane J. Wetzel |

**Participants:**

Matthew Borges
Tyler Fehrman

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session 32809

**0:00:00**

| | |
|---|---|
| Borges: | Hey, Tyler. |
| Fehrman: | Hey. Sorry, I was hopping into my car, and I knew if I answered, it would disconnect the call while it was trying to connect to my speakers. |
| Borges: | Yeah, no worries. Hey, Brandon sent Carlo an e-, a text message, uh, this morning and said, are you guys aware of the efforts to infiltrate our campaign. Do you have any idea what he's talking about? |
| Fehrman: | No. He was asking… |
| Borges: | Okay. |
| Fehrman: | …Carlo about, yours or infiltrating ours? |
| Borges: | Yeah no, yeah. He, he, he said, he said, his exact text to Carlo was, do your people keep you aware of the effort to infil-, infiltrate our campaign? And Carlo said, what are you talking about? And they kind of made a joke about Gene Pierce, which is obviously just a joke but, I just didn't know if you had any idea what he might be referencing. |
| Fehrman: | No, that's fucking weird. I know that we got an email from Brandon to the AMT people, like our whole team. And they said, hey we're getting a lot of, um, basically like fake requests to interview, or… |
| Borges: | (OV) Yeah, that's what I figured it was… |
| Fehrman: | (UI) |
| Borges: | …That's what I figured it was. |
| Fehrman: | Fake requests, fake requests to interview. And then on top of that, some of the groups supporting us did like mass emails to like their entire list saying hey, if you want to host a meet up, um, get in contact with these guys, you can host a meet up where they'll come and all of your people can sign the petitions. Um, and he was saying that we're getting a lot of fake requests with that too, and he was like, just be extra vigilant because, he's convinced, I, I'm really not, he's convinced that we have people that are going to ask us to come to meet ups and it's really just a big farce and they'll just give us a bunch of inaccurate shit. Um, but then we have had, we have had fake interviews. I had a guy, and I don't, you might even know about this, I had a guy come into my office wearing like, brand new Brooks Brothers dress clothes… |
| Borges: | (Laughter) |
| Fehrman: | …and, and like sit down and he was like well groomed, like really, really well trimmed beard and, like super well dressed, he even smelled good which was my first tip off that it was not someone who really wanted to work for me. Um… |

2

Session 32809

| | |
|---|---|
| Borges: | Yeah. |
| Fehrman: | …and like, sat down with a nice leather bag and like a portfolio and this interview that has like, it was real fancy and nice and, started asking me like, extra specific questions about what we were doing and who paid us… |
| Borges: | Mm-hmm. |
| Fehrman: | …and where we… |
| Borges: | Mm-hmm. |
| Fehrman: | …you know where, and, and he was finally like, and I gave him very vague answers, like, like you do. And he was like, well, your hours are terrible and the pay is ridiculous… |
| Borges: | (OV) Right. (Laughter) |
| Fehrman: | …and then he got up and left like… |
| Borges: | (OV) Yeah, right, right, right. |
| Fehrman: | …I was like, yeah tell Matt I said hi. I didn't tell him that, but that's what I was thinking like. |
| Borges: | (OV) I, no, I swear to God, I don't have anything to do with those guys. |
| Fehrman: | (Laughter) I was just like, this is, like you're a really bad actor, dude. |
| Borges: | Yeah, yeah. |
| Fehrman: | Showing up in a… |
| Borges: | Okay. |
| Fehrman: | …Brooks Brothers shirt, like, yeah, so I'm guessing that's what it is. |
| Borges: | (OV) I assumed (UI) some of that stuff is happening, so, I, I'm sure that's what he's referencing… |
| Fehrman: | Right. |
| Borges: | …I just, I just making, sure that's all. |
| Fehrman: | Yeah, no you're good. I, huh, it would do me zero good at all to tell anyone about any of this, and especially… |
| Borges: | Yeah. |

3

Session 32809

| | |
|---|---|
| Fehrman: | …after our, our last conversation, so. |
| Borges: | Yeah. Alright… |
| Fehrman: | (OV) Yeah, I. |
| Borges: | …all good. |
| Fehrman: | Cool. Uh, you'll appreciate this. You know what happens, do you know what happens when you deposit a $15,000 check into your bank account that's never seen a check that big? |
| Borges: | They hold it? |
| Fehrman: | Well, they put a hold on it, which is fine and expected. But sometimes branch managers make a mistake and they put a double hold on it and your account… |
| Borges: | (UI, OV) |
| Fehrman: | …goes $10,000 in the negative. I saw, I spent like an hour and a half screaming at a bank manager yesterday telling him to fix it. They finally did but I was like, oh my God! Like. (Laughter) |
| Borges: | Wow. |
| Fehrman: | I was like, guys, I, I can't be $10,000 negative. I've, I've never even had $10,000 in that account. |
| Borges: | (Laughter) |
| Fehrman: | And they were like, uh looks like the branch manager fucked up. So, (UI) yeah, anyway. Uh. So. |
| Borges: | Alright. Well… |
| Fehrman: | (OV) Alright. Do you need… |
| Borges: | …carry on. |
| Fehrman: | …do you need anything from me, like basic stuff or anything else? |
| Borges: | Um, no, but I will let you know for sure. |
| Fehrman: | Cool. |
| Borges: | There will be stuff here soon. |
| Fehrman: | (OV) Sounds good. |

4

Session 32809

Borges:      Okay, terrific.

Fehrman:     Cool. Alright I'll talk to you soon.

Borges:      Thanks. Alright, great. Bye-bye.

Fehrman:     Alright, bye.

**0:04:37 [End of conversation]**

5

Session 36436

**GOVERNMENT EXHIBIT**

620B

1:20-CR-077

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session 36436

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 10/21/2019 |
| Time Recording Starts: | 0:00:00 |
| Time Recording Ends: | 0:00:22 |
| Agent: | SA Blane J. Wetzel |

**Participants:**

Matthew Borges
Tyler Fehrman
Automated Female Voice (AFV)

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session 36436

**0:00:00**

Borges:      (Recorded answering machine message) This is Matt Borges, I'm sorry I can't take your call
             right now. Leave your number and a message, and I'll call you back as soon as I can. Thanks.

AFV:         At the tone, please record your message. When you've finished recording you may hang up or
             press one for more options.

Fehrman:     Hey, it's Tyler. Uh, give me a call when you get the chance. Thanks, bye.

**0:00:22 [End]**

2

GOVERNMENT
EXHIBIT

621B
1:20-CR-077

12:54

**MB**

Matt >

Mon, Sep 2, 3:30 PM

Hey.

I've thought about it. I don't need overnight.

At the beginning of this I thought "I could walk my information into Larry's office and sell it for enough to retire on." That's what I've used as motivation to keep working long hours, be away from my family, and meet the expectations of the people on this project. But, I didn't think I would actually be given the option to choose.

I've struggled since 2016 to get things back on track. I've got debt, I've got a shit car, just sold my motorcycle, and need a permanent job after this thing is done in 50 days. Part of the lesson I've been trying to learn is working hard to earn what I have instead of relying on

iMessage

GOVERNMENT
EXHIBIT

621C

1:20-CR-077

12:54

<3



MB

Matt >

is working hard to earn what I have instead of relying on political favors to get me by. I would LOVE to have those wiped out, to be debt free, and not have to worry... but, I can't put a price tag on my integrity or my word.

You've been a good friend and loyal mentor, and I appreciate everything you done for me more than you know. But, you obviously chose to invest in me because you thought I was trustworthy on some level. I wouldn't be the guy you chose to invest in – the guy who showed up for you at the Central Committee meeting in 2017 with your sticker – if I sold this team down the river. My word is my word, my integrity is *literally* all I've got right now, and I'm not willing to sell it.

So. It may not land me in the car, house, job, or financial

iMessage

TIER 3-US0008157


GOVERNMENT
EXHIBIT
621D
1:20-CR-077

12:54

 3


MB

Matt >

> So. It may not land me in the car, house, job, or financial situation I want to be in - but I couldn't face myself if I did anything but work for this and do it honestly.

Ok. Just keep me posted, as a friend, on how you guys are doing. That's really all I need to know. Thanks.

And -no matter what - don't ever tell anyone about our conversation from earlier. Thanks.

> I won't.

Thursday 12:32 PM

> Yo. Im free. Heading that way now.

Thursday 3:05 PM

Get me a copy of your employment contract. I'll make

iMessage

  

      

1 of 1

GOVERNMENT
EXHIBIT

622S

1:20-CR-077

9:17

< 2

MB

Matt >

**Fri, Sep 20**, 1:29 PM

Sorry - crazy day.
All I've known so far was the
regional total I gave you.

**Today** 9:06 PM

Any idea how many total
signatures you guys have? We
were told 80,000 today.

Any intel you have would make
me a hero. Thanks.

No clue. Everything is sort of
in-flux/up in the air. They
brought in a bunch of other
firms and groups and haven't
shared details yet - so numbers
are basically impossible to
track.  We're meeting early next
week to go over the new plan
and I'll know then.

Touch base Monday/Tuesday?

Delivered

iMessage



**Extraction Report** - Apple iPhone Logical

GOVERNMENT
EXHIBIT

626B

1:20-CR-077

## Participants



+16145815826
Juan Cespedes* (owner)



+14197059480
Chris Gil *

## Conversation - Instant Messages (3)

From: +14197059480 Chris Gil

Hey bro do you want us to follow the petitioners or do you want to follow Tyler Fehrman and David Luciano mean we can do both but it's gonna be kind of difficult so which one do you want us to do?

Status: Read
Delivered: 9/24/2019 1:17:37 PM(UTC-4)
Read: 9/24/2019 1:17:37 PM(UTC-4)

9/24/2019 1:17:25 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x335EB1A (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Stay on Tyler and Davis

Status: Sent

9/24/2019 1:17:47 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x333F92A (Table: message, chat; Size: 590159872 bytes)

From: +14197059480 Chris Gil

Ok

Status: Read
Read: 9/24/2019 1:21:51 PM(UTC-4)

9/24/2019 1:20:17 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x335D55D (Table: message, handle, chat; Size: 590159872 bytes)

1



GOVERNMENT
EXHIBIT
627C
1:20-CR-077

**Extraction Report** - Apple iOS Full File system



## Participants



matt_borges@yahoo.com
Matthew Borges* (owner)



+16145815826
Juan Cespedes*



+14197059480
Christopher Gill*



+16142041050
Matt Borges* (owner)

## Conversation - Instant Messages (5)

From: +16145815826 Juan Cespedes
This is the text string matt and I. Please save his #
Status: Read
Read: 9/24/2019 1:19:07 PM(UTC-4)

9/24/2019 1:14:42 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12CA7351 (Table: message, handle, chat; Size: 555630592 bytes)

From: +16142041050 Matt Borges (owner)
There is a circulator at the Hilliard library right now.
Status: Sent

9/24/2019 1:33:51 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12CA9FD6 (Table: message, chat; Size: 555630592 bytes)

From: +14197059480 Christopher Gill
Ok
Status: Read
Read: 9/24/2019 1:36:00 PM(UTC-4)

9/24/2019 1:35:53 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12CA9DAB (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

They are gonna keep the teams tracking Tyler and Dave right now I believe

Status: Read

Read: 9/24/2019 1:42:58 PM(UTC-4)

9/24/2019 1:37:10 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12CA9BEC (Table: message, handle, chat; Size: 555630592 bytes)

From: +16145815826 Juan Cespedes

If we have an extra resource to see where petitioners go at end of day could be helpful.

Status: Read

Read: 9/24/2019 1:42:58 PM(UTC-4)

9/24/2019 1:37:51 PM(UTC-4)

Source Extraction:
1B9
Source Info:
00008030-000339883EF2802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x12CA999C (Table: message, handle, chat; Size: 555630592 bytes)

Mike Dowling - iPad - DLXYM0Z3KC51

**GOVERNMENT EXHIBIT**

634A

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 9/4/2019 8:50:56 PM -04:00 |
| Start time | 9/4/2019 9:44:50 AM -04:00 |

## Participants



+13304726068
Charles Jones*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (15)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

No news from Jon Husted yet. I've been asked by FES to call Frank LaRose to get Frank to call Dave Yost. If Frank tells Yost that he believes HB6 is a tax, Yost will come out publicly and say it - which fes thinks helps with the Supreme Court. Frank is reluctant to make the call. I have a call into Frank and I will ask him to do it.

**Status:** Sent

9/4/2019 9:44:50 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

We should check with Householder to make sure he's on board with this before we step in. He seemed pretty confident in his referendum strategy and plans to pass it as a tax in a new bill if they get enough signatures. Just want to make sure he agrees.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 9/4/2019 10:01:24 AM(UTC-4)
**Read:** 9/4/2019 10:01:24 AM(UTC-4)

9/4/2019 9:54:12 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Okay
**Status:** Sent

9/4/2019 10:01:43 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Just want to be sure this isn't just Kiani driven.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 9/4/2019 10:05:27 AM(UTC-4)
**Read:** 9/4/2019 10:05:27 AM(UTC-4)

9/4/2019 10:02:31 AM(UTC-4)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DLXYM0Z3KC51

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Smart – and I need to remember that. Ty is checking for me.
Status: Sent

9/4/2019 10:05:57 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
We need to make a decision about the Gifford/Clark "Future of Power" initiative. $300k is the dues ask.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 9/4/2019 10:12:10 AM(UTC-4)
Read: 9/4/2019 10:12:10 AM(UTC-4)

9/4/2019 10:11:35 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Yes, we do. I think I put the ball in Gary Benz's court (and mine). I'll check.
Status: Sent

9/4/2019 10:12:43 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
They made a good presentation. It fits more in your court and Eileen's with fringes on Communications. We could have one of them come in and present privately. They are gonna piggy back their efforts around NARUC meetings.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

9/4/2019 10:15:11 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
While I have you, I'd like to raise what I think might be a touchy issue. I'd like to reward Ty for his efforts on HB6. I was thinking $25k. Like all of us, as you always say, he and the company are "even" on every payday. Yes, he gets paid for his services, but I think his effort – and his tenacity and connections - made things happen for us that was pretty special. I don't want to put you in a tough spot. If you'd prefer, I won't ask HR to send you the request. Pls advise. Thanks.
Status: Sent

9/4/2019 10:16:53 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
Let me think about it. I've been trying to get away from the culture of every time someone works hard, we have to pay them extra. It's something that was only prevalent in Leila's part of the organization, very few done anywhere else. Having said that, I will consider it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Read: 9/4/2019 10:21:46 AM(UTC-4)

9/4/2019 10:20:26 AM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00069667
TIER 3 - 454081

Mike Dowling - iPad - DLXYM0Z3KC51

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Understand. Thanks.
Status: Sent
Delivered: 9/4/2019 10:22:19 AM(UTC-4)

9/4/2019 10:22:18 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
I talked to Jon Husted earlier this evening. He said the DTE visit with a "get to know you" visit with him and JobsOhio. DTE brought a good number of their management team, but not Gerry Anderson. They generally said they plan to make more investments in Ohio. JH didn't mention anything about DeWine and nothing about your meeting.
Status: Sent

9/4/2019 8:46:23 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Also, I talked to Frank LaRose and asked him to engage with Yost. It worked. He agreed and called Yost. All set on that front. Fes is happy.
Status: Sent

9/4/2019 8:47:02 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Good lunch with Gerry Anderson. No discussion about putting companies together. He and I talked briefly about a year and a half ago and his point was "if you ever want to talk, but I support what you are trying to do with FE".

