# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| United States of America, | : | Case No. 1:20-cr-077 |
| *Plaintiff-Appellee* | : | |
| | : | Judge Black |
| vs. | : | |
| | : | |
| Larry Householder, | : | |
| *Defendant-Appellant* | : | |

---

## NOTICE OF FILING FOR APPEAL PURPOSES

---

Now comes the United States of America and hereby gives notice of filing of

exhibits for review and consideration by the Sixth Circuit Court of Appeals in Case

No. 23-3565, *United States of America v. Larry Householder.*[1]

| **Gov. Exhibit No.** | **Date Admitted** |
|---|---|
| 18 | February 16, 2023 |
| 153 | February 16, 2023 |
| 154 | February 16, 2023 |
| 180 | February 1, 2023 |
| 215B | January 24, 2023 |
| 216B | January 24, 2023 |
| 217 | February 23, 2023 |
| 221A | January 24, 2023 |
| 221B | January 24, 2023 |
| 222B | January 24, 2023 |
| 232A | January 24, 2023 |
| 232D | January 24, 2023 |
| 291A | January 24, 2023 |

---

[1] Entries with an asterisk are transcripts of recordings that were admitted into evidence. While the transcripts were not themselves admitted, the district court permitted the jury to use the transcripts while the recordings were played during trial and to aid them during their deliberations. To the extent the Court would like the corresponding recordings, the United States will provide them.

| | |
|---|---|
| 295D | January 31, 2023 |
| 295E | January 31, 2023 |
| 300 | February 1, 2023 |
| 315 | February 1, 2023 |
| 330A | January 24, 2023 |
| 330G | February 8, 2023 |
| 340 | February 8, 2023 |
| 350A | January 24, 2023 |
| 350B | January 24, 2023 |
| 350C | January 24, 2023 |
| 350D | January 24, 2023 |
| 350F | January 24, 2023 |
| 350G | January 24, 2023 |
| 351C | January 24, 2023 |
| 351D | January 24, 2023 |
| 352 | February 8, 2023 |
| 411 | January 24, 2023 |
| 412C | January 24, 2023 |
| 423 | January 24, 2023 |
| 424 | January 24, 2023 |
| 458A | January 24, 2023 |
| 473A | January 24, 2023 |
| 483A | January 24, 2023 |
| 536B* | February 15, 2023 |
| 537B* | February 15, 2023 |
| 538B* | February 15, 2023 |
| 612C | January 24, 2023 |
| 639B | January 24, 2023 |
| 733 | January 24, 2023 |
| 734 | January 24, 2023 |
| 739 | February 6, 2023 |
| 822 | February 9, 2023 |
| 901 | March 2, 2023 |
| 911 | March 2, 2023 |
| 911A | March 2, 2023 |

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

## CERTIFICATE OF COUNSEL

I certify that the documents attached to and filed with this Notice are copies

of the documents properly made a part of the record.

*s/Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice was served upon counsel of record

for all parties via CM/ECF, this 21st day of August, 2024.

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney

3

Fifth Third Bank Account Numbers
x3310 and x6847

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 3/30/2017 | JPL ASSOCIATES, LLC | -$ 12,468.55 |
| 3/30/2017 | JPL ASSOCIATES, LLC | -$ 23,000.00 |
| 4/24/2017 | BROOKE BODNEY | -$ 12,500.00 |
| 4/25/2017 | DINSMORE & SHOHL, LLP | -$ 6,000.00 |
| 5/3/2017 | JPL ASSOCIATES, LLC | -$ 43,000.00 |
| 5/15/2017 | THE STRATEGY GROUP LLC | -$ 4,512.00 |
| 5/16/2017 | DINSMORE & SHOHL, LLP | -$ 3,000.00 |
| 6/2/2017 | JPL ASSOCIATES, LLC | -$ 17,000.00 |
| 6/2/2017 | JPL ASSOCIATES, LLC | -$ 2,285.25 |
| 6/5/2017 | BROOKE BODNEY | -$ 12,500.00 |
| 6/19/2017 | THE STRATEGY GROUP LLC | -$ 2,646.12 |
| 6/19/2017 | THE STRATEGY GROUP LLC | -$ 4,810.00 |
| 7/3/2017 | JPL ASSOCIATES, LLC | -$ 17,000.00 |
| 7/6/2017 | DELAWARE CORP. ORGANIZERS, INC. | -$ 1,132.50 |
| 7/17/2017 | THE STRATEGY GROUP LLC | -$ 4,810.00 |
| 7/18/2017 | DINSMORE & SHOHL, LLP | -$ 3,000.00 |
| 8/1/2017 | DINSMORE & SHOHL, LLP | -$ 3,000.00 |
| 8/1/2017 | THE STRATEGY GROUP LLC | -$ 4,810.00 |
| 8/9/2017 | JPL ASSOCIATES, LLC | -$ 42,000.00 |
| 8/28/2017 | JPL ASSOCIATES, LLC | -$ 47,000.00 |
| 9/1/2017 | THE STRATEGY GROUP LLC | -$ 4,810.00 |
| 9/6/2017 | DINSMORE & SHOHL, LLP | -$ 3,000.00 |
| 9/6/2017 | THE PRINTED IMAGE | -$ 1,712.55 |
| 9/27/2017 | JPL ASSOCIATES, LLC | -$ 78,360.00 |
| 10/2/2017 | THE STRATEGY GROUP LLC | -$ 4,810.00 |
| 10/26/2017 | JPL ASSOCIATES, LLC | -$ 78,360.00 |
| 10/30/2017 | THE STRATEGY GROUP LLC | -$ 6,285.00 |
| 10/31/2017 | DINSMORE & SHOHL, LLP | -$ 6,000.00 |
| 11/10/2017 | JPL ASSOCIATES, LLC | -$ 47,000.00 |
| 11/24/2017 | JPL ASSOCIATES, LLC | -$ 78,360.00 |
| 12/14/2017 | THE STRATEGY GROUP LLC | -$ 6,285.00 |
| 12/20/2017 | DINSMORE & SHOHL, LLP | -$ 3,000.00 |
| 12/20/2017 | JPL ASSOCIATES, LLC | -$ 94,999.00 |
| | Other 2017 under $1,000 | -$ 13,684.67 |
| TOTAL 2017 OUTFLOWS | | -$ 693,140.64 |

| PAYEE | % | $ OUTFLOWS |
|---|---|---|
| JPL ASSOCIATES, LLC | 83.8% | -$ 580,832.80 |
| THE STRATEGY GROUP LLC | 6.3% | -$ 43,778.12 |
| DINSMORE & SHOHL, LLP | 3.9% | -$ 27,000.00 |
| BROOKE BODNEY | 3.6% | -$ 25,000.00 |
| LAZ PARKING | 1.0% | -$ 6,840.00 |
| OTHER | 1.4% | -$ 9,689.72 |
| TOTAL 2017 OUTFLOWS | 100.0% | -$ 693,140.64 |



GOVERNMENT EXHIBIT

18

1:20-CR-077

**2018 Outflows**

Fifth Third Bank Account Numbers
x3310 and x6847

| DATE | PAYEE | AMOUNT | DATE | PAYEE | AMOUNT |
|------|-------|--------|------|-------|--------|
| 1/5/2018 | BROOKE BODNEY | -$ 10,000.00 | 7/13/2018 | JPL ASSOCIATES, LLC | -$ 50,000.00 |
| 1/8/2018 | LAZ PARKING | -$ 1,620.00 | 7/17/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 |
| 1/17/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 | 7/25/2018 | JPL ASSOCIATES, LLC | -$ 30,000.00 |
| 1/29/2018 | JPL ASSOCIATES, LLC | -$ 109,513.35 | 7/30/2018 | BROOKE BODNEY | -$ 10,000.00 |
| 1/30/2018 | JPL ASSOCIATES, LLC | -$ 14,514.35 | 8/6/2018 | LAZ PARKING | -$ 1,800.00 |
| 1/31/2018 | BROOKE BODNEY | -$ 10,000.00 | 8/9/2018 | JPL ASSOCIATES, LLC | -$ 50,000.00 |
| 2/5/2018 | LAZ PARKING | -$ 1,620.00 | 8/13/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 |
| 2/12/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 | 8/21/2018 | JPL ASSOCIATES, LLC | -$ 100,000.00 |
| 2/21/2018 | JPL ASSOCIATES, LLC | -$ 109,513.35 | 8/28/2018 | BROOKE BODNEY | -$ 10,000.00 |
| 3/2/2018 | BROOKE BODNEY | -$ 10,000.00 | 9/7/2018 | LAZ PARKING | -$ 1,800.00 |
| 3/7/2018 | LAZ PARKING | -$ 1,620.00 | 9/10/2018 | GROWTH & OPPORTUNITY PAC, INC. | -$ 50,000.00 |
| 3/12/2018 | JPL ASSOCIATES, LLC | -$ 132,000.00 | 9/10/2018 | JPL ASSOCIATES, LLC | -$ 100,000.00 |
| 3/12/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 | 9/17/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 |
| 3/22/2018 | JPL ASSOCIATES, LLC | -$ 200,000.00 | 9/20/2018 | JPL ASSOCIATES, LLC | -$ 100,000.00 |
| 4/2/2018 | BROOKE BODNEY | -$ 10,000.00 | 9/25/2018 | DINSMORE & SHOHL, LLP | -$ 6,679.90 |
| 4/2/2018 | GROWTH & OPPORTUNITY PAC, INC. | -$ 250,000.00 | 10/2/2018 | BROOKE BODNEY | -$ 10,000.00 |
| 4/5/2018 | JPL ASSOCIATES, LLC | -$ 209,513.35 | 10/2/2018 | JPL ASSOCIATES, LLC | -$ 139,000.00 |
| 4/5/2018 | LAZ PARKING | -$ 1,620.00 | 10/9/2018 | DINSMORE & SHOHL, LLP | -$ 6,000.00 |
| 4/12/2018 | GROWTH & OPPORTUNITY PAC, INC. | -$ 750,000.00 | 10/9/2018 | LAZ PARKING | -$ 1,800.00 |
| 4/12/2018 | JPL ASSOCIATES, LLC | -$ 109,513.35 | 10/15/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 |
| 4/13/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 | 10/19/2018 | HARD WORKING OHIOANS, INC. | -$ 400,000.00 |
| 4/19/2018 | JPL ASSOCIATES, LLC | -$ 71,337.00 | 10/19/2018 | JPL ASSOCIATES, LLC | -$ 70,000.00 |
| 5/1/2018 | BROOKE BODNEY | -$ 10,000.00 | 10/24/2018 | HARD WORKING OHIOANS, INC. | -$ 150,000.00 |
| 5/7/2018 | JPL ASSOCIATES, LLC | -$ 53,600.00 | 10/29/2018 | HARD WORKING OHIOANS, INC. | -$ 120,000.00 |
| 5/7/2018 | LAZ PARKING | -$ 1,620.00 | 10/31/2018 | BROOKE BODNEY | -$ 10,000.00 |
| 5/14/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 | 11/1/2018 | JPL ASSOCIATES, LLC | -$ 45,000.00 |
| 5/23/2018 | DINSMORE & SHOHL, LLP | -$ 10,000.00 | 11/7/2018 | LAZ PARKING | -$ 1,800.00 |
| 5/23/2018 | DINSMORE & SHOHL, LLP | -$ 8,199.00 | 11/13/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 |
| 5/30/2018 | BROOKE BODNEY | -$ 10,000.00 | 11/28/2018 | JPL ASSOCIATES, LLC | -$ 44,000.00 |
| 5/31/2018 | JPL ASSOCIATES, LLC | -$ 75,000.00 | 11/30/2018 | BROOKE BODNEY | -$ 10,000.00 |
| 6/7/2018 | LAZ PARKING | -$ 1,620.00 | 12/6/2018 | LAZ PARKING | -$ 1,800.00 |
| 6/13/2018 | JPL ASSOCIATES, LLC | -$ 50,000.00 | 12/10/2018 | JPL ASSOCIATES, LLC | -$ 15,000.00 |
| 6/14/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 | 12/18/2018 | THE STRATEGY GROUP LLC | -$ 6,285.00 |
| 7/5/2018 | BROOKE BODNEY | -$ 10,000.00 | | Other 2018 Under $1,000 | -$ 2,981.14 |
| 7/9/2018 | LAZ PARKING | -$ 1,800.00 | **TOTAL 2018 OUTFLOWS** | | **-$ 3,847,304.79** |

| PAYEE | % | $ OUTFLOWS |
|-------|---|-----------|
| JPL ASSOCIATES, LLC | 48.8% | -$ 1,877,504.75 |
| GROWTH & OPPORTUNITY PAC, INC. | 27.3% | -$ 1,050,000.00 |
| HARD WORKING OHIOANS, INC. | 17.4% | -$ 670,000.00 |
| BROOKE BODNEY | 3.1% | -$ 120,000.00 |
| THE STRATEGY GROUP LLC | 2.0% | -$ 75,420.00 |
| DINSMORE & SHOHL, LLP | 0.8% | -$ 30,878.90 |
| LAZ PARKING | 0.5% | -$ 20,806.00 |
| OTHER | 0.1% | -$ 2,695.14 |
| **TOTAL 2018 OUTFLOWS** | **100.0%** | **-$ 3,847,304.79** |



Fifth Third Bank Account Numbers
x3310 and x6847

| COUNT | PAYEE | AMOUNT | COUNT | PAYEE | AMOUNT |
|---|---|---|---|---|---|
| 18 | OHIOANS FOR ENERGY SECURITY | -$ 21,322,500.00 | 1 | NATIONAL PETITION MGMT INC | -$ 25,000.00 |
| 12 | STRATEGIC MEDIA PLACEMENT INC | -$ 12,383,026.74 | 1 | DRW CAMPAIGNS | -$ 25,000.00 |
| 20 | JPL ASSOCIATES, LLC | -$ 8,052,553.00 | 1 | BLITZ CANVASSING LLC | -$ 25,000.00 |
| 12 | FIELDWORKS, LLC | -$ 6,205,154.39 | 1 | AZ PETITION PARTNERS | -$ 25,000.00 |
| 9 | 17 CONSULTING GROUP | -$ 1,620,000.00 | 1 | GOCO CONSULTING | -$ 25,000.00 |
| 4 | AMERICAN FEDERATION OF LABOR OHIO | -$ 1,480,000.00 | 2 | JVA CAMPAIGNS | -$ 21,000.00 |
| 10 | BROOKE BODNEY | -$ 230,000.00 | 1 | IN THE FIELD, INC. | -$ 20,000.00 |
| 4 | LINCOLN STRATEGY GROUP, LLC. | -$ 141,775.00 | 1 | AEGIS ADVOCACY | -$ 20,000.00 |
| 2 | MOORE INFORMATION, INC. | -$ 118,100.00 | 1 | VOTER APPROVED, LLC | -$ 20,000.00 |
| 2 | SILVER BULLET GROUP, INC. | -$ 111,750.00 | 1 | THE PICARD GROUP LLC | -$ 20,000.00 |
| 3 | PUBLIC OPINION STRATEGIES, LLC | -$ 107,000.00 | 1 | POWELL STRATEGIC COMMUNICATIONS LL | -$ 20,000.00 |
| 1 | BAESMAN GROUP, INC. | -$ 90,850.00 | 1 | THE YATES COMPANY | -$ 20,000.00 |
| 2 | TAYLOR PETITION MANAGEMENT LLC | -$ 65,000.00 | 1 | ELITE CAMPAIGNS, INC. | -$ 20,000.00 |
| 2 | LA MACHINE FIELD OPERATIONS, LLC | -$ 60,000.00 | 1 | TRITON OREGON, LLC | -$ 20,000.00 |
| 1 | SOUTHERN STRAGEY GROUP OF LOUISIAN | -$ 55,000.00 | 3 | DINSMORE & SHOHL, LLP | -$ 18,210.00 |
| 2 | LET THE VOTERS DECIDE, LLC | -$ 55,000.00 | 1 | JOHN BURKETT | -$ 15,000.00 |
| 2 | JUDITH COURCHAINE | -$ 50,000.00 | 1 | JEFF HARVEY | -$ 15,000.00 |
| 2 | DARIUS DONNIE GIBSON | -$ 50,000.00 | 1 | YOUR CHOICE PETITIONS, LLC | -$ 15,000.00 |
| 2 | MARASIGAN MCCOY, LLC | -$ 50,000.00 | 1 | GRIFFIN CONSULTING SERVICES | -$ 15,000.00 |
| 2 | LATHAM CONSULTING GROUP LLC | -$ 45,000.00 | 1 | DISCOVERY PETITION MANAGEMENT CO | -$ 15,000.00 |
| 1 | BH-AP PETITIONING PARTNERS | -$ 40,000.00 | 1 | VOTER DIRECT | -$ 15,000.00 |
| 7 | STEINER PUBLIC RELATIONS | -$ 40,000.00 | 2 | FORTITUDE CAMPAIGNS, LLC | -$ 15,000.00 |
| 5 | MCTIGUE & COLUMBO LLC | -$ 34,615.00 | 1 | INITIATIVES PLUS | -$ 15,000.00 |
| 2 | GO BIG MEDIA INC. | -$ 30,000.00 | 2 | RONALD GAMBLE | -$ 13,500.00 |
| 1 | EMERALD AMBASSADORS | -$ 30,000.00 | 2 | THE STRATEGY GROUP LLC | -$ 12,570.00 |
| 1 | IN FIELD STRATEGY | -$ 30,000.00 | 4 | ISAAC WILES BURKHOLDER AND | -$ 10,167.50 |
| 1 | OHIO PETITION PARTNERS LLC | -$ 30,000.00 | 2 | CAPCOR STRATEGIES | -$ 20,000.00 |
| 1 | BLACK DIAMOND OUTREACH LLC | -$ 30,000.00 | 1 | ACCELEVATE 2020 LLC | -$ 10,000.00 |
| 8 | EMBRY MERRITT SHAFFER WOMACK, PL | -$ 27,800.00 | 1 | NATIONAL VOTER OUTREACH, INC. | -$ 10,000.00 |
| 1 | NATIONAL BALLOT ACCESS, INC. | -$ 25,000.00 | 1 | NICHOLAS SABBAGH | -$ 10,000.00 |
| 1 | PRIMARY STRATEGIES LLC | -$ 25,000.00 | 1 | JOE DESILETS | -$ 10,000.00 |
| 1 | CAPITAL ADVISORS, LLC. | -$ 25,000.00 | 1 | KEVIN LEE OGLESBY | -$ 10,000.00 |
| 1 | DARRIUS YOUNG | -$ 25,000.00 | 1 | CANVASS AMERICA, LLC | -$ 10,000.00 |
| 1 | THE LA JOLLA GROUP CONSULTING | -$ 25,000.00 | 83 | OTHER | -$ 424,669.55 |
| 1 | DIRECT CONTACT LLC | -$ 25,000.00 | **TOTAL 2019 OUTFLOWS** | | -$ 53,720,241.18 |

Fifth Third Bank Account Numbers
x3310 and x6847

| PAYEE | % | $ OUTFLOWS |
|---|---|---|
| OHIOANS FOR ENERGY SECURITY | 39.7% | -$ 21,322,500.00 |
| STRATEGIC MEDIA PLACEMENT INC | 23.1% | -$ 12,383,026.74 |
| JPL ASSOCIATES, LLC | 15.0% | -$ 8,052,553.00 |
| FIELDWORKS, LLC | 11.6% | -$ 6,205,154.39 |
| 17 CONSULTING GROUP | 3.0% | -$ 1,620,000.00 |
| AMERICAN FEDERATION OF LABOR OHIO | 2.8% | -$ 1,480,000.00 |
| BROOKE BODNEY | 0.4% | -$ 230,000.00 |
| LINCOLN STRATEGY GROUP, LLC. | 0.3% | -$ 141,775.00 |
| OTHER (106 ENTITIES) | 4.3% | -$ 2,285,232.05 |
| TOTAL 2019 OUTFLOWS | 100.0% | -$ 53,720,241.18 |



**Fifth Third Bank Account Numbers**
x3310 and x6847

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 1/7/2020 | STEINER PUBLIC RELATIONS | -$ 5,000.00 |
| 1/14/2020 | STRATEGIC MEDIA PLACEMENT INC | -$ 3,624.00 |
| 1/22/2020 | COALITION FOR GROWTH & OPPORTUNITY INC | -$ 510,000.00 |
| 1/31/2020 | EMBRY MERRITT SHAFFER WOMACK, PL | -$ 3,000.00 |
| 2/3/2020 | BROOKE BODNEY | -$ 25,000.00 |
| 2/3/2020 | JPL ASSOCIATES, LLC | -$ 100,000.00 |
| 2/4/2020 | ISAAC WILES BURKHOLDER AND | -$ 3,862.50 |
| 2/4/2020 | OHIOANS FOR ENERGY SECURITY | -$ 40,000.00 |
| 2/4/2020 | STEINER PUBLIC RELATIONS | -$ 5,000.00 |
| 2/6/2020 | COALITION FOR GROWTH & OPPORTUNITY INC | -$ 500,000.00 |
| 2/13/2020 | COALITION FOR GROWTH & OPPORTUNITY INC | -$ 250,000.00 |
| 2/13/2020 | MCTIGUE & COLOMBO LLC | -$ 6,648.20 |
| 2/13/2020 | PUBLIC OPINION STRATEGIES, LLC | -$ 62,000.00 |
| 2/28/2020 | EMBRY MERRITT SHAFFER WOMACK, PL | -$ 3,000.00 |
| 3/2/2020 | BROOKE BODNEY | -$ 25,000.00 |
| 3/2/2020 | JPL ASSOCIATES, LLC | -$ 100,000.00 |
| 3/4/2020 | FIELDWORKS, LLC | -$ 462,923.10 |
| 3/4/2020 | STEINER PUBLIC RELATIONS | -$ 5,000.00 |
| 3/12/2020 | ISAAC WILES BURKHOLDER AND | -$ 2,819.40 |
| 3/17/2020 | COALITION FOR TERM LIMITS | -$ 30,000.00 |
| 3/24/2020 | EMBRY MERRITT SHAFFER WOMACK, PL | -$ 3,000.00 |
| 4/2/2020 | BROOKE BODNEY | -$ 25,000.00 |
| 4/2/2020 | JPL ASSOCIATES, LLC | -$ 100,000.00 |
| 4/6/2020 | STEINER PUBLIC RELATIONS | -$ 5,000.00 |
| 4/30/2020 | EMBRY MERRITT SHAFFER WOMACK, PL | -$ 3,000.00 |
| 5/5/2020 | BROOKE BODNEY | -$ 25,000.00 |
| 5/5/2020 | JPL ASSOCIATES, LLC | -$ 100,000.00 |
| 5/6/2020 | STEINER PUBLIC RELATIONS | -$ 5,000.00 |
| 5/26/2020 | EMBRY MERRITT SHAFFER WOMACK, PL | -$ 3,000.00 |
| 6/1/2020 | BROOKE BODNEY | -$ 25,000.00 |
| 6/1/2020 | JPL ASSOCIATES, LLC | -$ 100,000.00 |
| 6/3/2020 | STEINER PUBLIC RELATIONS | -$ 5,000.00 |
| 6/12/2020 | RIGHT DIGITAL | -$ 1,406.16 |
| 6/12/2020 | WINTERSET CPA GROUP | -$ 5,135.81 |
| 6/30/2020 | EMBRY MERRITT SHAFFER WOMACK, PL | -$ 3,000.00 |
| | Other 2020 Under $1,000 | -$ 6,993.54 |
| **2020 OUTFLOWS** | | **-$ 2,558,412.71** |

| PAYEE | % | $ OUTFLOWS |
|---|---|---|
| COALITION FOR GROWTH & OPPORTUNITY INC | 49.2% | -$ 1,260,000.00 |
| JPL ASSOCIATES, LLC | 19.5% | -$ 500,000.00 |
| FIELDWORKS, LLC | 18.1% | -$ 462,923.10 |
| BROOKE BODNEY | 4.9% | -$ 125,000.00 |
| PUBLIC OPINION STRATEGIES, LLC | 2.4% | -$ 62,000.00 |
| OHIOANS FOR ENERGY SECURITY | 1.6% | -$ 40,000.00 |
| STEINER PUBLIC RELATIONS | 1.2% | -$ 30,000.00 |
| OTHER | 3.1% | -$ 78,489.61 |
| **2020 OUTFLOWS** | **100.0%** | **-$ 2,558,412.71** |



# Ohioans for Energy Security
# Fifth-Third Bank Account Number x8255

**GOVERNMENT EXHIBIT**

153

1:20-CR-077

## *DEPOSITS*

| DATE | PAYOR | AMOUNT |
|------|-------|--------|
| 8/12/2019 | GENERATION NOW, INC. | $ 3,000,000.00 |
| 8/14/2019 | GENERATION NOW, INC. | $ 400,000.00 |
| 8/30/2019 | GENERATION NOW, INC. | $ 1,200,000.00 |
| 9/6/2019 | GENERATION NOW, INC. | $ 1,220,000.00 |
| 9/13/2019 | GENERATION NOW, INC. | $ 1,100,000.00 |
| 9/20/2019 | GENERATION NOW, INC. | $ 2,400,000.00 |
| 9/26/2019 | GENERATION NOW, INC. | $ 700,000.00 |
| 9/30/2019 | GENERATION NOW, INC. | $ 700,000.00 |
| 10/3/2019 | GENERATION NOW, INC. | $ 825,000.00 |
| 10/4/2019 | GENERATION NOW, INC. | $ 160,000.00 |
| 10/4/2019 | GENERATION NOW, INC. | $ 1,300,000.00 |
| 10/8/2019 | GENERATION NOW, INC. | $ 1,700,000.00 |
| 10/10/2019 | GENERATION NOW, INC. | $ 1,350,000.00 |
| 10/10/2019 | GENERATION NOW, INC. | $ 2,000,000.00 |
| 10/15/2019 | GENERATION NOW, INC. | $ 2,500,000.00 |
| 10/17/2019 | GENERATION NOW, INC. | $ 2,500,000.00 |
| 10/18/2019 | LINCOLN STRATEGY GROUP, LLC | $ 27,525.00 |
| 10/23/2019 | GENERATION NOW, INC. | $ 150,000.00 |
| 11/12/2019 | GENERATION NOW, INC. | $ 17,500.00 |
| 11/18/2019 | GENERATION NOW, INC. | $ 100,000.00 |
| 12/18/2019 | STRATEGIC MEDIA PLACEMENT INC. | $ 39,152.69 |
| 2/4/2020 | GENERATION NOW, INC. | $ 40,000.00 |
| **TOTAL DEPOSITS** | | **$ 23,429,177.69** |

# Ohioans for Energy Security
# Fifth-Third Bank Account Number x8255

| SOURCE | % OF FUNDING | $ FUNDING |
|---|---|---|
| GENERATION NOW, INC. | *99.7%* | $ 23,362,500.00 |
| STRATEGIC MEDIA PLACEMENT INC. | *0.2%* | $ 39,152.69 |
| LINCOLN STRATEGY GROUP, LLC. | *0.1%* | $ 27,525.00 |
| **TOTAL** | **100.0%** | **$ 23,429,177.69** |



Ohioans for Energy Security

Fifth-Third Bank Account Number x8255

GOVERNMENT
EXHIBIT

154

1:20-CR-077

### *OUTFLOWS*

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 8/14/2019 | CONSTANT CONTENT CO. | -$ 2,200,000.00 |
| 8/14/2019 | STRATEGIC MEDIA PLACEMENT INC. | -$ 1,180,400.00 |
| 8/22/2019 | ISAAC WILES | -$ 1,096.50 |
| 8/22/2019 | LOPARO PUBLIC RELATIONS | -$ 10,000.00 |
| 8/28/2019 | EFT | -$ 23.99 |
| 9/3/2019 | STRATEGIC MEDIA PLACEMENT INC. | -$ 1,200,000.00 |
| 9/10/2019 | LOPARO PUBLIC RELATIONS | -$ 10,000.00 |
| 9/10/2019 | STRATEGIC MEDIA PLACEMENT INC. | -$ 1,100,000.00 |
| 9/12/2019 | SERVICE CHARGE | -$ 106.50 |
| 9/19/2019 | STRATEGIC MEDIA PLACEMENT INC. | -$ 1,100,000.00 |
| 9/20/2019 | VOTER TO VOTER, LLC | -$ 150,000.00 |
| 9/25/2019 | VOTER TO VOTER, LLC | -$ 150,000.00 |
| 9/26/2019 | VOTER TO VOTER, LLC | -$ 700,000.00 |
| 9/30/2019 | CONSTANT CONTENT CO. | -$ 2,200,000.00 |
| 9/30/2019 | STRATEGIC MEDIA PLACEMENT INC. | -$ 700,000.00 |
| 10/3/2019 | THE STRATEGY GROUP FOR MEDIA, INC. | -$ 2,500.00 |
| 10/4/2019 | ISAAC WILES | -$ 152.50 |
| 10/4/2019 | LOPARO PUBLIC RELATIONS | -$ 10,000.00 |
| 10/4/2019 | OHIO OUTDOOR ADVERTISING, LLC | -$ 150,000.00 |
| 10/4/2019 | STRATEGIC MEDIA PLACEMENT INC. | -$ 824,590.00 |
| 10/4/2019 | VOTER TO VOTER, LLC | -$ 1,310,000.00 |
| 10/8/2019 | LINCOLN STRATEGY GROUP, LLC | -$ 50,000.00 |
| 10/9/2019 | VOTER TO VOTER, LLC | -$ 1,600,000.00 |
| 10/10/2019 | SERVICE CHARGE | -$ 317.50 |
| 10/11/2019 | LINCOLN STRATEGY GROUP, LLC | -$ 100,000.00 |
| 10/11/2019 | STRATEGIC MEDIA PLACEMENT INC. | -$ 833,090.00 |
| 10/11/2019 | VOTER TO VOTER, LLC. | -$ 2,472,403.07 |
| 10/15/2019 | LINCOLN STRATEGY GROUP, LLC | -$ 510,550.00 |
| 10/15/2019 | VOTER TO VOTER, LLC | -$ 1,500,000.00 |

Ohioans for Energy Security

Fifth-Third Bank Account Number x8255

| | | |
|---|---|---|
| 10/18/2019 | LINCOLN STRATEGY GROUP, LLC | -$ 27,525.00 |
| 10/18/2019 | VOTER TO VOTER, LLC | -$ 2,924,385.44 |
| 10/21/2019 | ISAAC WILES | -$ 4,220.00 |
| 10/21/2019 | OHIO, STATEHOUSE | -$ 50.00 |
| 10/21/2019 | RUSHORDER, RUSHORDERTEES | -$ 3,156.75 |
| 10/23/2019 | OHIO, STATEHOUSE | -$ 360.00 |
| 10/23/2019 | THE PRINTED IMAGE | -$ 195.65 |
| 10/23/2019 | VOTER TO VOTER, LLC | -$ 192,847.00 |
| 11/5/2019 | LOPARO PUBLIC RELATIONS | -$ 10,000.00 |
| 11/13/2019 | EFT | -$ 450.00 |
| 11/13/2019 | ISAAC WILES | -$ 2,975.00 |
| 11/18/2019 | MCTIGUE & COLOMBO LLC | -$ 40,767.85 |
| 11/18/2019 | STRATEGIC MEDIA PLACEMENT INC. | -$ 54,700.00 |
| 11/27/2019 | EMBEE MEDIA | -$ 3,000.00 |
| 12/12/2019 | EFT | -$ 126.00 |
| 12/12/2019 | LOPARO PUBLIC RELATIONS | -$ 10,000.00 |
| 12/16/2019 | MIGHTY GROUP, LLC | -$ 1,950.00 |
| 12/23/2019 | ISAAC WILES | -$ 21,623.56 |
| 1/13/2020 | SERVICE CHARGE | -$ 75.00 |
| 1/16/2020 | ISAAC WILES | -$ 825.00 |
| 2/4/2020 | DEBIT MEMO | -$ 7,500.00 |
| 2/4/2020 | MCTIGUE & COLOMBO LLC | -$ 52,495.35 |
| 2/12/2020 | SERVICE CHARGE | -$ 30.00 |
| 3/11/2020 | MCTIGUE AND MCGINN | -$ 455.81 |
| 3/11/2020 | SERVICE CHARGE | -$ 101.25 |
| 3/27/2020 | INTUIT | -$ 231.13 |
| 4/10/2020 | SERVICE CHARGE | -$ 65.00 |
| 5/12/2020 | SERVICE CHARGE | -$ 65.00 |
| 6/10/2020 | SERVICE CHARGE | -$ 65.00 |
| **TOTAL OUTFLOWS** | | **-$ 23,425,470.85** |

# Ohioans for Energy Security
# Fifth-Third Bank Account Number x8255

| PAYEE | % OF OUTFLOWS | $ OUTFLOW |
|---|---|---|
| VOTER TO VOTER, LLC. | *47.0%* | -$ 10,999,635.51 |
| STRATEGIC MEDIA PLACEMENT INC | *29.9%* | -$ 6,992,780.00 |
| CONSTANT CONTENT CO. | *18.8%* | -$ 4,400,000.00 |
| LINCOLN STRATEGY GROUP, LLC. | *2.9%* | -$ 688,075.00 |
| OHIO OUTDOOR ADVERTISING, LLC. | *0.6%* | -$ 150,000.00 |
| OTHER | *0.8%* | -$ 194,980.34 |
| **TOTAL** | **100.0%** | **-$ 23,425,470.85** |







**Flow of FirstEnergy Payments to Enterprise (2017-2020)**



# DOCUMENT PRODUCED NATIVELY

FOIA CONFIDENTIAL TREATMENT REQUESTED

# Travel Itinerary 

**Purpose:** Presidential Inauguration

**Destination:** Washington DC

**Trip Start:** 1/18/17

**Trip End:** 1/21/17

## ✈ DEPARTING FLIGHT

| Date | Departs | Airline | Departure | Arrives | Arrival | Flight Crew |
|------|---------|---------|-----------|---------|---------|-------------|
| 1/18/17 | CAK | Citation Excel - N52FE | 2:00 PM | Dulles (DC) | 2:54 PM | Garrett Baugh  330-571-7954<br>John Thomas 330-604-0630 |

## 🚗 Car Service - January 18

| Date | Time | Confirm # | Location | Company | Phone |
|------|------|-----------|----------|---------|-------|
| 1/18/17 | 3:00 PM | 2252740-002 | DCA to Hotel | LimoLink | 866-624-2583 |
| | *Note: Sprinter Van is under Mike Dowling and available to use until midnight* | | | | |

## 🏢 HOTEL

| Date | Name | Street | Phone | Check-Out |
|------|------|--------|-------|-----------|
| 1/18/17 | Capitol Skyline Hotel | 10 I Street SW<br>Washington, DC 20024 | 202-488-7500 | 1/21/17 |

## 📈 MEETINGS AND EVENTS

| Date | Time | Venue | Event | Notes: |
|------|------|-------|-------|--------|
| 1/18/17 | 4:30-6:30 pm | W Hotel Bar<br>515 15th Street NW<br>Washington, DC 20004 | Rick Perry gathering | |
| 1/18/17 | 7:30 PM | Charlie Palmer Steakhouse<br>101 Constitution Avenue NW<br>Washington, DC 20001 | Dinner | *reservation is for 6 ppl<br>under Larry Householder* |

## 🚗 Car Service - January 19

| Date | Time | Confirm # | Location | Company | Phone |
|------|------|-----------|----------|---------|-------|
| 1/19/17 | 7:30 AM | 2257004-005 | Capitol Skyline Hotel | LimoLink | 866-624-2583 |
| | *Note: 2 SUV's for use all day (1 under your Mike Dowling & 1 under Chuck Jones)* | | | | |

## 📈 MEETINGS AND EVENTS

| Date | Time | Venue | Event | Notes: |
|------|------|-------|-------|--------|
| 1/19/17 | 11:00-1:00 | K&L Gates Law Offices<br>1601 K Street NW<br>Washington, DC 20006 | Amer-I-Can Pre-Inauguration Day Party<br>*VIP Reception 11-12:30 / General 12:30-3:30* | *will need to be there by 11 am* |
| 1/19/17 | 4:30-7:00 pm | Capitol Skyline Hotel<br>10 I Street SW<br>Washington, DC 20024 | Ohio Reception | *business attire* |
| 1/19/17 | 4:00-7:00 pm | Due South<br>301 Water Street SE<br>Washington, DC 20003 | Alabama Reception | |

| 1/19/17 | 5:30 PM | The Palm<br>1225 19th Street NW<br>Washington, DC 20036 | Dinner #1 | | *reservation for 6 under Larry*<br>*Householder* |
| 1/19/17 | 7 pm - 12 am | Gaylord National Resort<br>201 Waterfront Street<br>National Harbor, MD 20745 | Texas Black Tie & Boots Inaugural Ball | | *black tie* |
| 1/19/17 | 9:15 PM | The Palm<br>1225 19th Street NW<br>Washington, DC 20036 | Dinner #2 | | *reservation for 8 under Larry*<br>*Householder* |

### 🚗 Car Service - January 20

| Date | Time | Confirm # | Location | Company | Phone |
|---|---|---|---|---|---|
| 1/20/17 | 7:30 AM | 2257004-006 | Capitol Skyline Hotel | LimoLink | 866-624-2583 |

*Note: 2 SUV's for use all day (1 under your Mike Dowling & 1 under Chuck Jones)*

### 📈 MEETINGS AND EVENTS

| Date | Time | Venue | Event | Notes: |
|---|---|---|---|---|
| 1/20/17 | 11:30 AM | U.S. Capitol Building<br>West Front | Swearing In<br>Remarks: 11:30 Swearing In: 12 noon | *be there no later than 8 am as*<br>*security lines could get long* |
| 1/20/17 | 11 am - 4 pm | EEI Offices<br>701 Pennsylvania Avenue NW<br>Washington, DC 20004 | Inaugural Parade Watch Party | *registered by KAH 1/17/17* |
| 1/20/17 | | | RGA Parade Watching Event | *Parade begins at 3:00 pm* |
| 1/20/17 | 6:00 PM | The Palm<br>1225 19th Street NW<br>Washington, DC 20036 | Dinner | *reservation for 8 under Larry*<br>*Householder* |
| 1/20/17 | 7-11 pm | W.E. Washingon Conv Ctr<br>801 Mt. Vernon Place NW<br>Washington, DC 20001 | Liberty & Freedom Balls | *Doors open at 5:00 pm*<br>*Enter at 7th & K Streets NW*<br>*Black Tie* |

### 🚗 Car Service - January 21

| Date | Time | Confirm # | Location | Company | Phone |
|---|---|---|---|---|---|
| 1/21/17 | 11:00 AM | 2252740-003 | Capitol Skyline Hotel | LimoLink | 866-624-2583 |

*Note: Sprinter van is under Chuck Jones and will depart at approximately 11:15 am*

### ✈ RETURNING FLIGHT

| Date | Departs | Airline | Departure | Arrives | Arrival | |
|---|---|---|---|---|---|---|
| 1/21/17 | Dulles (DC) | Citation Excel - N52FE | 11:15 AM | CAK | 12:15 PM | Garrett Baugh  330-571-7954<br>John Thomas  330-604-0630 |

**GOVERNMENT EXHIBIT**

216B

1:20-CR-077

**From:** Jeff Longstreth
**To:** Larry
**Cc:** Bryan Gray
**Subject:** DC event info
**Date:** Monday, January 16, 2017 10:39:33 AM
**Attachments:** Inauguration 2017 Invitation- Statesmen.pdf
Untitled attachment 00014.html

Jeff has a car (8 people) and driver in the evenings of the 18th-21st.
Jeff is staying at the Arlington Hilton and can be reached 614-378-1107

**Wednesday January 18-**
Jeff's Reception (W-Hotel) 4:30-6:30pm (just some "friends" gathering in the W hotel bar)
Dinner reservation- Charlie Palmer Steakhouse 7:30pm

**Thursday January 19-**
Welcome Concert (National Mall) 9am-noon
Ohio Reception (Capitol Skyline) 4:30-7:30pm
Alabama Reception (Due South), 301 Water St SE, Washington, DC 20003
Dinner reservation #1 (The Palm) 5:30pm (8 people)
Black Tie and Boots (Gaylord Conference Center) 7-11pm (Tickets are $300/piece, but readily available. Jeff will have some, but not sure how many)
Dinner reservation #2 (The Palm) 9:15pm 8 people (for those who don't attend the BT&B)

**Friday January 20-**
Swearing In (Capitol) 11:30am (get there no later than 8am because security lines could be very long).
RGA Parade Watching Event (see attached event details) Parade begins at 3:00pm
Dinner reservation (The Palm) 6:00pm 8 people
Liberty and Freedom Balls (Walter E. Washington Convention Center) 7-11pm



Please Join the RGA and the Edison Electric
Institute to watch the parade and to celebrate the
**58th Inauguration of the President of the
United States**

With Special Guests

## RGA Chairman Governor Scott Walker and First Lady Tonette Walker
Wisconsin

### January 20, 2017
11:00 a.m. - 4:00 p.m.

---

### Edison Electric Institute
701 Pennsylvania Avenue, N.W. 4th Floor
Washington, D.C. 20004

---

TO CONFIRM YOUR PARTICIPATION, PLEASE COMPLETE THE REQUESTED INFORMATION IN THIS LINK

TICKET ALLOCATION

| | |
|---|---|
| RGA Statesmen – 6 attendees | Governors Cabinet – 4 attendees |
| Governors Board – 3 attendees | Governors Council – 3 attendees |
| Governors Roundtable – 2 attendees | Governors Club – 2 attendees |
| National Finance Committee – 1 attendee | |

**PLEASE NOTE: THIS EVENT IS FOR CURRENT RGA MEMBERS. THIS INVITATION IS NON-TRANSFERABLE.**

RGA Staff Contact: McKenzie Vaughn at 202-662-4156 / mvaughn@rga.org



This event is designed to comply with the reception exception to the House and Senate Ethics rules. Federal Executive Branch and State Officials should contact their respective Ethics office to determine whether they may attend this event. Paid for by the Republican Governors Association.

# Additional Confirmed Governors*

1/12/2017

Governor Robert Bentley, Alabama*
Governor Doug Ducey, Arizona*
Governor Asa Hutchinson, Arkansas*
Governor Rick Scott, Florida
Governor Eddie Calvo, Guam*
Governor Butch Otter, Idaho*
Governor Eric Holcomb, Indiana*
Governor Terry Branstad, Iowa*
Lt. Governor Kim Reynolds, Iowa*
Governor Sam Brownback, Kansas
Governor Paul LePage, Maine*
Governor Larry Hogan, Maryland*
Governor Charlie Baker, Massachusetts*
Governor Rick Snyder, Michigan

Governor Phil Bryant, Mississippi
Governor Eric Greitens, Missouri
Governor Pete Ricketts, Nebraska*
Governor Chris Christie, New Jersey*
Governor Susana Martinez, New Mexico
Governor Doug Burgum, North Dakota*
Governor Ralph Torres, Northern Mariana Islands
Governor Mary Fallin, Oklahoma*
Governor Nikki Haley, South Carolina
Governor Dennis Daugaard, South Dakota*
Governor Bill Haslam, Tennessee*
Governor Greg Abbott, Texas*
Governor Gary Herbert, Utah*
Governor Matt Mead, Wyoming*

This event is designed to comply with the reception exception to the House and Senate Ethics rules. Federal Executive Branch and State Officials should contact their respective Ethics office to determine whether they may attend this event. Paid for by the Republican Governors Association.

**From: Tony George** thegeorgegroup@aol.com
**Subject:** Fwd: Capitol Skyline Hotel Reservation Confirmation Capitol Skyline Hotel
**Date:** January 4, 2017 at 12:00
**To:** Larry Householder mymail987321@gmail.com

GOVERNMENT
EXHIBIT

217

1:20-CR-077

Larry,

Attached is the conformation for the hotel for your records.

Thanks,
Sabrina

-----Original Message-----
From: res <res@capitolskyline.com>
To: thegeorgegroup <thegeorgegroup@aol.com>
Cc: res <res@capitolskyline.com>
Sent: Wed, Jan 4, 2017 11:26 am
Subject: Capitol Skyline Hotel Reservation Confirmation Capitol Skyline Hotel

**Confirmation Number:** 312604463
**Welcome**

**Dear Mr Larry Householder:**
Thank you for choosing the Capitol Skyline Hotel for your upcoming visit to Washington.

Please review your reservation information carefully and contact us if we can be of further assistance.

During summer weekends, our hotel hosts pool parties inviting both our hotel guests and the local community. These events typically run from 1:00pm – 7:00pm. During this time, hotel guests are always welcome to join the festivities. The pool opens at 10am and closes at 9pm.

We look forward to welcoming you and wish you a most enjoyable stay.

Sincerely,

Gina Ilagan
202 488 7500
res@capitolskyline.com
www.capitolskyline.com

| **Guest Info** | **Credit Card Info** |
|---|---|
| Mr Larry Householder | Card Type: AMEX |
| Email: thegeorgegroup@aol.com | Card Number: ********************5003 |
| Phone: 216-221-3992 | Expiration Date: xx/xx |
| * | Card Holder: Thomas T George |

18605 Detroit Ave
*
Lakewood,Ohio 44107
UNITED STATES

| **Reservation Info** | **Charge** |
|---|---|
| Confirmation Number: 312604463 | USD 1,557.00 |

Book Date: January 4, 2017
Number of Rooms: 1
Number of Adults: 2
Number of Children: 0
Number of Infants: 0
Check In: January 18, 2017
Check Out: January 21, 2017
Total Stay: 3 night(s)
Call Center (Call Agent:94401)

Room Type: Deluxe King Pool View
Well appointed and designed, our Deluxe King room offers all the comforts of home, including these in room amenities:
245 Sq. Ft./23 m2
One King Bed
FREE WIFI
Complimentary Coffee with premium coffees

Flat Panel HD television with over 40 complimentary channels
Comfortable workstation
Task Chair
"Pure" by Gloss Bath products
In room safe
Iron and ironing board
Hairdryer
Commissioned art by an internationally renowned artist
Room Amenities:

- Air Conditioned
- Alarm Clock
- Bathtub
- Coffeemaker
- Crib
- Hairdryer In Room
- Iron
- Ironing Board
- King Bed
- Radio
- Shower
- Telephone
- Toilet
- TV
- Cable TV
- Complimentary Internet Access
- High Speed Internet

Rate Type: Best Available Rate
Daily Rate:

- 01/18/2017 ------ USD 519.00
- 01/19/2017 ------ USD 519.00
- 01/20/2017 ------ USD 519.00

Policy: Check-in time 3 p.m.
Check-out time 12 p.m.
Rates subject to change.
Property is completely non smoking
Minimum Age Requirement at Check-in: 21 years old
Family Plan - Children under 17 years of age stay free with an accompanied adult.
Pets Allowed - No

Standard Food and Beverage Gratuity - 20%
Food and Beverage Tax - 10%

Cancellation Policy: STRICTLY NON-REFUNDABLE, NON-REBOOKABLE, NON-CANCELLABLE

Guarantee Policy: Credit card is required to hold and guarantee room reservation

| Enhancements: | |
|---|---|
| N/A | USD 0.00 |
| Tax | USD 225.76 |
| Total Charge | USD 1,782.76 |

**Service Requests**

Service Request: N/A

**Comments or Special Request**

RQ LATE C/I, GUESTS NOT ARRIVING UNTIL 11AM 1/19 Room 3 of 6 / rq same floor and close, if possible, please cc gtd / cc auth sent / 100% dep due upon booking adv non-refundable/non-cxl/non-rebookable adv c/i 3pm, c/o 12pm

**Hotel Info**

| Hotel Description | Capitol Skyline Hotel |
|---|---|
| Rating: 3 Star | Capitol Skyline Hotel is the intelligent choice for both business and leisure |

10 I Street SW
Washington,DC 20024
USA
Phone: 1-202-488-7500
Fax: 1-202-488-0790

Checkin Time: 3 PM
Checkout Time: 12 Noon

savvy travelers for great value and comfort, within walking minutes to US Capitol, Nationals Park Baseball IStadium, National mall and Smithsonian Museums and Monuments with just 3 blocks distance to nearest Navy Yard Metro station.

Airport Direction

- DCA Washington, D.C. (National) 4.0 Miles North East
- BWI Baltimore, Maryland 45.0 Miles North
- IAD Washington, D.C. (Dulles) 28.0 Miles North

4 miles from Reagan National Airport
45.6 miles from Baltimore Washington International Airport
28 miles from Dulles International Airport

`Ref:312604463/525233612`

**GOVERNMENT EXHIBIT**

221A

1:20-CR-077

**Event:** ZEN Briefing for Larry Householder

**Start Date:** 2017-01-30 18:00:00 +0000

**End Date:** 2017-01-30 19:00:00 +0000

**Organizer:** Pine, Ty <tpine@firstenergycorp.com>

**Location:** 330-436-2800 code 358-0137#

**Attendee:** Henry, Michelle R. <mrhenry@firstenergycorp.com>; Dowling, Michael J. <dowlingm@firstenergycorp.com>; Bailey, Joel D. <baileyj@firstenergycorp.com>; Housley, Kristina A. <khousley@firstenergycorp.com>; Belcher, Samuel L <sbelcher@firstenergycorp.com>; Hamrick, Patti A. <hamrickp@firstenergycorp.com>

**Class:** X-PERSONAL

**Date Created:** 2017-01-30 13:56:42 +0000

**Date Modified:** 2017-02-13 23:50:09 +0000

**Priority:** 5

**DTSTAMP:** 2017-01-27 17:38:06 +0000

**Alarm:** Display the following message 15m before start

| Reminder

FOIA CONFIDENTIAL TREATMENT REQUESTED



**From:** "Bailey, Joel D." <baileyj@firstenergycorp.com>
**To:** "Pine, Ty" <tpine@firstenergycorp.com>
**Subject:** RE: This week
**Date:** Mon, 06 Feb 2017 13:06:49 -0000
**Importance:** Normal

---

Yea, CEJ to talk to LH today on issue below...I cannot be on Lawyers call, she obviously doesn't check schedules but that's ok...we are starting our own call on Friday's...is 10:30 ok? MJD wants me to run

-----Original Message-----
From: Pine, Ty
Sent: Monday, February 06, 2017 7:33 AM
To: Bailey, Joel D. <baileyj@firstenergycorp.com>
Subject: This week

Lots of meetings with legislators, interested parties, and perhaps Beth and Wayne on ZEN.

I am checking with Bryan in LH's office on LSC draft. You need to make sure Chuck contacts LH and delivers the Speaker's message that we are to work through Seitz.

I am refining the outreach list and timeline I sent two weeks ago. I'd like to chat with you on this.

Lawyer group has a call today to finish the restructuring bill draft.


Sent from my iPhone

FOIA CONFIDENTIAL TREATMENT REQUESTED

**From:** Jeff Longstreth
**To:** Mike Dowling
**Subject:** Generation Now Donor Reply Info/ wiring instructions
**Date:** Monday, February 6, 2017 3:15:50 PM
**Attachments:** Generation Now Donor Solicitation Form and Reply Card.pdf
Untitled attachment 00031.html

GOVERNMENT
EXHIBIT

222B
1:20-CR-077

Hi Mike,
Attached, please find the wiring instructions for Generation Now, Inc. that we discussed on
Thursday.  This is the organization that Chuck and Larry discussed.

Please let me know if you need anything else.

Thanks,
Jeff


Jeff Longstreth
JPL & Associates, LLC
614-378-1107

# GENERATION NOW, INC.

**DONOR REPLY CARD**

I would like to contribute to Generation Now, Inc., a nonprofit organization under §501 of the Internal Revenue Code promoting promote energy independence and economic development opportunities throughout the United States. Generation Now is not registered or acting as a political committee under federal election law or any state or local election law. It may in limited cases engage in political activity consistent with applicable laws and IRS regulations by making independent expenditures and/or electioneering communications, but not to the extent such activity could be considered its primary purposed.

☐ Enclosed is my check, made payable to "Generation Now, Inc." for $_____

☐ I am wiring my donation to "Generation Now, Inc. for $_____

*Wiring Instructions*

| Beneficiary Bank Name | Fifth Third Bank |
|---|---|
| Beneficiary Bank Address | 21 E. State Street, Columbus, OH 43215 |
| Beneficiary Bank's Routing # | 044002161 |
| Customer | Generation Now, Inc. |
| Customer Account | ████3310 |

Contributions to Generation Now, Inc. are not deductible for federal income tax purposes. Contributions from foreign nationals or entities will not be accepted.

Signature: _____

Please Check One:  ☐ Individual Contribution  ☐ Corporate Contribution

Name: _____

Address: _____

City: _____

Occupation: _____  Employer: _____

Phone: _____  E-mail: _____

There are no limits on the amounts that may be contributed to Generation Now, Inc. by an individual, corporation, union, or trade association. Contributions of $5,000 or more will be reported to the Internal Revenue Service on IRS Form 990 as required by law; however, the IRS does not make this information public. Generation Now, Inc.'s policy is not to disclose its donors to the general public.

Contributions to Generation Now, Inc. do not count against an individual's contribution limits under the Federal Election Campaign Act, as amended.

*Paid for by Generation Now, Inc., an independent, nonprofit organization exempt from federal taxation under Section 501 (c)(4) of the Internal Revenue Code.*

Generation Now, Inc.
c/o D. Eric Lycan, Esq.
250 West Main Street, Suite 1400
Lexington, KY 40507

Mike Dowling - iPad - DMPD72F4NTHX

**GOVERNMENT EXHIBIT**

**232A**

**1:20-CR-077**

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 7/24/2017 5:28:27 PM -04:00 |
| Start time | 7/24/2017 4:14:46 PM -04:00 |

## Participants



+16143781107
Jeff Longstreth*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (6)

From: +16143781107 Jeff Longstreth
To: Dowling, Mike (owner)

How's everything going?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2017 4:15:02 PM(UTC-4)
Read: 7/24/2017 4:15:02 PM(UTC-4)

7/24/2017 4:14:46 PM(UTC-4)

From: +16143781107 Jeff Longstreth
To: Dowling, Mike (owner)

Let me know if there is anything we can be doing for you guys.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read

7/24/2017 4:41:43 PM(UTC-4)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Thanks, Jeff. I was driving a few hours when your first text came in. We are hanging in there. I know you guys are there for us. We should talk later this week. Let me know if you have time tomorrow or Wednesday to chat.

Status: Sent

7/24/2017 5:04:24 PM(UTC-4)

From: +16143781107 Jeff Longstreth
To: Dowling, Mike (owner)

Tomorrow is good for me except 1-4pm. Wednesday before 11 is also good.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2017 5:27:37 PM(UTC-4)
Read: 7/24/2017 5:27:37 PM(UTC-4)

7/24/2017 5:27:18 PM(UTC-4)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00071024
TIER 3 - 455438

Mike Dowling - iPad - DMPD72F4NTHX

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Great. Thanks. Hang on. We'll set something up.
Status: Sent

7/24/2017 5:28:06 PM(UTC-4)

From: +16143781107 Jeff Longstreth
To: Dowling, Mike (owner)
Ok

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

Status: Read
Delivered: 7/24/2017 8:28:28 PM(UTC-4)
Read: 7/24/2017 8:28:28 PM(UTC-4)

7/24/2017 5:28:27 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00071025
TIER 3 - 455439



**From:** "Dowling, Michael J." <dowlingm@firstenergycorp.com>
**To:** "Jeff Longstreth" <jefflongstreth@gmail.com>
**Subject:** Re: *EXTERNAL* Re: Generation Now
**Date:** Thu, 17 Aug 2017 15:39:07 -0000
**Importance:** Normal

I'l find out on Monday. My assistant, Kris, returns Monday. Thanks for letting me know.

Michael J. Dowling
Senior VP, External Affairs
FirstEnergy
330-384-5761  office
330-283-1180  mobile

On Aug 17, 2017, at 11:12 AM, Jeff Longstreth <jefflongstreth@gmail.com> wrote:

Hi Mike,
Just wanted to let you know, the contribution did show up in the bank. Thank you very much for your continued support of our efforts. Please let me know if there is anything I can do for you.

Jeff

Jeff Longstreth
JPL & Associates, LLC
614-378-1107

On Aug 8, 2017, at 3:53 PM, Jeff Longstreth <jefflongstreth@gmail.com> wrote:

Hi Mike,
I just wanted to follow up on our conversation at the Greenbrier regarding the next donation installment of $250,000 to Generation Now, Inc. Attached, please find a donor reply card with wiring instructions. Please let me know if you need any additional information.

Thank you for your continued support of Generation Now.

Sincerely,

Jeff Longstreth
JPL & Associates, LLC
614-378-1107

<Generation Now Donor Solicitation Form and Reply Card copy.pdf>



**Extraction Report** - Apple iPhone Logical



**GOVERNMENT
EXHIBIT**

291A

1:20-CR-077

## Participants



juan@oxley-group.com
**Juan Cespedes**\* (owner)



+17409742728
**Ben Kaiser**\*



+16143611995
**Bob Klaffky**\*



+16465496141
**Nazar Zhdan**\*

## Conversation - Instant Messages (7)

From: +16143611995 Bob Klaffky

Adding Nazar and Ben:

We will have check for Householder tomorrow. Right now Griffing and I have a noon lunch scheduled and we have a 4pm with Obhof. I think that 2 or 3PM might be best? Can you see what he has?

**Status:** Read
**Read:** 10/9/2018 1:06:29 PM(UTC-4)

10/9/2018 1:04:33 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7CABF8B (Table: message, handle, chat; Size: 590159872 bytes)

From: +16465496141 Nazar Zhdan

Bob, do you want to reach out to Householder directly or want me to check in with his staff?

**Status:** Read
**Read:** 10/9/2018 1:08:18 PM(UTC-4)

10/9/2018 1:07:38 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7CAA855 (Table: message, handle, chat; Size: 590159872 bytes)

1

From: +16143611995 Bob Klaffky

Either. Just get it set

**Status:** Read

**Read:** 10/9/2018 1:14:55 PM(UTC-4)

10/9/2018 1:14:25 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7CA0725 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16465496141 Nazar Zhdan

Ok

**Status:** Read

**Read:** 10/9/2018 1:16:36 PM(UTC-4)

10/9/2018 1:16:11 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7CAEAA7 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16465496141 Nazar Zhdan

Just spoke with Bryan Gray. Meeting set for 2:00-2:30pm tomorrow. The only window
Householder has between 2-4pm.

Householder's office: 65 East State Street, Suite 2540, Columbus.

Juan, I let them know about all of the attendees on our side.

**Status:** Read

**Read:** 10/9/2018 1:32:56 PM(UTC-4)

10/9/2018 1:31:11 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7CA9F8B (Table: message, handle, chat; Size: 590159872 bytes)

From: juan@oxley-group.com Juan Cespedes (owner)

Ok great, thanks

**Status:** Sent

10/9/2018 1:33:08 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x7CA0917 (Table: message, chat; Size:
590159872 bytes)

2

From: +16465496141 Nazar Zhdan

Just an FYI the meeting with the Speaker was moved to his non official office because it makes sense logistically due to his previous meetings.

Here is the address:
65 E. State St., Suite 2540

Status: Read

Delivered: 1/29/2019 11:47:26 AM(UTC-5)

Read: 1/29/2019 11:47:26 AM(UTC-5)

1/29/2019 11:01:15 AM(UTC-5)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x6634F83 (Table: message, handle, chat; Size: 590159872 bytes)

**GOVERNMENT EXHIBIT**

295D

1:20-CR-077

**From:** "Dowling, Michael J." <dowlingm@firstenergycorp.com>
**To:** "Matt Evans" <matt@boich.com>
**Subject:** Fwd: [EXTERNAL] Fwd: Hardworking Ohioans W-9 & Wiring Instructions
**Date:** Tue, 23 Oct 2018 19:03:47 -0000
**Importance:** Normal
**Attachments:** Hardworking_Ohioans_-_W9.pdf; ATT00001.htm; Hardworking_Ohioans_-
_Wire_Instructions.pdf; ATT00002.htm

---

Michael J. Dowling
Senior VP, External Affairs
FirstEnergy
330-384-5761 office
330-283-1180 mobile

Begin forwarded message:

**From:** Jeff Longstreth <jefflongstreth@gmail.com>
**Date:** October 23, 2018 at 10:38:00 AM EDT
**To:** "Dowling, Michael J." <dowlingm@firstenergycorp.com>
**Subject: [EXTERNAL] Fwd: Hardworking Ohioans W-9 & Wiring Instructions**

Please see attached.

Sent from my iPhone

FOIA CONFIDENTIAL TREATMENT REQUESTED

Form **W-9**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the
requester. Do not
send to the IRS.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Hardworking Ohioans, Inc.

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the
following seven boxes.

☐ Individual/sole proprietor or     ☑ C Corporation     ☐ S Corporation     ☐ Partnership     ☐ Trust/estate
single-member LLC

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check
LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is
another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that
is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to
certain entities, not individuals; see
instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting
code (if any)

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.
P.O.Box 6105

Requester's name and address (optional)

6 City, state, and ZIP code
Columbus, Ohio  43206

7 List account number(s) here (optional)

**Print or type.**
**See Specific Instructions on page 3.**

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid
backup withholding. For individuals, this is generally your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and
Number To Give the Requester* for guidelines on whose number to enter.

Social security number

|   |   |   | – |   |   | – |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|

**or**

Employer identification number

| 8 | 3 | – | 2 | 0 | 0 | 1 | 9 | 4 | 4 |
|---|---|---|---|---|---|---|---|---|---|

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
   Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
   no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because
you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid,
acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments
other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign
Here**

Signature of
U.S. person ▶ *Chad Hawley*

Date ▶ *10-1-18*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise
noted.

**Future developments.** For the latest information about developments
related to Form W-9 and its instructions, such as legislation enacted
after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an
information return with the IRS must obtain your correct taxpayer
identification number (TIN) which may be your social security number
(SSN), individual taxpayer identification number (ITIN), adoption
taxpayer identification number (ATIN), or employer identification number
(EIN), to report on an information return the amount paid to you, or other
amount reportable on an information return. Examples of information
returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual
funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross
proceeds)

• Form 1099-B (stock or mutual fund sales and certain other
transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest),
1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident
alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might
be subject to backup withholding. See What is backup withholding,
later.*

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)

FOIA CONFIDENTIAL TREATMENT REQUESTED

## _Hard Working Ohioans (Wire Instructions)_

Bank Name: Huntington National Bank

Beneficiary Account Name: HARDWORKING OHIOANS INC

Account Number: ████ 0462

ABA/Routing Number: 044000024

FOIA CONFIDENTIAL TREATMENT REQUESTED

Chuck Jones - iPhone - FK2ZCRRYN70H


GOVERNMENT
EXHIBIT

295E
1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/23/2018 5:23:47 PM -04:00 |
| Start time | 10/23/2018 11:06:18 AM -04:00 |

## Participants

 +13302831180
Michael Dowling*

 cej7471@gmail.com
Charles Jones* (owner)

 +13302854513

## Conversation - Instant Messages (3)

From: +13302854513 (owner)
Erik Klein
Attachments:

Size: 392
File name: Erik Klein.vcf
Erik Klein.vcf

Status: Sent

10/23/2018 11:06:18 AM(UTC-4)

From: +13302831180 Michael Dowling
To: Jones, Chuck (owner)
Thanks.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Read: 10/23/2018 12:05:46 PM(UTC-4)

10/23/2018 12:00:55 PM(UTC-4)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

Chuck Jones - iPhone - FK2ZCRRYN70H

From: +13302831180 Michael Dowling
To: Jones, Chuck (owner)

I talked to Matt. He's going to contribute $100k to our effort with Hard Working Ohioans. As for your Your Friday morning message to Bob Murray: Bob - I know we help each other a lot and I can't tell you how much I appreciate it. I hope you find our relationship valuable. I met with Speaker Householder a few days ago. We believe in Larry and think he can and will be Ohio's next Speaker. That's important to all of us. He has a need for a final push. We've committed $700k to the effort and I'd like to ask for your help with $100k. It's a C(4) so corporate contributions are permitted. Mike Dowling sent all the information with Mike Carey. I hope you can help me. (We helped them in WV and of course we've helped them in a lot of ways over the past few years - as you know more than me!).

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 10/23/2018 5:53:41 PM(UTC-4)

10/23/2018 5:23:47 PM(UTC-4)

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00069956
TIER 3 - 454370

**GOVERNMENT EXHIBIT**

1 of 1

300

1:20-CR-077



# Generation Now to Growth & Opportunity PAC in 2018

**Hardworking Ohioans ("HWO") Timeline**
(September 2018 – November 6, 2018)

GOVERNMENT
EXHIBIT

315

1:20-CR-077

| Date | Event | Description | Exhibit |
|------|-------|-------------|---------|
| 9.24.2018 | Registration | HWO registers with State of Ohio | 111, p. 1 |
| 9.25.2018 | Account opening | HWO bank account opened at Huntington Bank x0462 | 112, p. 1 |
| 10.19.2018 | Incoming wire | Generation Now wires $400,000 to HWO | 112, p. 6 14E, p.2 |
| 10.20.2018 | Check | HWO writes check for $385,000 to New Day Media, LLC | 112, p. 27 |
| 10.22.2018 | Text | Householder texts Jones, "Are you in Akron Tuesday or Wednesday of this week?" | 295A |
| 10.23.2018 | Meeting | Householder meets with Jones in Akron | 295B, 295C |
| 10.23.2018 | Email | Longstreth emails Dowling wiring instructions for HWO | 295D |
| 10.24.2018 | Incoming wire | Generation Now wires $150,000 to HWO | 112, p. 32 14E, p.2 |
| 10.24.2018 | Check | HWO writes check for $79,000 to New Day Media, LLC | 112, p. 28 |
| 10.25.2018 | Deposit | HWO deposits $100,000 check from W.B. | 112, p.4 |
| 10.26.2018 | Text | Dowling confirms that Murray "is going to do 100k" | 295F |
| 10.26. 2018 | Incoming wire | Murray Energy wires 100,000 to HWO | 112, p.32 |
| 10.29.2018 | Electronic Payment | FirstEnergy Service Co. pays $500,000 HWO | 112, p.6 |
| 10.29.2018 | Incoming wire | Generation Now wires $120,000 to HWO | 112, p. 32 14E, p.2 |
| 10.29.2018 | Check | HWO writes check for $663,210 to New Day Media, LLC | 112, p. 28 |
| 10.30.2018 | Deposit | HWO deposits $100,000 from R.K. | 112, p. 4 |
| 10.20.2019 | Check | HWO writes check for $285,400 to New Day Media LLC | 112, p. 28 |
| 11.1.2018 | Check | HWO writes check for $25,000 to New Day Media, LLC | 112, p. 28 |
| 11.6.2018 | Election Day | | |

$670,000 from Generation Now

$500,000 from FirstEnergy Service Co.

$300,000 from others
_____

**Total:** **$1,470,000 deposited into HWO**

**$1,437,610 paid to New Day Media, LLC**

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 2/28/2020 9:11:05 PM -05:00 |
| Start time | 2/28/2020 8:56:04 PM -05:00 |

**GOVERNMENT EXHIBIT**

**330A**

**1:20-CR-077**

## Participants



+12169526166
Tony George*



cej7471@gmail.com
Charles Jones* (owner)

## Conversation - Instant Messages (11)

> From: +12169526166 Tony George
> To: Jones, Chuck (owner)
>
> Just checking on you I hope the sun and the weather is making you heal faster thank God you left it's 25° here
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Jones, Chuck | | | |
>
> **Status:** Read
> **Read:** 2/28/2020 8:56:21 PM(UTC-5)
>
> 2/28/2020 8:56:04 PM(UTC-5)

>> From: cej7471@gmail.com Charles Jones (owner)
>>
>> Doing a little better each day but it's slow. Talked to the Doc today and he said all normal and I just need to be patient. Talked to Speaker today. He's an expensive friend
>> **Status:** Sent
>> **Delivered:** 2/28/2020 8:57:39 PM(UTC-5)
>> **Read:** 2/28/2020 8:57:39 PM(UTC-5)
>>
>> 2/28/2020 8:57:39 PM(UTC-5)

> From: +12169526166 Tony George
> To: Jones, Chuck (owner)
>
> I did not know what he wanted to talk to you about.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Jones, Chuck | | | |
>
> **Status:** Read
> **Read:** 2/28/2020 8:59:54 PM(UTC-5)
>
> 2/28/2020 8:59:47 PM(UTC-5)

>> From: cej7471@gmail.com Charles Jones (owner)
>>
>> His term limit initiative. 16 years lifetime max in legislature starting when it passes. No need to switch houses. But after 16 your done for good.
>> **Status:** Sent
>> **Delivered:** 2/28/2020 9:01:09 PM(UTC-5)
>> **Read:** 2/28/2020 9:01:25 PM(UTC-5)
>>
>> 2/28/2020 9:01:07 PM(UTC-5)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00008421

From: +12169526166 Tony George
To: Jones, Chuck (owner)

I think it's a great idea especially if he stays there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 2/28/2020 9:02:07 PM(UTC-5)

2/28/2020 9:01:54 PM(UTC-5)

From: cej7471@gmail.com Charles Jones (owner)

He told me he'll retire from there but get a lot done in 16 more years.
**Status:** Sent
**Delivered:** 2/28/2020 9:02:42 PM(UTC-5)
**Read:** 2/28/2020 9:05:04 PM(UTC-5)

2/28/2020 9:02:41 PM(UTC-5)

From: +12169526166 Tony George
To: Jones, Chuck (owner)

Probably more than five previous Speakers combined

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 2/28/2020 9:09:07 PM(UTC-5)

2/28/2020 9:05:19 PM(UTC-5)

From: +12169526166 Tony George
To: Jones, Chuck (owner)

He will make Ohio great again

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 2/28/2020 9:09:07 PM(UTC-5)

2/28/2020 9:05:33 PM(UTC-5)

From: cej7471@gmail.com Charles Jones (owner)

Yep
**Status:** Sent
**Delivered:** 2/28/2020 9:09:11 PM(UTC-5)
**Read:** 2/28/2020 9:09:32 PM(UTC-5)

2/28/2020 9:09:11 PM(UTC-5)

From: +12169526166 Tony George
To: Jones, Chuck (owner)

I'm glad you're getting better daily take your time enjoy the sun

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

**Status:** Read
**Read:** 2/28/2020 9:10:30 PM(UTC-5)

2/28/2020 9:10:23 PM(UTC-5)

2

FOIA CONFIDENTIAL TREATMENT REQUESTED

From: cej7471@gmail.com Charles Jones (owner)

Been cold and windy so far. High of 61 today. Looking up next few day's.

Status: Sent

Delivered: 2/28/2020 9:11:18 PM(UTC-5)

Read: 2/28/2020 9:21:43 PM(UTC-5)

2/28/2020 9:11:05 PM(UTC-5)

3

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00008423

Mike Dowling - iPad - DMPD72F4NTHX

**GOVERNMENT EXHIBIT**

330G

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 2/29/2020 6:28:07 PM -05:00 |
| Start time | 2/29/2020 5:55:34 AM -05:00 |

## Participants



+16142578926
Ty Pine*



+13306067070
Joel Bailey*



dowlingm@firstenergycorp.com
Michael Dowling* (owner)

## Conversation - Instant Messages (36)

From: +16142578926 Ty Pine
To: Dowling, Mike (owner)

Language has been submitted, and LH supports. I don't know any more. Want me to dig?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 8:04:59 AM(UTC-5)
**Read:** 2/29/2020 8:04:59 AM(UTC-5)

2/29/2020 5:55:34 AM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Chuck called me y'day about it. I'm going to talk to Josh about it today to determine DeWine's position. And I was asked to talk to Jeff Longstreth. Can you find out about Huffman - directly or through Megan? Here we go.
**Status:** Sent

2/29/2020 8:23:42 AM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

We are going to make a significant contribution to Generation Now from Partners for Progress next Monday/Tuesday.
**Status:** Sent

2/29/2020 3:47:33 PM(UTC-5)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DMPD72F4NTHX

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)

I am for anything that gets rid of term limits personally. This is a step in that direction perhaps

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 3:51:29 PM(UTC-5)
**Read:** 2/29/2020 3:51:29 PM(UTC-5)

2/29/2020 3:50:52 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

I agree. And extends and stabilizes existing leadership - good for the home team.
**Status:** Sent

2/29/2020 3:52:01 PM(UTC-5)

From: +16142578926 Ty Pine
To: Dowling, Mike (owner)

The language would reset any legislator still serving in Jan 2021. Householder and Huffman would have a fresh 16 years, Obhof our.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 4:33:44 PM(UTC-5)
**Read:** 2/29/2020 4:33:44 PM(UTC-5)

2/29/2020 4:33:35 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Yes.
**Status:** Sent

2/29/2020 4:34:00 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Gets some bad with the good but overall good.
**Status:** Sent

2/29/2020 4:34:28 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)

Mums the word to all. $2m
**Status:** Sent

2/29/2020 4:34:39 PM(UTC-5)

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)

Even though the GOP rose in on term limits. They are bad.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 4:34:44 PM(UTC-5)

2

FE_00070938
TIER 3 - 455352

Mike Dowling - iPad - DMPD72F4NTHX



From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
Rode

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 4:34:49 PM(UTC-5)

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
Yep

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 4:35:05 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Irony- or hypocrisy.
**Status:** Sent

2/29/2020 4:35:17 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Joel - let's discuss later. I'd like our own poll on this.
**Status:** Sent

2/29/2020 4:35:29 PM(UTC-5)



From: +16142578926 Ty Pine
To: Dowling, Mike (owner)
Term limits and all legislators - bad.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 4:35:51 PM(UTC-5)
**Read:** 2/29/2020 4:35:51 PM(UTC-5)

2/29/2020 4:35:48 PM(UTC-5)

From: +16142578926 Ty Pine
To: Dowling, Mike (owner)
Ha

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 4:35:51 PM(UTC-5)
**Read:** 2/29/2020 4:35:51 PM(UTC-5)

2/29/2020 4:35:51 PM(UTC-5)

3

FE_00070939
TIER 3 - 455353

Mike Dowling - iPad - DMPD72F4NTHX



From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
Ok. Probably not great numbers

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 4:38:00 PM(UTC-5)
**Read:** 2/29/2020 4:38:00 PM(UTC-5)

2/29/2020 4:36:01 PM(UTC-5)

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
Agree.  Go back to king

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 4:38:00 PM(UTC-5)
**Read:** 2/29/2020 4:38:00 PM(UTC-5)

2/29/2020 4:36:12 PM(UTC-5)

From: +16142578926 Ty Pine
To: Dowling, Mike (owner)
Voters still like term limits.  Proponents will have to convince voters that 16 in total (could all be in one chamber) is better than flip-flopping.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 4:38:00 PM(UTC-5)
**Read:** 2/29/2020 4:38:00 PM(UTC-5)

2/29/2020 4:37:46 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Closing the Flip flopp loophole. I can hear it now.
**Status:** Sent

2/29/2020 4:38:28 PM(UTC-5)

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
Sykes plan

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 4:38:53 PM(UTC-5)

4

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00070940
TIER 3 - 455354

Mike Dowling - iPad - DMPD72F4NTHX



From: +16142578926 Ty Pine
To: Dowling, Mike (owner)
Oelslager and Schuring

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 4:39:13 PM(UTC-5)

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
Least they've passed legislation

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 4:39:33 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Good with the bad. I was thinking of Schuring and Sykes's day
**Status:** Sent

2/29/2020 4:39:40 PM(UTC-5)



From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
But yes

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 4:39:40 PM(UTC-5)
**Read:** 2/29/2020 4:39:40 PM(UTC-5)

2/29/2020 4:39:40 PM(UTC-5)

From: +16142578926 Ty Pine
To: Dowling, Mike (owner)
Captain Bobbing For Apples

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 4:39:41 PM(UTC-5)

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
He was drinking

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 4:39:50 PM(UTC-5)

5

FOIA CONFIDENTIAL TREATMENT REQUESTED

Mike Dowling - iPad - DMPD72F4NTHX

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Need to get groups pressing incumbents who have served for 16 years to commit to retire.
**Status:** Sent

2/29/2020 4:41:04 PM(UTC-5)

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
Good luck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 4:41:23 PM(UTC-5)
**Read:** 2/29/2020 4:41:23 PM(UTC-5)

2/29/2020 4:41:23 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Not me.
**Status:** Sent

2/29/2020 4:41:35 PM(UTC-5)

From: +16142578926 Ty Pine
To: Dowling, Mike (owner)
Great job for Matt

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 5:37:00 PM(UTC-5)

From: +13306067070 Joel Bailey
To: Dowling, Mike (owner)
Dawson

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 5:39:23 PM(UTC-5)
**Read:** 2/29/2020 5:39:23 PM(UTC-5)

2/29/2020 5:39:12 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Dawson with Joel on the poll
**Status:** Sent

2/29/2020 5:40:14 PM(UTC-5)

6

FE_00070942
TIER 3 - 455356

Mike Dowling - iPad - DMPD72F4NTHX



From: +16142578926 Ty Pine
To: Dowling, Mike (owner)

We will regret this effort too. Elections are term limits. If Ohio was going to make it a change we should have made it 24.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read
**Delivered:** 2/29/2020 5:47:37 PM(UTC-5)
**Read:** 2/29/2020 5:47:37 PM(UTC-5)

2/29/2020 5:44:06 PM(UTC-5)

From: dowlingm@firstenergycorp.com Michael Dowling (owner)
Only one way to eat an elephant.
**Status:** Sent

2/29/2020 5:50:32 PM(UTC-5)

From: +16142578926 Ty Pine
To: Dowling, Mike (owner)

**Attachments:**



Size: 94577
File name: IMG_5584.jpeg
IMG_5584.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dowling, Mike | | | |

**Status:** Read

2/29/2020 6:28:07 PM(UTC-5)

7

FOIA CONFIDENTIAL TREATMENT REQUESTED

Image# 202004169219664560

**04/16/2020 13 : 58**

PAGE 1 / 24

**GOVERNMENT EXHIBIT**

340

1:20-CR-077

## FEC FORM 3X

# REPORT OF RECEIPTS AND DISBURSEMENTS

**For Other Than An Authorized Committee**

Office Use Only

1. NAME OF COMMITTEE (in full)  **TYPE OR PRINT ▼**   Example: If typing, type over the lines.   `12FE4M5`

Growth & Opportunity PAC, Inc.

ADDRESS (number and street)   155 East Main Street

▼
☐ Check if different than previously reported. (ACC)

Suite 260

Lexington    KY    40507   –

CITY ▲    STATE ▲    ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER ▼**

C  C00580340

3. IS THIS REPORT   ☐ NEW (N)   **OR**   ☒ AMENDED (A)

4. **TYPE OF REPORT**
(Choose One)

(a) Quarterly Reports:

☒ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ July 31 Mid-Year Report (Non-election Year Only) (MY)

☐ Termination Report (TER)

(b) Monthly Report Due On:

☐ Feb 20 (M2)    ☐ May 20 (M5)    ☐ Aug 20 (M8)    ☐ Nov 20 (M11) (Non-Election Year Only)

☐ Mar 20 (M3)    ☐ Jun 20 (M6)    ☐ Sep 20 (M9)    ☐ Dec 20 (M12) (Non-Election Year Only)

☐ Apr 20 (M4)    ☐ Jul 20 (M7)    ☐ Oct 20 (M10)    ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:

☐ Primary (12P)    ☐ General (12G)    ☐ Runoff (12R)

☐ Convention (12C)    ☐ Special (12S)

Election on  M M / D D / Y Y Y Y   in the State of

(d) 30-Day **POST**-Election Report for the:

☐ General (30G)    ☐ Runoff (30R)    ☐ Special (30S)

Election on  M M / D D / Y Y Y Y   in the State of

5. Covering Period  01 / 01 / 2020   through   03 / 31 / 2020

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer  Lycan, D., Eric, ,

Signature of Treasurer  *Lycan, D., Eric, ,*   *[Electronically Filed]*   Date  04 / 16 / 2020

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

Tier 1 - 1724839

Image# 202004169219664561

# SUMMARY PAGE
### OF RECEIPTS AND DISBURSEMENTS

FEC **Form 3X** (Rev. 05/2016)                                                                                    Page **2**

Write or Type Committee Name

Growth & Opportunity PAC, Inc.

Report Covering the Period:     From:     M M **01** / D D **01** / Y Y Y Y **2020**     To:     M M **03** / D D **31** / Y Y Y Y **2020**

| | COLUMN A<br>This Period | COLUMN B<br>Calendar Year-to-Date |
|---|---|---|
| 6. (a) Cash on Hand January 1, Y Y Y Y **2020** | | 3720.58 |
| (b) Cash on Hand at Beginning of Reporting Period............ | 3720.58 | |
| (c) Total Receipts (from Line 19) ............. | 1085000.00 | 1085000.00 |
| (d) Subtotal (add Lines 6(b) and 6(c) for Column A and Lines 6(a) and 6(c) for Column B)................ | 1088720.58 | 1088720.58 |
| 7. Total Disbursements (from Line 31)........... | 1039373.11 | 1039373.11 |
| 8. Cash on Hand at Close of Reporting Period (subtract Line 7 from Line 6(d))................. | 49347.47 | 49347.47 |
| 9. Debts and Obligations Owed **TO** the Committee (Itemize all on Schedule C and/or Schedule D) ................ | 0.00 | |
| 10. Debts and Obligations Owed **BY** the Committee (Itemize all on Schedule C and/or Schedule D) ................ | 0.00 | |

☐   This committee has qualified as a multicandidate committee. (see FEC FORM 1M)

### For further information contact:

Federal Election Commission
999 E Street, NW
Washington, DC 20463

Toll Free 800-424-9530
Local 202-694-1100

Image# 202004169219664562

# DETAILED SUMMARY PAGE
## of Receipts

FEC **Form 3X** (Rev. 05/2016)

Page **3**

Write or Type Committee Name

Growth & Opportunity PAC, Inc.

Report Covering the Period: From: **M M** 01 / **D D** 01 / **Y Y Y Y** 2020 To: **M M** 03 / **D D** 31 / **Y Y Y Y** 2020

| I. Receipts | COLUMN A<br>Total This Period | COLUMN B<br>Calendar Year-to-Date |
|---|---|---|
| 11. Contributions (other than loans) From: | | |
| (a) Individuals/Persons Other Than Political Committees | | |
| (i) Itemized (use Schedule A)............. | 1050000.00 | 1050000.00 |
| (ii) Unitemized ...................................... | 0.00 | 0.00 |
| (iii) TOTAL (add Lines 11(a)(i) and (ii)................▶ | 1050000.00 | 1050000.00 |
| (b) Political Party Committees ................... | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACs)...................... | 35000.00 | 35000.00 |
| (d) Total Contributions (add Lines 11(a)(iii), (b), and (c)) (Carry Totals to Line 33, page 5) ..............▶ | 1085000.00 | 1085000.00 |
| 12. Transfers From Affiliated/Other Party Committees.......................................... | 0.00 | 0.00 |
| 13. All Loans Received ...................................... | 0.00 | 0.00 |
| 14. Loan Repayments Received........................ | 0.00 | 0.00 |
| 15. Offsets To Operating Expenditures (Refunds, Rebates, etc.) (Carry Totals to Line 37, page 5)................ | 0.00 | 0.00 |
| 16. Refunds of Contributions Made to Federal Candidates and Other Political Committees..................................... | 0.00 | 0.00 |
| 17. Other Federal Receipts (Dividends, Interest, etc.)............................. | 0.00 | 0.00 |
| 18. Transfers from Non-Federal and Levin Funds | | |
| (a) Non-Federal Account (from Schedule H3) .............................. | 0.00 | 0.00 |
| (b) Levin Funds (from Schedule H5) ......... | 0.00 | 0.00 |
| (c) Total Transfers (add 18(a) and 18(b)).. | 0.00 | 0.00 |
| 19. Total Receipts (add Lines 11(d), 12, 13, 14, 15, 16, 17, and 18(c)).........▶ | 1085000.00 | 1085000.00 |
| 20. Total Federal Receipts (subtract Line 18(c) from Line 19) .........▶ | 1085000.00 | 1085000.00 |

Image# 202004169219664563

# DETAILED SUMMARY PAGE
## of Disbursements

FEC **Form 3X** (Rev. 05/2016)       Page **4**

| II. Disbursements | COLUMN A Total This Period | COLUMN B Calendar Year-to-Date |
|---|---|---|
| 21. Operating Expenditures: | | |
| (a) Allocated Federal/Non-Federal Activity (from Schedule H4) | | |
| (i) Federal Share | 0.00 | 0.00 |
| (ii) Non-Federal Share | 0.00 | 0.00 |
| (b) Other Federal Operating Expenditures | 16882.00 | 16882.00 |
| (c) Total Operating Expenditures (add 21(a)(i), (a)(ii), and (b)) ▶ | 16882.00 | 16882.00 |
| 22. Transfers to Affiliated/Other Party Committees | 0.00 | 0.00 |
| 23. Contributions to Federal Candidates/Committees and Other Political Committees | 0.00 | 0.00 |
| 24. Independent Expenditures (use Schedule E) | 0.00 | 0.00 |
| 25. Coordinated Party Expenditures (52 U.S.C. § 30116(d)) (use Schedule F) | 0.00 | 0.00 |
| 26. Loan Repayments Made | 0.00 | 0.00 |
| 27. Loans Made | 0.00 | 0.00 |
| 28. Refunds of Contributions To: | | |
| (a) Individuals/Persons Other Than Political Committees | 0.00 | 0.00 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACs) | 0.00 | 0.00 |
| (d) Total Contribution Refunds (add Lines 28(a), (b), and (c)) ▶ | 0.00 | 0.00 |
| 29. Other Disbursements (Including Non-Federal Donations) | 1022491.11 | 1022491.11 |
| 30. Federal Election Activity (52 U.S.C. § 30101(20)) | | |
| (a) Allocated Federal Election Activity (from Schedule H6) | | |
| (i) Federal Share | 0.00 | 0.00 |
| (ii) "Levin" Share | 0.00 | 0.00 |
| (b) Federal Election Activity Paid Entirely With Federal Funds | 0.00 | 0.00 |
| (c) Total Federal Election Activity (add Lines 30(a)(i), 30(a)(ii) and 30(b)) | 0.00 | 0.00 |
| 31. Total Disbursements (add Lines 21(c), 22, 23, 24, 25, 26, 27, 28(d), 29 and 30(c)) | 1039373.11 | 1039373.11 |
| 32. Total Federal Disbursements (subtract Line 21(a)(ii) and Line 30(a)(ii) from Line 31) ▶ | 1039373.11 | 1039373.11 |

Image# 202004169219664564

# DETAILED SUMMARY PAGE
## of Disbursements

FEC **Form 3X** (Rev. 05/2016)                                      Page **5**

| III. Net Contributions/ Operating Expenditures | COLUMN A Total This Period | COLUMN B Calendar Year-to-Date |
|---|---|---|
| 33. Total Contributions (other than loans) (from Line 11(d), page 3) .......................... | 1085000.00 | 1085000.00 |
| 34. Total Contribution Refunds (from Line 28(d)) ......................................... | 0.00 | 0.00 |
| 35. Net Contributions (other than loans) (subtract Line 34 from Line 33) ................ | 1085000.00 | 1085000.00 |
| 36. Total Federal Operating Expenditures (add Line 21(a)(i) and Line 21(b)) .........▶ | 16882.00 | 16882.00 |
| 37. Offsets to Operating Expenditures (from Line 15, page 3)............................... | 0.00 | 0.00 |
| 38. Net Operating Expenditures (subtract Line 37 from Line 36) .............▶ | 16882.00 | 16882.00 |

Image# 202004169219664565

## SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: PAGE 6 OF 24
(check only one)

☒ 11a ☐ 11b ☐ 11c ☐ 12
☐ 13 ☐ 14 ☐ 15 ☐ 16 ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Coalition For Growth & Opportunity, Inc.

Mailing Address 155 East Main Street
Suite 260

| City | State | Zip Code |
|---|---|---|
| Lexington | KY | 40507 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
100000.00

Date of Receipt
02 / 04 / 2020

Transaction ID : SA11AI.4528

Amount of Each Receipt this Period
100000.00

☐ Memo Item
Contribution

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Coalition For Growth & Opportunity, Inc.

Mailing Address 155 East Main Street
Suite 260

| City | State | Zip Code |
|---|---|---|
| Lexington | KY | 40507 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
450000.00

Date of Receipt
02 / 18 / 2020

Transaction ID : SA11AI.4542

Amount of Each Receipt this Period
350000.00

☐ Memo Item
Contribution

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Coalition For Growth & Opportunity, Inc.

Mailing Address 155 East Main Street
Suite 260

| City | State | Zip Code |
|---|---|---|
| Lexington | KY | 40507 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
600000.00

Date of Receipt
02 / 19 / 2020

Transaction ID : SA11AI.4543

Amount of Each Receipt this Period
150000.00

☐ Memo Item
Contribution

SUBTOTAL of Receipts This Page (optional).................................................► 600000.00

TOTAL This Period (last page this line number only)...............................►

FEC **Schedule A (Form 3X)** Rev. 06/2016
Tier 1 - 1724844

Image# 202004169219664566

## SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: PAGE 7 OF 24
(check only one)

| ☒ 11a | ☐ 11b | ☐ 11c | ☐ 12 | |
|-------|-------|-------|------|------|
| ☐ 13 | ☐ 14 | ☐ 15 | ☐ 16 | ☐ 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Coalition For Growth & Opportunity, Inc.

Mailing Address 155 East Main Street
Suite 260

| City | State | Zip Code |
|------|-------|----------|
| Lexington | KY | 40507 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Receipt
03 / 02 / 2020

**Transaction ID : SA11AI.4544**

Amount of Each Receipt this Period
200000.00

☐ Memo Item
Contribution

Aggregate Year-to-Date ▼
800000.00

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Coalition For Growth & Opportunity, Inc.

Mailing Address 155 East Main Street
Suite 260

| City | State | Zip Code |
|------|-------|----------|
| Lexington | KY | 40507 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Receipt
03 / 04 / 2020

**Transaction ID : SA11AI.4555**

Amount of Each Receipt this Period
100000.00

☐ Memo Item
Contribution

Aggregate Year-to-Date ▼
900000.00

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Coalition For Growth & Opportunity, Inc.

Mailing Address 155 East Main Street
Suite 260

| City | State | Zip Code |
|------|-------|----------|
| Lexington | KY | 40507 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Date of Receipt
03 / 12 / 2020

**Transaction ID : SA11AI.4565**

Amount of Each Receipt this Period
150000.00

☐ Memo Item
Contribution

Aggregate Year-to-Date ▼
1050000.00

SUBTOTAL of Receipts This Page (optional)............................................................ ▶
450000.00

TOTAL This Period (last page this line number only)............................................. ▶
1050000.00

Image# 202004169219664567

## SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: PAGE 8 OF 24
(check only one)

| 11a | 11b | ☒ 11c | 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
OHIOANS FOR PARENTAL CHOICE

Mailing Address 250 W. SPRING ST. UNIT 1215

| City | State | Zip Code |
| COLUMBUS | OH | 43215 |

FEC ID number of contributing federal political committee. **C** C00663237

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
35000.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 13 / 2020

**Transaction ID : SA11C.4579**

Amount of Each Receipt this Period
35000.00

☐ Memo Item
Contribution

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

Mailing Address

| City | State | Zip Code |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼

Date of Receipt
M M / D D / Y Y Y Y

Amount of Each Receipt this Period

☐ Memo Item

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

Mailing Address

| City | State | Zip Code |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual) | Occupation (for Individual)

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼

Date of Receipt
M M / D D / Y Y Y Y

Amount of Each Receipt this Period

☐ Memo Item

SUBTOTAL of Receipts This Page (optional)............................................................... ▶ 35000.00

TOTAL This Period (last page this line number only)............................................................... ▶ 35000.00

FEC **Schedule A (Form 3X)** Rev. 06/2016
Tier 1 - 1724846

Image# 202004169219664568

## SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER:
(check only one)

[x] 21b  [ ] 22  [ ] 23  [ ] 26  [ ] 27
[ ] 28a  [ ] 28b  [ ] 28c  [ ] 29  [ ] 30b

PAGE 9 OF 24

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

Full Name (Last, First, Middle Initial)

**A.** Embry Merritt Shaffar Womack, PLLC

Mailing Address 155 East Main Street, Suite 260

| City Lexington | State KY | Zip Code 40507 |

Purpose of Disbursement
Legal Services

Candidate Name

001
Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:     District:

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement

M M 03 / D D 02 / Y Y Y Y 2020

FEC Identification Number
C
**Transaction ID : SB21B.4535**
Amount of Each Disbursement this Period

554.00

[ ] Memo Item

---

Full Name (Last, First, Middle Initial)

**B.** Embry Merritt Shaffar Womack, PLLC

Mailing Address 155 East Main Street, Suite 260

| City Lexington | State KY | Zip Code 40507 |

Purpose of Disbursement
Legal Services

Candidate Name

001
Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:     District:

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify)

Date of Disbursement

M M 03 / D D 26 / Y Y Y Y 2020

FEC Identification Number
C
**Transaction ID : SB21B.4576**
Amount of Each Disbursement this Period

15736.00

[ ] Memo Item

---

Full Name (Last, First, Middle Initial)

**C.** Forcht Bank

Mailing Address 2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |

Purpose of Disbursement
Bank fee

Candidate Name

001
Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:     District:

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement

M M 03 / D D 02 / Y Y Y Y 2020

FEC Identification Number
C
**Transaction ID : SB21B.4530**
Amount of Each Disbursement this Period

25.00

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional).............................▶   16315.00

TOTAL This Period (last page this line number only).........................▶

FEC **Schedule B (Form 3X)** Rev. 05/2016
Tier 1 - 1724847

Image# 202004169219664569

# SCHEDULE B  (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| | | | | |
|---|---|---|---|---|
| ☒ 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c | 29 | 30b |

PAGE  10  OF  24

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

**A.** Full Name (Last, First, Middle Initial)
Forcht Bank

Mailing Address  2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For:
☐ Primary  ☐ General
☐ Other (specify) ▼

001
Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
03 / 02 / 2020

FEC Identification Number
C
**Transaction ID : SB21B.4531**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Forcht Bank

Mailing Address  2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For:
☐ Primary  ☐ General
☐ Other (specify)

001
Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
03 / 02 / 2020

FEC Identification Number
C
**Transaction ID : SB21B.4532**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Forcht Bank

Mailing Address  2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For:
☐ Primary  ☐ General
☐ Other (specify) ▼

001
Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
03 / 02 / 2020

FEC Identification Number
C
**Transaction ID : SB21B.4533**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional)..................................... ▶   75.00

TOTAL This Period (last page this line number only)................................. ▶

Image# 202004169219664570

# SCHEDULE B (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

| FOR LINE NUMBER: (check only one) | | | | PAGE 11 OF 24 |
|---|---|---|---|---|
| ☒ 21b | ☐ 22 | ☐ 23 | ☐ 26 | ☐ 27 |
| ☐ 28a | ☐ 28b | ☐ 28c | ☐ 29 | ☐ 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

Full Name (Last, First, Middle Initial)
**A.** Forcht Bank

Mailing Address 2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee — 001

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 02 / 2020

FEC Identification Number
C

**Transaction ID : SB21B.4534**

Amount of Each Disbursement this Period
25.00

☐ Memo Item

---

Full Name (Last, First, Middle Initial)
**B.** Forcht Bank

Mailing Address 2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee — 001

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
03 / 05 / 2020

FEC Identification Number
C

**Transaction ID : SB21B.4556**

Amount of Each Disbursement this Period
25.00

☐ Memo Item

---

Full Name (Last, First, Middle Initial)
**C.** Forcht Bank

Mailing Address 2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee — 001

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 05 / 2020

FEC Identification Number
C

**Transaction ID : SB21B.4557**

Amount of Each Disbursement this Period
25.00

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional).............................................▶  75.00

TOTAL This Period (last page this line number only)........................................▶

FEC **Schedule B (Form 3X)** Rev. 05/2016
Tier 1 - 1724849

Image# 202004169219664571

# SCHEDULE B (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 12 OF 24

| | | | | |
|---|---|---|---|---|
| ☒ 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c | 29 | 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**A.** Full Name (Last, First, Middle Initial)
Forcht Bank

Mailing Address 2404 Sir Barton Way

City Lexington   State KY   Zip Code 40509

Purpose of Disbursement
Bank fee    001

Candidate Name    Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M 03 / D D 11 / Y Y Y Y 2020

FEC Identification Number
C
**Transaction ID : SB21B.4559**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

**B.** Full Name (Last, First, Middle Initial)
Forcht Bank

Mailing Address 2404 Sir Barton Way

City Lexington   State KY   Zip Code 40509

Purpose of Disbursement
Bank fee    001

Candidate Name    Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify)

Date of Disbursement
M M 03 / D D 11 / Y Y Y Y 2020

FEC Identification Number
C
**Transaction ID : SB21B.4560**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

**C.** Full Name (Last, First, Middle Initial)
Forcht Bank

Mailing Address 2404 Sir Barton Way

City Lexington   State KY   Zip Code 40509

Purpose of Disbursement
Bank fee    001

Candidate Name    Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M 03 / D D 11 / Y Y Y Y 2020

FEC Identification Number
C
**Transaction ID : SB21B.4561**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

SUBTOTAL of Disbursements This Page (optional).................................................▶   75.00

TOTAL This Period (last page this line number only).............................................▶

Image# 202004169219664572

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| | | PAGE 13 OF 24 |
|---|---|---|
| ☒ 21b | ☐ 22 | ☐ 23 | ☐ 26 | ☐ 27 |
| ☐ 28a | ☐ 28b | ☐ 28c | ☐ 29 | ☐ 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**Full Name (Last, First, Middle Initial)**

**A.** Forcht Bank

Mailing Address 2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee — 001

Category/Type

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 13 / 2020

FEC Identification Number
C

**Transaction ID : SB21B.4566**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

**Full Name (Last, First, Middle Initial)**

**B.** Forcht Bank

Mailing Address 2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee — 001

Category/Type

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
03 / 13 / 2020

FEC Identification Number
C

**Transaction ID : SB21B.4567**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

**Full Name (Last, First, Middle Initial)**

**C.** Forcht Bank

Mailing Address 2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee — 001

Category/Type

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 16 / 2020

FEC Identification Number
C

**Transaction ID : SB21B.4573**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

SUBTOTAL of Disbursements This Page (optional).............................▶  75.00

TOTAL This Period (last page this line number only).........................▶

Image# 202004169219664573

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

| FOR LINE NUMBER: (check only one) | | | | PAGE 14 OF 24 |
|---|---|---|---|---|
| ☒ 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c | 29 | 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**A.** Full Name (Last, First, Middle Initial)
Forcht Bank

Mailing Address 2404 Sir Barton Way

| City Lexington | State KY | Zip Code 40509 |
|---|---|---|

Purpose of Disbursement
Bank fee

001

Candidate Name

Category/ Type

| Office Sought: | ☐ House | Disbursement For: | |
|---|---|---|---|
| | ☐ Senate | ☐ Primary | ☐ General |
| | ☐ President | ☐ Other (specify) ▼ | |
| State: | District: | | |

Date of Disbursement
M M / D D / Y Y Y Y
03 / 26 / 2020

FEC Identification Number
C

**Transaction ID : SB21B.4575**
Amount of Each Disbursement this Period
25.00

☐ Memo Item

**B.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |
|---|---|---|

Purpose of Disbursement

Candidate Name

Category/ Type

| Office Sought: | ☐ House | Disbursement For: | |
|---|---|---|---|
| | ☐ Senate | ☐ Primary | ☐ General |
| | ☐ President | ☐ Other (specify) | |
| State: | District: | | |

Date of Disbursement
M M / D D / Y Y Y Y

FEC Identification Number
C

Amount of Each Disbursement this Period

☐ Memo Item

**C.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |
|---|---|---|

Purpose of Disbursement

Candidate Name

Category/ Type

| Office Sought: | ☐ House | Disbursement For: | |
|---|---|---|---|
| | ☐ Senate | ☐ Primary | ☐ General |
| | ☐ President | ☐ Other (specify) ▼ | |
| State: | District: | | |

Date of Disbursement
M M / D D / Y Y Y Y

FEC Identification Number
C

Amount of Each Disbursement this Period

☐ Memo Item

SUBTOTAL of Disbursements This Page (optional)............................................ ▶ 25.00

TOTAL This Period (last page this line number only)...................................... ▶ 16640.00

Image# 202004169219664574

# SCHEDULE B (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 15 OF 24

| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c [x] | 29 | 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

**A.** Full Name (Last, First, Middle Initial)
1892 LLC

Mailing Address PO Box 1832

| City | State | Zip Code |
| Gallatin | TN | 37066 |

Purpose of Disbursement
Polling — 005

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:
Disbursement For: 2020
[x] Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 02 / 2020

FEC Identification Number
C

Transaction ID : SB29.4550
Amount of Each Disbursement this Period
72558.00

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
1892 LLC

Mailing Address PO Box 1832

| City | State | Zip Code |
| Gallatin | TN | 37066 |

Purpose of Disbursement
Polling — 004

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:
Disbursement For: 2020
[x] Primary ☐ General
☐ Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
03 / 11 / 2020

FEC Identification Number
C

Transaction ID : SB29.4563
Amount of Each Disbursement this Period
40137.00

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Cherry Communications

Mailing Address 227 N Bronough St., Suite 4100

| City | State | Zip Code |
| Tallahassee | FL | 32301 |

Purpose of Disbursement
Polling — 004

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:
Disbursement For: 2020
[x] Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 11 / 2020

FEC Identification Number
C

Transaction ID : SB29.4546
Amount of Each Disbursement this Period
4850.00

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional)............................▶  117545.00

TOTAL This Period (last page this line number only)............................▶

FEC **Schedule B (Form 3X)** Rev. 05/2016
Tier 1 - 1724853

Image# 202004169219664575

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c ✗ | 29 | 30b |

PAGE 16 OF 24

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

**A.** Full Name (Last, First, Middle Initial)
FAR Public Affairs LLC

Mailing Address 800 New Jersey Ave SE
Unit 531

| City Washington | State DC | Zip Code 20003 |

Purpose of Disbursement
Research — 001

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 02 / 2020

FEC Identification Number
C
Transaction ID : SB29.4553
Amount of Each Disbursement this Period
40000.00

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Mighty Group LLC

Mailing Address 933 Rose Street, Floor 2

| City Harrisburg | State PA | Zip Code 17102 |

Purpose of Disbursement
Direct Mail services - nonfederal - OH primary — 004

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
☒ Primary ☐ General
☐ Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
02 / 14 / 2020

FEC Identification Number
C
Transaction ID : SB29.4518
Amount of Each Disbursement this Period
35328.15

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Mighty Group LLC

Mailing Address 933 Rose Street, Floor 2

| City Harrisburg | State PA | Zip Code 17102 |

Purpose of Disbursement
Direct Mail services - nonfederal - OH primary — 004

Candidate Name — Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 24 / 2020

FEC Identification Number
C
Transaction ID : SB29.4526
Amount of Each Disbursement this Period
44865.00

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional)............................▶ 120193.15

TOTAL This Period (last page this line number only).......................▶

Image# 202004169219664576

## SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| | | |
|---|---|---|
| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c **x** | 29 | 30b |

PAGE 17 OF 24

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

Full Name (Last, First, Middle Initial)
**A.** Mighty Group LLC

Mailing Address 933 Rose Street, Floor 2

| City | State | Zip Code |
|---|---|---|
| Harrisburg | PA | 17102 |

Purpose of Disbursement
Direct Mail services - nonfederal - OH primary — 004

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
**x** Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 05 / 2020

FEC Identification Number
C

Transaction ID : SB29.4558
Amount of Each Disbursement this Period
25000.00

☐ Memo Item

---

Full Name (Last, First, Middle Initial)
**B.** Mighty Group LLC

Mailing Address 933 Rose Street, Floor 2

| City | State | Zip Code |
|---|---|---|
| Harrisburg | PA | 17102 |

Purpose of Disbursement
Direct Mail services - nonfederal - OH primary — 004

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
**x** Primary ☐ General
☐ Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
03 / 11 / 2020

FEC Identification Number
C

Transaction ID : SB29.4562
Amount of Each Disbursement this Period
59071.00

☐ Memo Item

---

Full Name (Last, First, Middle Initial)
**C.** Mighty Group LLC

Mailing Address 933 Rose Street, Floor 2

| City | State | Zip Code |
|---|---|---|
| Harrisburg | PA | 17102 |

Purpose of Disbursement
Direct Mail services - nonfederal - OH primary — 004

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
**x** Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 16 / 2020

FEC Identification Number
C

Transaction ID : SB29.4574
Amount of Each Disbursement this Period
55880.00

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional)............................▶ 139951.00

TOTAL This Period (last page this line number only)............................▶

FEC **Schedule B** (Form 3X) Rev. 05/2016
Tier 1 - 1724855

Image# 202004169219664577

# SCHEDULE B (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c x | 29 | 30b |

PAGE 18 OF 24

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**A.** Full Name (Last, First, Middle Initial)
Storytellers Group, LLC

Mailing Address P.O. Box 577001

| City Chicago | State IL | Zip Code 60657 |

Purpose of Disbursement
Direct Mail services - nonfederal - OH primary

Candidate Name

Category/Type 004

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M 02 / D D 12 / Y Y Y Y 2020

FEC Identification Number
C

**Transaction ID : SB29.4511**
Amount of Each Disbursement this Period
5922.12

☐ Memo Item

**B.** Full Name (Last, First, Middle Initial)
Storytellers Group, LLC

Mailing Address P.O. Box 577001

| City Chicago | State IL | Zip Code 60657 |

Purpose of Disbursement
Direct Mail services - nonfederal - OH primary

Candidate Name

Category/Type 004

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
☒ Primary ☐ General
☐ Other (specify)

Date of Disbursement
M M 03 / D D 02 / Y Y Y Y 2020

FEC Identification Number
C

**Transaction ID : SB29.4540**
Amount of Each Disbursement this Period
16254.24

☐ Memo Item

**C.** Full Name (Last, First, Middle Initial)
Storytellers Group, LLC

Mailing Address P.O. Box 577001

| City Chicago | State IL | Zip Code 60657 |

Purpose of Disbursement
Direct Mail services - nonfederal - OH primary

Candidate Name

Category/Type 004

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M 03 / D D 02 / Y Y Y Y 2020

FEC Identification Number
C

**Transaction ID : SB29.4541**
Amount of Each Disbursement this Period
4925.60

☐ Memo Item

SUBTOTAL of Disbursements This Page (optional)............................... ▶  27101.96

TOTAL This Period (last page this line number only)............................... ▶

FEC **Schedule B (Form 3X)** Rev. 05/2016
Tier 1 - 1724856

Image# 202004169219664578

# SCHEDULE B  (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

| FOR LINE NUMBER: (check only one) | | | | PAGE  19  OF  24 |
|---|---|---|---|---|
| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c ✗ | 29 | 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

Full Name (Last, First, Middle Initial)
**A.** Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
|---|---|---|
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - TV Non-Federal OH HD73 Primary      | 004

Candidate Name                                     Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:          District:

Disbursement For:  2020
✗ Primary    ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
Transaction ID : SB29.4583
Amount of Each Disbursement this Period
36000.00

☐ Memo Item

---

Full Name (Last, First, Middle Initial)
**B.** Strategic Media Placement

Mailing Address  7669 Stagers Loop

| City | State | Zip Code |
|---|---|---|
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - Radio - Non-Federal OH HD73 Primary  | 004

Candidate Name                                     Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:          District:

Disbursement For:  2020
✗ Primary    ☐ General
☐ Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
Transaction ID : SB29.4584
Amount of Each Disbursement this Period
9000.00

☐ Memo Item

---

Full Name (Last, First, Middle Initial)
**C.** Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
|---|---|---|
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - Digital - Non-Federal OH HD73 Primary | 004

Candidate Name                                     Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:          District:

Disbursement For:  2020
✗ Primary    ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
Transaction ID : SB29.4585
Amount of Each Disbursement this Period
2250.00

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional)............................▶      47250.00

TOTAL This Period (last page this line number only)...........................▶

Image# 202004169219664579

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c ✗ | 29 | 30b |

PAGE 20 OF 24

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

**A.** Full Name (Last, First, Middle Initial)
Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - TV - Non-Federal OH HD78 Primary      004

Candidate Name

Category/Type

Office Sought:  House  Senate  President
State:  District:

Disbursement For: 2020
✗ Primary   General
Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
Transaction ID : SB29.4587
Amount of Each Disbursement this Period
35900.00

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Strategic Media Placement

Mailing Address  7669 Stagers Loop

| City | State | Zip Code |
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - Digital - Non-Federal OH HD78 Primary      004

Candidate Name

Category/Type

Office Sought:  House  Senate  President
State:  District:

Disbursement For: 2020
✗ Primary   General
Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
Transaction ID : SB29.4589
Amount of Each Disbursement this Period
2315.00

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - Radio - Non-Federal OH HD78 Primary      004

Candidate Name

Category/Type

Office Sought:  House  Senate  President
State:  District:

Disbursement For: 2020
✗ Primary   General
Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
Transaction ID : SB29.4592
Amount of Each Disbursement this Period
13535.00

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional).............................▶   51750.00

TOTAL This Period (last page this line number only)..............................▶

Image# 202004169219664580

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

| FOR LINE NUMBER: (check only one) | | | | PAGE 21 OF 24 |
|---|---|---|---|---|
| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c **x** | 29 | 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**A.** Full Name (Last, First, Middle Initial)
Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City Delaware | State OH | Zip Code 43015 |
|---|---|---|

Purpose of Disbursement
Advertising - TV - Non-Federal OH65 & HD66 Primary        004

Candidate Name                                          Category/Type

Office Sought: ☐ House  ☐ Senate  ☐ President
Disbursement For: 2020  **x** Primary  ☐ General  ☐ Other (specify) ▼
State:        District:

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
**Transaction ID : SB29.4593**
Amount of Each Disbursement this Period
260000.00
☐ Memo Item

**B.** Full Name (Last, First, Middle Initial)
Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City Delaware | State OH | Zip Code 43015 |
|---|---|---|

Purpose of Disbursement
Advertising - Radio - Non-Federal OH HD65 & 66 Primary        004

Candidate Name                                          Category/Type

Office Sought: ☐ House  ☐ Senate  ☐ President
Disbursement For: 2020  **x** Primary  ☐ General  ☐ Other (specify)
State:        District:

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
**Transaction ID : SB29.4594**
Amount of Each Disbursement this Period
45000.00
☐ Memo Item

**C.** Full Name (Last, First, Middle Initial)
Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City Delaware | State OH | Zip Code 43015 |
|---|---|---|

Purpose of Disbursement
Advertising - Digital - Non-Federal OH HD65&66 Primary        004

Candidate Name                                          Category/Type

Office Sought: ☐ House  ☐ Senate  ☐ President
Disbursement For: 2020  **x** Primary  ☐ General  ☐ Other (specify) ▼
State:        District:

Date of Disbursement
M M / D D / Y Y Y Y
02 / 19 / 2020

FEC Identification Number
C
**Transaction ID : SB29.4595**
Amount of Each Disbursement this Period
10000.00
☐ Memo Item

SUBTOTAL of Disbursements This Page (optional)..................▶        315000.00

TOTAL This Period (last page this line number only)..................▶

Image# 202004169219664581

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 22 OF 24

| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c [x] | 29 | 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

Full Name (Last, First, Middle Initial)

**A.** Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
|------|-------|----------|
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - Radio - Non-Federal OH HD71 Primary

Candidate Name

Office Sought: ☐ House
☐ Senate
☐ President
State:   District:

Disbursement For: 2020
[x] Primary   ☐ General
☐ Other (specify) ▼

Date of Disbursement

| M M | D D | Y Y Y Y |
|-----|-----|---------|
| 02 | 28 | 2020 |

FEC Identification Number
C

Transaction ID : SB29.4527
Amount of Each Disbursement this Period
10200.00

Category/Type  004

☐ Memo Item

---

Full Name (Last, First, Middle Initial)

**B.** Strategic Media Placement

Mailing Address   7669 Stagers Loop

| City | State | Zip Code |
|------|-------|----------|
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - TV - Non-Federal OH HD71 Primary

Candidate Name

Office Sought: ☐ House
☐ Senate
☐ President
State:   District:

Disbursement For: 2020
[x] Primary   ☐ General
☐ Other (specify)

Date of Disbursement

| M M | D D | Y Y Y Y |
|-----|-----|---------|
| 02 | 28 | 2020 |

FEC Identification Number
C

Transaction ID : SB29.4597
Amount of Each Disbursement this Period
36600.00

Category/Type  004

☐ Memo Item

---

Full Name (Last, First, Middle Initial)

**C.** Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
|------|-------|----------|
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - TV - Non-Federal OH HD66 Primary

Candidate Name

Office Sought: ☐ House
☐ Senate
☐ President
State:   District:

Disbursement For: 2020
[x] Primary   ☐ General
☐ Other (specify) ▼

Date of Disbursement

| M M | D D | Y Y Y Y |
|-----|-----|---------|
| 03 | 11 | 2020 |

FEC Identification Number
C

Transaction ID : SB29.4564
Amount of Each Disbursement this Period
18000.00

Category/Type  004

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional).............................. ▶   64800.00

TOTAL This Period (last page this line number only)........................... ▶

FEC **Schedule B (Form 3X)** Rev. 05/2016
Tier 1 - 1724860

Image# 202004169219664582

## SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| | | | |
|---|---|---|---|
| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c ✗ | 29 | 30b |

PAGE 23 OF 24

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

---

Full Name (Last, First, Middle Initial)
**A.** Strategic Media Placement

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
|---|---|---|
| Delaware | OH | 43015 |

Purpose of Disbursement
Advertising - TV - Non-Federal OH HD65&66 Primary       004

Candidate Name                                          Category/Type

Office Sought:  ☐ House
               ☐ Senate
               ☐ President

State:         District:

Disbursement For: 2020
✗ Primary    ☐ General
☐ Other (specify) ▼

Date of Disbursement

M M / D D / Y Y Y Y
03  /  13  /  2020

FEC Identification Number
C
**Transaction ID : SB29.4572**
Amount of Each Disbursement this Period
104400.00

☐ Memo Item

---

Full Name (Last, First, Middle Initial)
**B.** The Strategy Group for Media Inc

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
|---|---|---|
| Delaware | OH | 43015 |

Purpose of Disbursement
Media production                                        004

Candidate Name                                          Category/Type

Office Sought:  ☐ House
               ☐ Senate
               ☐ President

State:         District:

Disbursement For: 2020
✗ Primary    ☐ General
☐ Other (specify)

Date of Disbursement

M M / D D / Y Y Y Y
03  /  02  /  2020

FEC Identification Number
C
**Transaction ID : SB29.4569**
Amount of Each Disbursement this Period
23000.00

☐ Memo Item

---

Full Name (Last, First, Middle Initial)
**C.** The Strategy Group for Media Inc

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
|---|---|---|
| Delaware | OH | 43015 |

Purpose of Disbursement
Media production                                        004

Candidate Name                                          Category/Type

Office Sought:  ☐ House
               ☐ Senate
               ☐ President

State:         District:

Disbursement For: 2020
✗ Primary    ☐ General
☐ Other (specify) ▼

Date of Disbursement

M M / D D / Y Y Y Y
03  /  02  /  2020

FEC Identification Number
C
**Transaction ID : SB29.4570**
Amount of Each Disbursement this Period
6000.00

☐ Memo Item

---

SUBTOTAL of Disbursements This Page (optional)............................▶   133400.00

TOTAL This Period (last page this line number only).........................▶

Image# 202004169219664583

## SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 24 OF 24

| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c ☒ | 29 | 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Growth & Opportunity PAC, Inc.

**A.** Full Name (Last, First, Middle Initial)
The Strategy Group for Media Inc

Mailing Address 7669 Stagers Loop

| City | State | Zip Code |
| Delaware | OH | 43015 |

Purpose of Disbursement
Media production 004

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M 03 / D D 05 / Y Y Y Y 2020

FEC Identification Number
C

**Transaction ID : SB29.4571**
Amount of Each Disbursement this Period
5500.00

☐ Memo Item

**B.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |

Purpose of Disbursement

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y

FEC Identification Number
C

Amount of Each Disbursement this Period

☐ Memo Item

**C.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |

Purpose of Disbursement

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y

FEC Identification Number
C

Amount of Each Disbursement this Period

☐ Memo Item

SUBTOTAL of Disbursements This Page (optional).............................................. ▶ 5500.00

TOTAL This Period (last page this line number only)........................................... ▶ 1022491.11

**GOVERNMENT EXHIBIT**

350A

1:20-CR-077

**From:** Megan Fitzmartin
**To:** Jeff Longstreth
**Subject:** Attached
**Date:** Monday, April 8, 2019 12:44:28 PM
**Attachments:** 2020 List.xlsx
2020 Recruits.docx

**2020 Openings**

**HD   Representative**

**2 Mark Romanchuk**
Marilyn John, County Chairman and Commissioner

**29 Bill Blessing**
Cindy Abrams, Harrison City Councilman, JAD Grad
Heather Harlow, Active Local Republican, JAD Grad
Dan Unger, President of Colerain Board of Trustees
Pakkiri Rajagopal, Colerain Township Trustee
Jeff Ritter, Colerain Township Trustee until '17
Dan Blanton, Miami Township Trustee

**36 Anthony DeVitis**
Nick Devitis, Tony's Nephew
Clark DeVitis, Tony's Son

**41 Jim Butler**
Ashley Webb, Local Business Owner, West Point Grad, Veteran
Kay Wick, Montgomery County Central Committee
Rob Scott, Former Montgomery County Chairman

**60 John Rogers**
George Phillips, Small Business Owener, Greenspan's Treasurer
Mike Zuren, 2016 Candidate

**65 John Becker**
Jean Schmidt, Former Congresswoman
Joe Dills, Local business man

**66 Doug Green**
Nick Owen, Asst. County Prosecutory, State BOE Member
Adam Bird, New Richmond Superintenent

**73 Rick Perales**
Brian Lampton, Owns a local insurance agency

**78 Ron Hood**
Brian Stewart, Pickaway County Commissioner
Mike Budzik., Former Chief of Wildlife

**92 Gary Scherer**
Janelle Mead, Former Asst. Director of Ag,

David Glass, LG Central Ohio Regional
Sam Berger, Columbus Division of Fire
Aaron Coole, Former Fayette County Auditor

**93 Ryan Smith**

Jason Stephens, Lawrence County Republican Chair
Bobbi Montgomery, JAD Grad
Dr. Mike Dyer, Popular Local Veternarian
Jon Hensler, Jackson County Commissioner

**96 Jack Cera**

Ron Ferguson, AFP Staffer
Dave Zatta, Local CPA

**99 John Patterson**

Casey Kozlowski, Ashtabula County Commissioner
Michael Pircio, 2018 Candidate
Sarah Fowler, State Board of Education
Jason Keeler, Local Police Officer, President of Ashtabula County Yrs



Marilyn John, HD 2

The entirety of Richland County; President Trump received 66% of the vote in 2016. Representative Mark Romanchuk, who is term-limited, received 67% of the vote in 2018.



Haraz Ghanbari, HD 3

The entirety of Wood County; President Trump received 51% of the vote in 2016. Theresa Gavarone held the seat until she was appointed to the Ohio Senate; she received 61% of the vote in 2018.



Cindy Abrams, HD 29

Western portion of Hamilton County; President Trump received 63% of the vote in 2016. Term-limited Representative Bill Blessing received 64% in 2018.



George Phillips, HD 60

Northwestern parts of Lake County; President Trump received 52% of the vote in 2016, which positions this historically Democratic district as a potential pick-up, especially since the incumbent member, Representative John Rogers, is term-limited.



Jean Schmidt, HD 65

Northwestern part of Clermont County; President Trump received 66% of the vote in 2016. Representative John Becker is term-limited. He received 67% of the vote in 2018.



Brian Lampton, HD 73

Western portion of Greene County; President Trump received 57% of the vote in 2016. Term-limited Representative Rick Perales received 60% in 2018.



Jeff LaRe, HD 77

Northern half of Fairfield County; President Trump received 58% of the vote in 2016. The current Representative, Tim Schaffer, will likely be selected to fill a vacancy in the Ohio Senate. He received 61% of the vote in 2018.



Adam Holmes, HD 97

Guernsey and the majority of Muskingum counties; President Trump received 66% of the vote in 2016. Former Representative Brian Hill, who was appointed to the Ohio Senate, received 68% of the vote in 2018.

GOVERNMENT
EXHIBIT

350B

1:20-CR-077

| | |
|---|---|
| **From:** | Anna Lippincott |
| **To:** | Jeff Longstreth |
| **Subject:** | Candidates |
| **Date:** | Monday, February 17, 2020 3:20:28 PM |

Friends Of Marilyn John

Susan Jones, Treasurer

4679 Winterset Drive, Columbus OH 43220

Citizens for Tom Young

Jack Pook, Treasurer

1121 Cedar Creek Circle, Dayton OH 45459

Schmidt For Ohio

Peter Schmidt, Treasurer

771 Wards Corner Road, Loveland OH 45140

Committee to Elect Allen Freeman

Susan Jones, Treasurer

4679 Winterset Drive, Columbus OH 43220

Citizens For Lampton

Kathleen Dye, Treasurer

1326 Parkway Court, Beavercreek OH 45432

Friends Of Brian Stewart

Nelson Embrey, Treasurer

15075 Home Court, Ashville OH 43103

Friends of Mark Fraizer

Susan Jones, Treasurer

4679 Winterset Drive, Columbus OH 43220

Stephens for Ohio

Susan Jones, Treasurer

4679 Winterset Drive, Columbus OH 43220

--

Anna Lippincott

JPL & Associates, LLC

Director of Operations

alippincott21@gmail.com | 330-690-9378

**GOVERNMENT EXHIBIT**

**350C**

**1:20-CR-077**

| | |
|---|---|
| **From:** | Jeff Longstreth |
| **To:** | larry householder |
| **Subject:** | Fwd: Fraizer |
| **Date:** | Wednesday, February 19, 2020 6:22:52 PM |

For approval.

Sent from my iPhone

Begin forwarded message:

> **From:** "Schweitzer, Scott" <sschweitzer@TSGCO.COM>
> **Date:** February 19, 2020 at 6:12:44 PM EST
> **To:** Megan Fitzmartin <mfitzmartin76@gmail.com>
> **Cc:** Jeff Longstreth <jefflongstreth@gmail.com>
> **Subject: Fraizer**
>
> Megan,
>
> Here is the latest version changed per our conversation. Thank you.
>
> https://www.dropbox.com/s/r3xoywx9nutjh4v/Fraizer_FootTheBill_TPOHFRAZ2001H.mp4?dl=0
>
> Scott Schweitzer
> The Strategy Group Company
> 740-201-5500 - w
> 614-562-4544 - m

**GOVERNMENT EXHIBIT**

350D

1:20-CR-077

| | |
|---|---|
| **From:** | larry householder |
| **To:** | Jeff Longstreth |
| **Subject:** | Re: Fraizer |
| **Date:** | Saturday, February 22, 2020 12:43:45 PM |

Looks good

Sent from my iPhone

> On Feb 19, 2020, at 6:22 PM, Jeff Longstreth <jefflongstreth@gmail.com> wrote:

For approval.

Sent from my iPhone

Begin forwarded message:

> **From:** "Schweitzer, Scott" <sschweitzer@TSGCO.COM>
> **Date:** February 19, 2020 at 6:12:44 PM EST
> **To:** Megan Fitzmartin <mfitzmartin76@gmail.com>
> **Cc:** Jeff Longstreth <jefflongstreth@gmail.com>
> **Subject: Fraizer**

 Megan,

Here is the latest version changed per our conversation. Thank you.

https://www.dropbox.com/s/r3xoywx9nutjh4v/Fraizer_FootTheBill_TPOHFRAZ2001H.mp4?dl=0

Scott Schweitzer
The Strategy Group Company
740-201-5500 - w
614-562-4544 - m

**GOVERNMENT EXHIBIT**

**350F**

**1:20-CR-077**

| | |
|---|---|
| **From:** | Jeff Longstreth |
| **To:** | larry householder |
| **Subject:** | Fwd: Snake!! Fraizer for OH 71, TPOHFRAZ2004H |
| **Date:** | Tuesday, February 25, 2020 4:41:04 PM |

For review.

Sent from my iPhone

Begin forwarded message:

> **From:** "Schweitzer, Scott" <sschweitzer@TSGCO.COM>
> **Date:** February 25, 2020 at 4:30:48 PM EST
> **To:** Megan Fitzmartin <mfitzmartin76@gmail.com>
> **Cc:** Jeff Longstreth <jefflongstreth@gmail.com>
> **Subject: Snake!! Fraizer for OH 71, TPOHFRAZ2004H**
>
>
> For your review, ad that was cut today below.
> https://www.dropbox.com/s/d897b1odyg01fwm/Fraizer_Snake_TPOHFRAZ2004H.mp4?dl=0
>
> Is it okay to show the ABC in the window or should we blur that?
>
> Let me know your thoughts.
>
> Thanks,
> Scott
>
> **Scott Schweitzer** | C.O.O.
> 740.201.5500 w | sschweitzer@TSGCO.com
> 614.562.4544 m
>
> **The Strategy Group Company**
> The Gooding House | 7669 Stagers Loop, Delaware, Ohio 43015
> www.TSGco.com
>
> Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, forwarding or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies.

GOVERNMENT EXHIBIT

350G

1:20-CR-077

| | |
|---|---|
| **From:** | Jeff Longstreth |
| **To:** | Schweitzer, Scott |
| **Cc:** | Megan Fitzmartin; Nicholas Bertrand; Elsass, Rex; Osborne, Brian |
| **Subject:** | Re: Updated Script: Freeman |
| **Date:** | Monday, March 9, 2020 12:35:04 PM |

From SLH-

Ask Nick Owens
WHY Buckeye Firearms REFUSED to endorse Nick Owens.
Why did OHIO Right to Life REFUSE to endorse Nick Owen
Why OHIO Value Voters REFUSED to endorse Nick Owen.

Does Nick Owen have something to hide -

Elect the true conservative Allen Freeman.

Freeman the Only candidate in this race ENDORSEd by
BFA
Allen Freeman the only candidate in this race  endorsed by R2L
Allen Freeman the only candidate in this race endorsed by OVV.

There's always a reason WHY

Sent from my iPhone

> On Mar 9, 2020, at 12:08 PM, Schweitzer, Scott <sschweitzer@tsgco.com> wrote:
>
>
> Jeff and Megan,
>
> Per our phone call here is the revised script for Freeman, highlighting the endorsements.  Please let me know if these are approved.
>
> Thank you,
> Scott
> <Freeman for OH REP-66 - TPOHFREE2002H - Represent Ohio - 03.09.20_.docx>





GOVERNMENT
EXHIBIT

351C

1:20-CR-077

**Extraction Report** - Apple iOS Full File system

## Participants



+16145610800
Megan Fitzmartin* (owner)



+16143781107
Jeff Longstreth*

## Conversation - Instant Messages (4)

From: +16145610800 Megan Fitzmartin (owner)

Attachments:



Size: 115530
File name: Tracking_3.8.pdf
Tracking_3.8.pdf

**Status:** Sent

3/8/2020 12:44:00 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4277952 (Table: message, chat,
attachment; Size: 143413248 bytes)
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/Attachments/84/04/C2E582B4-A8B7-4EFF-BD61-
BCEE01638987/Tracking_3.8.pdf : (Size: 115530 bytes)

From: +16143781107 Jeff Longstreth

**Thanks!**

**Status:** Read

**Read:** 3/8/2020 1:14:02 PM(UTC-4)

3/8/2020 1:13:26 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x427AF8D (Table: message, handle, chat;
Size: 143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

Of course

Status: Sent

Delivered: 3/8/2020 1:14:08 PM(UTC-4)

3/8/2020 1:14:08 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x427AD7E (Table: message, chat; Size:
143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

Owens image ticked up a bit. G&O need to beat him up.

Status: Sent

Delivered: 3/8/2020 1:14:46 PM(UTC-4)

3/8/2020 1:14:45 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x427AB69 (Table: message, chat; Size: 143413248 bytes)

**HD 1 – Wiggam**

Wiggam     63 (-6)

Wetz        7 (NC)


**HD 2 – John**

John       51 (-1)

Martin     25 (+3)


**HD 42 – Young**

Young     42 (+10)

Stubbs    7 (-1)


**HD 65 – Schmidt**

Schmidt    45 (+1)

Dills       15 (-6)

Blevins     19 (+6)


**HD 66 – Freeman**

Freeman    25 (-1)

Owens     23 (+1)

Bird       14 (NC)


**HD 70 – Kick**

Kick       28 (-1)

Robertson   8 (-1)


**HD 71 – Fraizer**

Fraizer     39 (+5)

Claggett    27 (-3)


**HD 73 – Lampton**

Lampton    34 (+1)

Broughton   6 (-1)


**HD 76 – Grendell**

Grendell    43 (+1)

Hall       31 (-2)


**HD 78 – Stewart**

Stewart    37 (-3)

Mitchell    16 (NC)

Adams      6 (+1)


**HD 93 – Stephens**

Stephens   45 (-1)

Halley     20 (NC)



## Extraction Report - Apple iOS Full File system

GOVERNMENT
EXHIBIT

351D

1:20-CR-077



## Participants



+16145610800
Megan Fitzmartin* (owner)



+17407072500
SLH*



+16143781107
Jeff Longstreth*

## Conversation - Instant Messages (23)

From: +16145610800 Megan Fitzmartin (owner)

Please see the attached Ohio Chamber of Commerce Survey. There are a few questions that are worded pointedly regarding some pending legislation.

**Attachments:**



Size: 852865
File name: 2020 OCCPAC Candidate Survey.pdf
2020 OCCPAC Candidate Survey.pdf

**Status:** Sent

1/7/2020 4:31:41 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3589C02 (Table: message, chat, attachment; Size: 143413248 bytes)
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/ec/12/8F5F0BE6-BB7A-4B61-8741-398B04BC17EE/2020 OCCPAC Candidate Survey.pdf : (Size: 852865 bytes)

From: +16143781107 Jeff Longstreth

Also, do you want to do a survey for Buckeye Firearms? I suspect not, but if so, it's due tomorrow.
**Status:** Read
**Read:** 1/7/2020 4:34:15 PM(UTC-5)

1/7/2020 4:33:51 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x358AD5A (Table: message, handle, chat; Size: 143413248 bytes)

From: +17407072500 SLH

I'll do one

Status: Read

Read: 1/7/2020 4:36:59 PM(UTC-5)

1/7/2020 4:35:17 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x358BA2C (Table: message, handle, chat;
Size: 143413248 bytes)

From: +16143781107 Jeff Longstreth

We'll send you a draft for review.

Status: Read

Read: 1/7/2020 5:15:17 PM(UTC-5)

1/7/2020 5:14:09 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x358E3FC (Table: message, handle, chat;
Size: 143413248 bytes)

From: +17407072500 SLH

Derek as well.

Status: Read

Read: 1/7/2020 5:15:45 PM(UTC-5)

1/7/2020 5:15:31 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x358FF77 (Table: message, handle, chat;
Size: 143413248 bytes)

From: +17407072500 SLH

Oh, what about Becker ??

Status: Read

Read: 1/7/2020 5:15:46 PM(UTC-5)

1/7/2020 5:15:46 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x358FD3A (Table: message, handle, chat;
Size: 143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

Becker received it! Will make sure to follow up with Derek too.

Status: Sent

1/7/2020 5:16:08 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x358FAFB (Table: message, chat; Size: 143413248 bytes)

From: +17407072500 SLH

If you email or text me the questions I could talk it over with him.

**Status:** Read
**Read:** 1/7/2020 5:18:25 PM(UTC-5)

1/7/2020 5:16:48 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x358F865
(Table: message, handle, chat; Size: 143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

Will **send them over.**

**Status:** Sent

1/7/2020 5:18:52 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x358F5CB (Table: message, chat; Size:
143413248 bytes)

From: +17407072500 SLH

Thank you.

**Status:** Read
**Delivered:** 1/7/2020 5:35:31 PM(UTC-5)
**Read:** 1/7/2020 5:35:31 PM(UTC-5)

1/7/2020 5:34:14 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3591F6F (Table: message, handle, chat;
Size: 143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

**Attachments:**



Size: 82963
File name: 2020-BFA-PAC-Candidate-Survey.pdf
2020-BFA-PAC-Candidate-Survey.pdf

**Status:** Sent

1/7/2020 5:35:52 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3591D6E (Table: message, chat,
attachment; Size: 143413248 bytes)
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/Attachments/22/02/2C8947AF-833E-4B52-881A-
4B41AD830A2B/2020-BFA-PAC-Candidate-Survey.pdf : (Size: 82963 bytes)

3

From: +17407072500 SLH

Megan - can you forward this to derek at 740-605-9877 ... I tried to but it did not download

Status: Read

Read: 1/7/2020 9:35:02 PM(UTC-5)

1/7/2020 9:30:39 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x359874A (Table: message, handle, chat; Size: 143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

Of course, will do.

Status: Sent

1/7/2020 9:36:37 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x3599CB7 (Table: message, chat; Size: 143413248 bytes)

From: +17407072500 SLH

Thank you very much

Status: Read

Read: 1/7/2020 9:49:57 PM(UTC-5)

1/7/2020 9:49:42 PM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x359BF77 (Table: message, handle, chat; Size: 143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

Attachments:

HICKS

Size: 455752
File name: Messages Image(285071559).png
Messages Image(285071559).png

Status: Sent

3/6/2020 9:18:11 AM(UTC-5)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41ED81F (Table: message, chat, attachment; Size: 143413248 bytes)
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/fd/13/D7BC6B8B-2F7A-4303-8C27-79FFD190EE01/Messages Image(285071559).png : (Size: 455752 bytes)

4



From: +16145610800 Megan Fitzmartin (owner)

**Attachments:**



Size: 75194701
File name: Fraizer_Corruption or Conservative REVISED_TPOHFRAZ2009H.mp4
Fraizer_Corruption or Conservative
REVISED_TPOHFRAZ2009H.mp4

**Status:** Sent

4/14/2020 4:48:03 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x509AA96 (Table: message, chat,
attachment; Size: 143413248 bytes)
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/Attachments/0d/13/495E039D-AA61-4890-807B-
3BD2EADBD9FE/Fraizer_Corruption or Conservative REVISED_TPOHFRAZ2009H.mp4 :
(Size: 75194701 bytes)

---

From: +16143781107 Jeff Longstreth

**For approval**

**Status:** Read
**Read:** 4/14/2020 4:48:56 PM(UTC-4)

4/14/2020 4:48:53 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x509A3DF (Table: message, handle, chat;
Size: 143413248 bytes)

---

From: +17407072500 SLH

**It's good to run**

**Status:** Read
**Read:** 4/14/2020 5:57:15 PM(UTC-4)

4/14/2020 5:57:11 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x50A234D (Table: message, handle, chat;
Size: 143413248 bytes)

---

From: +16145610800 Megan Fitzmartin (owner)

**Attachments:**

Size: 128296
File name: Primary_2020.pdf
Primary_2020.pdf

**Status:** Sent

4/28/2020 8:37:18 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x5448CEB (Table: message, chat,
attachment; Size: 143413248 bytes)
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/Attachments/56/06/B05FAE65-9D07-42F3-B1A2-
D67864092D41/Primary_2020.pdf : (Size: 128296 bytes)

From: +16143781107 Jeff Longstreth

**Gary Click won**

**Status:** Read

**Read:** 4/28/2020 8:52:46 PM(UTC-4)

4/28/2020 8:52:42 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x5454AAB (Table: message, handle, chat;
Size: 143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

**Margin of 831 votes**

**Status:** Sent

4/28/2020 8:53:56 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x5455F7F (Table: message, chat; Size:
143413248 bytes)

From: +16145610800 Megan Fitzmartin (owner)

**Updated**

**Attachments:**



Size: 129509
File name: Primary_2020.pdf
Primary_2020.pdf

**Status:** Sent

4/28/2020 9:38:30 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x547AD65 (Table: message, chat,
attachment; Size: 143413248 bytes)
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/Attachments/e7/07/BD7FEB19-C2DD-4FD8-9E84-
EC46B53DB63C/Primary_2020.pdf : (Size: 129509 bytes)

From: +16145610800 Megan Fitzmartin (owner)

**Updated**

**Attachments:**

Size: 129563
File name: Primary_2020.pdf
Primary_2020.pdf

**Status:** Sent

4/28/2020 10:25:08 PM(UTC-4)

Source Extraction:
1B28
Source Info:
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/sms.db : 0x54A1B15 (Table: message, chat,
attachment; Size: 143413248 bytes)
96ff3f68b8daea6226e54d87fd9cc3f93790f758_files_partial-
afu.zip/private/var/mobile/Library/SMS/Attachments/55/05/9ACA7228-9056-4015-BADC-
D633F3D13D87/Primary_2020.pdf : (Size: 129563 bytes)

GOVERNMENT
EXHIBIT

352

1:20-CR-077



Generation Now to Growth & Opportunity PAC
in 2020 (1/1/2020 – 6/30/2020)

**JOURNALS OF THE SENATE AND HOUSE OF RE**

GOVERNMENT
EXHIBIT

411

1:20-CR-077

# OHIO

# House

# of

# Representatives

# JOURNAL

MONDAY, JANUARY 7, 2019

HOUSE JOURNAL, MONDAY, JANUARY 7, 2019         1

FIRST DAY
Hall of the House of Representatives, Columbus, Ohio
**Monday, January 7, 2019, 2:00 o'clock p.m.**

This being the day designated by the Constitution of the State of Ohio for the meeting of the General Assembly in regular session, the members-elect of the House of Representatives assembled in the Hall of the Representatives at 2:00 o'clock p.m. and were called to order by the Honorable Ryan Smith, Speaker of the House of Representatives, One Hundred Thirty-Second General Assembly.

The One Hundred Thirty-Third General Assembly rose for the opening prayer, offered by Pastor Christian Scott of the Paint Creek Baptist Church in Gallipolis, Ohio.

The colors were presented by the Ohio VFW/American Legion color guard, followed by the Pledge of Allegiance to the Flag.

Pursuant to Section 101.11 of the Ohio Revised Code, the Chair appointed Representative Cera to serve as clerk pro tempore.

The following named persons presented certificates of election as members of the One Hundred Thirty-Third General Assembly of Ohio, and having been administered the oath of office by the Honorable Patrick F. Fischer, Justice of the Ohio Supreme Court, or previously having filed a sworn oath of office with the Clerk, entered upon the discharge of their duties:

| District | Name | Party | County |
|---|---|---|---|
| 1 | Scott Wiggam | R | Wayne |
| 2 | Mark J. Romanchuk | R | Richland |
| 3 | Theresa Gavarone | R | Wood |
| 4 | Robert R. Cupp | R | Allen |
| 5 | Timothy E. Ginter | R | Columbiana |
| 6 | Phillip M. Robinson, Jr. | D | Cuyahoga (part) |
| 7 | Thomas F. Patton | R | Cuyahoga (part) |
| 8 | Kent Smith | D | Cuyahoga (part) |
| 9 | Janine R. Boyd | D | Cuyahoga (part) |
| 10 | Terrence Upchurch | D | Cuyahoga (part) |
| 11 | Stephanie D. Howse | D | Cuyahoga (part) |
| 12 | Juanita O. Brent | D | Cuyahoga (part) |
| 13 | Michael J. Skindell | D | Cuyahoga (part) |
| 14 | Bride Rose Sweeney | D | Cuyahoga (part) |
| 15 | Jeffrey A. Crossman | D | Cuyahoga (part) |
| 16 | Dave Greenspan | R | Cuyahoga (part) |
| 17 | Adam C. Miller | D | Franklin (part) |
| 18 | Kristin Boggs | D | Franklin (part) |
| 19 | Mary Lightbody | D | Franklin (part) |
| 20 | Richard D. Brown | D | Franklin (part) |
| 21 | Beth Liston | D | Franklin (part) |
| 22 | David Leland | D | Franklin (part) |
| 23 | Laura Lanese | R | Franklin (part) |
| 24 | C. Allison Russo | D | Franklin (part) |
| 25 | Bernadine Kennedy Kent | D | Franklin (part) |
| 26 | Erica C. Crawley | D | Franklin (part) |

TIER 1-US0000971

2          HOUSE JOURNAL, MONDAY, JANUARY 7, 2019

| 27 | Thomas E. Brinkman, Jr. | R | Hamilton (part) |
|----|-------------------------|---|-----------------|
| 28 | Jessica E. Miranda | D | Hamilton (part) |
| 29 | Louis W. Blessing, III | R | Hamilton (part) |
| 30 | Bill Seitz | R | Hamilton (part) |
| 31 | Brigid Kelly | D | Hamilton (part) |
| 32 | Catherine D. Ingram | D | Hamilton (part) |
| 33 | Sedrick Denson | D | Hamilton (part) |
| 34 | Emilia Strong Sykes | D | Summit (part) |
| 35 | Tavia Galonski | D | Summit (part) |
| 36 | Anthony DeVitis | R | Summit (part) |
| 37 | Casey Weinstein | D | Summit (part) |
| 38 | Bill Roemer | R | Stark (part), Summit (part) |
| 39 | Fred Strahorn | D | Montgomery (part) |
| 40 | Phil Plummer | R | Montgomery (part) |
| 41 | Jim Butler | R | Montgomery (part) |
| 42 | Niraj J. Antani | R | Montgomery (part) |
| 43 | J. Todd Smith | R | Preble, Montgomery (part) |
| 44 | Paula Hicks-Hudson | D | Lucas (part) |
| 45 | Lisa A. Sobecki | D | Lucas (part) |
| 46 | Michael Sheehy | D | Lucas (part) |
| 47 | Derek Merrin | R | Fulton (part), Lucas (part) |
| 48 | Scott Oelslager | R | Stark (part) |
| 49 | Thomas West | D | Stark (part) |
| 50 | Reggie Stoltzfus | R | Stark (part) |
| 51 | Sara P. Carruthers | R | Butler (part) |
| 52 | George F. Lang | R | Butler (part) |
| 53 | Candice Keller | R | Butler (part) |
| 54 | Paul Zeltwanger | R | Butler (part), Warren (part) |
| 55 | Gayle Manning | R | Lorain (part) |
| 56 | Joseph A. Miller, III | D | Lorain (part) |
| 57 | Dick Stein | R | Huron, Lorain (part) |
| 58 | Michele Lepore-Hagan | D | Mahoning (part) |
| 59 | Don Manning | R | Mahoning (part) |
| 60 | John M. Rogers | D | Lake (part) |
| 61 | Jamie Callender | R | Lake (part) |
| 62 | P. Scott Lipps | R | Warren (part) |
| 63 | Glenn W. Holmes | D | Trumbull (part) |
| 64 | Michael J. O'Brien | D | Ashtabula (part), Trumbull (part) |
| 65 | John Becker | R | Clermont (part) |
| 66 | Doug Green | R | Brown, Clermont (part) |
| 67 | Kris Jordan | R | Delaware (part) |
| 68 | Rick Carfagna | R | Knox, Delaware (part) |
| 69 | Stephen D. Hambley | R | Medina (part) |
| 70 | Darrell Kick | R | Ashland, Holmes (part), Medina (part) |
| 71 | Scott Ryan | R | Licking (part) |
| 72 | Larry Householder | R | Coshocton, Perry, Licking (part) |
| 73 | Rick Perales | R | Greene (part) |
| 74 | Bill Dean | R | Madison, Clark (part), Greene (part) |
| 75 | Randi Clites | D | Portage (part) |
| 76 | Sarah LaTourette | R | Geauga (part), Portage (part) |
| 77 | Tim Schaffer | R | Fairfield (part) |
| 78 | Ron Hood | R | Hocking, Morgan, Athens (part), Fairfield (part), Muskingum (part), Pickaway (part) |
| 79 | J. Kyle Koehler | R | Clark (part) |
| 80 | Jena Powell | R | Miami, Darke (part) |
| 81 | James M. Hoops | R | Henry, Putnam, Williams, Fulton (part) |
| 82 | Craig S. Riedel | R | Defiance, Paulding, Van Wert, Auglaize (part) |
| 83 | Jon Cross | R | Hancock, Hardin, Logan (part) |

TIER 1-US0000972

| 84 | Susan Manchester | R | Mercer, Auglaize (part), Darke (part), Shelby (part) |
| 85 | A. Nino Vitale | R | Champaign, Logan (part), Shelby (part) |
| 86 | Tracy M. Richardson | R | Union, Marion (part) |
| 87 | Riordan T. McClain | R | Crawford, Morrow, Wyandot, Marion (part), Seneca (part) |
| 88 | Bill Reineke | R | Sandusky, Seneca (part) |
| 89 | Steven M. Arndt | R | Erie, Ottawa |
| 90 | Brian Baldridge | R | Adams, Scioto, Lawrence (part) |
| 91 | Shane Wilkin | R | Clinton, Highland, Pike, Ross (part) |
| 92 | Gary Scherer | R | Fayette, Pickaway (part), Ross (part) |
| 93 | Ryan Smith | R | Gallia, Jackson, Lawrence (part), Vinton (part) |
| 94 | Jay Edwards | R | Athens (part), Meigs, Vinton (part), Washington (part) |
| 95 | Don Jones | R | Carroll, Harrison, Noble, Belmont (part), Washington (part) |
| 96 | Jack Cera | D | Jefferson, Monroe, Belmont (part) |
| 97 | Vacant | R | Guernsey, Muskingum (part) |
| 98 | Brett Hudson Hillyer | R | Tuscarawas, Holmes (part) |
| 99 | John Patterson | D | Ashtabula (part), Geauga (part) |

Representative Carfagna moved that the oaths of office and certificates of election of absent members-elect be accepted and that the oaths of office be spread upon the pages of the journal.

The motion was agreed to without objection.

The Chair then called to order the House of Representatives of the One Hundred Thirty-Third General Assembly of the State of Ohio.

The House then proceeded to the next order of business, that being the election of officers in compliance with the provisions of Section 101.13 of the Ohio Revised Code.

The election of Speaker being in order, Representative LaTourette of the 76th district nominated for the office of Speaker, Ryan Smith of the 93rd district.

Representative Ginter of the 5th district seconded the nomination.

Representative Oelslager of the 48th district nominated for the office of Speaker, Larry Householder of the 72nd district.

Representative Butler of the 41st district seconded the nomination.

Representative Seitz of the 30th district moved that the nominations of Speaker be closed.

The motion was agreed to without objection.

The House then proceeded to the election of Speaker.

Those who voted for Representative Smith, R. were: Representatives

| | | | |
|---|---|---|---|
| Arndt | Blessing | Brinkman | Carfagna |
| Clites | Cupp | Dean | Gavarone |
| Ginter | Green | Greenspan | Hambley |
| Hood | Hoops | Ingram | Keller |
| Kelly | Kent | Kick | Koehler |

4          HOUSE JOURNAL, MONDAY, JANUARY 7, 2019

| Lanese | Lang | LaTourette | Lightbody |
| Lipps | Liston | Manchester | Manning, G. |
| McClain | Miller, J. | Miranda | Patterson |
| Patton | Perales | Reineke | Riedel |
| Rogers | Romanchuk | Russo | Ryan |
| Scherer | Seitz | Smith, R. | Stein |
| Stoltzfus | | | Strahorn-46 |

Those who voted for Representative Householder were: Representatives

| Antani | Baldridge | Becker | Boggs |
| Boyd | Brent | Brown | Butler |
| Callender | Carruthers | Cera | Crawley |
| Cross | Crossman | Denson | DeVitis |
| Edwards | Galonski | Hicks-Hudson | Hillyer |
| Holmes | Howse | Jones | Jordan |
| Leland | Lepore-Hagan | Manning, D. | Merrin |
| Miller, A. | O'Brien | Oelslager | Plummer |
| Powell | Richardson | Robinson | Roemer |
| Schaffer | Sheehy | Skindell | Smith, K. |
| Smith, T. | Sobecki | Sweeney | Sykes |
| Upchurch | Vitale | Weinstein | West |
| Wiggam | Wilkin | Zeltwanger | Householder-52 |

Having received a constitutional majority of all votes cast, Larry Householder was declared the duly elected Speaker of the House of Representatives of the One Hundred Thirty-Third General Assembly of the State of Ohio.

The Chair appointed Representatives Carfagna, Seitz, LaTourette, Patton, Reineke, Ryan, Lanese, Gavarone, Strahorn, Sykes, Kelly, and Smith, K. to escort Speaker Householder to the bar of the House.

Upon being presented, Speaker Householder was administered the oath of office by the Honorable Patrick F. Fischer, Justice of the Ohio Supreme Court, and entered upon the discharge of his duties.

The Speaker then addressed the House as follows:

"Well either over the last 18 years this dais has gotten smaller or I have gotten larger, but this is marble so I don't think it's the fact that it's gotten smaller. And I also see the boards a little little more blurry but we're back in the people's house.

And what I'd like to do today is make some brief remarks which I'm sure that those of you that know me will be happy for that, and then I would like to recess the House until the joint session tonight and then we have some housekeeping that we need to do at the end of that joint session. And that's the way I guess we're going to try to move forward.

First of all welcome to the 133rd General Assembly. I want to congratulate all of you as newly elected state representatives.

HOUSE JOURNAL, MONDAY, JANUARY 7, 2019          5

And I want to thank all of you in the gallery - all of your families who have allowed you to come forth and serve the people of the state of Ohio. I'm sure you're all very proud of the folks that you brought here to serve your communities. We are very proud to have you here. And you're always welcome in the people's house.

This has been a very divisive time. There's no doubt about that. And the first thing I guess I would like to say - I'd like to call Ryan Smith up here if I could. Come on up Ryan.

Ryan took the helm of leadership of this house during a very difficult time and has served it admirably over the last six months.

And I know that he and I have not become the best of friends to say the least, but I will say that he is a member of a very small fraternity and that's folks that have served this chamber.

And with that I welcome you Ryan and if you'd like to make some remarks you're more than welcome.

And next I'd like to call minority leader Fred Strahorn up again - a very worthy opponent through this whole thing. And I served with Fred my first tenure in the House as Speaker. Fred was one of the members. And so I'd like to think I know him well. Fred Strahorn.

I want to make my pledge to both of these gentlemen that were just up here that I want to work with them. I think they're both people of amazing talents. And quite frankly that's why I came back.

You know when I left this chamber 14 years ago, I guess - I left it in a condition that I thought was very good and I knew that term limits were going to change a lot of things. I knew that unless we work constantly at this, that lobbyists were going to become more powerful because, let's face it - they're not term limited. That the agencies and state employees - the bureaucrats some of us like to call them - they were going to become much more powerful because they're not term limited. So really, the only folks that represent the people are the folks that can't be here the longest because they're term limited. And so all those years and years of experience go away. Usually the governor has more power and we've got to work every single day to try to make certain that we're doing the right thing, we're working as hard as we can, and we get through all those things.

I like to take a bipartisan approach. You know when you look at Washington D.C. I was asked the other day what it was like when I came back, and the analogy that I used was it was like walking into a junior high gymnasium during a dance that everybody was looking for a corner. There's no activity unless we all get out in the middle of the floor and we've all got to work really hard with each other to make sure that happens. If you take it seriously and you really want to work in a bipartisan fashion, you can work

6          HOUSE JOURNAL, MONDAY, JANUARY 7, 2019

through all the issues. You can find ways not to have walls but to add windows. You can find ways to cross rivers, open doors.

All these things are possible. May take a little more time. May take a little more committee work, but you can get there, and we ought to strive to do that. Because out of the 99 people in this chamber, you represent every single man woman and child in what I believe to be the greatest state in the United States. The state of Ohio.

Some things that I have noticed that frankly, I'd like to see in the House of Representatives. We have to always remember that the people of Ohio have given this building to all of us as a tool, and how we use this tool is of our own choice. We can use this tool to tear apart. We can use this tool to separate. Or we can use this tool as others have before us to build.

You know Ohio is a fantastic place to live work and raise a family. It can be even better. Ohio used to be the state that every state in the nation was envious of because we had it all. We had great manufacturing. We had agriculture. We had ingenuity with the brightest minds in the world right here in the state of Ohio.

We haven't lost that. We're off our game a little bit, but we haven't lost that, and it's our job here in this General Assembly to make absolutely certain that we return Ohio to that status. The greatest state, the greatest nation of the world. That's number one.

There's a few things that are important as we proceed forward and one is that we have a professional environment in this house.

In today's world we're faced with a lot of things. We're faced with a lot of cultural diversity. We're faced with a lot of issues regarding genders. And so I think it's really really important - very important - that we look at a professional H.R. person to run our house administration department. That person should be able to deal with the complexities of the employment in this house.

It's not as easy as it once was. Many times those were partisan people picked, and today there's so much more to human resources. I believe that that's going to be very important as we move forward.

I also think that it's important that the House of Representatives open itself up. And one of the things that I'm going to advocate for are the TV cameras that are in those committee rooms be turned on.

There are so many people in the state of Ohio who for whatever reason can't get here to see their government operate in action and in person. And by switching those TV cameras on and giving the opportunity for people to see the work that we do in those committees, I think we're going a long way to try to open the doors of our state house.

Secondly, I am a firm believer that we table way too many amendments in

committee. If there's any place that the people's business is truly done, truly accessible, where we can make the most difference - it's in those committee rooms. And so I'm going to advocate a rule change - that rule change being that tabling of committees, unless it's for constitutional reasons, or not germane to the bill, or maybe it's been offered previously in some form, should never be tabled. We're going to talk about these issues and we're going to discuss them, and we're going to vote because the people of the state of Ohio, that's what they expect us to do. They can't be here to vote. So they send us here. Debate it, understand it, decide, and vote.

Another change that I would like to advocate for in our rules is that we go back to having amendments on the floor of the house, without the two-hour previous requirement that we have to present that to the clerk. I remember when I first came here in 1997 - LSC back there - you could run up the aisle way, make an amendment, come back down, and as long as you could get it in front of the speaker before the bill was voted on, you were going to have a debate on your amendment.

And I'll tell you why that's really important. It's important. I remember when I was a freshman, there was a water issue that was really important to my district, and I was sitting in one of those chairs. I looked at this bill, and frankly, it passed me by in committee. I hadn't seen it in committee. And as I started to study that bill, that amendment fit in that bill and it was germane to the subject matter. Back I raced to the LSC desk, came back down the aisle, and spoke with leadership. We talked about it. We presented the bill and it was passed. The amendment was passed, the bill was passed.

Those opportunities are how each and every single one of you can better represent your folks back home. Accessibility, openness, the ability for them to sit at home and watch what each one of us do every single day, I think are all ways that we can be even better for the people of Ohio than we already are today.

I'd also like to see some standing committees established. I'd like to see a standing committee on primary and secondary education. I'd like to see a standing subcommittee on criminal sentencing reform, and I'd like to see a standing subcommittee on energy generation.

These are issues that are so important to everyone in the state of Ohio. They need great debate. They need great understanding. And also we need bipartisanship in those issues, and that's why I'm going to call for a co-chair of each of those committees. One Republican and one Democrat in those standing subcommittees.

This truly is the people's house. We want this place to be accessible. It is our tool to use. We're going to use it the very best way that we can.

I pledged to work with every single one of you. For those of you that supported me in the speaker's race - obviously we're going to work together.

8          HOUSE JOURNAL, MONDAY, JANUARY 7, 2019

For those of you that didn't support me in the speaker's race - well that means I've got to earn your respect and your trust moving forward. So I'm going to do everything I can to work with you as well.

Again I welcome everyone here. I hope you enjoy this very historical place at this very historical moment. And I want to congratulate each and every one of you and thank you for allowing me to serve in this position once again."

On motion of Representative Butler, the House recessed.

The House met pursuant to recess.

### Message from the Senate

Mr. Speaker:

I am directed to inform the House of Representatives that the Senate is now in session and ready for the transaction of business.

Attest:                                        Vincent L. Keeran,
                                                             Clerk.

### Message from the Senate

Mr. Speaker:

I am directed to inform the House of Representatives that the Senate has adopted the following concurrent resolution in which the concurrence of the House is requested:

**S. C. R. No. 1** - Senator Obhof
       Cosponsor: Senator Yuko

Relative to convening in Joint Convention.

Attest:                                        Vincent L. Keeran,
                                                             Clerk.

Representative Butler moved that the following concurrent resolution be brought up for immediate adoption, read by title only, and spread upon the pages of the journal.

The motion was agreed to without objection.

The question being on the adoption of the concurrent resolution, reading as follows:

**S. C. R. No. 1**-Senator Obhof
       Cosponsor: Senator Yuko

Relative to convening in Joint Convention.

TIER 1-US0000978

HOUSE JOURNAL, MONDAY, JANUARY 7, 2019          9

BE IT RESOLVED, That the two houses of the General Assembly convene in joint convention on January 7, 2019, at 4:30 p.m., under Section 3 of Article III of the Constitution of the State of Ohio and section 3505.34 of the Ohio Revised Code, to witness the opening, announcing, and canvassing of the abstracts of the votes cast for the offices of Governor and Lieutenant Governor, Secretary of State, Auditor of State, Treasurer of State, and Attorney General at the general election held on the first Tuesday after the first Monday in November 2018.

The question being, "Shall the concurrent resolution be adopted?"

The yeas and nays were taken and resulted – yeas 96, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brent |
| Brinkman | Brown | Butler | Callender |
| Carfagna | Carruthers | Cera | Clites |
| Crawley | Cross | Crossman | Cupp |
| Dean | Denson | DeVitis | Edwards |
| Gavarone | Ginter | Green | Greenspan |
| Hambley | Hicks-Hudson | Hillyer | Holmes |
| Hood | Hoops | Howse | Ingram |
| Jones | Jordan | Keller | Kelly |
| Kent | Kick | Koehler | Lanese |
| Lang | LaTourette | Leland | Lepore-Hagan |
| Lightbody | Lipps | Liston | Manchester |
| Manning, D. | Manning, G. | McClain | Merrin |
| Miller, A. | Miller, J. | Miranda | O'Brien |
| Oelslager | Patterson | Patton | Perales |
| Plummer | Powell | Reineke | Richardson |
| Riedel | Robinson | Roemer | Rogers |
| Romanchuk | Russo | Ryan | Schaffer |
| Scherer | Seitz | Sheehy | Skindell |
| Smith, K. | Smith, R. | Smith, T. | Sobecki |
| Stein | Stoltzfus | Sweeney | Sykes |
| Upchurch | Vitale | Weinstein | West |
| Wiggam | Wilkin | Zeltwanger | Householder-96 |

The concurrent resolution was adopted.

On motion of Representative Butler, the House recessed for the purpose of a joint convention.

The hour having arrived for the meeting of the two houses, the members of the Senate preceded by the President, Clerk, and Sergeant-at-arms thereof, appeared within the bar of the House.

The President of the Senate called the joint convention to order.

Senator Peterson and Representative Butler announced a quorum of each house, respectively, was present.

10          HOUSE JOURNAL, MONDAY, JANUARY 7, 2019

The President of the Senate, in the presence of the two houses, then proceeded to open and announce the returns of the votes cast at the election held in the State of Ohio on the first Tuesday after the first Monday in November 2018 for the offices of Governor and Lieutenant Governor, Secretary of State, Auditor of State, Treasurer of State, and Attorney General.

January 7, 2019

The Honorable Jon Husted
Ohio Secretary of State
180 East Broad Street, 16th Floor
Columbus, Ohio 43215

Dear Secretary Husted:

Pursuant to Section 3505.34 of the Ohio Revised Code, the President of the Senate in the presence of a majority of both houses of the General Assembly has canvassed the abstracts of the votes cast for the offices of Governor and Lieutenant Governor, Secretary of State, Auditor of State, Treasurer of State, and Attorney General as contained in Form No. 2 sent from each county and declares the following candidates elected to those offices:

For Governor and Lieutenant Governor:

    Mike DeWine and Jon Husted – 2,231,917 votes
    Richard Cordray and Betty Sutton – 2,067,847 votes
    Travis M. Irvine and J. Todd Grayson – 79,985 votes
    Constance Gadell-Newton and Brett R. Joseph – 49,475 votes
    Renea Turner and Keith Colton – 185 votes
    Richard Duncan and Dennis A. Artino – 132 votes
    Rebecca Ayres and Anthony Durgans – 41 votes

Mike DeWine and Jon Husted are declared Governor and Lieutenant Governor.

For Secretary of State:

    Frank LaRose – 2,210,356 votes
    Kathleen Clyde – 2,049,944 votes
    Dustin R. Nanna – 103,392 votes
    Michael W. Bradley – 79 votes

Frank LaRose is declared Secretary of State.

For Auditor of State:

    Keith Faber – 2,152,769 votes
    Zach Space – 2,006,204 votes
    Robert C. Coogan – 175,790 votes

Keith Faber is declared Auditor of State.

TIER 1-US0000980

For Treasurer of State:

   Robert Sprague – 2,304,444 votes
   Rob Richardson – 2,022,016 votes

Robert Sprague is declared Treasurer of State.

For Attorney General:

   Dave Yost – 2,272,440 votes
   Steve Dettelbach – 2,084,593 votes

Dave Yost is declared Attorney General.

Sincerely,

/s/LARRY OBHOF                          /s/LARRY HOUSEHOLDER
  Larry Obhof, President              Larry Householder, Speaker
  Ohio Senate                        Ohio House of Representatives

On motion of Senator Peterson the joint convention was dissolved.

The House met pursuant to recess.

The next order of business being the election of the Clerk of the House of Representatives for the One Hundred Thirty-Third General Assembly of the State of Ohio.

Representative Butler offered the following resolution, requesting that it be read by title only and spread upon the pages of the journal:

**H. R. No. 1**-Representative Butler

Relative to the election of the Clerk of the House of Representatives.

   BE IT RESOLVED, By the members of the House of Representatives of the 133rd General Assembly, that Bradley J. Young be, and upon adoption of this resolution is, hereby elected to the office of Clerk; and be it further

   RESOLVED, That the term of office of the Clerk, shall be for a period of 60 days.

The question being, "Shall the resolution be adopted?"

The yeas and nays were taken and resulted – yeas 97, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brent |
| Brinkman | Brown | Butler | Callender |
| Carfagna | Carruthers | Cera | Clites |
| Crawley | Cross | Crossman | Cupp |

12          HOUSE JOURNAL, MONDAY, JANUARY 7, 2019

| | | | |
|---|---|---|---|
| Dean | Denson | DeVitis | Edwards |
| Galonski | Gavarone | Ginter | Green |
| Greenspan | Hambley | Hicks-Hudson | Hillyer |
| Holmes | Hood | Hoops | Howse |
| Ingram | Jones | Jordan | Keller |
| Kelly | Kent | Kick | Koehler |
| Lanese | Lang | LaTourette | Leland |
| Lepore-Hagan | Lightbody | Lipps | Liston |
| Manchester | Manning, D. | Manning, G. | McClain |
| Merrin | Miller, A. | Miller, J. | Miranda |
| O'Brien | Oelslager | Patterson | Patton |
| Plummer | Powell | Reineke | Richardson |
| Riedel | Robinson | Roemer | Rogers |
| Romanchuk | Russo | Ryan | Schaffer |
| Scherer | Seitz | Sheehy | Skindell |
| Smith, K. | Smith, R. | Smith, T. | Sobecki |
| Stein | Stoltzfus | Strahorn | Sweeney |
| Sykes | Upchurch | Vitale | Weinstein |
| West | Wiggam | Wilkin | Zeltwanger |
| | | | Householder-97 |

The resolution was adopted.

Having received a constitutional majority of all votes cast, Bradley J. Young was declared the duly elected Clerk of the Ohio House of Representatives, and having been administered the oath of office by Speaker Householder, entered upon the discharge of his duties.

Representative Butler offered the following resolution, requesting that it be read by title only and spread upon the pages of the journal:

**H. R. No. 2**-Representative Butler

Relative to employment and compensation of employees of the House of Representatives preparatory to and during House organization.

BE IT RESOLVED, By the members of the House of Representatives of the 133rd General Assembly, that the Chief Administrative Officer of the House of Representatives is hereby authorized to pay all employees actually employed preparatory to House organization of the 133rd General Assembly from December 31, 2018 to January 7, 2019, the date of the convening of the 133rd General Assembly, at the same salary that was paid them during the 132nd General Assembly.

The question being, "Shall the resolution be adopted?"

The yeas and nays were taken and resulted – yeas 98, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brent |

TIER 1-US0000982

HOUSE JOURNAL, MONDAY, JANUARY 7, 2019     13

| | | | |
|---|---|---|---|
| Brinkman | Brown | Butler | Callender |
| Carfagna | Carruthers | Cera | Clites |
| Crawley | Cross | Crossman | Cupp |
| Dean | Denson | DeVitis | Edwards |
| Galonski | Gavarone | Ginter | Green |
| Greenspan | Hambley | Hicks-Hudson | Hillyer |
| Holmes | Hood | Hoops | Howse |
| Ingram | Jones | Jordan | Keller |
| Kelly | Kent | Kick | Koehler |
| Lanese | Lang | LaTourette | Leland |
| Lepore-Hagan | Lightbody | Lipps | Liston |
| Manchester | Manning, D. | Manning, G. | McClain |
| Merrin | Miller, A. | Miller, J. | Miranda |
| O'Brien | Oelslager | Patterson | Patton |
| Perales | Plummer | Powell | Reineke |
| Richardson | Riedel | Robinson | Roemer |
| Rogers | Romanchuk | Russo | Ryan |
| Schaffer | Scherer | Seitz | Sheehy |
| Skindell | Smith, K. | Smith, R. | Smith, T. |
| Sobecki | Stein | Stoltzfus | Strahorn |
| Sweeney | Sykes | Upchurch | Vitale |
| Weinstein | West | Wiggam | Wilkin |
| Zeltwanger | | | Householder-98 |

The resolution was adopted.

Representative Butler offered the following resolution, requesting that it be read by title only and spread upon the pages of the journal:

**H. R. No. 3**-Representative Butler

To provide for the offering of the pledge of allegiance to the flag by the members of the House of Representatives at the opening session of each week.

BE IT RESOLVED, That the members of the House of Representatives of the 133rd General Assembly shall make the following pledge of allegiance to the flag at the opening session of each week.

"I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all."

The question being, "Shall the resolution be adopted?"

The yeas and nays were taken and resulted – yeas 98, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brent |
| Brinkman | Brown | Butler | Callender |
| Carfagna | Carruthers | Cera | Clites |

| | | | |
|---|---|---|---|
| Crawley | Cross | Crossman | Cupp |
| Dean | Denson | DeVitis | Edwards |
| Galonski | Gavarone | Ginter | Green |
| Greenspan | Hambley | Hicks-Hudson | Hillyer |
| Holmes | Hood | Hoops | Howse |
| Ingram | Jones | Jordan | Keller |
| Kelly | Kent | Kick | Koehler |
| Lanese | Lang | LaTourette | Leland |
| Lepore-Hagan | Lightbody | Lipps | Liston |
| Manchester | Manning, D. | Manning, G. | McClain |
| Merrin | Miller, A. | Miller, J. | Miranda |
| O'Brien | Oelslager | Patterson | Patton |
| Perales | Plummer | Powell | Reineke |
| Richardson | Riedel | Robinson | Roemer |
| Rogers | Romanchuk | Russo | Ryan |
| Schaffer | Scherer | Seitz | Sheehy |
| Skindell | Smith, K. | Smith, R. | Smith, T. |
| Sobecki | Stein | Stoltzfus | Strahorn |
| Sweeney | Sykes | Upchurch | Vitale |
| Weinstein | West | Wiggam | Wilkin |
| Zeltwanger | | | Householder-98 |

The resolution was adopted.

Representative Butler offered the following resolution, requesting that it be read by title only and spread upon the pages of the journal:

**H. R. No. 4**-Representative Butler

Relative to certain letters to be signed by the Speaker of the House on behalf of the House and sent to persons or groups in lieu of any resolutions on the subject.

BE IT RESOLVED, By the members of the House of Representatives of the 133rd General Assembly, that upon the request of any member, the Speaker of the House of Representatives may, at the Speaker's discretion, sign letters of commendation, congratulations, or condolence to persons or organizations named in the request on behalf of the House and in its name, and arrange for transmittal therefor to such persons or organizations as may be designated in the request.

The question being, "Shall the resolution be adopted?"

The yeas and nays were taken and resulted – yeas 98, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brent |
| Brinkman | Brown | Butler | Callender |
| Carfagna | Carruthers | Cera | Clites |
| Crawley | Cross | Crossman | Cupp |
| Dean | Denson | DeVitis | Edwards |

HOUSE JOURNAL, MONDAY, JANUARY 7, 2019        15

| | | | |
|---|---|---|---|
| Galonski | Gavarone | Ginter | Green |
| Greenspan | Hambley | Hicks-Hudson | Hillyer |
| Holmes | Hood | Hoops | Howse |
| Ingram | Jones | Jordan | Keller |
| Kelly | Kent | Kick | Koehler |
| Lanese | Lang | LaTourette | Leland |
| Lepore-Hagan | Lightbody | Lipps | Liston |
| Manchester | Manning, D. | Manning, G. | McClain |
| Merrin | Miller, A. | Miller, J. | Miranda |
| O'Brien | Oelslager | Patterson | Patton |
| Perales | Plummer | Powell | Reineke |
| Richardson | Riedel | Robinson | Roemer |
| Rogers | Romanchuk | Russo | Ryan |
| Schaffer | Scherer | Seitz | Sheehy |
| Skindell | Smith, K. | Smith, R. | Smith, T. |
| Sobecki | Stein | Stoltzfus | Strahorn |
| Sweeney | Sykes | Upchurch | Vitale |
| Weinstein | West | Wiggam | Wilkin |
| Zeltwanger | | | Householder-98 |

The resolution was adopted.

Representative Butler offered the following resolution, requesting that it be read by title only and spread upon the pages of the journal:

**H. R. No. 5**-Representative Butler

Relative to the appointment and salaries of the officials and employees of the House of Representatives.

BE IT RESOLVED, By the members of the House of Representatives of the 133rd General Assembly, that in addition to those officers previously elected, or to be elected, by resolution of the House, the Speaker is hereby authorized to appoint such additional staff as may be required for the purpose of facilitating the work of the House of Representatives and to fill any vacancies in positions as officers or employees; and be it further

RESOLVED, That the officers and employees of the House of Representatives be compensated as determined by the Chief Administrative Officer, with the approval of the Speaker; and be it further

RESOLVED, That pay increases shall be made only upon recommendation of the Chief Administrative Officer, with approval of the Speaker; and be it further

RESOLVED, That the Chief Administrative Officer shall have the direct supervision and management of those officers and employees who by reason of their duties fall within the specific area of responsibility of the Chief Administrative Officer. Pursuant to the approval of the Speaker, the

HOUSE JOURNAL, MONDAY, JANUARY 7, 2019

Chief Administrative Officer may discharge any officer or employee under their respective supervision if the officer or employee is not satisfactorily performing his duties; and be it further

RESOLVED, That this resolution shall govern all actions taken by the 133rd General Assembly and that all of the foregoing salaries be paid from the appropriate funds of the House of Representatives.

The question being, "Shall the resolution be adopted?"

The yeas and nays were taken and resulted – yeas 97, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brent |
| Brinkman | Brown | Butler | Callender |
| Carfagna | Carruthers | Cera | Clites |
| Crawley | Cross | Crossman | Cupp |
| Dean | Denson | DeVitis | Edwards |
| Galonski | Gavarone | Ginter | Green |
| Greenspan | Hambley | Hicks-Hudson | Hillyer |
| Holmes | Hood | Hoops | Howse |
| Ingram | Jones | Jordan | Keller |
| Kelly | Kent | Kick | Koehler |
| Lanese | Lang | LaTourette | Leland |
| Lepore-Hagan | Lightbody | Lipps | Liston |
| Manchester | Manning, D. | Manning, G. | McClain |
| Merrin | Miller, A. | Miller, J. | Miranda |
| O'Brien | Oelslager | Patterson | Patton |
| Perales | Plummer | Powell | Reineke |
| Richardson | Riedel | Robinson | Roemer |
| Rogers | Romanchuk | Russo | Ryan |
| Schaffer | Scherer | Seitz | Sheehy |
| Skindell | Smith, K. | Smith, R. | Smith, T. |
| Sobecki | Stein | Stoltzfus | Strahorn |
| Sweeney | Upchurch | Vitale | Weinstein |
| West | Wiggam | Wilkin | Zeltwanger |
| | | | Householder-97 |

The resolution was adopted.

Representative Butler offered the following resolution, requesting that it be read by title only and spread upon the pages of the journal:

**H. R. No. 6**-Representative Butler

Relative to the appointment of a special committee on Rules.

BE IT RESOLVED, By the members of the House of Representatives of the 133rd General Assembly, that the Speaker shall appoint a committee of eight members to prepare the rules for the conduct of business of the House and to report at the earliest date practicable; and be it further

HOUSE JOURNAL, MONDAY, JANUARY 7, 2019        17

RESOLVED, That in the interim all questions on procedure shall be determined on the basis of the rules of the House of Representatives adopted by the House during the 132nd General Assembly.

The question being, "Shall the resolution be adopted?"

The yeas and nays were taken and resulted – yeas 97, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brinkman |
| Brown | Butler | Callender | Carfagna |
| Carruthers | Cera | Clites | Crawley |
| Cross | Crossman | Cupp | Dean |
| Denson | DeVitis | Edwards | Galonski |
| Gavarone | Ginter | Green | Greenspan |
| Hambley | Hicks-Hudson | Hillyer | Holmes |
| Hood | Hoops | Howse | Ingram |
| Jones | Jordan | Keller | Kelly |
| Kent | Kick | Koehler | Lanese |
| Lang | LaTourette | Leland | Lepore-Hagan |
| Lightbody | Lipps | Liston | Manchester |
| Manning, D. | Manning, G. | McClain | Merrin |
| Miller, A. | Miller, J. | Miranda | O'Brien |
| Oelslager | Patterson | Patton | Perales |
| Plummer | Powell | Reineke | Richardson |
| Riedel | Robinson | Roemer | Rogers |
| Romanchuk | Russo | Ryan | Schaffer |
| Scherer | Seitz | Sheehy | Skindell |
| Smith, K. | Smith, R. | Smith, T. | Sobecki |
| Stein | Stoltzfus | Strahorn | Sweeney |
| Sykes | Upchurch | Vitale | Weinstein |
| West | Wiggam | Wilkin | Zeltwanger |
| | | | Householder-97 |

The resolution was adopted.

Representative Butler offered the following concurrent resolution, requesting that it be read by title only and spread upon the pages of the journal:

**H. C. R. No. 1**-Speaker Householder

Relative to a committee to wait upon the Governor to let him know the 133rd General Assembly is in session.

BE IT RESOLVED, By the House of Representatives (the Senate concurring), that a committee of eight on the part of the House of Representatives and eight on the part of the Senate be appointed to wait upon and inform the Governor that the two houses of the 133rd General Assembly

18          HOUSE JOURNAL, MONDAY, JANUARY 7, 2019

have organized and are ready to receive any communication he may desire to transmit.

The question being, "Shall the concurrent resolution be adopted?"

The yeas and nays were taken and resulted – yeas 98, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brent |
| Brinkman | Brown | Butler | Callender |
| Carfagna | Carruthers | Cera | Clites |
| Crawley | Cross | Crossman | Cupp |
| Dean | Denson | DeVitis | Edwards |
| Galonski | Gavarone | Ginter | Green |
| Greenspan | Hambley | Hicks-Hudson | Hillyer |
| Holmes | Hood | Hoops | Howse |
| Ingram | Jones | Jordan | Keller |
| Kelly | Kent | Kick | Koehler |
| Lanese | Lang | LaTourette | Leland |
| Lepore-Hagan | Lightbody | Lipps | Liston |
| Manchester | Manning, D. | Manning, G. | McClain |
| Merrin | Miller, A. | Miller, J. | Miranda |
| O'Brien | Oelslager | Patterson | Patton |
| Perales | Plummer | Powell | Reineke |
| Richardson | Riedel | Robinson | Roemer |
| Rogers | Romanchuk | Russo | Ryan |
| Schaffer | Scherer | Seitz | Sheehy |
| Skindell | Smith, K. | Smith, R. | Smith, T. |
| Sobecki | Stein | Stoltzfus | Strahorn |
| Sweeney | Sykes | Upchurch | Vitale |
| Weinstein | West | Wiggam | Wilkin |
| Zeltwanger | | | Householder-98 |

The concurrent resolution was adopted.

Representative Butler offered the following concurrent resolution, requesting that it be read by title only and spread upon the pages of the journal:

**H. C. R. No. 2**-Speaker Householder

Relative to the inauguration of the Governor.

        BE IT RESOLVED, By the House of Representatives (the Senate concurring), that a committee of seven on the part of the House of Representatives and seven on the part of the Senate be appointed to make the necessary arrangements for the inauguration of the governor-elect, The Honorable Mike DeWine.

The question being, "Shall the concurrent resolution be adopted?"

HOUSE JOURNAL, MONDAY, JANUARY 7, 2019          19

The yeas and nays were taken and resulted – yeas 98, nays 0, as follows:

Those who voted in the affirmative were: Representatives

| | | | |
|---|---|---|---|
| Antani | Arndt | Baldridge | Becker |
| Blessing | Boggs | Boyd | Brent |
| Brinkman | Brown | Butler | Callender |
| Carfagna | Carruthers | Cera | Clites |
| Crawley | Cross | Crossman | Cupp |
| Dean | Denson | DeVitis | Edwards |
| Galonski | Gavarone | Ginter | Green |
| Greenspan | Hambley | Hicks-Hudson | Hillyer |
| Holmes | Hood | Hoops | Howse |
| Ingram | Jones | Jordan | Keller |
| Kelly | Kent | Kick | Koehler |
| Lanese | Lang | LaTourette | Leland |
| Lepore-Hagan | Lightbody | Lipps | Liston |
| Manchester | Manning, D. | Manning, G. | McClain |
| Merrin | Miller, A. | Miller, J. | Miranda |
| O'Brien | Oelslager | Patterson | Patton |
| Perales | Plummer | Powell | Reineke |
| Richardson | Riedel | Robinson | Roemer |
| Rogers | Romanchuk | Russo | Ryan |
| Schaffer | Scherer | Seitz | Sheehy |
| Skindell | Smith, K. | Smith, R. | Smith, T. |
| Sobecki | Stein | Stoltzfus | Strahorn |
| Sweeney | Sykes | Upchurch | Vitale |
| Weinstein | West | Wiggam | Wilkin |
| Zeltwanger | | | Householder-98 |

The concurrent resolution was adopted.

Representative Smith, T. offered the closing prayer.

On motion of Representative Butler, the House adjourned until Thursday, January 10, 2019 at 9:00 o'clock a.m.


Attest:                                                      BRADLEY J. YOUNG,
                                                                                  Clerk.

TIER 1-US0000989

Chuck Jones - iPhone - FK2ZCRRYN70H

**GOVERNMENT EXHIBIT**

412C

1:20-CR-077

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 1/7/2019 10:07:31 PM -05:00 |
| Start time | 1/7/2019 2:56:00 PM -05:00 |

## Participants

 +17407072500
Larry Householder*

 +13302854513

 cej7471@gmail.com
Charles Jones* (owner)

## Conversation - Instant Messages (2)

From: +13302854513 (owner)

Status: Sent
Delivered: 1/7/2019 2:56:01 PM(UTC-5)

1/7/2019 2:56:00 PM(UTC-5)

From: +17407072500 Larry Householder
To: Jones, Chuck (owner)

Thank you for everything it was historical

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Jones, Chuck | | | |

Status: Read
Read: 1/7/2019 11:36:34 PM(UTC-5)

1/7/2019 10:07:31 PM(UTC-5)

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00009477
TIER 3 - 393891

Case: 1:20-cr-00077-TSB Doc #: 307 Filed: 08/21/24 Page: 117 of 320 PAGEID #: 12799



The Ohio House of Representatives
133RD GENERAL ASSEMBLY

GOVERNMENT EXHIBIT

423

1:20-CR-077

HOME | REPRESENTATIVES | COMMITTEES | SESSION | LEGISLATION | BLOGS | ABOUT | RESOURCES | INTERNSHIP OPPORTUNITIES



# Ohio House Approves Rules For 133rd General Assembly

February 06, 2019

[ Larry Householder Home | Larry Householder Press ]

COLUMBUS - The Ohio House of Representatives today approved the House Rules for the 133rd General Assembly.

The resolution confirming Rules of the House for the 133rd General Assembly passed with strong bipartisan support. Rules for this general assembly have been updated to reflect references to the current general assembly while also including the following notable changes:

-Committees will have a 60/40 split between Majority/Minority party

-Substitute bills cannot be considered before Legislative Service Commission synopsis is available

-Eliminates blocking amendments

-Limits tabling of amendments in committee

-Any member may insist on call for yeas & nays

-Eliminates requirements that discharge petitions be signed in front of the Clerk

-There will be three sub-committees co-chaired by the Majority and Minority Caucus: Criminal Sentencing, Energy Generation, and Primary/Secondary Education

"We're back in the People's House," said Speaker Householder. "With the rules that were unanimously approved today, we have laid the groundwork for a highly successful 133rd General Assembly. We will be a more collaborative, transparent body; the people of Ohio will be well served by a more open process and these rules are a significant step in that direction."

f Share   🐦 Tweet

## Featured Posts

▸ **Representative Larry Householder Elected Speaker**



COLUMBUS – On January 7th, Representative Larry Householder (R-Glenford) was elected Speaker of the Ohio House of Representatives for the 133rd General Assembly. Householder represents the 72nd House District, encompassing all of Coshocton and Perry counties, as well as parts of Licking County. Representative Householder, currently serving his second consecutive term in the Ohio House, previously served as Speaker from 2001 to 2004.

[ Read Full Story ]

▸ **Speaker Householder Announces Several Appointments**

▸ **Speaker Householder Announces Ohio House Communications Director**

Home | Directory | Disclaimer | Committees | Support
Copyright © 2020 The Ohio House of Representatives. All Rights Reserved.

TIER 1-US0000945



GOVERNMENT
EXHIBIT

424

1:20-CR-077

## Speaker Householder Announces Standing Committee Assignments

February 08, 2019

[ Larry Householder Home | Larry Householder Press ]

COLUMBUS – Speaker Larry Householder announced today the standing committee and standing subcommittee assignments for the 133rd General Assembly.

"Members of the Ohio House have a great wealth of knowledge and expertise," said Speaker Householder. "The work of the committees will be essential to us in the 133rd General Assembly as we begin enacting our policy agenda to improve the lives of Ohioans."

The committee assignments are as follows:

**Featured Pos**

Representativ
Speaker

Volunteer Internships

Page Program

COLUMBUS – On January 7th, Representative Larry Householder (R-Glenford) was elected Speaker of the Ohio House of Representatives for the 133rd General Assembly. Householder represents the 72nd House District, encompassing all of Coshocton and Perry counties, as well as parts of Licking County. Representative Householder, currently serving his second consecutive term in the Ohio House, previously served as Speaker from 2001 to 2004.

[ Read Full Story ]

**Speaker Householder Announces Several Appointments**

**Speaker Householder Announces Ohio House Communications Director**

**AGING AND LONG-TERM CARE**

| | |
|---|---|
| Arndt, Chair | Howse, Ranking Member |
| Reineke, Vice Chair | Boyd |

+1 others

1 trackers blocked
less   OFF

TIER 1-US0000947

| | |
|---|---|
| Antani | Clites |
| Brinkman | Liston |
| Ginter | Russo |
| Green | West |
| Scherer | |
| Powell | |
| Ryan | |

**AGRICULTURE AND RURAL DEVELOPMENT**

| | |
|---|---|
| Koehler, Chair | Brent, Ranking Member |
| Smith, T., Vice Chair | Cera |
| Jones | Clites |
| Kick | Hicks-Hudson |
| Manchester | Lightbody |



TIER 1-US0000948

| | |
|---|---|
| Manning, D. | Patterson |
| Powell | Weinstein |
| Schaffer | |
| Seitz | |
| Stoltzfus | |

## ARMED SERVICES AND VETERANS AFFAIRS

| | |
|---|---|
| Perales, Chair | Weinstein, Ranking Member |
| Hood, Vice Chair | Brown |
| Dean | Crawley |
| Holmes, A. | Miller, A. |
| Keller | Sheehy |
| Kick | |
| Lanese | |
| Richardson | |



+1 others

1   trackers blocked
less    OFF

TIER 1-US0000949

**ARMED SERVICES AND VETERANS AFFAIRS**

| | |
|---|---|
| Hambley, Chair | Brown, Ranking Member |
| Patton, Vice Chair | Crossman |
| Butler | Galonski |
| Callender | Hicks-Hudson |
| Cupp | Skindell |
| Hillyer | |
| Lanese | |
| Seitz | |



+1 others

1   trackers blocked

less    OFF

TIER 1-US0000950

**CRIMINAL JUSTICE**

| | |
|---|---|
| Lang, Chair | Leland, Ranking Member |
| Plummer, Vice Chair | Crossman |
| Butler | Galonski |
| Cupp | Rogers |
| LaTourette | West |
| Manning, D. | |
| Seitz | |
| Smith, T. | |

*CRIMINAL SENTENCING SUBCOMMITTEE*

| | |
|---|---|
| LaTourette, Co-Chair | Galonski, Co-Chair |
| Plummer | Rogers |
| Smith, T. | |



TIER 1-US0000951

**COMMERCE AND LABOR**

| | |
|---|---|
| Manning, G., Chair | Lepore-Hagan, Ranking Member |
| Dean, Vice Chair | Brent |
| DeVitis | Lightbody |
| Edwards | Sheehy |
| Hood | Smith, K. |
| Jones | Sweeney |
| Patton | |
| Riedel | |
| Stein | |



TIER 1-US0000952

**ECONOMIC AND WORKFORCE DEVELOPMENT**

| | |
|---|---|
| Zeltwanger, Chair | Sobecki, Ranking Member |
| Powell, Vice Chair | Ingram |
| DeVitis | Liston |
| Holmes, A. | Miranda |
| Lang | Skindell |
| McClain | Upchurch |
| Reineke | |
| Riedel | |
| Vitale | |

**ENERGY AND NATURAL RESOURCES**

| | |
|---|---|
| Vitale, Chair | Denson, Ranking Member |
| Kick, Vice Chair | Holmes, G. |
| Baldridge | Leland |



+1 others

1   trackers blocked

less    OFF

TIER 1-US0000953

Speaker Householder Announces Standing Committee Assignments 8 of 22

| Cross | O'Brien |
| --- | --- |
| Hillyer | Weinstein |
| Jordan | |
| Stein | |
| Wiggam | |

**ENERGY GENERATION SUBCOMMITTEE**

| Stein, Co-Chair | O'Brien, Co-Chair |
| --- | --- |
| Baldridge | Holmes, G. |
| Jordan | |

**FEDERALISM**

| Becker, Chair | Miller, A., Ranking Member |
| --- | --- |



+1 others

1 trackers blocked    OFF
less

TIER 1-US0000954

| | |
|---|---|
| Stoltzfus, Vice Chair | Kelly |
| Brinkman | Kennedy-Kent |
| Dean | Miller, J. |
| Green | Strahorn |
| Hood | |
| Koehler | |
| Smith, R. | |



TIER 1-US0000955

**FINANCE**

| | |
|---|---|
| Oelslager, Chair | Cera, Ranking Member |
| Scherer, Vice Chair | Crawley |
| Baldridge | Hicks-Hudson |
| Blessing | Howse |
| Butler | Kelly |
| Callender | Miller, A. |
| Carfagna | O'Brien |
| Carruthers | Patterson |
| Cross | Rogers |
| Cupp | Skindell |
| Edwards | Sweeney |
| Greenspan | West |
| Hambley | |
| Hoops | |
| Lipps | |
| Plummer | |
| Perales | |
| Richardson | |
| Roemer | |


+1 others

1 trackers blocked
less OFF

TIER 1-US0000956

Speaker Householder Announces Standing Committee Assignments

Romanchuk

Wilkin

**FINANCE SUBCOMMITTEE ON AGRICULTURE,
DEVELOPMENT, AND
NATURAL RESOURCES**

Hoops, Chair                  Hicks-Hudson, Ranking Member

Baldridge                  O'Brien

Richardson

**FINANCE SUBCOMMITTEE ON HEALTH AND HUMAN
SERVICES**

Romanchuk, Chair          West, Ranking Member

Lipps                     Kelly

Roemer

+1 others

1   trackers blocked
      less     OFF

TIER 1-US0000957

**FINANCE SUBCOMMITTEE ON HIGHER EDUCATION**

| | |
|---|---|
| Carfagna, Chair | Sweeney, Ranking Member |
| Edwards | Miller, A. |
| Perales | |

**FINANCE SUBCOMMITTEE ON**
**PRIMARY AND SECONDARY EDUCATION**

| | |
|---|---|
| Cupp, Co-Chair | Patterson, Co-Chair |
| Blessing | Crawley |
| Hambley | |

**FINANCE SUBCOMMITTEE ON TRANSPORTATION**

| | |
|---|---|
| Greenspan, Chair | Skindell, Ranking Member |
| Carruthers | Howse |
| Cross | |



TIER 1-US0000958

**FINANCIAL INSTITUTIONS**

| | |
|---|---|
| Jordan, Chair | Smith, K., Ranking Member |
| Hillyer, Vice Chair | Crossman |
| Carfagna | Denson |
| Cross | Leland |
| Greenspan | Russo |
| Lanese | |
| Lang | |
| Roemer | |



TIER 1-US0000959

**HEALTH**

| | |
|---|---|
| Merrin, Chair | Boyd, Ranking Member |
| Manning, D., Vice Chair | Clites |
| Antani | Lepore-Hagan |
| Butler | Liston |
| Carruthers | Russo |
| Ginter | Upchurch |
| Keller | West |
| LaTourette | |
| Lipps | |
| Plummer | |
| Romanchuk | |



TIER 1-US0000960

**HIGHER EDUCATION**

| | |
|---|---|
| Keller, Chair | Ingram, Ranking Member |
| Riedel, Vice Chair | Galonski |
| Edwards | Lightbody |
| Holmes, A. | Miller, J. |
| Manning, G. | Miranda |
| Perales | |
| Richardson | |
| Smith, R. | |

**INSURANCE**

| | |
|---|---|
| Brinkman, Chair | Boggs, Ranking Member |
| Antani, Vice Chair | Brown |
| DeVitis | Holmes, G. |
| Lang | Sweeney |



TIER 1-US0000961

| LaTourette | Upchurch |
| Merrin | |
| Patton | |
| Ryan | |

**PRIMARY AND SECONDARY EDUCATION**

| Blessing, Chair | Robinson, Ranking Member |
| Jones, Vice Chair | Crawley |
| Carruthers | Ingram |
| Cupp | Miller, J. |
| Koehler | Patterson |
| Manchester | Sobecki |
| Manning, G. | Strahorn |
| Smith, R. | |



+1 others

1 trackers blocked
less    OFF

TIER 1-US0000962

**PUBLIC UTILITIES**

| | |
|---|---|
| Callender, Chair | Holmes, G., Ranking Member |
| Wilkin, Vice Chair | Boggs |
| Antani | Crossman |
| Blessing | Denson |
| Brinkman | Miller, A. |
| Cross | Robinson |
| DeVitis | Rogers |
| Edwards | Sheehy |



+1 others

1 trackers blocked

less   OFF

TIER 1-US0000963

| Patton | Smith. K. |
|---|---|
| Schaffer | |
| Seitz | |
| Stein | |
| Vitale | |
| Wiggam | |

**RULES AND REFERENCE**

| Householder, Chair | Sykes, Ranking Member |
|---|---|
| Butler, Vice Chair | Boggs |
| Callender | Hicks-Hudson |
| DeVitis | Smith, K. |
| Edwards | |
| Lanese | |
| Seitz | |



TIER 1-US0000964

**STATE AND LOCAL GOVERNMENT**

| | |
|---|---|
| Wiggam, Chair | Kelly, Ranking Member |
| Ginter, Vice Chair | Kennedy Kent |
| Arndt | Russo |
| Becker | Skindell |
| Greenspan | Sobecki |
| Hambley | Strahorn |
| Smith, R. | |
| Smith, T. | |
| Wilkin | |



+1 others

1 trackers blocked
less    OFF

TIER 1-US0000965

**TRANSPORTATION AND PUBLIC SAFETY**

| | |
|---|---|
| Green, Chair | Sheehy, Ranking Member |
| McClain, Vice Chair | Brent |
| Arndt | Howse |
| Hoops | Lepore-Hagan |
| Jones | Miranda |
| Manchester | O'Brien |
| Manning, G. | |
| Patton | |
| Stoltzfus | |



+1 others

1 trackers blocked

less    OFF

TIER 1-US0000966

**WAYS AND MEANS**

| | |
|---|---|
| Schaffer, Chair | Rogers, Ranking Member |
| Lipps, Vice Chair | Boyd |
| Becker | Cera |
| Carfagna | Denson |
| Green | Leland |
| Hoops | Robinson |
| McClain | Sobecki |
| Merrin | Upchurch |
| Powell | |
| Reineke | |
| Roemer | |
| Ryan | |
| Scherer | |

Home  |  Directory  |  Disclaimer  |  Committees  |  Support
Copyright © 2020 The Ohio House of Representatives. All Rights Reserved.



TIER 1-US0000967

Case: 1:20-cr-00077-TSB Doc #: 307 Filed: 08/31/24 Page: 139 of 320 PAGEID #: 12821



TIER 1-US0000968



GOVERNMENT
EXHIBIT

458A

1:20-CR-077

**As Introduced**

**133rd General Assembly**

**Regular Session**                                    **H. B. No. 6**

**2019-2020**

Representatives Callender, Wilkin

——

# A BILL

| | |
|---|---:|
| To amend sections 3706.02, 3706.03, 4928.644, and | 1 |
| 4928.66 and to enact sections 3706.40, 3706.42, | 2 |
| 3706.44, 3706.45, 3706.46, 3706.47, 3706.471, | 3 |
| 3706.48, 3706.481, 3706.482, 3706.49, 3706.50, | 4 |
| 4928.46, 4928.47, and 4928.471 of the Revised | 5 |
| Code to create the Ohio Clean Air Program, to | 6 |
| facilitate and encourage electricity production | 7 |
| and use from clean air resources, to facilitate | 8 |
| investment to reduce the emissions from other | 9 |
| generating technologies that can be readily | 10 |
| dispatched to satisfy demand in real time, and | 11 |
| proactively engage the buying power of consumers | 12 |
| in this state for the purpose of improving air | 13 |
| quality in this state. | 14 |

## BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF OHIO:

| | |
|---|---:|
| **Section 1.** That sections 3706.02, 3706.03, 4928.644, and | 15 |
| 4928.66 be amended and sections 3706.40, 3706.42, 3706.44, | 16 |
| 3706.45, 3706.46, 3706.47, 3706.471, 3706.48, 3706.481, | 17 |
| 3706.482, 3706.49, 3706.50, 4928.46, 4928.47, and 4928.471 of | 18 |
| the Revised Code be enacted to read as follows: | 19 |

H. B. No. 6                                                                        **Page 2**
As Introduced

    **Sec. 3706.02.** (A) There is hereby created the Ohio air           20
quality development authority. Such authority is a body both                       21
corporate and politic in this state, and the carrying out of its                  22
purposes and the exercise by it of the powers conferred by                        23
Chapter 3706. of the Revised Code shall be held to be, and are                    24
hereby determined to be, essential governmental functions and                     25
public purposes of the state, but the authority shall not be                      26
immune from liability by reason thereof.                                          27

    (B) The authority shall consist of seven eleven members as             28
follows: five                                                                     29

    (1) Five members appointed by the governor, with the                   30
advice and consent of the senate, no more than three of whom                      31
shall be members of the same political party, and the                             32

    (2) The director of environmental protection and the , who             33
shall be a member ex officio without compensation;                                34

    (3) The director of health, who shall be members a member              35
ex officio without compensation;                                                  36

    (4) Four legislative members, who shall be members ex                  37
officio without compensation. The speaker of the house of                         38
representatives, the president of the senate, and the minority                    39
leader of each house shall each appoint one of the legislative                    40
members. The legislative members may participate fully in all                     41
the board's deliberations and activities. Each                                    42

    Each appointive member shall be a resident of the state,               43
and a qualified elector therein. The members of the authority                     44
first appointed shall continue in office for terms expiring on                    45
June 30, 1971, June 30, 1973, June 30, 1975, June 30, 1977, and                   46
June 30, 1978, respectively, the term of each member to be                        47
designated by the governor. Appointed members' terms of office                    48

**H. B. No. 6**                                                      **Page 3**
**As Introduced**

shall be for eight years, commencing on the first day of July          49
and ending on the thirtieth day of June. Each appointed member         50
shall hold office from the date of~~his~~ appointment until the end    51
of the term for which ~~he was~~ appointed. Any member appointed to    52
fill a vacancy occurring prior to the expiration of the term for       53
which ~~his~~ the member's predecessor was appointed shall hold        54
office for the remainder of such term. Any appointed member            55
shall continue in office subsequent to the expiration date of          56
~~his~~ the member's term until ~~his~~ the member's successor takes   57
office, or until a period of sixty days has elapsed, whichever         58
occurs first. A member of the authority is eligible for                59
reappointment. Each appointed member of the authority, before          60
entering upon ~~his~~ official duties, shall take an oath as            61
provided by Section 7 of Article XV, Ohio Constitution. The            62
governor may at any time remove any member of the authority for        63
misfeasance, nonfeasance, or malfeasance in office. The                64
authority shall elect one of its appointed members as ~~chairman~~     65
chairperson and another as ~~vice-chairman~~ vice-chairperson, and     66
shall appoint a secretary-treasurer who need not be a member of        67
the authority. Four members of the authority shall constitute a        68
quorum, and the affirmative vote of four members shall be              69
necessary for any action taken by vote of the authority. No            70
vacancy in the membership of the authority shall impair the            71
rights of a quorum by such vote to exercise all the rights and         72
perform all the duties of the authority.                               73

   ~~Before~~ (C) Except as provided in division (D) of this          74
section, before the issuance of any air quality revenue bonds          75
under Chapter 3706. of the Revised Code, each appointed member         76
of the authority shall give a surety bond to the state in the          77
penal sum of twenty-five thousand dollars and the secretary-           78
treasurer shall give such a bond in the penal sum of fifty             79

thousand dollars, each such surety bond to be conditioned upon          80
the faithful performance of the duties of the office, to be             81
executed by a surety company authorized to transact business in         82
this state, and to be approved by the governor and filed in the         83
office of the secretary of state. ~~Each~~ Except as provided in        84
division (B)(4) of this section, each appointed member of the           85
authority shall receive an annual salary of five thousand               86
dollars, payable in monthly installments. Each member shall be          87
reimbursed for ~~his~~ the actual expenses necessarily incurred in      88
the performance of ~~his~~ official duties. All expenses incurred in    89
carrying out Chapter 3706. of the Revised Code shall be payable         90
solely from funds provided under Chapter 3706. of the Revised           91
Code, appropriated for such purpose by the general assembly, or         92
provided by the controlling board. No liability or obligation           93
shall be incurred by the authority beyond the extent to which           94
moneys have been so provided or appropriated.                           95

   (D) The four legislative members appointed under division            96
(B)(4) of this section shall be exempt from the requirement             97
under division (C) of this section to give a surety bond.               98

   Sec. 3706.03. (A) It is hereby declared to be the public             99
policy of the state through the operations of the Ohio air             100
quality development authority under this chapter to contribute         101
toward one or more of the following: ~~to~~                            102

   (1) To provide for the conservation of air as a natural             103
resource of the state~~, and to~~;                                     104

   (2) To prevent or abate the pollution thereof~~, to~~;              105

   (3) To provide for the comfort, health, safety, and                 106
general welfare of all employees, as well as all other                 107
inhabitants of the state~~, to~~;                                      108

**H. B. No. 6**                                                                      **Page 5**
**As Introduced**

    (4) To assist in the financing of air quality facilities                 109
for industry, commerce, distribution, and research, including                          110
public utility companies, to ;                                                         111

    (5) To create or preserve jobs and employment                              112
opportunities or improve the economic welfare of the people, or                        113
assist and cooperate with governmental agencies in achieving                           114
such purposes;                                                                         115

    (6) To maintain operations of certified clean air                          116
resources, as defined in section 3706.40 of the Revised Code,                          117
that, through continued operation, are expected to provide the                         118
greatest quantity of carbon-dioxide-free electric energy                               119
generation, and to encourage the operation and development of                          120
other clean air resources that provide carbon-dioxide-free                             121
electric energy generation;                                                            122

    (7) To encourage reduced emissions resources, as defined                   123
in section 3706.40 of the Revised Code, to reduce the resources'                       124
emissions.                                                                             125

    (B) In furtherance of such public policy the Ohio air                       126
quality development authority may initiate do any of the                               127
following:                                                                             128

    (1) Initiate, acquire, construct, maintain, repair, and                     129
operate air quality projects or cause the same to be operated                          130
pursuant to a lease, sublease, or agreement with any person or                         131
governmental agency; may make                                                          132

    (2) Make loans and grants to governmental agencies for the                  133
acquisition or construction of air quality facilities by such                          134
governmental agencies; may make                                                        135

    (3) Make loans to persons for the acquisition or                            136
construction of air quality facilities by such persons; may                            137

~~enter~~      138

   (4) <u>Enter</u> into commodity contracts with, or make loans for   139
the purpose of entering into commodity contracts to, any person,   140
governmental agency, or entity located within or without the   141
state in connection with the acquisition or construction of air   142
quality facilities; ~~and may issue~~   143

   (5) <u>Issue</u> air quality revenue bonds of this state payable   144
solely from revenues, to pay the cost of such projects,   145
including any related commodity contracts.   146

   (C) Any air quality project shall be determined by the   147
authority to be not inconsistent with any applicable air quality   148
standards duly established and then required to be met pursuant   149
to the "Clean Air Act," 84 Stat. 1679 (1970), 42 U.S.C.A. 1857,   150
as amended. Any resolution of the authority providing for   151
acquiring or constructing such projects or for making a loan or   152
grant for such projects shall include a finding by the authority   153
that such determination has been made. Determinations by   154
resolution of the authority that a project is an air quality   155
facility under this chapter and is consistent with the purposes   156
of section 13 of Article VIII, Ohio Constitution, and this   157
chapter, shall be conclusive as to the validity and   158
enforceability of the air quality revenue bonds issued to   159
finance such project and of the resolutions, trust agreements or   160
indentures, leases, subleases, sale agreements, loan agreements,   161
and other agreements made in connection therewith, all in   162
accordance with their terms.   163

   <u>Sec. 3706.40.</u> <u>As used in sections 3706.40 to 3706.50 of</u>   164
<u>the Revised Code:</u>   165

   <u>(A) "Clean air resource" means an electric generating</u>   166

H. B. No. 6                                                              Page 7
As Introduced

facility that emits zero carbon dioxide and that produces            167
electricity from the utilization or consumption of any form of       168
primary energy that satisfies all of the following criteria:         169

    (1) The facility does not receive state tax exemptions,          170
deferrals, exclusions, allowances, payments, credits,                171
deductions, or reimbursements calculated using a metric that         172
provides a value for air emissions not produced by the facility      173
through any program other than the Ohio clean air program            174
created under section 3706.42 of the Revised Code.                   175

    (2) The facility is not wholly owned by a municipal or           176
cooperative corporation or a group, association, or consortium       177
of those corporations.                                               178

    (3) The facility is not used to supply customers of a            179
wholly owned municipal or cooperative corporation or a group,        180
association, or consortium of those corporations.                    181

    (4) Either of the following:                                     182

    (a) The facility has made a significant historical               183
contribution to the air quality of the state by minimizing           184
emissions that result from electricity generated in this state.      185

    (b) The facility will make a significant contribution            186
toward minimizing emissions that result from electric generation     187
in this state.                                                       188

    (5) The facility is interconnected with PJM                      189
interconnection, L.L.C., or its successor organization.              190

    (6) The facility is either of the following:                     191

    (a) A major utility facility as defined in section 4906.01       192
of the Revised Code;                                                 193

TIER 1-US0000007

H. B. No. 6                                                                                          **Page 8**
**As Introduced**

   (b) An economically significant wind farm as defined in                    194
section 4906.13 of the Revised Code.                                                              195

   (B) "Reduced emissions resource" means an electric                          196
generating facility that emits a reduced amount of carbon                                          197
dioxide in the production of electricity from the utilization or                                   198
consumption of any form of primary energy that satisfies all of                                   199
the following criteria:                                                                            200

   (1) The facility does not receive state tax exemptions,                      201
deferrals, exclusions, allowances, payments, credits,                                              202
deductions, or reimbursements calculated using a metric that                                       203
provides a value for air emissions not produced by the facility                                   204
through any program other than the Ohio clean air program                                          205
created under section 3706.42 of the Revised Code.                                                 206

   (2) The facility is not wholly owned by a municipal or                      207
cooperative corporation or a group, association, or consortium                                     208
of those corporations.                                                                             209

   (3) The facility is not used to supply customers of a                       210
wholly owned municipal or cooperative corporation or a group,                                      211
association, or consortium of those corporations.                                                  212

   (4) Either of the following:                                                213

   (a) The facility has made a significant historical                          214
contribution to the air quality of the state by minimizing                                         215
emissions that result from electricity generated in this state.                                    216

   (b) The facility will make a significant contribution                       217
toward minimizing emissions that result from electric generation                                   218
in this state.                                                                                      219

   (5) The facility is interconnected with PJM                                 220
interconnection, L.L.C., or its successor organization.                                            221

TIER 1-US0000008

    (6) The facility is a major utility facility as defined in            222
section 4906.01 of the Revised Code.                                      223

    (C) "Program year" means the twelve-month period beginning           224
the first day of June of a given year of the Ohio clean air              225
program and ending the thirty-first day of May of the following         226
year.                                                                    227

    (D) "Electric distribution utility" and "renewable energy            228
resource" have the same meanings as in section 4928.01 of the           229
Revised Code.                                                            230

    (E) "Annual capacity factor" means the actual energy                 231
produced in a year divided by the energy that would have been           232
produced if the facility was operating continuously at the              233
maximum rating.                                                          234

    (F) "Clean air credit" means a credit that represents the           235
clean air attributes of one megawatt hour of electric energy            236
produced from a certified clean air resource.                           237

    **Sec. 3706.42.** (A) There is hereby created the Ohio clean        238
air program.                                                             239

    (B) Any person owning or controlling an electric                     240
generating facility that meets the definition of a clean air            241
resource or reduced emissions resource in section 3706.40 of the        242
Revised Code may submit a written application with the Ohio air         243
quality development authority for certification as a clean air          244
resource or reduced emissions resource to be eligible to                245
participate in the Ohio clean air program. Applications shall be        246
submitted by the first day of February for any program year             247
beginning the first day of June of the same calendar year.              248

    (C) Applications shall include all of the following                  249
information:                                                              250

H. B. No. 6                                                               **Page 10**
**As Introduced**

    (1) The in-service date and estimated remaining useful                251
life of the resource;                                                              252

    (2) For existing resources, the quantity of megawatt hours              253
generated by the resource annually and the annual capacity                         254
factor for each of the previous five calendar years;                               255

    (3) A forecast estimate of the annual quantity of megawatt               256
hours to be generated by the resource and the projected annual                     257
capacity factor over the remaining useful life of the resource;                    258

    (4) A forecast estimate of the emissions that would occur               259
in this state during the remaining useful life of the resource                     260
if the resource discontinued operations prior to the end of the                    261
resource's useful life;                                                            262

    (5) Verified documentation demonstrating all of the                     263
following:                                                                         264

    (a) That certification as a clean air resource or reduced               265
emissions resource and participation in the Ohio clean air                         266
program will permit the resource to reduce future emissions per                    267
unit of electrical energy generated in this state;                                 268

    (b) That without certification as a clean air resource or               269
reduced emissions resource, the positive contributions to the                      270
air quality of this state that the resource has made and is                        271
capable of making in the future may be diminished or eliminated;                   272

    (c) That the clean air resource or reduced emissions                    273
resource meets the definition of a clean air resource or reduced                   274
emissions resource, as applicable, in section 3706.40 of the                       275
Revised Code;                                                                      276

    (d) That the person seeking certification owns or controls              277
the resource.                                                                      278

TIER 1-US0000010

H. B. No. 6                                                                    **Page 11**
As Introduced

(6) The resource's nameplate capacity;                                          279

(7) The level of funding requested from the Ohio clean air                      280
program;                                                                         281

(8) Any other data or information that the authority                            282
requests and determines is necessary to evaluate an application                 283
for certification as a clean air resource or reduced emissions                  284
resource or to demonstrate that certification would be in the                   285
public interest.                                                                286

(D) The authority shall post on the authority's web site                        287
all applications and nonconfidential supporting materials                       288
submitted under this section.                                                   289

(E) Interested persons may file comments not later than                         290
twenty days after the date that an application is posted on the                 291
authority's web site. All comments shall be posted on the                       292
authority's web site. An applicant may respond to those comments                293
not later than ten days thereafter.                                             294

Sec. 3706.44. (A) On or before the thirty-first day of                          295
March, the Ohio air quality development authority shall review                  296
all applications timely submitted under section 3706.42 of the                  297
Revised Code and issue an order certifying a clean air resource                 298
or reduced emissions resource for one or more program years as                  299
determined by the authority in its sole discretion. A certified                 300
clean air resource or certified reduced emissions resource shall                301
be eligible to participate in the Ohio clean air program,                       302
provided that the resource continues to meet the definition of a                303
clean air resource or reduced emissions resource, as applicable,                304
in section 3706.40 of the Revised Code and any additional                       305
requirements set by the authority.                                              306

(B) In the event the authority does not issue an order                          307

**H. B. No. 6**                                                    **Page 12**
**As Introduced**

under division (A) of this section by the thirty-first day of          308
March, each electric generating facility included in a timely          309
and properly filed application shall be deemed a clean air             310
resource or reduced emissions resource, as applicable, that is         311
eligible for participation in the Ohio clean air program.             312

    (C)(1) The authority, in its sole discretion, may           313
decertify a clean air resource or reduced emissions resource at       314
any time if it determines that certification is not in the            315
public interest.                                                       316

    (2) Before decertifying a clean air resource or reduced      317
emissions resource, the authority shall hold a public hearing         318
and allow for public comment.                                          319

    **Sec. 3706.45.** (A) During the last year in which         320
certification as a clean air resource or reduced emissions            321
resource is effective under section 3706.44 of the Revised Code,      322
the Ohio air quality development authority shall reevaluate the       323
eligibility of the clean air resource or reduced emissions            324
resource for participation in the Ohio clean air program. At the      325
time of reevaluation, if the clean air resource or reduced            326
emissions resource still meets the definition of a clean air          327
resource or reduced emissions resource, as applicable, in             328
section 3706.40 of the Revised Code and any additional                329
requirements that were imposed by the authority when the              330
resource was last certified, the authority shall recertify the        331
resource for one or more program years.                                332

    (B)(1) If the authority recertifies the clean air resource   333
or reduced emissions resource under division (A) of this              334
section, the authority may impose requirements on the clean air       335
resource or reduced emissions resource that are in addition to        336
any requirements that were imposed when the resource was last         337

certified. If additional requirements are imposed at the time of          338
recertification, the resource shall comply with both the old             339
requirements and the new requirements.                                    340

     (2) The authority shall adopt rules in accordance with              341
Chapter 119. of the Revised Code to determine the amount of time         342
during which a clean air resource or reduced emissions resource          343
must come into compliance with the new requirements.                      344

     **Sec. 3706.46.** (A) For the purpose of funding benefits           345
provided by the Ohio clean air program, there is hereby created          346
the Ohio clean air program fund. The fund shall be in the                347
custody of the state treasurer but shall not be part of the              348
state treasury. The fund shall consist of the charges under              349
section 3706.47 of the Revised Code. All interest generated by           350
the fund shall be retained in the fund and used for the purpose          351
of funding the Ohio clean air program.                                    352

     (B) The treasurer shall distribute the moneys in the Ohio           353
clean air program fund in accordance with the directions                 354
provided by the Ohio air quality development authority.                   355

     **Sec. 3706.47.** (A) Each retail electric customer of an           356
electric distribution utility in this state shall pay a per-             357
account monthly charge, which shall be billed and collected by           358
each electric distribution utility and remitted to the state             359
treasurer for deposit into the Ohio clean air program fund,              360
created under section 3706.46 of the Revised Code.                        361

     (B) The monthly charges established under division (A) of           362
this section shall be:                                                    363

     (1) For customers classified by the utility as                      364
residential, two dollars and fifty cents;                                365

     (2) For customers classified by the utility as commercial,         366

H. B. No. 6                                                      Page 14
As Introduced

twenty dollars, except as provided in division (B)(4) of this        367
section;                                                             368

    (3) For customers classified by the utility as industrial,      369
two hundred fifty dollars, except as provided in division (B)(4)     370
of this section;                                                     371

    (4) For customers classified by the utility as commercial       372
or industrial that exceeded forty-five million kilowatt hours of     373
electricity at a single location in the preceding year, two          374
thousand five hundred dollars.                                       375

    (C) Except as provided in division (D) of this section, a        376
customer required to pay the monthly charge under divisions (A)      377
and (B) of this section shall be exempt from paying costs            378
associated with the requirements under sections 4928.64 and          379
4928.66 of the Revised Code, unless the customer opts, in            380
accordance with section 3706.471 of the Revised Code, to pay         381
those costs in addition to the charge imposed under this             382
section.                                                             383

    (D) A customer required to pay the monthly charge under          384
divisions (A) and (B) of this section shall continue to pay the      385
following costs associated with the requirements under sections      386
4928.64 and 4928.66 of the Revised Code:                             387

    (1) Costs prudently incurred for contractual obligations         388
that existed prior to the effective date of this section by an       389
electric distribution utility in reliance on the requirements        390
under sections 4928.64 and 4928.66 of the Revised Code;              391

    (2) Costs prudently incurred by an electric distribution         392
utility associated with programs approved by the public              393
utilities commission under section 4928.64 or 4928.66 of the         394
Revised Code that are modified or eliminated as a result of          395

...B... of the 133rd general assembly, including any costs to     396
discontinue those programs.     397

   Sec. 3706.471. Any customer opting to pay costs associated     398
with the requirements under sections 4928.64 and 4928.66 of the     399
Revised Code shall do so by providing a written notice of intent     400
to opt in to pay either or both the renewable energy monthly     401
charge or the energy efficiency and peak demand reduction     402
monthly charge to the electric distribution utility from which     403
it receives service. The customer shall submit a complete copy     404
of the opt-in notice to the secretary of the public utilities     405
commission. The notice shall include all of the following:     406

   (A) A statement indicating that the customer has elected     407
to opt in;     408

   (B) An indication of whether the customer is opting to pay     409
both charges or which charge the customer is opting to pay;     410

   (C) The effective date of the election to opt in;     411

   (D) The account number for each customer account to which     412
the opt in shall apply;     413

   (E) The physical location of the customer's load center.     414

   Sec. 3706.48. Each owner of a certified clean air resource     415
or certified reduced emissions resource shall report to the Ohio     416
air quality development authority, not later than seven days     417
after the close of each month during a program year, the number     418
of megawatt hours the resource produced in the previous month.     419

   Sec. 3706.481. A certified clean air resource shall earn a     420
clean air credit for each megawatt hour of electricity it     421
produces.     422

   Sec. 3706.482. (A) Not later than fourteen days after the     423

H. B. No. 6                                                           **Page 16**
As Introduced

| | |
|---|---|
| close of each month during a program year, the Ohio air quality | 424 |
| development authority shall direct the treasurer of state to | 425 |
| remit money from the Ohio clean air program fund, as long as | 426 |
| there is sufficient money in the fund, to each owner of a | 427 |
| certified clean air resource in the amount equivalent to the | 428 |
| number of credits earned by the resource during the previous | 429 |
| month multiplied by the credit price. | 430 |
| (B)(1) The price for each clean air credit in the first | 431 |
| program year shall be nine dollars and twenty-five cents. | 432 |
| (2) In subsequent program years, the price may be adjusted | 433 |
| for inflation using the gross domestic product implicit price | 434 |
| deflator as published by the United States department of | 435 |
| commerce, bureau of economic analysis. | 436 |
| Sec. 3706.49. (A) To facilitate air quality development | 437 |
| related capital formation and investment by or in a certified | 438 |
| reduced emissions resource, the Ohio air quality development | 439 |
| authority may pledge a portion of moneys that may, in the | 440 |
| future, be accumulated in the Ohio clean air program fund for | 441 |
| the benefit of any certified reduced emissions resource, | 442 |
| provided the resource agrees to be bound by the conditions the | 443 |
| authority, in its sole discretion, may attach to the pledge. | 444 |
| (B) The authority shall not be required to direct | 445 |
| distribution of moneys in the Ohio clean air program fund unless | 446 |
| or until there are adequate moneys available in the Ohio clean | 447 |
| air program fund. Nothing herein shall cause any such pledge to | 448 |
| be construed or applied to create, directly or indirectly, a | 449 |
| general obligation of or for this state. | 450 |
| Sec. 3706.50. (A) Not later than ninety days after the | 451 |
| effective date of this section, the Ohio air quality development | 452 |

TIER 1-US0000016

H. B. No. 6                                                             **Page 17**
As Introduced

authority shall adopt rules under Chapter 119. of the Revised          453
Code that are necessary to begin implementation of the Ohio           454
clean air program. The rules adopted under this division shall        455
include provisions for tracking the number of clean air credits       456
earned by each certified clean air resource during each month of      457
a program year, based on the information reported under section       458
3706.48 of the Revised Code.                                          459

    (B) Not later than two hundred seventy-five days after the        460
effective date of this section, the authority shall adopt rules       461
under Chapter 119. of the Revised Code that are necessary for         462
the further implementation and administration of the Ohio clean       463
air program.                                                          464

    Sec. 4928.46. (A) In the event that the federal energy            465
regulatory commission authorizes a program by which this state        466
may take action to satisfy any portion of the capacity resource       467
obligation associated with the organized wholesale market that        468
functions to meet the capacity, energy services, and ancillary        469
services needs of consumers in this state, the public utilities       470
commission shall promptly review the program and submit a report      471
of its findings to the general assembly.                              472

    (B) The report shall include any recommendations for              473
legislation that may be necessary to permit this state to             474
beneficially participate in any such program.                         475

    Sec. 4928.47. (A) As used in this section, "clean air             476
resource" means any of the following:                                 477

    (1) A clean air resource as defined in section 3706.40 of         478
the Revised Code;                                                     479

    (2) A customer-sited renewable energy resource;                   480

    (3) A renewable energy resource that is a self-generator.         481

H. B. No. 6                                                        **Page 18**
As Introduced

    (B)(1) Through its general supervision, ratemaking, cost                482
assignment, allocation, rate schedule approval, and rulemaking                    483
authority, as well as its authority under section 4905.31 of the                  484
Revised Code, the public utilities commission shall facilitate                    485
and encourage the establishment of retail purchased power                         486
agreements having a term of three years or more through which                     487
consumers commit to satisfy a portion of their electricity                        488
requirements from the output of a clean air resource.                             489

    (2) The commission's application and administration of                    490
this section shall be the same for all clean air resources                        491
regardless of whether the resource is certified or eligible for                   492
certification under the Ohio clean air program created under                      493
section 3706.42 of the Revised Code.                                              494

    (3) In addition to any other benefits that may be                         495
available as a result of the commission's application of its                      496
authority under this section, on the effective date of a retail                   497
purchased power agreement, the commission may exempt such                         498
purchasing consumer from all of the following, provided the                       499
customer agrees to forgo the benefits from compliance with the                    500
programs established in sections 3706.42, 4928.64, and 4928.66                     501
of the Revised Code:                                                              502

    (a) The Ohio clean air program charge established in                      503
section 3706.47 of the Revised Code;                                              504

    (b) The renewable energy charge for compliance with                      505
section 4928.64 of the Revised Code;                                              506

    (c) The energy efficiency and peak demand reduction charge                507
for compliance with section 4928.66 of the Revised Code.                          508

    (C)(1) Not later than ninety days after the effective date                509
of this section, the commission shall promulgate rules under                      510

H. B. No. 6                                                                        Page 19
As Introduced

Chapter 119. of the Revised Code as necessary to begin the                    511
implementation of this section.                                               512

    (2) Not later than two hundred seventy-five days after the               513
effective date of this section, the commission shall promulgate              514
rules for further implementation and administration of this                  515
section.                                                                     516

    **Sec. 4928.471.** (A) Not earlier than thirty days after the            517
effective date of this section, an electric distribution utility             518
may file an application to implement a decoupling mechanism for              519
the 2019 calendar year and each calendar year thereafter. For an            520
electric distribution utility that applies for a decoupling                  521
mechanism under this section, the base distribution rates for               522
residential and commercial customers shall be decoupled to the              523
base distribution revenue and revenue resulting from                         524
implementation of section 4928.66 of the Revised Code and                    525
recovered pursuant to an approved electric security plan under              526
section 4928.143 of the Revised Code, as of the twelve-month                527
period ending on December 31, 2018. An application under this               528
division shall not be considered an application under section               529
4909.18 of the Revised Code.                                                530

    (B) The commission shall issue an order approving an                     531
application for a decoupling mechanism filed under division (A)             532
of this section not later than sixty days after the application             533
is filed. Before approving the application, the commission shall            534
verify that the rate schedule or schedules are designed to                  535
recover the electric distribution utility's 2018 annual revenues            536
as described in division (A) of this section and that the                    537
decoupling rate design is aligned with the rate design of the               538
electric distribution utility's existing base distribution                   539
rates. The decoupling mechanism shall recover an amount equal to            540

**H. B. No. 6**                                                                                        **Page 20**
**As Introduced**

the base distribution revenue and revenue resulting from                            541
implementation of section 4928.66 of the Revised Code and                           542
recovered pursuant to an approved electric security plan under                      543
section 4928.143 of the Revised Code, as of the twelve-month                        544
period ending on December 31, 2018. The decoupling mechanism                        545
shall be adjusted annually thereafter to reconcile any over                         546
recovery or under recovery from the prior year and to enable an                     547
electric distribution utility to recover the same level of                          548
revenues described in division (A) of this section in each year.                    549

   (C) The commission's approval of a decoupling mechanism                          550
under this section shall not affect any other rates, riders,                        551
charges, schedules, classifications, or services previously                         552
approved by the commission. The decoupling mechanism shall                          553
remain in effect until the next time that the electric                              554
distribution utility applies for and the commission approves                        555
base distribution rates for the utility under section 4909.18 of                    556
the Revised Code.                                                                   557

   **Sec. 4928.644.** (A) The public utilities commission may                       558
reduce either baseline described in section 4928.643 of the                         559
Revised Code to adjust for new economic growth in the electric                      560
distribution utility's certified territory or in the electric                       561
services company's service area in this state.                                      562

   (B) For an electric distribution utility, neither baseline                       563
shall include the load and usage of a customer who is subject to                    564
the monthly charge established under section 3706.47 of the                         565
Revised Code unless or until the customer opts to pay the charge                    566
associated with compliance with section 4928.64 of the Revised                      567
Code.                                                                               568

   **Sec. 4928.66.** (A)(1)(a) Beginning in 2009, an electric                       569
distribution utility shall implement energy efficiency programs                     570

that achieve energy savings equivalent to at least three-tenths          571
of one per cent of the total, annual average, and normalized             572
kilowatt-hour sales of the electric distribution utility during          573
the preceding three calendar years to customers in this state.           574
An energy efficiency program may include a combined heat and             575
power system placed into service or retrofitted on or after the          576
effective date of the amendment of this section by S.B. 315 of           577
the 129th general assembly, September 10, 2012, or a waste               578
energy recovery system placed into service or retrofitted on or          579
after September 10, 2012, except that a waste energy recovery             580
system described in division (A)(38)(b) of section 4928.01 of            581
the Revised Code may be included only if it was placed into              582
service between January 1, 2002, and December 31, 2004. For a            583
waste energy recovery or combined heat and power system, the            584
savings shall be as estimated by the public utilities                    585
commission. The savings requirement, using such a three-year             586
average, shall increase to an additional five-tenths of one per         587
cent in 2010, seven-tenths of one per cent in 2011, eight-tenths         588
of one per cent in 2012, nine-tenths of one per cent in 2013,            589
and one per cent in 2014. In 2015 and 2016, an electric                  590
distribution utility shall achieve energy savings equal to the          591
result of subtracting the cumulative energy savings achieved            592
since 2009 from the product of multiplying the baseline for             593
energy savings, described in division (A)(2)(a) of this section,        594
by four and two-tenths of one per cent. If the result is zero or        595
less for the year for which the calculation is being made, the          596
utility shall not be required to achieve additional energy              597
savings for that year, but may achieve additional energy savings        598
for that year. Thereafter, the annual savings requirements shall        599
be, for years 2017, 2018, 2019, and 2020, one per cent of the           600
baseline, and two per cent each year thereafter, achieving               601
cumulative energy savings in excess of twenty-two per cent by           602

the end of 2027. For purposes of a waste energy recovery or          603
combined heat and power system, an electric distribution utility     604
shall not apply more than the total annual percentage of the         605
electric distribution utility's industrial-customer load,            606
relative to the electric distribution utility's total load, to       607
the annual energy savings requirement.                               608

(b) Beginning in 2009, an electric distribution utility              609
shall implement peak demand reduction programs designed to           610
achieve a one per cent reduction in peak demand in 2009 and an       611
additional seventy-five hundredths of one per cent reduction         612
each year through 2014. In 2015 and 2016, an electric                613
distribution utility shall achieve a reduction in peak demand        614
equal to the result of subtracting the cumulative peak demand        615
reductions achieved since 2009 from the product of multiplying       616
the baseline for peak demand reduction, described in division        617
(A)(2)(a) of this section, by four and seventy-five hundredths       618
of one per cent. If the result is zero or less for the year for      619
which the calculation is being made, the utility shall not be        620
required to achieve an additional reduction in peak demand for       621
that year, but may achieve an additional reduction in peak           622
demand for that year. In 2017 and each year thereafter through       623
2020, the utility shall achieve an additional seventy-five           624
hundredths of one per cent reduction in peak demand.                 625

(2) For the purposes of divisions (A)(1)(a) and (b) of              626
this section:                                                        627

(a) The baseline for energy savings under division (A)(1)          628
(a) of this section shall be the average of the total kilowatt       629
hours the electric distribution utility sold in the preceding        630
three calendar years. The baseline for a peak demand reduction       631
under division (A)(1)(b) of this section shall be the average        632

peak demand on the utility in the preceding three calendar        633
years, except that the commission may reduce either baseline to   634
adjust for new economic growth in the utility's certified         635
territory. Neither baseline shall include the load and usage of   636
any of the following customers:                                   637

(i) Beginning January 1, 2017, a customer for which a             638
reasonable arrangement has been approved under section 4905.31    639
of the Revised Code;                                              640

(ii) A customer that has opted out of the utility's              641
portfolio plan under section 4928.6611 of the Revised Code;       642

(iii) A customer that has opted out of the utility's             643
portfolio plan under Section 8 of S.B. 310 of the 130th general   644
assembly;                                                         645

(iv) A customer who is subject to the monthly charge             646
established by section 3706.47 of the Revised Code until or       647
unless the customer opts to pay the costs associated with         648
compliance with this section.                                     649

(b) The commission may amend the benchmarks set forth in         650
division (A)(1)(a) or (b) of this section if, after application   651
by the electric distribution utility, the commission determines   652
that the amendment is necessary because the utility cannot        653
reasonably achieve the benchmarks due to regulatory, economic,    654
or technological reasons beyond its reasonable control.           655

(c) Compliance with divisions (A)(1)(a) and (b) of this          656
section shall be measured by including the effects of all         657
demand-response programs for mercantile customers of the subject  658
electric distribution utility, all waste energy recovery systems  659
and all combined heat and power systems, and all such mercantile  660
customer-sited energy efficiency, including waste energy          661

TIER 1-US0000023

H. B. No. 6                                                          **Page 24**
As Introduced

recovery and combined heat and power, and peak demand reduction          662
programs, adjusted upward by the appropriate loss factors. Any           663
mechanism designed to recover the cost of energy efficiency,             664
including waste energy recovery and combined heat and power, and         665
peak demand reduction programs under divisions (A)(1)(a) and (b)         666
of this section may exempt mercantile customers that commit              667
their demand-response or other customer-sited capabilities,              668
whether existing or new, for integration into the electric              669
distribution utility's demand-response, energy efficiency,              670
including waste energy recovery and combined heat and power, or          671
peak demand reduction programs, if the commission determines             672
that that exemption reasonably encourages such customers to              673
commit those capabilities to those programs. If a mercantile             674
customer makes such existing or new demand-response, energy              675
efficiency, including waste energy recovery and combined heat            676
and power, or peak demand reduction capability available to an           677
electric distribution utility pursuant to division (A)(2)(c) of          678
this section, the electric utility's baseline under division (A)         679
(2)(a) of this section shall be adjusted to exclude the effects          680
of all such demand-response, energy efficiency, including waste          681
energy recovery and combined heat and power, or peak demand              682
reduction programs that may have existed during the period used          683
to establish the baseline. The baseline also shall be normalized         684
for changes in numbers of customers, sales, weather, peak                685
demand, and other appropriate factors so that the compliance             686
measurement is not unduly influenced by factors outside the              687
control of the electric distribution utility.                            688

    (d)(i) Programs implemented by a utility may include the            689
following:                                                               690

    (I) Demand-response programs;                                        691

(II) Smart grid investment programs, provided that such          692
programs are demonstrated to be cost-beneficial;                 693

(III) Customer-sited programs, including waste energy            694
recovery and combined heat and power systems;                    695

(IV) Transmission and distribution infrastructure               696
improvements that reduce line losses;                            697

(V) Energy efficiency savings and peak demand reduction         698
that are achieved, in whole or in part, as a result of funding   699
provided from the universal service fund established by section  700
4928.51 of the Revised Code to benefit low-income customers      701
through programs that include, but are not limited to, energy    702
audits, the installation of energy efficiency insulation,        703
appliances, and windows, and other weatherization measures.      704

(ii) No energy efficiency or peak demand reduction              705
achieved under divisions (A)(2)(d)(i)(IV) and (V) of this        706
section shall qualify for shared savings.                        707

(iii) Division (A)(2)(c) of this section shall be applied       708
to include facilitating efforts by a mercantile customer or      709
group of those customers to offer customer-sited demand-         710
response, energy efficiency, including waste energy recovery and 711
combined heat and power, or peak demand reduction capabilities   712
to the electric distribution utility as part of a reasonable     713
arrangement submitted to the commission pursuant to section      714
4905.31 of the Revised Code.                                     715

(e) No programs or improvements described in division (A)       716
(2)(d) of this section shall conflict with any statewide         717
building code adopted by the board of building standards.        718

(B) In accordance with rules it shall adopt, the public         719
utilities commission shall produce and docket at the commission  720

an annual report containing the results of its verification of        721
the annual levels of energy efficiency and of peak demand            722
reductions achieved by each electric distribution utility            723
pursuant to division (A) of this section. A copy of the report       724
shall be provided to the consumers' counsel.                         725

    (C) If the commission determines, after notice and              726
opportunity for hearing and based upon its report under division     727
(B) of this section, that an electric distribution utility has       728
failed to comply with an energy efficiency or peak demand            729
reduction requirement of division (A) of this section, the           730
commission shall assess a forfeiture on the utility as provided      731
under sections 4905.55 to 4905.60 and 4905.64 of the Revised         732
Code, either in the amount, per day per undercompliance or           733
noncompliance, relative to the period of the report, equal to        734
that prescribed for noncompliances under section 4905.54 of the      735
Revised Code, or in an amount equal to the then existing market      736
value of one renewable energy credit per megawatt hour of            737
undercompliance or noncompliance. Revenue from any forfeiture        738
assessed under this division shall be deposited to the credit of     739
the advanced energy fund created under section 4928.61 of the        740
Revised Code.                                                        741

    (D) The commission may establish rules regarding the            742
content of an application by an electric distribution utility        743
for commission approval of a revenue decoupling mechanism under      744
this division. Such an application shall not be considered an        745
application to increase rates and may be included as part of a       746
proposal to establish, continue, or expand energy efficiency or      747
conservation programs. The commission by order may approve an        748
application under this division if it determines both that the       749
revenue decoupling mechanism provides for the recovery of            750
revenue that otherwise may be forgone by the utility as a result     751

of or in connection with the implementation by the electric          752
distribution utility of any energy efficiency or energy              753
conservation programs and reasonably aligns the interests of the     754
utility and of its customers in favor of those programs.             755

    (E) The commission additionally shall adopt rules that      756
require an electric distribution utility to provide a customer       757
upon request with two years' consumption data in an accessible       758
form.                                                                759

    **Section 2.** That existing sections 3706.02, 3706.03,       760
4928.644, and 4928.66 of the Revised Code are hereby repealed.       761

    **Section 3.** (A) Not earlier than two years after the       762
effective date of this section, the Director of Environmental        763
Protection may apply to the Administrator of the United States       764
Environmental Protection Agency for an exemption from the            765
requirement to implement the decentralized motor vehicle             766
inspection and maintenance program established under section         767
3704.14 of the Revised Code. In making the application and for       768
purposes of complying with the "Federal Clean Air Act," the         769
Director shall request the Administrator to authorize the            770
implementation of the Ohio Clean Air Program established by this     771
act as an alternative to the decentralized program in those         772
areas of the state where the program is currently operating.         773

    (B) As used in this section, "Federal Clean Air Act" has       774
the same meaning as in section 3704.01 of the Revised Code.          775









LH

Larry

This is the stuff we have to stop – when API went after Shane as sponsor of 6 we had to attack back. You always have to defend members and make it painful.

There was always an unwritten rule - associations don't do issue hit pieces against members - this has to be followed without exception

Nobody comes after the team without consequences

May 28, 2019, 2:37 PM

Mr Speaker. Just met with the Governors folks. They said the governor is leaning towards casino control. Have you heard that? Dave

Part of the discussion revolves around taking vets and fraternals out.

May 28, 2019, 7:55 PM

David, I really need you to vote yes on HB 6, it means a lot to me. Can I count on you ?

Mr Speaker. I appreciate you reaching out. As we discussed Sunday I have significant challenges with this bill. It is a 180 degree change in direction as to my positions in energy generation over the past nine years. I'm going to





# Extraction Report
Apple iCloud (Backup)

**GOVERNMENT EXHIBIT**

483A

1:20-CR-077

## Participants



+16143781107
Jeff Longstreth* (owner)



+17407072500
SLH*

## Conversation - Instant Messages (273)

+16143781107 Jeff Longstreth

I'm very proud to work for you and the Brand. Great job!

**Status:** Sent
**Delivered:** 5/29/2019 9:36:21 PM(UTC+0)

5/29/2019 9:36:18 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

https://rtoinsider.com/pjm-ceo-andy-ott-retire-137579/
Attachments:



**Size:** 7847
**File name:** FD7CA8A2-03FC-485C-8727-
7186F4942EDC.pluginPayloadAttachment
FD7CA8A2-03FC-485C-8727-7186F4942EDC.pluginPayloadAttachment



**Size:** 87330
**File name:** 26C774B6-E649-4730-B8AA-
CEC44F01F7E5.pluginPayloadAttachment
26C774B6-E649-4730-B8AA-CEC44F01F7E5.pluginPayloadAttachment

**Status:** Sent
**Delivered:** 5/31/2019 10:45:08 AM(UTC+0)

5/31/2019 10:45:04 AM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

https://www.cleveland.com/opinion/2019/05/a-bad-nuclear-bailout-bill-in-ohio-is-now-a-whole-lot-worse-the-senate-needs-to-sink-it-or-amend-it-editorial.html

Attachments:



Size: 11530
File name: 2D0E4664-CB3D-4BEC-9FB6-0D9EA6030D50.pluginPayloadAttachment
2D0E4664-CB3D-4BEC-9FB6-0D9EA6030D50.pluginPayloadAttachment



Size: 1339517
File name: C2018077-B80D-4C9B-8249-6C1920CA83B6.pluginPayloadAttachment
C2018077-B80D-4C9B-8249-6C1920CA83B6.pluginPayloadAttachment

Status: Read
Read: 5/31/2019 12:37:45 PM(UTC+0)

5/31/2019 12:09:51 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Does Steiner do a fucking thing ? .... Has there been a plan you guys are following or is the plan just to spend money

Status: Read
Read: 5/31/2019 12:37:45 PM(UTC+0)

5/31/2019 12:10:36 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

We get our ass kicked every day and they aren't even using facts

Status: Read
Read: 5/31/2019 12:37:45 PM(UTC+0)

5/31/2019 12:11:29 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Larkin

Status: Sent
Delivered: 5/31/2019 12:39:06 PM(UTC+0)

5/31/2019 12:39:06 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

FES should sue them over this - I believe there is a federal statute that protects companies in bankruptcy from being slandered by a competitor to gain an economic advantage.

Attachments:



**Size:** 1060443
**File name:** IMG_4141.JPG
IMG_4141.JPG



**Size:** 1858960
**File name:** IMG_4140.JPG
IMG_4140..JPG

**Status:** Read
**Read:** 5/31/2019 1:28:14 PM(UTC+0)

5/31/2019 1:22:28 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

This is fantastic!

Attachments:





**Size:** 1956935
**File name:** FullSizeRender.jpeg
FullSizeRender.jpeg

**Status:** Sent
**Delivered:** 5/31/2019 10:51:43 PM(UTC+0)

5/31/2019 10:51:39 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Getting some interesting posts from some very interesting people

**Status:** Read
**Read:** 5/31/2019 11:03:25 PM(UTC+0)

5/31/2019 11:03:13 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Oh I bet!

**Status:** Sent
**Delivered:** 5/31/2019 11:04:04 PM(UTC+0)

5/31/2019 11:04:03 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

By the way, fuck Frank LaRose. Did you pick up his little shot at me in front of you about Municipal races?

Status: Sent
Delivered: 5/31/2019 11:14:07 PM(UTC+0)

5/31/2019 11:14:07 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

The first time I ever met Frank, I was running a US Senate race and he was pretending to be a Conservative.

Status: Sent
Delivered: 5/31/2019 11:16:25 PM(UTC+0)

5/31/2019 11:16:24 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Green Beret

Status: Read
Read: 5/31/2019 11:26:12 PM(UTC+0)

5/31/2019 11:17:42 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

He told me 3 times about being a Green Beret. All the while I was putting jelly on my toast thinking ... "I'd bet I could cut his throat with this butter knife"

Status: Read
Read: 5/31/2019 11:26:12 PM(UTC+0)

5/31/2019 11:19:36 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Haha! I love hearing that! I was in the parking lot while you were meeting with him, waiting on his time to be up. Knowing that he was probably driving you nuts.

Either girl in our office could beat the shit out of that green beret.

Status: Sent
Delivered: 5/31/2019 11:31:01 PM(UTC+0)

5/31/2019 11:31:01 PM(UTC+0)

Source Extraction:
Legacy (5)

4

+16143781107 Jeff Longstreth

FYI- I have the whole HB6 team coming into the office on Monday.

Neil really hates Steiner and Dawson (for good reason) but I don't care. Neil and Rex don't trust each other. Yada, yada, yada. I don't give a shit about their egos.

Here's what I care about- I don't ever want to get another call from you like I got this morning. Let's go win!

**Status:** Sent
**Delivered:** 5/31/2019 11:46:31 PM(UTC+0)

5/31/2019 11:46:31 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Gov just informed me there is a Legionaires Outbreak at Mt Carmel Grove City. The news will break at 10:30

**Status:** Read
**Read:** 6/1/2019 2:25:40 AM(UTC+0)

6/1/2019 2:04:55 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Attachments:**



**Size:** 126125
**File name:** IMG_8751.jpeg
IMG_8751.jpeg

**Status:** Read
**Read:** 6/1/2019 2:28:35 AM(UTC+0)

6/1/2019 2:28:34 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

That's big new building on 71 South.

**Status:** Sent
**Delivered:** 6/1/2019 2:28:59 AM(UTC+0)

6/1/2019 2:28:59 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Three drag queens from Columbus threatened to drive to the farm and fight me. That would have been a great video.

**Status:** Read
**Read:** 6/1/2019 9:39:09 AM(UTC+0)

6/1/2019 2:47:07 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I would literally give my left arm to see that!

**Status:** Sent
**Delivered:** 6/1/2019 9:40:43 AM(UTC+0)

6/1/2019 9:40:41 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Attachments:**



**Size:** 136257
**File name:** Image-1.jpg
Image-1.jpg

**Status:** Read
**Read:** 6/1/2019 11:58:04 AM(UTC+0)

6/1/2019 11:55:51 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Perry, Coshocton, and the good parts of Licking Co think you are a hero.

**Status:** Sent
**Delivered:** 6/1/2019 11:59:02 AM(UTC+0)

6/1/2019 11:59:01 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Interestingly the LGBTQ community has done a great job getting it around and resetting the issue to anti- tolerance

**Status:** Read
**Read:** 6/1/2019 12:01:52 PM(UTC+0)

6/1/2019 12:01:25 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

"You don't Speak for me" seems to be their cute little spin.

**Status:** Read
**Read:** 6/1/2019 12:02:31 PM(UTC+0)

6/1/2019 12:02:15 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Have you heard anything about Rex's son?

**Status:** Sent
**Delivered:** 6/2/2019 6:09:45 PM(UTC+0)

6/2/2019 6:09:44 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

No

**Status:** Read
**Read:** 6/2/2019 7:37:24 PM(UTC+0)

6/2/2019 7:27:51 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I have very few details, but his son died this morning. Apparently a text went out to his staff.

**Status:** Sent
**Delivered:** 6/2/2019 7:38:37 PM(UTC+0)

6/2/2019 7:38:37 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

God damn drugs

**Status:** Read
**Read:** 6/2/2019 9:46:16 PM(UTC+0)

6/2/2019 9:45:02 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Are you sure

**Status:** Read
**Read:** 6/2/2019 9:46:16 PM(UTC+0)

6/2/2019 9:45:21 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I should tell DeWine if we know it's true

**Status:** Read
**Read:** 6/2/2019 9:46:16 PM(UTC+0)

6/2/2019 9:45:39 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I know his staff got a text about it. Confirmed by Dalton. I don't have any other details.

**Status:** Sent
**Delivered:** 6/2/2019 9:47:14 PM(UTC+0)

6/2/2019 9:47:13 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I just talked to Scott. It is confirmed. He called you so you'd hear it from him. You do not need to call him back. He said if you want to send Rex a condolence text, that would be welcome.

**Status:** Sent
**Delivered:** 6/2/2019 10:08:22 PM(UTC+0)

6/2/2019 10:08:21 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Thank you. The service will be Thursday or Friday.

my office prepared this :

It is with deep sorrow that we have to tell you of the passing of Reid Elsass earlier this morning. Reid was a cherished treasure — the first born son, of Rex and Laurie - and brother of Carter and Evan. He was a loving friend to all, a special gift to those who knew him, and a talented leader at Embee Media.

Reid was with our company from the very first day. As an infant, Reid played in The Strategy Group's one-room office above a garage in German Village — and was part of this firm's family for his entire life. He loved each of you and brought a smile — and a hug — to so many of us throughout the years. Now, Reid is embraced by God for eternity and for that we rejoice.

In one instant Reid was in this world. A moment later he was facing our Savior and Redeemer Jesus Christ, and now resides in God's good heaven.

Today, Reid is free from pain and lives as a new creation in the Mansion of the Lord.

This is a sorrowful time for the family and friends of Reid. We ask that you pray for Reid's soul, pray for Rex, Laurie, Carter and Evan — and lift up their families at this difficult time. We will provide you with further information in the coming days. Thank you and God Bless you all.

"He will wipe every tear from their eyes. There will be no more death or mourning or crying or pain, for the old order of things has passed away." - Revelation 21:4

**Status:** Sent
**Delivered:** 6/2/2019 10:14:43 PM(UTC+0)

6/2/2019 10:14:43 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

https://thehill.com/homenews/state-watch/446547-ohio-public-library-cancels-lgbtq-pride-week-event-amid-pushback-from

**Attachments:**



**Size:** 12881
**File name:** 95AB9FEE-3FCD-440D-8CA3-E44D13B94450.pluginPayloadAttachment
95AB9FEE-3FCD-440D-8CA3-E44D13B94450.pluginPayloadAttachment



**Size:** 118116
**File name:** B18693AB-07F1-4666-B958-287FC173B1FA.pluginPayloadAttachment
B18693AB-07F1-4666-B958-287FC173B1FA.pluginPayloadAttachment

**Status:** Read
**Read:** 6/3/2019 5:10:20 AM(UTC+0)

6/3/2019 2:32:27 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Just met with a candidate in Keller's district. She is a culture warrior just like Keller. She thinks you are "the most courageous leader in America".

Status: Sent
Delivered: 6/3/2019 2:10:41 PM(UTC+0)

6/3/2019 2:10:40 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Do we have a candidate in Ashtabula

Status: Read
Read: 6/3/2019 9:31:18 PM(UTC+0)

6/3/2019 9:31:13 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

We have 2 options. Really want Casey Koslowski to get in. He is not a No, but he hasn't said yes either.

Status: Sent
Delivered: 6/3/2019 9:32:46 PM(UTC+0)

6/3/2019 9:32:45 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Chairman just texted me that he can't hold Sara Fowler back any longer

Status: Read
Read: 6/3/2019 9:33:25 PM(UTC+0)

6/3/2019 9:33:24 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

She is planning on quitting state Ed Bd to start running

Status: Read
Read: 6/3/2019 9:33:54 PM(UTC+0)

6/3/2019 9:33:52 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

I think she probably clears the field.

Status: Sent
Delivered: 6/3/2019 9:33:59 PM(UTC+0)

6/3/2019 9:33:59 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Another

**Status:** Read
**Read:** 6/3/2019 9:34:09 PM(UTC+0)

6/3/2019 9:34:09 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

She's not horrible on Labor, but she's a culture warrior () for sure.

She makes her own clothes.

**Status:** Sent
**Delivered:** 6/3/2019 9:34:56 PM(UTC+0)

6/3/2019 9:34:56 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Might as well be a Democrat up there - at least you can work w them

**Status:** Read
**Read:** 6/3/2019 9:35:20 PM(UTC+0)

6/3/2019 9:35:20 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

She will be horrible on labor

**Status:** Read
**Read:** 6/3/2019 9:35:38 PM(UTC+0)

6/3/2019 9:35:38 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

I tend to agree with that.

In talking with Nancy McArthur (Geauga Co GOP) who lives in that little sliver of Geauga that's in that district- Sara has a big following.

**Status:** Sent
**Delivered:** 6/3/2019 9:36:51 PM(UTC+0)

6/3/2019 9:36:50 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Jena just introduced a bill that lowers standards for occupational training of skilled labor. It's worse than an exemption on prevailing wage.

**Status:** Read
**Read:** 6/3/2019 9:37:38 PM(UTC+0)

6/3/2019 9:37:37 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

**Status:** Sent
**Delivered:** 6/3/2019 9:37:54 PM(UTC+0)

6/3/2019 9:37:54 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

She's against everything. She makes Ron Hood look like Nelson Rockefeller

**Status:** Read
**Read:** 6/3/2019 9:38:46 PM(UTC+0)

6/3/2019 9:38:45 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

She made 1 good vote on Jan 7. Since then she's done everything humanly possible to become completely irrelevant at 25 years old.

**Status:** Sent
**Delivered:** 6/3/2019 9:39:47 PM(UTC+0)

6/3/2019 9:39:47 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

She coulda been a somebody, she chose to be a nobody.

**Status:** Sent
**Delivered:** 6/3/2019 9:40:27 PM(UTC+0)

6/3/2019 9:40:26 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Worst thing is she opens her mouth and the stupidity just flows out

**Status:** Read
**Read:** 6/3/2019 9:40:27 PM(UTC+0)

6/3/2019 9:40:27 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

It's awful. She got totally infected with Reidel drivel.

**Status:** Sent
**Delivered:** 6/3/2019 9:40:58 PM(UTC+0)

6/3/2019 9:40:57 PM(UTC+0)

Source Extraction:
Legacy (5)

11

**+17407072500 SLH**

We have a Workforce Development Bill in the Committee she's VC of and she's a NO, says government shouldn't be in the business of preparing the workforce

**Status:** Read
**Read:** 6/3/2019 9:43:06 PM(UTC+0)

6/3/2019 9:42:36 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

She's also against foster kids.

Who the fuck is against foster kids!?

**Status:** Sent
**Delivered:** 6/3/2019 9:43:56 PM(UTC+0)

6/3/2019 9:43:55 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Oelslager told her that the only business that relays on government more than outdoor advertising is farming.

**Status:** Read
**Read:** 6/3/2019 9:44:49 PM(UTC+0)

6/3/2019 9:44:38 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Haha!

**Status:** Sent
**Delivered:** 6/3/2019 9:45:06 PM(UTC+0)

6/3/2019 9:45:06 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

She probably had no idea what that meant.

**Status:** Sent
**Delivered:** 6/3/2019 9:45:56 PM(UTC+0)

6/3/2019 9:45:55 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

She didn't understand how outdoor advertising relied on government ... he said highways, right of ways and special deals that allow advertisers to put up signs - it's all government

**Status:** Read
**Read:** 6/3/2019 9:45:56 PM(UTC+0)

6/3/2019 9:45:56 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

A celebration and memorial of Reid Elsass' life will be held at Genoa Baptist Church, 7562 Lewis Center Rd, Westerville, OH 43082 on Friday, June 7th, 2019. Calling hours are from 12:00pm – 2:00pm with a service following at 2:00pm.

**Status:** Sent
**Delivered:** 6/3/2019 9:47:47 PM(UTC+0)

6/3/2019 9:47:46 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Our team is going to the calling hours at 12:00.

**Status:** Sent
**Delivered:** 6/3/2019 9:48:39 PM(UTC+0)

6/3/2019 9:48:38 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

What did you guys come up with today regarding HB6 ?

**Status:** Read
**Read:** 6/3/2019 9:51:42 PM(UTC+0)

6/3/2019 9:51:41 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Met with all the HB6 team from 1:30-4:30. It was good to get them all at 1 table.

Standby by for several texts to follow...

**Status:** Sent
**Delivered:** 6/3/2019 9:52:51 PM(UTC+0)

6/3/2019 9:52:49 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

You can call if you want

**Status:** Read
**Read:** 6/3/2019 9:53:13 PM(UTC+0)

6/3/2019 9:53:09 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Ok, give me 5 min.

**Status:** Sent
**Delivered:** 6/3/2019 9:53:29 PM(UTC+0)

6/3/2019 9:53:28 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Give me a call when you are free.

Status: Sent
Delivered: 6/3/2019 10:03:53 PM(UTC+0)

6/3/2019 10:03:53 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Looks like these will be open seats :
Blessing
Becker
Green
Lang
Keller
Antani
Hood
Shearer
Butler
R Smith
Reineke
Romanchuk
Hambley
DeVitis
Patterson
Rogers
G Holmes
Cera
Russo

Status: Read
Read: 6/4/2019 11:31:33 AM(UTC+0)

6/4/2019 11:31:28 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Can you talk this morning?

Status: Sent
Delivered: 6/4/2019 11:32:04 AM(UTC+0)

6/4/2019 11:32:04 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Is Lang definitely leaving? Do you want Cates?

Status: Sent
Delivered: 6/4/2019 11:34:54 AM(UTC+0)

6/4/2019 11:34:54 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I'd love Cates

Status: Read
Read: 6/4/2019 11:58:17 AM(UTC+0)

6/4/2019 11:57:35 AM(UTC+0)

Source Extraction:
Legacy (5)

14



+16143781107 Jeff Longstreth

FYI Kyle Koehler is pissed off about this mailing. It went out before the vote, but apparently the USPS took its time delivering and it was still hitting some houses late. 90% was delivered on time.

Attachments:

**Size:** 582909
**File name:** 19-GN-Letter_Koehler_FINAL1.pdf
19-GN-Letter_Koehler_FINAL1.pdf

**Status:** Sent
**Delivered:** 6/4/2019 8:12:57 PM(UTC+0)

6/4/2019 8:12:55 PM(UTC+0)

Source Extraction:
Legacy (5)



+17407072500 SLH

https://www.frc.org/updatearticle/20190604/library-drag

Attachments:

**Size:** 61120
**File name:** 07042794-C5CA-4930-A99C-AD2AF5011C05.pluginPayloadAttachment
07042794-C5CA-4930-A99C-AD2AF5011C05.pluginPayloadAttachment

**Status:** Read
**Read:** 6/5/2019 1:31:47 AM(UTC+0)

6/5/2019 1:30:16 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I have 3 quick questions and 1 update, when you have a minute to call.

**Status:** Sent
**Delivered:** 6/6/2019 1:27:20 AM(UTC+0)

6/6/2019 1:27:18 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Our boy is at work right now helping the Comms team!

Attachments:



**Size:** 11855384
**File name:** IMG_1456.mov
IMG_1456.mov

**Status:** Sent
**Delivered:** 6/6/2019 2:10:57 AM(UTC+0)

6/6/2019 2:10:48 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Who is "our" boy ?

**Status:** Read
**Read:** 6/6/2019 2:18:38 AM(UTC+0)

6/6/2019 2:18:34 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Haraz

**Status:** Sent
**Delivered:** 6/6/2019 2:18:47 AM(UTC+0)

6/6/2019 2:18:47 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Apparently he's helping them build a database like the AP uses to quickly pull up Members info, comments, and photos.

**Status:** Sent
**Delivered:** 6/6/2019 2:22:36 AM(UTC+0)

6/6/2019 2:22:36 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

He is very talented

**Status:** Read
**Read:** 6/6/2019 12:45:16 PM(UTC+0)

6/6/2019 3:57:35 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Happy Birthday!

**Status:** Sent
**Delivered:** 6/6/2019 1:55:27 PM(UTC+0)

6/6/2019 1:55:27 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

"I'm growing older but not up, my metabolic rate is pleasantly stuck, let the winds of age blow over my head - Id rather die while I'm living than live while I'm dead"
Jimmy Buffett

**Status:** Read
**Read:** 6/6/2019 2:00:52 PM(UTC+0)

6/6/2019 2:00:49 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I love it!

**Status:** Sent
**Delivered:** 6/6/2019 2:01:36 PM(UTC+0)

6/6/2019 2:01:36 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Wilson
Matt Huffman
Brenner
Peterson

**Status:** Sent
**Delivered:** 6/7/2019 4:41:38 PM(UTC+0)

6/7/2019 4:41:36 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I sent to Dan McC and will call RMDin a few

**Status:** Read
**Read:** 6/7/2019 6:40:10 PM(UTC+0)

6/7/2019 6:40:00 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Great. Thanks

**Status:** Sent
**Delivered:** 6/7/2019 6:40:22 PM(UTC+0)

6/7/2019 6:40:22 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Attachments:**



**Size:** 239475
**File name:** Image-1.jpg
Image-1.jpg

**Status:** Read
**Read:** 6/8/2019 1:48:54 AM(UTC+0)

6/8/2019 1:48:41 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

This dude sounds kooky.

Status: Sent
Delivered: 6/8/2019 1:53:14 AM(UTC+0)

6/8/2019 1:53:14 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

They'll be crawling out of the woodwork over there. Also in Lang's seat. We need a "good" candidate. Zwanger told me you met w a Lori Viars disciple last week.

Status: Read
Read: 6/8/2019 1:58:18 AM(UTC+0)

6/8/2019 1:55:49 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yeah, Lori's person was awful.

Status: Sent
Delivered: 6/8/2019 2:01:08 AM(UTC+0)

6/8/2019 2:01:08 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Plus Sh would be committed to Lori not Larry.

Status: Read
Read: 6/8/2019 2:01:38 AM(UTC+0)

6/8/2019 2:01:36 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

No doubt.

Status: Sent
Delivered: 6/8/2019 2:01:56 AM(UTC+0)

6/8/2019 2:01:56 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I did the meeting as a courtesy to keep her off our ass.

Status: Sent
Delivered: 6/8/2019 2:02:41 AM(UTC+0)

6/8/2019 2:02:41 AM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Need to develop a list of community bank presidents, insurance agents, CPA's in each of these districts (lobbyists can help) to reach out and ask if they know someone in their community who wants to make a difference.

Status: Read
Read: 6/8/2019 2:04:46 AM(UTC+0)

6/8/2019 2:04:35 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Yep. We've already been doing that. That's how we found Brian Lampton.

Status: Sent
Delivered: 6/8/2019 2:05:36 AM(UTC+0)

6/8/2019 2:05:35 AM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

It works

Status: Read
Read: 6/8/2019 2:06:06 AM(UTC+0)

6/8/2019 2:05:55 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

No doubt. The CPAs kind of suck so far, but the insurance guys are great.

The trouble is none of those people are women.

Status: Sent
Delivered: 6/8/2019 2:07:23 AM(UTC+0)

6/8/2019 2:07:23 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Our candidates at the Birthday party last night received rave reviews!

Status: Sent
Delivered: 6/8/2019 2:09:45 AM(UTC+0)

6/8/2019 2:09:44 AM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

I heard the same except I had a little push back on Jean Schmidt.
Too old

Status: Read
Read: 6/8/2019 2:14:49 AM(UTC+0)

6/8/2019 2:14:29 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Jean Schmidt could out run or out fight anyone on Cap Square! My money is on her 100% of the time. She's run over 140 marathons. Has run the Boston marathon so many times she's lost count.

**Status:** Sent
**Delivered:** 6/8/2019 2:17:21 AM(UTC+0)

6/8/2019 2:17:21 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Your telling me anything I don't know ... I don't believe the concern was her physical ability, I think it was her mental capacity

**Status:** Read
**Read:** 6/8/2019 2:18:47 AM(UTC+0)

6/8/2019 2:18:35 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

She'll be 100% loyal to you. That means she has perfect mental capacity.

**Status:** Sent
**Delivered:** 6/8/2019 2:19:38 AM(UTC+0)

6/8/2019 2:19:37 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

https://abcnews.go.com/Politics/youngest-serving-republicans-fight-american-dream/story?id=63565981
Attachments:



**Size:** 2550
**File name:** 69943448-3B2C-477B-9663-24CB5DE4F650.pluginPayloadAttachment
69943448-3B2C-477B-9663-24CB5DE4F650.pluginPayloadAttachment



**Size:** 63239
**File name:** F8E41C4C-AB7A-42DE-8944-688A55C14DBB.pluginPayloadAttachment
F8E41C4C-AB7A-42DE-8944-688A55C14DBB.pluginPayloadAttachment

**Status:** Read
**Read:** 6/8/2019 2:19:46 AM(UTC+0)

6/8/2019 2:19:42 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Hahaha

**Status:** Read
**Read:** 6/8/2019 2:19:46 AM(UTC+0)

6/8/2019 2:19:46 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Exactly what I was thinking! Haha

**Status:** Sent
**Delivered:** 6/8/2019 2:20:02 AM(UTC+0)

6/8/2019 2:20:01 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

https://youtu.be/t6jZ4zjuud8

Attachments:



**Size:** 16275
**File name:** DA15547B-28F0-4AB8-8D36-
97A63567AB8A.pluginPayloadAttachment
DA15547B-28F0-4AB8-8D36-
97A63567AB8A.pluginPayloadAttachment



**Size:** 968075
**File name:** 8AF4C1C6-1CCA-41D4-AD76-
885C4A2F677D.pluginPayloadAttachment
8AF4C1C6-1CCA-41D4-AD76-
885C4A2F677D.pluginPayloadAttachment

**Status:** Read
**Read:** 6/10/2019 1:57:22 AM(UTC+0)

6/10/2019 1:55:29 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yeah, Jay just sent it to me. That's funny!

**Status:** Sent
**Delivered:** 6/10/2019 1:57:48 AM(UTC+0)

6/10/2019 1:57:47 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Guy can't stop laughing

**Status:** Read
**Read:** 6/10/2019 2:08:37 AM(UTC+0)

6/10/2019 1:58:05 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I applaud you standing against the despicable left wing crowd that are hell bent on corrupting our young generation of kids by such vile and filthy methods.
If humanity goes the way of the LGBT community, think about it, we are doomed as a specie due to absolutely no method of reproduction of the specie.

**Status:** Read
**Read:** 6/10/2019 2:09:30 AM(UTC+0)

6/10/2019 2:09:22 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I'd imagine a lot in that community feel that way.

Status: Sent
Delivered: 6/10/2019 2:10:15 AM(UTC+0)

6/10/2019 2:10:14 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

That came from WV

Status: Read
Read: 6/10/2019 2:16:35 AM(UTC+0)

6/10/2019 2:16:26 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Face the State hammered bad messaging in HB06 yesterday. Scott Light said the messaging has been all over the place. Brittany Warner said best message is it saves consumers money

Status: Read
Read: 6/10/2019 1:41:03 PM(UTC+0)

6/10/2019 1:40:52 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Messaging changed when the bill changed. Saves jobs, saves money has been our message since the bill changed.

Status: Sent
Delivered: 6/10/2019 1:42:09 PM(UTC+0)

6/10/2019 1:42:08 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

The bill always saved jobs and saved money - the first several million was spent on an obsession w N Everhard

Status: Read
Read: 6/10/2019 1:44:22 PM(UTC+0)

6/10/2019 1:44:06 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

... I'll use you Point as an excuse when people criticize the team but it's no argument

Status: Read
Read: 6/10/2019 1:45:53 PM(UTC+0)

6/10/2019 1:45:53 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Is Steiner or Dawson or Terry talking to Ed boards at all

**Status:** Read
**Read:** 6/10/2019 1:47:19 PM(UTC+0)

6/10/2019 1:47:19 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yes. We have a call at 11:00 for an update.

**Status:** Sent
**Delivered:** 6/10/2019 1:47:54 PM(UTC+0)

6/10/2019 1:47:54 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Should be interesting

**Status:** Read
**Read:** 6/10/2019 1:48:08 PM(UTC+0)

6/10/2019 1:48:07 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Do you know if Dan McC made the 4 Senate calls yet?

**Status:** Sent
**Delivered:** 6/10/2019 3:26:13 PM(UTC+0)

6/10/2019 3:26:12 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

DeWine was making the calls. I'll check

**Status:** Read
**Read:** 6/10/2019 3:27:33 PM(UTC+0)

6/10/2019 3:27:23 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Thank you.

**Status:** Sent
**Delivered:** 6/10/2019 3:27:40 PM(UTC+0)

6/10/2019 3:27:39 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

McC says no calls have been made because they feel good about where things are

**Status:** Read
**Read:** 6/10/2019 3:39:19 PM(UTC+0)

6/10/2019 3:39:19 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Jamie is kicking off the testimony tomorrow. The team feels this is very important in setting the tone for the week. Jamie says he is ready. But, we think it wouldn't hurt for you to make sure he is as ready as he thinks he is.

**Status:** Sent
**Delivered:** 6/10/2019 3:39:26 PM(UTC+0)

6/10/2019 3:39:26 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Yeah

**Status:** Read
**Read:** 6/10/2019 3:39:46 PM(UTC+0)

6/10/2019 3:39:46 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

We are going to talk a lot about ditching government mandates and saving people 88% of the monthly fee

**Status:** Read
**Read:** 6/10/2019 3:40:46 PM(UTC+0)

6/10/2019 3:40:45 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

So McC let it be known they would engage to help. Would the Gov issue a statement?

The two biggest issues we've heard from Senate-
1. Does FES really need the money?
2. Do they really need it by June 30?

**Status:** Sent
**Delivered:** 6/10/2019 3:43:18 PM(UTC+0)

6/10/2019 3:43:18 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

It is not a loan it's a subsidy - it subsidizes electricity market prices it offsets the federal mandates that drive up nuclear and drive down renewables. In the bill we have a provision that if the prices float up we pay FES less. We only put in what they need

**Status:** Read
**Read:** 6/10/2019 3:58:58 PM(UTC+0)

6/10/2019 3:58:50 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

How would you like me to handle recruitment in Butler Co? I'd be happy to work with Sheriff Jones if that's what you want, but I don't really have a relationship with him.

**Status:** Sent
**Delivered:** 6/10/2019 4:23:18 PM(UTC+0)

6/10/2019 4:23:16 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I don't want his candidate in Keller - that young kid trustee

**Status:** Read
**Read:** 6/10/2019 4:46:18 PM(UTC+0)

6/10/2019 4:44:05 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

According to Cates, Jones has moved off of that candidate.

**Status:** Sent
**Delivered:** 6/10/2019 4:46:50 PM(UTC+0)

6/10/2019 4:46:50 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Great !!!

**Status:** Read
**Read:** 6/10/2019 7:56:40 PM(UTC+0)

6/10/2019 7:56:27 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Attachments:**



**Size:** 222847
**File name:** Image-1.jpg
Image-1.jpg

**Status:** Read
**Read:** 6/10/2019 8:06:48 PM(UTC+0)

6/10/2019 8:06:02 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Fran made burritos?

**Status:** Sent
**Delivered:** 6/10/2019 8:13:34 PM(UTC+0)

6/10/2019 8:13:34 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

The R Smith tweet in the Cleveland story was not fair

**Status:** Read
**Read:** 6/12/2019 9:20:20 AM(UTC+0)

6/12/2019 8:53:56 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Using N Clark quote (that was an obvious act of war) from 15 yes ago and a Butland quote which was act of war is just bad journalism

**Status:** Read
**Read:** 6/12/2019 9:20:20 AM(UTC+0)

6/12/2019 9:10:04 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

It was written as if he just took a timeline of news clips and wrote a story

**Status:** Read
**Read:** 6/12/2019 9:20:20 AM(UTC+0)

6/12/2019 9:12:08 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I don't disagree with that. But, I don't think he was trying to hurt you with this story. He told me this was the first time his editor has ever given him 4-5 days to learn and write about 1 person.

**Status:** Sent
**Delivered:** 6/12/2019 9:23:13 AM(UTC+0)

6/12/2019 9:23:12 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Why was it so important for editor to get this story out ?

**Status:** Read
**Read:** 6/12/2019 9:47:11 AM(UTC+0)

6/12/2019 9:25:20 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

The fact is simple - I can be a real bastard and I know it - but the bully stuff was Brett and pay to play criticism was Kyle.

**Status:** Read
**Read:** 6/12/2019 9:47:11 AM(UTC+0)

6/12/2019 9:26:44 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

It's a story that if you read between the lines was interesting. Dwight Crum Road map to beat Blackwell comes out - then an anonymous memo comes out going after me. Gee wonder why that happened

**Status:** Read
**Read:** 6/12/2019 9:47:11 AM(UTC+0)

6/12/2019 9:29:45 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I think the take away for the reader is you are still smart and tough, but you have the advantage of experience.

**Status:** Sent
**Delivered:** 6/12/2019 9:50:41 AM(UTC+0)

6/12/2019 9:50:39 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Probably

**Status:** Read
**Read:** 6/12/2019 10:09:16 AM(UTC+0)

6/12/2019 9:52:17 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I sure Neil cringed when he read the 15 yr old quote. Plunderbund had a funny tweet - "this guy used to be unethical and terrible but now that he sleeps more he's great"

**Status:** Read
**Read:** 6/12/2019 10:09:16 AM(UTC+0)

6/12/2019 9:55:03 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yes, Neil almost threw up when he read it.

**Status:** Sent
**Delivered:** 6/12/2019 10:10:10 AM(UTC+0)

6/12/2019 10:10:10 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

It was just war and Neil saw an opportunity to take a departing shot.

**Status:** Read
**Read:** 6/12/2019 10:13:55 AM(UTC+0)

6/12/2019 10:13:38 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

When does the Gen Now TV message change ?

**Status:** Read
**Read:** 6/12/2019 10:14:37 AM(UTC+0)

6/12/2019 10:14:25 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I think it is burnt in - well burnt in

**Status:** Read
**Read:** 6/12/2019 10:15:03 AM(UTC+0)

6/12/2019 10:15:02 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

They are working on a draft now. Polling shows it's working.

**Status:** Sent
**Delivered:** 6/12/2019 10:15:20 AM(UTC+0)

6/12/2019 10:15:19 AM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

I agree - it's funny though - in district the number one question is - just what the hell is this House Bill 6 ?

**Status:** Read
**Read:** 6/12/2019 10:16:38 AM(UTC+0)

6/12/2019 10:16:31 AM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Nobody knows what it is or what it does including the Senate

**Status:** Read
**Read:** 6/12/2019 10:17:02 AM(UTC+0)

6/12/2019 10:17:01 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Polling shows the more we explain it, the worse it does.

**Status:** Sent
**Delivered:** 6/12/2019 10:17:16 AM(UTC+0)

6/12/2019 10:17:16 AM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

John Eckland asked me last night if he could sit down with me and find out why we did what we did. I think that's positive

**Status:** Read
**Read:** 6/12/2019 10:18:09 AM(UTC+0)

6/12/2019 10:18:08 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

If we say it saves jobs and reduces bills, that polls better than if we say it will save you $100 by eliminating mandated energy costs.

**Status:** Sent
**Delivered:** 6/12/2019 10:18:35 AM(UTC+0)

6/12/2019 10:18:35 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

It's counter intuitive.

**Status:** Sent
**Delivered:** 6/12/2019 10:18:50 AM(UTC+0)

6/12/2019 10:18:50 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Of course.

**Status:** Read
**Read:** 6/12/2019 10:19:56 AM(UTC+0)

6/12/2019 10:19:43 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I'm just sick of seeing that poor sum bitch drive that pickup truck down the road and cry about losing his job. Which means it's burnt in

**Status:** Read
**Read:** 6/12/2019 10:21:03 AM(UTC+0)

6/12/2019 10:20:46 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yeah, it'll change out later this week.

**Status:** Sent
**Delivered:** 6/12/2019 10:21:43 AM(UTC+0)

6/12/2019 10:21:41 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

That dude could be our candidate in John Rogers district.

**Status:** Read
**Read:** 6/12/2019 10:22:17 AM(UTC+0)

6/12/2019 10:21:46 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

He's had 1300 pts of broadcast

**Status:** Read
**Read:** 6/12/2019 10:22:17 AM(UTC+0)

6/12/2019 10:22:01 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Jim Siegel graduates from Perry High School

**Status:** Read
**Read:** 6/12/2019 10:22:40 AM(UTC+0)

6/12/2019 10:22:40 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

graduated

**Status:** Read
**Read:** 6/12/2019 10:22:53 AM(UTC+0)

6/12/2019 10:22:53 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Was it a heart attack?

**Status:** Sent
**Delivered:** 6/12/2019 10:23:01 AM(UTC+0)

6/12/2019 10:23:01 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I suspect

**Status:** Read
**Read:** 6/12/2019 10:23:18 AM(UTC+0)

6/12/2019 10:23:08 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

He benefited from nukes

**Status:** Read
**Read:** 6/12/2019 10:24:55 AM(UTC+0)

6/12/2019 10:24:43 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Wanted to let you know, Anna had a biopsy on a spot on her foot two weeks ago and her Doctor is concerned it might be worse than they thought. So she's going back in today and they are taking a "chunk" out of her foot. She's been really private about the details, but she might appreciate it if you shot her a text today.

**Status:** Sent
**Delivered:** 6/12/2019 12:07:56 PM(UTC+0)

6/12/2019 12:07:55 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Cancer ?

**Status:** Read
**Read:** 6/12/2019 12:15:49 PM(UTC+0)

6/12/2019 12:15:46 PM(UTC+0)

Source Extraction:
Legacy (5)

31

+16143781107 Jeff Longstreth

I don't think they know for sure yet, but that's the fear.

**Status:** Sent
**Delivered:** 6/12/2019 12:16:58 PM(UTC+0)

6/12/2019 12:16:56 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Hearing from FL that the AC is not working and house is 90 degrees. Here are the people I've used in past if you could arrange

**Status:** Read
**Read:** 6/12/2019 12:50:29 PM(UTC+0)

6/12/2019 12:49:24 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Attachments:**



**Size:** 203
**File name:** Speedy Heating _ AC.vcf
Speedy Heating _ AC.vcf

**Status:** Read
**Read:** 6/12/2019 12:50:29 PM(UTC+0)

6/12/2019 12:49:47 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

**Status:** Sent
**Delivered:** 6/12/2019 12:50:40 PM(UTC+0)

6/12/2019 12:50:39 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Filters are prob plugged up

**Status:** Read
**Read:** 6/12/2019 1:10:02 PM(UTC+0)

6/12/2019 12:51:46 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Did the window get fixed

**Status:** Read
**Read:** 6/12/2019 1:10:02 PM(UTC+0)

6/12/2019 12:51:59 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I'll check in on the window

Status: Sent
Delivered: 6/12/2019 1:10:41 PM(UTC+0)

6/12/2019 1:10:39 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Would you please give me a call when you have a min?

Status: Sent
Delivered: 6/12/2019 3:27:30 PM(UTC+0)

6/12/2019 3:27:29 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

You didn't miss much at the Trump Campaign meeting today. Obhoff, Husted, Sprague, LaRose we're there. The one interesting thing I picked up was they are trying to move the election date in the Omnibus Senate Budget Bill.

They made a really good case for moving it.

Status: Sent
Delivered: 6/13/2019 9:03:51 PM(UTC+0)

6/13/2019 9:03:50 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Live polling pricing-

N=800
N=1,000
N-1,200
MOE at the 95% confidence level
+3.46%
+3.10%
+2.83%
25 questions (8.5 minutes) including demographics
$41,600
$50,000
$59,700

Status: Sent
Delivered: 6/13/2019 9:22:48 PM(UTC+0)

6/13/2019 9:22:47 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Most statewide polls are N=600-800. I'm happy to go higher if that gives you more confidence. I think this poll is really important. I've also requested to have the pollster come in and do a focus group and give you a live presentation.

Status: Sent
Delivered: 6/13/2019 9:27:11 PM(UTC+0)

6/13/2019 9:27:11 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Need a good representation of R's D's and U's to make certain we get a clear understanding of where the problems lie and in what demographic

**Status:** Read
**Read:** 6/14/2019 12:12:40 AM(UTC+0)

6/14/2019 12:12:27 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Understood.

**Status:** Sent
**Delivered:** 6/14/2019 12:17:06 AM(UTC+0)

6/14/2019 12:17:06 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Do you want to shoot video promos for the Perry Co Fair, Sweet Corn Fest, and Gun Bash this year?

**Status:** Sent
**Delivered:** 6/14/2019 1:46:24 PM(UTC+0)

6/14/2019 1:46:20 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Matthew is looking for 2 tix to Tigers v Indians on June 22 can you check around ?

**Status:** Read
**Read:** 6/14/2019 2:05:13 PM(UTC+0)

6/14/2019 1:57:30 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Matt E has seats (maybe not using) behind home plate. Cable has dugout seats. I'd keep him out of Corporate Boxes.

**Status:** Read
**Read:** 6/14/2019 2:05:13 PM(UTC+0)

6/14/2019 1:59:20 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Perry Co Fair, Hartford Fair, Coshocton Fair, Sweetcorn Festival

**Status:** Read
**Read:** 6/14/2019 2:05:13 PM(UTC+0)

6/14/2019 2:02:53 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yep

**Status:** Sent
**Delivered:** 6/14/2019 2:07:29 PM(UTC+0)

6/14/2019 2:07:28 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Do you want me to tell Dawson to stop including Jonathon on texts? Seems like an accident waiting to happen.

**Status:** Sent
**Delivered:** 6/15/2019 1:29:45 AM(UTC+0)

6/15/2019 1:29:45 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Ill talk to him

**Status:** Read
**Read:** 6/15/2019 1:46:52 PM(UTC+0)

6/15/2019 1:46:39 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Ok.

**Status:** Sent
**Delivered:** 6/15/2019 1:47:18 PM(UTC+0)

6/15/2019 1:47:17 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

https://www.forbes.com/sites/jamesconca/2019/06/14/message-to-ohio-electricity-customers-stop-closing-nuclear-plants/?fbclid=IwAR2ARsy6cv2oOeM1syu20hTWYfZfmievjKURMdHYeR8rFoo0_93J6z822aQ#3ac1d3fc4d3b

**Attachments:**



**Size:** 5430
**File name:** E2846F21-FB1D-42FF-8841-A9789542B55C.pluginPayloadAttachment
E2846F21-FB1D-42FF-8841-A9789542B55C.pluginPayloadAttachment



**Size:** 46107
**File name:** 34B5FD3A-5FF6-4F8B-825C-F68586FE741C.pluginPayloadAttachment
34B5FD3A-5FF6-4F8B-825C-F68586FE741C.pluginPayloadAttachment

**Status:** Read
**Read:** 6/16/2019 6:16:57 PM(UTC+0)

6/16/2019 5:24:50 PM(UTC+0)

Source Extraction:
Legacy (5)

35

+17407072500 SLH

This should be sent to every legislator

**Status:** Read
**Read:** 6/16/2019 6:16:57 PM(UTC+0)

6/16/2019 5:25:02 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

**Status:** Sent
**Delivered:** 6/16/2019 6:19:36 PM(UTC+0)

6/16/2019 6:19:35 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Attachments:**



**Size:** 161494
**File name:** Image-1.jpg
Image-1.jpg

**Status:** Read
**Read:** 6/17/2019 1:12:38 AM(UTC+0)

6/17/2019 1:12:18 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I told him you would reach out to him

**Status:** Read
**Read:** 6/17/2019 1:13:49 AM(UTC+0)

6/17/2019 1:13:48 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

He popped up on our radar on Friday.

**Status:** Sent
**Delivered:** 6/17/2019 1:13:59 AM(UTC+0)

6/17/2019 1:13:59 AM(UTC+0)

Source Extraction:
Legacy (5)

36

+16143781107 Jeff Longstreth

Just wanted to put this on your radar. 4th District Court of Appeals Judge Matt McFarland was nominated by Trump for US District Court and is likely to be confirmed shortly.

Christy Wilkin (Shane's wife) is a solid candidate to replace him.

**Status:** Sent
**Delivered:** 6/17/2019 7:50:35 PM(UTC+0)

6/17/2019 7:50:32 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Attachments:**



**Size:** 5131460
**File name:** IMG_0949.jpeg
IMG_0949.jpeg

**Status:** Read
**Read:** 6/17/2019 8:17:48 PM(UTC+0)

6/17/2019 8:17:33 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Attachments:**



**Size:** 2537141
**File name:** IMG_2942.JPEG
IMG_2942.JPEG

**Status:** Read
**Read:** 6/17/2019 8:17:48 PM(UTC+0)

6/17/2019 8:17:43 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

This is serious shit

**Status:** Read
**Read:** 6/17/2019 8:17:48 PM(UTC+0)

6/17/2019 8:17:48 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yeah I saw it.

**Status:** Sent
**Delivered:** 6/17/2019 8:18:16 PM(UTC+0)

6/17/2019 8:18:16 PM(UTC+0)

Source Extraction:
Legacy (5)

37

+16143781107 Jeff Longstreth

They're spending first class postage on mail 18 months before the election.

Status: Sent
Delivered: 6/17/2019 8:20:14 PM(UTC+0)

6/17/2019 8:20:13 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Who are they

Status: Read
Read: 6/17/2019 8:21:35 PM(UTC+0)

6/17/2019 8:21:29 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

They ran some small dollar rural radio during HB 6 in the House early on. A couple hundred dollars in a few rural markets

Status: Sent
Delivered: 6/17/2019 8:21:59 PM(UTC+0)

6/17/2019 8:21:59 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

They're also the group who was putting on the protest in Bowling Green

Status: Sent
Delivered: 6/17/2019 8:22:14 PM(UTC+0)

6/17/2019 8:22:13 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Who backs them

Status: Read
Read: 6/17/2019 8:22:26 PM(UTC+0)

6/17/2019 8:22:26 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Trying to find out.

Status: Sent
Delivered: 6/17/2019 8:22:36 PM(UTC+0)

6/17/2019 8:22:36 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Wind ?

**Status:** Read
**Read:** 6/17/2019 8:23:33 PM(UTC+0)

6/17/2019 8:22:58 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Are we running positive radio in Brinkman's district

**Status:** Read
**Read:** 6/17/2019 8:23:33 PM(UTC+0)

6/17/2019 8:23:27 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Not right now. It ended with the vote.

**Status:** Sent
**Delivered:** 6/17/2019 8:23:51 PM(UTC+0)

6/17/2019 8:23:51 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Got to protect the troops - especially make sure they believe we are protecting them

**Status:** Read
**Read:** 6/17/2019 8:25:35 PM(UTC+0)

6/17/2019 8:25:35 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

**Status:** Sent
**Delivered:** 6/17/2019 8:26:09 PM(UTC+0)

6/17/2019 8:26:08 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Do you want a "thank Tom Brinkman" piece?

**Status:** Sent
**Delivered:** 6/17/2019 8:27:52 PM(UTC+0)

6/17/2019 8:27:52 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Courage to stand up to out of state special interests

**Status:** Read
**Read:** 6/17/2019 8:29:46 PM(UTC+0)

6/17/2019 8:29:31 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

So far I have the following reps receiving that mailer:
Brinkman
Ghanbari
D. Manning

**Status:** Sent
**Delivered:** 6/17/2019 9:07:45 PM(UTC+0)

6/17/2019 9:07:45 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Charlie Frye is in Columbus until Wed. If you want to set up breakfast or lunch we could DPL get together

**Status:** Read
**Read:** 6/17/2019 11:44:17 PM(UTC+0)

6/17/2019 11:32:00 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

DPL = all

**Status:** Read
**Read:** 6/17/2019 11:44:17 PM(UTC+0)

6/17/2019 11:32:14 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Ok

**Status:** Sent
**Delivered:** 6/17/2019 11:44:55 PM(UTC+0)

6/17/2019 11:44:55 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

I guess Renacci has a candidate up there that might run in a primary

**Status:** Read
**Read:** 6/17/2019 11:45:56 PM(UTC+0)

6/17/2019 11:45:49 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Mario

**Status:** Sent
**Delivered:** 6/17/2019 11:46:15 PM(UTC+0)

6/17/2019 11:46:14 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

A barber ?

**Status:** Read
**Read:** 6/17/2019 11:46:31 PM(UTC+0)

6/17/2019 11:46:30 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yes

**Status:** Sent
**Delivered:** 6/17/2019 11:46:38 PM(UTC+0)

6/17/2019 11:46:37 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

What is Renacci running Dago's agai st us across the state ?

**Status:** Read
**Read:** 6/17/2019 11:47:17 PM(UTC+0)

6/17/2019 11:47:09 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Left Charlie a vm.

**Status:** Sent
**Delivered:** 6/17/2019 11:52:08 PM(UTC+0)

6/17/2019 11:52:07 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

**Status:** Read
**Read:** 6/17/2019 11:52:34 PM(UTC+0)

6/17/2019 11:52:21 PM(UTC+0)

Source Extraction:
Legacy (5)

41

+16143781107 Jeff Longstreth

Breakfast is with Charlie on Wednesday.

Status: Sent
Delivered: 6/18/2019 12:52:41 AM(UTC+0)

6/18/2019 12:52:40 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Rachel will add to schedule.

Status: Sent
Delivered: 6/18/2019 12:52:58 AM(UTC+0)

6/18/2019 12:52:57 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

https://www.informerpress.com/southern-ohio-will-benefit-from-house-bill-6/
Attachments:



Size: 13961
File name: EEF1EA39-2F04-4F4E-A2F9-3CDC768167D0.pluginPayloadAttachment
EEF1EA39-2F04-4F4E-A2F9-3CDC768167D0.pluginPayloadAttachment



Size: 69382
File name: 366FE4C5-E519-4C03-A4DE-AF6F4DB4116A.pluginPayloadAttachment
366FE4C5-E519-4C03-A4DE-AF6F4DB4116A.pluginPayloadAttachment

Status: Read
Read: 6/19/2019 1:49:44 AM(UTC+0)

6/19/2019 1:48:48 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

If you could get one of those in every Senate District - this would be over - well written and excellent piece.

Status: Read
Read: 6/19/2019 1:49:44 AM(UTC+0)

6/19/2019 1:49:24 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

That's what we're working on. Paduchik retweeted it.

Status: Sent
Delivered: 6/19/2019 1:51:47 AM(UTC+0)

6/19/2019 1:51:46 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Just wanted to let you know Megan's Grandfather died today. I'm sure it would mean a lot if you shot her a quick text.

**Status:** Sent
**Delivered:** 6/20/2019 9:24:09 PM(UTC+0)

6/20/2019 9:24:07 PM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

Attachments:



**Size:** 174517
**File name:** Heather Taylor - Miesle.docx
Heather Taylor - Miesle.docx

**Status:** Sent
**Delivered:** 6/20/2019 10:26:58 PM(UTC+0)

6/20/2019 10:26:56 PM(UTC+0)

Source Extraction:
Legacy (5)

**+17407072500 SLH**

Attachments:



**Size:** 236095
**File name:** Image-1.png
Image-1.png

**Status:** Read
**Read:** 6/21/2019 10:49:20 AM(UTC+0)

6/21/2019 4:22:57 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

The guy in Naples confirmed today, you can rent out for 1 month minimum, up to 3 times per year. Which means you'd be looking at a long term rental which would bring about $2000-2200/month.

**Status:** Sent
**Delivered:** 6/22/2019 12:00:44 AM(UTC+0)

6/22/2019 12:00:42 AM(UTC+0)

Source Extraction:
Legacy (5)

**+16143781107 Jeff Longstreth**

The contractor thinks the renovation would cost $150-175k depending on how much mold they find. Realtor thinks the house would sell for $350-390k post renovations. Thinks he could find an investor to buy it now "as is" in the low $200s.

**Status:** Sent
**Delivered:** 6/22/2019 12:05:01 AM(UTC+0)

6/22/2019 12:04:59 AM(UTC+0)

Source Extraction:
Legacy (5)

43

+17407072500 SLH

Don Manning is getting laced again - my advice to him was :
I told my folks back home "either your a Buckeye or you aren't" it's high time we start defending the assets we have in our own backyard and stop listening to out of state competitors trying to close OHIO businesses. These carpet baggers stole our mines, our mills and our factories. So far no one has stood up to them ... well I am, right now, the question is will you stand with me ?

**Status:** Read
**Read:** 6/22/2019 7:06:38 PM(UTC+0)

6/22/2019 7:03:47 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yep. We're on radio and digital in his district.

**Status:** Sent
**Delivered:** 6/22/2019 7:09:28 PM(UTC+0)

6/22/2019 7:09:27 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Don Manning would really like you to send him the info on all the newspapers Big Oil owns and also the Chinese connection on the NE Ohio Gas Plants. Sadeiwctz and Johnson are all over his ass and he's ready to fight back.

**Status:** Read
**Read:** 6/23/2019 12:42:36 PM(UTC+0)

6/23/2019 6:15:35 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Ok, the newspaper thing is a real stretch. We have to make two really big leaps to get there.

**Status:** Sent
**Delivered:** 6/23/2019 12:44:21 PM(UTC+0)

6/23/2019 12:44:19 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Attachments:



**Size:** 15772
**File name:** ohio gas financing.docx
ohio gas financing.docx

**Status:** Sent
**Delivered:** 6/23/2019 12:47:05 PM(UTC+0)

6/23/2019 12:47:04 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

**Attachments:**



**Size:** 30352
**File name:** gatehouse media.docx
gatehouse media.docx

**Status:** Sent
**Delivered:** 6/23/2019 1:10:59 PM(UTC+0)

6/23/2019 1:10:59 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Are you sending to me to send to him or are you sending to him

**Status:** Read
**Read:** 6/23/2019 1:13:24 PM(UTC+0)

6/23/2019 1:13:18 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I sent the gas memo to him also. But, I did not send the Gatehouse memo.

**Status:** Sent
**Delivered:** 6/23/2019 1:14:22 PM(UTC+0)

6/23/2019 1:14:21 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Shoot it to him but hide receeipients and senders

**Status:** Read
**Read:** 6/23/2019 1:15:58 PM(UTC+0)

6/23/2019 1:15:02 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

https://www.nantucketchronicle.com/featured-listing/2016/purchase-of-the-week-44-monomoy-road

Attachments:



Size: 615
File name: C7942B82-36B9-41E3-A1A6-6BF67FD5485C.pluginPayloadAttachment
C7942B82-36B9-41E3-A1A6-6BF67FD5485C.pluginPayloadAttachment



Size: 21796
File name: A8AF2D85-2375-488C-80AB-9C1A7E675D88.pluginPayloadAttachment
A8AF2D85-2375-488C-80AB-9C1A7E675D88.pluginPayloadAttachment

Status: Sent
Delivered: 6/23/2019 1:15:50 PM(UTC+0)

6/23/2019 1:15:48 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I also sent him this. This is what Siderwicz did with his Chinese money.

Status: Sent
Delivered: 6/23/2019 1:15:51 PM(UTC+0)

6/23/2019 1:15:48 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Ok

Status: Sent
Delivered: 6/23/2019 1:16:02 PM(UTC+0)

6/23/2019 1:16:01 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Attachments:



Size: 1953463
File name: IMG_6810.JPG
IMG_6810.JPG

Status: Sent
Delivered: 6/23/2019 1:34:07 PM(UTC+0)

6/23/2019 1:34:03 PM(UTC+0)

Source Extraction:
Legacy (5)

46

+17407072500 SLH

Brett's just making these mistakes on purpose. But about Friday of this week we should pitch the media on a story.

**Status:** Read
**Read:** 6/23/2019 1:41:16 PM(UTC+0)

6/23/2019 1:35:54 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Gen Now has had issues as well. I've had several members - including members of House leadership come in privately and discuss their concern over next years House campaigns based on HB 6 messaging, mail, TV and radio.

**Status:** Read
**Read:** 6/23/2019 1:44:21 PM(UTC+0)

6/23/2019 1:44:16 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I'd be happy to discuss.

**Status:** Sent
**Delivered:** 6/23/2019 1:47:37 PM(UTC+0)

6/23/2019 1:47:37 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

I imagine Kyle Koehler hasn't helped that attitude. He did not come in privately but rather chose to tell as many people as possible that his constituents were encouraged to call and thank him for his vote when he voted no. Apparently Riedel, Smith, Ryan, Carfagna and Greenspan had the same.

**Status:** Read
**Read:** 6/23/2019 1:49:19 PM(UTC+0)

6/23/2019 1:48:18 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

We'll discuss in July, does no good to mess with it now.

**Status:** Read
**Read:** 6/23/2019 1:49:20 PM(UTC+0)

6/23/2019 1:49:20 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Wiggam, Cross, and Hillyer received these today. We believe they are sending just enough to get noticed because they are mailing first class.

**Attachments:**



**Size:** 230328
**File name:** imagejpeg_0.jpg
imagejpeg_0.jpg

**Status:** Sent
**Delivered:** 6/24/2019 8:42:07 PM(UTC+0)

6/24/2019 8:42:05 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

They changed the pic on Cross.

**Attachments:**



**Size:** 731710
**File name:** IMG_1569.jpg
IMG_1569.jpg

**Status:** Sent
**Delivered:** 6/24/2019 8:42:47 PM(UTC+0)

6/24/2019 8:42:46 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

They sent it to Hillyer's business PO Box. No one is registered to vote there.

**Status:** Sent
**Delivered:** 6/24/2019 8:44:40 PM(UTC+0)

6/24/2019 8:44:39 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

**Attachments:**



**Size:** 16514
**File name:** ohio citizen action background memo.docx
ohio citizen action background memo.docx

**Status:** Sent
**Delivered:** 6/25/2019 12:28:12 AM(UTC+0)

6/25/2019 12:28:11 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

We get a report everyday.

**Status:** Sent
**Delivered:** 6/25/2019 10:59:04 AM(UTC+0)

6/25/2019 10:59:02 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Steiner says they know the difference, but they don't care.

**Status:** Sent
**Delivered:** 6/25/2019 11:13:50 AM(UTC+0)

6/25/2019 11:13:48 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

We believe the negative mail to House Members only went to their local donor file. That's why some went out of district and they were not sent to Households.

**Status:** Sent
**Delivered:** 6/25/2019 7:09:20 PM(UTC+0)

6/25/2019 7:09:19 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Yeah Hillyer talked w me about it, in comparing Brinkman etal - I think he's right

**Status:** Read
**Read:** 6/25/2019 7:10:10 PM(UTC+0)

6/25/2019 7:10:09 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yep, it matches with everything we've seen.

**Status:** Sent
**Delivered:** 6/25/2019 7:10:42 PM(UTC+0)

6/25/2019 7:10:42 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I saw Clegg at lunch with George Lang today. Heard Lang say he was trying to raise as much money as he can before he announces for the Senate because he knows more people will give more while he's a House incumbent. He also told Clegg he's going to put in $100k of his own money.

**Status:** Sent
**Delivered:** 6/25/2019 10:49:54 PM(UTC+0)

6/25/2019 10:49:53 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

FYI- I've heard through the grapevine that at least two (non-related) consultants have been contacted by Siederwicz personally about a referendum. One of them is a mail vendor in California and has no idea about anything that's going on here.

Status: Sent
Delivered: 6/25/2019 11:55:14 PM(UTC+0)

6/25/2019 11:55:12 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Good, Stay on the good side of FES and we'll do the defend

Status: Read
Read: 6/26/2019 12:08:03 AM(UTC+0)

6/26/2019 12:07:48 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Agreed.
Downside is if he gets the signatures, the law will not go into effect until after the vote in November 2020.

Status: Sent
Delivered: 6/26/2019 12:09:41 AM(UTC+0)

6/26/2019 12:09:40 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Yep

Status: Read
Read: 6/26/2019 12:34:40 AM(UTC+0)

6/26/2019 12:23:51 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Did you agree to do a fundraiser for Stoltzfus? I just got a call about it.

Status: Sent
Delivered: 6/26/2019 12:35:22 AM(UTC+0)

6/26/2019 12:35:20 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Never mind. I have figured out the situation.

Status: Sent
Delivered: 6/26/2019 12:58:01 AM(UTC+0)

6/26/2019 12:57:59 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

You're going to love this-
Melvin Dean reached out to Scott Schweitzer today. "With Larry back, I wanted to let him
know I'd be interested in running again."

Status: Sent
Delivered: 6/26/2019 3:54:28 PM(UTC+0)

6/26/2019 3:54:25 PM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

OMG

Status: Read
Read: 6/26/2019 4:05:03 PM(UTC+0)

6/26/2019 4:04:42 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I have highlights if you haven't heard already.

Status: Sent
Delivered: 6/26/2019 6:24:38 PM(UTC+0)

6/26/2019 6:24:37 PM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

I know you don't have time for this, but wanted to give you the info- Rumors are running wild
that Gil Barnes is thinking about running as a Republican.

Status: Sent
Delivered: 6/28/2019 1:46:53 AM(UTC+0)

6/28/2019 1:46:52 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Gil Blair ? The new memeber

Status: Read
Read: 6/28/2019 1:57:08 AM(UTC+0)

6/28/2019 1:57:02 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Yes. The new Glenn Holmes.

Status: Sent
Delivered: 6/28/2019 1:57:26 AM(UTC+0)

6/28/2019 1:57:25 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

Sorry, I meant Blair not Barnes.

Status: Sent
Delivered: 6/28/2019 1:58:01 AM(UTC+0)

6/28/2019 1:58:01 AM(UTC+0)

Source Extraction:
Legacy (5)

+17407072500 SLH

Haven't heard but wouldn't doubt it. How did he vote in last primary

Status: Read
Read: 6/28/2019 1:58:47 AM(UTC+0)

6/28/2019 1:58:46 AM(UTC+0)

Source Extraction:
Legacy (5)

+16143781107 Jeff Longstreth

D in 18, 17, 16, 14, 12, 10

Status: Sent
Delivered: 6/28/2019 2:09:01 AM(UTC+0)

6/28/2019 2:09:00 AM(UTC+0)

Source Extraction:
Legacy (5)

Session TIER3-8485

GOVERNMENT
EXHIBIT

536B

1:20-CR-077

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session TIER3-8485

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 9/23/2019 |
| Time Recording Starts: | Multiple Segments |
| Time Recording Ends: | Multiple Segments |
| Agent: | SA Blane J. Wetzel |

**Participants:**
Neil Clark
Bryan Gray
Larry Householder
Jay Edwards
UC Brian
UC Vinny
Bartender

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session TIER3-8485

**1:33:29 [Start of transcript]**

Clark:          Because back then when they go to dinner, before they did term limits and they did campaign finance reform, um, whether it was significant people that are still alive, that you know very well, that had dinner with the Governor or the candidate they'd give them a $100,000. Whether it was FirstEnergy, name the name, they'd give them a $100,000. And, and it was legit, right in hard dollars into their campaign. So they would do that three, four times a year and get this kind of money. Because it was all about, you took the money, it was just reported, they reported on your campaign report you got a $100,000 from X person.

Edwards:        It was unlimited.

Clark:          It was unlimited. And then dickhead Voinovich after he takes, he was the most expensive gubernatorial race in 1992, it was like $10,000,000. He comes out with Dawson and Curt, and they go, we need campaign finance reform. And I go it's interesting that you guys are doing this after you win. And they kept doing this, and who do you think they had carry the bill? Jeff Jacobson. And they all said that we're all, we're all crooks.

Householder:    It was a shitty bill.

Clark:          We're all crooks and we're all this and we're all that. And my attitude was, isn't that better for you to know exactly who's giving you the money, if somebody wants to give you a $100,000 let the press go and ask questions, why'd they give you a $100,000? Right?

Edwards:        Now they're just doing it behind, behind the scenes.

Clark:          No, now they're going to (c)4s.

Edwards:        Mm-hmm.

Clark:          And now you're never going to find out. So you, you press did that because you decided to make, to create this world of none of your fucking business. You decided to make it none of your fucking business. And that's something that is just, that's what really turned this place into the wrong attitude.

Edwards:        Mm-hmm.

Clark:          Um, but it's the only attitude that it has to exist now because the courts have already decided it's none of, it's none of your fucking business. It's just not. We can argue about this all night long it's, it's not your business.

Householder:    So I think, I think actually we could pass campaign finance reforms right now, today. It would take the limits off.

Clark:          We should.

UC Brian:       Term limits?

2

Session TIER3-8485

| | |
|---|---|
| Edwards: | How would you do it? |
| Householder: | No, no, not term limits. |
| UC Brian: | Campaign. |
| Householder: | Dollars. |
| UC Brian: | Dollars. |
| Edwards: | How would you do it? |
| Householder: | Simple, do it as a bill. |
| Clark: | Right. |
| Householder: | I would argue you've already got it. |
| Clark: | (OV) It's, it's already. Yeah. It's-- |
| Householder: | Wouldn't you, wouldn't you rather have full disclosure? |
| Edwards: | Negative you wouldn't make it out of the Senate--(IA). |
| Clark: | I'd rather, I'd rather have, here you'd know what I'd rather have in, in the public environment, I'd rather have when you're out to dinner or you take a trip, let's say that you went instead of pretending that you're in Ohio. You're in the Ohio Senate, instead of pretending that we going to go to Key West to have a fundraiser, let's just call it what it is. Let's call a spade a spade. You're going down there for a free fucking trip and you're getting a $5,000 benefit from it. |
| Edwards: | Yeah. |
| Clark: | Let's do a cam--, you know, put it in a campaign expenditures that you, that lobbyists paid $5,000 for you to go. |
| Edwards: | Now we got to worry, now we got to worry my next candidates going to beat the shit out of me. |
| Clark: | Well but, but or you justify where you did it. Either you explain it or you-- |
| Edwards: | (OV) Or they will explain it for you. |
| Clark: | Right so, so that I think is in itself enough. Now Bill Seitz would take, Bill Seitz would take a $100,000 a trip. Bill Seitz if, if we had no limits, he'll fly to Dubai, first class. |

(Laughter)

3

Session TIER3-8485

Clark:              Fucking first class, three fucking whores…

UC Vinny:           (OV) I knew Bill.

Clark:              …three fucking whores, three fucking whores…

UC Vinny:           (UI)

Edwards:            (OV) He'd probably have her name on the campaign contribution.

Clark:              …and he won't give a rat's ass.

UC Brian:           Yes, Neil (UI).

Householder:        And Tom Patton will be flying the plane.

Edwards:            (UI) be making coffee or something.

(Laughter)

Clark:              Fucking Tom, Tom would be going, I mean Tom would just, you could see Tom on the floor, Tom's pants would be wet.

(Laughter)

Clark:              You could, you see, why your pants wet, I mean Tom, I mean if you actually look at…

Edwards:            (UI) a million dollar check over here.

Clark:              …if you look at the reports and go back twenty years on, twenty, thirty years on Tom, you'll see that he has--

Householder:        $85,000 a year like clockwork.

Clark:              I, I thought it forty a year paying for shit that--

Edwards:            His family (UI).

Clark:              $35,000 in, no, not thirty-five, $27,000 in sports tickets.

Edwards:            Well, he's a, he's a ticket union guy.

Householder:        A ticket taker.

Clark:              Yeah, a ticket taker…

(Laughter)

4

UC Vinny:        In a union.

Clark:           ...but he still buys it from the Browns. And it's, I wish you basketball, football, okay?

Householder:     $3,500 a month to his legal counsel.

Clark:           Legal counsel.

Householder:     For his daughter.

Clark:           His daughter.

Gray:            And his former LA (UI) John Henry who makes like forty K a year off of him.

Edwards:         So here's, here's the issue though that I see in passing the bill. I don't think that there's enough people in the legislature that even understand (c)4s. I bet they don't have a clue what a, if you sat down with us I guarantee the majority of, I guarantee--

Gray:            (OV) If they've been attacked by one, they do. (Laughter)

Edwards:         I guarantee there's, there's probably eighty legislators in the House.

Clark:           (OV) But (c)4s, (c)4s aren't going to go away if you do, if you do, if you do hard dollar changes. But what I think what hard dollar changes brings, whether for expenditures or for campaigns.

Edwards:         It brings light.

Clark:           It brings, it brings light back in and it says to people, quit busting my balls about a $75 dinner.

Householder:     You know what I think?

Clark:           Don't bust my balls.

Householder:     And I was going to have this discussion with you anyway this is the, this is the perfect time to talk about it. I think, I think, uh, FES and, uh, labor needs to consider reporting on the (c)4.

Clark:           Oh my God.

Householder:     Coming clean. Saying, yeah it's us. It's us. It, it, it is just like I said on television.

Clark:           To tell you the truth I really, at this point it's (IA).

Householder:     It's an Ohio, yes, we're an Ohio corporation, that are trying to stay in business in Ohio.

5

Session TIER3-8485

Clark:              Right.

Householder:        And we are Ohio employees, let us keep our jobs.

Clark:              Right.

Householder:        And, and go okay, I showed you mine, you show me yours.

Clark:              (OV) You show me yours.

(UI)

Householder:        (IA) Everybody knows who they are.

Clark:              That's my guy. Thank you.

Householder:        Everybody knows who they are.

UC Brian:           Yeah. There's no fallout for them at all?

Householder:        No, everybody already knows who they are. Everybody knows who's, who's funding House Bill Six. When presses asks me about this, what I've told them, I've said, you know who's, who's funding House Bill Six? This, this uh, early in House Bill Six, I said simple, it's Ohio company and wants, wants to stay in Ohio. And it's Ohio workers that want jobs in Ohio. Now who's, who's funding the anti? Well it's simple, out of state people that want to take…

UC Brian:           Come in.

Householder:        …yeah, that's what this is about.

Edwards:            So the argument then becomes, well we're telling you where our money's coming from (IA).

Householder:        Yeah, show me, I showed you mine.

Clark:              I'm okay with.

Householder:        It's just like, you know, back in the garage in junior high. Right?

(Laughter)

Clark:              Hey you know, now you know we.

Householder:        (OV) Hey I showed you mine.

Edwards:            That's what them New Lexington kids would do.

6

Session TIER3-8485

| | |
|---|---|
| UC Vinny: | (UI) |
| Householder: | I showed you mine, so you show me yours. |
| Clark: | I need you, I need you… |
| Householder: | They'll never do it. |
| Clark: | …as you well know… |
| Householder: | (OV) That other bunch will never do it. They'll never do it. |
| Clark: | …(IA) no you need to, you're welcome to stop. |
| Edwards: | Oh yeah I've actually. |
| UC Brian: | Sorry? |
| Householder: | They're, they're from Texas. |
| UC Vinny: | They're not local? |
| Householder: | They're not going to do it. |
| UC Vinny: | They're not from around here? |
| UC Brian: | (UI) |
| Householder: | They are from Texas. |
| UC Brian: | They can't, right? |
| Householder: | So they're going to sit there and say, hmm. You know they'll never show theirs. |
| Clark: | I it's I, I have, I'm actually at this stage we have done so much. We have, um, over the weekend after I, we have now bought out, uh, eight more signature collection firms so that number is now up to like twenty-five, twenty-six. Um, when they were talking to the signature collection firms, they said they've only collected fifty-five thousand signatures, fifty-five thousand. |
| Edwards: | Thank you. |
| Clark: | Now when we were doing our calculations, you know mine was showing about eighty-seven thousand. |
| Householder: | I thought they were at a hundred twenty-five thousand. |
| Clark: | Hmm? Well I. |

7

Session TIER3-8485

| | |
|---|---|
| Householder: | That's what I would have thought at this point. |
| Clark: | They needed to be at, they needed to be at… |
| Edwards: | No, I'm good. |
| Clark: | …at this stage now today two, two twenty 'cause remember this is now, we're almost at halfway, we're at the halfway point. |
| Householder: | I'm alright. |
| Clark: | There are twenty-eight days left of the, of the fifty-one, of the fifty-one days that they have to collect signatures they're at. |
| Householder: | Neil, are they stupid? I mean if you're sitting there at fifty-five thousand… |
| Clark: | Even if they're, if they're, but… |
| Householder: | …signatures right now, well, you know what. |
| Clark: | …(IA) they try to hire everybody. |
| Edwards: | Let's go home. |
| Householder: | I'm out. |
| Clark: | So of course, today I started circulating the petition saying… |
| Unknown: | Yeah. |
| Clark: | …support the General Assembly 'cause they, I had to have a vehicle to buy off people in the (UI) and I'm offering them $25 an hour. And, uh, I'm going, son of a bitch. Either, either these guys are completely fucking stupid or they got a bunch of people going door to door. |
| Edwards: | You need more bodies for that? You need more bodies for that? |
| Clark: | We'll take whatever you've got. We've got people. |
| Edwards: | I can get those, I can get some of these college Republicans. |
| Clark: | (OV) If you got people, you need. |
| Householder: | Could you get bread, rolls? |
| Clark: | Did you hear what I'm saying… |
| Bartender: | Yes, sir. |

8

Session TIER3-8485

| | |
|---|---|
| Clark: | …you need it… |
| Bartender: | I'll have another roll right out for you. |
| Clark: | …get on the phone tomorrow with me and we'll, give me the names. |
| Edwards: | I can tell them a host of anything. |
| Clark: | (UI) you know. |
| UC Brian: | If you want them to go around collect signatures, they can go around. |
| Clark: | I want, I want them collecting signatures 'cause there (UI). |
| Edwards: | (UI, OV) |
| Clark: | Right, right, exactly. And occasionally they walk up to somebody that's working on the other side, you can come and work for us for $26 an hour. |
| Edwards: | Yes. |
| Clark: | This is a great job for you. |
| Bartender: | You're welcome, sir. |
| Clark: | See, what I'm saying? |
| Edwards: | Mm-hmm. |
| Clark: | That's all I need them to do. |
| UC Brian: | If you ask me (UI). |
| Bartender: | (IA) plug this (IA) for you? You can plug it right behind these chairs (UI). |
| Clark: | You hear what I'm saying to you? Is that I need them to be able to get paid, go collect signatures, and they come across people that are collecting signatures for the other side they say-- |
| Edwards: | Is there, is there a newspaper articles on the (UI)? |
| Clark: | There is going to be now. |
| Edwards: | Where can they get them? |
| Clark: | (UI) They're already tweeting about it, they're already, it's already out there. |

9

Session TIER3-8485

Edwards:          In the Dispatch?

Clark:            Oh yeah everywhere. Cleveland Plain Dealer (IA) we will pay--

Householder:      You know, I don't think we ever had, I don't think we have to disclose.

Bartender:        Just like (UI).

Clark:            We're not going to, yes.

Householder:      Period. I don't think we even need a disclaimer, there's no campaign going on.

Clark:            I know.

Gray:             (OV) Can I have another piece of bread? Can I have another piece of bread, please?

Householder:      (OV) We're not trying to affect an election.

Bartender:        Yes, sir, I'll have some out for you in about five minutes.

Householder:      We're just saying don't sign the damn thing.

Clark:            That's a constitutional right to sign a petition to say the General Assembly should. It's, it's not a campaign, it's none of your fucking business. You try to say that to Carlo and Curt is like, you know, see if they, they want to have the sex, but they want to be able to tell people they wouldn't fuck us. I tell you now, the, the problem is when you go to (UI), when you're living in his world, it's, it's really not a nice place to be. I mean, you know, your world.

Householder:      Well I enjoy my world.

Clark:            I know but, but, (Laughter) when you work for him, you work. You do what you're supposed to do and don't fucking whine about it. Just don't fucking whine about it.

Householder:      Unless you're (UI).

Clark:            When you fuck up, when you fuck up…

Householder:      (IA) gets away with shit.

Clark:            …when, when you fuck up, admit it. Don't fuck up.

Householder:      (UI, OV)

Clark:            He hates hearing from people going, an excuse.

UC Vinny:         (Laughter)

10

Session TIER3-8485

| | |
|---|---|
| Clark: | The one thing Householder doesn't like hearing is a fucking excuse. |
| UC Brian: | That sounds like the conversation we had out there. |
| Edwards: | Agreed. Just to change. |
| Clark: | Just say, I fucked up. |
| UC Vinny: | I know somebody like that. (Laughter) |
| Clark: | Like I said something to him three weeks ago, I, I admitted to him, I could hear his voice going, kill me. Zeiger, Zeiger. |
| Householder: | Oh yeah. |
| Clark: | Well he wanted to kill me… |
| Householder: | Stupid fucking move. |
| Clark: | …oh, he wanted to kill me. My phone was melting in my hand. So what do you think I did? Larry, I fucked up. |
| Gray: | I've still never heard you scream at someone like you did at Rex that one day. It was in the primary when we were having our little rough spot but (UI) and you called up Rex and he said, how much money is it going to cost me to win my election? And Rex said, well it depends, how much money do you have in your account? |
| Householder: | (Laughter) |
| Gray: | And after about the fifth time of him saying, what do you have in your account? You broke down and just, I will raise whatever fucking money it costs. |
| Clark: | The one thing I've learned in all this… |
| Gray: | You leech, I have (UI). |
| Clark: | …the one thing I've learned in all this (IA)… |
| Householder: | Like having a mosquito attached to your left nut. |
| (Laughter) | |
| Clark: | …there's the best thing, the best thing that Jeff said to me a couple weeks ago. One thing I've learned from you, 'cause I was, I was penny pinching on this issue a couple of weeks ago. He goes you know don't, don't. Speaker will raise whatever money we need. It doesn't really matter, he'll do it. He's already had the conversation. |
| (UI) | |

11

Session TIER3-8485

Clark:          There was--

Gray:           The problem with Rex is.

Clark:          You know, you know what's important about, about when you live in a world, when you live in a world of all of us with pretty big egos, pretty big, some of us are really old, who are getting older, some of you are really young.

UC Brian:       Who are you talking about?

Edwards:        You didn't look at me when you said that. You looked at Brain when you said that.

(Laughter)

Clark:          I know you're a little bit in between. (UI)

UC Vinny:       (Laughter)

Clark:          The most important thing in life is to, when you guys, when you have a campaign, everybody gets in the room and they bitch and they make the presentation and you have these discussions. And when you leave that room, you do your job and nobody says I told you so. Okay, but what's also expected is that you guys your age is that you have this thing of reckless abandonment and that he did, he learned in football and he learned in sports is that you sacrifice your body for the purpose of the team. As we all get older…

UC Vinny:       Leave it on the field.

Clark:          …as we all get older, people get…

Householder:    Arthritis.

Clark:          …laid.

(Laughter)

UC Vinny:       Leave it on the field.

Clark:          And they have the pain and so they right where, where.

UC Brian:       Excuse me, excuse me.

(UI)

UC Brian:       Two for two. I am starting to keep score.

(Laughter)

12

Session TIER3-8485

Clark:          What really becomes important is that as you're going through this is that, 'cause a lot of us have gotten haven't, haven't been used to working for somebody who is way up here and, and, uh, demands. His demands, his expectations are twenty-four hours a day, seven days a week period, period, uh, with no exception. Whether it's by texting, by phone, you all learn that. It's the guys that want to be, Rex came from somewhere, Neil Clark came from somewhere, uh, Jeff came from somewhere, uh, Curt Steiner came from somewhere, all these guys who are accounted came from somewhere that sat next to a kid who gave them the opportunity to produce. And all that's expected, when you come up the food chain, is to produce. And as you're leaving the food chain, you're still a producer and there can be no excuses. Because in the end nobody wants to, thinking about Ryan Smith, Ryan Smith's gone.

Edwards:        (OV) That's, that's President Smith to you.

(Laughter)

Householder:    Not yet, not yet. He hasn't taken the damn job yet.

Clark:          He hasn't taken it yet?

Householder:    Shit, I don't (UI).

Clark:          (OV) He's still negotiating?

Edwards:        He's negotiating a package. He's trying to negotiate his pay.

Householder:    (UI) I'm about ready to take it away.

(Laughter) (UI)

Clark:          (UI) Oh my God, (IA) what a fucking dick.

Householder:    It's over, pull the plug.

Gray:           You ought to just, uh--

Householder:    Look he's going to finish out his career in the House.

Clark:          If I were, if I were your age, I'd be doing the exact same game you're doing. I would work twenty-four hours a day, seven days a week. I would do whatever's necessary, I might come up with the best creative ways to be a winner.

Gray:           Alright.

Clark:          And but also make sure that when you're, when it's time to criticize, you make sure you have all the room you need to make sure you fight with them and say you know it's like I said to Curt the other day. When I'm on the phone with Curt, I go, Curt, this not, is this spot not correct? Yes. Is, am, am I doing something wrong here? And he goes well my, my,

13

my, my friends really don't like it. I'm going, cunt. I said, I know Curt this is what (UI).

Householder:     You're not in the business (UI).

(Laughter)

Clark:          (UI) When you're supposed to be doing this shit. And he said bitching and moaning about, but yet when he worked for Tom VanMeter, he would have fucking sliced your balls off. You know filleted them and fed them to you.

Edwards:        So it's just 'cause he's getting older.

Clark:          Because he wants the security of making sure you always have money coming in. And that's not how you survive.

Edwards:        You don't play it safe, you keep doing and you keep doing what…

Clark:          (OV) It's, it's Jane Cochran (PH).

Edwards:        …got you there.

Clark:          Name the people. And, and so here's Carlo. Carlo and Curt are talking to each other every day and their playing with each other's butts.

Edwards:        Carlo?

Clark:          Carlo LoParo.

Edwards:        (UI)

Householder:     (OV) Carlo caught the fever.

Clark:          (UI)

Householder:     (OV) He caught the fever.

Clark:          He caught the fever, right. And so now it's all of a sudden touchy-feely shit. I was on the phone with him outside and he goes well he, he, I already told the press. And I said, I told you not to talk to the press. Why they don't and he says, he said something wasn't true and he goes well you didn't share it with me and I said there was a reason I didn't share it with you. You couldn't have knowledge about this. 'Cause he wanted to bring Curt on the phone. I said Curt can't be on the phone. He's don't, don't put him on the phone. And it's like, it's going over their heads going. No compete clauses, contracts all this other kind of shit. You can't, Curt can't be on the phone. And Carlo called, I need his counsel and I go (IA).

Householder:     (UI)

14

Session TIER3-8485

| | |
|---|---|
| Edwards: | I can tell. |
| Clark: | Get some balls. |
| Householder: | He used to be a miserable son of a bitch. |
| Edwards: | He's finally having fun. |
| Householder: | That's why I brought him back. |
| UC Vinny: | (Laughter) |
| Edwards: | Glad you brought him back? |

(Laughter) (UI)

| | |
|---|---|
| Clark: | Oh yeah, oh yeah. |
| Householder: | (UI) |
| Clark: | (OV) I tell him every day. |
| Householder: | (UI) |
| Clark: | I tell him every day, thank you, thank you for letting me be involved. I told him a few months ago, I said, you know, I'm just so happy that you apologized. But I don't understand is the softness of the, uh, the gray hairs are so soft. They're so used to taking care of the Randy Ludlows and all these other guys who are just the, the printed media is going away, it doesn't count today. They said social (UI)… |
| Edwards: | (OV) It means so little. |
| Clark: | …it means so little. You want to play up to these motherfuckers? They're worthless. |
| Householder: | They're on their last breath. |
| Clark: | Right and you want to, and you want to. |
| Edwards: | He was talking about you, you got some gray hairs, gray hairs. |
| Householder: | Oh, I love them, I guarantee you. |
| Clark: | (UI) is too soggy. |
| Householder: | Grab an ankle out of the grave, buddy. |
| Clark: | (UI) Look, this direct mail piece I wanted to do. It was so fucking cold blooded. |

Session TIER3-8485

(Laughter)

Clark:          He's laughing.

Gray:           (UI) It was so fucked up.

(Laughter)

Clark:          Jeff designed it. It was so cold blooded. Jeff designed it.

Gray:           Didn't Carlo say he would quit if you ran it?

Clark:          Oh yeah, oh yeah, he was going to quit over it.

(UI)

Householder:    I didn't think it was bad.

(Laughter)

Householder:    I didn't.

Edwards:        It's like the movie, just like the online ad of the guy running down in Texas.

Householder:    (OV) Isn't that what I said? Isn't that what I said?

Edwards:        It's like that movie, The Campaign (UI).

Householder:    (UI)

UC Vinny:       I like that.

Clark:          Same thing for the direct mail piece.

UC Vinny:       I like it.

Clark:          So, so Carlo, Carlo, Carlo, Carlo.

Edwards:        (UI, OV)

Clark:          I think I do (UI) so Carlo, so Carlo calls.

Unknown:        I've seen your guy's picture.

Clark:          (OV) Pictures, pictures…

Edwards:        (OV, UI) could it be uh, Siderewicz?

16

Gray:            Not Siderewicz, Shane (PH).

Householder:     The head honcho out there.

Gray:            Oh?

Edwards:         Siderewicz?

Gray:            (OV) This is the, the guy.

Householder:     No.

Clark:           Of the hundred and fifty.

Gray:            (OV) Vistra, isn't it? Vistra.

Householder:     The guy from Texas.

Clark:           Of the hundred fifty people that they had hired, I figured from the Form Fifteen. Fifteen of them have criminal arrests. They are defined by law as criminals. They are, you know the, the, the charges that were brought against them are robbery, um, uh, domestic abuse.

Edwards:         Of the how many?

Clark:           Hundred and fifty people.

Edwards:         They have fifteen?

Clark:           Fifteen people that--

Edwards:         How do you know, how'd you get this information?

Householder:     Well because they have to sign up, um.

Edwards:         Oh, they do?

Clark:           (UI, OV) Because I'm spending.

Householder:     And when they sign up, run a criminal background check.

Clark:           We run a background check. Today, we have a guy that has a warrant out for his arrest.

Gray:            And he's at your door.

Clark:           And he's at your door. So Jeff drafts this…

Householder:     (UI, OV)

17

Session TIER3-8485

Clark:          …Jeff, Jeff of course designs a piece going, they're coming to your house, criminals (UI).

(Laughter)

UC Vinny:       Ding dong.

Clark:          Don't answer the door.

Edwards:        They will fucking kill you, don't (UI).

Clark:          Don't. Decline to sign. Don't answer the door. Okay.

UC Vinny:       (OV) That's cute.

Clark:          So then I try to explain to Curt and, and, uh, uh, Carlo last week. They said, what are you guys doing? I said we're, we're going to do a piece. What is it?

(Laughter)

Clark:          It's really rough. How many?

Householder:    How many was it?

Clark:          …how many, how many households? How many households?

Householder:    (OV) I, I don't understand.

Clark:          Four point nine million. Million, four point nine and, and Carlo goes…

Householder:    It wasn't that tough.

Clark:          …what is it, what is it say. And I said, we just informed them that the people that are working for them are criminals. Coming to your house. Don't answer the door. Carlo goes--

Householder:    With mugshots.

(Laughter)

Clark:          Oh yeah, with mugshots. (UI)

Householder:    (UI) a little bit. We couldn't find that many white mugshots.

Clark:          There's, there's one white woman, one Hispanic, two Blacks. Okay that's--

Edwards:        Should have had Chinese in there.

Householder:    (UI)

18

Session TIER3-8485

Clark:          He, he says to me, he goes, uh, which was kind of funny he goes, uh, he goes, uh, we can't, um, I can't, I can't, I could, Neil I've supported everything you guys want to do, and I, I, I can't put my name on this and I said, uh...

Householder:    I didn't ask you to.

Clark:          ...I said, uh, you saying that you don't want to do this piece? He goes I, and Curt starts talking. I have to get off the phone guys 'cause now I have to go tell the boss that you, that you don't want to do it. That's, I got to go tell the boss you don't want to do it. So I get on the phone, we have a conference call, we look at it. Jesus Christ. So we go back today with a softer piece and Carlo approves the softer piece. So Jeff calls me and I said, good, can you take me to the bathroom and hold my dick too. Jeff, wittier than shit, goes, I don't think he'll approve of that. (Laughter) So.

Householder:    You, you can't let your spokesperson dictate--

Clark:          I, this is it. This is, when I was outside with them...

Householder:    (OV) Can't do it. Can't do it.

Clark:          ...outside with them right now, he's going you guys can't do this to me man, and I go here, here, here.

Householder:    (OV) Trump wouldn't allow that, you can't do that.

Clark:          I told you why I made the (UI).

Householder:    Unless you want to squat to piss the rest of your life.

(Unknown):      Correct.

Edwards:        That's right.

Clark:          I said, I said if you don't listen to me, if you don't listen to the words I'm saying to you right now. 'Cause he wanted to get Curt on the phone. I said, Curt can't get on the phone. Can't. Why not? I said think about what I'm saying to you. Curt can't get on the phone. Jeff can't be on the phone. I can be on the phone because I don't work for Generation Now. Can't be on the phone. Still doesn't get it and I go, here they're never getting on the phone and I made this decision and you need to tell the press. And he goes, well, I already called the press. And I said, did I not I text you an hour ago not to talk to the press until you talk to me? He said, well how, well how do I retract what I'm doing with the press. And I'm going goddamn it you fucking pussy, you fucking Sicilian pussy and there's no Sicilians that are pussies except him. A true pussy.

Edwards:        Uh, Carlo?

Clark:          Yeah.

Session TIER3-8485

| | |
|---|---|
| Edwards: | He's Sicilian? |
| Householder: | He used to work for Blackwell. |
| Clark: | Yeah. |
| Edwards: | Oh. |
| Clark: | Geeze and Blackwell would've fucking skinned your face off. |
| Householder: | He was the one that Curt went to and convinced him to attack me. |
| Edwards: | Hmm. Curt? |
| Householder: | Curt Steiner, he used him to attack me. |
| Edwards: | Well, times have changed. But now he's being soft. |
| Clark: | He's, he's, he's just too (UI). |
| Householder: | (OV) Somebody wrote a check. |
| Edwards: | We're talking about Joe Pesci a little bit ago and all the characters he plays. |
| Clark: | What I'm surprised at, what I'm surprised at, and for both of them is that, okay, so even, so what they expect here is that they both either expect that Jon Husted is going to be the Governor? |
| Edwards: | So they are worried about pissing him off? |
| (UI) | |
| Householder: | It's not going to piss him off, because what the hell does he care? He wants HB6 to pass. |
| Edwards: | Yeah, but he's worried about, I don't think he likes anything that you're for. I don't think he, I think Jon Husted is so (UI, OV). |
| Clark: | (OV) My point to you, my point to you and I, those guys, yeah they don't want to tarnish their names 'cause that, they will never have… |
| Edwards: | (OV) An opportunity to work for him. |
| Clark: | …less, less, less ability, right, to meet with the press to get the message across for him. I think it's pretty simple, I think, here unless you, unless something else has happened in the last few days, it's pretty clear Mike DeWine has checked out. |
| Edwards: | I'd say Husted's running the show. |

20

Householder:   He's been Governor a hundred eighty days and checked out?

Edwards:   He's been checked out.

Householder:   (OV) How's he been checked out?

Clark:   (UI, OV)

Edwards:   He's been checked out. Well, you saw in the budget where how many times he flip-flopped, it's because Husted (UI).

Clark:   Let's see what, let's see what, let's see what happens in the capital bill. I bet you they'll be too expensive. It will be bigger than what they thought it would be. And who negotiates it. Every time McCarthy's in a room (UI).

Householder:   Oh no, I don't--

Clark:   I don't want to fucking hear it.

UC Vinny:   (OV) Thank you very much, (UI) unbelievable.

Edwards:   I've got Dan McCarthy blocked. He can't text my phone.

UC Vinny:   (OV) Potatoes are unbelievable.

Bartender:   The chef's mother's potato gratin recipe.

UC Vinny:   Tell him thank you to his mother.

Bartender:   I will.

Clark:   I'm not here to tell you what to do. I don't, I don't like him. I never liked Mike Dawson. I never liked (UI). Curt and I used to be best friends. Thirty, forty years ago.

**1:59:56 [End of transcript]**

**2:16:52 [Start of transcript]**

Clark:   But that's why I took the position when Jeff did that direct mail piece. When he take that direct mail piece that I (UI) nobody actually for the people that are going to, might see it. People in the rural areas are going to love it, people in the suburban counties are going to tolerate it, people in the urban areas are going to hate it. So it's--

Edwards:   Have you heard of the other side sending any signature people out (UI)?

Householder:   All their money is got to be…

Cark:   (UI, OV) It's, it's, they're.

Session TIER3-8485

Householder:    (OV) …well they got to get in Canton.

Edwards:    They got to get to forty-four counties, right?

Clark:    They got to get forty, they have, they do, they have been working some of the minor counties, um--

Edwards:    They're not down my way.

Clark:    They're not, they're a lot in Toledo, Wood County area. Toledo, Wood County area.

Edwards:    See, I thought they did Athens.

Clark:    We did, we did, uh…

Edwards:    Which side of Athens?

Clark:    …every day, every day we sent out a crew of two hundred and thirty-five people and we survey about two thousand six hundred sites. Every library, this that and the other. And we'd stay there to see if they have people there or they don't. So then we do a report everyday estimating how many signatures they've done, this that and the other. And--

Edwards:    How many counties have you guys spotted them in?

Householder:    Not very many.

Clark:    Mm-hmm. I think we, the daily reports…

Householder:    Franklin.

Clark:    …the daily reports, the daily reports would lead you to believe the most we can count on a given day, fifteen crews, fifteen crews. Now what I'm about, they have a hundred and fifty people out every day. And no, they have a hundred and fifty people signed up on Form Fifteens that say they want to collect, but that was from day one. Most of the people that went out for two days already quit. So that hundred and fifty is probably a hundred and twenty. Forty of those people are supervisors, so then when you start doing eighty people left, how many signatures do you think you can collect in an hour? How many can you collect in a shift? They were working in the first few weeks ten-hour shifts. Most people just work you six. So in all the math that was done, they weren't, they weren't getting where they were, so we kept saying it wasn't right. That, until last week they started advertising they needed more people. And they went to some of our subs, they couldn't get any of the A class subs, so then they picked up the B class subs, and we started hiring the B class subs and, um. The thing that's (UI) in the equation is that after the 21st they get, after they get counted, like will take about seven to ten days, they get another ten-day cure period.

Edwards:    Which makes no sense. You were telling me that the other day. I don't, I don't get that.

22

Session TIER3-8485

Clark:          It's, it's, it's in the Constitution.

Bartender:      (UI) sir.

UC Vinny:       Thank you.

(IA, OV)

Clark:          So they get a ten-day cure period. From the ten-day cure period, if they keep these people on payroll that they're building up to now, they'll get their signatures. So we have to go out on the corners and buy out their people every day. And I started doing that today, and everybody's having a fucking shit fit. Oh, it's a phony petition, it's this that and the other.

Edwards:        So your spotters are out in the field? Two hundred and some spotters?

Clark:          Two thirty-five.

Edwards:        They're going up to these people and approaching them?

Clark:          No, they can't. They have a conflict. They can't, they can't do it. 'Cause of uh, uh--

Edwards:        So they call and tell you these people are here, you send other people down to try and buy them out or how does it work?

Clark:          Okay. Okay. Okay.

Edwards:        (Laughter) Okay.

Clark:          No okay, no, oh, okay.

Edwards:        Uh-huh.

Clark:          Correct. Okay, they're not on that. They're, so they go out and they go do it and say here we're circulating this petition 'cause we're going to introduce a bill that to, to go say you can't have foreign ownership. We're going to go do that now and we need you to support that. So it's got nothing to do with this thing. The press is already bitching about it. But if we don't, if we knock off twenty-five names, we knock off twenty-five people collecting signatures, it virtually wipes them out in the next twenty days. 'Cause as they're adding, if I can knock off twenty-five a week, it, it ends the whole fucking thing. Ends it. That's how hard it, so in addition to the TV, the direct mail, and everything else. The hardest part is the, uh, the--

Householder:    It is so important. It is so important that they're not successful. Because when the legislature votes on something, it needs to stay law.

Edwards:        Yeah, well, and it's beginning of your Speakership. It sets a bad precedent for the next six years and stuff. We need to make them realize you can't be fucked with.

23

Session TIER3-8485

| | |
|---|---|
| Householder: | That's it. |
| Clark: | That's why you introduce bills. You introduce a bill and you make everybody-- My theory is that you introduce a bill, it'll bring them to their knees and they'll all understand that it's (UI). 'Cause I want to come in and say how can we, how can we end this? |
| Edwards: | He doesn't just want to wait two thousand years to start fucking with his enemies. He wants to do it right away. |
| (Laughter) | |
| Clark: | No, I, I trust me I, I want I, I actually would like to do this sooner than later 'cause I, I think what it sends the message to everybody else is that whether it's an issue or the members, you attack the caucus, you attack a member, we're going to fucking rip your dick off. And that's why it's so important when, I mean virtually everything I've done in the last month has been just this. |
| Edwards: | Has it? |
| Clark: | So. |
| Edwards: | It's very important for the future, for the next five and a half years. |
| Gray: | (IA) just like we did last time, it sends the message where is it coming from, and why are we doing it. |
| Edwards: | How would the, how, how would the Dems fight that bill? |
| Gray: | I think Casey Weinstein (UI). |
| Edwards: | Foreign ownership? |
| Clark: | They wouldn't fight it. |
| Edwards: | I don't know how they would even fight that. |
| Clark: | David would prefer that we are all a lot dumber than what he thinks we are. He actually thinks that we're, that we, that he is such a good bullshitter that we actually look at him as a friend. |
| Householder: | I let him hold the Bible. So I could keep a fucking eye on him. |
| Clark: | Right. That's what (UI). |
| Edwards: | He doesn't realize (UI). |
| Clark: | (UI, OV) But that's what he, that's what he thinks, that's what he thinks. He thinks that |

24

Session TIER3-8485

we're just too fucking stupid. Um, he's doing what, what he has to do for his law firm and his own reputation. He doesn't give a fuck about the issue. He cares about, whatever, poor David. He's, he's posting. He, he did an Op Ed piece in the Dispatch about this. I mean, I mean really, get over it. David wants to do what? Promote the firm, promote the issues that he wants to do. He doesn't want to be-- Remember he used to be party chairman. How good, how, how good of a job he's doing that. These, these are not your friends. These are all your enemies and what you want to do with your enemies and where you want to place your enemies. My job is to do nothing but make sure that when we have the opportunity we beat them, and we beat them soundly. Catch them in a public area, hey, love you, you're really nice, and then in a private environment, we kill them.

Householder:     Just like Luca Brasi. (Laughter)

Clark:           That's it, you know? Just, I don't need this shit. You go.

Edwards:         (UI, OV) we were talking about Italian Joe Pesci earlier. I got a scene in my mind of (IA).

Householder:     (UI)

Edwards:         The, the casino, the casino movie where he meets a banker and he says, what you don't understand about me is, you know I'm, I'm dumb, I'm stupid. I will hit, I will beat your head over a baseball bat by the time I'm serving ten, get out of jail. I'll come back and hit your head again with a baseball bat. I'm dumber than shit. I will beat the fuck out of you.

**2:25:03 [End of transcript]**

**3:04:48 [Start of transcript]**

UC Brian:        Is this going to be your last gig?

Householder:     I don't know.

Edwards:         You what?

(UI, OV)

Householder:     Depends on how I feel. Whenever I get tired or I get pissed off, I'll just go home.

Edwards:         (OV) What the hell is this coach's name?

Clark:           You're not going, he's not fucking going home. He's not going.

UC Vinny:        (Laughter)

Clark:           Don't listen to him. He's not going, he already has a number of businesses. Jesus Christ, you'd think those t-shirts just came from…

(UI)

25

Session TIER3-8485

| | |
|---|---|
| Edwards: | Yeah. |
| Clark: | ...Goodwill? |
| Gray: | No, they got your name, what's his name, on them. |
| UC Vinny: | (Laughter) |
| Edwards: | Samuel Stoops. |
| Clark: | He's not going home. He's going to keep running until-- |
| Householder: | They throw my ass out. |
| Clark: | Right. |
| UC Brian: | Think so? |
| Clark: | He's not, he's-- |
| Householder: | They haven't thrown my ass out yet. (OV) They've tried. (Laughter) |
| Clark: | (OV) They're not, we're not, we're not letting, we're not letting him go anywhere. |
| Householder: | (Laughter) |
| Clark: | There ain't no fucking way. |
| Edwards: | How many years you think? |
| Clark: | Well... |
| Edwards: | Fifteen, sixteen? |
| Clark: | ...we've got to make sure, we've got to make sure we change the law. Then we got to get your ass over in the Senate so-- |
| Edwards: | So how do you change the law? |
| Clark: | You pass an amendment. Do a joint resolution, put it on the ballot, and we'll get it passed after we take care of-- |
| Edwards: | But when's the right time to do that? |
| Clark: | Soon. |

*(At 3:05:45, UC Brian and Householder enter a separate conversation, it is separately transcribed based*

26

Session TIER3-8485

*upon audio from the recording device of UC Brian.)*

Clark:       We just want four more years. Twelve. Twelve.

Edwards:     You just change it from eight to twelve?

Clark:       Yes. Right over there. (IA) Yeah, but you know, you want to have it like this.

Edwards:     Not in this world. You get a paid (UI).

Clark:       It's not about the pay, dickhead. Jesus Christ.

Edwards:     Why in the hell do you not run for office then?

Clark:       'Cause I'm the son of a fucking convicted felon Mafia guy. (Laughter) I've been married three times. What are you, out of your mind?

Edwards:     I'm trying to make my son the same.

Clark:       (Laughter)

Gray:        (UI, OV)

Clark:       (UI, OV)

Gray:        (UI, OV) my sword (UI).

Edwards:     I want my son to be the next Neil Clark.

Clark:       Because right. My son (Laughter) no, my father's, no, it's, it's--

Gray:        I could see the attack ads.

Clark:       The attack ads would be just (Laughter) just write themselves. Just, Jesus Christ. There was.

Gray:        (UI)

Clark:       Damn. Oh my God. You, autistic moron could write it.

Edwards:     (UI) like you.

Clark:       That's why, see that's why I, I, I from day one I took the role of being the backroom guy. I've never, ever wanted to run for office 'cause I knew the reality of my family's past. And it would never have made any sense so then I…

Edwards:     (UI, OV) money (UI).

27

Session TIER3-8485

| | |
|---|---|
| Clark: | …once I, once I joined. It's not about the money! There's three types of power: personality power, money power, position power. When you put all three together, you truly are a powerful person. People that are in a position of power don't mean dick. Personality powers, the guys, the guys, you've seen a lot of these, what I just said to you. Even less. And sometimes, in the best part of this life, you never have an opportunity to get all three working together. |
| UC Vinny: | (Laughter) |
| Clark: | Get a person that's working all three together, and you got (IA). |
| UC Vinny: | You're just mad you're getting old. |
| Clark: | And that's what I always wanted to be part of. |
| UC Vinny: | (OV) You're just getting mad you're old. |
| Clark: | That one guy who had it all, who used it all. |
| UC Vinny: | (OV) That's right. |
| Edwards: | Mm-hmm. |
| Clark: | And when they do? |
| Edwards: | You can't fuck with them. |
| Clark: | Oh (UI). 'Cause it's, for those of us that are. |
| UC Vinny: | (OV) I bet they were born in the nineties, right? |
| Clark: | I'd rather be, I'd rather be a kingmaker. |
| UC Vinny: | (OV) I guarantee they were born in the nineties, right? |
| Clark: | And be next to a king and to give my personal opinion, knowing when they make a decision, you back off. |
| UC Vinny: | Right. |
| Clark: | That's good. |
| UC Vinny: | Still dress it. |
| Clark: | (UI) Look at the all the guys in this Congress or maybe the Governor (UI). |
| UC Vinny: | That's right. |

28

Session TIER3-8485

| | |
|---|---|
| Clark: | How many people knew I was in the room? |
| UC Vinny: | That's right. |
| UC Brian: | (UI) |
| Clark: | So I'd rather be there. |

**3:08:35 [End of transcript]**

**3:13:55 [Start of transcript]**

| | |
|---|---|
| Clark: | Okay, so what I'm going to have you do, is, um, I thought about it there. I think it's better for you to pick up the phone, call him on his cell phone. Say, I really liked meeting you, you know, tell me about this Generation Now. What's this, can I help you through Generation Now? |
| UC Brian: | When do we do that? |
| Clark: | Tomorrow. Next day. |
| UC Brian: | You don't feel comfortable doing it now? |
| Clark: | You never, you never ask for. Um, Jeff was supposed to come here from Generation Now. |
| UC Brian: | He was supposed to be here? |
| Clark: | Yeah, he was supposed. I told him to come out here. He, that's why I was outside before and I said, I invited you here 'cause I wanted you to, you know, give a check. You never give a politician, I mean, when you're talking about an issue, a check. Okay? You are supposed to do it before (UI). You see what I'm saying to you? In this world here, you don't give a check when you're talking about an issue here. |
| UC Brian: | Okay. |
| Clark: | Jeff was supposed to be here before we started and talk about Generation Now before we start. What I'm thinking is that you know, you can pick up the phone. Give you a call, give you a supplement, then you go, I really like meeting with you, what's, what's a, what's this shit you and Neil are working on? What's this stuff you're doing? He says, it's Generation Now. Can I be of help? That's all you have to say. If he says, no, you don't need to be of any help. But you know you where you stand. |
| UC Vinny: | (OV) Whatever you say. Whatever you say, it's up to you. |
| Clark: | It's, it's I-- |
| UC Vinny: | Whatever you say. |

29

Session TIER3-8485

| | |
|---|---|
| Clark: | He stayed a lot longer than I thought. |
| UC Brian: | Well, that's what I was confused about. Do you think he was waiting for us to say, what can we fucking do for you? But I didn't want to do that, 'cause I didn't know if it was-- |
| Clark: | (OV) No, you did, no you, here's what. I had to write it, I had to write a two paragraph thing anyway today before I got here. |
| UC Brian: | To who? |
| Clark: | To him. |
| UC Brian: | About this? |
| Clark: | Yeah, he knows what he's here for. |
| UC Brian: | Okay, so do you think he was expecting a pay? |
| Clark: | Well no, no, I never told him he was getting a check. |
| UC Vinny: | Okay. |
| Clark: | Oh no, no he would have killed me if I was. Oh no, no, no, no. |
| UC Vinny: | (OV) Well the reason I asked you that is 'cause you told me to bring a fucking check. |
| Clark: | I know, because I wanted you to meet with Jeff before you came into the dinner. And Jeff and I got tied up in something else and that's when I went outside and said, you know can you swing by? And he said I, I forgot all about it. So, there was no way in hell that we're going to give a check. |
| UC Vinny: | Yeah, I wouldn't want to give a check to fucking Jeff. |
| Clark: | No, you have to give a check. You can't give a check to the Speaker. The Speaker can ask you for money. But I, that's why I'm asking when I think about Vinny calling him and saying, hey do, you guys were talking about this FES issue and this stuff. Now, how can I be of help? |
| UC Brian: | That's fine. |
| Clark: | He'll say, yeah, talk to Neil about writing a check or something like that. And if he says that... |
| UC Brian: | Yeah. |
| Clark: | ...then we do. If he says no, then we know that, uh, he's not, but you heard what you, heard what Jay said in the end. And see, Jay was the guy that I offered to you that would go on the boat in lieu of the Speaker. |

30

| | |
|---|---|
| UC Brian: | Right. |
| Clark: | That's his, that's his number one guy. Jeff is his campaign guy, he's his number one political guy. And what was it he said in the end? |
| UC Vinny: | That's the guy on the right? |
| Clark: | Yeah, that's the guy that said, and what did he say? The Speaker's for the lottery and the Speaker went and said, I'm for the lottery. |
| UC Vinny: | Yeah. |
| Clark: | It's what the Speaker had to do. |
| UC Vinny: | Hmm. |
| UC Brian: | Alright, so you give him the cellphone tomorrow? |
| Clark: | Look, I'll give it to you, you give it to him, and then-- |
| UC Vinny: | I think you should call him. |
| Clark: | That's good, you can call too. |
| UC Vinny: | (OV) 'Cause you speak his language. |
| Clark: | 'Cause, yeah, he can say, you know we were laughing after, we had a great dinner, thank you very much for spending your time. Um, Neil talked about, I heard you and Neil going back and forth on this issue. I'm not sure what this issue is, but Neil's talked about it a lot. Can we be of help? |
| UC Brian: | Okay. |
| Clark: | You know, can you connect us with somebody that we can help. And then if Jeff calls, then we know that they're good. |
| UC Brian: | Okay. |
| UC Vinny: | 'Cause this would be huge. I mean, if we could get this done. I mean that hotel's… |
| UC Brian: | Yeah. |
| UC Vinny: | …going to be a fucking cow. |
| UC Brian: | Yeah. |
| UC Vinny: | It's going to be a fucking cow. |

31

Session TIER3-8485

Clark:          Oh, it's going to get done here when the pres (PH), here is your only problem. There is only one fundamental problem so. Is that this, the Senate President is a cocksucker (UI).

**3:18:08 [End of transcript]**

**3:26:33 [Start of transcript]**

Clark:          I'm his...

UC Brian:       You think we're good?

Clark:          ...I'm actually.

UC Vinny:       We've got to talk about tomorrow.

Clark:          (OV) I'm actually, I'm actually his--

UC Brian:       Yeah.

Clark:          Actually his--

UC Vinny:       We just got to talk about tomorrow and how to do this correctly. So that we leave here, I leave here with a good feeling.

UC Brian:       Well, you need to leave here--

UC Vinny:       I want a good feeling.

UC Brian:       Well.

UC Vinny:       You know what I mean? I want to leave here with a good feeling.

UC Brian:       (OV) Yeah, and I need to leave here with a script.

Clark:          Before you make the call, you're going to call me and I'm, you're going to write it down.

UC Brian:       (OV) I agree, I'm, I'm serious.

Clark:          What you're going to say is, you're going to say, hey, it's Brian, we had dinner last night.

UC Vinny:       It's Brian.

UC Brian:       Let me ask you this...

UC Vinny:       It's Brian.

UC Brian:       ...are you going to tee some of this up? Like will he expect my call? And he's not going to

32

Session TIER3-8485

answer some random fucking 615 number.

Clark:    I know but he'll, he'll listen to the voicemail. Shit, Neil and I were laughing, we were talking about it and we were laughing. But he's talking about this Generation Now and hey, is there anything I can do to help you with Generation Now? We want to help. What can we do?

UC Brian:    And leave that on the voicemail?

Clark:    No. Call me. I want to talk about Generation Now. I want to thank you about dinner last night. And then when he calls you, and he may not call you tomorrow but (UI).

UC Vinny:    (OV) Well you talk to him in the morning? Don't you say that you told me you do?

Clark:    7:00, 7:30 every morning.

UC Vinny:    Can you, can you tee that up for him in the morning?

Clark:    Yeah, oh, absolutely.

UC Brian:    That's what I meant.

UC Vinny:    The area code.

Clark:    So when he, when he, but he, as he gets through a day, he gets busy. So you can't ever, you don't discuss on the phone, um, a number. What you say is, we want to help. He'll say talk, that's great, talk to Jeff. Jeff Longstreth.

UC Vinny:    Okay.

Clark:    Then Jeff Longstreth will, will call. I've already set it up with Jeff what I thought the number would be.

UC Brian:    Okay.

Clark:    But then, then--

UC Brian:    So it's a fucking shell game, okay that's fine, I don't mind.

Clark:    It's not a shell game, it's about, it's about protecting…

UC Vinny:    How to do it right.

Clark:    …it's about protecting the people that are your bosses.

UC Brian:    Okay.

UC Vinny:    It's how to do it right.

33

Session TIER3-8485

| | |
|---|---|
| Clark: | If nobody ever gets, listen I was out on the phone out there about this guy, what I was trying to explain is when I was talking in those codes about, I told people this and I told people that… |
| UC Brian: | Yeah. |
| Clark: | …and I said you can't be on the phone with ten others. These are actual people who can't be on the phone because it would be a conspiracy. (Laughter) |
| UC Brian: | Right, yeah I did hear you say this. |
| Clark: | (OV) And I was telling these guys. We discussed this three weeks ago and we said, as I'm going through this whole problem solving at some point you guys can't be on the phone, this, that, and the other. And what do you think they all do today when they panic? |
| UC Brian: | (OV) Get on the fucking phone. |
| UC Vinny: | (OV) They all get on the phone. |
| Clark: | Oh, they want to get on the phone. I said, he can't get on the fucking phone. (UI) |
| UC Vinny: | That's the younger generation. |
| Clark: | He can't, he can't get on the motherfucking phone. And now they text. |
| UC Vinny: | (OV) That's the younger generation. |
| Clark: | Now they text, they're all proud that they're kicking the press' ass and they're going, oh look at what we did. |
| UC Vinny: | Now does he know the number? This guy, does this guy know the number? |
| Clark: | He doesn't know the number. Jeff knows the number. Okay. |
| UC Vinny: | 'Cause we're ready to do that. |
| Clark: | I know. And I told you I didn't want you to give any number until you felt a comfort. |
| UC Vinny: | Right. That's why… |
| Clark: | I told you that every time. |
| UC Vinny: | …that's why it's important. |
| Clark: | And you keep, you keep testing me every time Vinny. |
| UC Vinny: | No I'm not testing you, I'm just-- |

34

Session TIER3-8485

Clark:          (UI, OV) I'm not one of your goddamn loyal--

UC Vinny:       I'm not testing you, I'm trying to figure out where we are here.

Clark:          I know where you can figure out where you are. He's testing me.

UC Brian:       He's fucking with you.

Clark:          I told you I didn't want to take your money until I knew they wanted to.

UC Brian:       How long have you known Vinny?

Clark:          Oh, twenty years. (Laughter)

UC Brian:       Ten minutes, see I've known him for ten fucking years.

UC Vinny:       Yeah. (Laughter)

Clark:          (OV) I um, I.

UC Brian:       He's fucking testing you.

Clark:          Here, here I was with him in Nashville. I know exactly how he talks, walks, thinks.

UC Brian:       You met him at, uh, Opening Day.

Clark:          Opening Day for, for a bit.

UC Brian:       Yeah.

Clark:          And he confronted me, and he actually wanted to play with me.

UC Brian:       He wanted to fight with you, but he set you straight on, on Rhode Island (UI).

UC Vinny:       (Laughter)

UC Vinny:       You're my guy, you're my kind of guy.

Clark:          Follows me the first fucking day.

UC Brian:       (OV) You are two are fucking two peas in a pod.

UC Vinny:       I don't like a bullshitter.

Clark:          Nah, I didn't bull, I haven't bullshitted you yet. When I, when, when you're bitching about--

UC Vinny:       I don't like a bullshitter and I like you.

35

Session TIER3-8485

Clark:        (UI) You know what's going to happen, it's not going to happen. I said, there are a lot of things that happened to him in the last two weeks and he calls me.

UC Brian:     I didn't tell you about all that.

Clark:        (IA, OV) any day.

UC Brian:     You don't need to know about it. It was some personal stuff. It's irrelevant.

Clark:        Son having a divorce, this, that, and the other (UI) attorney.

UC Vinny:     You are?

Clark:        No, no, but his son is.

UC Brian:     (OV) No. I didn't want (UI).

UC Vinny:     Oh this guy.

Clark:        And so he, and so he, I picked his attorney went to all that bullshit. And he, he's busy on this HB6 thing. His staff calls me and says he doesn't do dinners. And I said, I'm only asking for one dinner in my life. I need it to be this dinner. There's, the client won't believe any excuse, so I said I need a dinner. And he did and he came in and he enjoyed himself. He had a nice meal. He ate his meal. He enjoyed everything he had, he drank, and he doesn't…

UC Vinny:     (OV) The food was tremendous.

Clark:        …and he doesn't drink. He's not a drinker.

UC Brian:     What?

UC Vinny:     (OV) The food was tremendous.

UC Brian:     Oh, he drank right here with me.

UC Vinny:     The food was tremendous.

Clark:        He's not a drinker.

UC Brian:     He wanted me to sit up here with him.

Clark:        He's not a drinker for him to even take a drink in my physical presence was a comfort level for you guys, 'cause he would never drink another, in front of other people. He does not drink in front of other people. So.

UC Brian:     Good. Well, that's not a tribute to me and Vinny, it's a tribute to you.

36

Session TIER3-8485

| | |
|---|---|
| UC Vinny: | He trusts you. |
| Clark: | He saw this, so he saw the environment and you saw what he, he liked this, he was sitting back there with his arm back there (UI). |
| UC Vinny: | All by himself. |
| Clark: | …he can sit in the restaurant, put his arms back, and he's going you know… |
| UC Vinny: | All by himself. |
| Clark: | …I can go have this place, I can bring my whole fucking caucus here and I can, and not have the press. |
| UC Vinny: | Yeah, yeah. |
| Clark: | So it's expensive but what it is, it's really private. But in a big town, you don't get this kind of shit. |
| UC Vinny: | It's not expensive, this is what it is. This is what it is. That's why. |
| UC Brian: | This is not expensive. |
| UC Vinny: | No. |
| UC Brian: | Compared to what, no this is perfect. |
| UC Vinny: | No. If we go out, we go out in Manhattan. |
| Clark: | Well, no that's yeah. |
| UC Vinny: | You go out in Newport, you're fucking dumping it. |
| UC Brian: | Oh. |
| UC Vinny: | And you go to all these fucking choo-choos crawling all over you trying to go to the bathroom… |
| UC Brian: | (OV) All the time. |
| UC Vinny: | …and over here you got to watch what you say, you fucking, you can't be free. |
| Clark: | You got to sit in here and say whatever you want. |
| UC Vinny: | Over here you can say whatever you want to say and whenever you want to say it, you know what I mean, and everybody's calm and relaxed and everything. |

37

Session TIER3-8485

UC Brian:     That's right.

UC Vinny:     And what I like is that guy on the right knows what the fuck he's talking about.

UC Brian:     He does.

Clark:        Who Jay? If, if Jay if, if, if we don't get term limits, Jay will be the next Speaker.

UC Brian:     Okay.

Clark:        So.

UC Brian:     He's young, he's young.

Clark:        Yeah. Then he'll go to the Senate. I mean so…

UC Brian:     Yeah.

Clark:        …he has a future, he has a serious future.

UC Vinny:     What is he now?

Clark:        House member and he's in leadership, number three in leadership.

UC Vinny:     Oh, at that age?

Clark:        Yes.

UC Vinny:     Wow.

Clark:        He's a Polish O.U. football player. He's, he's from Appalachia…

UC Brian:     (OV) He's got a kid.

Clark:        …and his family owns a cable company and they're really wealthy.

UC Vinny:     Oh, so he's got time.

Clark:        He's got time.

UC Vinny:     He got time.

Clark:        He's got time, he's got talent, he's got the funding.

UC Vinny:     Fazool.

Clark:        He's got you know.

38

Session TIER3-8485

| | |
|---|---|
| UC Vinny: | Got the money. |
| Clark: | Right, he doesn't need it, he doesn't. When we were talking about all this stuff, he goes, well there's no money in this. And I go, what did I say, three kinds of power: money power, personality power, position power. If you put them all together, you're really a powerful person. |
| UC Brian: | Sure. |
| Clark: | If you get those all at once, you can control anything you want in life. |
| UC Vinny: | That's right. |
| Clark: | Even Les Wexner did, never had all three working at the same time. Never had all three working at the same time. |
| UC Vinny: | The Speaker seems to have a lot of it going on at the same time. |
| Clark: | He doesn't have, what he doesn't have in the minds of others is, is he has position power, he has money power. Doesn't have personality power yet. |
| UC Vinny: | Why? |
| Clark: | He's, he's a hard ass. |
| UC Vinny: | Seems like he's a good old boy though. |
| Clark: | He is a hard ass. When we, when we serve him, he lives, he lives in a world like you do and you have this high expectation of people that serve you. We all serve him, we work, keep this in mind, how old am I? |
| UC Vinny: | Sixty… |
| UC Brian: | Two. |
| Clark: | Six. |
| UC Vinny: | …five, I was. |
| Clark: | Sixty-six. |
| UC Vinny: | You must've had a birthday since I seen you last. |
| Clark: | I work, I work seven days a week from seven a.m. 'til he goes to bed. |
| UC Vinny: | Yeah. |
| Clark: | Period, every fucking day. |

39

UC Vinny:      And he don't expect you to work any harder than he does.

Clark:         See and what he expects is that.

UC Brian:      Alright I'm going try Wellers.

*(UC Brian and Bartender have a conversation in the background that has not been transcribed.)*

Clark:         If he's making, if he's making you money, if he's making you.

UC Vinny:      You better fucking be there.

Clark:         You better fucking be there. You better be paying attention. And why do you? You remember when the one person said. You picked up this conversation when I chastised the guy in a nice way about criticizing Rex. Remember he said, oh, you jumped on Rex's shit?

UC Vinny:      Yeah.

Clark:         Rex pisses me and Larry off. He was really mad at Rex, really mad. Rex is, Rex has made millions and millions of dollars. And I said, yeah 'cause all this shit and his creative skills have gotten really fucking weak, so the rest of us keep writing the spots and he keeps taking down his 15%. So you do like a $2,000,000 buy, he's making a lot of money.

UC Vinny:      Right.

Clark:         Okay, the rest of us don't ask for that. I ask for access and the ability, 'cause I can have clients that can bring in, but he gets, he gets those kind of checks. You know, 15% of two million, that's a lot every week…

UC Vinny:      (OV) Uh-huh. Mm-hmm.

Clark:         …for fifteen weeks. Think about that, that's a shitload…

UC Vinny:      Wow.

Clark:         …of money. And so the Speaker gets pissed off at him…

UC Vinny:      Wow.

Clark:         …'cause he won't take a risk, he's not doing shit, he goes all pussy. He rips the motherfucker's ass up.

UC Vinny:      Yeah not this. He's not in the trenches with you.

Clark:         And he's going, you know, fucking you know this, that, and the other. Rips his dick off. And so I go in and rehabilitate him, hey I'll be here for you. We've got to be on the phone with him every day, let's talk politics. Motherfucker has a stroke. Nobody in that, we've been

40

Session TIER3-8485

doing this issue, they don't know the media guy had a stroke.

UC Vinny:     Holy fuck.

Clark:        Didn't know, we're doing the media.

UC Vinny:     Now how come you're not a media guy, wouldn't you make better as a media guy? You seem like you have that grasp for that.

Clark:        I want to be a lobbyist and I wanted to be a lobbyist in Ohio. I wanted to raise my kids. So Newt Gingrich came to me years ago, came to my house with Bobby Ney. They sat in my house and they said, we would like you to be our media guy. And I said, I'm not leaving my house, not leaving Ohio. I got to be here. If I go do races in California, I'm going to be gone for five months, and I'm not leaving my kids.

UC Vinny:     Yeah, yeah.

Clark:        So I never did. I, so I did, I did media for people on the side, the opinions that I would give to Governors and other people, I never charged for it. And so when the Speaker, um, brought me in to take care of his shit, I became, when he's busy, I get complete say. When we're working on stuff, if he says I'm busy, everyone knows you know, Neil has the final say, not Jeff. Jeff is his implementer. When it comes to the opinion, Neil has, Neil has the Speaker's proxy. And I earned that proxy because I know how he thinks. I know what he wants. When that other kid was chastising Rex, you didn't see the Speaker, he'd just nod his head, this, that, and the other. He's uncomfortable with what was happening. He's sitting there a little pissed off about that. And what did I tell the guy? When you're in a room, you criticize people in the room.

UC Vinny:     Yeah.

Clark:        When you're outside the room, we all make the same decision.

UC Vinny:     That's right, that's exactly right. And you know what these kids don't realize? They look at you and they think that that access comes for free. When you're next to the guy, there's nowhere harder. That guy gets burned bad.

Clark:        Yeah, I know.

UC Vinny:     That guy gets burned bad.

Clark:        He, he, oh, trust me, trust me, Larry's--

UC Vinny:     That fire burns hot.

Clark:        If you make, you make, you make a motherfucking mistake, you make a mistake, you're out.

UC Vinny:     Yeah.

41

Session TIER3-8485

Clark:          Okay these, you make a mistake and you're stuck with it. What did I say about Machiavelli? You fuck up, you fuck up.

UC Vinny:       You're no longer in the room with the boss.

Clark:          And I don't care how many memos you write to the boss. You ain't writing anymore, 'cause you broke his fucking heart.

UC Vinny:       Mm-hmm.

Clark:          And when you break his fucking heart…

UC Vinny:       Mm-hmm.

Clark:          …I don't care how many. And that's, and see that's why the book defends, he's a piece of shit.

UC Vinny:       I think they don't know the story.

Clark:          (Laughter) That's it.

UC Vinny:       I think they're too young to know the story.

Clark:          It's, that's what the story is. That is the absolute truth…

UC Vinny:       They don't know the story.

Clark:          …of why, that he was banned. He's headshot.

UC Vinny:       That's right.

Clark:          And he came up with these, well shit, I can, I can write the next life and say, I wish I would have.

UC Vinny:       (OV) That's right. I should have.

Clark:          (Laughter) (UI)

UC Vinny:       I could have, I would have.

Clark:          I, you know, I would have done and put that into a book.

UC Vinny:       (Laughter) You know what I could have been?

Clark:          Yeah, do you know what I could have been?

UC Vinny:       That's funny, that's funny.

Session TIER3-8485

| | |
|---|---|
| Clark: | So, that's what it is. |
| UC Vinny: | That's funny. |
| Clark: | And so we, every day of my life when I, when he and I talk, where every, every so often we have these moments and I'll say, I appreciate everything you've done for me. And he'll say, I appreciate everything you've done for me, without you, Neil, I wouldn't be here. I know, you know what? Speaker you, you actually brought me back because I was the enemy of-- |
| UC Vinny: | You guys were arch enemies, right? |
| Clark: | Arch enemies. |
| UC Vinny: | Arch enemies. |
| Clark: | Arch enemies. |
| UC Vinny: | I remember you telling me. |
| Clark: | Arch enemies and I was arch enemy of John Kasich. I and, and I picked the, I went with him against the current Speaker. And the, the current Speaker went on TV and said the only reason I'm not going to be Speaker is because of Neil Clark. |
| UC Vinny: | Wow. |
| Clark: | It was on Channel 4 News. |
| UC Vinny: | Wow. |
| Clark: | Six o'clock in the evening… |
| UC Vinny: | Wow. |
| Clark: | …that's what he said. |
| UC Vinny: | Wow. |
| Clark: | So what do you think I did to my business last year? How badly do you think he hurt my fucking business? And so when he came in… |
| UC Vinny: | Wow. |
| Clark: | …you know I didn't push, I didn't, I didn't push, I did not push access, alright. I didn't say, oh, I'm really close to the Speaker. |
| UC Vinny: | Mm-hmm. |

43

Session TIER3-8485

Clark:          I said to you guys, I'm working on campaigns and I'm close to him, and never tell other
                clients about (UI).

**3:40:33 [End of transcript]**

TIER3-8486

GOVERNMENT
EXHIBIT

537B

1:20-CR-077

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session TIER3-8486

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 9/23/2019 |
| Time Recording Starts: | 3:05:49 |
| Time Recording Ends: | 3:08:38 |
| Agent: | SA Blane J. Wetzel |

**Participants:**
Neil Clark
Bryan Gray
Larry Householder
Jay Edwards
UC Brian
UC Vinny
Bartender

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

TIER3-8486

**3:05:49 [Start of transcript]**

UC Brian:      So do you go to work for these guys when elections times come? Back them, support them?

Householder:   I run the races.

UC Brian:      You run them for them, do you? On your own, or is that a part of your--?

Householder:   We have a team. I put the team together. Run the races. Raise most of the money.

UC Brian:      Yeah. And then that's up and comers?

Householder:   Hmm?

UC Brian:      They up and comers?

Householder:   Yeah, yeah. And I recruit the shit out of them.

UC Brian:      I was going to say, do you (UI)?

Householder:   I, I recruit the hell out of them.

UC Brian:      Do you?

Householder:   Yeah. Most people, people they, when I was Speaker before. I was Speaker from '01 before we got term limits in Ohio. Term limits (UI) legislature. Uh, we've got right now, we've got, uh, two of my former recruits are statewide officials, Husted the Lt. Governor and Faber who's the, the Auditor of State. And, uh, they quit recruiting when I left.

UC Brian:      Okay.

Householder:   It takes too much time. It's picking the winners and losers. And that's, you know, most politicians.

UC Brian:      Right.

Householder:   Some pick winners and losers.

UC Brian:      Right.

Householder:   Um, so things got pretty shitty around here. We had some real fucking assholes and some bums…

UC Brian:      Really?

Householder:   …in the legislature. So I came back…

UC Brian:          Okay.

Householder:    …and recruited again.

UC Brian:          Started over.

Householder:    And (UI) Speaker and recruited a bunch of good guys.

UC Brian:          Yeah.

Householder:    And here we are.

UC Brian:          Young guys.

Householder:    Mm-hmm. And I got another round coming up here soon, another, another round of good recruits coming in.

UC Brian:          Younger than these guys?

Householder:    Yeah.

UC Brian:          Really? Damn. Can you get much younger than that?

Householder:    Uh--

UC Brian:          I think we must be just getting old. (Laughter)

Householder:    Twenty-six, twenty-seven, twenty-eight.

UC Brian:          God, that's young, man.

Householder:    It is young.

UC Vinny:         You're just mad you're getting old.

UC Brian:          I, I am having a hard time with that. (UI) I'm having a hard time with it.

Householder:    I could be their dads.

UC Brian:          Oh yeah, sure you could. And you probably are, in a sense, if you think about it. (UI) Probably.

UC Vinny:         (IA) were born in the nineties, right? I guarantee they were born in the nineties, right?

Householder:    Oh yeah. Oh yeah.

UC Brian:          Nineties, shit.

3

TIER3-8486

UC Vinny:       Right.

UC Brian:       I still feel like I'm living in the nineties.

UC Vinny:       Still dress it too.

UC Brian:       I know, I know. I got these nice glasses though. I have to have them. I can't see without them.

**3:08:38 [End of transcript]**

4

Session 4988

GOVERNMENT
EXHIBIT

538B

1:20-CR-077

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

2012 Ronald Regan Drive
Cincinnati, Ohio 45236

Session 4988

| | |
|---|---|
| File Number: | 194A-CI-3126966 |
| Date: | 9/24/2019 |
| Time Recording Starts: | 0:00:00 |
| Time Recording Ends: | 0:05:04 |
| Agent: | SA Blane J. Wetzel |

**Participants:**
Neil Clark
UC Brian

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |
| Overlapping Voices | OV |

1

Session 4988

**0:00:00**

UC Brian:     Hey, what are you doing?

Clark:        Okay, so, um, well you said for me to call you. The, I talked to the Speaker this morning. You know he, he did have a good time at dinner. He actually told staff when he went in, the Chief of Staff called me and said, hey, he had a great dinner last night. So even though it doesn't seem like we got a lot accomplished when talking about our issue, he did (IA) a very good time. Alright?

UC Brian:     Yeah, that's fine. Like I said, you know Vinny was how he is with you last night, 'cause that's how he is.

Clark:        Yeah, yeah.

UC Brian:     With me, and he pretty much threw a fucking fit. 'Cause he's like, why the fuck did I come in, like what was my point in doing this? And so, he said, you know, had it not been for you, me, he goes I'd have walked out of that fucking dinner. 'Cause he, 'cause he, you told me to bring the check. He, I told Vinny all that, so all that was kind of teed up and he was kind of outraged.

Clark:        Uh-huh.

UC Brian:     So what's your take on that? What's your thoughts?

Clark:        On, on which part? On the--? (OV)

UC Brian:     On the, well I mean, like, 'cause I'd, I'd made it (IA) was I supposed to be coming with a check, what's he supposed to have?

Clark:        (UI) We and, the, the, the check wasn't really, the, the, the check was supposed to be the important part of it, but it wasn't the reason for the meeting.

UC Brian:     Correct.

Clark:        He, the Speaker knows you want to give. He and I talked about this morning.

UC Brian:     Okay.

Clark:        He told me, you know, I don't know if I want them to give to Generation Now because we're going to be doing, (IA) um, we're going to be doing another ballot issue that deals with, um, term limits, that the Speaker wants. And so he said, I'd rather have, because he's going to have AFL-CIO do that one…

UC Brian:     (UI)

Clark:        …well all the labor guys are going to be in that one.

2

Session 4988

UC Brian:    Yeah.

Clark:    So, he's thinking about, you know, holding on that, but it was, it's my personal choice. So he said, talk to Jeff, and see what you want to do, and you can have the check either go into that or do it for, do it for, um, our, our term limits ballot issue. Okay?

UC Brian:    To the (c)4, does that matter?

Clark:    Does it what? They're both (c)4s.

UC Brian:    Okay, so. (OV)

Clark:    You know 'cause I said, I said to him, look they, they want to give corporate dollars. 'Cause when I talked to him this morning he goes, they could give us some money for campaigns. And I said, oh, they would prefer to do the corporate dollars. Okay?

UC Brian:    (OV, UI)

Clark:    They're, they're, and, and so he was fine, you know. So he knows it's all coming, um, and he's very appreciative of it, but you know, I don't, I think that there was, um, yeah I think, I think (IA).

UC Brian:    You think it went smoothly? I don't know that it did…

Clark:    Oh it went really.

UC Brian:    …but you telling me it went well makes me feel better.

Clark:    (UI) I don't, um, yeah, I mean, um, actually this morning, um, when I got a call from the chief of staff, is that I'm going in with him on Friday to start to draft a bill that will meet the compromise that, that we all--

UC Brian:    That we all talked about last night.

Clark:    Yeah, yeah we…

UC Brian:    (OV, UI)

Clark:    …everything's in motion so I mean I'm, I'm surprised Vinny wants to act that way, that's too bad. I mean, um, the Speaker never spends that much time with people. Never.

UC Brian:    Good, good.

Clark:    Alright. (UI)

UC Brian:    (OV, UI)

Clark:    He doesn't. He does, he doesn't. Everybody was shocked that he was there for four hours.

3

Session 4988

UC Brian:     Yeah, and he drank.

Clark:        And he drank. So I'm just, you know, nuts, but I thought it went quite well.

UC Brian:     No, there's no (UI) there.

Clark:        (OV) And, and he, and he, and he brought it up...

UC Brian:     (OV, UI)

Clark:        ...and he brought it up this morning, that you know, I hope they had a good time, like you know, you know, let's-- And then I get a call, you know, from the Chief of Staff saying, you know we are working on a compromise, so I mean...

UC Brian:     (OV, UI)

Clark:        ...I didn't have to do shit.

UC Brian:     Good. (OV, UI)

Clark:        Yeah. And you guys are bitching that you didn't even think it went well.

UC Brian:     Well, now, hold on a minute. We're not bitching, just be clear though. We're not bitching. I'm just bringing it up to you because that's how it went last night and that was our perception. Having not known what you just said to me...

Clark:        Yeah.

UC Brian:     ...that's my impression, you know. (IA) now you just...

Clark:        Yeah.

UC Brian:     ...(UI) that made me feel better, so--

Clark:        Yeah, it's, just tell him (IA) everything's, everything was, it was good. I mean Jesus, you know.

UC Brian:     Do I need to call the Speaker and talk about, like you told me to do?

Clark:        No, you don't need to do it. No, because I, I actually just talked about the money. I was, I was, I was going, you know, there is no need for you to do it now, 'cause it's, he told me what to do. He said, you know, we'll make the decision of where it's going to go, and, um, then we'll just have, you know, the guys talk to Jeff. Okay, so I, I'm, everything's set. We need to, if we, if we write it now, it's going to be used on this HB6 thing. And I'm just wondering if I want to hold back, you know, but I want to talk to Jeff. I've been instructed to talk to Jeff, and we'll see what, what he (IA) do, and then we'll go from there. Okay?

4

Session 4988

UC Brian:        Alright, alright, keep, keep us posted.

Clark:           So, you know, just make sure you talk to, talk to, (IA) tell them it, it actually um, um, considering the fact that there doesn't want Larry, considering that the Senate doesn't want to do anything, um, you know, you should be, I think quite elated that the Speaker spent the time (UI) and you know, started saying he'd work on a compromise (UI) do it. So, I don't know.

UC Brian:        (OV, UI)

Clark:           Okay?

UC Brian:        Alright.

**0:05:04 [End of conversation]**

5

GOVERNMENT
EXHIBIT

612C

1:20-CR-077



PAID FOR BY OHIOANS FOR ENERGY SECURITY

# WHO'S KNOCKING
# ON YOUR DOOR?

**FOREIGN ENTITIES HAVE INFILTRATED OUR ENERGY GRID.[1]**

They want to kill our jobs and raise our rates so they can make more money. Now, their front group has hired out-of-staters to roam our neighborhoods and ask for your personal information for their petition.

# TELL THEM NO! DECLINE TO SIGN!

1 - https://businessjournaldaily.com/developer-seeks-equity-investors-for-925m-power-plant

# DECLINE TO SIGN! PROTECT OUR ENERGY GRID!

**Now they will be knocking on your door to collect your personal information.**

Foreign entities have infiltrated our energy grid, so they can increase our electric rates to drive up their profits.

**NOW THEY WANT MORE...**



Feb. 26, 2019

Last year, the new Lordstown Energy Center...began operations... then **sold a 70% stake of the project to Macquarie, an international investment firm.**



## DECLINE TO SIGN!

## IF YOU SEE A CIRCULATOR, REPORT THEM TO OUR HOTLINE!

**Call:** 888-308-2606 | **Text:** 614-591-4141 | **Visit:** ohioansforenergysecurity.com





**GOVERNMENT EXHIBIT**

639B

1:20-CR-077

**Extraction Report** - Apple iPhone Logical

---

## Participants



+16145815826
Juan Cespedes* (owner)



+16143781107
Jeff Longstreth*

---

## Conversation - Instant Messages (12)

From: +16145815826 Juan Cespedes (owner)

CJ $ is in route. Please call me to discuss

**Status:** Sent
**Delivered:** 10/9/2019 2:40:41 PM(UTC-4)

10/9/2019 2:40:40 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2FAED4B (Table: message, chat; Size: 590159872 bytes)

From: +16143781107 Jeff Longstreth

I'm on a call with the Dons and Neil. Will call you ASAP.

**Status:** Read
**Read:** 10/9/2019 2:46:28 PM(UTC-4)

10/9/2019 2:46:20 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2FBAADA (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Liked "I'm on a call with the Dons and Neil. Will call you ASAP. "

**Status:** Sent
**Delivered:** 10/9/2019 2:46:32 PM(UTC-4)

10/9/2019 2:46:32 PM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2FA099C (Table: message, chat; Size: 590159872 bytes)

From: +16143781107 Jeff Longstreth

Have not received the wire yet.

**Status:** Read

**Read:** 10/10/2019 8:43:23 AM(UTC-4)

10/10/2019 8:42:49 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F6C5A5 (Table: message, handle, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Ok. Has dowling contacted u

**Status:** Sent

**Delivered:** 10/10/2019 8:43:44 AM(UTC-4)

10/10/2019 8:43:44 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F7D410 (Table: message, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Have they ever donated to the C4 before?

**Status:** Sent

**Delivered:** 10/10/2019 8:44:29 AM(UTC-4)

10/10/2019 8:44:28 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F8EA7C (Table: message, chat; Size:
590159872 bytes)

From: +16143781107 Jeff Longstreth

Yes and yes.

**Status:** Read

**Read:** 10/10/2019 8:49:55 AM(UTC-4)

10/10/2019 8:48:56 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F6CF6D (Table: message, handle, chat; Size:
590159872 bytes)

From: +16143781107 Jeff Longstreth

I'll call Mike.

**Status:** Read

**Read:** 10/10/2019 8:49:55 AM(UTC-4)

10/10/2019 8:49:03 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F7DD0E (Table: message, handle, chat; Size:
590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Perfect

**Status:** Sent
**Delivered:** 10/10/2019 8:50:02 AM(UTC-4)

10/10/2019 8:50:01 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F8D552 (Table: message, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

I gave him ur contact info

**Status:** Sent
**Delivered:** 10/10/2019 8:50:23 AM(UTC-4)

10/10/2019 8:50:22 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F6BBB7 (Table: message, chat; Size: 590159872 bytes)

From: +16143781107 Jeff Longstreth

I just talked to him. It will come today.

**Status:** Read
**Read:** 10/10/2019 8:53:31 AM(UTC-4)

10/10/2019 8:52:30 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F7CCD7 (Table: message, handle, chat; Size: 590159872 bytes)

From: +16145815826 Juan Cespedes (owner)

Liked "I just talked to him. It will come today."

**Status:** Sent
**Delivered:** 10/10/2019 8:53:40 AM(UTC-4)

10/10/2019 8:53:40 AM(UTC-4)

Source Extraction:
1B10
Source Info:
Juan's iPhone/mobile/Library/SMS/sms.db : 0x2F8C813 (Table: message, chat; Size: 590159872 bytes)

3

GOVERNMENT
EXHIBIT

733

1:20-CR-077

| Non-Text Phone Contact between Larry Householder and Charles Jones (December 2016 - February 2020) | | | | |
|---|---|---|---|---|
| Date (EST) | Time (EST) | Event | Duration (h:mm:ss) | Source |
| 12/20/2016 | 12:24 PM | Larry Householder contacts Charles Jones | 0:01:02 | AT&T |
| 12/22/2016 | 4:12 PM | Larry Householder contacts Charles Jones | 0:04:42 | AT&T |
| 12/23/2016 | 8:21 AM | Larry Householder contacts Charles Jones | 0:04:06 | AT&T |
| 12/23/2016 | 4:10 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 12/23/2016 | 4:10 PM | Charles Jones contacts Larry Householder | 0:00:40 | AT&T |
| 2017 | | | | |
| 1/15/2017 | 3:21 PM | Larry Householder contacts Charles Jones | 0:00:05 | AT&T |
| 1/26/2017 | 12:33 PM | Larry Householder contacts Charles Jones | 0:17:55 | AT&T |
| 1/26/2017 | 12:58 PM | Larry Householder contacts Charles Jones | 0:00:03 | AT&T |
| 1/26/2017 | 5:15 PM | Larry Householder contacts Charles Jones | 0:03:14 | AT&T |
| 1/26/2017 | 5:25 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 11:46 AM | Larry Householder contacts Charles Jones | 0:01:12 | AT&T |
| 2/9/2017 | 12:54 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 12:55 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 12:55 PM | Charles Jones contacts Larry Householder | 0:00:51 | AT&T |
| 2/9/2017 | 4:08 PM | Larry Householder contacts Charles Jones | 0:00:45 | AT&T |
| 2/9/2017 | 4:10 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 4:10 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 2/9/2017 | 4:10 PM | Larry Householder contacts Charles Jones | 0:25:50 | AT&T |
| 2/10/2017 | 5:53 PM | Larry Householder contacts Charles Jones | 0:02:15 | AT&T |
| 2/17/2017 | 10:58 AM | Larry Householder contacts Charles Jones | 0:00:59 | AT&T |
| 2/18/2017 | 9:18 AM | Charles Jones contacts Larry Householder | 0:09:23 | AT&T |
| 3/3/2017 | 11:00 AM | Larry Householder contacts Charles Jones | 0:00:07 | AT&T |
| 3/23/2017 | 2:47 PM | Larry Householder contacts Charles Jones | 0:00:28 | AT&T |
| 3/24/2017 | 11:05 AM | Larry Householder contacts Charles Jones | 0:00:36 | AT&T |
| 3/24/2017 | 11:09 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/24/2017 | 11:09 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 3/24/2017 | 11:23 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/24/2017 | 11:23 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 3/24/2017 | 6:38 PM | Charles Jones contacts Larry Householder | 0:12:34 | AT&T |
| 5/17/2017 | 5:26 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 5/17/2017 | 5:26 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 5/17/2017 | 5:53 PM | Larry Householder contacts Charles Jones | 0:03:42 | AT&T |
| 5/17/2017 | 6:38 PM | Larry Householder contacts Charles Jones | 0:01:01 | AT&T |
| 5/17/2017 | 6:39 PM | Charles Jones contacts Larry Householder | 0:00:14 | AT&T |
| 5/17/2017 | 6:40 PM | Larry Householder contacts Charles Jones | 0:01:31 | AT&T |
| 5/18/2017 | 2:18 PM | Larry Householder contacts Charles Jones | 0:00:53 | AT&T |
| 5/18/2017 | 2:20 PM | Charles Jones contacts Larry Householder | 0:19:10 | AT&T |
| 6/27/2017 | 6:09 PM | Larry Householder contacts Charles Jones | 0:00:47 | AT&T |
| 2018 | | | | |
| 1/11/2018 | 11:21 AM | Larry Householder contacts Charles Jones | 0:15:25 | AT&T |
| 4/11/2018 | 2:54 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 4/11/2018 | 2:54 PM | Charles Jones contacts Larry Householder | 0:00:11 | AT&T |
| 8/21/2018 | 9:49 AM | Larry Householder contacts Charles Jones | 0:00:48 | AT&T |
| 8/21/2018 | 10:07 AM | Charles Jones contacts Larry Householder | 0:03:16 | AT&T |
| 9/20/2018 | 12:44 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |

| | | | | |
|---|---|---|---|---|
| 9/20/2018 | 12:44 PM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |
| 9/21/2018 | 7:17 AM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 9/27/2018 | 7:51 PM | Charles Jones contacts Larry Householder | 0:06:24 | AT&T |
| 10/1/2018 | 9:54 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 10/1/2018 | 9:54 AM | Charles Jones contacts Larry Householder | 0:00:07 | AT&T |
| 10/1/2018 | 11:51 AM | Charles Jones contacts Larry Householder | 0:09:23 | AT&T |
| 10/12/2018 | 9:26 AM | Larry Householder contacts Charles Jones | 0:00:25 | AT&T |
| 10/12/2018 | 9:41 AM | Charles Jones contacts Larry Householder | 0:06:34 | AT&T |
| 10/23/2018 | 11:16 AM | Charles Jones contacts Larry Householder | 0:01:25 | AT&T |
| 11/7/2018 | 7:05 AM | Charles Jones contacts Larry Householder | 0:09:51 | AT&T |
| 11/7/2018 | 11:38 AM | Larry Householder contacts Charles Jones | 0:05:19 | AT&T |
| 11/7/2018 | 6:14 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 11/7/2018 | 6:14 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 11/8/2018 | 9:48 AM | Larry Householder contacts Charles Jones | 0:00:16 | AT&T |
| 11/8/2018 | 1:23 PM | Larry Householder contacts Charles Jones | 0:00:04 | AT&T |
| **2019** | | | | |
| 1/7/2019 | 10:06 PM | Larry Householder contacts Charles Jones | 0:00:32 | AT&T |
| 1/29/2019 | 2:15 PM | Larry Householder contacts Charles Jones | 0:00:21 | AT&T |
| 1/29/2019 | 2:16 PM | Charles Jones contacts Larry Householder | 0:10:02 | AT&T |
| 2/14/2019 | 2:34 PM | Larry Householder contacts Charles Jones | 0:02:54 | AT&T |
| 2/14/2019 | 2:42 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/14/2019 | 2:42 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 2/14/2019 | 2:43 PM | Larry Householder contacts Charles Jones | 0:11:56 | AT&T |
| 3/19/2019 | 7:40 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/19/2019 | 7:40 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 3/25/2019 | 6:43 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/25/2019 | 6:43 AM | Charles Jones contacts Larry Householder | 0:00:44 | AT&T |
| 3/25/2019 | 7:44 AM | Larry Householder contacts Charles Jones | 0:06:14 | AT&T |
| 4/2/2019 | 1:42 PM | Larry Householder contacts Charles Jones | 0:07:43 | AT&T |
| 4/23/2019 | 5:57 PM | Larry Householder contacts Charles Jones | 0:00:42 | AT&T |
| 4/24/2019 | 5:23 PM | Charles Jones contacts Larry Householder | 0:05:32 | AT&T |
| 6/24/2019 | 10:18 PM | Larry Householder contacts Charles Jones | 0:00:17 | AT&T |
| 7/13/2019 | 1:12 PM | Larry Householder contacts Charles Jones | 0:00:59 | AT&T |
| 7/13/2019 | 2:32 PM | Charles Jones contacts Larry Householder | 0:15:49 | AT&T |
| 7/15/2019 | 8:16 AM | Charles Jones contacts Larry Householder | 0:01:08 | AT&T |
| 7/15/2019 | 11:16 AM | Larry Householder contacts Charles Jones | 0:04:44 | AT&T |
| 7/15/2019 | 11:40 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 7/25/2019 | 9:49 PM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 7/25/2019 | 9:52 PM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 7/25/2019 | 9:52 PM | Larry Householder contacts Charles Jones | 0:00:42 | AT&T |
| 7/25/2019 | 9:52 PM | Larry Householder contacts Charles Jones | 0:00:41 | AT&T |
| 7/26/2019 | 6:51 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 7/26/2019 | 6:51 AM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |
| 7/26/2019 | 6:52 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 7/26/2019 | 7:25 AM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |
| 7/26/2019 | 8:24 AM | Larry Householder contacts Charles Jones | 0:21:31 | AT&T |
| 8/27/2019 | 12:17 PM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |
| 9/9/2019 | 3:12 PM | Contact between Larry Householder and Charles Jones | 0:10:00 | Verizon |
| 9/13/2019 | 7:36 AM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |

| 9/17/2019 | 8:18 AM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |
|---|---|---|---|---|
| 9/17/2019 | 2:49 PM | Contact between Larry Householder and Charles Jones | 0:08:00 | Verizon |
| 10/4/2019 | 12:59 PM | Contact between Larry Householder and Charles Jones | 0:07:00 | Verizon |
| 10/19/2019 | 3:47 PM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |
| 10/19/2019 | 3:48 PM | Contact between Larry Householder and Charles Jones | 0:10:00 | Verizon |
| 10/28/2019 | 3:19 PM | Contact between Larry Householder and Charles Jones | 0:02:00 | Verizon |
| 10/28/2019 | 3:20 PM | Contact between Larry Householder and Charles Jones | 0:03:00 | Verizon |
| 11/18/2019 | 11:03 AM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |
| **2020** | | | | |
| 2/28/2020 | 10:50 AM | Contact between Larry Householder and Charles Jones | 0:12:00 | Verizon |
| 2/28/2020 | 11:07 AM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |

GOVERNMENT
EXHIBIT

734

1:20-CR-077

**Non-Text Phone Contact of Larry Householder and Jeff Longstreth with Charles Jones, and Michael Dowling (December 2016 - February 2020)**

| Date (EST) | Time (EST) | Event | Duration (h:mm:ss) | Source |
|---|---|---|---|---|
| 12/13/2016 | 1:56:49 PM | Larry Householder contacts Michael Dowling | 0:03:35 | AT&T |
| 12/20/2016 | 12:24:33 PM | Larry Householder contacts Charles Jones | 0:01:02 | AT&T |
| 12/22/2016 | 4:12:07 PM | Larry Householder contacts Charles Jones | 0:04:42 | AT&T |
| 12/23/2016 | 8:21:00 AM | Larry Householder contacts Charles Jones | 0:04:06 | AT&T |
| 12/23/2016 | 4:10:07 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 12/23/2016 | 4:10:08 PM | Charles Jones contacts Larry Householder | 0:00:40 | AT&T |
| **2017** | | | | |
| 1/13/2017 | 12:29:16 PM | Larry Householder contacts Michael Dowling | 0:01:50 | AT&T |
| 1/15/2017 | 3:01:21 PM | Larry Householder contacts Michael Dowling | 0:03:26 | AT&T |
| 1/15/2017 | 3:21:11 PM | Larry Householder contacts Charles Jones | 0:00:05 | AT&T |
| 1/15/2017 | 5:26:09 PM | Michael Dowling contacts Larry Householder | 0:00:00 | AT&T |
| 1/15/2017 | 5:26:09 PM | Michael Dowling contacts Larry Householder | 0:00:03 | AT&T |
| 1/17/2017 | 9:21:05 AM | Larry Householder contacts Michael Dowling | 0:10:44 | AT&T |
| 1/18/2017 | 9:17:41 AM | Larry Householder contacts Michael Dowling | 0:00:00 | AT&T |
| 1/18/2017 | 9:17:57 AM | Larry Householder contacts Michael Dowling | 0:00:00 | AT&T |
| 1/19/2017 | 3:48:04 PM | Larry Householder contacts Michael Dowling | 0:00:11 | AT&T |
| 1/19/2017 | 6:09:16 PM | Larry Householder contacts Michael Dowling | 0:00:05 | AT&T |
| 1/20/2017 | 11:45:38 AM | Larry Householder contacts Michael Dowling | 0:02:06 | AT&T |
| 1/20/2017 | 7:08:24 PM | Larry Householder contacts Michael Dowling | 0:00:18 | AT&T |
| 1/20/2017 | 7:09:12 PM | Michael Dowling contacts Larry Householder | 0:00:21 | AT&T |
| 1/26/2017 | 12:33:49 PM | Larry Householder contacts Charles Jones | 0:17:55 | AT&T |
| 1/26/2017 | 12:58:49 PM | Larry Householder contacts Charles Jones | 0:00:03 | AT&T |
| 1/26/2017 | 5:15:59 PM | Larry Householder contacts Charles Jones | 0:03:14 | AT&T |
| 1/26/2017 | 5:25:31 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/2/2017 | 4:31:27 PM | Jeff Longstreth contacts Michael Dowling | 0:04:40 | AT&T |
| 2/2/2017 | 4:36:35 PM | Jeff Longstreth contacts Michael Dowling | 0:00:42 | AT&T |
| 2/7/2017 | 4:30:03 PM | Jeff Longstreth contacts Michael Dowling | 0:00:17 | AT&T |
| 2/9/2017 | 11:46:06 AM | Larry Householder contacts Charles Jones | 0:01:12 | AT&T |
| 2/9/2017 | 12:54:26 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 12:55:04 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 12:55:06 PM | Charles Jones contacts Larry Householder | 0:00:51 | AT&T |
| 2/9/2017 | 4:08:47 PM | Larry Householder contacts Charles Jones | 0:00:45 | AT&T |
| 2/9/2017 | 4:10:46 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2017 | 4:10:47 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 2/9/2017 | 4:10:59 PM | Larry Householder contacts Charles Jones | 0:25:50 | AT&T |
| 2/10/2017 | 9:29:15 AM | Jeff Longstreth contacts Michael Dowling | 0:00:17 | AT&T |
| 2/10/2017 | 9:38:08 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 2/10/2017 | 9:38:28 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 2/10/2017 | 9:38:30 AM | Michael Dowling contacts Jeff Longstreth | 0:00:09 | AT&T |
| 2/10/2017 | 9:45:06 AM | Jeff Longstreth contacts Michael Dowling | 0:03:26 | AT&T |
| 2/10/2017 | 5:53:38 PM | Larry Householder contacts Charles Jones | 0:02:15 | AT&T |
| 2/17/2017 | 9:44:37 AM | Jeff Longstreth contacts Michael Dowling | 0:00:52 | AT&T |
| 2/17/2017 | 10:58:14 AM | Larry Householder contacts Charles Jones | 0:00:59 | AT&T |
| 2/18/2017 | 9:18:00 AM | Charles Jones contacts Larry Householder | 0:09:23 | AT&T |
| 2/21/2017 | 3:43:30 PM | Michael Dowling contacts Jeff Longstreth | 0:12:49 | AT&T |
| 3/2/2017 | 11:00:56 AM | Jeff Longstreth contacts Michael Dowling | 0:00:33 | AT&T |

| | | | | |
|---|---|---|---|---|
| 3/3/2017 | 11:00:46 AM | Larry Householder contacts Charles Jones | 0:00:07 | AT&T |
| 3/8/2017 | 6:42:36 PM | Michael Dowling contacts Jeff Longstreth | 0:02:42 | AT&T |
| 3/10/2017 | 9:25:27 AM | Jeff Longstreth contacts Michael Dowling | 0:00:32 | AT&T |
| 3/21/2017 | 7:13:42 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 3/21/2017 | 7:13:43 PM | Michael Dowling contacts Jeff Longstreth | 0:00:30 | AT&T |
| 3/23/2017 | 2:47:50 PM | Larry Householder contacts Charles Jones | 0:00:28 | AT&T |
| 3/24/2017 | 11:05:13 AM | Larry Householder contacts Charles Jones | 0:00:36 | AT&T |
| 3/24/2017 | 11:09:12 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/24/2017 | 11:09:13 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 3/24/2017 | 11:23:36 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/24/2017 | 11:23:37 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 3/24/2017 | 6:38:42 PM | Charles Jones contacts Larry Householder | 0:12:34 | AT&T |
| 4/19/2017 | 1:37:48 PM | Jeff Longstreth contacts Michael Dowling | 0:00:57 | AT&T |
| 4/20/2017 | 6:56:25 PM | Michael Dowling contacts Jeff Longstreth | 0:00:41 | AT&T |
| 4/20/2017 | 6:57:06 PM | Michael Dowling contacts Jeff Longstreth | 0:08:28 | AT&T |
| 5/17/2017 | 5:26:03 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 5/17/2017 | 5:26:04 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 5/17/2017 | 5:53:00 PM | Larry Householder contacts Charles Jones | 0:03:42 | AT&T |
| 5/17/2017 | 6:38:49 PM | Larry Householder contacts Charles Jones | 0:01:01 | AT&T |
| 5/17/2017 | 6:39:50 PM | Charles Jones contacts Larry Householder | 0:00:14 | AT&T |
| 5/17/2017 | 6:40:14 PM | Larry Householder contacts Charles Jones | 0:01:31 | AT&T |
| 5/18/2017 | 2:18:08 PM | Larry Householder contacts Charles Jones | 0:00:53 | AT&T |
| 5/18/2017 | 2:20:03 PM | Charles Jones contacts Larry Householder | 0:19:10 | AT&T |
| 5/18/2017 | 2:53:34 PM | Michael Dowling contacts Jeff Longstreth | 0:02:19 | AT&T |
| 5/18/2017 | 2:55:53 PM | Michael Dowling contacts Jeff Longstreth | 0:00:53 | AT&T |
| 5/26/2017 | 11:00:47 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 5/26/2017 | 11:00:49 AM | Michael Dowling contacts Jeff Longstreth | 0:00:33 | AT&T |
| 5/26/2017 | 2:35:46 PM | Jeff Longstreth contacts Michael Dowling | 0:00:10 | AT&T |
| 5/26/2017 | 3:12:06 PM | Michael Dowling contacts Jeff Longstreth | 0:04:16 | AT&T |
| 6/8/2017 | 6:02:17 PM | Jeff Longstreth contacts Michael Dowling | 0:00:06 | AT&T |
| 6/8/2017 | 6:05:21 PM | Michael Dowling contacts Jeff Longstreth | 0:05:06 | AT&T |
| 6/27/2017 | 6:09:28 PM | Larry Householder contacts Charles Jones | 0:00:47 | AT&T |
| 7/26/2017 | 8:31:38 AM | Michael Dowling contacts Jeff Longstreth | 0:11:14 | AT&T |
| 11/8/2017 | 3:06:19 PM | Larry Householder contacts Michael Dowling | 0:00:47 | AT&T |
| 12/1/2017 | 12:22:56 PM | Jeff Longstreth contacts Michael Dowling | 0:00:36 | AT&T |
| 12/1/2017 | 1:24:59 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 12/1/2017 | 1:25:01 PM | Michael Dowling contacts Jeff Longstreth | 0:00:33 | AT&T |
| 12/1/2017 | 1:33:42 PM | Jeff Longstreth contacts Michael Dowling | 0:00:18 | AT&T |
| 12/1/2017 | 1:35:41 PM | Michael Dowling contacts Jeff Longstreth | 0:03:06 | AT&T |
| | | **2018** | | |
| 1/11/2018 | 11:21:32 AM | Larry Householder contacts Charles Jones | 0:15:25 | AT&T |
| 1/20/2018 | 12:21:09 PM | Michael Dowling contacts Jeff Longstreth | 0:18:57 | AT&T |
| 2/22/2018 | 6:03:24 PM | Michael Dowling contacts Jeff Longstreth | 0:07:18 | AT&T |
| 3/5/2018 | 3:38:30 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 3/5/2018 | 3:38:31 PM | Michael Dowling contacts Jeff Longstreth | 0:00:02 | AT&T |
| 3/8/2018 | 5:44:39 PM | Michael Dowling contacts Larry Householder | 0:00:00 | AT&T |
| 3/8/2018 | 5:44:40 PM | Michael Dowling contacts Larry Householder | 0:00:03 | AT&T |
| 3/8/2018 | 6:04:24 PM | Larry Householder contacts Michael Dowling | 0:04:09 | AT&T |
| 3/8/2018 | 6:08:40 PM | Larry Householder contacts Michael Dowling | 0:00:00 | AT&T |
| 3/12/2018 | 2:03:16 PM | Larry Householder contacts Michael Dowling | 0:00:24 | AT&T |

| 3/12/2018 | 3:06:50 PM | Michael Dowling contacts Larry Householder | 0:03:03 | AT&T |
|---|---|---|---|---|
| 3/12/2018 | 3:11:31 PM | Michael Dowling contacts Larry Householder | 0:00:09 | AT&T |
| 3/13/2018 | 5:22:29 PM | Michael Dowling contacts Larry Householder | 0:01:32 | AT&T |
| 3/13/2018 | 5:24:10 PM | Michael Dowling contacts Larry Householder | 0:00:56 | AT&T |
| 4/10/2018 | 8:14:26 PM | Michael Dowling contacts Larry Householder | 0:03:58 | AT&T |
| 4/11/2018 | 2:54:28 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 4/11/2018 | 2:54:29 PM | Charles Jones contacts Larry Householder | 0:00:11 | AT&T |
| 4/12/2018 | 11:49:21 AM | Larry Householder contacts Michael Dowling | 0:05:26 | AT&T |
| 4/17/2018 | 2:36:24 PM | Larry Householder contacts Michael Dowling | 0:02:56 | AT&T |
| 4/27/2018 | 10:49:08 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 4/27/2018 | 10:49:10 AM | Michael Dowling contacts Jeff Longstreth | 0:00:03 | AT&T |
| 4/27/2018 | 10:55:00 AM | Jeff Longstreth contacts Michael Dowling | 0:02:47 | AT&T |
| 4/27/2018 | 1:37:15 PM | Jeff Longstreth contacts Michael Dowling | 0:02:56 | AT&T |
| 4/28/2018 | 10:38:00 AM | Michael Dowling contacts Jeff Longstreth | 0:01:30 | AT&T |
| 4/28/2018 | 11:40:06 AM | Jeff Longstreth contacts Michael Dowling | 0:02:14 | AT&T |
| 4/30/2018 | 9:11:53 AM | Jeff Longstreth contacts Michael Dowling | 0:02:11 | AT&T |
| 5/4/2018 | 9:09:49 AM | Jeff Longstreth contacts Michael Dowling | 0:01:21 | AT&T |
| 7/11/2018 | 2:15:46 PM | Jeff Longstreth contacts Michael Dowling | 0:00:45 | AT&T |
| 7/11/2018 | 4:07:12 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 7/11/2018 | 4:07:13 PM | Michael Dowling contacts Jeff Longstreth | 0:00:19 | AT&T |
| 7/11/2018 | 4:14:19 PM | Jeff Longstreth contacts Michael Dowling | 0:10:10 | AT&T |
| 8/21/2018 | 9:49:29 AM | Larry Householder contacts Charles Jones | 0:00:48 | AT&T |
| 8/21/2018 | 10:07:03 AM | Charles Jones contacts Larry Householder | 0:03:16 | AT&T |
| 9/19/2018 | 8:47:07 AM | Michael Dowling contacts Jeff Longstreth | 0:01:51 | AT&T |
| 9/19/2018 | 8:49:04 AM | Michael Dowling contacts Jeff Longstreth | 0:00:27 | AT&T |
| 9/19/2018 | 3:22:09 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 9/19/2018 | 3:22:10 PM | Michael Dowling contacts Jeff Longstreth | 0:00:04 | AT&T |
| 9/20/2018 | 12:44:50 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 9/20/2018 | 12:44:51 PM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |
| 9/20/2018 | 12:46:19 PM | Michael Dowling contacts Jeff Longstreth | 0:00:48 | AT&T |
| 9/21/2018 | 7:17:37 AM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 9/21/2018 | 3:05:22 PM | Michael Dowling contacts Jeff Longstreth | 0:02:05 | AT&T |
| 9/21/2018 | 3:07:27 PM | Michael Dowling contacts Jeff Longstreth | 0:01:16 | AT&T |
| 9/21/2018 | 3:16:40 PM | Jeff Longstreth contacts Michael Dowling | 0:00:01 | AT&T |
| 9/21/2018 | 3:35:52 PM | Michael Dowling contacts Jeff Longstreth | 0:00:28 | AT&T |
| 9/27/2018 | 7:51:52 PM | Charles Jones contacts Larry Householder | 0:06:24 | AT&T |
| 10/1/2018 | 9:54:05 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 10/1/2018 | 9:54:06 AM | Charles Jones contacts Larry Householder | 0:00:07 | AT&T |
| 10/1/2018 | 11:51:24 AM | Charles Jones contacts Larry Householder | 0:09:23 | AT&T |
| 10/2/2018 | 9:08:02 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 10/2/2018 | 9:08:03 AM | Michael Dowling contacts Jeff Longstreth | 0:00:03 | AT&T |
| 10/2/2018 | 9:50:53 AM | Jeff Longstreth contacts Michael Dowling | 0:00:10 | AT&T |
| 10/12/2018 | 9:26:07 AM | Larry Householder contacts Charles Jones | 0:00:25 | AT&T |
| 10/12/2018 | 9:41:50 AM | Charles Jones contacts Larry Householder | 0:06:34 | AT&T |
| 10/15/2018 | 11:42:48 AM | Jeff Longstreth contacts Michael Dowling | 0:00:22 | AT&T |
| 10/15/2018 | 7:10:21 PM | Michael Dowling contacts Jeff Longstreth | 0:00:14 | AT&T |
| 10/23/2018 | 11:16:08 AM | Charles Jones contacts Larry Householder | 0:01:25 | AT&T |
| 10/23/2018 | 12:42:40 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 10/23/2018 | 12:42:41 PM | Michael Dowling contacts Jeff Longstreth | 0:00:04 | AT&T |
| 10/23/2018 | 12:43:05 PM | Jeff Longstreth contacts Michael Dowling | 0:00:54 | AT&T |

| 10/23/2018 | 5:50:03 PM | Michael Dowling contacts Jeff Longstreth | 0:03:17 | AT&T |
|---|---|---|---|---|
| 10/24/2018 | 8:42:31 AM | Jeff Longstreth contacts Michael Dowling | 0:01:01 | AT&T |
| 10/24/2018 | 9:59:18 AM | Jeff Longstreth contacts Michael Dowling | 0:00:49 | AT&T |
| 10/26/2018 | 3:19:43 PM | Jeff Longstreth contacts Michael Dowling | 0:00:27 | AT&T |
| 10/30/2018 | 12:11:25 PM | Michael Dowling contacts Jeff Longstreth | 0:02:04 | AT&T |
| 11/7/2018 | 7:05:31 AM | Charles Jones contacts Larry Householder | 0:09:51 | AT&T |
| 11/7/2018 | 11:38:26 AM | Larry Householder contacts Charles Jones | 0:05:19 | AT&T |
| 11/7/2018 | 6:14:03 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 11/7/2018 | 6:14:04 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 11/8/2018 | 9:48:57 AM | Larry Householder contacts Charles Jones | 0:00:16 | AT&T |
| 11/8/2018 | 1:23:10 PM | Larry Householder contacts Charles Jones | 0:00:04 | AT&T |
| 11/27/2018 | 8:42:20 AM | Jeff Longstreth contacts Michael Dowling | 0:00:07 | AT&T |
| 11/27/2018 | 8:45:33 AM | Michael Dowling contacts Jeff Longstreth | 0:10:06 | AT&T |
| **2019** | | | | |
| 1/7/2019 | 10:06:33 PM | Larry Householder contacts Charles Jones | 0:00:32 | AT&T |
| 1/29/2019 | 2:15:34 PM | Larry Householder contacts Charles Jones | 0:00:21 | AT&T |
| 1/29/2019 | 2:16:32 PM | Charles Jones contacts Larry Householder | 0:10:02 | AT&T |
| 2/10/2019 | 4:10:32 PM | Jeff Longstreth contacts Michael Dowling | 0:03:03 | AT&T |
| 2/10/2019 | 4:13:47 PM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 2/10/2019 | 4:13:48 PM | Michael Dowling contacts Jeff Longstreth | 0:00:02 | AT&T |
| 2/10/2019 | 4:13:48 PM | Jeff Longstreth contacts Michael Dowling | 0:00:01 | AT&T |
| 2/10/2019 | 4:13:53 PM | Jeff Longstreth contacts Michael Dowling | 0:00:02 | AT&T |
| 2/10/2019 | 4:14:02 PM | Jeff Longstreth contacts Michael Dowling | 0:00:07 | AT&T |
| 2/10/2019 | 4:14:24 PM | Jeff Longstreth contacts Michael Dowling | 0:00:59 | AT&T |
| 2/14/2019 | 2:34:38 PM | Larry Householder contacts Charles Jones | 0:02:54 | AT&T |
| 2/14/2019 | 2:42:53 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 2/14/2019 | 2:42:54 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 2/14/2019 | 2:43:01 PM | Larry Householder contacts Charles Jones | 0:11:56 | AT&T |
| 3/19/2019 | 7:40:57 PM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/19/2019 | 7:40:58 PM | Charles Jones contacts Larry Householder | 0:00:06 | AT&T |
| 3/25/2019 | 6:43:08 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 3/25/2019 | 6:43:09 AM | Charles Jones contacts Larry Householder | 0:00:44 | AT&T |
| 3/25/2019 | 7:44:18 AM | Larry Householder contacts Charles Jones | 0:06:14 | AT&T |
| 4/2/2019 | 1:42:09 PM | Larry Householder contacts Charles Jones | 0:07:43 | AT&T |
| 4/23/2019 | 5:57:38 PM | Larry Householder contacts Charles Jones | 0:00:42 | AT&T |
| 4/24/2019 | 5:23:25 PM | Charles Jones contacts Larry Householder | 0:05:32 | AT&T |
| 6/24/2019 | 10:18:39 PM | Larry Householder contacts Charles Jones | 0:00:17 | AT&T |
| 7/13/2019 | 1:12:24 PM | Larry Householder contacts Charles Jones | 0:00:59 | AT&T |
| 7/13/2019 | 2:32:13 PM | Charles Jones contacts Larry Householder | 0:15:49 | AT&T |
| 7/15/2019 | 8:16:14 AM | Charles Jones contacts Larry Householder | 0:01:08 | AT&T |
| 7/15/2019 | 11:16:31 AM | Larry Householder contacts Charles Jones | 0:04:44 | AT&T |
| 7/15/2019 | 11:40:41 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 7/25/2019 | 9:49:47 PM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 7/25/2019 | 9:52:18 PM | Larry Householder contacts Charles Jones | 0:00:00 | AT&T |
| 7/25/2019 | 9:52:57 PM | Larry Householder contacts Charles Jones | 0:00:42 | AT&T |
| 7/25/2019 | 9:52:59 PM | Larry Householder contacts Charles Jones | 0:00:41 | AT&T |
| 7/26/2019 | 6:51:39 AM | Charles Jones contacts Larry Householder | 0:00:00 | AT&T |
| 7/26/2019 | 6:51:40 AM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |
| 7/26/2019 | 6:52:08 AM | Charles Jones contacts Larry Householder | 0:00:08 | AT&T |
| 7/26/2019 | 7:25:01 AM | Charles Jones contacts Larry Householder | 0:00:05 | AT&T |

| 7/26/2019 | 8:24:16 AM | Larry Householder contacts Charles Jones | 0:21:31 | AT&T |
|---|---|---|---|---|
| 7/26/2019 | 10:13:48 AM | Michael Dowling contacts Larry Householder | 0:08:14 | AT&T |
| 8/27/2019 | 12:17:00 PM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |
| 9/9/2019 | 3:12:00 PM | Contact between Larry Householder and Charles Jones | 0:10:00 | Verizon |
| 9/13/2019 | 7:36:00 AM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |
| 9/17/2019 | 8:18:00 AM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |
| 9/17/2019 | 2:49:00 PM | Contact between Larry Householder and Charles Jones | 0:08:00 | Verizon |
| 10/4/2019 | 12:59:00 PM | Contact between Larry Householder and Charles Jones | 0:07:00 | Verizon |
| 10/10/2019 | 8:50:21 AM | Jeff Longstreth contacts Michael Dowling | 0:01:44 | AT&T |
| 10/16/2019 | 10:29:24 AM | Jeff Longstreth contacts Michael Dowling | 0:00:38 | AT&T |
| 10/17/2019 | 10:13:02 AM | Michael Dowling contacts Jeff Longstreth | 0:10:20 | AT&T |
| 10/17/2019 | 10:28:22 AM | Michael Dowling contacts Jeff Longstreth | 0:00:51 | AT&T |
| 10/17/2019 | 11:28:20 AM | Michael Dowling contacts Jeff Longstreth | 0:00:00 | AT&T |
| 10/17/2019 | 11:28:22 AM | Michael Dowling contacts Jeff Longstreth | 0:00:03 | AT&T |
| 10/17/2019 | 11:33:11 AM | Jeff Longstreth contacts Michael Dowling | 0:02:15 | AT&T |
| 10/19/2019 | 3:47:00 PM | Contact between Larry Householder and Charles Jones | 0:01:00 | Verizon |
| 10/19/2019 | 3:48:00 PM | Contact between Larry Householder and Charles Jones | 0:10:00 | Verizon |
| 10/23/2019 | 10:30:54 AM | Jeff Longstreth contacts Michael Dowling | 0:00:42 | AT&T |
| 10/28/2019 | 3:19:00 PM | Contact between Larry Householder and Charles Jones | 0:02:00 | Verizon |
| 10/28/2019 | 3:20:00 PM | Contact between Larry Householder and Charles Jones | 0:03:00 | Verizon |
| 11/18/2019 | 11:03:00 AM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |
| 12/4/2019 | 9:28:31 AM | Jeff Longstreth contacts Michael Dowling | 0:00:52 | AT&T |
| 12/4/2019 | 10:47:02 AM | Michael Dowling contacts Jeff Longstreth | 0:02:11 | AT&T |
| 12/10/2019 | 12:46:08 PM | Michael Dowling contacts Jeff Longstreth | 0:07:34 | AT&T |
| **2020** | | | | |
| 2/28/2020 | 10:50:00 AM | Contact between Larry Householder and Charles Jones | 0:12:00 | Verizon |
| 2/28/2020 | 11:07:00 AM | Contact between Larry Householder and Charles Jones | 0:05:00 | Verizon |
| 2/29/2020 | 11:15:16 AM | Jeff Longstreth contacts Michael Dowling | 0:00:09 | AT&T |
| 2/29/2020 | 11:18:29 AM | Michael Dowling contacts Jeff Longstreth | 0:04:50 | AT&T |

GOVERNMENT
EXHIBIT

739

1:20-CR-077

| Date (EST) | Time (EST) | Event | Duration (h:m) | |
|---|---|---|---|---|
| | | **Non-Text Phone Contact between Larry Householder and Neil Clark** **(January 2019-October 2019)** | | |
| 1/2/2019 | 8:10 AM | Larry Householder contacts Neil Clark | 0:06:41 | AT&T |
| 1/2/2019 | 5:42 PM | Larry Householder contacts Neil Clark | 0:07:01 | AT&T |
| 1/3/2019 | 8:42 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/3/2019 | 8:42 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 1/3/2019 | 8:45 AM | Larry Householder contacts Neil Clark | 0:28:19 | AT&T |
| 1/3/2019 | 3:16 PM | Larry Householder contacts Neil Clark | 0:01:45 | AT&T |
| 1/3/2019 | 6:16 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/3/2019 | 6:16 PM | Neil Clark contacts Larry Householder | 0:00:08 | AT&T |
| 1/4/2019 | 1:48 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/4/2019 | 1:48 PM | Neil Clark contacts Larry Householder | 0:00:18 | AT&T |
| 1/4/2019 | 2:55 PM | Larry Householder contacts Neil Clark | 0:04:27 | AT&T |
| 1/4/2019 | 7:10 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/4/2019 | 7:10 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 1/4/2019 | 10:58 PM | Larry Householder contacts Neil Clark | 0:06:05 | AT&T |
| 1/4/2019 | 10:58 PM | Larry Householder contacts Neil Clark | 0:05:48 | AT&T |
| 1/5/2019 | 2:40 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/5/2019 | 2:40 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 1/5/2019 | 2:52 PM | Larry Householder contacts Neil Clark | 0:32:25 | AT&T |
| 1/6/2019 | 12:05 PM | Larry Householder contacts Neil Clark | 0:03:32 | AT&T |
| 1/6/2019 | 12:09 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/6/2019 | 12:09 PM | Neil Clark contacts Larry Householder | 0:00:06 | AT&T |
| 1/6/2019 | 12:09 PM | Larry Householder contacts Neil Clark | 0:03:07 | AT&T |
| 1/7/2019 | 8:13 AM | Neil Clark contacts Larry Householder | 0:05:16 | AT&T |
| 1/7/2019 | 3:26 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/7/2019 | 3:26 PM | Neil Clark contacts Larry Householder | 0:00:22 | AT&T |
| 1/7/2019 | 10:08 PM | Larry Householder contacts Neil Clark | 0:18:00 | AT&T |
| 1/8/2019 | 10:19 AM | Larry Householder contacts Neil Clark | 0:00:25 | AT&T |
| 1/8/2019 | 10:41 AM | Larry Householder contacts Neil Clark | 0:00:20 | AT&T |
| 1/8/2019 | 10:55 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/8/2019 | 10:55 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 1/8/2019 | 11:02 AM | Larry Householder contacts Neil Clark | 0:01:56 | AT&T |
| 1/8/2019 | 11:21 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/8/2019 | 11:21 AM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 1/9/2019 | 8:18 AM | Neil Clark contacts Larry Householder | 0:14:07 | AT&T |
| 1/9/2019 | 7:50 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/9/2019 | 7:50 PM | Neil Clark contacts Larry Householder | 0:00:21 | AT&T |
| 1/9/2019 | 8:30 PM | Larry Householder contacts Neil Clark | 0:06:07 | AT&T |
| 1/10/2019 | 6:40 PM | Neil Clark contacts Larry Householder | 0:27:29 | AT&T |
| 1/12/2019 | 9:01 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/12/2019 | 9:01 AM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 1/12/2019 | 9:28 AM | Larry Householder contacts Neil Clark | 0:14:47 | AT&T |
| 1/12/2019 | 10:31 AM | Larry Householder contacts Neil Clark | 0:00:25 | AT&T |
| 1/12/2019 | 10:32 AM | Larry Householder contacts Neil Clark | 0:00:00 | AT&T |
| 1/12/2019 | 10:47 AM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 1/12/2019 | 10:47 AM | Neil Clark contacts Larry Householder | 0:00:22 | AT&T |

| 1/12/2019 | 10:52 AM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
|-----------|----------|----------------------------------------|---------|------|
| 1/12/2019 | 10:52 AM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 1/12/2019 | 11:00 AM | Larry Householder contacts Neil Clark | 0:17:58 | AT&T |
| 1/12/2019 | 3:25 PM | Larry Householder contacts Neil Clark | 0:05:51 | AT&T |
| 1/12/2019 | 3:52 PM | Larry Householder contacts Neil Clark | 0:04:35 | AT&T |
| 1/12/2019 | 6:19 PM | Neil Clark contacts Larry Householder | 0:07:08 | AT&T |
| 1/12/2019 | 6:27 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/12/2019 | 6:29 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/12/2019 | 6:30 PM | Larry Householder contacts Neil Clark | 0:13:53 | AT&T |
| 1/14/2019 | 8:42 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/14/2019 | 8:42 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 1/14/2019 | 8:49 AM | Larry Householder contacts Neil Clark | 0:00:19 | AT&T |
| 1/14/2019 | 9:03 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/14/2019 | 9:03 AM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 1/14/2019 | 4:38 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/14/2019 | 4:38 PM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |
| 1/15/2019 | 6:37 AM | Larry Householder contacts Neil Clark | 0:00:00 | AT&T |
| 1/16/2019 | 5:49 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/16/2019 | 5:49 PM | Neil Clark contacts Larry Householder | 0:00:08 | AT&T |
| 1/17/2019 | 7:29 AM | Larry Householder contacts Neil Clark | 0:33:36 | AT&T |
| 1/17/2019 | 12:47 PM | Larry Householder contacts Neil Clark | 0:13:59 | AT&T |
| 1/17/2019 | 5:34 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/17/2019 | 5:34 PM | Neil Clark contacts Larry Householder | 0:00:18 | AT&T |
| 1/17/2019 | 6:32 PM | Larry Householder contacts Neil Clark | 0:02:15 | AT&T |
| 1/21/2019 | 7:21 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/21/2019 | 7:21 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 1/21/2019 | 10:33 AM | Larry Householder contacts Neil Clark | 0:00:27 | AT&T |
| 1/21/2019 | 10:58 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/21/2019 | 10:58 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 1/21/2019 | 6:33 PM | Larry Householder contacts Neil Clark | 0:00:32 | AT&T |
| 1/21/2019 | 6:41 PM | Neil Clark contacts Larry Householder | 0:05:49 | AT&T |
| 1/21/2019 | 6:47 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/21/2019 | 6:47 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/23/2019 | 8:26 AM | Larry Householder contacts Neil Clark | 0:22:56 | AT&T |
| 1/25/2019 | 8:25 PM | Neil Clark contacts Larry Householder | 0:14:36 | AT&T |
| 1/26/2019 | 10:47 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/26/2019 | 10:48 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/30/2019 | 9:35 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/30/2019 | 9:35 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 1/30/2019 | 5:10 PM | Larry Householder contacts Neil Clark | 0:00:20 | AT&T |
| 1/30/2019 | 5:11 PM | Larry Householder contacts Neil Clark | 0:00:21 | AT&T |
| 1/30/2019 | 7:27 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 1/30/2019 | 7:27 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 1/30/2019 | 7:39 PM | Larry Householder contacts Neil Clark | 0:00:18 | AT&T |
| 1/30/2019 | 7:40 PM | Neil Clark contacts Larry Householder | 0:30:24 | AT&T |
| 1/31/2019 | 9:19 AM | Neil Clark contacts Larry Householder | 0:15:27 | AT&T |
| 2/3/2019 | 5:05 PM | Neil Clark contacts Larry Householder | 0:02:38 | AT&T |
| 2/4/2019 | 4:51 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/4/2019 | 4:51 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |

| 2/4/2019 | 6:31 PM | Larry Householder contacts Neil Clark | 0:00:24 | AT&T |
|---|---|---|---|---|
| 2/4/2019 | 6:42 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/4/2019 | 6:42 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 2/4/2019 | 6:47 PM | Larry Householder contacts Neil Clark | 0:16:59 | AT&T |
| 2/4/2019 | 8:17 PM | Neil Clark contacts Larry Householder | 0:00:06 | AT&T |
| 2/4/2019 | 8:18 PM | Larry Householder contacts Neil Clark | 0:00:26 | AT&T |
| 2/5/2019 | 7:39 AM | Neil Clark contacts Larry Householder | 0:13:38 | AT&T |
| 2/5/2019 | 7:54 AM | Neil Clark contacts Larry Householder | 0:17:19 | AT&T |
| 2/6/2019 | 2:32 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/6/2019 | 2:32 PM | Neil Clark contacts Larry Householder | 0:00:21 | AT&T |
| 2/6/2019 | 5:14 PM | Larry Householder contacts Neil Clark | 0:01:48 | AT&T |
| 2/8/2019 | 7:28 AM | Larry Householder contacts Neil Clark | 0:00:17 | AT&T |
| 2/8/2019 | 8:03 AM | Neil Clark contacts Larry Householder | 0:01:07 | AT&T |
| 2/8/2019 | 8:08 AM | Neil Clark contacts Larry Householder | 0:00:25 | AT&T |
| 2/8/2019 | 1:19 PM | Larry Householder contacts Neil Clark | 0:01:57 | AT&T |
| 2/8/2019 | 1:23 PM | Neil Clark contacts Larry Householder | 0:00:06 | AT&T |
| 2/9/2019 | 7:48 AM | Neil Clark contacts Larry Householder | 0:35:09 | AT&T |
| 2/9/2019 | 1:05 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/9/2019 | 1:05 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 2/9/2019 | 3:26 PM | Larry Householder contacts Neil Clark | 0:16:53 | AT&T |
| 2/12/2019 | 9:00 AM | Neil Clark contacts Larry Householder | 0:02:53 | AT&T |
| 2/13/2019 | 8:04 AM | Neil Clark contacts Larry Householder | 0:08:47 | AT&T |
| 2/13/2019 | 5:55 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/13/2019 | 5:55 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 2/13/2019 | 8:35 PM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 2/13/2019 | 8:35 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 2/14/2019 | 7:21 AM | Larry Householder contacts Neil Clark | 0:24:14 | AT&T |
| 2/14/2019 | 5:23 PM | Neil Clark contacts Larry Householder | 0:18:50 | AT&T |
| 2/14/2019 | 6:12 PM | Larry Householder contacts Neil Clark | 0:17:21 | AT&T |
| 2/15/2019 | 7:53 AM | Larry Householder contacts Neil Clark | 0:27:16 | AT&T |
| 2/15/2019 | 8:23 AM | Neil Clark contacts Larry Householder | 0:01:49 | AT&T |
| 2/15/2019 | 8:40 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/15/2019 | 8:40 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/15/2019 | 8:40 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 2/15/2019 | 8:42 AM | Larry Householder contacts Neil Clark | 0:04:04 | AT&T |
| 2/15/2019 | 8:47 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/15/2019 | 8:47 AM | Neil Clark contacts Larry Householder | 0:00:08 | AT&T |
| 2/15/2019 | 9:50 AM | Neil Clark contacts Larry Householder | 0:00:58 | AT&T |
| 2/15/2019 | 12:27 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/15/2019 | 12:30 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/15/2019 | 12:30 PM | Neil Clark contacts Larry Householder | 0:00:18 | AT&T |
| 2/18/2019 | 9:08 AM | Neil Clark contacts Larry Householder | 0:47:53 | AT&T |
| 2/18/2019 | 10:18 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/18/2019 | 10:18 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 2/18/2019 | 10:55 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/18/2019 | 10:55 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 2/18/2019 | 10:59 AM | Larry Householder contacts Neil Clark | 0:03:14 | AT&T |
| 2/19/2019 | 6:33 PM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 2/19/2019 | 6:33 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |

| | | | | |
|---|---|---|---|---|
| 2/19/2019 | 7:07 PM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 2/19/2019 | 7:25 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/19/2019 | 7:25 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 2/19/2019 | 7:39 PM | Larry Householder contacts Neil Clark | 0:08:28 | AT&T |
| 2/20/2019 | 10:25 AM | Neil Clark contacts Larry Householder | 0:03:01 | AT&T |
| 2/20/2019 | 6:12 PM | Neil Clark contacts Larry Householder | 0:04:00 | AT&T |
| 2/20/2019 | 6:17 PM | Neil Clark contacts Larry Householder | 0:03:41 | AT&T |
| 2/21/2019 | 5:10 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/21/2019 | 5:10 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 2/21/2019 | 8:31 PM | Larry Householder contacts Neil Clark | 0:25:08 | AT&T |
| 2/22/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/22/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 2/22/2019 | 7:04 PM | Larry Householder contacts Neil Clark | 0:05:03 | AT&T |
| 2/22/2019 | 7:09 PM | Larry Householder contacts Neil Clark | 0:26:27 | AT&T |
| 2/22/2019 | 7:35 PM | Neil Clark contacts Larry Householder | 0:02:28 | AT&T |
| 2/23/2019 | 10:06 AM | Neil Clark contacts Larry Householder | 0:04:36 | AT&T |
| 2/23/2019 | 10:10 AM | Neil Clark contacts Larry Householder | 0:04:32 | AT&T |
| 2/25/2019 | 5:43 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/25/2019 | 5:43 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 2/26/2019 | 4:01 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 2/26/2019 | 4:01 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 2/26/2019 | 4:07 PM | Larry Householder contacts Neil Clark | 0:07:21 | AT&T |
| 2/26/2019 | 9:06 PM | Larry Householder contacts Neil Clark | 0:33:13 | AT&T |
| 2/26/2019 | 9:43 PM | Larry Householder contacts Neil Clark | 0:00:23 | AT&T |
| 3/1/2019 | 10:58 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/1/2019 | 10:58 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 3/1/2019 | 5:55 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/1/2019 | 5:55 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 3/1/2019 | 8:10 PM | Larry Householder contacts Neil Clark | 0:12:32 | AT&T |
| 3/1/2019 | 8:35 PM | Neil Clark contacts Larry Householder | 0:15:14 | AT&T |
| 3/2/2019 | 7:51 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/2/2019 | 7:51 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 3/2/2019 | 9:14 AM | Larry Householder contacts Neil Clark | 0:05:36 | AT&T |
| 3/2/2019 | 11:01 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/2/2019 | 11:01 AM | Neil Clark contacts Larry Householder | 0:01:12 | AT&T |
| 3/2/2019 | 11:02 AM | Larry Householder contacts Neil Clark | 0:12:47 | AT&T |
| 3/2/2019 | 11:25 AM | Neil Clark contacts Larry Householder | 0:01:04 | AT&T |
| 3/2/2019 | 12:01 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/2/2019 | 12:01 PM | Neil Clark contacts Larry Householder | 0:03:57 | AT&T |
| 3/2/2019 | 12:06 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/2/2019 | 3:16 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/2/2019 | 3:16 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 3/2/2019 | 3:22 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/2/2019 | 4:06 PM | Larry Householder contacts Neil Clark | 0:00:18 | AT&T |
| 3/2/2019 | 4:19 PM | Larry Householder contacts Neil Clark | 0:10:16 | AT&T |
| 3/3/2019 | 11:03 AM | Larry Householder contacts Neil Clark | 0:28:22 | AT&T |
| 3/3/2019 | 3:33 PM | Larry Householder contacts Neil Clark | 0:29:05 | AT&T |
| 3/4/2019 | 5:48 PM | Neil Clark contacts Larry Householder | 0:12:00 | AT&T |
| 3/4/2019 | 6:38 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |

| | | | | |
|---|---|---|---|---|
| 3/4/2019 | 8:06 PM | Larry Householder contacts Neil Clark | 0:12:11 | AT&T |
| 3/4/2019 | 8:51 PM | Neil Clark contacts Larry Householder | 0:00:52 | AT&T |
| 3/4/2019 | 8:52 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/4/2019 | 10:46 PM | Larry Householder contacts Neil Clark | 0:00:00 | AT&T |
| 3/4/2019 | 10:48 PM | Larry Householder contacts Neil Clark | 0:10:51 | AT&T |
| 3/4/2019 | 11:00 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/4/2019 | 11:00 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 3/4/2019 | 11:20 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/4/2019 | 11:20 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 3/5/2019 | 8:43 AM | Larry Householder contacts Neil Clark | 0:17:04 | AT&T |
| 3/5/2019 | 9:06 AM | Neil Clark contacts Larry Householder | 0:00:26 | AT&T |
| 3/5/2019 | 9:06 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/5/2019 | 9:07 AM | Neil Clark contacts Larry Householder | 0:00:40 | AT&T |
| 3/5/2019 | 9:07 AM | Neil Clark contacts Larry Householder | 0:19:59 | AT&T |
| 3/5/2019 | 9:27 AM | Neil Clark contacts Larry Householder | 0:00:12 | AT&T |
| 3/5/2019 | 9:27 AM | Neil Clark contacts Larry Householder | 0:27:24 | AT&T |
| 3/5/2019 | 8:32 PM | Neil Clark contacts Larry Householder | 0:06:16 | AT&T |
| 3/5/2019 | 8:39 PM | Neil Clark contacts Larry Householder | 0:00:38 | AT&T |
| 3/5/2019 | 8:42 PM | Neil Clark contacts Larry Householder | 0:14:32 | AT&T |
| 3/5/2019 | 9:10 PM | Neil Clark contacts Larry Householder | 0:00:36 | AT&T |
| 3/5/2019 | 9:26 PM | Neil Clark contacts Larry Householder | 0:12:04 | AT&T |
| 3/6/2019 | 8:16 AM | Larry Householder contacts Neil Clark | 0:04:25 | AT&T |
| 3/6/2019 | 8:21 AM | Neil Clark contacts Larry Householder | 0:22:41 | AT&T |
| 3/6/2019 | 10:53 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/6/2019 | 10:53 AM | Neil Clark contacts Larry Householder | 0:00:20 | AT&T |
| 3/6/2019 | 7:05 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/6/2019 | 7:05 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 3/7/2019 | 8:53 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/7/2019 | 8:53 AM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |
| 3/8/2019 | 7:28 AM | Neil Clark contacts Larry Householder | 0:01:58 | AT&T |
| 3/8/2019 | 7:39 AM | Larry Householder contacts Neil Clark | 0:37:06 | AT&T |
| 3/8/2019 | 8:28 AM | Larry Householder contacts Neil Clark | 0:00:06 | AT&T |
| 3/8/2019 | 8:28 AM | Neil Clark contacts Larry Householder | 0:07:49 | AT&T |
| 3/9/2019 | 9:44 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/9/2019 | 9:44 AM | Neil Clark contacts Larry Householder | 0:00:18 | AT&T |
| 3/9/2019 | 10:09 AM | Larry Householder contacts Neil Clark | 0:00:22 | AT&T |
| 3/9/2019 | 10:11 AM | Neil Clark contacts Larry Householder | 0:20:33 | AT&T |
| 3/9/2019 | 10:32 AM | Neil Clark contacts Larry Householder | 0:16:17 | AT&T |
| 3/9/2019 | 1:10 PM | Larry Householder contacts Neil Clark | 0:02:17 | AT&T |
| 3/9/2019 | 1:35 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/9/2019 | 1:35 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 3/9/2019 | 2:02 PM | Larry Householder contacts Neil Clark | 0:00:16 | AT&T |
| 3/9/2019 | 2:11 PM | Neil Clark contacts Larry Householder | 0:07:06 | AT&T |
| 3/11/2019 | 8:33 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/11/2019 | 8:33 AM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 3/11/2019 | 8:38 AM | Larry Householder contacts Neil Clark | 0:00:19 | AT&T |
| 3/11/2019 | 8:38 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/11/2019 | 8:38 AM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 3/11/2019 | 8:38 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |

| 3/11/2019 | 8:39 AM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
|-----------|---------|----------------------------------------|---------|------|
| 3/11/2019 | 8:43 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/11/2019 | 8:43 AM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |
| 3/11/2019 | 8:49 AM | Larry Householder contacts Neil Clark | 0:06:17 | AT&T |
| 3/12/2019 | 2:50 PM | Larry Householder contacts Neil Clark | 0:06:28 | AT&T |
| 3/12/2019 | 7:13 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/12/2019 | 7:13 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 3/12/2019 | 7:27 PM | Larry Householder contacts Neil Clark | 0:13:29 | AT&T |
| 3/13/2019 | 7:54 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/13/2019 | 7:54 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 3/13/2019 | 8:11 AM | Larry Householder contacts Neil Clark | 0:08:00 | AT&T |
| 3/14/2019 | 12:22 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/14/2019 | 2:48 PM | Larry Householder contacts Neil Clark | 0:23:23 | AT&T |
| 3/15/2019 | 12:54 PM | Larry Householder contacts Neil Clark | 0:06:26 | AT&T |
| 3/15/2019 | 5:47 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/15/2019 | 5:47 PM | Neil Clark contacts Larry Householder | 0:00:18 | AT&T |
| 3/15/2019 | 5:49 PM | Larry Householder contacts Neil Clark | 0:03:10 | AT&T |
| 3/16/2019 | 7:52 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/16/2019 | 7:52 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 3/16/2019 | 8:08 AM | Larry Householder contacts Neil Clark | 0:01:29 | AT&T |
| 3/16/2019 | 8:10 AM | Neil Clark contacts Larry Householder | 0:11:54 | AT&T |
| 3/16/2019 | 8:34 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/16/2019 | 8:34 AM | Neil Clark contacts Larry Householder | 0:00:11 | AT&T |
| 3/16/2019 | 8:45 AM | Larry Householder contacts Neil Clark | 0:08:35 | AT&T |
| 3/16/2019 | 5:08 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/16/2019 | 5:08 PM | Neil Clark contacts Larry Householder | 0:00:06 | AT&T |
| 3/16/2019 | 5:57 PM | Larry Householder contacts Neil Clark | 0:04:18 | AT&T |
| 3/17/2019 | 1:00 PM | Larry Householder contacts Neil Clark | 0:00:21 | AT&T |
| 3/18/2019 | 6:16 PM | Larry Householder contacts Neil Clark | 0:21:03 | AT&T |
| 3/18/2019 | 9:01 PM | Larry Householder contacts Neil Clark | 0:09:04 | AT&T |
| 3/18/2019 | 9:36 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/18/2019 | 9:36 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 3/18/2019 | 9:51 PM | Neil Clark contacts Larry Householder | 0:02:49 | AT&T |
| 3/19/2019 | 7:31 PM | Larry Householder contacts Neil Clark | 0:14:56 | AT&T |
| 3/19/2019 | 7:46 PM | Larry Householder contacts Neil Clark | 0:00:05 | AT&T |
| 3/19/2019 | 7:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/19/2019 | 7:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/19/2019 | 7:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/19/2019 | 7:47 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/19/2019 | 7:47 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/19/2019 | 7:47 PM | Larry Householder contacts Neil Clark | 0:00:12 | AT&T |
| 3/19/2019 | 7:47 PM | Larry Householder contacts Neil Clark | 0:00:05 | AT&T |
| 3/19/2019 | 7:48 PM | Neil Clark contacts Larry Householder | 0:03:17 | AT&T |
| 3/19/2019 | 9:05 PM | Neil Clark contacts Larry Householder | 0:02:04 | AT&T |
| 3/19/2019 | 9:17 PM | Neil Clark contacts Larry Householder | 0:03:40 | AT&T |
| 3/20/2019 | 12:03 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/20/2019 | 12:03 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 3/20/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/20/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |

| 3/20/2019 | 6:43 PM | Larry Householder contacts Neil Clark | 0:01:12 | AT&T |
|---|---|---|---|---|
| 3/21/2019 | 7:05 AM | Larry Householder contacts Neil Clark | 0:07:38 | AT&T |
| 3/21/2019 | 7:19 AM | Larry Householder contacts Neil Clark | 0:53:16 | AT&T |
| 3/21/2019 | 2:07 PM | Larry Householder contacts Neil Clark | 0:10:40 | AT&T |
| 3/21/2019 | 2:39 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/21/2019 | 2:39 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 3/21/2019 | 2:49 PM | Larry Householder contacts Neil Clark | 0:01:07 | AT&T |
| 3/22/2019 | 2:27 PM | Larry Householder contacts Neil Clark | 0:14:19 | AT&T |
| 3/22/2019 | 3:11 PM | Larry Householder contacts Neil Clark | 0:05:43 | AT&T |
| 3/22/2019 | 3:33 PM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 3/22/2019 | 3:33 PM | Neil Clark contacts Larry Householder | 0:01:52 | AT&T |
| 3/22/2019 | 3:44 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/22/2019 | 3:44 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 3/22/2019 | 3:44 PM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 3/22/2019 | 3:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/22/2019 | 3:49 PM | Larry Householder contacts Neil Clark | 0:00:51 | AT&T |
| 3/22/2019 | 3:56 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/22/2019 | 3:56 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 3/22/2019 | 3:57 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/22/2019 | 3:58 PM | Larry Householder contacts Neil Clark | 0:00:40 | AT&T |
| 3/22/2019 | 5:11 PM | Neil Clark contacts Larry Householder | 0:02:42 | AT&T |
| 3/23/2019 | 10:28 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/23/2019 | 10:28 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 3/24/2019 | 9:18 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/24/2019 | 9:18 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 3/25/2019 | 1:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/25/2019 | 1:46 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 3/25/2019 | 2:43 PM | Larry Householder contacts Neil Clark | 0:07:10 | AT&T |
| 3/25/2019 | 2:53 PM | Larry Householder contacts Neil Clark | 0:04:16 | AT&T |
| 3/25/2019 | 6:15 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 3/27/2019 | 7:31 AM | Larry Householder contacts Neil Clark | 0:30:32 | AT&T |
| 3/29/2019 | 9:57 AM | Neil Clark contacts Larry Householder | 0:09:37 | AT&T |
| 3/29/2019 | 7:39 PM | Larry Householder contacts Neil Clark | 0:01:09 | AT&T |
| 3/29/2019 | 7:43 PM | Larry Householder contacts Neil Clark | 0:07:27 | AT&T |
| 3/29/2019 | 7:50 PM | Larry Householder contacts Neil Clark | 0:07:44 | AT&T |
| 4/1/2019 | 9:18 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/1/2019 | 9:18 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 4/1/2019 | 3:56 PM | Larry Householder contacts Neil Clark | 0:00:19 | AT&T |
| 4/1/2019 | 4:05 PM | Neil Clark contacts Larry Householder | 0:04:11 | AT&T |
| 4/2/2019 | 11:47 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/2/2019 | 11:47 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 4/2/2019 | 7:11 PM | Larry Householder contacts Neil Clark | 0:04:55 | AT&T |
| 4/3/2019 | 6:31 PM | Neil Clark contacts Larry Householder | 0:15:23 | AT&T |
| 4/4/2019 | 8:06 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/4/2019 | 8:07 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 4/6/2019 | 9:12 AM | Neil Clark contacts Larry Householder | 0:05:29 | AT&T |
| 4/9/2019 | 6:35 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/9/2019 | 6:35 PM | Neil Clark contacts Larry Householder | 0:00:34 | AT&T |
| 4/9/2019 | 8:52 PM | Larry Householder contacts Neil Clark | 0:41:35 | AT&T |

| 4/10/2019 | 5:23 PM | Larry Householder contacts Neil Clark | 0:06:36 | AT&T |
|-----------|---------|---------------------------------------|---------|------|
| 4/10/2019 | 5:32 PM | Larry Householder contacts Neil Clark | 0:00:14 | AT&T |
| 4/11/2019 | 3:41 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/11/2019 | 3:41 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 4/11/2019 | 4:46 PM | Larry Householder contacts Neil Clark | 0:16:21 | AT&T |
| 4/11/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/11/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:36 | AT&T |
| 4/12/2019 | 7:25 AM | Neil Clark contacts Larry Householder | 0:30:49 | AT&T |
| 4/12/2019 | 3:53 PM | Neil Clark contacts Larry Householder | 0:19:33 | AT&T |
| 4/15/2019 | 8:54 AM | Neil Clark contacts Larry Householder | 0:01:08 | AT&T |
| 4/15/2019 | 10:17 AM | Neil Clark contacts Larry Householder | 0:01:11 | AT&T |
| 4/15/2019 | 7:54 PM | Neil Clark contacts Larry Householder | 0:07:16 | AT&T |
| 4/15/2019 | 9:49 PM | Neil Clark contacts Larry Householder | 0:10:13 | AT&T |
| 4/16/2019 | 1:10 PM | Neil Clark contacts Larry Householder | 0:01:37 | AT&T |
| 4/16/2019 | 1:13 PM | Larry Householder contacts Neil Clark | 0:18:21 | AT&T |
| 4/16/2019 | 5:29 PM | Neil Clark contacts Larry Householder | 0:05:42 | AT&T |
| 4/17/2019 | 8:08 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/17/2019 | 8:08 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 4/18/2019 | 4:09 PM | Larry Householder contacts Neil Clark | 0:12:10 | AT&T |
| 4/18/2019 | 8:43 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/18/2019 | 8:43 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 4/22/2019 | 8:36 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/22/2019 | 8:36 AM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |
| 4/23/2019 | 3:06 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/23/2019 | 3:06 PM | Neil Clark contacts Larry Householder | 0:00:08 | AT&T |
| 4/23/2019 | 10:10 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/23/2019 | 10:10 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 4/24/2019 | 12:56 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/24/2019 | 12:56 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 4/24/2019 | 3:54 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/24/2019 | 3:54 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 4/24/2019 | 4:54 PM | Larry Householder contacts Neil Clark | 0:21:10 | AT&T |
| 4/24/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/24/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/24/2019 | 5:46 PM | Larry Householder contacts Neil Clark | 0:06:18 | AT&T |
| 4/25/2019 | 8:39 PM | Neil Clark contacts Larry Householder | 0:01:42 | AT&T |
| 4/25/2019 | 8:41 PM | Larry Householder contacts Neil Clark | 0:00:00 | AT&T |
| 4/25/2019 | 8:58 PM | Neil Clark contacts Larry Householder | 0:08:04 | AT&T |
| 4/27/2019 | 9:27 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/27/2019 | 9:27 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 4/27/2019 | 12:29 PM | Larry Householder contacts Neil Clark | 0:10:26 | AT&T |
| 4/27/2019 | 12:39 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/27/2019 | 12:40 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/27/2019 | 12:40 PM | Neil Clark contacts Larry Householder | 0:00:07 | AT&T |
| 4/27/2019 | 12:41 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/29/2019 | 2:00 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/29/2019 | 2:00 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 4/30/2019 | 8:26 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 4/30/2019 | 8:26 AM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |

| 4/30/2019 | 8:26 AM | Larry Householder contacts Neil Clark | 0:09:26 | AT&T |
|---|---|---|---|---|
| 4/30/2019 | 7:12 PM | Neil Clark contacts Larry Householder | 0:05:07 | AT&T |
| 4/30/2019 | 7:56 PM | Larry Householder contacts Neil Clark | 0:00:47 | AT&T |
| 5/1/2019 | 7:06 AM | Larry Householder contacts Neil Clark | 0:13:21 | AT&T |
| 5/1/2019 | 9:53 AM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 5/1/2019 | 9:53 AM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 5/1/2019 | 10:01 AM | Larry Householder contacts Neil Clark | 0:05:16 | AT&T |
| 5/1/2019 | 10:06 AM | Larry Householder contacts Neil Clark | 0:00:58 | AT&T |
| 5/1/2019 | 2:13 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/1/2019 | 2:13 PM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 5/2/2019 | 8:28 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/2/2019 | 8:28 AM | Neil Clark contacts Larry Householder | 0:00:08 | AT&T |
| 5/2/2019 | 10:27 AM | Larry Householder contacts Neil Clark | 0:08:57 | AT&T |
| 5/2/2019 | 7:29 PM | Larry Householder contacts Neil Clark | 0:17:22 | AT&T |
| 5/3/2019 | 7:25 AM | Larry Householder contacts Neil Clark | 0:26:42 | AT&T |
| 5/3/2019 | 8:13 AM | Larry Householder contacts Neil Clark | 0:06:58 | AT&T |
| 5/3/2019 | 5:28 PM | Larry Householder contacts Neil Clark | 0:04:29 | AT&T |
| 5/4/2019 | 4:13 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/4/2019 | 4:13 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 5/4/2019 | 5:22 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/4/2019 | 5:23 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 5/4/2019 | 5:24 PM | Larry Householder contacts Neil Clark | 0:19:46 | AT&T |
| 5/5/2019 | 9:05 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/5/2019 | 9:05 AM | Neil Clark contacts Larry Householder | 0:00:24 | AT&T |
| 5/5/2019 | 10:41 AM | Larry Householder contacts Neil Clark | 0:00:18 | AT&T |
| 5/5/2019 | 10:52 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/5/2019 | 10:52 AM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |
| 5/5/2019 | 12:22 PM | Larry Householder contacts Neil Clark | 0:00:20 | AT&T |
| 5/5/2019 | 12:23 PM | Neil Clark contacts Larry Householder | 0:15:11 | AT&T |
| 5/6/2019 | 7:40 AM | Neil Clark contacts Larry Householder | 0:12:20 | AT&T |
| 5/6/2019 | 7:56 AM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 5/6/2019 | 7:56 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 5/6/2019 | 8:26 AM | Larry Householder contacts Neil Clark | 0:04:47 | AT&T |
| 5/6/2019 | 9:02 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/6/2019 | 9:02 AM | Neil Clark contacts Larry Householder | 0:01:08 | AT&T |
| 5/6/2019 | 9:02 AM | Larry Householder contacts Neil Clark | 0:01:13 | AT&T |
| 5/6/2019 | 4:18 PM | Larry Householder contacts Neil Clark | 0:01:04 | AT&T |
| 5/6/2019 | 4:44 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/6/2019 | 4:44 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 5/6/2019 | 5:08 PM | Larry Householder contacts Neil Clark | 0:01:43 | AT&T |
| 5/6/2019 | 5:11 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/6/2019 | 5:11 PM | Larry Householder contacts Neil Clark | 0:00:50 | AT&T |
| 5/6/2019 | 6:51 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/6/2019 | 6:51 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 5/6/2019 | 9:35 PM | Larry Householder contacts Neil Clark | 0:14:15 | AT&T |
| 5/7/2019 | 9:27 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/7/2019 | 9:27 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 5/7/2019 | 11:35 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/7/2019 | 11:35 AM | Neil Clark contacts Larry Householder | 0:00:06 | AT&T |

| 5/7/2019 | 2:54 PM | Larry Householder contacts Neil Clark | 0:05:46 | AT&T |
|---|---|---|---|---|
| 5/7/2019 | 6:08 PM | Neil Clark contacts Larry Householder | 0:02:18 | AT&T |
| 5/8/2019 | 7:15 AM | Neil Clark contacts Larry Householder | 0:20:23 | AT&T |
| 5/8/2019 | 8:10 AM | Larry Householder contacts Neil Clark | 0:06:16 | AT&T |
| 5/9/2019 | 7:43 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/9/2019 | 7:44 AM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |
| 5/9/2019 | 8:13 AM | Larry Householder contacts Neil Clark | 0:09:58 | AT&T |
| 5/9/2019 | 9:09 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/9/2019 | 9:09 AM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |
| 5/9/2019 | 8:17 PM | Larry Householder contacts Neil Clark | 0:00:12 | AT&T |
| 5/9/2019 | 8:21 PM | Neil Clark contacts Larry Householder | 0:10:31 | AT&T |
| 5/11/2019 | 9:28 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/11/2019 | 9:28 AM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 5/11/2019 | 9:48 AM | Larry Householder contacts Neil Clark | 0:00:04 | AT&T |
| 5/11/2019 | 10:02 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/13/2019 | 7:20 AM | Larry Householder contacts Neil Clark | 0:14:46 | AT&T |
| 5/13/2019 | 10:53 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/13/2019 | 10:53 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 5/13/2019 | 2:39 PM | Larry Householder contacts Neil Clark | 0:01:52 | AT&T |
| 5/13/2019 | 2:41 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/13/2019 | 2:41 PM | Larry Householder contacts Neil Clark | 0:00:04 | AT&T |
| 5/13/2019 | 2:41 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 5/13/2019 | 2:43 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/13/2019 | 2:43 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/13/2019 | 2:43 PM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |
| 5/13/2019 | 2:47 PM | Larry Householder contacts Neil Clark | 0:03:45 | AT&T |
| 5/14/2019 | 7:05 AM | Larry Householder contacts Neil Clark | 0:20:41 | AT&T |
| 5/14/2019 | 6:52 PM | Neil Clark contacts Larry Householder | 0:05:44 | AT&T |
| 5/14/2019 | 9:00 PM | Larry Householder contacts Neil Clark | 0:33:11 | AT&T |
| 5/15/2019 | 10:09 AM | Neil Clark contacts Larry Householder | 0:01:18 | AT&T |
| 5/16/2019 | 8:06 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/16/2019 | 8:06 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 5/16/2019 | 8:11 AM | Larry Householder contacts Neil Clark | 0:01:54 | AT&T |
| 5/16/2019 | 8:13 AM | Larry Householder contacts Neil Clark | 0:02:44 | AT&T |
| 5/16/2019 | 4:55 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/16/2019 | 4:55 PM | Neil Clark contacts Larry Householder | 0:00:33 | AT&T |
| 5/16/2019 | 7:27 PM | Larry Householder contacts Neil Clark | 0:00:21 | AT&T |
| 5/16/2019 | 7:43 PM | Neil Clark contacts Larry Householder | 0:04:15 | AT&T |
| 5/16/2019 | 9:47 PM | Larry Householder contacts Neil Clark | 0:07:25 | AT&T |
| 5/16/2019 | 9:54 PM | Larry Householder contacts Neil Clark | 0:02:16 | AT&T |
| 5/17/2019 | 7:04 AM | Larry Householder contacts Neil Clark | 0:08:56 | AT&T |
| 5/17/2019 | 9:55 AM | Larry Householder contacts Neil Clark | 0:00:03 | AT&T |
| 5/17/2019 | 10:01 AM | Neil Clark contacts Larry Householder | 0:04:56 | AT&T |
| 5/17/2019 | 12:02 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/17/2019 | 12:02 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 5/17/2019 | 1:44 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/17/2019 | 5:19 PM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 5/17/2019 | 5:19 PM | Neil Clark contacts Larry Householder | 0:00:06 | AT&T |
| 5/17/2019 | 5:30 PM | Larry Householder contacts Neil Clark | 0:02:49 | AT&T |

| | | | | |
|---|---|---|---|---|
| 5/19/2019 | 4:25 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/19/2019 | 4:25 PM | Neil Clark contacts Larry Householder | 0:00:37 | AT&T |
| 5/20/2019 | 6:57 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/20/2019 | 6:57 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 5/20/2019 | 7:38 AM | Larry Householder contacts Neil Clark | 0:00:19 | AT&T |
| 5/20/2019 | 7:41 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/20/2019 | 7:41 AM | Neil Clark contacts Larry Householder | 0:00:18 | AT&T |
| 5/20/2019 | 7:42 AM | Larry Householder contacts Neil Clark | 0:22:18 | AT&T |
| 5/21/2019 | 7:53 AM | Larry Householder contacts Neil Clark | 0:06:41 | AT&T |
| 5/22/2019 | 9:12 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/22/2019 | 9:12 AM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 5/22/2019 | 3:03 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/22/2019 | 3:03 PM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 5/22/2019 | 3:36 PM | Larry Householder contacts Neil Clark | 0:00:19 | AT&T |
| 5/22/2019 | 3:37 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/22/2019 | 3:37 PM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |
| 5/22/2019 | 3:38 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/22/2019 | 3:55 PM | Larry Householder contacts Neil Clark | 0:00:19 | AT&T |
| 5/22/2019 | 3:57 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/22/2019 | 3:57 PM | Neil Clark contacts Larry Householder | 0:00:09 | AT&T |
| 5/22/2019 | 4:07 PM | Larry Householder contacts Neil Clark | 0:01:42 | AT&T |
| 5/23/2019 | 11:48 AM | Larry Householder contacts Neil Clark | 0:04:43 | AT&T |
| 5/23/2019 | 4:09 PM | Neil Clark contacts Larry Householder | 0:02:56 | AT&T |
| 5/23/2019 | 4:50 PM | Larry Householder contacts Neil Clark | 0:05:47 | AT&T |
| 5/24/2019 | 8:02 AM | Larry Householder contacts Neil Clark | 0:00:20 | AT&T |
| 5/24/2019 | 8:03 AM | Neil Clark contacts Larry Householder | 0:17:06 | AT&T |
| 5/28/2019 | 8:17 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/28/2019 | 8:17 AM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 5/28/2019 | 10:18 PM | Larry Householder contacts Neil Clark | 0:06:45 | AT&T |
| 5/29/2019 | 8:00 AM | Neil Clark contacts Larry Householder | 0:21:11 | AT&T |
| 5/29/2019 | 11:14 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/29/2019 | 11:14 AM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 5/29/2019 | 11:20 AM | Larry Householder contacts Neil Clark | 0:00:45 | AT&T |
| 5/29/2019 | 11:24 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/29/2019 | 4:52 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/29/2019 | 4:52 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 5/29/2019 | 6:18 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/29/2019 | 6:18 PM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 5/30/2019 | 8:15 AM | Larry Householder contacts Neil Clark | 0:09:05 | AT&T |
| 5/30/2019 | 11:34 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/30/2019 | 11:34 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 5/30/2019 | 6:40 PM | Larry Householder contacts Neil Clark | 0:22:35 | AT&T |
| 5/31/2019 | 9:58 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 5/31/2019 | 9:58 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 5/31/2019 | 2:23 PM | Larry Householder contacts Neil Clark | 0:08:15 | AT&T |
| 6/3/2019 | 8:31 AM | Neil Clark contacts Larry Householder | 0:02:07 | AT&T |
| 6/4/2019 | 8:23 AM | Neil Clark contacts Larry Householder | 0:16:00 | AT&T |
| 6/4/2019 | 8:39 AM | Neil Clark contacts Larry Householder | 0:00:07 | AT&T |
| 6/4/2019 | 8:44 AM | Larry Householder contacts Neil Clark | 0:26:08 | AT&T |

| 6/4/2019 | 4:47 PM | Larry Householder contacts Neil Clark | 0:00:03 | AT&T |
|----------|---------|---------------------------------------|---------|------|
| 6/4/2019 | 5:14 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/4/2019 | 5:14 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/4/2019 | 5:15 PM | Larry Householder contacts Neil Clark | 0:09:24 | AT&T |
| 6/4/2019 | 5:28 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/4/2019 | 5:28 PM | Neil Clark contacts Larry Householder | 0:00:52 | AT&T |
| 6/4/2019 | 5:28 PM | Larry Householder contacts Neil Clark | 0:00:50 | AT&T |
| 6/4/2019 | 5:38 PM | Neil Clark contacts Larry Householder | 0:03:12 | AT&T |
| 6/5/2019 | 9:48 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/5/2019 | 9:48 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/5/2019 | 6:51 PM | Neil Clark contacts Larry Householder | 0:06:47 | AT&T |
| 6/6/2019 | 7:19 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/6/2019 | 7:19 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/6/2019 | 8:14 AM | Larry Householder contacts Neil Clark | 0:00:20 | AT&T |
| 6/6/2019 | 8:22 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/6/2019 | 8:22 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/6/2019 | 8:35 AM | Larry Householder contacts Neil Clark | 0:09:03 | AT&T |
| 6/7/2019 | 2:47 PM | Larry Householder contacts Neil Clark | 0:00:52 | AT&T |
| 6/7/2019 | 2:48 PM | Larry Householder contacts Neil Clark | 0:08:33 | AT&T |
| 6/10/2019 | 11:47 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/10/2019 | 11:47 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/10/2019 | 12:44 PM | Larry Householder contacts Neil Clark | 0:02:36 | AT&T |
| 6/11/2019 | 7:43 PM | Larry Householder contacts Neil Clark | 0:01:38 | AT&T |
| 6/11/2019 | 7:45 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/11/2019 | 7:45 PM | Larry Householder contacts Neil Clark | 0:00:10 | AT&T |
| 6/11/2019 | 7:45 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 6/11/2019 | 7:45 PM | Larry Householder contacts Neil Clark | 0:25:22 | AT&T |
| 6/12/2019 | 7:26 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/12/2019 | 7:26 AM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 6/12/2019 | 7:34 AM | Larry Householder contacts Neil Clark | 0:06:03 | AT&T |
| 6/12/2019 | 7:55 AM | Larry Householder contacts Neil Clark | 0:00:07 | AT&T |
| 6/12/2019 | 2:36 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/12/2019 | 2:36 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/12/2019 | 5:49 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/12/2019 | 5:49 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/12/2019 | 6:47 PM | Larry Householder contacts Neil Clark | 0:03:42 | AT&T |
| 6/13/2019 | 7:48 AM | Larry Householder contacts Neil Clark | 0:17:17 | AT&T |
| 6/13/2019 | 6:04 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/13/2019 | 6:04 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/13/2019 | 6:11 PM | Larry Householder contacts Neil Clark | 0:43:48 | AT&T |
| 6/13/2019 | 6:55 PM | Larry Householder contacts Neil Clark | 0:01:39 | AT&T |
| 6/14/2019 | 12:01 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/14/2019 | 12:01 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/15/2019 | 10:28 AM | Neil Clark contacts Larry Householder | 0:00:49 | AT&T |
| 6/15/2019 | 10:38 AM | Larry Householder contacts Neil Clark | 0:06:56 | AT&T |
| 6/15/2019 | 10:45 AM | Neil Clark contacts Larry Householder | 0:02:53 | AT&T |
| 6/18/2019 | 5:42 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/18/2019 | 5:42 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/18/2019 | 6:36 PM | Larry Householder contacts Neil Clark | 0:13:19 | AT&T |

| | | | | |
|---|---|---|---|---|
| 6/18/2019 | 9:31 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/18/2019 | 9:31 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/19/2019 | 7:52 AM | Larry Householder contacts Neil Clark | 0:16:12 | AT&T |
| 6/19/2019 | 12:19 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/19/2019 | 7:35 PM | Larry Householder contacts Neil Clark | 0:03:06 | AT&T |
| 6/24/2019 | 11:03 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/24/2019 | 11:03 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/24/2019 | 8:24 PM | Neil Clark contacts Larry Householder | 0:06:02 | AT&T |
| 6/24/2019 | 8:48 PM | Neil Clark contacts Larry Householder | 0:09:14 | AT&T |
| 6/25/2019 | 7:09 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/25/2019 | 7:09 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/25/2019 | 7:40 AM | Larry Householder contacts Neil Clark | 0:15:37 | AT&T |
| 6/25/2019 | 7:30 PM | Neil Clark contacts Larry Householder | 0:04:47 | AT&T |
| 6/26/2019 | 4:16 PM | Neil Clark contacts Larry Householder | 0:03:25 | AT&T |
| 6/26/2019 | 9:02 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/26/2019 | 9:02 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/27/2019 | 7:39 AM | Neil Clark contacts Larry Householder | 0:13:22 | AT&T |
| 6/27/2019 | 11:52 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/27/2019 | 12:13 PM | Neil Clark contacts Larry Householder | 0:03:22 | AT&T |
| 6/27/2019 | 8:42 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/27/2019 | 8:42 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/28/2019 | 9:07 AM | Neil Clark contacts Larry Householder | 0:00:08 | AT&T |
| 6/28/2019 | 9:14 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/28/2019 | 9:17 AM | Larry Householder contacts Neil Clark | 1:36:19 | AT&T |
| 6/28/2019 | 9:32 AM | Larry Householder contacts Neil Clark | 0:00:00 | AT&T |
| 6/28/2019 | 5:36 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 6/28/2019 | 5:43 PM | Larry Householder contacts Neil Clark | 0:04:51 | AT&T |
| 6/28/2019 | 5:56 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/28/2019 | 7:30 PM | Neil Clark contacts Larry Householder | 0:02:29 | AT&T |
| 6/28/2019 | 10:03 PM | Larry Householder contacts Neil Clark | 0:05:00 | AT&T |
| 6/29/2019 | 7:50 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/29/2019 | 7:50 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 6/29/2019 | 1:19 PM | Larry Householder contacts Neil Clark | 0:13:19 | AT&T |
| 6/29/2019 | 4:12 PM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |
| 6/29/2019 | 4:53 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/29/2019 | 6:06 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 6/29/2019 | 9:26 PM | Larry Householder contacts Neil Clark | 0:15:35 | AT&T |
| 6/30/2019 | 12:58 AM | Larry Householder contacts Neil Clark | 0:00:02 | AT&T |
| 6/30/2019 | 8:23 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 6/30/2019 | 8:23 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 6/30/2019 | 10:02 AM | Larry Householder contacts Neil Clark | 0:00:15 | AT&T |
| 6/30/2019 | 10:02 AM | Neil Clark contacts Larry Householder | 0:57:06 | AT&T |
| 6/30/2019 | 5:45 PM | Larry Householder contacts Neil Clark | 0:02:00 | AT&T |
| 6/30/2019 | 8:26 PM | Larry Householder contacts Neil Clark | 0:09:44 | AT&T |
| 7/1/2019 | 8:56 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/1/2019 | 8:56 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/1/2019 | 9:44 AM | Larry Householder contacts Neil Clark | 0:17:14 | AT&T |
| 7/1/2019 | 9:42 PM | Larry Householder contacts Neil Clark | 0:01:17 | AT&T |
| 7/2/2019 | 12:15 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |

| 7/2/2019 | 12:15 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
|---|---|---|---|---|
| 7/2/2019 | 3:17 PM | Larry Householder contacts Neil Clark | 0:08:55 | AT&T |
| 7/3/2019 | 1:11 PM | Larry Householder contacts Neil Clark | 0:06:07 | AT&T |
| 7/3/2019 | 1:41 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/3/2019 | 1:41 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/3/2019 | 1:57 PM | Larry Householder contacts Neil Clark | 0:03:03 | AT&T |
| 7/3/2019 | 6:59 PM | Larry Householder contacts Neil Clark | 0:07:54 | AT&T |
| 7/3/2019 | 7:15 PM | Neil Clark contacts Larry Householder | 0:14:09 | AT&T |
| 7/3/2019 | 7:32 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/5/2019 | 2:56 PM | Neil Clark contacts Larry Householder | 0:10:04 | AT&T |
| 7/5/2019 | 3:17 PM | Larry Householder contacts Neil Clark | 0:01:11 | AT&T |
| 7/5/2019 | 3:18 PM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 7/5/2019 | 3:18 PM | Larry Householder contacts Neil Clark | 0:00:33 | AT&T |
| 7/5/2019 | 3:19 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/5/2019 | 3:19 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 7/5/2019 | 3:23 PM | Larry Householder contacts Neil Clark | 0:02:56 | AT&T |
| 7/5/2019 | 3:47 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/5/2019 | 3:57 PM | Neil Clark contacts Larry Householder | 0:04:59 | AT&T |
| 7/5/2019 | 4:08 PM | Neil Clark contacts Larry Householder | 0:00:45 | AT&T |
| 7/5/2019 | 5:57 PM | Larry Householder contacts Neil Clark | 0:00:11 | AT&T |
| 7/5/2019 | 5:58 PM | Larry Householder contacts Neil Clark | 0:00:07 | AT&T |
| 7/8/2019 | 8:40 AM | Neil Clark contacts Larry Householder | 0:03:59 | AT&T |
| 7/8/2019 | 9:59 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/8/2019 | 9:59 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/8/2019 | 10:13 PM | Larry Householder contacts Neil Clark | 0:01:29 | AT&T |
| 7/9/2019 | 8:05 AM | Larry Householder contacts Neil Clark | 0:00:00 | AT&T |
| 7/9/2019 | 8:06 AM | Neil Clark contacts Larry Householder | 0:04:23 | AT&T |
| 7/9/2019 | 1:52 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/9/2019 | 2:13 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/9/2019 | 2:43 PM | Larry Householder contacts Neil Clark | 0:01:05 | AT&T |
| 7/9/2019 | 4:43 PM | Larry Householder contacts Neil Clark | 0:00:43 | AT&T |
| 7/9/2019 | 4:53 PM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 7/9/2019 | 4:53 PM | Larry Householder contacts Neil Clark | 0:00:24 | AT&T |
| 7/9/2019 | 5:33 PM | Neil Clark contacts Larry Householder | 0:00:20 | AT&T |
| 7/9/2019 | 5:46 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/9/2019 | 6:05 PM | Larry Householder contacts Neil Clark | 0:54:04 | AT&T |
| 7/10/2019 | 6:58 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/10/2019 | 6:58 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/10/2019 | 10:06 PM | Larry Householder contacts Neil Clark | 0:31:57 | AT&T |
| 7/11/2019 | 11:03 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/11/2019 | 11:04 AM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 7/11/2019 | 12:14 PM | Neil Clark contacts Larry Householder | 0:00:09 | AT&T |
| 7/11/2019 | 3:42 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/11/2019 | 4:27 PM | Larry Householder contacts Neil Clark | 0:07:16 | AT&T |
| 7/11/2019 | 4:27 PM | Larry Householder contacts Neil Clark | 0:07:17 | AT&T |
| 7/12/2019 | 9:28 AM | Larry Householder contacts Neil Clark | 0:00:06 | AT&T |
| 7/12/2019 | 9:29 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/12/2019 | 9:29 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/12/2019 | 11:11 AM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |

| 7/13/2019 | 7:52 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
|---|---|---|---|---|
| 7/13/2019 | 7:52 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/13/2019 | 9:08 AM | Larry Householder contacts Neil Clark | 0:24:59 | AT&T |
| 7/13/2019 | 11:40 AM | Neil Clark contacts Larry Householder | 0:00:23 | AT&T |
| 7/13/2019 | 12:52 PM | Larry Householder contacts Neil Clark | 0:05:29 | AT&T |
| 7/15/2019 | 7:25 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/15/2019 | 7:25 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/15/2019 | 2:53 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/16/2019 | 7:23 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/16/2019 | 7:23 AM | Neil Clark contacts Larry Householder | 0:00:20 | AT&T |
| 7/16/2019 | 8:37 AM | Larry Householder contacts Neil Clark | 0:29:10 | AT&T |
| 7/16/2019 | 11:50 AM | Neil Clark contacts Larry Householder | 0:00:23 | AT&T |
| 7/16/2019 | 9:59 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/16/2019 | 9:59 PM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |
| 7/17/2019 | 7:25 AM | Neil Clark contacts Larry Householder | 0:40:17 | AT&T |
| 7/17/2019 | 9:00 AM | Larry Householder contacts Neil Clark | 0:03:43 | AT&T |
| 7/17/2019 | 10:18 AM | Neil Clark contacts Larry Householder | 0:00:10 | AT&T |
| 7/17/2019 | 2:55 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/17/2019 | 3:58 PM | Larry Householder contacts Neil Clark | 0:03:08 | AT&T |
| 7/17/2019 | 4:13 PM | Larry Householder contacts Neil Clark | 0:00:19 | AT&T |
| 7/17/2019 | 4:31 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/17/2019 | 4:48 PM | Neil Clark contacts Larry Householder | 0:03:34 | AT&T |
| 7/17/2019 | 5:28 PM | Neil Clark contacts Larry Householder | 0:01:53 | AT&T |
| 7/17/2019 | 5:47 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 7/17/2019 | 5:48 PM | Neil Clark contacts Larry Householder | 0:00:35 | AT&T |
| 7/17/2019 | 5:58 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/17/2019 | 6:12 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/17/2019 | 6:22 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/17/2019 | 7:04 PM | Neil Clark contacts Larry Householder | 0:00:07 | AT&T |
| 7/17/2019 | 7:14 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/17/2019 | 7:22 PM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 7/18/2019 | 12:22 AM | Larry Householder contacts Neil Clark | 0:44:08 | AT&T |
| 7/18/2019 | 8:16 AM | Neil Clark contacts Larry Householder | 0:29:27 | AT&T |
| 7/18/2019 | 11:43 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/18/2019 | 11:43 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/18/2019 | 1:54 PM | Larry Householder contacts Neil Clark | 0:10:16 | AT&T |
| 7/18/2019 | 1:54 PM | Larry Householder contacts Neil Clark | 0:11:35 | AT&T |
| 7/18/2019 | 3:34 PM | Larry Householder contacts Neil Clark | 0:08:50 | AT&T |
| 7/19/2019 | 4:07 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/19/2019 | 4:07 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/22/2019 | 7:42 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/22/2019 | 7:42 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/22/2019 | 12:14 PM | Larry Householder contacts Neil Clark | 0:01:21 | AT&T |
| 7/22/2019 | 12:20 PM | Neil Clark contacts Larry Householder | 0:00:50 | AT&T |
| 7/22/2019 | 4:24 PM | Larry Householder contacts Neil Clark | 0:09:31 | AT&T |
| 7/22/2019 | 5:15 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/23/2019 | 1:53 PM | Larry Householder contacts Neil Clark | 0:03:54 | AT&T |
| 7/23/2019 | 1:53 PM | Larry Householder contacts Neil Clark | 0:03:55 | AT&T |
| 7/23/2019 | 5:36 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |

| 7/23/2019 | 5:36 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
|---|---|---|---|---|
| 7/23/2019 | 9:08 PM | Larry Householder contacts Neil Clark | 0:00:18 | AT&T |
| 7/23/2019 | 9:41 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/23/2019 | 9:41 PM | Neil Clark contacts Larry Householder | 0:01:10 | AT&T |
| 7/23/2019 | 9:42 PM | Larry Householder contacts Neil Clark | 0:08:49 | AT&T |
| 7/25/2019 | 11:13 AM | Larry Householder contacts Neil Clark | 0:00:05 | AT&T |
| 7/25/2019 | 11:13 AM | Neil Clark contacts Larry Householder | 0:00:06 | AT&T |
| 7/25/2019 | 11:14 AM | Neil Clark contacts Larry Householder | 0:03:16 | AT&T |
| 7/25/2019 | 11:19 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/25/2019 | 4:38 PM | Larry Householder contacts Neil Clark | 0:00:32 | AT&T |
| 7/26/2019 | 8:26 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/26/2019 | 8:26 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/26/2019 | 8:46 AM | Larry Householder contacts Neil Clark | 0:30:16 | AT&T |
| 7/26/2019 | 9:58 AM | Larry Householder contacts Neil Clark | 0:00:37 | AT&T |
| 7/26/2019 | 10:06 AM | Larry Householder contacts Neil Clark | 0:00:20 | AT&T |
| 7/26/2019 | 5:24 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 7/27/2019 | 9:35 AM | Larry Householder contacts Neil Clark | 0:09:12 | AT&T |
| 7/27/2019 | 9:48 AM | Larry Householder contacts Neil Clark | 0:23:17 | AT&T |
| 7/27/2019 | 12:13 PM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 7/27/2019 | 12:13 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/27/2019 | 12:13 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 7/27/2019 | 12:28 PM | Larry Householder contacts Neil Clark | 0:02:23 | AT&T |
| 7/28/2019 | 8:38 AM | Larry Householder contacts Neil Clark | 0:00:04 | AT&T |
| 7/28/2019 | 8:39 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/28/2019 | 8:39 AM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 7/28/2019 | 8:39 AM | Larry Householder contacts Neil Clark | 0:00:05 | AT&T |
| 7/28/2019 | 8:39 AM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 7/28/2019 | 8:39 AM | Larry Householder contacts Neil Clark | 0:00:15 | AT&T |
| 7/28/2019 | 8:40 AM | Larry Householder contacts Neil Clark | 0:23:03 | AT&T |
| 7/28/2019 | 9:38 AM | Larry Householder contacts Neil Clark | 0:01:41 | AT&T |
| 7/28/2019 | 9:54 AM | Larry Householder contacts Neil Clark | 0:00:12 | AT&T |
| 7/29/2019 | 7:10 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/29/2019 | 7:10 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/29/2019 | 8:55 AM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 7/29/2019 | 9:14 AM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |
| 7/29/2019 | 9:15 AM | Neil Clark contacts Larry Householder | 0:00:14 | AT&T |
| 7/29/2019 | 9:18 AM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 7/29/2019 | 9:21 AM | Larry Householder contacts Neil Clark | 0:08:45 | AT&T |
| 7/29/2019 | 9:35 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/29/2019 | 10:03 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/29/2019 | 10:35 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 7/29/2019 | 12:26 PM | Larry Householder contacts Neil Clark | 0:05:25 | AT&T |
| 7/29/2019 | 12:32 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/29/2019 | 12:59 PM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 7/29/2019 | 1:49 PM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 7/29/2019 | 1:50 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 7/29/2019 | 1:50 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 7/29/2019 | 2:44 PM | Larry Householder contacts Neil Clark | 0:05:38 | AT&T |
| 7/29/2019 | 3:09 PM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |

| | | | | |
|---|---|---|---|---|
| 7/29/2019 | 5:12 PM | Larry Householder contacts Neil Clark | 0:00:27 | AT&T |
| 7/29/2019 | 10:05 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/29/2019 | 10:05 PM | Neil Clark contacts Larry Householder | 0:00:04 | AT&T |
| 7/30/2019 | 9:10 AM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 7/30/2019 | 9:17 AM | Larry Householder contacts Neil Clark | 0:04:21 | AT&T |
| 7/30/2019 | 10:53 AM | Larry Householder contacts Neil Clark | 0:07:22 | AT&T |
| 7/30/2019 | 11:01 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/30/2019 | 11:02 AM | Larry Householder contacts Neil Clark | 0:22:02 | AT&T |
| 7/30/2019 | 11:24 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/30/2019 | 11:28 AM | Larry Householder contacts Neil Clark | 0:00:27 | AT&T |
| 7/30/2019 | 11:29 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/30/2019 | 11:31 AM | Neil Clark contacts Larry Householder | 0:00:24 | AT&T |
| 7/30/2019 | 4:02 PM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |
| 7/30/2019 | 4:02 PM | Neil Clark contacts Larry Householder | 0:00:03 | AT&T |
| 7/30/2019 | 4:34 PM | Larry Householder contacts Neil Clark | 0:01:53 | AT&T |
| 7/30/2019 | 4:36 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/31/2019 | 5:12 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 7/31/2019 | 5:12 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 7/31/2019 | 6:51 PM | Larry Householder contacts Neil Clark | 0:15:45 | AT&T |
| 7/31/2019 | 7:34 PM | Neil Clark contacts Larry Householder | 0:04:31 | AT&T |
| 8/2/2019 | 10:15 AM | Larry Householder contacts Neil Clark | 0:00:07 | AT&T |
| 8/2/2019 | 10:24 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/2/2019 | 10:24 AM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |
| 8/2/2019 | 10:34 AM | Larry Householder contacts Neil Clark | 0:00:03 | AT&T |
| 8/2/2019 | 10:37 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 8/2/2019 | 12:14 PM | Larry Householder contacts Neil Clark | 0:01:09 | AT&T |
| 8/2/2019 | 12:16 PM | Larry Householder contacts Neil Clark | 0:00:02 | AT&T |
| 8/2/2019 | 12:16 PM | Larry Householder contacts Neil Clark | 0:02:38 | AT&T |
| 8/2/2019 | 12:51 PM | Neil Clark contacts Larry Householder | 0:00:05 | AT&T |
| 8/2/2019 | 3:42 PM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 8/2/2019 | 3:42 PM | Larry Householder contacts Neil Clark | 0:00:37 | AT&T |
| 8/2/2019 | 4:13 PM | Larry Householder contacts Neil Clark | 0:00:21 | AT&T |
| 8/2/2019 | 4:16 PM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 8/2/2019 | 4:59 PM | Neil Clark contacts Larry Householder | 0:00:02 | AT&T |
| 8/2/2019 | 5:45 PM | Larry Householder contacts Neil Clark | 0:08:31 | AT&T |
| 8/5/2019 | 2:26 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/5/2019 | 2:35 PM | Larry Householder contacts Neil Clark | 0:00:18 | AT&T |
| 8/5/2019 | 2:59 PM | Neil Clark contacts Larry Householder | 0:02:30 | AT&T |
| 8/7/2019 | 12:22 PM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 8/7/2019 | 12:22 PM | Neil Clark contacts Larry Householder | 0:00:19 | AT&T |
| 8/7/2019 | 12:23 PM | Larry Householder contacts Neil Clark | 0:00:31 | AT&T |
| 8/8/2019 | 8:17 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/8/2019 | 8:17 AM | Neil Clark contacts Larry Householder | 0:00:10 | AT&T |
| 8/9/2019 | 8:48 AM | Larry Householder contacts Neil Clark | 0:46:01 | AT&T |
| 8/10/2019 | 9:55 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/10/2019 | 9:55 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 8/12/2019 | 6:57 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/12/2019 | 6:57 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 8/12/2019 | 8:27 AM | Larry Householder contacts Neil Clark | 0:10:59 | AT&T |

| | | | | |
|---|---|---|---|---|
| 8/14/2019 | 8:31 AM | Larry Householder contacts Neil Clark | 0:02:16 | AT&T |
| 8/14/2019 | 8:35 AM | Neil Clark contacts Larry Householder | 0:03:06 | AT&T |
| 8/14/2019 | 8:38 AM | Neil Clark contacts Larry Householder | 0:03:29 | AT&T |
| 8/14/2019 | 8:42 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/14/2019 | 8:42 AM | Larry Householder contacts Neil Clark | 0:07:37 | AT&T |
| 8/17/2019 | 9:28 AM | Neil Clark contacts Larry Householder | 0:18:16 | AT&T |
| 8/19/2019 | 5:28 PM | Larry Householder contacts Neil Clark | 0:08:44 | AT&T |
| 8/20/2019 | 8:34 AM | Neil Clark contacts Larry Householder | 0:00:01 | AT&T |
| 8/20/2019 | 8:34 AM | Neil Clark contacts Larry Householder | 0:00:16 | AT&T |
| 8/20/2019 | 8:35 AM | Larry Householder contacts Neil Clark | 0:03:39 | AT&T |
| 8/21/2019 | 6:57 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/21/2019 | 6:57 AM | Neil Clark contacts Larry Householder | 0:00:14 | AT&T |
| 8/21/2019 | 7:49 AM | Larry Householder contacts Neil Clark | 0:18:56 | AT&T |
| 8/21/2019 | 6:16 PM | Larry Householder contacts Neil Clark | 0:00:03 | AT&T |
| 8/21/2019 | 6:22 PM | Neil Clark contacts Larry Householder | 0:00:11 | AT&T |
| 8/21/2019 | 6:23 PM | Neil Clark contacts Larry Householder | 0:08:19 | AT&T |
| 8/21/2019 | 6:37 PM | Neil Clark contacts Larry Householder | 0:00:15 | AT&T |
| 8/21/2019 | 6:39 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/21/2019 | 6:48 PM | Neil Clark contacts Larry Householder | 0:00:52 | AT&T |
| 8/21/2019 | 6:53 PM | Larry Householder contacts Neil Clark | 0:00:13 | AT&T |
| 8/21/2019 | 6:54 PM | Larry Householder contacts Neil Clark | 0:22:27 | AT&T |
| 8/22/2019 | 8:22 AM | Larry Householder contacts Neil Clark | 0:00:20 | AT&T |
| 8/22/2019 | 8:26 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/22/2019 | 8:26 AM | Neil Clark contacts Larry Householder | 0:00:17 | AT&T |
| 8/22/2019 | 8:26 AM | Larry Householder contacts Neil Clark | 0:09:10 | AT&T |
| 8/23/2019 | 9:37 AM | Larry Householder contacts Neil Clark | 0:00:21 | AT&T |
| 8/23/2019 | 10:04 AM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/23/2019 | 10:04 AM | Neil Clark contacts Larry Householder | 0:00:18 | AT&T |
| 8/23/2019 | 1:47 PM | Neil Clark contacts Larry Householder | 0:00:00 | AT&T |
| 8/23/2019 | 4:50 PM | Larry Householder contacts Neil Clark | 0:16:10 | AT&T |
| 8/23/2019 | 5:56 PM | Larry Householder contacts Neil Clark | 0:04:59 | AT&T |
| 8/23/2019 | 6:04 PM | Larry Householder contacts Neil Clark | 0:10:53 | AT&T |
| 8/23/2019 | 6:21 PM | Larry Householder contacts Neil Clark | 0:00:00 | AT&T |
| 8/23/2019 | 6:21 PM | Larry Householder contacts Neil Clark | 0:00:00 | AT&T |
| 8/26/2019 | 4:54 PM | Contact between Larry Householder and Neil Clark | 0:03:00 | Verizon |
| 8/26/2019 | 8:26 PM | Contact between Larry Householder and Neil Clark | 0:03:00 | Verizon |
| 8/27/2019 | 7:43 AM | Contact between Larry Householder and Neil Clark | 0:06:00 | Verizon |
| 8/27/2019 | 7:46 PM | Contact between Larry Householder and Neil Clark | 1:02:00 | Verizon |
| 8/28/2019 | 7:27 AM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 8/28/2019 | 7:28 AM | Contact between Larry Householder and Neil Clark | 0:11:00 | Verizon |
| 8/28/2019 | 5:47 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 8/30/2019 | 7:48 AM | Contact between Larry Householder and Neil Clark | 0:56:00 | Verizon |
| 9/3/2019 | 10:59 AM | Contact between Larry Householder and Neil Clark | 0:17:00 | Verizon |
| 9/5/2019 | 7:02 PM | Contact between Larry Householder and Neil Clark | 0:13:00 | Verizon |
| 9/9/2019 | 8:52 AM | Contact between Larry Householder and Neil Clark | 0:16:00 | Verizon |
| 9/9/2019 | 11:25 AM | Contact between Larry Householder and Neil Clark | 0:06:00 | Verizon |
| 9/9/2019 | 3:07 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 9/9/2019 | 4:40 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 9/11/2019 | 9:27 AM | Contact between Larry Householder and Neil Clark | 0:28:00 | Verizon |

| 9/11/2019 | 4:49 PM | Contact between Larry Householder and Neil Clark | 0:10:00 | Verizon |
|---|---|---|---|---|
| 9/11/2019 | 8:13 PM | Contact between Larry Householder and Neil Clark | 0:09:00 | Verizon |
| 9/13/2019 | 7:55 AM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 9/13/2019 | 8:02 AM | Contact between Larry Householder and Neil Clark | 0:03:00 | Verizon |
| 9/13/2019 | 2:38 PM | Contact between Larry Householder and Neil Clark | 0:12:00 | Verizon |
| 9/13/2019 | 3:54 PM | Contact between Larry Householder and Neil Clark | 0:02:00 | Verizon |
| 9/14/2019 | 10:52 AM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 9/16/2019 | 9:03 AM | Contact between Larry Householder and Neil Clark | 0:03:00 | Verizon |
| 9/16/2019 | 3:43 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 9/18/2019 | 8:18 PM | Contact between Larry Householder and Neil Clark | 0:26:00 | Verizon |
| 9/18/2019 | 8:44 PM | Contact between Larry Householder and Neil Clark | 0:05:00 | Verizon |
| 9/24/2019 | 7:51 AM | Contact between Larry Householder and Neil Clark | 0:36:00 | Verizon |
| 9/25/2019 | 9:46 PM | Contact between Larry Householder and Neil Clark | 0:37:00 | Verizon |
| 9/27/2019 | 5:52 AM | Contact between Larry Householder and Neil Clark | 0:36:00 | Verizon |
| 9/27/2019 | 6:33 AM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 9/27/2019 | 6:41 AM | Contact between Larry Householder and Neil Clark | 0:15:00 | Verizon |
| 9/30/2019 | 7:49 AM | Contact between Larry Householder and Neil Clark | 0:58:00 | Verizon |
| 9/30/2019 | 1:50 PM | Contact between Larry Householder and Neil Clark | 0:11:00 | Verizon |
| 10/1/2019 | 8:06 AM | Contact between Larry Householder and Neil Clark | 0:31:00 | Verizon |
| 10/1/2019 | 12:58 PM | Contact between Larry Householder and Neil Clark | 0:05:00 | Verizon |
| 10/2/2019 | 5:00 PM | Contact between Larry Householder and Neil Clark | 0:26:00 | Verizon |
| 10/4/2019 | 7:38 AM | Contact between Larry Householder and Neil Clark | 0:10:00 | Verizon |
| 10/4/2019 | 1:21 PM | Contact between Larry Householder and Neil Clark | 0:12:00 | Verizon |
| 10/4/2019 | 1:57 PM | Contact between Larry Householder and Neil Clark | 0:13:00 | Verizon |
| 10/4/2019 | 3:26 PM | Contact between Larry Householder and Neil Clark | 0:02:00 | Verizon |
| 10/4/2019 | 4:12 PM | Contact between Larry Householder and Neil Clark | 0:04:00 | Verizon |
| 10/4/2019 | 5:39 PM | Contact between Larry Householder and Neil Clark | 0:05:00 | Verizon |
| 10/4/2019 | 6:08 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 10/4/2019 | 6:09 PM | Contact between Larry Householder and Neil Clark | 0:05:00 | Verizon |
| 10/7/2019 | 10:02 AM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 10/7/2019 | 10:19 AM | Contact between Larry Householder and Neil Clark | 0:04:00 | Verizon |
| 10/7/2019 | 1:29 PM | Contact between Larry Householder and Neil Clark | 0:02:00 | Verizon |
| 10/7/2019 | 6:52 PM | Contact between Larry Householder and Neil Clark | 0:32:00 | Verizon |
| 10/8/2019 | 8:00 AM | Contact between Larry Householder and Neil Clark | 0:03:00 | Verizon |
| 10/9/2019 | 10:04 AM | Contact between Larry Householder and Neil Clark | 0:03:00 | Verizon |
| 10/9/2019 | 6:44 PM | Contact between Larry Householder and Neil Clark | 0:31:00 | Verizon |
| 10/10/2019 | 11:02 AM | Contact between Larry Householder and Neil Clark | 0:04:00 | Verizon |
| 10/11/2019 | 1:51 PM | Contact between Larry Householder and Neil Clark | 0:26:00 | Verizon |
| 10/11/2019 | 11:34 PM | Contact between Larry Householder and Neil Clark | 0:09:00 | Verizon |
| 10/16/2019 | 8:33 AM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 10/17/2019 | 11:55 AM | Contact between Larry Householder and Neil Clark | 0:15:00 | Verizon |
| 10/18/2019 | 5:59 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 10/18/2019 | 6:11 PM | Contact between Larry Householder and Neil Clark | 0:17:00 | Verizon |
| 10/21/2019 | 4:36 PM | Contact between Larry Householder and Neil Clark | 0:09:00 | Verizon |
| 10/22/2019 | 2:22 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 10/22/2019 | 3:29 PM | Contact between Larry Householder and Neil Clark | 0:04:00 | Verizon |
| 10/22/2019 | 3:33 PM | Contact between Larry Householder and Neil Clark | 0:08:00 | Verizon |
| 10/22/2019 | 5:37 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 10/22/2019 | 5:42 PM | Contact between Larry Householder and Neil Clark | 0:03:00 | Verizon |

| 10/22/2019 | 7:24 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
|---|---|---|---|---|
| 10/23/2019 | 3:26 PM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 10/23/2019 | 4:16 PM | Contact between Larry Householder and Neil Clark | 0:14:00 | Verizon |
| 10/24/2019 | 8:20 AM | Contact between Larry Householder and Neil Clark | 0:01:00 | Verizon |
| 10/24/2019 | 8:37 AM | Contact between Larry Householder and Neil Clark | 0:11:00 | Verizon |
| 10/25/2019 | 1:55 PM | Contact between Larry Householder and Neil Clark | 0:03:00 | Verizon |
| 10/26/2019 | 5:49 PM | Contact between Larry Householder and Neil Clark | 0:34:00 | Verizon |
| 10/30/2019 | 5:59 PM | Contact between Larry Householder and Neil Clark | 0:07:00 | Verizon |

GOVERNMENT
EXHIBIT

822

1:20-CR-077

| | | Payments to Juan Cespedes | | | |
|---|---|---|---|---|---|
| **Date** | **Payor** | **Recipient** | **Account Signatory** | **Amount** | **Exhibit No.** |
| 9/16/2019 | 17 Consulting Group LLC | 614 Solutions LLC | Juan Cespedes | $100,000.00 | 132, 821 |
| | | | | | |
| 11/25/2019 | 17 Consulting Group LLC | 614 Solutions LLC | Juan Cespedes | $500,000.00 | 132, 821 |
| | | | | | |
| | | | **Total:** | **$600,000.00** | |

Print   Close

$40 FILING FEE

JOINT LEGISLATIVE ETHICS
COMMITTEE
100 EAST BROAD STREET, SUITE 1910
COLUMBUS, OH 43215



THIS STATEMENT IS TO BE
FILED IN 2018 FOR THE
CALENDAR YEAR 2017



**GOVERNMENT
EXHIBIT**

901

1:20-CR-077

## 2017 Financial Disclosure Statement

**FILED ONLINE**

**4/9/2018**
At 6:04 PM

Please Select:

☑ House  ☐ Senate  ☐ Agency

1. NAME OF PERSON FILING STATEMENT:

## Householder, Larry L

2. MAILING ADDRESS (May use Home, Business or Govt.)
**3825 Township Road 19**
**Glenford, OH 43739**
**County of Perry**
3. PHONE NUMBER
**(740) 707-2500**
4. CURRENT EMPLOYER(S) (Other than the General Assembly)

   Employer Name

**1**   **Householder Farms**
**2**   **Peoples National Bank**
**3**   **Peoples National Bancshares, Inc.**

**Please read the following Financial Disclosure Statement Information:**

**YOU MUST COMPLETE THIS FORM IF:**

- You are a member of the General Assembly during 2018.
- You were a member of the General Assembly during 2017.
- You are currently, or were in 2017, an employee of the General Assembly or any legislative agency who is designated by the Joint Legislative Ethics Committee or employing agency, as a financial disclosure statement filer.
- You are a candidate for the General Assembly whose name will appear on a ballot during 2018.

**FILING FEE:$40 FILING FEE.** Campaign funds MAY be used for this fee. If you are or were an employee (non-elected) of the General Assembly or any legislative agency, the $40 fee will be invoiced to your agency at a later date.

**PENALTIES:** Any person who knowingly files a false statement may be subject to criminal prosecution of a first degree misdemeanor. Any person who fails to file a **complete** financial disclosure statement by the appropriate deadline may be assessed a late filing fee of $10.00 for each day the statement is late, up to a maximum of $250.00, and may also be subject to criminal prosecution of a fourth degree misdemeanor.

**FILING DEADLINE**: The filing deadline is **Tuesday, May 15, 2018** unless one of the following applies:

• **CANDIDATES APPEARING ON A 2018 ELECTION BALLOT:** Must file not later than the thirtieth day before the earliest election at which his or her candidacy is to be voted on. The filing deadline for candidates whose name will appear on the May 8, 2018 Primary Election ballot is **April 9, 2018**.

• **WRITE-IN CANDIDATES:** Must file not later than the twentieth day before the earliest election at which his or her candidacy is to be voted on.

• **AN APPOINTEE TO THE GENERAL ASSEMBLY**: Any person appointed to fill a vacancy for an unexpired term in the General Assembly must file within 15 days after he or she qualifies for office, unless the deadline is extended by the Joint Legislative Ethics Committee for good cause.

• **A NEWLY HIRED OR PROMOTED EMPLOYEE**: An employee of the General Assembly, or any legislative agency, must file by May 15, 2018, or within 90 days after employment or promotion.

**ATTACHMENTS:** You may attach additional pages as necessary; however, please reference the appropriate section for which you are submitting additional information.

**This financial disclosure statement is a public record upon filing and is made available for public review on www.ohiofds.com.**

**FOR MORE INFORMATION, PLEASE CONTACT THE JOINT LEGISLATIVE ETHICS COMMITTEE, OFFICE OF THE LEGISLATIVE INSPECTOR GENERAL AT (614) 728-5100.**

**This is a personal financial disclosure statement for calendar year 2017. The following Sections 1-12 must be completed using calendar year personal and financial information.**

**THIS IS NOT A CAMPAIGN FINANCE-RELATED REPORT.**

**1. INCOME**

Complete **EITHER** Section A (Member) or Section B (Non-Incumbent Candidate or Employee), whichever is applicable.

**A. IF YOU ARE A MEMBER OF THE GENERAL ASSEMBLY IN 2018 OR WERE A MEMBER OF THE GENERAL ASSEMBLY IN 2017:** You are required to list **EVERY** source of income and identify the amount from that source in accordance with the following ranges and appropriate identifying letter: A. $0 - $999; B. $1,000 - $9,999; C. $10,000 – $24,999; D. $25,000 - $49,999; E. $50,000 - $99,999; F. $100,000 or more. **"Income" includes sources of gross income for federal tax purposes and interest and dividends on all governmental securities.** Also, list each source of income received by any other person for your use or benefit. You are not required to list the source of income of your spouse, unless the income was received specifically for your use or benefit. MILEAGE REIMBURSEMENT IS REPORTED IN "SECTION 8. TRAVEL". DO NOT INCLUDE MILEAGE REIMBURSEMENT IN "SECTION 1. INCOME".

You are not required to list the individual items of income from your business or profession, only the name of any business, governmental agency, or employer from which you received income; EXCEPT (1) you must list the source and dollar amount of income received, or shared with a partner in your business or profession, that is attributable to services or goods provided to a client or customer who is a "legislative agent" AND/OR (2) you must list the source and dollar amount of income received from a person or entity that is doing or seeking to do business with the General Assembly.

Attorneys, physicians, or other professionals subject to confidentiality requirements as described in Revised Code Section 102.02(A)(2)(b) should list each practice separately but need not disclose the names of their clients, patients, or other recipients of professional services unless those clients, patients, or other recipients are legislative agents. If the client, patient, or other recipient is a legislative agent, you must disclose each client, patient, or other recipient unless excepted under Revised Code Section 102.02(A)(2)(b).

For each source of income listed, briefly **describe the services** for which the income was received.
**EXAMPLE:**

| | Source of income | Service Performed | Amount (A, B, C, D, E, OR F) |
|---|---|---|---|
| 1 | **State of Ohio** | **Senator/Representative** | **E** |
| 2 | **Smith and Jones Law Firm** | **Lawyer** | **C** |
| 3 | **Friendly National Bank** | **Interest on Savings Account** | **A** |
| 4 | **Leo Lobbyist - Legislative Agent** | **Boat Insurance Policy** | **$143.00** |
| 5 | **123 Main Street** | **Rental Income** | **B** |

| | Source Of Income | Service Performed | Amount (A, B, C, D, E OR F) |
|---|---|---|---|
| 1 | **State of Ohio** | **State Representative** | **E** |
| 2 | **Householder Farms** | **Farmer** | **F** |
| 3 | **Peoples National Bank** | **Board of Directors** | **D** |
| 4 | **Peoples National Bancshares, Inc.** | **Board of Directors** | **B** |
| 5 | **Peoples National Bancshares, Inc.** | **Dividends** | **C** |

**B. IF YOU ARE A NON-INCUMBENT CANDIDATE FOR THE GENERAL ASSEMBLY OR AN EMPLOYEE OF THE GENERAL ASSEMBLY OR ANY LEGISLATIVE AGENCY:**

You are required to list each source of gross income. **You are not required to disclose any dollar amounts except as indicated below.** Also, list each source of income received by any other person for your use or benefit. Remember to list your employment as a source of income. **"Income" includes gross income for federal tax purposes and interest and dividends on all governmental securities.** You are not required to list the sources of income of your spouse, unless the income was received specifically for your use or benefit.

You are not required to list the individual items of income from your business or profession, only the name of any business, governmental agency, or employer from which you received income; EXCEPT (1) you must list the source and dollar amount of income received, or shared with a partner in your business or profession, that is attributable to services or goods provided to a client or customer who is a "legislative agent" AND/OR (2) you must list the source and dollar amount of income received from a person or entity that is doing or seeking to do business with the General Assembly.

Attorneys, physicians, and other professionals subject to confidentiality requirements as described in Revised Code Section 102.02(A)(2)(b) should list each practice separately but need not disclose names of their clients, patients, or other recipients of professional services, unless those clients, patients, or other recipients are legislative agents. If the client, patient, or other recipient is a legislative agent, you must disclose each client, patient, or other recipient, unless excepted under Revised Code Section 102.02(A)(2)(b).

For each source of income listed, briefly **describe the services** for which the income was received.

Source Of Income                         Service Performed        Amount (if required)

## 2. IMMEDIATE FAMILY MEMBERS

List the names of members of your immediate family. "Immediate Family" is defined as your spouse residing in your household and any dependent child.

Family Member Name

1   **Taundra Householder**
2   **Luke Householder**

## 3. BUSINESS NAMES

List all names under which you or members of your immediate family do business.

Business Name

1   **Larry L. Householder**

2   **Safeway LLC**

3   **Householder Farms**


## 4A. FIDUCIARY RELATIONSHIPS

List the names of each corporation incorporated or authorized to do business in Ohio and each trust, business trust, partnership, or association authorized to do or transact business in Ohio in which you hold an office or have a fiduciary relationship (regardless of any monetary investment), including holding office in a not-for-profit corporation. For each listing, give a brief description of the office or relationship.

**EXAMPLE:**

| Name of Corporation, Trust, Business Trust, Partnership or Association | Name of Office or Fiduciary Relationship |
|---|---|
| 1   **Smith and Jones** | **Partner** |
| 2   **XYZ Inc.** | **President** |
| 3   **Neighborhood Civic Association** | **Volunteer Trustee** |

| Name of Corporation, Trust, Business Trust, Partnership or Association | Name of Office or Fiduciary Relationship |
|---|---|
| 1   **Peoples National Bank** | **Member, Board of Directors** |
| 2   **Peoples National Bancshares, Inc.** | **Member, Board of Directors** |
| 3   **Householder Farms** | **Partner** |

## 4B. INVESTMENTS

List the names of each corporation incorporated or authorized to do business in Ohio and each trust, business trust, partnership, or association authorized to do or transact business in Ohio in which you or any other person for your use or benefit had an investment of more than $1,000 during 2017 (at fair market value as of December 31, 2017, or the date of disposition, whichever is earlier). Include all investments of more than $1,000 even though they constitute a source of income.

You do not have to disclose accounts with banks, building and loan associations, savings and loan associations, and credit unions if the amount is a deposit or withdrawable share account. You are not required to list investments held solely by your spouse unless the investment is strictly for your use or benefit. For each listing, give a brief description of the investment.

**EXAMPLE:**

| Corporation, Trust, Business Trust, Partnership or Association | Type of Investment |
|---|---|
| 1   **Acme Corporation** | **Common Stock** |
| 2   **JLEC Power Company of Ohio** | **Utility Bond** |

| 3 | **Public Employees Deferred Compensation** | **Mutual Fund** |
| 4 | **Brokerage Firm** | **Money Market Account** |
| 5 | **ABC Fund** | **Mutual Fund** |

| | Corporation, Trust, Business Trust, Partnership or Association | Type of Investment |
|---|---|---|
| 1 | **Peoples National Bancshares, Inc.** | **Stock** |
| 2 | **Public Employees Retirement System of Ohio** | **Retirement Fund** |

## 5. REAL ESTATE

List all **leasehold or ownership interests in real property located in Ohio** to which you hold legal title or in which you have any beneficial interest. You do not have to list your personal residence or any real property used primarily for personal recreation. List by address, parcel number, or other legal description.

**NONE**

## 6. CREDITORS

List the names of all creditors residing or transacting business in Ohio to whom **you owe, or have owed**, at any time during the calendar year 2017, more than $1,000 in your own name or in the name of any other person. You must disclose automobile loans, school loans, credit card accounts, and all other similar accounts if the balance exceeds $1,000 at any time during the calendar year 2017, even if no balance is currently outstanding. You do not have to disclose the debts on your personal residence or real property used primarily for personal recreation, or short-term debts resulting from the ordinary conduct of a business or profession.

**NONE**

## 7. DEBTORS

List the names of all **debtors** residing or transacting business in Ohio who **owe, or have owed, you** at any time during the calendar year 2017, more than $1,000 in your own name or in the name of any other person for your use or benefit. If you are an attorney, physician, or any other professional subject to a confidentiality requirement as described in Revised Code Section 102.02(A)(2)(b), you do not have to disclose the names of your clients, patients or other recipients of professional services. You do not have to disclose the names of persons indebted to you if they are short-term debts resulting from the ordinary conduct of your business or profession. Banks, building and loan associations, savings and loan associations, and credit unions need not be listed if the only monies owed to you by them are monies which you deposited with such institutions or which are in a withdrawable share account.

**NONE**

## 8. TRAVEL

List the **source** and **amount** of each payment of expenses incurred for **official travel**. Travel expenses include payments or reimbursements received by you in your own name, or by any other person for your use or benefit, for travel **in connection with your official duties**. You must disclose every payment or reimbursement of expenses for travel **both** inside and outside of Ohio. **You must disclose travel payments or reimbursements, INCLUDING, but not limited to, MILEAGE REIMBURSEMENTS, made to you, or on your behalf, by the General Assembly. Members and employees of the General Assembly need not disclose official travel in a vehicle owned or leased by a state agency or state institution of higher education.**

You do not have to disclose expenses incurred at a meeting or convention of a national or state organization to which **any state agency**, including, but not limited to, any legislative agency or state institution of higher education as defined in Section 3345.011 of the Revised Code, or any political subdivision in Ohio pays membership dues. Questions regarding membership status should be directed to the organization.

**NONE**

## 9. GIFTS

List the source of each gift worth more than $75, aggregated for the calendar year 2017, received by you in your own name, or by any other person for your use or benefit. If you are a member or employee of the General Assembly, also list the source of each gift or gifts over $25, aggregated for the calendar year 2017, received from a legislative agent. If you are a member or employee of the General Assembly, you are prohibited from receiving a gift or gifts from a legislative agent where the value of the gift or gifts aggregated per calendar year, exceeds $75.

You do not have to disclose the source of gifts received under a will or by inheritance. Also, you do not have to disclose the source of the gifts received from your spouse, parents, grandparents, children, grandchildren, siblings, nephews, nieces, uncles, aunts, cousins, step-relations, brothers-in-law, sisters-in-law, sons-in-law, daughters-in-law, father-in-law, mother-in-law, or any person to whom you stand in loco parentis, or received by way of distribution from any inter vivos or testamentary trust established by a spouse or ancestor.

Source of Gift

**1**     **Ohio Cable Telecommunications Association**

## 10. MEALS, FOOD AND BEVERAGES

List the **source** of each payment of expenses **for meals and other food and beverages** received **in connection with your official duties** that exceed $100 aggregated for the calendar year 2017. Expenses include payments or reimbursements to you. You must include the General Assembly if it was the source of expenses or reimbursements for meals, food, or beverages totaling over $100 for the calendar year 2017.

You are not required to disclose the source of meals and other food and beverages provided at a meeting at which you participated in a panel, seminar, or speaking engagement; or at a meeting or convention of a national or state organization to which any state agency, including, but not limited to, any legislative agency or state institution of higher education as defined in Section 3345.011 of the Revised Code, or any political subdivision in Ohio pays membership dues. Nor must you disclose any meals or beverages, which have been reported in Section 8 above as travel expenses paid by the General Assembly.

**NONE**

## 11. NON-DISPUTED INFORMATION

Lobbyists and their Employers are required to report expenditures made for the benefit of, or on behalf of, State public officials and certain designated staff members. If you were a Member of the General Assembly or a designated legislative staff filer in 2017, you may upload a personalized report of non-disputed information for calendar year 2017 by selecting the 'Load From OLIG/JLEC' button below. In the alternative, you may attach the non-disputed notice(s) you received from a Lobbyist or Employer by selecting 'Add New Attachment' at the end of this form and uploading the documentation.

If you dispute reported expenditures or have questions regarding your report, please contact JLEC at 614-728-5100.

Expenditures may be monitored at any time by visiting the Ohio Lobbying Activity Center at www2.jlec-olig.state.oh.us/olac/Reports/ExpenditureSearches.aspx

**I HAVE NO NON-DISPUTED INFORMATION TO REPORT:** ☐
**I PREFER TO LIST AND/OR ATTACH MY NON-DISPUTED INFORMATION:** ☑

| Date | Employer | Amount | Description |
| --- | --- | --- | --- |

## 12. LICENSES

Any **member of the General Assembly** who engages in the conduct or practice of a particular business, profession, trade, or occupation that is subject to licensing or regulation by any branch, department, division, institution, instrumentality, board, commission, or bureau of the state, is required to file a notice that he or she is the holder of a particular license, or is engaged in such activity, as part of the financial disclosure statement. Therefore, if you are a member of the General Assembly, list all licenses held or a description of any regulated activity.

**NONE**

**BEFORE FILING THIS STATEMENT,** PLEASE REVIEW **EVERY** QUESTION TO MAKE CERTAIN YOU HAVE DISCLOSED THE NECESSARY INFORMATION OR, IF YOU HAVE NOTHING TO DISCLOSE IN A GIVEN QUESTION, YOU HAVE CHECKED THE BOX MARKED "NONE".

**IF THE ANSWER TO ANY QUESTION IS OMITTED, THE STATEMENT IS INCOMPLETE UNDER THE LAW.**

**PERSONS WHO FAIL TO FILE A COMPLETE STATEMENT BY THE APPROPRIATE DEADLINE MAY BE ASSESSED A LATE FILING FEE OF $10.00 FOR EACH DAY THE STATEMENT IS LATE, UP TO A MAXIMUM OF $250.00. A KNOWING FAILURE TO FILE IS A MISDEMEANOR OFFENSE.**

**ACKNOWLEDGEMENT**

By clicking the 'File' button, I swear or affirm that this statement and any additional attachments were prepared or carefully reviewed by me and constitute a complete, truthful, and correct disclosure of all required information.

I acknowledge awareness and understanding of Sections 102.02(D) and 2921.13(A)(7) of the Ohio Revised Code which prohibit me from knowingly filing a false statement and which are criminal misdemeanors of the first degree, punishable by a fine of not more than $1,000 or imprisonment of not more than six months, or both. (See Revised Code Sections 102.99(B), 2921.13(F)(1), and 2929.21.)

I acknowledge that I am required to pay a **$40 FILING FEE**, or that I am, or was, an employee (non-elected) of the General Assembly, or any legislative agency and that my agency is responsible for the filing fee.

This financial disclosure statement is a public record upon filing and is made available for public review on www.ohiofds.com.

**NOTE:** No person is required to file more than **one** financial disclosure for any given calendar year with the appropriate ethics agency. If you are a member of the Ohio General Assembly you will file the JLEC statement with the Joint Legislative Ethics Committee regardless of your status as a former local or statewide officeholder, candidate for local or statewide office or service on a state board or commission. **If you are a member or employee of the General Assembly and receive a Financial Disclosure Statement from the Ohio Ethics Commission, DISREGARD the statement provided by the Ohio Ethics Commission.**

**PLEASE PRINT THIS STATEMENT FOR YOUR RECORDS**

GOVERNMENT
EXHIBIT
911
1:20-CR-077



Info

IMG_1125

January 18 2017

10 20 PM

Add a description

Washington



Size Info
4032 x 3024 1.6 MB 72 dpi 24 bit
Device Info
Apple iPhone 7 3.99 mm f/1.8 1/15 sec
ISO 100 EXP 0 Flash, auto

Info

IMG_1117

January 18 2017

4 52 PM

Add a description

Size Info
3024 x 4032 1.7 MB 72 dpi 24 bit

Device Info
Apple iPhone 7 3.99 mm f/1.4 sec
ISO 100 EXP 0 No flash, compulsory

Info

IMG_1123

January 18 2017

4 53 PM

Add a description

Washington



Size Info
3024 x 4032 1.4 MB 72 dpi 24 bit
Device Info
Apple iPhone 7 3.99 mm f/1.8 1/5 sec
ISO 100 EXP 0 No flash, compulsory

Info

IMG_1127

January 18 2017

10 30 PM

Add a description

Washington



Size Info
4032 x 3024 2.6 MB 72 dpi 24 bit
Device Info
Apple iPhone 7 3.99 mm f/1.8 1/15 sec
ISO 80 EXP 0 Flash, auto



GOVERNMENT
EXHIBIT

911A

1:20-CR-077