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 9/4/2019 8:50:25 PM(UTC-4)
Read: 9/4/2019 8:50:25 PM(UTC-4)

9/4/2019 8:49:27 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Status: Sent

9/4/2019 8:50:56 PM(UTC-4)

3

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DMPD72F4NTHX

**GOVERNMENT EXHIBIT**

634B

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/19/2019 4:26:56 PM -04:00 |
| Start time | 10/19/2019 4:03:46 PM -04:00 |

## Participants



+13304726068
Charles Jones*



+13306977289
John Judge*



+17132131932
John Kiani*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (5)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Just spoke to the big guy. He's got the "tax" bill ready to go and believes he's got Obhof on board. Obhof being a legal eagle is pissed about the judge meddling in State affairs. Signatures turned in on Monday 50/50 depending on who you believe.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 10/19/2019 4:04:56 PM(UTC-4)
Read: 10/19/2019 4:04:56 PM(UTC-4)

10/19/2019 4:03:46 PM(UTC-4)

From: +13306977289 John Judge
To: Dowling, Mike (owner)

Chuck — thank you for the update. That is good news. Having both Larry's on board and ready is critical for us next week to be ready to deal with the outcome of the signatures and the court.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

10/19/2019 4:07:47 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Status: Sent

10/19/2019 4:06:30 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DMPD72F4NTHX



From: +13306977289 John Judge
To: Dowling, Mike (owner)

Mike's response was much briefer, but also accurate. Thanks again.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 10/19/2019 4:09:14 PM(UTC-4)
**Read:** 10/19/2019 4:09:14 PM(UTC-4)

10/19/2019 4:09:14 PM(UTC-4)

From: +17132131932 John Kiani
To: Dowling, Mike (owner)

Great news, thanks Chuck.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

10/19/2019 4:26:56 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00001805
TIER 3 - 386219

Mike Dowling - iPad - DLXYM0Z3KC51

**GOVERNMENT EXHIBIT**

634C

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/21/2019 8:17:12 PM -04:00 |
| Start time | 10/21/2019 8:21:39 AM -04:00 |

## Participants



+13304726068
Charles Jones*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (6)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Schedule shows Auburn @ LSU on Saturday. LSU @ Bama is November 9.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 10/21/2019 8:21:58 AM(UTC-4)
**Read:** 10/21/2019 8:21:58 AM(UTC-4)

10/21/2019 8:21:39 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Got it.
**Status:** Sent

10/21/2019 8:22:17 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Spoke to John Judge. FES' intel is that opponents will bring signatures to Secretary of State today at 4 pm. What that means in not known - do the have enough signatures, enough valid signatures, are they counting on the federal judge to give them an extended cure period, etc. ... ? A lot of conversation at FES about the never-ending opponent challenges and the need to pass new legislation. We'll see what happens today?

**Status:** Sent
**Delivered:** 10/21/2019 10:47:04 AM(UTC-4)

10/21/2019 10:47:03 AM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00069681
TIER 3 - 454095

Mike Dowling - iPad - DLXYM0Z3KC51

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Larry is ready to do new legislation immediately if they turn in signatures. He says they won't
turn them in if they don't have raw amount greater than 265k. DeWine on board - I talked to
him on Weds. he said even their spokesman says there valid rate is less than 30%. Their
only hope is Sargas. LH says it will NEVER hit the ballot. But can't share all that with FES. I
told both Judge and Kiani over the weekend drink a little more wine than normal, mellow out,
and let the game come to them.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 10/21/2019 11:02:25 AM(UTC-4)
Read: 10/21/2019 11:02:25 AM(UTC-4)

10/21/2019 11:02:13 AM(UTC-4)



From: dowlingm@firstenergycorp.com Michael Dowling (owner)

https://www.cleveland.com/open/2019/10/house-bill-6-referendum-seekers-will-miss-
petition-deadline-hope-court-will-grant-more-time.html

Attachments:

Size: 1402
File name: 3A3DD656-A354-44EE-BE02-0B1CE4FD691C.pluginPayloadAttachment
3A3DD656-A354-44EE-BE02-0B1CE4FD691C.pluginPayloadAttachment

Size: 1521462
File name: 3954C362-E0C5-4F5E-8D88-AA88A6A0BC0F.pluginPayloadAttachment
3954C362-E0C5-4F5E-8D88-AA88A6A0BC0F.pluginPayloadAttachment

Status: Sent
Delivered: 10/21/2019 8:16:39 PM(UTC-4)

10/21/2019 8:16:37 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

This is from that article I just sent you.

After accepting the boxes of signatures, Callender told reporters that he will soon introduce
a proposed constitutional amendment preventing foreign companies from owning a majority
stake in Ohio-based electric generation or distribution companies.

Status: Sent
Delivered: 10/21/2019 8:17:12 PM(UTC-4)

10/21/2019 8:17:12 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00069682
TIER 3 - 454096

Chuck Jones - iPhone - FK2ZCRRYN70H



**GOVERNMENT EXHIBIT**

634D

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/23/2019 10:26:18 PM -04:00 |
| Start time | 10/23/2019 1:34:56 PM -04:00 |

## Participants



+17132131932
John Kiani*



cej7471@gmail.com
Charles Jones* (owner)



+13302854513

## Conversation - Instant Messages (10)

From: cej7471@gmail.com Charles Jones (owner)

Hey. I'm part of Host Committee for an event for Householder on 11/14. We sold 12 slots with Blickle being the only one from FES. I told Joel to talk to you. You guys should have more of a presence there but it's not cheap. $13K per ticket. Think about it.
Status: Sent

10/23/2019 1:34:56 PM(UTC-4)

From: cej7471@gmail.com Charles Jones (owner)

Pre game tailgate party at Crop in Cleveland and then attend Browns/Steelers in our Suite for Thursday night football with Speaker.
Status: Sent

10/23/2019 1:36:09 PM(UTC-4)

From: +17132131932 John Kiani
To: Jones, Chuck (owner)

Consider it done. Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

10/23/2019 2:45:49 PM(UTC-4)

From: +17132131932 John Kiani
To: Jones, Chuck (owner)

Waiting for this judge is giving me an ulcer. I know, I am a worrier

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

10/23/2019 2:46:14 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

Chuck Jones - iPhone - FK2ZCRRYN70H



From: cej7471@gmail.com Charles Jones (owner)

You are a worrier but then it's a pretty big deal. For what it's worth LaRose and Householder think it's game over. But that's private conversation unless they've told you the same thing. And Householder has "quick fix" anyway.

Status: Sent

10/23/2019 2:48:24 PM(UTC-4)

From: +17132131932 John Kiani
To: Jones, Chuck (owner)

Larry has been v generous in calling me and telling me not to worry. He called last night, he is a great guy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

10/23/2019 2:51:53 PM(UTC-4)

From: cej7471@gmail.com Charles Jones (owner)

Yep. He and I have been chatting too. More about raising him $$$$.

Status: Sent

10/23/2019 2:52:41 PM(UTC-4)

From: cej7471@gmail.com Charles Jones (owner)

Maybe you can sleep now.

Status: Sent

10/23/2019 9:56:06 PM(UTC-4)

From: +17132131932 John Kiani
To: Jones, Chuck (owner)

Thank you for everything. I can't tel you how much we appreciate the support. You've been the best mentor I've ever had

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

10/23/2019 10:00:36 PM(UTC-4)

From: +17132131932 John Kiani
To: Jones, Chuck (owner)

Attachments:

Size: 4022484
File name: IMG_5717.jpeg
IMG_5717.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

10/23/2019 10:26:18 PM(UTC-4)

2

FE_00009078
TIER 3 - 393492



GOVERNMENT
EXHIBIT

635A
1:20-CR-077

**From:** LSC_Delivery@lsc.ohio.gov
**Sent:** Wednesday, October 16, 2019 4:59 PM
**Subject:** Delivery from LSC - AM_133_1288-1
**Attachments:** 133SB33-1288X1.pdf



Please see the attached document(s), with respect to the amendment, AM-133-1288-1, requested from LSC.

If you have any questions about this assignment or want any changes made to it, please contact Ralph Clark, rclark@lsc.ohio.gov, who worked on the assignment, or Ralph Clark, rclark@lsc.ohio.gov, or Kathy Luikart, kluikart@lsc.ohio.gov, who reviewed it.

**AM1288X1**

<u>S.B. 33</u>
As Passed by the Senate

**Topic:** Classifies RPS/EE costs and H.B. 6 charges as tax levies

_____ moved to amend as follows:

1    In line 3 of the title, delete "section" and insert
2  "sections"; after "2307.67" insert ", 3706.401, and 4928.021"

3    In line 5 of the title, delete "and" and insert a comma

4    In line 7 of the title, after "facility" insert "and to
5  levy taxes through certain utility-imposed costs and charges"

6    In line 9, delete "section" and insert "sections"; after
7  "2307.67" insert ", 3706.401, and 4928.021"

8    After line 677, insert:

9    "**Sec. 3706.401.** Section 3706.46 of the Revised Code levies
10  a tax by imposing the charges under that section.

11    **Sec. 4928.021.** (A) Sections 4928.64 and 4928.66 of the
12  Revised Code levy a tax by imposing costs that retail electric
13  service customers must pay under the requirements of those
14  sections.

15    (B) Section 4928.148 of the Revised Code levies a tax by
16  imposing charges under that section."

17  The motion was _____ agreed to.

**From:** Tully, Pat
**Sent:** Wednesday, October 16, 2019 5:01 PM
**To:** Disantis, Paul
**Subject:** FW: Delivery from LSC - AM_133_1288-1
**Attachments:** 133SB33-1288X1.pdf

**From:** LSC_Delivery@lsc.ohio.gov <LSC_Delivery@lsc.ohio.gov>
**Sent:** Wednesday, October 16, 2019 4:59 PM
**Subject:** Delivery from LSC - AM_133_1288-1

Please see the attached document(s), with respect to the amendment, AM-133-1288-1, requested from LSC.

If you have any questions about this assignment or want any changes made to it, please contact Ralph Clark, rclark@lsc.ohio.gov, who worked on the assignment, or Ralph Clark, rclark@lsc.ohio.gov, or Kathy Luikart, kluikart@lsc.ohio.gov, who reviewed it.

**AM1288X1**

<u>S.B. 33</u>
As Passed by the Senate

**Topic:** Classifies RPS/EE costs and H.B. 6 charges as tax levies

_____ moved to amend as follows:

1    In line 3 of the title, delete "section" and insert

2    "sections"; after "2307.67" insert ", 3706.401, and 4928.021"

3    In line 5 of the title, delete "and" and insert a comma

4    In line 7 of the title, after "facility" insert "and to

5    levy taxes through certain utility-imposed costs and charges"

6    In line 9, delete "section" and insert "sections"; after

7    "2307.67" insert ", 3706.401, and 4928.021"

8    After line 677, insert:

9    "**Sec. 3706.401.** Section 3706.46 of the Revised Code levies

10   a tax by imposing the charges under that section.

11   **Sec. 4928.021.** (A) Sections 4928.64 and 4928.66 of the

12   Revised Code levy a tax by imposing costs that retail electric

13   service customers must pay under the requirements of those

14   sections.

15   (B) Section 4928.148 of the Revised Code levies a tax by

16   imposing charges under that section."

17   The motion was _____ agreed to.

**From:** Ralph Clark
**Sent:** Thursday, October 17, 2019 11:59 AM
**To:** Tully, Pat
**Subject:** Further info re AM_1288, -1, and -2

Hi Pat,

LSC is always at your service to draft whatever you ask, the way you want it.

I always say that before I relay LSC concerns about drafts. These concerns are meant to assist you in your policy-making efforts.

Besides what we have already discussed, these amendments raise other issues.

1.  Do these amendments actually do anything? Would they be considered law? It might be argued that all these amendments do is state what another law is or does. This might be similar to intent statements that the GA makes from time to time to direct the courts how to construe laws the GA enacts. Many of these types of statements have had no effect on court determinations.
2.  The laws proposed in these amendments do not actually levy a tax, nor do they state a purpose for which the tax is levied. These features are generally required for a law levying a tax (Section 5, Article XII, Ohio Constitution).
3.  Nevertheless, if a court were to determine that the amendments were actual tax levies, what does that mean for H.B. 6? Would the charges imposed under that act not be a tax levy? And if a court determined the amendments were not tax levies, then the amendments themselves would be vulnerable to the referendum. What effect would that have on H.B. 6 charges if the amendments were to be overturned by a referendum vote?
4.  A court might see all of this as an attempt to deny the right to referendum provided for in the Constitution (Sections 1 and 1c, Article II, Ohio Constitution). This right was upheld in the face of the practice of making all sections amended or enacted in the budget bill effective immediately and exempt from the referendum. That practice was struck down in *State ex rel. Ohio AFL-CIO v. Voinovich*, 69 Ohio St.3d 225,  236 (1994). See also the referendum discussion in *LetOhioVote.org v. Brunner*, 123 Ohio St. 3d 322, 328-332 (2009).

Again, this is just information meant to help with policy determinations, which is not LSC's area. Our area is simply to provide information and drafting to assist members and legislative staff.

*Ralph D. Clark*
Division Chief (Abortion, Adoption, Domestic Relations, Juvenile Protection, and Utility Law)
Office of Research and Drafting
Ohio Legislative Service Commission
ralph.clark@lsc.ohio.gov

B=1 "Be the One"

**From:** Tully, Pat
**Sent:** Thursday, October 17, 2019 12:00 PM
**To:** McAuliffe, Matthew; Gray, Bryan; McGee, Jonathon; Disantis, Paul
**Subject:** FW: Further info re AM_1288, -1, and -2

FYI, see below.

**From:** Ralph Clark <Ralph.Clark@lsc.ohio.gov>
**Sent:** Thursday, October 17, 2019 11:59 AM
**To:** Tully, Pat <Pat.Tully@ohiohouse.gov>
**Subject:** Further info re AM_1288, -1, and -2

Hi Pat,

LSC is always at your service to draft whatever you ask, the way you want it.

I always say that before I relay LSC concerns about drafts. These concerns are meant to assist you in your policy-making efforts.

Besides what we have already discussed, these amendments raise other issues.

1.   Do these amendments actually do anything? Would they be considered law? It might be argued that all these amendments do is state what another law is or does. This might be similar to intent statements that the GA makes from time to time to direct the courts how to construe laws the GA enacts. Many of these types of statements have had no effect on court determinations.
2.   The laws proposed in these amendments do not actually levy a tax, nor do they state a purpose for which the tax is levied. These features are generally required for a law levying a tax (Section 5, Article XII, Ohio Constitution).
3.   Nevertheless, if a court were to determine that the amendments were actual tax levies, what does that mean for H.B. 6? Would the charges imposed under that act not be a tax levy? And if a court determined the amendments were not tax levies, then the amendments themselves would be vulnerable to the referendum. What effect would that have on H.B. 6 charges if the amendments were to be overturned by a referendum vote?
4.   A court might see all of this as an attempt to deny the right to referendum provided for in the Constitution (Sections 1 and 1c, Article II, Ohio Constitution). This right was upheld in the face of the practice of making all sections amended or enacted in the budget bill effective immediately and exempt from the referendum. That practice was struck down in *State ex rel. Ohio AFL-CIO v. Voinovich*, 69 Ohio St.3d 225, 236 (1994). See also the referendum discussion in *LetOhioVote.org v. Brunner*, 123 Ohio St. 3d 322, 328-332 (2009).

Again, this is just information meant to help with policy determinations, which is not LSC's area. Our area is simply to provide information and drafting to assist members and legislative staff.

*Ralph D. Clark*

Division Chief (Abortion, Adoption, Domestic Relations, Juvenile Protection, and Utility Law)
Office of Research and Drafting
Ohio Legislative Service Commission
ralph.clark@lsc.ohio.gov

B=1 "Be the One"



**Extraction Report** - Apple iPhone Logical



GOVERNMENT
EXHIBIT

636F
1:20-CR-077

## Participants



juan@oxley-group.com
Juan Cespedes* (owner)



+16142041050
Matthew Borges*



+17132131932
John Kiani*



+16465745142
Stephen Burnazian*



+16145815826
Juan Cespedes* (owner)

## Conversation - Instant Messages (38)

From: +16142041050 Matthew Borges

Judge is now suggesting he would consider a TRO on the limited idea language in the statute that individuals only engaged in collection of signatures must file a form 15.

Would not have any bearing on enforcement of the timelines moving forward - we just wouldn't be able to track who their are circulators anymore.

But it opens the door for them to try to get the whole statute struck down later.

Status: Read
Read: 10/11/2019 9:44:02 AM(UTC-4)

10/11/2019 9:43:58 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F38F59 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Ok he just wrapped up the hearing and said we can expect a decision from him shortly.

Status: Read
Read: 10/11/2019 9:44:29 AM(UTC-4)

10/11/2019 9:44:27 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F13D40 (Table: message, handle, chat; Size: 590159872 bytes)

**From:** +17132131932 John Kiani

Oh Jesus

**Status:** Read
**Read:** 10/11/2019 9:44:49 AM(UTC-4)

10/11/2019 9:44:49 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F26667 (Table: message, handle, chat; Size:
590159872 bytes)

**From:** +17132131932 John Kiani

Juan we need that legislation dropped asap today please

**Status:** Read
**Read:** 10/11/2019 9:47:26 AM(UTC-4)

10/11/2019 9:47:23 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F24AD2 (Table: message, handle, chat; Size: 590159872
bytes)

**From:** +16465745142 Stephen Burnazian

Matt, can you please elaborate on what it "opens the door" for later means

**Status:** Read
**Read:** 10/11/2019 9:49:31 AM(UTC-4)

10/11/2019 9:48:48 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F35909 (Table: message, handle, chat; Size: 590159872 bytes)

**From:** +16142041050 Matthew Borges

Plaintiffs saying they plan to file another TRO next week.

**Status:** Read
**Read:** 10/11/2019 9:49:44 AM(UTC-4)

10/11/2019 9:49:43 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F113D7 (Table: message, handle, chat; Size: 590159872 bytes)

**From:** +17132131932 John Kiani

Fuck

**Status:** Read
**Read:** 10/11/2019 9:49:52 AM(UTC-4)

10/11/2019 9:49:52 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F23681 (Table: message, handle, chat; Size:
590159872 bytes)

From: +17132131932 John Kiani

**Juan - Please make sure Tully is ready**

Status: Read

Read: 10/11/2019 9:50:08 AM(UTC-4)

10/11/2019 9:50:07 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F34215 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

**Let's wait for ruling and then get small group on phone including Neil and Jeff**

Status: Sent

10/11/2019 9:50:15 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F1042A (Table: message, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

**What is the 2nd TRO?**

Status: Read

Read: 10/11/2019 9:52:30 AM(UTC-4)

10/11/2019 9:52:02 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F21CB2 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

**Today's hearing didn't address their other contention that the summary language period cost them 36 days in the process - it was limited to the issue of form 15s. They want to come back and file another TRO on that issue next week.**

Status: Read

Read: 10/11/2019 9:54:25 AM(UTC-4)

10/11/2019 9:54:16 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F32D18 (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

**Matt, can you please elaborate on what it "opens the door" for later means**

Status: Read

Read: 10/11/2019 9:55:10 AM(UTC-4)

10/11/2019 9:55:08 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F0FF59 (Table: message, handle, chat; Size: 590159872 bytes)

3

From: +16142041050 Matthew Borges

They are going to try in the full heading to invalidate the entire statute. They didn't do that today, but they made it clear that they intend to do that.

Status: Read

Read: 10/11/2019 9:57:53 AM(UTC-4)

10/11/2019 9:56:40 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F1FCEA (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

So the Brandon Lynaugh testimony had no impact?

Status: Read

Read: 10/11/2019 9:57:53 AM(UTC-4)

10/11/2019 9:57:27 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F31CF9 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16142041050 Matthew Borges

Never got to evidence. Was just an argument on the law.

Status: Read

Read: 10/11/2019 10:00:54 AM(UTC-4)

10/11/2019 10:00:47 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F0ED04 (Table: message, handle, chat; Size: 590159872
bytes)

From: +16142041050 Matthew Borges

Nothing that happened today should result in them gaining more time to collect signatures.

The TRO next week could.

Status: Read

Read: 10/11/2019 10:01:40 AM(UTC-4)

10/11/2019 10:01:37 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F1EF59 (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

Do you think it will now next week?

Status: Read

Read: 10/11/2019 10:02:01 AM(UTC-4)

10/11/2019 10:01:58 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F309B7 (Table: message, handle, chat; Size:
590159872 bytes)

From: +17132131932 John Kiani

Before you thought this was frivolous and had little chance. Has that changed?

Status: Read

Read: 10/11/2019 10:03:47 AM(UTC-4)

10/11/2019 10:02:26 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F0DCB3 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

No

Status: Read

Read: 10/11/2019 10:03:47 AM(UTC-4)

10/11/2019 10:03:36 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F1DF59 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16142041050 Matthew Borges

Everything they're doing right now suggests they don't believe they will have the signatures to qualify on the 21st. If they did, they would not need the federal court to intervene. So, if they don't qualify (or don't even bother to file) they need the federal case to keep their opportunity to referendum this law alive.

Status: Read

Read: 10/11/2019 10:19:53 AM(UTC-4)

10/11/2019 10:17:27 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F2F884 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

What they will argue next week is that the application of the statute requiring a summary prevented them from qualifying and will ask the federal court to invalidate that statute on the grounds that it is unconstitutional. Again not necessary if they had the signatures. Again a reach. But they're trying to keep their options alive.

Status: Read

Read: 10/11/2019 10:19:53 AM(UTC-4)

10/11/2019 10:19:47 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F0CA5C (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

Ty. When is judge ruling today?

Status: Read

Read: 10/11/2019 10:20:39 AM(UTC-4)

10/11/2019 10:20:36 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F1CF59 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16142041050 Matthew Borges

any time

Status: Read

Read: 10/11/2019 10:21:34 AM(UTC-4)

10/11/2019 10:20:59 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F2E7A4 (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

And worse case he gives them the TRO that means no more Form 15s filed?

Status: Read

10/11/2019 10:21:30 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F0B832 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Correct as far as we can tell

Status: Read

Read: 10/11/2019 10:21:49 AM(UTC-4)

10/11/2019 10:21:48 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F1A3B6 (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

I really hope he doesn't do that. Will really spook our stakeholders. Bad sign

Status: Read

Read: 10/11/2019 10:22:31 AM(UTC-4)

10/11/2019 10:22:25 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F2DD0C (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Emphasized "I really hope he doesn't do that. Will really spook our stakeholders. Bad sign "

Status: Read

Read: 10/11/2019 10:22:35 AM(UTC-4)

10/11/2019 10:22:35 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F0A6CB (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

Juan - If he does that we need to drop that new legislation immediately please

Status: Read
Read: 10/11/2019 10:22:58 AM(UTC-4)

10/11/2019 10:22:48 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F1AF59 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

That ruling will have very minimal impact on the current effort.

Status: Sent

10/11/2019 10:23:29 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F2CA2C (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

My concern is that if he is buying their bullshit arguments here, it could indicate that he might be willing to buy more, hence my "open the door" text earlier. It wouldn't be proof of that fact, though it is fairly good evidence that may be the case.

Status: Read
Read: 10/11/2019 10:23:35 AM(UTC-4)

10/11/2019 10:23:34 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F19F59 (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

Agree but Matt is exactly right. Sets terrible prevention

Status: Read
Read: 10/11/2019 10:23:56 AM(UTC-4)

10/11/2019 10:23:56 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F2A484 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

We will huddle up as soon as we have a verdict

Status: Sent

10/11/2019 10:24:27 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F3AD28 (Table: message, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

A judge can only issue a TRO if he believes the plaintiffs have a good chance of winning at the full hearing or trial level. And since he would be the judge on this case issuing any kind of restraining order would not be a good sign.

Status: Read
Read: 10/11/2019 10:25:06 AM(UTC-4)

10/11/2019 10:24:57 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F2995B (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

Juan please help w legislation. Please

Status: Read
Read: 10/11/2019 10:26:21 AM(UTC-4)

10/11/2019 10:26:16 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F16F59 (Table: message, handle, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

I am on a v impt call and will be avail by 11 ET

Status: Read
Read: 10/11/2019 10:27:23 AM(UTC-4)

10/11/2019 10:27:23 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F28AA8 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

We have all hands on deck regarding legislation and otherwise.

Status: Sent

10/11/2019 10:29:27 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F38767 (Table: message, chat; Size: 590159872 bytes)

From: +17132131932 John Kiani

Thanks Juan, really appreciate it. Any updates guys?

Status: Read
Read: 10/11/2019 11:23:05 AM(UTC-4)

10/11/2019 11:22:55 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F1C608 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16142041050 Matthew Borges

Nothing yet

**Status:** Read

**Read:** 10/11/2019 11:36:19 AM(UTC-4)

10/11/2019 11:23:33 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F2FCFA (Table: message, handle, chat; Size:
590159872 bytes)



**Extraction Report** - Apple iPhone Logical

**GOVERNMENT EXHIBIT**

639A

1:20-CR-077

## Participants



juan@oxley-group.com
Juan Cespedes* (owner)



+13302831180
Michael J. Dowling*

## Conversation - Instant Messages (9)

> From: juan@oxley-group.com Juan Cespedes (owner)
> I have a 911 brewing. Gonna need to connect sooner than later. Please make time tomorrow at the latest. Thanks!
> Status: Sent
> Delivered: 10/3/2019 8:15:57 PM(UTC-4)
>
> 10/3/2019 8:15:56 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x3159B24 (Table: message, chat; Size: 590159872 bytes)

> From: +13302831180 Michael J. Dowling
> I'll call you at my first break. I'm in UAkron Trustee meeting all morning.
> Status: Read
> Delivered: 10/4/2019 7:36:12 AM(UTC-4)
> Read: 10/4/2019 7:36:12 AM(UTC-4)
>
> 10/4/2019 7:36:07 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x313BB91 (Table: message, handle, chat; Size: 590159872 bytes)

> From: juan@oxley-group.com Juan Cespedes (owner)
> All good. I'll be around.
> Status: Sent
>
> 10/4/2019 7:36:35 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x3126AB9 (Table: message, chat; Size: 590159872 bytes)

1

From: +13302831180 Michael J. Dowling

Do u have a # for me?

Status: Read

10/4/2019 7:47:21 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x3130CCA (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Don't fall off the chair. We have funded $25M this round and have been cut off by advisors. The entire plan through Nov would require abt $18M more. We have approx a $4M/week run rate. We need to submit the next $4M to the Spkr by Thursday or else we are dead.

Status: Sent

10/4/2019 7:51:24 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x313AA7D (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

There is a little complexity to it because after 21st cost dip and then ramp up again for final 10 days. We need a bridge or else it's over. The Speaker is prepared to speak with CJ. If you could have him reach out, it would be very helpful

Status: Sent

10/4/2019 7:54:02 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x31258FE (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

We are winning right now

Status: Sent

10/4/2019 7:54:15 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x312F3C2 (Table: message, chat; Size: 590159872 bytes)

From: +13302831180 Michael J. Dowling

What c(4) are you using ?

Status: Read
Read: 10/4/2019 5:56:39 PM(UTC-4)

10/4/2019 5:56:34 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x30F32E3 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

GenNow

**Status:** Sent

**Delivered:** 10/4/2019 5:56:52 PM(UTC-4)

10/4/2019 5:56:52 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x31179E5 (Table: message, chat; Size:
590159872 bytes)

Chuck Jones - iPhone - FK2ZCRRYN70H

GOVERNMENT
EXHIBIT

640G

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/9/2019 8:31:58 AM -04:00 |
| Start time | 10/9/2019 8:24:55 AM -04:00 |

## Participants



+17132131932
John Kiani*



cej7471@gmail.com
Charles Jones* (owner)



+13302854513

## Conversation - Instant Messages (5)

From: +17132131932 John Kiani
To: Jones, Chuck (owner)

GM Chuck - Pls let me know when you have a min. Flight taking off shortly, land 12:15 ET. Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Delivered: 10/9/2019 8:24:55 AM(UTC-4)
Read: 10/9/2019 8:24:55 AM(UTC-4)

10/9/2019 8:24:55 AM(UTC-4)

From: cej7471@gmail.com Charles Jones (owner)
At LAMPAC. Speaking shortly. I'll try you when you land or you try me.
Status: Sent

10/9/2019 8:25:42 AM(UTC-4)

From: +17132131932 John Kiani
To: Jones, Chuck (owner)

Thanks. Dowling saying he waiting for directive from you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read

10/9/2019 8:26:13 AM(UTC-4)

From: cej7471@gmail.com Charles Jones (owner)
Just got word the $ is being wired today. $10M
Status: Sent

10/9/2019 8:26:57 AM(UTC-4)

Chuck Jones - iPhone - FK2ZCRRYN70H



FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00009067
TIER 3 - 393481

Mike Dowling - iPad - DLXYM0Z3KC51



GOVERNMENT
EXHIBIT

640K

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/9/2019 3:32:25 PM -04:00 |
| Start time | 10/9/2019 8:28:03 AM -04:00 |

## Participants



+13304726068
Charles Jones*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (34)



From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

Jason wiring $10M today. Should we just wire it to Rex's C4 to get the full benefit?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 10/9/2019 8:31:27 AM(UTC-4)
Read: 10/9/2019 8:31:27 AM(UTC-4)

10/9/2019 8:28:03 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
That would be a lot cleaner.
Status: Sent

10/9/2019 8:31:34 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
But if we send it to them directly, they'll spend it. I'm okay with that if you're okay with that, but we discussed parking it in our C4 until we decided to release it. Pls advise and I'll handle.
Status: Sent

10/9/2019 9:32:10 AM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

I did speak with LH and he says they need it and will spend it. Talked to him about future and he says the future is now. He understands it's not our issue and truly appreciates the support. Get with Jason and change it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

10/9/2019 9:39:10 AM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00069670
TIER 3 - 454084

Mike Dowling - iPad - DLXYM0Z3KC51



From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Got it. Thanks.
Status: Sent

10/9/2019 9:39:38 AM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
From Justin Biltz just now.

We will need to read the details in the order, but the PUCO approved our collection of the $95 million of Disputed Legacy RTEP costs in Rider NMB. Dan Conway had a concurring and dissenting opinion that he discussed at the meeting. His opinion was that we should get the $95 million but we shouldn't start collection of the $95 million until we had eaten the $360 million. His dissenting position makes no sense. Regardless, he wasn't able to convince anyone else to join his position.
Status: Sent

10/9/2019 1:47:52 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
Good news. Was any of this in the forecast?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

Status: Read
Delivered: 10/9/2019 1:50:03 PM(UTC-4)
Read: 10/9/2019 1:50:03 PM(UTC-4)

10/9/2019 1:49:34 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
I think so. I'm checking.
Status: Sent

10/9/2019 1:50:18 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
So we expected this?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

Status: Read

10/9/2019 1:50:50 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
For sure.
Status: Sent

10/9/2019 1:51:12 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Goes all the way back to the deal we struck when we left miso and joined pjm.
Status: Sent

10/9/2019 1:51:56 PM(UTC-4)

2

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00069671
TIER 3 - 454085

Mike Dowling - iPad - DLXYM0Z3KC51



From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
That was 13 years ago?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

Status: Read
10/9/2019 1:52:52 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Yes. Took that long to get it all sorted out.
Status: Sent
10/9/2019 1:53:09 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Yes. Took that long to get it all sorted out.
Status: Sent
10/9/2019 1:53:22 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Thanks to you, I'm on flight to SC, drinking ML and thinking about my father of the bride wedding remarks. Thanks.
Status: Sent
10/9/2019 1:54:14 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
. Enjoy and congratulations!

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

Status: Read
10/9/2019 1:55:18 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
You have things worked out with Jason and Jeff?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

Status: Read
10/9/2019 1:56:38 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Yes.
Status: Sent
10/9/2019 1:57:05 PM(UTC-4)

3

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DLXYM0Z3KC51



From: dowlingm@firstenergycorp.com Michael Dowling (owner)
All good there. Forgot to let you know that. We sent it directly to the Gen Now
Status: Sent

10/9/2019 1:57:34 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
OK. Now you can enjoy. I won't bug you til Saturday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

10/9/2019 1:57:59 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Left CL at midnight last night. UA Trustee meeting abstracted at 7:30. I was there at 7:10. No push/ups necessary.
Status: Sent

10/9/2019 1:59:14 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
Thanks for keeping me clear. Let me know what you hear about LAMPAC. I threw the speech in the trash and just winged it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

10/9/2019 2:05:24 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Will do. I bet you crushed it.
Status: Sent

10/9/2019 2:05:54 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)
I'm still on CA time. Up at 2am and spoke at 5:30am.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

10/9/2019 2:07:10 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DLXYM0Z3KC51

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

CA time. And PGE turned the power off on my wife at 1am and could be off 2-3 days.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

10/9/2019 2:08:17 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Ouch.
Status: Sent

10/9/2019 2:09:05 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
From Justin. I stand corrected but still unclear.

The $95 million was not in the budget/forecast. So big picture it is an incremental positive event compared to budget, but I'm not sure how it will be treated for earnings purposes yet. I have a call into Jason Lisowski to see what he says. We proposed to collect the $95 million over 3 years with carrying charges, but the PUCO didn't discuss the recovery period or carrying charges at the meeting. We will need to read the order to see if they agreed with those details. I will keep you posted.
Status: Sent

10/9/2019 2:09:28 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

That's what I figured. 3-4 cents a year.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

10/9/2019 2:10:36 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Status: Sent

10/9/2019 2:10:50 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
From Justin.

Awesome! We did good team work on this one. External affairs / rates / legal all had input. You recall that you and I discussed this one with Sam before he was even on the Commission. Good stuff. I will keep you posted after I hear back from Jason.
Status: Sent

10/9/2019 2:16:38 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
As I suspected. Thanks for doing it.
Status: Sent

10/9/2019 2:30:07 PM(UTC-4)

5

Mike Dowling - iPad - DLXYM0Z3KC51

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

**Attachments:**



Size: 300466
File name: Not too bad. He made a lot of good points.jpeg
Not too bad. He made a lot of good points.jpeg

**Status:** Sent

10/9/2019 2:31:00 PM(UTC-4)

From: +13304726068 Charles Jones
To: Dowling, Mike (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

10/9/2019 2:32:02 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

From Justin.

I talked to Jason. He confirmed that the $95 million will help us from a cash perspective, but it doesn't impact operating earnings. As we were incurring these transmission charges over time we were normalizing them out of operating earnings. So, now that we get recovery it will also be removed from operating earnings.

**Status:** Sent

10/9/2019 3:32:25 PM(UTC-4)

6

FOIA CONFIDENTIAL TREATMENT REQUESTED

GOVERNMENT
EXHIBIT

734

1:20-CR-077

**Non-Text Phone Contact of Larry Householder and Jeff Longstreth with Charles Jones, and Michael Dowling (December 2016 - February 2020)**

| Date (EST) | Time (EST) | Event | Duration (h:mm:ss) | Source |
|---|---|---|---|---|
| 12/13/2016 | 1:56:49 PM | Larry Householder contacts Michael Dowling | 0:03:35 | AT&T |
| 12/20/2016 | 12:24:33 PM | Larry Householder contacts Charles Jones | 0:01:02 | AT&T |
| 12/22/2016 | 4:12:07 PM | Larry Householder contacts Charles Jones | 0:04:42 | AT&T |
| 12/23/2016 | 8:21:00 AM | Larry Householder contacts Charles Jones | 0:04:06 | AT&T |
| 12/23/2016 | 4:10:07 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 12/23/2016 | 4:10:08 PM | Charles Jones contacts Larry Householder | 0:00:40 | AT&T |
| 2017 ||||| 
| 1/13/2017 | 12:29:16 PM | Larry Householder contacts Michael Dowling | 0:01:50 | AT&T |
| 1/15/2017 | 3:01:21 PM | Larry Householder contacts Michael Dowling | 0:03:26 | AT&T |
| 1/15/2017 | 3:21:11 PM | Larry Householder contacts Charles Jones | 0:00:05 | AT&T |
| 1/15/2017 | 5:26:09 PM | Michael Dowling contacts Larry Householder | 0:00:00 | AT&T |
| 1/15/2017 | 5:26:09 PM | Michael Dowling contacts Larry Householder | 0:00:03 | AT&T |
| 1/17/2017 | 9:21:05 AM | Larry Householder contacts Michael Dowling | 0:10:44 | AT&T |
| 1/18/2017 | 9:17:41 AM | Larry Householder contacts Michael Dowling | 0:00:00 | AT&T |
| 1/18/2017 | 9:17:57 AM | Larry Householder contacts Michael Dowling | 0:00:00 | AT&T |
| 1/19/2017 | 3:48:04 PM | Larry Householder contacts Michael Dowling | 0:00:11 | AT&T |
| 1/19/2017 | 6:09:16 PM | Larry Householder contacts Michael Dowling | 0:00:05 | AT&T |
| 1/20/2017 | 11:45:38 AM | Larry Householder contacts Michael Dowling | 0:02:06 | AT&T |
| 1/20/2017 | 7:08:24 PM | Larry Householder contacts Michael Dowling | 0:00:18 | AT&T |
| 1/20/2017 | 7:09:12 PM | Michael Dowling contacts Larry Householder | 0:00:21 | AT&T |
| 1/26/2017 | 12:33:49 PM | Larry Householder contacts Charles Jones | 0:17:55 | AT&T |
| 1/26/2017 | 12:58:49 PM | Larry Householder contacts Charles Jones | 0:00:03 | AT&T |
| 1/26/2017 | 5:15:59 PM | Larry Householder contacts Charles Jones | 0:03:14 | AT&T |
| 1/26/2017 | 5:25:31 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/2/2017 | 4:31:27 PM | Jeff Longstreth contacts Michael Dowling | 0:04:40 | AT&T |
| 2/2/2017 | 4:36:35 PM | Jeff Longstreth contacts Michael Dowling | 0:00:42 | AT&T |
| 2/7/2017 | 4:30:03 PM | Jeff Longstreth contacts Michael Dowling | 0:00:17 | AT&T |
| 2/9/2017 | 11:46:06 AM | Larry Householder contacts Charles Jones | 0:01:12 | AT&T |
| 2/9/2017 | 12:54:26 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 12:55:04 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 12:55:06 PM | Charles Jones contacts Larry Householder | 0:00:51 | AT&T |
| 2/9/2017 | 4:08:47 PM | Larry Householder contacts Charles Jones | 0:00:45 | AT&T |
| 2/9/2017 | 4:10:46 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 4:10:47 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 2/9/2017 | 4:10:59 PM | Larry Householder contacts Charles Jones | 0:25:50 | AT&T |
| 2/10/2017 | 9:29:15 AM | Jeff Longstreth contacts Michael Dowling | 0:00:17 | AT&T |
| 2/10/2017 | 9:38:08 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 2/10/2017 | 9:38:28 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 2/10/2017 | 9:38:30 AM | Michael Dowling contacts Jeff Longstreth | 0:00:09 | AT&T |
| 2/10/2017 | 9:45:06 AM | Jeff Longstreth contacts Michael Dowling | 0:03:26 | AT&T |
| 2/10/2017 | 5:53:38 PM | Larry Householder contacts Charles Jones | 0:02:15 | AT&T |
| 2/17/2017 | 9:44:37 AM | Jeff Longstreth contacts Michael Dowling | 0:00:52 | AT&T |
| 2/17/2017 | 10:58:14 AM | Larry Householder contacts Charles Jones | 0:00:59 | AT&T |
| 2/18/2017 | 9:18:00 AM | Charles Jones contacts Larry Householder | 0:09:23 | AT&T |
| 2/21/2017 | 3:43:30 PM | Michael Dowling contacts Jeff Longstreth | 0:12:49 | AT&T |
| 3/2/2017 | 11:00:56 AM | Jeff Longstreth contacts Michael Dowling | 0:00:33 | AT&T |

| | | | | |
|---|---|---|---|---|
| 3/3/2017 | 11:00:46 AM | Larry Householder contacts Charles Jones | 0:00:07 | AT&T |
| 3/8/2017 | 6:42:36 PM | Michael Dowling contacts Jeff Longstreth | 0:02:42 | AT&T |
| 3/10/2017 | 9:25:27 AM | Jeff Longstreth contacts Michael Dowling | 0:00:32 | AT&T |
| 3/21/2017 | 7:13:42 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 3/21/2017 | 7:13:43 PM | Michael Dowling contacts Jeff Longstreth | 0:00:30 | AT&T |
| 3/23/2017 | 2:47:50 PM | Larry Householder contacts Charles Jones | 0:00:28 | AT&T |
| 3/24/2017 | 11:05:13 AM | Larry Householder contacts Charles Jones | 0:00:36 | AT&T |
| 3/24/2017 | 11:09:12 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/24/2017 | 11:09:13 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 3/24/2017 | 11:23:36 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/24/2017 | 11:23:37 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 3/24/2017 | 6:38:42 PM | Charles Jones contacts Larry Householder | 0:12:34 | AT&T |
| 4/19/2017 | 1:37:48 PM | Jeff Longstreth contacts Michael Dowling | 0:00:57 | AT&T |
| 4/20/2017 | 6:56:25 PM | Michael Dowling contacts Jeff Longstreth | 0:00:41 | AT&T |
| 4/20/2017 | 6:57:06 PM | Michael Dowling contacts Jeff Longstreth | 0:08:28 | AT&T |
| 5/17/2017 | 5:26:03 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 5/17/2017 | 5:26:04 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 5/17/2017 | 5:53:00 PM | Larry Householder contacts Charles Jones | 0:03:42 | AT&T |
| 5/17/2017 | 6:38:49 PM | Larry Householder contacts Charles Jones | 0:01:01 | AT&T |
| 5/17/2017 | 6:39:50 PM | Charles Jones contacts Larry Householder | 0:00:14 | AT&T |
| 5/17/2017 | 6:40:14 PM | Larry Householder contacts Charles Jones | 0:01:31 | AT&T |
| 5/18/2017 | 2:18:08 PM | Larry Householder contacts Charles Jones | 0:00:53 | AT&T |
| 5/18/2017 | 2:20:03 PM | Charles Jones contacts Larry Householder | 0:19:10 | AT&T |
| 5/18/2017 | 2:53:34 PM | Michael Dowling contacts Jeff Longstreth | 0:02:19 | AT&T |
| 5/18/2017 | 2:55:53 PM | Michael Dowling contacts Jeff Longstreth | 0:00:53 | AT&T |
| 5/26/2017 | 11:00:47 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 5/26/2017 | 11:00:49 AM | Michael Dowling contacts Jeff Longstreth | 0:00:33 | AT&T |
| 5/26/2017 | 2:35:46 PM | Jeff Longstreth contacts Michael Dowling | 0:00:10 | AT&T |
| 5/26/2017 | 3:12:06 PM | Michael Dowling contacts Jeff Longstreth | 0:04:16 | AT&T |
| 6/8/2017 | 6:02:17 PM | Jeff Longstreth contacts Michael Dowling | 0:00:06 | AT&T |
| 6/8/2017 | 6:05:21 PM | Michael Dowling contacts Jeff Longstreth | 0:05:06 | AT&T |
| 6/27/2017 | 6:09:28 PM | Larry Householder contacts Charles Jones | 0:00:47 | AT&T |
| 7/26/2017 | 8:31:38 AM | Michael Dowling contacts Jeff Longstreth | 0:11:14 | AT&T |
| 11/8/2017 | 3:06:19 PM | Larry Householder contacts Michael Dowling | 0:00:47 | AT&T |
| 12/1/2017 | 12:22:56 PM | Jeff Longstreth contacts Michael Dowling | 0:00:36 | AT&T |
| 12/1/2017 | 1:24:59 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 12/1/2017 | 1:25:01 PM | Michael Dowling contacts Jeff Longstreth | 0:00:33 | AT&T |
| 12/1/2017 | 1:33:42 PM | Jeff Longstreth contacts Michael Dowling | 0:00:18 | AT&T |
| 12/1/2017 | 1:35:41 PM | Michael Dowling contacts Jeff Longstreth | 0:03:06 | AT&T |
| **2018** | | | | |
| 1/11/2018 | 11:21:32 AM | Larry Householder contacts Charles Jones | 0:15:25 | AT&T |
| 1/20/2018 | 12:21:09 PM | Michael Dowling contacts Jeff Longstreth | 0:18:57 | AT&T |
| 2/22/2018 | 6:03:24 PM | Michael Dowling contacts Jeff Longstreth | 0:07:18 | AT&T |
| 3/5/2018 | 3:38:30 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 3/5/2018 | 3:38:31 PM | Michael Dowling contacts Jeff Longstreth | 0:00:02 | AT&T |
| 3/8/2018 | 5:44:39 PM | Michael Dowling contacts Larry Householder | 0:00:00 | AT&T |
| 3/8/2018 | 5:44:40 PM | Michael Dowling contacts Larry Householder | 0:00:03 | AT&T |
| 3/8/2018 | 6:04:24 PM | Larry Householder contacts Michael Dowling | 0:04:09 | AT&T |
| 3/8/2018 | 6:08:40 PM | Larry Householder contacts Michael Dowling | 0:00:00 | AT&T |
| 3/12/2018 | 2:03:16 PM | Larry Householder contacts Michael Dowling | 0:00:24 | AT&T |

| 3/12/2018 | 3:06:50 PM | Michael Dowling contacts Larry Householder | 0:03:03 | AT&T |
|---|---|---|---|---|
| 3/12/2018 | 3:11:31 PM | Michael Dowling contacts Larry Householder | 0:00:09 | AT&T |
| 3/13/2018 | 5:22:29 PM | Michael Dowling contacts Larry Householder | 0:01:32 | AT&T |
| 3/13/2018 | 5:24:10 PM | Michael Dowling contacts Larry Householder | 0:00:56 | AT&T |
| 4/10/2018 | 8:14:26 PM | Michael Dowling contacts Larry Householder | 0:03:58 | AT&T |
| 4/11/2018 | 2:54:28 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 4/11/2018 | 2:54:29 PM | Charles Jones contacts Larry Householder | 0:00:11 | AT&T |
| 4/12/2018 | 11:49:21 AM | Larry Householder contacts Michael Dowling | 0:05:26 | AT&T |
| 4/17/2018 | 2:36:24 PM | Larry Householder contacts Michael Dowling | 0:02:56 | AT&T |
| 4/27/2018 | 10:49:08 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 4/27/2018 | 10:49:10 AM | Michael Dowling contacts Jeff Longstreth | 0:00:03 | AT&T |
| 4/27/2018 | 10:55:00 AM | Jeff Longstreth contacts Michael Dowling | 0:02:47 | AT&T |
| 4/27/2018 | 1:37:15 PM | Jeff Longstreth contacts Michael Dowling | 0:02:56 | AT&T |
| 4/28/2018 | 10:38:00 AM | Michael Dowling contacts Jeff Longstreth | 0:01:30 | AT&T |
| 4/28/2018 | 11:40:06 AM | Jeff Longstreth contacts Michael Dowling | 0:02:14 | AT&T |
| 4/30/2018 | 9:11:53 AM | Jeff Longstreth contacts Michael Dowling | 0:02:11 | AT&T |
| 5/4/2018 | 9:09:49 AM | Jeff Longstreth contacts Michael Dowling | 0:01:21 | AT&T |
| 7/11/2018 | 2:15:46 PM | Jeff Longstreth contacts Michael Dowling | 0:00:45 | AT&T |
| 7/11/2018 | 4:07:12 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 7/11/2018 | 4:07:13 PM | Michael Dowling contacts Jeff Longstreth | 0:00:19 | AT&T |
| 7/11/2018 | 4:14:19 PM | Jeff Longstreth contacts Michael Dowling | 0:10:10 | AT&T |
| 8/21/2018 | 9:49:29 AM | Larry Householder contacts Charles Jones | 0:00:48 | AT&T |
| 8/21/2018 | 10:07:03 AM | Charles Jones contacts Larry Householder | 0:03:16 | AT&T |
| 9/19/2018 | 8:47:07 AM | Michael Dowling contacts Jeff Longstreth | 0:01:51 | AT&T |
| 9/19/2018 | 8:49:04 AM | Michael Dowling contacts Jeff Longstreth | 0:00:27 | AT&T |
| 9/19/2018 | 3:22:09 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 9/19/2018 | 3:22:10 PM | Michael Dowling contacts Jeff Longstreth | 0:00:04 | AT&T |
| 9/20/2018 | 12:44:50 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 9/20/2018 | 12:44:51 PM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |
| 9/20/2018 | 12:46:19 PM | Michael Dowling contacts Jeff Longstreth | 0:00:48 | AT&T |
| 9/21/2018 | 7:17:37 AM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 9/21/2018 | 3:05:22 PM | Michael Dowling contacts Jeff Longstreth | 0:02:05 | AT&T |
| 9/21/2018 | 3:07:27 PM | Michael Dowling contacts Jeff Longstreth | 0:01:16 | AT&T |
| 9/21/2018 | 3:16:40 PM | Jeff Longstreth contacts Michael Dowling | 0:00:01 | AT&T |
| 9/21/2018 | 3:35:52 PM | Michael Dowling contacts Jeff Longstreth | 0:00:28 | AT&T |
| 9/27/2018 | 7:51:52 PM | Charles Jones contacts Larry Householder | 0:06:24 | AT&T |
| 10/1/2018 | 9:54:05 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 10/1/2018 | 9:54:06 AM | Charles Jones contacts Larry Householder | 0:00:07 | AT&T |
| 10/1/2018 | 11:51:24 AM | Charles Jones contacts Larry Householder | 0:09:23 | AT&T |
| 10/2/2018 | 9:08:02 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 10/2/2018 | 9:08:03 AM | Michael Dowling contacts Jeff Longstreth | 0:00:03 | AT&T |
| 10/2/2018 | 9:50:53 AM | Jeff Longstreth contacts Michael Dowling | 0:00:10 | AT&T |
| 10/12/2018 | 9:26:07 AM | Larry Householder contacts Charles Jones | 0:00:25 | AT&T |
| 10/12/2018 | 9:41:50 AM | Charles Jones contacts Larry Householder | 0:06:34 | AT&T |
| 10/15/2018 | 11:42:48 AM | Jeff Longstreth contacts Michael Dowling | 0:00:22 | AT&T |
| 10/15/2018 | 7:10:21 PM | Michael Dowling contacts Jeff Longstreth | 0:00:14 | AT&T |
| 10/23/2018 | 11:16:08 AM | Charles Jones contacts Larry Householder | 0:01:25 | AT&T |
| 10/23/2018 | 12:42:40 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 10/23/2018 | 12:42:41 PM | Michael Dowling contacts Jeff Longstreth | 0:00:04 | AT&T |
| 10/23/2018 | 12:43:05 PM | Jeff Longstreth contacts Michael Dowling | 0:00:54 | AT&T |

| 10/23/2018 | 5:50:03 PM | Michael Dowling contacts Jeff Longstreth | 0:03:17 | AT&T |
|---|---|---|---|---|
| 10/24/2018 | 8:42:31 AM | Jeff Longstreth contacts Michael Dowling | 0:01:01 | AT&T |
| 10/24/2018 | 9:59:18 AM | Jeff Longstreth contacts Michael Dowling | 0:00:49 | AT&T |
| 10/26/2018 | 3:19:43 PM | Jeff Longstreth contacts Michael Dowling | 0:00:27 | AT&T |
| 10/30/2018 | 12:11:25 PM | Michael Dowling contacts Jeff Longstreth | 0:02:04 | AT&T |
| 11/7/2018 | 7:05:31 AM | Charles Jones contacts Larry Householder | 0:09:51 | AT&T |
| 11/7/2018 | 11:38:26 AM | Larry Householder contacts Charles Jones | 0:05:19 | AT&T |
| 11/7/2018 | 6:14:03 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 11/7/2018 | 6:14:04 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 11/8/2018 | 9:48:57 AM | Larry Householder contacts Charles Jones | 0:00:16 | AT&T |
| 11/8/2018 | 1:23:10 PM | Larry Householder contacts Charles Jones | 0:00:04 | AT&T |
| 11/27/2018 | 8:42:20 AM | Jeff Longstreth contacts Michael Dowling | 0:00:07 | AT&T |
| 11/27/2018 | 8:45:33 AM | Michael Dowling contacts Jeff Longstreth | 0:10:06 | AT&T |
| **2019** | | | | |
| 1/7/2019 | 10:06:33 PM | Larry Householder contacts Charles Jones | 0:00:32 | AT&T |
| 1/29/2019 | 2:15:34 PM | Larry Householder contacts Charles Jones | 0:00:21 | AT&T |
| 1/29/2019 | 2:16:32 PM | Charles Jones contacts Larry Householder | 0:10:02 | AT&T |
| 2/10/2019 | 4:10:32 PM | Jeff Longstreth contacts Michael Dowling | 0:03:03 | AT&T |
| 2/10/2019 | 4:13:47 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 2/10/2019 | 4:13:48 PM | Michael Dowling contacts Jeff Longstreth | 0:00:02 | AT&T |
| 2/10/2019 | 4:13:48 PM | Jeff Longstreth contacts Michael Dowling | 0:00:01 | AT&T |
| 2/10/2019 | 4:13:53 PM | Jeff Longstreth contacts Michael Dowling | 0:00:02 | AT&T |
| 2/10/2019 | 4:14:02 PM | Jeff Longstreth contacts Michael Dowling | 0:00:07 | AT&T |
| 2/10/2019 | 4:14:24 PM | Jeff Longstreth contacts Michael Dowling | 0:00:59 | AT&T |
| 2/14/2019 | 2:34:38 PM | Larry Householder contacts Charles Jones | 0:02:54 | AT&T |
| 2/14/2019 | 2:42:53 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/14/2019 | 2:42:54 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 2/14/2019 | 2:43:01 PM | Larry Householder contacts Charles Jones | 0:11:56 | AT&T |
| 3/19/2019 | 7:40:57 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/19/2019 | 7:40:58 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 3/25/2019 | 6:43:08 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/25/2019 | 6:43:09 AM | Charles Jones contacts Larry Householder | 0:00:44 | AT&T |
| 3/25/2019 | 7:44:18 AM | Larry Householder contacts Charles Jones | 0:06:14 | AT&T |
| 4/2/2019 | 1:42:09 PM | Larry Householder contacts Charles Jones | 0:07:43 | AT&T |
| 4/23/2019 | 5:57:38 PM | Larry Householder contacts Charles Jones | 0:00:42 | AT&T |
| 4/24/2019 | 5:23:25 PM | Charles Jones contacts Larry Householder | 0:05:32 | AT&T |
| 6/24/2019 | 10:18:39 PM | Larry Householder contacts Charles Jones | 0:00:17 | AT&T |
| 7/13/2019 | 1:12:24 PM | Larry Householder contacts Charles Jones | 0:00:59 | AT&T |
| 7/13/2019 | 2:32:13 PM | Charles Jones contacts Larry Householder | 0:15:49 | AT&T |
| 7/15/2019 | 8:16:14 AM | Charles Jones contacts Larry Householder | 0:01:08 | AT&T |
| 7/15/2019 | 11:16:31 AM | Larry Householder contacts Charles Jones | 0:04:44 | AT&T |
| 7/15/2019 | 11:40:41 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 7/25/2019 | 9:49:47 PM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 7/25/2019 | 9:52:18 PM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 7/25/2019 | 9:52:57 PM | Larry Householder contacts Charles Jones | 0:00:42 | AT&T |
| 7/25/2019 | 9:52:59 PM | Larry Householder contacts Charles Jones | 0:00:41 | AT&T |
| 7/26/2019 | 6:51:39 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 7/26/2019 | 6:51:40 AM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |
| 7/26/2019 | 6:52:08 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 7/26/2019 | 7:25:01 AM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |

| | | | | |
|---|---|---|---|---|
| 7/26/2019 | 8:24:16 AM | Larry Householder contacts Charles Jones | 0:21:31 | AT&T |
| 7/26/2019 | 10:13:48 AM | Michael Dowling contacts Larry Householder | 0:08:14 | AT&T |
| 8/27/2019 | 12:17:00 PM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |
| 9/9/2019 | 3:12:00 PM | Contact between Larry Householder and Charles Jones | 0:10:00 | Verizon |
| 9/13/2019 | 7:36:00 AM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |
| 9/17/2019 | 8:18:00 AM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |
| 9/17/2019 | 2:49:00 PM | Contact between Larry Householder and Charles Jones | 0:08:00 | Verizon |
| 10/4/2019 | 12:59:00 PM | Contact between Larry Householder and Charles Jones | 0:07:00 | Verizon |
| 10/10/2019 | 8:50:21 AM | Jeff Longstreth contacts Michael Dowling | 0:01:44 | AT&T |
| 10/16/2019 | 10:29:24 AM | Jeff Longstreth contacts Michael Dowling | 0:00:38 | AT&T |
| 10/17/2019 | 10:13:02 AM | Michael Dowling contacts Jeff Longstreth | 0:10:20 | AT&T |
| 10/17/2019 | 10:28:22 AM | Michael Dowling contacts Jeff Longstreth | 0:00:51 | AT&T |
| 10/17/2019 | 11:28:20 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 10/17/2019 | 11:28:22 AM | Michael Dowling contacts Jeff Longstreth | 0:00:03 | AT&T |
| 10/17/2019 | 11:33:11 AM | Jeff Longstreth contacts Michael Dowling | 0:02:15 | AT&T |
| 10/19/2019 | 3:47:00 PM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |
| 10/19/2019 | 3:48:00 PM | Contact between Larry Householder and Charles Jones | 0:10:00 | Verizon |
| 10/23/2019 | 10:30:54 AM | Jeff Longstreth contacts Michael Dowling | 0:00:42 | AT&T |
| 10/28/2019 | 3:19:00 PM | Contact between Larry Householder and Charles Jones | 0:02:00 | Verizon |
| 10/28/2019 | 3:20:00 PM | Contact between Larry Householder and Charles Jones | 0:03:00 | Verizon |
| 11/18/2019 | 11:03:00 AM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |
| 12/4/2019 | 9:28:31 AM | Jeff Longstreth contacts Michael Dowling | 0:00:52 | AT&T |
| 12/4/2019 | 10:47:02 AM | Michael Dowling contacts Jeff Longstreth | 0:02:11 | AT&T |
| 12/10/2019 | 12:46:08 PM | Michael Dowling contacts Jeff Longstreth | 0:07:34 | AT&T |
| **2020** | | | | |
| 2/28/2020 | 10:50:00 AM | Contact between Larry Householder and Charles Jones | 0:12:00 | Verizon |
| 2/28/2020 | 11:07:00 AM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |
| 2/29/2020 | 11:15:16 AM | Jeff Longstreth contacts Michael Dowling | 0:00:09 | AT&T |
| 2/29/2020 | 11:18:29 AM | Michael Dowling contacts Jeff Longstreth | 0:04:50 | AT&T |



GOVERNMENT EXHIBIT

737

1:20-CR-077

| Non-Text Phone Contact between Larry Householder, Matthew Borges, and David Yost | | | | |
|---|---|---|---|---|
| Date (EST) | Time (EST) | Event | Duration (h:mm:ss) | Source |
| 7/1/2019 | 10:54:10 | David Yost contacts Matthew Borges | 0:08:19 | Verizon |
| 7/3/2019 | 16:06:51 | David Yost contacts Matthew Borges | 0:00:42 | Verizon |
| 7/10/2019 | 16:41:27 | David Yost contacts Matthew Borges | 0:05:41 | Verizon |
| 7/11/2019 | 4:26 PM | David Yost contacts Larry Householder | 0:00:00 | AT&T |
| 7/11/2019 | 4:26 PM | David Yost contacts Larry Householder | 0:00:53 | AT&T |
| 7/12/2019 | 8:18 AM | Larry Householder contacts David Yost | 0:01:07 | AT&T |
| 7/17/2019 | 17:38:37 | Matthew Borges contacts David Yost | 0:15:00 | Verizon |
| 7/26/2019 | 10:57 AM | David Yost contacts Larry Householder | 0:01:55 | AT&T |
| 7/29/2019 | 11:50:18 | Matthew Borges contacts David Yost | 0:00:33 | Verizon |
| 7/29/2019 | 2:32 PM | Larry Householder contacts David Yost | 0:11:07 | AT&T |
| 7/29/2019 | 16:14:28 | David Yost contacts Matthew Borges | 0:00:03 | Verizon |
| 7/29/2019 | 16:24:01 | Matthew Borges contacts David Yost | 0:24:10 | Verizon |
| 8/1/2019 | 20:39:58 | David Yost contacts Matthew Borges | 0:04:34 | Verizon |
| 8/2/2019 | 10:06 AM | Larry Householder contacts David Yost | 0:06:56 | AT&T |
| 8/6/2019 | 10:52:28 | David Yost contacts Matthew Borges | 0:01:48 | Verizon |
| 8/6/2019 | 11:00:46 | Matthew Borges contacts David Yost | 0:07:31 | Verizon |
| 8/8/2019 | 10:13:56 | David Yost contacts Matthew Borges | 0:03:50 | Verizon |
| 8/12/2019 | 11:46:24 | David Yost contacts Matthew Borges | 0:00:14 | Verizon |
| 8/14/2019 | 19:03:03 | Matthew Borges contacts David Yost | 0:10:13 | Verizon |
| 8/16/2019 | 3:46 PM | David Yost contacts Larry Householder | 0:00:00 | AT&T |
| 8/16/2019 | 3:46 PM | David Yost contacts Larry Householder | 0:01:10 | AT&T |
| 8/26/2019 | 7:39 AM | Contact between Larry Householder and Matthew Borges | 0:01:00 | Verizon |
| 8/26/2019 | 7:43 AM | Contact between Larry Householder and Matthew Borges | 0:07:00 | Verizon |
| 8/26/2019 | 7:53 AM | Contact between Larry Householder and David Yost | 0:17:00 | Verizon |
| 8/28/2019 | 10:37:54 | Matthew Borges contacts David Yost | 0:01:11 | Verizon |
| 8/28/2019 | 15:58:19 | David Yost contacts Matthew Borges | 0:07:34 | Verizon |
| 8/30/2019 | 10:34:18 | Matthew Borges contacts David Yost | 0:01:02 | Verizon |
| 8/30/2019 | 10:48:05 | David Yost contacts Matthew Borges | 0:03:50 | Verizon |



**Extraction Report** - Apple iPhone Logical

**GOVERNMENT EXHIBIT**
**748**
**1:20-CR-077**


www.cellebrite.com

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

### iMessage: juan@oxley-group.com (1)

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 10/4/2016 8:06:57 PM(UTC+0)<br>**Last Activity:** 9/4/2019 7:16:38 PM(UTC+0)<br>**Number of attachments:** 8<br>**Source:** iMessage: juan@oxley-group.com<br>**Source file:** Juan's iPhone/mobile/Library/SMS/sms.db : 0x1DDEE450 (Table: chat, handle; Size: 590159872 bytes)<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>juan@oxley-group.com<br>Juan Cespedes* (owner)<br><br>+16143611995<br>Bob Klaffky* | |

From: juan@oxley-group.com Juan Cespedes (owner)

I believe that we got approval to spend political money on Dewine. We are contributing towards and attending a RGA event on 10/10. You and I should be in attendance. I'll know more tomorrow. I am not completely up to speed on all details but I think spend is significant (250k plus)
**Status:** Sent
**Delivered:** 10/3/2018 1:52:27 AM(UTC+0)

10/3/2018 1:52:25 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7DD1B75 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Okay. I have major dental work schedule that morning. If I can't do it, Doug should or Kaiser. Make sure Kaiser is in loop.
**Status:** Read
**Read:** 10/3/2018 1:55:12 AM(UTC+0)

10/3/2018 1:54:21 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7DC588F (Table: message, handle, chat; Size: 590159872 bytes)

1

From: juan@oxley-group.com Juan Cespedes (owner)

Ok sounds good

Status: Sent
Delivered: 10/3/2018 1:55:28 AM(UTC+0)

10/3/2018 1:55:28 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7DD04FF (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I assumed he was still on the fuckin vacation you should have never let him take

Status: Sent
Delivered: 10/3/2018 1:55:51 AM(UTC+0)

10/3/2018 1:55:51 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7DB9851 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

He was back today.

Status: Read
Read: 10/3/2018 1:59:19 AM(UTC+0)

10/3/2018 1:59:02 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7DC44F3 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I hope u docked his pay

Status: Sent
Delivered: 10/3/2018 1:59:35 AM(UTC+0)

10/3/2018 1:59:35 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7DD0DC9 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

That's what we do at VAA. I was thinking of leaving town on election week

Status: Read
Read: 10/3/2018 2:00:00 AM(UTC+0)

10/3/2018 2:00:00 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7DB8395 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Do u mind discussing the debate on today's call? I don't have much to report other than fundraising totals

Status: Sent
Delivered: 10/5/2018 1:54:37 PM(UTC+0)

10/5/2018 1:54:35 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7D47A88 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

We will have check for Householder tomorrow. Right now Griffing and I have a noon lunch scheduled and we have a 4pm with Obhol. I think that 2 or 3PM might be best? Can you see what he has?

Status: Sent
Delivered: 10/9/2018 4:50:32 PM(UTC+0)

10/9/2018 4:50:31 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7CACFA0 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

May I bring the guys to the office before the householder mtg?

Status: Sent
Delivered: 10/10/2018 4:52:36 PM(UTC+0)

10/10/2018 4:52:34 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7C68B83 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Yes

Status: Read
Read: 10/10/2018 5:01:55 PM(UTC+0)

10/10/2018 5:00:54 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7C66D4F (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Was that cliffs old aide working in Larry's office?

Status: Sent
Delivered: 10/10/2018 7:07:03 PM(UTC+0)

10/10/2018 7:07:03 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7C5EDAF (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

The blonde. I was really confused when I saw her

Status: Sent

Delivered: 10/10/2018 7:07:16 PM(UTC+0)

10/10/2018 7:07:16 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7C6B777 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

No, she uses to work for Jai in Gov office. Fitzmartin

Status: Read

Read: 10/10/2018 7:16:37 PM(UTC+0)

10/10/2018 7:10:50 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7C6355D (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Ah yes

Status: Sent

Delivered: 10/10/2018 7:16:44 PM(UTC+0)

10/10/2018 7:16:44 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7C71314 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I have schultz calling u soon with some info

Status: Sent

Delivered: 10/18/2018 7:19:04 PM(UTC+0)

10/18/2018 7:19:03 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7A655E8 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Yes, let's go ahead and do the additional check.

Status: Read

Read: 10/23/2018 7:40:34 PM(UTC+0)

10/23/2018 7:05:57 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x79C6DB6 (Table: message, handle, chat; Size: 590159872 bytes)

4

From: juan@oxley-group.com Juan Cespedes (owner)

I assume that ideally you and I would want to deliver this one?

Status: Sent

Delivered: 10/23/2018 7:56:47 PM(UTC+0)

10/23/2018 7:56:46 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x79D22BE (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Do u think that Griffing needs more face time with Larry?

Status: Sent

Delivered: 10/23/2018 7:57:19 PM(UTC+0)

10/23/2018 7:57:17 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x79B43F8 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

It's up to you two. We just need to get it to him as quickly as possible

Status: Read

Read: 10/23/2018 8:01:07 PM(UTC+0)

10/23/2018 8:01:04 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x79A65F9 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I'll reach out now and see how quick we can get it

Status: Sent

Delivered: 10/23/2018 8:03:07 PM(UTC+0)

10/23/2018 8:03:07 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x79A9FA0 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Griffing is making a call tomorrow morning to ask for the check. Will get it as fast as possible for you and I to deliver.

Status: Sent

Delivered: 10/24/2018 1:09:03 AM(UTC+0)

10/24/2018 1:09:03 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7988FA0 (Table: message, chat; Size: 590159872 bytes)

5

From: +16143611995 Bob Klaffky

Okay

Status: Read
Read: 10/24/2018 1:15:10 AM(UTC+0)

10/24/2018 1:11:36 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x79939D0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I will have the check on Saturday

Status: Sent
Delivered: 10/24/2018 5:59:40 PM(UTC+0)

10/24/2018 5:59:38 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x79535E3 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Great

Status: Read
Read: 10/24/2018 6:03:02 PM(UTC+0)

10/24/2018 6:03:02 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7961BE3 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

The check has arrived. I should have it within the hour. Can u give me some Larry options?Monday morning is great until 11:30 but the rest of day is bad. Will make any other day work.

Status: Sent
Delivered: 10/27/2018 6:18:50 PM(UTC+0)

10/27/2018 6:18:49 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78D1FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I've got physical therapy Monday morning. Tuesday might be good but I'd rather you just get it to him. Let me call to see if he is around

Status: Read
Read: 10/27/2018 6:21:42 PM(UTC+0)

10/27/2018 6:21:29 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78BEFA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Ok sounds good. Thanks!

Status: Sent
Delivered: 10/27/2018 6:21:54 PM(UTC+0)

10/27/2018 6:21:54 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78BDBC4 (Table: message, chat; Size:
590159872 bytes)

From: +16143611995 Bob Klaffky

I'm going just have you drop check to Jeff Monday morning. If LH is there, ive asked him to
give you some time. If not, we will get together later.

Status: Read
Read: 10/27/2018 11:25:21 PM(UTC+0)

10/27/2018 11:25:18 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78C5FA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Ok

Status: Sent
Delivered: 10/27/2018 11:25:30 PM(UTC+0)

10/27/2018 11:25:29 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78CE47A (Table: message, chat; Size:
590159872 bytes)

From: +16143611995 Bob Klaffky

Attachments:

Size: 210
File name: Jeff Longstreth.vcf
Jeff Longstreth.vcf

Status: Read
Read: 10/27/2018 11:25:56 PM(UTC+0)

10/27/2018 11:25:54 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78BC32D (Table: message, handle, chat,
attachment; Size: 590159872 bytes)
Juan's iPhone/mobile/Library/SMS/Attachments/8d/13/at_0_20D126C5-C707-47A9-8203-
8149A870F986/Jeff Longstreth.vcf :  (Size: 210 bytes)

From: +16143611995 Bob Klaffky

Use cell phone. The other number is old

Status: Read
Read: 10/27/2018 11:26:19 PM(UTC+0)

10/27/2018 11:26:19 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78C49AE (Table: message, handle, chat; Size:
590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I'll take care of it. Thanks! Good luck with recovery. How are his chances looking?

Status: Sent
Delivered: 10/27/2018 11:26:34 PM(UTC+0)

10/27/2018 11:26:33 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78CDDC7 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Last week good. Who knows this week.

Status: Read
Read: 10/27/2018 11:27:54 PM(UTC+0)

10/27/2018 11:27:52 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78BCA08 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I hope he is successful. How r u feeling?

Status: Sent
Delivered: 10/27/2018 11:29:15 PM(UTC+0)

10/27/2018 11:29:14 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78C3547 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I'm tired

Status: Read
Read: 10/27/2018 11:29:41 PM(UTC+0)

10/27/2018 11:29:38 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78CC359 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

It sucks getting old as fuck.

Status: Read
Read: 10/27/2018 11:30:04 PM(UTC+0)

10/27/2018 11:30:04 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78BCDD4 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Get some rest. I'll text you Monday. Tell me abt it, I'm almost 40. I met you when I was 20, lol

Status: Sent
Delivered: 10/27/2018 11:30:37 PM(UTC+0)

10/27/2018 11:30:36 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78C3D59 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

My timing sucks too. We were supposed to have bionic replacement parts by now.

Status: Read
Read: 10/27/2018 11:30:41 PM(UTC+0)

10/27/2018 11:30:40 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78CC7A4 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Yea, we have really underperformed as a society

Status: Sent
Delivered: 10/27/2018 11:31:15 PM(UTC+0)

10/27/2018 11:31:15 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78BB39B (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

All those 70s TV shows were bullshit.

Status: Read
Read: 10/27/2018 11:34:49 PM(UTC+0)

10/27/2018 11:32:53 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78C2402 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Yes they were.

Status: Sent
Delivered: 10/27/2018 11:35:02 PM(UTC+0)

10/27/2018 11:35:02 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x78CCB95 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I have Griffing in town for some meetings at Ohio State today. Are you available late afternoon? Our last meeting is at 2pm today.

Status: Sent

Delivered: 11/2/2018 12:49:30 PM(UTC+0)

11/2/2018 12:49:29 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7743FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I can do until maybe 4 pm. I'm headed over the Kasich event after that

Status: Read

Read: 11/2/2018 12:55:51 PM(UTC+0)

11/2/2018 12:55:34 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x774E7F0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Gotcha. Will let u know

Status: Sent

Delivered: 11/2/2018 12:56:21 PM(UTC+0)

11/2/2018 12:56:21 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x775C936 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

On the call today, please share whatever you can regarding the house races.

Status: Sent

Delivered: 11/2/2018 1:50:34 PM(UTC+0)

11/2/2018 1:50:33 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x774CFA0 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

We started with PA today so we have not touched Ohio yet

Status: Sent

Delivered: 11/2/2018 2:04:05 PM(UTC+0)

11/2/2018 2:04:04 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x773F558 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thanks

Status: Sent
Delivered: 11/2/2018 2:20:00 PM(UTC+0)

11/2/2018 2:19:59 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x774B7DB (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Are you coming by?

Status: Read
Read: 11/2/2018 7:12:15 PM(UTC+0)

11/2/2018 7:04:22 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x775CFA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

We are still in our mtg on campus. Not gonna make it. Will call u later

Status: Sent
Delivered: 11/2/2018 7:12:43 PM(UTC+0)

11/2/2018 7:12:36 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x774DA0D (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Okay. No problem

Status: Read
Read: 11/2/2018 7:21:42 PM(UTC+0)

11/2/2018 7:13:21 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x775ACC8 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I do not have call-in info for tomorrow's FES meeting

Status: Read
Read: 11/6/2018 6:51:54 PM(UTC+0)

11/6/2018 6:51:50 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x766BFA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I will secure it for you

Status: Sent
Delivered: 11/6/2018 6:52:06 PM(UTC+0)

11/6/2018 6:52:05 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x76836F3 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Call in info just sent through email

Status: Sent
Delivered: 11/6/2018 8:39:45 PM(UTC+0)

11/6/2018 8:39:44 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x765BFA0 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

How r u feeling abt the races?

Status: Sent
Delivered: 11/6/2018 8:39:54 PM(UTC+0)

11/6/2018 8:39:53 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7662FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Not good. I'm assuming the worst for GOP.

Status: Read
Read: 11/6/2018 8:40:26 PM(UTC+0)

11/6/2018 8:40:23 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7663485 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I don't know about House. All we know is we were winning all the Householder races except one on Friday.  And, there were three sleepers

Status: Read
Read: 11/6/2018 8:41:11 PM(UTC+0)

11/6/2018 8:41:09 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x765EFA0 (Table: message, handle, chat; Size: 590159872 bytes)

12

From: +16143611995 Bob Klaffky

But with high turnout, who knows.

Status: Read

Read: 11/6/2018 8:41:20 PM(UTC+0)

11/6/2018 8:41:20 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x76654E5 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I call it a "Blue Splash" rather than wave. A splash can be devastating too but it is random where the dry and wet spots land

Status: Read

Read: 11/6/2018 8:42:05 PM(UTC+0)

11/6/2018 8:42:05 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7660DD1 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I'm gonna post up at a room at athletic club. Will stop at Sheraton for awhile. Will u be out tonight?

Status: Sent

Delivered: 11/6/2018 8:42:20 PM(UTC+0)

11/6/2018 8:42:19 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x765A616 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Ok be at our office for a little while then head over to Householder's office to check in

Status: Read

Read: 11/6/2018 8:42:49 PM(UTC+0)

11/6/2018 8:42:49 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x765CBD6 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Not "ok" meant "I 'LLP"

Status: Read

Read: 11/6/2018 8:43:09 PM(UTC+0)

11/6/2018 8:43:08 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7663684 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I'll

Status: Read
Read: 11/6/2018 8:43:18 PM(UTC+0)

11/6/2018 8:43:17 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x765D303 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Got it. Keep me updated on Larry. Hopefully meet up with u for a sec tonight at some point

Status: Sent
Delivered: 11/6/2018 8:43:41 PM(UTC+0)

11/6/2018 8:43:38 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7665A60 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Right now I only know what sos is reporting. I'm still at my office.

Status: Read
Read: 11/7/2018 2:54:53 AM(UTC+0)

11/7/2018 2:54:31 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x763E2E9 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I'll head over to householder shortly

Status: Read
Read: 11/7/2018 2:54:53 AM(UTC+0)

11/7/2018 2:54:31 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7648633 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Gotcha. Thanks

Status: Sent
Delivered: 11/7/2018 2:55:00 AM(UTC+0)

11/7/2018 2:55:00 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7652FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Householder is feeling good so far. Because of the wipe out on Franklin County they are down three but gained a sleeper somewhere else. Trakas is in a nail biter. But so far so good.

Status: Read
Read: 11/7/2018 3:22:53 AM(UTC+0)

11/7/2018 3:22:47 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7640445 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

They were projecting that if they won all their races they would have 37 votes to 25. So they had room

Status: Read
Read: 11/7/2018 3:23:29 AM(UTC+0)

11/7/2018 3:23:25 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x764A99E (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

II you get any more householder updates tonight, feel free to send over.

Status: Sent
Delivered: 11/7/2018 4:42:26 AM(UTC+0)

11/7/2018 4:42:25 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x762F562 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I just left but Householder was very confident when I left.

Status: Read
Read: 11/7/2018 4:57:17 AM(UTC+0)

11/7/2018 4:56:14 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7631203 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I asked Ben to put together a recap of Householder races for today's call but I'm sure he is still in bed drunk based on what I saw last night.

Status: Sent
Delivered: 11/7/2018 1:43:42 PM(UTC+0)

11/7/2018 1:43:41 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7629BEF (Table: message, chat; Size: 590159872 bytes)

**From: +16143611995 Bob Klaffky**

I count Householder losing five. Last night they said they could lose five and still have the votes. I'm skeptical but I will have to talk to them.

Status: Read
Read: 11/7/2018 1:44:40 PM(UTC+0)

11/7/2018 1:44:39 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7613FA0 (Table: message, handle, chat; Size: 590159872 bytes)

**From: juan@oxley-group.com Juan Cespedes (owner)**

I am forwarding the chamber report to them but I'm sure they are going to ask for some more detail related to Larry. You are right about the 5 losses.

Status: Sent
Delivered: 11/7/2018 1:45:22 PM(UTC+0)

11/7/2018 1:45:22 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x761D62F (Table: message, chat; Size: 590159872 bytes)

**From: +16143611995 Bob Klaffky**

Householder believes he has 31 hard with 3 or 4 in play. And Ryan is at 27 hard and same in play. It's a 62 caucus. So need 32

Status: Read
Read: 11/7/2018 2:00:05 PM(UTC+0)

11/7/2018 1:57:15 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x76128FE (Table: message, handle, chat; Size: 590159872 bytes)

**From: juan@oxley-group.com Juan Cespedes (owner)**

Good to know. Hopefully Larry can make it happen. I keep hearing abt Ryan reaching across the aisle to Dems.

Status: Sent
Delivered: 11/7/2018 2:34:49 PM(UTC+0)

11/7/2018 2:34:48 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x76113AA (Table: message, chat; Size: 590159872 bytes)

**From: +16143611995 Bob Klaffky**

Yeah. It's a problem too

Status: Read
Read: 11/7/2018 2:51:15 PM(UTC+0)

11/7/2018 2:51:12 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x760CA2A (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thanks!

Status: Sent
Delivered: 11/7/2018 6:20:52 PM(UTC+0)

11/7/2018 6:20:49 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7625796 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I guess we need to think abt our education efforts in lame duck. I really hope Larry can figure this out.

Status: Sent
Delivered: 11/7/2018 6:21:35 PM(UTC+0)

11/7/2018 6:21:32 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7610FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Do we really need to get back on for PA

Status: Read
Read: 11/7/2018 7:49:14 PM(UTC+0)

11/7/2018 7:46:06 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x762BFA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

No

Status: Sent
Delivered: 11/7/2018 7:49:25 PM(UTC+0)

11/7/2018 7:49:24 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x761F5B8 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thank u for doing the in depth house report.

Status: Sent

11/9/2018 3:44:25 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x75AD8F0 (Table: message, chat; Size: 590159872 bytes)

17

From: +16143611995 Bob Klaffky

It was easier today because we have more information than I did on Wednesday

Status: Read
Delivered: 11/9/2018 3:44:55 PM(UTC+0)
Read: 11/9/2018 3:44:55 PM(UTC+0)

11/9/2018 3:44:54 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x75B8F98 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Absolutely. It was good. Let's keep our fingers crossed for Larry. I like how the bitch made the comment abt your polling analysis from last week at the beginning of the call

Status: Sent

11/9/2018 3:45:55 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x75A2B79 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Haha... it was fucked up

Status: Read

11/9/2018 3:46:18 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x75AC920 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

The polling that is.

Status: Read

11/9/2018 3:46:25 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x75B7FA8 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thank you so much! Had fun tonight.

Status: Sent

11/15/2018 3:30:36 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7471670 (Table: message, chat; Size: 590159872 bytes)

18

From: +16143611995 Bob Klaffky

Thank you .

Status: Read
Delivered: 11/15/2018 4:01:32 AM(UTC+0)
Read: 11/15/2018 4:01:32 AM(UTC+0)

11/15/2018 4:00:28 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7461D9F (Table: message, handle, chat; Size:
590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Are you joining this call?

Status: Sent

12/14/2018 2:02:50 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6E2FD09 (Table: message, chat; Size:
590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Should we work on a follow up plan with Michael Hall related to FES? Griffing was on vacation this week so I'm sure he will be asking for some guidance next week. Also, any insight on Speaker vote?

Status: Sent
Delivered: 12/21/2018 8:13:29 PM(UTC+0)

12/21/2018 8:13:28 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6C7CB4F (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I hope that everything is as good as possible. I am sorry when I last reached out through text I was unaware of ur mom passing away.

Status: Sent
Delivered: 12/26/2018 6:05:06 PM(UTC+0)

12/26/2018 6:05:06 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6BF4DBB (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I assume that griffing is going to re engage soon since he was on vacation last week. Whenever you have time, it would be good to get on the phone and get caught up.

Status: Sent
Delivered: 12/26/2018 6:05:48 PM(UTC+0)

12/26/2018 6:05:47 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6BDDC05 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Thank you. I'm pretty open tomorrow and Friday

Status: Read
Read: 12/26/2018 6:11:31 PM(UTC+0)

12/26/2018 6:09:38 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6BF3BC9 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I'll text tomorrow and see what an ideal time is to talk

Status: Sent
Delivered: 12/26/2018 6:11:49 PM(UTC+0)

12/26/2018 6:11:47 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6BDC784 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Can we aim for January 9th for meeting with Griffing? I have conflicts the other 2 dates he suggested.

Status: Sent

12/28/2018 9:52:10 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6BBAFA8 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Looks like I'm availabl on 9th. This is here right?

Status: Read
Delivered: 12/28/2018 10:28:52 PM(UTC+0)
Read: 12/28/2018 10:28:52 PM(UTC+0)

12/28/2018 10:26:42 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6BB89B2 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Yes

Status: Sent

12/28/2018 10:28:55 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6B9DC0A (Table: message, chat; Size: 590159872 bytes)

20

From: juan@oxley-group.com Juan Cespedes (owner)

Please send email back to Kim Anders letting her know that you prefer that day.

Status: Sent

12/28/2018 10:29:14 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6BAA2CE (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

The meeting would most likely take place in ur office.

Status: Sent

12/28/2018 10:46:53 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6BA84EF (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Anything I need to know about today's FES call?

Status: Read
Read: 1/4/2019 3:00:19 PM(UTC+0)

1/4/2019 3:00:06 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AC3FA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I'll be a couple of minutes late

Status: Read
Read: 1/4/2019 3:00:24 PM(UTC+0)

1/4/2019 3:00:23 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6ACD3CF (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

If you don't mind jumping in on leg gossip I appreciate it. Otherwise no

Status: Sent
Delivered: 1/4/2019 3:00:42 PM(UTC+0)

1/4/2019 3:00:42 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AC58DC (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Ok

Status: Read
Read: 1/4/2019 3:00:53 PM(UTC+0)

1/4/2019 3:00:53 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6ACF2A1 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

We have not started the Ohio summary yet

Status: Sent

Delivered: 1/4/2019 3:06:38 PM(UTC+0)

1/4/2019 3:06:36 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AC71F6 (Table: message, chat; Size:
590159872 bytes)

From: +16143611995 Bob Klaffky

Got it

Status: Read

Read: 1/4/2019 3:40:04 PM(UTC+0)

1/4/2019 3:07:04 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AD2D4C (Table: message, handle, chat; Size:
590159872 bytes)

From: +16143611995 Bob Klaffky

I had to drop off. I have a meeting with Kasich and Beth up at fairgrounds

Status: Read

Read: 1/4/2019 3:47:39 PM(UTC+0)

1/4/2019 3:47:37 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AD2FA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

No worries at all.

Status: Sent

Delivered: 1/4/2019 3:47:45 PM(UTC+0)

1/4/2019 3:47:45 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6ACAA6F (Table: message, chat; Size:
590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thanks for heads up

Status: Sent

Delivered: 1/4/2019 3:47:50 PM(UTC+0)

1/4/2019 3:47:50 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AC2FA0 (Table: message, chat; Size:
590159872 bytes)

From: +16143611995 Bob Klaffky

Householder is damn close.

Status: Read

Read: 1/5/2019 1:43:37 AM(UTC+0)

1/5/2019 1:43:34 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A9E89F (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

He is very confident right now.

Status: Read

Read: 1/5/2019 1:43:51 AM(UTC+0)

1/5/2019 1:43:50 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AA930F (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

What can we do to help?

Status: Sent

Delivered: 1/5/2019 1:43:53 AM(UTC+0)

1/5/2019 1:43:53 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AB636F (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Dems

Status: Read

Read: 1/5/2019 1:44:08 AM(UTC+0)

1/5/2019 1:44:08 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A9D78D (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Which Dems does he neee?

Status: Sent

Delivered: 1/5/2019 1:44:09 AM(UTC+0)

1/5/2019 1:44:09 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AA9CEE (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I don't know yet. He will know tonight.

Status: Read
Read: 1/5/2019 1:44:36 AM(UTC+0)

1/5/2019 1:44:35 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AB5601 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Ok, if u think BJ or I can help, let me know.

Status: Sent
Delivered: 1/5/2019 1:44:54 AM(UTC+0)

1/5/2019 1:44:54 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6AC039A (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

How we feeling?

Status: Sent
Delivered: 1/7/2019 6:55:30 PM(UTC+0)

1/7/2019 6:55:26 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A5C729 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I have no idea

Status: Read
Read: 1/7/2019 6:55:51 PM(UTC+0)

1/7/2019 6:55:46 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A65B07 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Are u going over or watching online? If so, what is the link

Status: Sent
Delivered: 1/7/2019 6:56:16 PM(UTC+0)

1/7/2019 6:56:08 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A5E703 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Online

Status: Read

Read: 1/7/2019 6:56:27 PM(UTC+0)

1/7/2019 6:56:27 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A589A8 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Search Ohio house live

Status: Read

Read: 1/7/2019 6:56:42 PM(UTC+0)

1/7/2019 6:56:41 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A60988 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thanks got it. My fingers are crossed. Hoping for a mini miracle

Status: Sent

Delivered: 1/7/2019 6:57:09 PM(UTC+0)

1/7/2019 6:57:04 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A5A831 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

It would be a big miracle. I assume both sides worked the Dems over weekend

Status: Read

Read: 1/7/2019 6:57:44 PM(UTC+0)

1/7/2019 6:57:41 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A62800 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Status: Sent

Delivered: 1/7/2019 6:58:00 PM(UTC+0)

1/7/2019 6:58:00 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A5C8F6 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

That 500k investment seems very wise right now...this is a good day...

Status: Sent

Delivered: 1/7/2019 7:59:43 PM(UTC+0)

1/7/2019 7:59:38 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A462C3 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

High risk, high reward. Sadly I've lived by that principle too long. I'm exhausted

Status: Read

Read: 1/7/2019 8:00:32 PM(UTC+0)

1/7/2019 8:00:29 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A3A22D (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Just take this ride with me one more time and I guarantee we will keep this client for years to come.

Status: Sent

Delivered: 1/7/2019 8:01:20 PM(UTC+0)

1/7/2019 8:01:20 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6A452C02 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Yes

Status: Read

Read: 1/10/2019 5:13:57 PM(UTC+0)

1/10/2019 5:11:22 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x69957B6 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thanks. Griffing was happy with the mtg yesterday. You did a great job. Will follow up on the meeting request for Obhof with Lori then let you know what his availability is so you may schedule the meeting with The real Larry.

Status: Sent

Delivered: 1/10/2019 5:15:44 PM(UTC+0)

1/10/2019 5:15:43 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x69A2FA0 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Griffing is coming tomorrow for the inaugural events starting at 6. Are you attending the Householder VIP event in his office? Jon cross told me abt it

Status: Sent

Delivered: 1/13/2019 6:29:13 PM(UTC+0)

1/13/2019 6:29:13 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68FEFA0 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Yes

Status: Read

Read: 1/13/2019 6:29:40 PM(UTC+0)

1/13/2019 6:29:26 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x69094F8 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I am going to attend 4pm event with verhoff for downticket electeds and quirkly touch the 5pm event at govs residence.

Status: Sent

Delivered: 1/13/2019 6:30:34 PM(UTC+0)

1/13/2019 6:30:34 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6913FA0 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Does it make sense for Griffing to touch householder event?

Status: Sent

Delivered: 1/13/2019 6:30:50 PM(UTC+0)

1/13/2019 6:30:49 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68FC22E (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Or Geoff and I?

Status: Sent

Delivered: 1/13/2019 6:30:58 PM(UTC+0)

1/13/2019 6:30:57 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6909FA0 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I just want to maximize Griffing exposure. He is coming alone.

Status: Sent
Delivered: 1/13/2019 6:31:22 PM(UTC+0)

1/13/2019 6:31:22 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6912FA0 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I'm sure he would be fine but you should check with Anna

Status: Read
Read: 1/13/2019 6:32:01 PM(UTC+0)

1/13/2019 6:31:58 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68FCC0D (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Can I have a number on her?

Status: Sent
Delivered: 1/13/2019 6:32:17 PM(UTC+0)

1/13/2019 6:32:16 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6907AA6 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I don't have a number. I have an email:

alippincott21@gmail.com

Status: Read
Read: 1/13/2019 6:33:13 PM(UTC+0)

1/13/2019 6:33:09 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6911FA0 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thanks

Status: Sent
Delivered: 1/13/2019 6:33:16 PM(UTC+0)

1/13/2019 6:33:16 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x691C6FE (Table: message, chat; Size: 590159872 bytes)

28

From: +16143611995 Bob Klaffky

Anna sent out the invites.

Status: Read
Read: 1/13/2019 6:36:47 PM(UTC+0)

1/13/2019 6:36:44 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6910825 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I found her cell. I sent her text.

Status: Sent
Delivered: 1/13/2019 6:36:58 PM(UTC+0)

1/13/2019 6:36:58 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x691CDBD (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Just out of curiosity, what time are u attending householder event?

Status: Sent
Delivered: 1/13/2019 6:54:19 PM(UTC+0)

1/13/2019 6:54:19 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x690F497 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I don't know. I'll probably go over there before reception at the Sheraton starts then wander downstairs and then to the statehouse

Status: Read
Read: 1/13/2019 6:57:19 PM(UTC+0)

1/13/2019 6:56:54 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x691BB5D (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I don't know what time the Sheraton thing starts

Status: Read
Read: 1/13/2019 6:57:19 PM(UTC+0)

1/13/2019 6:57:13 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x690FAB8 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Sheraton starts at 6

Status: Sent
Delivered: 1/13/2019 6:57:34 PM(UTC+0)

1/13/2019 6:57:33 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x691A78F (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Getting into the statehouse is going to take forever

Status: Read
Read: 1/13/2019 6:57:37 PM(UTC+0)

1/13/2019 6:57:36 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6903688 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Then I'll probably go home and head back down at around 4:30 or 5 and head over to Larry's

Status: Read
Read: 1/13/2019 6:59:31 PM(UTC+0)

1/13/2019 6:58:09 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x690E5F4 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Ok, maybe Griffing can join u for Larry's if I get him approved. I have to hit residence event at 5

Status: Sent
Delivered: 1/13/2019 7:00:10 PM(UTC+0)

1/13/2019 7:00:08 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x691ABEE (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Sure

Status: Read
Read: 1/13/2019 7:07:35 PM(UTC+0)

1/13/2019 7:05:41 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x690236C (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Thanks

Status: Sent
Delivered: 1/13/2019 7:07:39 PM(UTC+0)

1/13/2019 7:07:39 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6919C00 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I am going to connect you and Griffing on text. He is welcome at the householder event and would like to attend with u. I would also like to get u his VIP ticket so that you may give it to him and we can all meet at Sheraton.

Status: Sent
Delivered: 1/14/2019 3:07:52 PM(UTC+0)

1/14/2019 3:07:51 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68C4C14 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I would like to give u Griffing's VIP ticket. Where may I drop it off?

Status: Sent
Delivered: 1/14/2019 5:32:31 PM(UTC+0)

1/14/2019 5:32:25 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68D0A93 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

I'm at office

Status: Read
Read: 1/14/2019 5:34:09 PM(UTC+0)

1/14/2019 5:33:45 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68D0847 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I'll drop off there. Thank you

Status: Sent
Delivered: 1/14/2019 5:34:19 PM(UTC+0)

1/14/2019 5:34:19 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68D1DDA (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Just talked to Callender. All we need is Larry and Obhof and it's a good night

Status: Sent

Delivered: 1/15/2019 12:23:13 AM(UTC+0)

1/15/2019 12:23:12 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68A45D6 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Where r u

Status: Sent

Delivered: 1/15/2019 1:04:18 AM(UTC+0)

1/15/2019 1:04:17 AM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68BB6B4 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

You did a great job yesterday handling Griffing. I feel like he met everyone he needed to see. Matt Huffman is much stronger on our issue than I expected. He could be our champion in leadership. He hates wind energy.

Status: Sent

Delivered: 1/15/2019 6:37:12 PM(UTC+0)

1/15/2019 6:37:11 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6871971 (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

That's good to hear

Status: Read

Read: 1/15/2019 6:37:59 PM(UTC+0)

1/15/2019 6:37:53 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x687E7DF (Table: message, handle, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

About Huffman

Status: Read

Read: 1/15/2019 6:38:01 PM(UTC+0)

1/15/2019 6:38:00 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x68703C0 (Table: message, handle, chat; Size: 590159872 bytes)

32

From: juan@oxley-group.com Juan Cespedes (owner)

He has been briefed by MIT professors who support us and it convinced him. The MIT guys are back Jan 30th and 31st. If you think we can get them in front of anyone, let me know.

Status: Sent
Delivered: 1/15/2019 6:40:24 PM(UTC+0)

1/15/2019 6:40:24 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x687DDAD (Table: message, chat; Size: 590159872 bytes)

From: +16143611995 Bob Klaffky

Remind you to tell you something Rafeld told me about FE. Very funny

Status: Read
Read: 1/15/2019 6:41:37 PM(UTC+0)

1/15/2019 6:41:08 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x688A509 (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Please call me at your convenience today. Thanks

Status: Sent
Delivered: 1/17/2019 2:00:46 PM(UTC+0)

1/17/2019 2:00:45 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x67FFD9D (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I will be on a flight when the conference call takes place.

Status: Sent
Delivered: 1/21/2019 7:35:44 PM(UTC+0)

1/21/2019 7:35:43 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x679DFA0 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

I sent email to Griffing's asst but never heard back so just make sure he is aware

Status: Sent
Delivered: 1/21/2019 7:36:15 PM(UTC+0)

1/21/2019 7:36:14 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6794300 (Table: message, chat; Size: 590159872 bytes)

33

From: +16143611995 Bob Klaffky

I just saw this on my calendar. I'm in California still will be in the middle of a lunch then.

Status: Read

Read: 1/21/2019 7:38:03 PM(UTC+0)

1/21/2019 7:37:59 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x678C86E (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Do u know DeVitas? I want to make sure that he gets a copy of the release.

Status: Sent

1/23/2019 4:19:33 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6752769 (Table: message, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Don't feel like you have to respond to Herf on email. She is just being a pain in the ass and fishing for info.

Status: Sent

1/30/2019 6:15:03 PM(UTC+0)

Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6611BD9 (Table: message, chat; Size: 590159872 bytes)

34

**GOVERNMENT EXHIBIT**

812

1:20-CR-077

**Payments related to:**



**Naples, Florida**

| Date | Amount | Recipient | Source Account | Method | Memo Line | Ex. |
|------|--------|-----------|----------------|--------|-----------|-----|
| Sept. 19, 2018 | **$525** | Jackson Property Management | JPL x9192 | Check | N/A | 32E, p. 21 |
| March 29, 2019 | **$2100** | Hi Tech Pools | JPL x9192 | Check | ½ payment pool cleanup | 32E, p. 33 |
| March 29, 2019 | **$270** | Berkshire Lakes Master Assn. | JPL x9192 | Check | Acct # 553/ | 32E, p. 35 |
| April 8, 2019 | **$14,003.43** | Collier County (tax) | JPL x9192 | Cashier's Check | N/A | 32E, p. 35 810 |
| Sept. 25, 2019 | **$1100** | Berkshire Lakes Master Assn. | JPL x9192 | Check | Acct # 553 | 32E, p. 44 |
| Oct. 4, 2019 | **$42,775** | Nordic Construction | JPL x9192 | Check | | 32E, p.45 809A |
| Dec. 23, 2019 | **$59,050** | Nordic Construction | JPL x9192 | EFT | N/A | 32C, p. 59 809A |
| March 24, 2020 | **$577.68** | Berkshire Lakes Master Assn | JPL x9192 | Check | Acct # 553 | 32E, p.57 |
| June 2, 2020 | **$37,743.00** | Nordic Construction | JPL x9192 | EFT | N/A | 32C, p. 82 |

**Total:** **$158,144.11**

GOVERNMENT
EXHIBIT

818

1:20-CR-077

## Payments Related to Alabama Lawsuit and Settlement

| Date | Amount | Recipient | Source Account | Method | Memo Line | Exhibit |
|---|---|---|---|---|---|---|
| May 1, 2017 | **$30,000** | Law firm | JPL x 9192 | Check | N/A | 32J |
| May 5, 2017 | **$30,000** | Law firm | JPL x9192 | Check | N/A | 32J |
| June 28, 2018 | **$23,945.49** | Law firm | JPL x9192 | Check | 2211-001 | 32E |
| July 24, 2018 | **$40,000** | Union Bank* | JPL x9192 | Wire | N/A | 815, 816, 817 |
| July 24, 2018 | **$100,000** | Union Bank* | JL x3778 | Wire | N/A | 815, 816, 817 |
| July 24, 2018 | **$75,000** | Union Bank* | CC x4045 | Wire | N/A | 815, 816, 817 |
| Nov. 26, 2018 | **$1362.94** | Law firm | JPL x9192 | Check | Legal Services Inv. 37296 | 32 E |

**Total:** $300, 308.43

*Funds were transferred to an attorney's account, then wired to Union Bank.



GOVERNMENT EXHIBIT

819

1:20-CR-077

### Payments for Larry Householder

| Description of Payments | Date | Amount | Ex. |
|---|---|---|---|
| Chase credit card | February 2020 | $7,807.18 | 805, 806 |
| Discover card | February 2020 | $12,202.60 | 806, 807 |
| Payments related to lawsuit | 2017-2018 | $300,308.43 | 818 |
| Payments related to Florida house | 2018-2020 | $158,144.11 | 812 |
| Speakership | 2019 | $35,207.00 | All |

**Total:**        **$513,669.32**



| Payments to Jeff Longstreth from JPL x9192 | | |
|---|---|---|
| **Recipient** | **Amount** | **Trial Exhibit(s)** |
| Cashiers Check - Taurus Building & Concept Design | $5,000.00 | 32F |
| Charles Schwab | $1,502,945.34* | 32G, 42 |
| Jeff Longstreth x3778 | $889,123.85 | 32C, 32I, 32J |
| Paychex - Jeff Longstreth | $30,000.00 | 247A |
| Paychex - J.L. (spouse) | $10,999.98 | 247A |
| US Bank x1957 | $92,200.00 | 32C, 32I |
| **Total** | **$2,530,269.17** | |

*This reflects the amount that flowed through the account before FBI
seized the remaining balance of the account, $2,897,054.66.

**GOVERNMENT EXHIBIT**

834

1:20-CR-077

| Payments to Neil Clark | | | | | |
|---|---|---|---|---|---|
| **Date** | **Payor** | **Recipient** | **Account Signatory** | **Amount** | **Exhibit No.** |
| 7/8/2019 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $100,000.00 | 831A - 831D |
| 9/5/2019 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 9/12/2019 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 10/15/2019 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 11/1/2019 | Fieldworks LLC x8996 | C.L. Revocable Trust | Spouse of Neil Clark | $100,000.00 | 832A-832D; 833A-833C |
| 11/12/2019 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 12/12/2019 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 1/13/2020 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 2/12/2020 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 3/12/2020 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 4/13/2020 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 5/12/2020 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| 6/12/2020 | JPL & Assoc. LLC x9192 | Grant Street Consultants LLC | Neil Clark | $15,000.00 | 831A - 831D |
| | | | | | |
| | | | **Total** | **$365,000** | |

**GOVERNMENT EXHIBIT**

835

1:20-CR-077

1 of 1

| Payments to Associates | | | | | | | |
|---|---|---|---|---|---|---|---|
| Associate | 2017 | 2018 | 2019 | 2020 | Total | Accounts Receiving Funds From | Exhibit Numbers |
| Bodney, Brooke | $25,000.00 | $190,000.00 | $210,000.00 | $150,000.00 | **$575,000.00** | Generation Now x3310<br>Generation Now x6847<br>JPL x9192 | 14D, 14F, 14G, 32E, 32J |
| Fitzmartin, Megan | $11,099.00 | $84,776.85 | $175,874.14 | $189,830.51 | **$461,580.50** | JPL x9192<br>Constant Content x1219<br>Constant Content x4045 | 32E, 32J, 41F, 42, 247, 247A |
| Lippincott, Anna | $28,710.00 | $94,767.05 | $134,783.57 | $97,436.24 | **$355,696.86** | JPL x9192<br>Constant Content x1219<br>Constant Content x4045 | 32E, 32J, 41F, 42, 247, 247A |
| **Total** | **$64,809.00** | **$369,543.90** | **$520,657.71** | **$437,266.75** | **$1,392,277.36** | | |